# EXHIBIT "A"

http://www.amlegal.com/nxt/gateway.dll/Illinois/chicago_il/municipalcodeofchicago?f=templates$fn=default.htm$3.0$vid=amlegal:chicago_il

| Municipal Code of Chicago |
|---|
| TITLE 8 OFFENSES AFFECTING PUBLIC PEACE, MORALS AND WELFARE  CHAPTER 8-20 WEAPONS |

# CHAPTER 8-20 WEAPONS

Article I.  Possession of Firearms

8-20-010     Unlawful to carry – Exceptions.
8-20-015     Unlawful firearm or laser sight accessory in motor vehicle – Impoundment.
8-20-020     Violation – Penalty.
Article II.  Registration of Firearms
8-20-030     Definitions.
8-20-040     Registration of firearms.
8-20-050     Unregisterable firearms.
8-20-060     Prerequisites to registration – Application for registration.
8-20-070     Fingerprints.
8-20-080     Application fees.
8-20-090     Filing time.
8-20-100     Investigations.
8-20-110     Issuance of registration certificate.
8-20-120     Revocation – Denial.
8-20-130     Procedures for denial or revocation.
8-20-140     Additional duties of registrant.
8-20-150     Exhibition of registration.
8-20-160     Possession of ammunition.
8-20-165     Possession of laser sight accessories.
8-20-170     Permissible sales and transfers of firearms and ammunition.
8-20-175     Firearm Owners Identification Card Act – Compliance required.
8-20-180     False information – Forgery – Alteration.
8-20-190     Voluntary surrender – Immunity.
8-20-195     Voluntary surrender of laser sight accessory – Immunity.
8-20-200     Renewal of registration.
8-20-210     Notice.
8-20-220     Destruction of weapons confiscated.
8-20-230     Authority of the superintendent.
8-20-240     Acquisition or possession prohibited by law.
8-20-241     Firearm used illegally – Penalty.
8-20-250     Violation – Penalty.
8-20-260     Severability.

## ARTICLE I.  POSSESSION OF FIREARMS

**8-20-010  Unlawful to carry – Exceptions.**

   It shall be unlawful for any person to carry or maintain in any vehicle or about his or her person except when on his or her property or in his or her residence or fixed place of business, any rifle, shotgun, or other firearm; provided, that this section shall not apply to:

   (1)   Peace officers or any person summoned by any such officers to assist in making arrests or preserving the peace while he is actually engaged in assisting such officer;

   (2)   Wardens, superintendents and keepers of prisons, penitentiaries, jails, and other institutions for the detention of persons accused or convicted of an offense, while in the performance of their official duty or commuting between their homes and places of employment;

   (3)   Members of the Armed Services or Reserve Forces of the United States or the Illinois National Guard or the Reserve Officers Training Corps, while in the performance of their official duty;

(4)   Special agents employed by a railroad to perform police functions, or employees of a detective agency, watchman-guard or patrolman agency, licensed by the State of Illinois, while actually engaged in the performance of the duties of their employment or commuting between their homes and places of employment;

(5)   Agents and investigators of the Illinois Crime Investigating Commission authorized by the Commission to carry weapons, while on duty in the course of any investigation for the Commission;

(6)   Manufacture, transportation when the weapons are not immediately accessible to any person, or sale of weapons to persons authorized under law to possess them;

(7)   Members of any club or organization organized for the purpose of practicing shooting at targets upon established target ranges, whether public or private, while such members are using their firearms on such target ranges;

(8)   Duly authorized military or civil organizations while parading, with the special permission of the Governor;

(9)   Licensed hunters or fishermen while engaged in hunting or fishing;

(10)   Transportation of weapons broken down in a nonfunctioning state.

(Prior code § 11.2-1; Amend Coun. J. 7-7-92, p. 19196)

**8-20-015  Unlawful firearm or laser sight accessory in motor vehicle – Impoundment.**

(a)   The owner of record of any motor vehicle that contains an unregistered firearm, a firearm that is not broken down in a nonfunctioning state, or a laser sight accessory shall be liable to the city for an administrative penalty of $1,000.00 plus any towing and storage fees applicable under Section 9-92-080. Any such vehicle shall be subject to seizure and impoundment pursuant to this section.

(b)   Whenever a police officer has probable cause to believe that a vehicle is subject to seizure and impoundment pursuant to this section, the police officer shall provide for the towing of the vehicle to a facility controlled by the city or its agents. Before or at the time the vehicle is towed, the police officer shall notify any person identifying himself as the owner of the vehicle at the time of the alleged violation, of the fact of the seizure and of the vehicle owner's right to request a vehicle impoundment hearing to be conducted under Section 2-14-132 of this Code.

