**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
Eastern Division**

Second Amendment Arms, et al.
                          Plaintiff,

v.                                                    Case No.: 1:10−cv−04257
                                                     Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 21, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing date of 9/23/2010 is stricken and Status hearing reset for 10/27/2010 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.