# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**TO:**   Walter Maksym
2056 N. Lincoln Avenue
Chicago, IL 60614

  **PLEASE TAKE NOTICE** that on October 28, 2010, at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and is hereby served upon you.

Dated: October 25, 2010            Respectfully submitted,

                    MARA S. GEORGES,
                    Corporation Counsel for the City of Chicago

                    By:   /s/William Macy Aguiar
                         Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 25th day of October, 2010, I caused a copy of **Defendants' Motion for an Extension of Time to Answer or Otherwise Plead**, to be served by electronic filing (ECF) on:

>Walter Maksym
>2056 N. Lincoln Avenue
>Chicago, IL 60614

>/s/William Macy Aguiar
>William Macy Aguiar