# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Second Amendment Arms, et al.
                              Plaintiff,

v.                                                          Case No.: 1:10−cv−04257
                                                              Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 26, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: The Court has before it an initial status report [7] filed by Plaintiffs and an unopposed motion for extension of time to answer or otherwise plead [9] filed by Defendants, requesting an extension until 11/24/2010. In addition, as both documents [7, 9] report, there is a pending motion to reassign this case to Judge Guzman under Local Rule 40.4 as related to Benson v. City of Chicago, et al., No. 10−cv−4184. It appears from the docket sheet in that case that the motion to reassign will be fully briefed as of 11/29/2010 (see 10−cv−4184 [50]). In view of the foregoing, the motion for extension of time to answer or otherwise plead to 11/24/2010 [9] is granted, and the initial status hearing set for 10/27/2010 in this Court is stricken and reset to 12/8/2010 at 9:00 a.m. The notice of motion date of 10/28/2010 also is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.