

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SECOND AMENDMENT ARMS, a d/b/a of R. Joseph Franzese, R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., ICARRY, an unincorporated Association and a d/b/a of Shaun Kranish, and SHAUN A. KRANISH,

Plaintiffs,

V.

CITY OF CHICAGO, a municipal corporation, RICHARD M. DALEY, individually and as the Mayor of the City of Chicago, JODY P. WEIS, Superintendent of Police of the City of Chicago, MIGUEL DEL VALLE, City Clerk of the City of Chicago, and MARIA GEORGES, individually and as Corporation Counsel of the City of Chicago,

Defendants.

CASE NUMBER: 1:10-cv-04257

ASSIGNED JUDGE: Hon. Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila M. Finnegan



TO: (Name and address of Defendant)

Mara Georges
Corporation Counsel
121 N. LaSalle, Room 604
Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Walter Maksym
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525

an answer to the complaint which is herewith served upon you, within _twenty-one (21)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

---
(By) DEPUTY CLERK

October 1, 2010
---
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]
DATE: 10/06/10 3:17 pm

NAME OF SERVER (PRINT): EDEN OSBORNE
TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED MARA GEORGES, CORPORATION COUNSEL AT 121 N. LASALLE STREET, ROOM 600, CHICAGO, IL 60602 BY SERVING RICKY KNIGHT, PARALEGAL AND AUTHORIZED AGENT (Male, Black, approx. 48 yrs., 6'2", 180 lbs, black hair)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $50 | $50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCTOBER 8, 2010
Date

Signature of Server

Address of Server

FILED
OCT 27 2010 JH
Oct 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LEGAL DOCUMENT MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.