

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SECOND AMENDMENT ARMS, a d/b/a of R. Joseph Franzese, R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., ICARRY, an unincorporated Association and a d/b/a of Shaun Kranish, and SHAUN A. KRANISH,

Plaintiffs,

V.

CITY OF CHICAGO, a municipal corporation, RICHARD M. DALEY, individually and as the Mayor of the City of Chicago, JODY P. WEIS, Superintendent of Police of the City of Chicago, MIGUEL DEL VALLE, City Clerk of the City of Chicago, and MARIA GEORGES, individually and as Corporation Counsel of the City of Chicago,

Defendants.

CASE NUMBER: 1:10-cv-04257

ASSIGNED JUDGE: Hon. Robert M. Dow, Jr.

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

City of Chicago c/o Miguel Del Valle, City Clerk, 121 N. LaSalle, Room 107, Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Walter Maksym
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525

an answer to the complaint which is herewith served upon you, within _twenty-one (21)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



September 30, 2010
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/06/10 3:22 pm |
| NAME OF SERVER *(PRINT)* EDEN OSBORNE | TITLE PROCESS SERVER |

FILED
OCT 27 2010 JH
Oct 27 2010
~~MICHAEL W. DOBBINS~~
CLERK, U.S. DISTRICT COURT

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED CITY OF CHICAGO C/O MIGUEL DEL VALLE, CITY CLERK AT 121 N. LASALLE STREET, ROOM 107, CHICAGO, IL 60602 BY SERVING NANCY NIEMINSKI, CASHIER AND AUTHORIZED AGENT (female, white, approx. 65 yrs, 5'3", 160 lbs, brown hair)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES $35 | TOTAL $35 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCTOBER 8, 2010
         Date          Signature of Server

         Address of Server  LEGAL DOCUMENT MANAGEMENT, INC.
                           79 W. MONROE STREET, STE. 1020
                           CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.