# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Second Amendment Arms, et al.
          Plaintiff,

v.                 Case No.: 1:10−cv−04257
                Honorable Robert M. Dow Jr.

City Of Chicago, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 8, 2010:

  MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 12/8/2010. MOTION by Defendants Mara Georges, Jody P. Weis, Miguel del Valle, Richard M. Daley, City Of Chicago to dismiss [18] Plaintiffs' First Amended Complaint is taken under advisement; Plaintiffs' given leave to file a 20 page response to motion to dismiss by 1/21/2011; Defendants are given leave to file a 20 page reply by 2/16/2011; ruling on motion to dismiss will be by mail. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.