UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Morton Denlow |
| Defendants. | ) | U.S. Magistrate Judge |

NOTICE OF FILING

PLEASE TAKE NOTICE that on February 9, 2011 I filed Plaintiffs' Response to Defendants' Motion to Dismiss First Amended Complaint and Plaintiffs Memorandum in Opposition to Defendants' Motion to Dismiss with the Clerk of the U.S. District Court for the Northern District of Illinois, copies of which is herewith served upon you.

      /s/ Walter Maksym
      Walter P. Maksym, Jr.
      Attorney for Plaintiff
      2056 N. Lincoln Avenue
      Chicago, IL 60614-4525
      Telephone: (312) 218-4475
      e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of this notice and the foregoing documents by electronically filing them on February 9, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to:

LeAnn Pedersen Pope
Michael G. Salemi
Victoria R. Collado
Bruke, Warren, McKay & Serritla
330 N. Wabash, 22nd Floor
Chicago IL 60611

      /s/ Walter P. Maksym, Jr.
      Walter P. Maksym, Jr.
      Attorney for Plaintiff