IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

**TO:** Walter Maksym
2056 N. Lincoln Avenue
Chicago, IL 60614

    **PLEASE TAKE NOTICE** that on March 4, 2011, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint**, a copy of which is attached and is hereby served upon you.

Dated: March 4, 2011         Respectfully submitted,

                                  MARA S. GEORGES,
                                  Corporation Counsel for the City of Chicago

                                  By:    /s/William Macy Aguiar
                                            Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975 / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 4th day of March, 2011, I caused a copy of **Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' First Amended Complaint**, to be served by electronic filing on:

>Walter Maksym
>2056 N. Lincoln Avenue
>Chicago, IL 60614


>/s/William Macy Aguiar
>William Macy Aguiar