**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Second Amendment Arms, et al.
                              Plaintiff,

v.                                                   Case No.: 1:10–cv–04257
                                                          Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 10, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Plaintiff Second Amendment Arms to supplement Memo in Opposition to Motion to Dismiss with additional case authority [32] is granted. Defendants are given until 6/17/2011 to file a response to supplemental authority of no more than 4 pages. Notice of Motion date of 6/15/2011 is stricken and no appearances are necessary on that date. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.