```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

SECOND AMENDMENT ARMS, et. al., )
                                       )
            Plaintiffs, )    Civil Case No: 1:10-cv-4257
                                       )
      v.                          )    Hon. Robert M. Dow, Jr.
                                       )    U.S. District Court Judge
CITY OF CHICAGO, et. al.,      )
                                     )    Hon. Sheila M. Finnegan
            Defendants. )    U.S. Magistrate Judge

<u>NOTICE OF FILING</u>

    PLEASE TAKE NOTICE that on July 8, 2011 I filed Plaintiffs' Motion for Leave to File and Cite Supplemental Case Authority in Support of Their Memorandum in Opposition Defendants' Motion to Dismiss and for Finding That Said Authority Collaterally Estops Them From Relitigating the Issues Actually and Necessarily Decided Therein and this Notice of Filing, copies of which are herewith served upon you.

                                                  <u>/s/  Walter Maksym</u>
                                                  Walter P. Maksym, Jr.
                                                 Attorney for Plaintiff
                                                 2056 N. Lincoln Avenue
                                                 Chicago, IL 60614-4525
                                                 Telephone: (312) 218-4475
                                                 e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

    The undersigned certifies that he served true and correct copy of the foregoing document by electronically filing it on June 8, 2010 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

                                  */s/ Walter P. Maksym, Jr.*
                                  Walter P. Maksym, Jr.