**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Second Amendment Arms, et al.
                            Plaintiff,

v.                                                       Case No.: 1:10–cv–04257
                                                             Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 12, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: The Court has before it Plaintiffs motion for leave to file and cite supplemental authority in opposition to Defendants motion to dismiss and for a finding of collateral estoppel [37]. The Court is aware of the Ezell decision and thus grants the motion in part as to the filing and citation of supplemental authority. In regard to the other relief requested a finding of estoppel the Court enters and continues the motion to the next status hearing, which is set for 7/27/2011 at 10:30 a.m. At the status hearing, the Court would like the parties to be prepared to discuss, among other things, the first amended complaint, the pending motion to dismiss, the Ezell case, and the recent amendment to the Citys gun ordinance. The notice of motion date of 7/13/2011 is stricken and no appearances are necessary on that date. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.