# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Second Amendment Arms, et al.
                                Plaintiff,

v.                                          Case No.: 1:10−cv−04257
                                            Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2011:

MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 7/27/2011. As discussed on the record, Plaintiffs are given to and including 8/17/2011 to file an amended complaint. Defendants are given until 9/14/2011 to file responsive pleading to amended complaint. MOTION by Defendants to dismiss [18] Plaintiffs' First Amended Complaint is stricken as moot. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.