# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Second Amendment Arms, et al.

                        Plaintiff,

v.

City Of Chicago, et al.

                        Defendant.

Case No.: 1:10–cv–04257
Honorable Robert M. Dow Jr.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 27, 2011:


      MINUTE entry before Honorable Robert M. Dow, Jr: Plaintiffs' oral motion for leave to file an amended complaint is granted. Notices Mailed by Judge's Staff (tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.