IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., ICARRY, an unincorporated Association a d/b/a of Shaun Kranish), and SHAUN A. KRANISH, <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, a municipal corporation, RICHARD M. DALEY, individually and as the Mayor of the City of Chicago, JODY P. WEIS, Superintendent of Police of the City of Chicago, MIGUEL DEL VALLE, City Clerk of the City of Chicago, and MARA GEORGES, individually and as Corporation Counsel of the City of Chicago, <br><br>  Defendants. | Civil Case No: 1:10-cv-4257 <br><br> Hon. Robert M. Dow, Jr. <br> U.S. District Court Judge <br><br> Hon. Sheila M. Finnegan <br> U.S. Magistrate Judge |

PLAINTIFFS' MOTION TO EXTEND TIME
TO FILE SECOND AMENDED COMPLAINT

Now comes Plaintiffs, SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., ICARRY, an unincorporated Association (a d/b/a of Shaun Kranish), and SHAUN A. KRANISH, by and through his attorney, Walter Maksym, and respectfully request that they be granted an extension of time within which to file their Second Amended Complaint, stating as follows:

    1.   This Court entered and order on July 27, 2011 granting August 17, 2011 for Plaintiffs to file their Second Amended

Complaint and until September 14, 2011 to file responsive pleading thereto. (Doc. 41)

2. By reason of Plaintiffs' counsel's need to attend to pressing and critical health and the professional demands of other litigation his ability to complete and timely file said Second Amended Complaint, it has become necessary to request an extension of time to file same.

3. Plaintiffs' consel has conferred with Defendants' counsel, Mardell Nereim, who has indicated that she and her clients have no objection to this request for extension of time, provided the time for Defendants' to file their responsive pleading thereto is extended for the same period.

4. This Motion is timely made in good faith for purposes of necessity only in order to obtain additional time to complete and file Plaintiffs' Second Amended Complaint, and not for purposes of delay.

5. Plaintiffs' counsel verifies this Motion pursuant to the Certification hereto.

WHEREFORE, Plaintiff respectfully prays that this Court enter an order extending the time for them to file their Second Amended Complaint twenty-one days to September 7, 2011, extend the time for Defendants to file their responsive pleading to September 28, 2011 and grant such other further relief as this Court may deem fair, just and proper in the premises.

                                      Respectfully submitted,

                                      R. JOSEPH FRANZESE d/b/a/ SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., ICARRY and SHAUN A. KRANISH, Plaintiffs,

                                      By _/s/ Walter Maksym_____
                                           WALTER MAKSYM, their attorney

VERIFICATION BY CERTIFICATION

    The undersigned attorney certifies that he has read the foregoing instrumentt, that to the best of his knowledge, information, and belief, formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good-faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

                                              /s/ Walter Maksym

Walter P. Maksym  
Attorney at Law  
2056 N. Lincoln Avenue  
Chicago, IL 60614-4525  
Telephone: (312) 218-4475  
e-mail: wmaksym@gmail.com