IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECOND AMENDMENT ARMS, et. al.,  )
                                 )
                Plaintiffs,      )     Civil Case No: 1:10-cv-4257
                                 )
            v.                   )     Hon. Robert M. Dow, Jr.
                                 )     U.S. District Court Judge
CITY OF CHICAGO, et. al.,        )
                                 )     Hon. Sheila M. Finnegan
                Defendants.      )     U.S. Magistrate Judge

AMENDED NOTICE OF FILING

PLEASE TAKE NOTICE that on September 7, 2011 I filed Plaintiffs' Amended Complaint and this Notice of Filing, copies of which are herewith served upon you.

                          _/s/  Walter Maksym_____
                          Walter P. Maksym, Jr.
                          Attorney for Plaintiff
                          2056 N. Lincoln Avenue
                          Chicago, IL 60614-4525
                          Telephone: (312) 218-4475
                          e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing document by electronically filing it on September 7, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

                          _/s/ Walter P. Maksym, Jr._____
                          Walter P. Maksym, Jr.