Second Amendment Arms, et al.

                            Plaintiff,

v.                                     Case No.: 1:10–cv–04257

                                     Honorable Robert M. Dow Jr.

City Of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 23, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Defendants City Of Chicago, Rahm Emanuel, Gary McCarthy, Susana Mendoza for extension of time [52] to file answer or to otherwise plead, to and including 10/26/2011, is granted. Notice of Motion date of 9/27/2011 is stricken and no appearances are necessary on that date. Notices Mailed by Judge's Staff(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.