IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Walter Maksym
2056 N. Lincoln Avenue
Chicago, IL 60614

**PLEASE TAKE NOTICE** that on October 19, 2011, at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and is hereby served upon you.

Dated: October 6, 2011

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By:   /s/William Macy Aguiar
            Assistant Corporation Counsel

Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-9018 / 6975  / 7129 / 4216

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 6th day of October, 2011, I caused a copy of **Defendants' Motion for an Extension of Time to Answer or Otherwise Plead**, to be served by electronic filing (ECF) on:

>Walter Maksym
>2056 N. Lincoln Avenue
>Chicago, IL 60614

>/s/William Macy Aguiar
>William Macy Aguiar