Second Amendment Arms, et al.
　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:10−cv−04257
　　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

City Of Chicago, et al.
　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2011:

　　　MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Defendants City Of Chicago, Rahm Emanuel, Gary McCarthy, Susana Mendoza for leave to file excess pages [60] in support of motion to dismiss Counts I, III, and VIII–XVIII of Second Amended Complaint is granted. Plaintiffs are allowed to file a response brief of 24 pages. Parties to notify the courtroom deputy with an agreed upon briefing schedule on the motion to dismiss. Notice of Motion date of 11/10/2011 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.