UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Morton Denlow |
| Defendants. | ) | U.S. Magistrate Judge |

NOTICE OF FILING

PLEASE TAKE NOTICE that on December 28, 2011 I filed Plaintiffs' Response to Defendants' Motion to Dismiss Second Amended Complaint and Plaintiffs Memorandum in Opposition to Defendants' Motion to Dismiss Second Amended Complaint with the Clerk of the U.S. District Court for the Northern District of Illinois, copies of which is herewith served upon you and delivered to the U.S. District Judge presiding.

    /s/ Walter Maksym
Walter P. Maksym, Jr.
Attorney for Plaintiff
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of this notice and the foregoing documents by electronically filing them on December 28, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

    /s/ Walter P. Maksym, Jr.
Walter P. Maksym, Jr.
Attorney for Plaintiff