IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, ) | | |
| (a d/b/a of R. Joseph Franzese), ) | | |
| R. JOSEPH FRANZESE, individually ) | | |
| and d/b/a SECOND AMENDMENT ARMS, ) | | |
| ROBERT M. ZIEMAN, SR., ICARRY, ) | | |
| an unincorporated Association (and d/b/a of ) | | |
| Shaun Kranish), SHAUN KRANISH, ) | | |
| individually and d/b/a ICARRY, and ) | | |
| TONY KOLE, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Case No: 1:10-cv-4257 | |
| ) | | |
| CITY OF CHICAGO, a municipal ) | Hon. Robert M. Dow, Jr. | |
| corporation, RAHM EMANUEL, in ) | U.S. District Court Judge | |
| his official capacity as Mayor of the ) | | |
| City of Chicago, GARRY McCARTHY, ) | Hon. Sheila M. Finnegan | |
| Superintendent of Police of the City of ) | U.S. Magistrate Judge | |
| Chicago and SUSANA MENDOZA, ) | | |
| City Clerk of the City of Chicago, ) | | |
| ) | | |
| Defendants. ) | | |

PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO STRIKE
AND MOTION FOR LEAVE TO FILE MEMORANDUM *INSTANTER*

NOW COMES Plaintiffs, by and through their attorney, Walter P. Maksym, Jr., and submit the following response to Defendants' Motion to Strike, and seeks leave to file their Memorandum in Opposition to Defendants' Memorandum in Support of Their Motion to Dismiss Counts I, III, and VIII-XVIII of the Second Amended Complaint *insanter*:

1-3.  Plaintiffs admit paragraph 1 - 3 of Defendants' Motion.

4.  On December 28, 2011 Plaintiffs' counsel inadvertently uploaded and misfiled their previously filed Memorandum in Opposition to Dismiss Plaintiffs Amended Complaint rather than their Memorandum in Opposition to Defendants' Memorandum in Support of Their

Motion to Dismiss Counts I, III, and VIII-XVIII of the Second Amended Complaint which is tendered herewith for filing *instanter*.

     5.    Plaintiffs admit paragraph 5 of Defendants' Motion.

     6.    Plaintiffs therefore request leave to withdraw the inadvertently re-filed Memorandum filed on December 28, 2011 and for leave to filed their Memorandum in Opposition to Defendants' Memorandum in Support of Their Motion to Dismiss Counts I, III, and VIII-XVIII of the Second Amended Complaint which is tendered herewith for filing *instanter*.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully pray that this Court grant them leave to withdraw the inadvertently re-filed Memorandum filed on December 28, 2011 and grant leave to filed their Memorandum in Opposition to Defendants' Memorandum in Support of Their Motion to Dismiss Counts I, III, and VIII-XVIII of the Second Amended Complaint tendered herewith *instanter,* set a date for Defendants to file a Reply thereto and grant them such other and further relief as it may deem just and proper in the premises.

                            Respectfully submitted,

                            */s/ Walter P. Maksym, Jr.*
                            Walter P. Maksym, Jr., Plaintiffs' Attorney

Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com