UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Morton Denlow |
| Defendants. | ) | U.S. Magistrate Judge |

NOTICE OF FILING

PLEASE TAKE NOTICE that on January 17, 2012 I filed Plaintiffs' Response to Defendants' Motion to Strike and Motion for Leave to File Memorandum Instanter and tendered Memorandum in Opposition to Defendants' Memorandum in Support of Their Motion to Dismiss Counts I, III, and VIII-XVIII of the Second Amended Complaint with the Clerk of the U.S. District Court for the Northern District of Illinois, copies of which is herewith served upon you and delivered to the U.S. District Judge presiding.

_/s/ Walter Maksym_____
Walter P. Maksym, Jr.
Attorney for Plaintiff
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of this notice and the foregoing documents by electronically filing them on January 17, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to:

Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602

_/s/ Walter P. Maksym, Jr._____
Walter P. Maksym, Jr.
Attorney for Plaintiff