IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No: 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Court Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Sheila M. Finnegan |
| Defendants. | ) | U.S. Magistrate Judge |

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on January 17, 2012 at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge as may be sitting in his place and stead, and present Plaintiffs' Response to Defendants' Motion to Strike and Motion for Leave to File tendered Memorandum in Opposition to Defendants' Memorandum in Support of Their Motion to Dismiss Counts I, III, and VIII-XVIII of the Second Amended Complaint, copies of which are hereby and herewith served upon you.

Respectfully submitted,

<u>/s/ Walter P. Maksym, Jr.</u>
Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

    The undersigned certifies that he served true and correct copy of the foregoing Plaintiffs' Motion as electronically filed on January 17, 2012 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

                                */s/ Walter P. Maksym, Jr.*
                                  Walter P. Maksym, Jr.