**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Second Amendment Arms, et al.
                         Plaintiff,

v.                                        Case No.: 1:10−cv−04257
                                        Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 17, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Plaintiffs are given leave to file, instanter, response to defendants' motion to dismiss. MOTION by Defendants City Of Chicago, Rahm Emanuel, Gary McCarthy, Susana Mendoza to strike [71] Plaintiffs' Response to Defendants' Motion to Dismiss[58] is stricken as moot. Motion for Leave to File Tendered Memorandum, Instanter, [75] is granted. Defendants are given to and including 2/7/2012 to file their reply brief in support of motion to dismiss. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.