```
            UNITED STATES DISTRICT COURT FOR THE
         NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SECOND AMENDMENT ARMS, et. al.,   )
                                  )
                   Plaintiffs,    )   Case No. 1:10-cv-4257
                                  )
           v.                     )   Hon. Robert M. Dow, Jr.
                                  )   U.S. District Judge
CITY OF CHICAGO, et. al.,         )
                                  )   Hon. Morton Denlow
                   Defendants.    )   U.S. Magistrate Judge
```

NOTICE OF FILING

     PLEASE TAKE NOTICE that on April 25, 2012 I filed Plaintiffs' Motion for Leave to Cite New Supplemental Case Authorities in Opposition to Defendants' Motion to Dismiss Second Amended Complaint and this Notice with the Clerk of the U.S. District Court for the Northern District of Illinois, copies of which is herewith served upon you and delivered to the U.S. District Judge presiding.

                                               */s/ Walter P. Maksym, Jr.*
                                               Walter P. Maksym, Jr.
                                               Attorney for Plaintiffs
                                               2056 N. Lincoln Avenue
                                               Chicago, IL 60614-4525
                                               Telephone: (312) 218-4475
                                               e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

     The undersigned certifies that he served true and correct copy of this notice and the foregoing documents by electronically filing them on April 25, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

                                               */s/ Walter P. Maksym, Jr.*