IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No: 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Court Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Sheila M. Finnegan |
| Defendants. | ) | U.S. Magistrate Judge |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 3, 2012 at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge as may be sitting in his place and stead, and present Plaintiffs' Motion for Leave to Cite New Supplemental Case Authorities in Opposition to Defendants' Motion to Dismiss Second Amended Complaint, a copy of which is hereby and herewith served upon you.

Respectfully submitted,

*/s/ Walter P. Maksym, Jr.*
Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing Plaintiffs' Motion as electronically filed on April 25, 2012 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

```
Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602
```

                                                     _/s/ Walter P. Maksym, Jr._
                                                        Walter P. Maksym, Jr.