**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Second Amendment Arms, et al.
                                        Plaintiff,

v.                                        Case No.: 1:10–cv–04257
                                        Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 25, 2012:

    MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order, dated 9/25/2012, the Court grants in part and denies in part Defendants motion to dismiss [58]. Although Plaintiffs already have had multiple opportunities to frame their claims, the Court will allow one additional opportunity to file an amended complaint within 21 days if Plaintiffs believe that they can cure any of the pleading deficiencies identified above. Whether or not Plaintiffs choose to replead, this case should move forward with discovery immediately. This case is set for further status on October 18, 2012 at 9:30 a.m. The parties are directed to meet and confer and to file a proposed discovery plan no later than October 16. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.