UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Morton Denlow |
| Defendants. | ) | U.S. Magistrate Judge |

NOTICE OF FILING

PLEASE TAKE NOTICE that on October 16, 2012 I filed Discovery Plan Jointly Submitted Pursuant to Fed. R. Civ. Pro. 26(f) and this Notice with the Clerk of the U.S. District Court for the Northern District of Illinois, copies of which is herewith served upon you and delivered to the U.S. District Judge presiding.

_/s/ Walter P. Maksym, Jr._
Walter P. Maksym, Jr.
Attorney for Plaintiffs
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of this notice and the foregoing document by electronically filing them on October 16, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to:

Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602

_/s/ Walter P. Maksym, Jr._