IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., ) | | |
| ) | | |
| Plaintiffs, ) | Civil Case No: 1:10-cv-4257 | |
| ) | | |
| v. ) | Hon. Robert M. Dow, Jr. | |
| ) | U.S. District Court Judge | |
| CITY OF CHICAGO, et. al., ) | | |
| ) | Hon. Sheila M. Finnegan | |
| Defendants. ) | U.S. Magistrate Judge | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on October 16, 2012 I filed Plaintiffs' Motion to Extend Time to File Third Amended Complaint and this Notice of Filing, copies of which are herewith served upon you.

                                                 _/s/  Walter Maksym_
                                                 Walter P. Maksym, Jr.
                                                 Attorney for Plaintiff
                                                 2056 N. Lincoln Avenue
                                                 Chicago, IL 60614-4525
                                                 Telephone: (312) 218-4475
                                                 e-mail: wmaksym@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing document by electronically filing it on October 16, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602

                                      */s/ Walter P. Maksym, Jr.*
                                        Walter P. Maksym, Jr.