(c)   The provisions of Section 2-14-132 shall apply whenever a motor vehicle is seized and impounded pursuant to this section.

(Added Coun. J. 7-7-92, p. 19196; Amend Coun. J. 7-14-93, p. 35530; Amend Coun. J. 7-10-96, p. 24982; Amend Coun. J. 4-29-98, p. 66564; Amend Coun. J. 3-10-99, p. 91066; Amend Coun. J. 4-29-98, p. 66564, § 2; Amend Coun. J. 3-10-99, p. 91066; Amend Coun. J. 12-15-04, p. 39840, § 1)

   **Editor's note –** Subsections (d) through (f) were deleted by Coun. J. 4-29-98, p. 66564; therefore, the subsequent amendments to subsections (d) through (f) set forth in Coun. J. 3-10-99, p. 91066, have not been included herein.

**8-20-020  Violation – Penalty.**

Any person violating the provisions of Section 8-20-010 shall be fined $500.00.

(Prior code § 11.2-2)

# ARTICLE II.  REGISTRATION OF FIREARMS

**8-20-030  Definitions.**

As used in this Title 8:

(a)   "Ammunition" means cartridge cases, shells, projectiles (including shot), primers, bullets, propellant powder, or other devices or materials designed, or intended for use in a firearm or destructive device.

(b)   "Antique firearms" means any firearm, including, but not limited to, any firearm with a matchlock, flintlock, percussion cap or similar type of ignition system, which is incapable of being fired or discharged; or any firearm manufactured before 1898 for which cartridge ammunition is not commercially available and is possessed as a curiosity or ornament or for its historical significance or value.

(c)   "Corrections officer" means wardens, superintendents and keepers of prisons, penitentiaries, jails or other institutions for the detention of persons accused or convicted of an offense.

(d)   "Crime of violence" is defined as any felony committed while armed with a weapon as defined in Chapter 38, Section 33 A-1 of Illinois Revised Statutes, as amended.

(e)   "Duty-related firearm" shall mean any weapon which is authorized by any law enforcement agency to be utilized by their personnel in the performance of their official duties.

(f)   "Firearm" means any weapon which will, or is designed to or restored to, expel a projectile or projectiles by the action of any explosive; the frame or receiver of any such device; or any firearm muffler or silencer. Provided, that such term shall not include:

   (1)   antique firearm;

  (2) any device used exclusively for line- throwing, signaling, or safety and required or recommended by the United States Coast Guard or Interstate Commerce Commission; or
  (3) any device used exclusively for firing explosives, rivets, stud cartridges, or any similar industrial ammunition incapable of use as a weapon.
 (g) "Fragmenting bullet" means a bullet that is designed or modified to shatter on impact, or any other bullet that is designed or modified so that more than 50 percent of the mass of the bullet is likely to fragment inside a human or animal target.
 (h) "Assault weapon" means any of the following weapons:
  (1) Assault Rifles
   AK 47 type
   AK 47S type
   AK 74 type
   AKS type
   AKM type
   AKMS type
   84S1 type
   Arm type
   84S1 type
   84S3 type
   HK91 type
   HK93 type
   HK94 type
   G3SA type
   K1 type
   K2 type
   AR100 type
   M24S type
   SIG 550SP type
   SIG 551SP type
   Australian Automatic Arms
   SAR type
   SKS type with detachable magazine
   Colt AR-15
   Springfield Armory SAR-48
   Springfield Armory BM-59
   Bushmaster Auto Rifle
   Auto-Ordinance Thompson M1
   Ruger Mini 14/5F
   Federal XC-900 and XC-450
   Feather AT-9 Auto Carbine
   Goncz High Tech Carbine
   Auto-Ordinance Thompson 1927A1
   Iver Johnson PM30 P Paratrooper
   86S type
   86S7 type
   87S type
   Galil type
   Type 56 type
   Type 565 type
   Valmet M76 type
   Valmet M78 type
   M76 counter sniper type
   FAL type
   L1A1A type
   SAR 48 type

        AUG type
        FNC type
        Uzi carbine
        Algimec AGMI type
        AR180 type
        MAS 223 type
        Beretta BM59 type
        Beretta AR70 type
        CIS SR88 type
  (2)    Assault Pistols
        Uzi type
        Heckler & Koch Sp-89 type
        Australian Automatic Arms SAP type
        Spectre Auto type
        Sterling Mark 7 type; and

    (3)    Any weapon that the superintendent of police defines by regulation as an assault weapon because the design or operation of such weapon is inappropriate for lawful use.

    (i)    "Assault ammunition" means any ammunition magazine having a capacity of more than twelve (12) rounds of ammunition.

    (j)    "Disc projectile ammunition" means any ammunition which is composed of multiple disc shaped objects stacked together to form a single round of ammunition, including but not limited to the following types of ammunition: (i) Magdisc type; and (ii) Shatterdisc type.

    (k)    "Handgun" means a firearm designed to be held and fired by the use of a single hand, and includes a combination of parts from which such firearm can be assembled.

    (l)    "Machine gun" means any firearm from which eight or more shots or bullets may be discharged by a single function of the firing device.

    (m)    "Mayor" means the mayor of the City of Chicago or his or her designee.

    (n)    "Metal piercing bullet" means any bullet that is manufactured with other than a lead or lead alloy core, or ammunition of which the bullet itself is wholly composed of, or machined from, a metal or metal alloy other than lead, or any other bullet that is manufactured to defeat or penetrate bullet resistant properties of soft body armor or any other type of bullet resistant clothing which meets the minimum requirements of the current National Institute for Justice Standards for "Ballistic Resistance of Police Body Armor".

    (o)    "Organization" means partnership, company, corporation or other business entity, or any group or association of two or more persons united for a common purpose.

    (p)    "Peace officer" means any person who by virtue of his office or public employment is vested by law with a duty to maintain public order or make arrests for offenses, whether that duty extends to all offenses or is limited to specific offenses.

    (q)    "Person" shall mean any individual, corporation, company, association, firm, partnership, society, joint stock company or organization of any kind.

    (r)    "Sawed-off shotgun" means a shotgun having a barrel of less than 18 inches in length or a firearm made from a shotgun if such firearm is modified and has an overall length of less than 26 inches or a barrel of less than 18 inches in length.

    (s)    "Security personnel" means special agents employed by a railroad or public utility to perform police functions: guards of armored car companies, watchmen, security guards and persons regularly employed in a commercial or industrial operation for the protection of persons employed by or property related to such commercial or industrial operation.

    (t)    "Short-barreled rifle" means a rifle having any barrel less than 16 inches in length, or a modified firearm if such firearm as modified has an overall length of less than 26 inches or any barrel of less than 16 inches.

    (u)    "Superintendent" means the superintendent of the Chicago Police Department or his designated representative.

    (v)    "Safety mechanism" means a design adaption or nondetachable accessory that lessens the likelihood of unanticipated use of the handgun by other than the owner of the handgun and those specifically authorized by the owner to use the handgun.

    (w)    "Trigger lock" means a device that when locked in place by means of a key, prevents a potential user from pulling the trigger of the handgun without first removing the trigger lock by use of the trigger lock's key.

(x)    "Combination handle lock" means a device that is part of the handgun which precludes the use of the handgun unless the combination tumblers are properly aligned.

(y)    "Solenoid use-limitation device" means a device which precludes, by use of solenoid, the firing of the handgun unless a magnet of the appropriate strength is placed in proximity to the handle of the weapon.

(z)    "Load indicator" means a device which plainly indicates that a bullet is placed in the handgun in a way that pulling the trigger or otherwise handling the handgun may result in detonation.

(aa)    "Laser sight accessory" means a laser sighting device which is either integrated into a firearm or capable of being attached to a firearm.
(Prior code § 11.1-1; Amend Coun. J. 7-7-92, p. 19196; Amend Coun. J. 2-8-95, p. 65436; Amend Coun. J. 8-2-95, p. 5626; Amend Coun. J. 2-7-97, p. 38729; Amend Coun. J. 3-10-99, p. 91066)

**8-20-040  Registration of firearms.**

(a)    All firearms in the City of Chicago shall be registered in accordance with the provisions of this chapter. It shall be the duty of a person owning or possessing a firearm to cause such firearm to be registered. No person shall within the City of Chicago, possess, harbor, have under his control, transfer, offer for sale, sell, give, deliver, or accept any firearm unless such person is the holder of a valid registration certificate for such firearm. No person shall, within the City of Chicago, possess, harbor, have under his control, transfer, offer for sale, sell, give, deliver, or accept any firearm which is unregisterable under the provisions of this chapter.

(b)    This section shall not apply to:
   (1)    Firearms owned or under the direct control or custody of any federal, state or local governmental authority maintained in the course of its official duties;
   (2)    Duty-related firearms owned and possessed by peace officers who are not residents of the City of Chicago;
   (3)    Duty-related firearms owned or possessed by corrections officers; provided, that such corrections officers are not residents of the City of Chicago;
   (4)    Firearms owned, manufactured or processed by licensed manufacturers of firearms, bulk transporters or licensed sellers of firearms at wholesale or retail, provided that such persons have, in addition to any other license required by law, a valid deadly weapons dealer license issued under Chapter 4-144 of this Code;
   (5)    Any nonresident of the City of Chicago participating in any lawful recreational firearm-related activity in the city, or on his way to or from such activity in another jurisdiction; provided, that such weapon shall be unloaded and securely wrapped and that his possession or control of such firearm is lawful in the jurisdiction in which he resides;
   (6)    Peace officers, while in the course of their official duties, who possess and control any firearm or ammunition issued by their department, bureau or agency in the normal course of business;
   (7)    Private security personnel who possess or control any firearm or ammunition within the City of Chicago; provided, that such firearms shall be owned and maintained by the security firm employing such personnel and shall be registered by the security firm in accordance with this chapter;
   (8)    Those persons summoned by a peace officer to assist in making an arrest or preserving the peace while actually engaged in assisting the peace officer.
(Prior code § 11.1-2; Amend Coun. J. 7-7-92, p. 19196)

**8-20-050  Unregisterable firearms.**

No registration certificate shall be issued for any of the following types of firearms:

(a)    Sawed-off shotgun, machine gun, or short- barreled rifle;

(b)    Firearms other than handguns, owned or possessed by any person in the City of Chicago prior to the effective date of this chapter which are not validly registered prior to the effective date of this chapter;

(c)    Handguns, except:
   (1)    Those validly registered to a current owner in the City of Chicago prior to the effective date of this chapter, and which contain each of the following:
      (i)    A safety mechanism to hinder the use of the handgun by unauthorized users. Such devices shall include, but shall not be limited to, trigger locks, combination handle locks, and solenoid use-limitation devices; and
      (ii)    A load indicator device that provides reasonable warning to potential users such that even users unfamiliar with the weapon would be forewarned and would understand the nature of the warning;
   (2)    Those owned by peace officers, or retired peace officers who are in compliance with the federal "Law Enforcement Officers Safety Act of 2004",  who are residents of the City of Chicago,
   (3)    Those owned by security personnel,
   (4)    Those owned by private detective agencies licensed under Chapter 111.2601, et seq., Illinois Revised Statutes;

 (d) Firearm muffler or silencer;
 (e) Assault weapons, as defined in Section 8-20-030, unless they are owned by a person who is entitled to own them under Section 8-24-025.
 Any person who receives through inheritance any firearm validly registered pursuant to this chapter will be eligible to reregister such firearm within 60 days after obtaining possession or title, provided such person shall be qualified to do so in accordance with this chapter.
(Prior code § 11.1-3; Amend Coun. J. 7-7-92, p. 19196; Amend Coun. J. 2-7-97, p. 38729; Amend Coun. J. 10-8-08, p. 40100, § 1)

**8-20-060  Prerequisites to registration – Application for registration.**
 (a) No registration certificate shall be issued to any person unless such person:
  (1) Shall possess a valid Illinois Firearm Owner's Identification Card in accordance with Chapter 38 Section 83-4 of the Illinois Revised Statutes as amended;
  (2) Has not been convicted of a crime of violence, as defined herein as weapons offense, or a violation of this chapter; and
  (3) Has not been convicted within the five years prior to the application of any:
   (i) Violation of any law relating to the use, possession or sale of any narcotic or dangerous drug, or
   (ii) Violation of Chapter 38 Section 12-2(a)(1) of the Illinois Revised Statutes, as amended, for aggravated assault or any similar provision of the law of any other jurisdiction; and
  (4) Has vision better than or equal to that required to obtain a valid driver's license under the standards established by the Illinois Vehicle Code Chapter 95-1/2, Section 506-4 Illinois Revised Statutes, as amended; and
  (5) Is not otherwise ineligible to possess a firearm under any federal, state or local law, statute or ordinance.
 (b) All applicants for a registration certificate under this chapter shall file with the superintendent on a form provided, a sworn application in writing. The application shall include the following:
  (1) Name, social security number, residential and business address and telephone number of the applicant;
  (2) The applicant's age, sex and citizenship;
  (3) The applicant's Illinois firearm owner's identification number;
  (4) The name of manufacturer, the caliber or gauge, the model, type and the serial number identification of the firearm to be registered;
  (5) The source from which the firearm was obtained;
  (6) Evidence that the applicant meets the criteria of Section 8-20-060(a) of this chapter;
  (7) Two photographs of the applicant taken within 30 days immediately prior to the date of filing the application equivalent to passport size showing the full face, head and shoulders of the applicant in a clear and distinguishing manner;
  (8) Such other information as the superintendent shall find reasonably necessary to effectuate the purpose of this chapter and to arrive at a fair determination whether the terms of this ordinance have been complied with.
 (c) The superintendent shall be the custodian of all applications for registration under this chapter.
(Prior code § 11.1-4)

**8-20-070  Fingerprints.**
 When necessary to establish the identity of any applicant or registrant, such applicant or registrant shall be required to submit to fingerprinting in accordance with procedures and regulations prescribed by the superintendent.
(Prior code § 11.1-5)

**8-20-080  Application fees.**
 (a) A nonrefundable fee in the amount indicated in subsection (d) of this section shall accompany each initial registration.
 (b) A nonrefundable fee in the amount indicated in subsection (d) of this section shall accompany each reregistration application.
 (c) The registration fee shall not be applicable to (1) any duty-related handgun of a peace officer domiciled in the City of Chicago, or (2) to any duty- related handgun(s) owned by a resident of the City of Chicago who retired from the Chicago Police Department in good standing and without any disciplinary charges pending, and who is, or is eligible to become, an annuitant of the Policemen's Annuity and Benefit Fund of the City of Chicago, but only if the handgun(s) is registered in that person's name at the time of separation from active duty in the Chicago Police Department.
 (d) Registration fees for firearms shall be as follows:
 1 firearm $20.00
 2 - 10 firearms 25.00
 More than ten firearms 35.00

(Prior code § 11.1-6; Amend Coun. J. 7-7-92, p. 19196; Amend Coun. J. 11-10-94, p. 59125; Amend Coun. J. 4-9-03, p. 106640, § 1)

**8-20-090  Filing time.**

   (a)   A registration certificate shall be obtained prior to any person taking possession of a firearm from any source.

   (b)   Any firearm currently registered must be reregistered pursuant to this chapter and in accordance with rules, regulations and procedures prescribed by the superintendent. An application to reregister such firearm shall be filed within 180 days from the effective date of this chapter; provided, however, that this section shall not apply to law enforcement officers during their tenure of continuous active duty.

(Prior code § 11.1-7; Amend Coun. J. 2-4-85, p. 13404; Amend Coun. J. 3-25-86, p. 28873)

**8-20-100  Investigations.**

   Upon receipt of an application for registration of a firearm, the superintendent of police shall investigate the information contained in said application to determine whether the application and firearm meet the requirements for registration under this chapter. Failure by the applicant or registrant to respond to investigation inquiries shall be sufficient grounds for denial or revocation.

(Prior code § 11.1-8)

**8-20-110  Issuance of registration certificate.**

   (a)   Upon receipt of a properly executed application for a registration certificate and the report of the superintendent, the mayor, upon determining that the applicant has complied with the provisions of this chapter, shall authorize the issuance of the registration certificate. Each registration certificate shall be in triplicate and bear a unique registration certificate number and contain such other information as may be necessary to identify the applicant and the firearm registered. The original of the registration certificate shall be retained by the superintendent; the mayor and applicant shall each receive a copy.

   (b)   The mayor shall approve or deny any application for a registration certificate within a 120-day period beginning on the date the superintendent receives the application unless good cause is shown. In the case of an application to reregister a firearm currently registered, the mayor shall have 365 days after receipt of such application to approve or deny such application unless good cause is shown.

   (c)   Any application for registration or renewal shall be held in abeyance when there is a criminal proceeding for a crime of violence, or an offense involving a weapon, or a proceeding to revoke firearm registration pending against the applicant until such proceeding has terminated. In the case of a renewal of registration the then-current registration shall be deemed continuing until the termination of such proceedings.

   (d)   Upon receipt of a registration certificate, each applicant shall examine the same to insure that the information thereon is correct. If the registration certificate is incorrect in any respect, the registrant thereon shall return it to the superintendent with a signed statement showing the nature of the error. The superintendent shall correct the error, if it occurred through administrative error.

   In the event that the error resulted from incorrect information contained in the application, the applicant shall be required to file an amended application setting forth the correct information and a statement explaining the error in the original application. Each amended application shall be accompanied by a fee of $2.00.

   (e)   Each registration certificate authorized to be issued by the mayor shall be accompanied by a statement setting forth the registrant's duties under this chapter.

(Prior code § 11.1-9)

**8-20-120  Revocation – Denial.**

   A registration certificate shall be revoked or an application for registration or reregistration shall be denied by the mayor when she finds that:

   (a)   Any of the criteria in Section 8-20-060(a) of this chapter are not currently met; or

   (b)   The registered firearm is or has become an unregisterable firearm under the terms of Section 8-20-050 of this chapter; or

   (c)   The information furnished to the superintendent on the application for registration certificate proves to be false; or

   (d)   The applicant or registrant has violated any of the provisions of this chapter.

(Prior code § 11.1-10)

**8-20-130  Procedures for denial or revocation.**

   (a)   If it is determined that an application for registration or reregistration should be denied or that a registration certificate should be revoked, the mayor shall notify the applicant or registrant in writing of the proposed denial or revocation, briefly stating the reason or reasons therefore.

  (b)   The applicant or registrant, within ten days after receiving notice of the proposed denial or revocation, may file with the department of administrative hearings a written request for a hearing before the department of administrative hearings.

  (c)   Within ten days of receipt of a request for hearing, the department of administrative hearings shall give notice of a hearing to be held not less than five days after service of the notice on the person requesting the hearing.

  At the hearing, the applicant or registrant may submit further evidence in support of the application for initial registration or to continue to hold a registration certificate as the case may be.

  The department of administrative hearings shall issue a written finding stating the reasons for denial or revocation thereof and shall serve a copy of said findings upon the applicant or registrant and all parties appearing or represented at the hearing.

  (d)   If the applicant or registrant does not request a hearing or submit further evidence within ten days after receiving notification of the proposed denial or revocation, it shall be deemed that the applicant or registrant has conceded the validity of the reason or reasons stated in the notice and the denial or revocation shall become final.

  (e)   Within three days after notification of a decision unfavorable to the applicant or registrant and all time for appeal in accordance with paragraph 8-20-130(a) through (d) having expired, the applicant or registrant shall:

   (1)   Peaceably surrender to the Chicago Police Department the firearm for which the applicant was denied or the registration certificate was revoked; or

   (2)   Remove such firearm from the City of Chicago; or

   (3)   Otherwise lawfully dispose of his interest in such firearm.

  (f)   The applicant or registrant shall submit to the superintendent evidence of the disposition of nonregisterable firearms in accordance with paragraph 8-20-130(e)(2) and (3). Such evidence shall be submitted on forms and in the manner prescribed by the superintendent.
(Prior code § 11.1-11; Amend Coun. J. 7-27-05, p. 53211, § 1)

**8-20-140  Additional duties of registrant.**

  Each person holding a registration certificate shall:

  (a)   Immediately notify the Chicago Police Department on a form prescribed by the superintendent of:

   (1)   The loss, theft or destruction of the registration certificate or of a registered firearm immediately upon discovery of such loss, theft, or destruction;

   (2)   A change in any of the information appearing on the registration certificate;

   (3)   The sale, transfer or other disposition of the firearm not less than 48 hours prior to delivery.

  (b)   Immediately return to the superintendent his copy of the registration certificate for any firearm which is lost, stolen, destroyed or otherwise disposed of.

  (c)   Each registrant shall keep any firearm in his possession unloaded and disassembled or bound by a trigger lock or similar device, unless such firearm is in his possession at his place of residence or business or while being used for lawful recreational purposes within the City of Chicago; provided, this paragraph shall not apply to law enforcement personnel as defined in paragraph 8-20-030(k)* and provided further this paragraph shall not apply to security personnel as defined in paragraph 8-20-030(n),* while in the course of their employment.
(Prior code § 11.1-12)

   * **Editor's note –** Note that § 8-20-030(k) defines the term "handgun"; although § 8-20-030 does not provide a definition of "law enforcement personnel" per se, the term "peace officer" is defined in § 8-20-030(p). Note also that the term "security personnel" is defined in § 8-20-030(s), not § 8-20-030(n), which defines the term "metal piercing bullet".

**8-20-150  Exhibition of registration.**

  Any person carrying or having in his possession or under his custody or control any firearm, shall have on his person or within his immediate custody a valid registration certificate for such firearm issued hereunder, which shall be exhibited for inspection to any peace officer upon demand. Failure of any such person to so exhibit his registration certificate shall be presumptive evidence that he is not authorized to possess such firearm.

  Failure of any person to exhibit a registration certificate for any firearm in his possession, custody or control shall also be cause for the confiscation of such firearms and revocation of any registration certificates issued therefore under this chapter.
(Prior code § 11.1-13)

**8-20-160  Possession of ammunition.**

  No person shall possess ammunition in the City of Chicago unless:

  (a)   He is a person exempted pursuant to Section 8-20-040 of this chapter; or

    (b)    He is the holder of a valid registration certificate for a firearm of the same gauge or caliber as the ammunition possessed, and has the registration certificate in his possession while in possession of the ammunition; or
    (c)    He is a licensed weapons dealer pursuant to Chapter 4-144 or a licensed shooting gallery or gun club pursuant to Chapter 4-149 of this Code.
(Prior code § 11.1-14; Amend Coun. J. 9-14-94, p. 56287)

**8-20-165  Possession of laser sight accessories.**
    No person shall sell, offer, or display for sale, give, lend, transfer ownership of, acquire or possess any laser sight accessory in the City of Chicago provided, that this section shall not apply to any members of the armed forces of the United States, or the organized militia of this or any other state, and peace officers as defined in this Code to the extent that any such person is otherwise authorized to acquire or possess a laser sight accessory and is acting within the scope of his or her duties.
(Added Coun. J. 3-10-99, p. 91066)

**8-20-170  Permissible sales and transfers of firearms and ammunition.**
    (a)    No firearm may be sold or otherwise transferred within the City of Chicago except through a licensed weapons dealer as defined in Chapter 4-144 of the Municipal Code of the City of Chicago.
    (b)    No ammunition may be sold or otherwise transferred within the City of Chicago except through a licensed shooting gallery or gun club as defined in Chapter 4-149, a licensed weapons dealer as defined in Chapter 4-144 or as otherwise allowed by the Municipal Code of the City of Chicago.
    (c)    No firearm or ammunition shall be security for, or be taken or received by way of any mortgage, deposit, pledge or pawn.
    (d)    No person may loan, borrow, give or rent to or from another person, any firearm or ammunition except in accordance with this chapter.
    (e)    A peace officer may additionally sell or transfer any lawfully held firearm or ammunition to another peace officer in accordance with the other provisions of this chapter.
    (f)    Except as allowed by subsection (e) of this section, no person may sell, offer for sale, barter or transfer within the city any ammunition listed in Section 4-144-061 of this Code.
(Prior code § 11.1-15; Amend Coun. J. 9-14-94, p. 56287)

**8-20-175  Firearm Owners Identification Card Act – Compliance required.**
    No person shall sell, give away or otherwise transfer any firearm, as defined in Section 8-20-030, without complying with Sections 3 and 3.1 of the Firearm Owners Identification Card Act, Illinois Revised Statutes, Chapter 38, paragraphs 83-3 and 83-3.1.
(Added Coun. J. 7-7-92, p. 19196)

**8-20-180  False information – Forgery – Alteration.**
    (a)    It shall be unlawful for any person purchasing any firearm or ammunition, or applying for any registration certificate under this chapter, or, in giving any information pursuant to the requirements of this chapter, to knowingly give false information or offer false evidence of identity.
    (b)    It shall be unlawful for anyone to forge or alter any application or registration certificate submitted, retained or issued under this chapter.
(Prior code § 11.1-16)

**8-20-190  Voluntary surrender – Immunity.**
    (a)    Within 90 days from the effective date of this ordinance, a person within the City of Chicago may voluntarily and peaceably deliver and abandon to the superintendent any firearm or ammunition prior to any arrest and prosecution of such person on a charge of violating any provisions of this chapter with respect to the firearm or ammunition voluntarily delivered.
    (b)    Delivery under this section may be made at any police district, area or central headquarters or by summoning a police officer to the person's residence or place of business. Any firearm or ammunition to be delivered and abandoned to the superintendent under this section shall be unloaded and securely wrapped in a package carried in open view.
    (c)    The voluntary delivery or abandonment of any firearm or ammunition after an arrest or charge for violation of any provision of this chapter shall not moot or in any manner invalidate said arrest or charge.
(Prior code § 11.1-17)

**8-20-195  Voluntary surrender of laser sight accessory – Immunity.**
    (a)    Within 14 days of the effective date of this ordinance, a person within the City of Chicago may voluntarily and peaceably deliver and abandon to the superintendent any laser sight accessory prior to any arrest and prosecution of such person on a charge of violating any provision of this chapter with respect to the laser sight accessory voluntarily delivered.

 (b) Delivery under this section may be made at any police district, area or central headquarters or by summoning a police officer to the person's residence or place of business.

 (c) The voluntary delivery or abandonment of any laser sight accessory after an arrest or charge for violation of any provision of this chapter shall not moot or in any manner invalidate said arrest or charge.

(Added Coun. J. 3-10-99, p. 91066)

**8-20-200  Renewal of registration.**

 (a) Every registrant must renew his registration certificate annually. Applications for renewal shall be made by such registrants 60 days prior to the expiration of the current registration certificate.

 (b) The application for renewal shall include the payment of a renewal fee as follows:

 1 firearm $20.00

 2 - 10 firearms 25.00

 More than ten firearms 35.00

 (c) Failure to comply with the requirement for renewal of registration of a firearm shall cause that firearm to become unregisterable.

 (d) All terms, conditions and requirements of this chapter for registration of firearms shall be applicable to renewal or registration of such firearms.

 (e) The renewal fee shall not be applicable to duty-related handguns of peace officers domiciled in the City of Chicago.

(Prior code § 11.1-18; Amend Coun. J. 7-7-92, p. 19196; Amend Coun. J. 11-10-94, p. 59125)

**8-20-210  Notice.**

 For the purposes of this chapter, service of any notice, finding or decision upon an applicant or registrant shall be completed by any of the following methods:

 (1) Personal delivery of a copy of such notice, finding or decision to the applicant or registrant; or

 (2) By leaving a copy of such notice, finding or decision at the address identified on the application for registration or renewal; or

 (3) By mailing a copy of the notice, finding or decision by certified mail with return receipt to the address identified on the application for registration or renewal; in which case service shall be complete as of the date the return receipt was signed.

(Prior code § 11.1-19)

**8-20-220  Destruction of weapons confiscated.**

 Whenever any firearm or ammunition is surrendered or confiscated pursuant to the terms of this chapter, the superintendent shall ascertain whether such firearm or ammunition is needed as evidence in any matter.

 If such firearm or ammunition is not required for evidence it shall be destroyed at the direction of the superintendent. A record of the date and method of destruction and an inventory of the firearm or ammunition so destroyed shall be maintained.

(Prior code § 11.1-20)

**8-20-230  Authority of the superintendent.**

 The superintendent shall have the authority to promulgate rules and regulations for the implementation of this chapter and to prescribe all forms and the information required thereon.

(Prior code § 11.1-21)

**8-20-240  Acquisition or possession prohibited by law.**

 Nothing in this chapter shall make lawful the acquisition or possession of firearms or firearm ammunition which is otherwise prohibited by law.

(Prior code § 11.1-22)

**8-20-241  Firearm used illegally – Penalty.**

 The owner of an unregistered firearm that is used in any criminal act shall be subject to a fine of $500.00 for each such use, regardless of whether the owner participated in, aided or abetted the criminal act. A fine under this section shall be in addition to any other penalty imposed on the criminal act or use of the firearm.

(Added Coun. J. 11-10-94, p. 59125)

**8-20-250  Violation – Penalty.**

 Any person who violates any provision of this chapter, where no other penalty is specifically provided, shall upon conviction for the first time, be fined not less than $300.00, nor more than $500.00; or be incarcerated for not less than ten days nor more than 90 days or both. Any subsequent conviction for a violation of this chapter shall be punishable by a fine of $500.00 and by incarceration for a term of not less than 90 days, nor more than six months.

(Prior code § 11.1-23; Amend Coun. J. 11-10-94, p. 59125)

**8-20-260  Severability.**

    If any provision or term of this chapter, or any application thereof, is held invalid, the invalidity shall not affect other applications of the provisions or terms of this chapter which reasonably can be given effect without the invalid provision or term for the application thereof.

(Prior code § 11.1-24)

**Disclaimer:**

This Code of Ordinances and/or any other documents that appear on this site may not reflect the most current legislation adopted by the Municipality. American Legal Publishing Corporation provides these documents for informational purposes only. These documents should not be relied upon as the definitive authority for local legislation. Additionally, the formatting and pagination of the posted documents varies from the formatting and pagination of the official copy. The official printed copy of a Code of Ordinances should be consulted prior to any action being taken.

For further information regarding the official version of any of this Code of Ordinances or other documents posted on this site, please contact the Municipality directly or contact American Legal Publishing toll-free at 800-445-5588.

© 2010 American Legal Publishing Corporation
techsupport@amlegal.com