IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECOND AMENDMENT ARMS, et. al., )
                                 )
                    Plaintiffs,  )    Civil Case No: 1:10-cv-4257
                                 )
          v.                     )    Hon. Robert M. Dow, Jr.
                                 )    U.S. District Court Judge
CITY OF CHICAGO, et. al.,        )
                                 )    Hon. Sheila M. Finnegan
                    Defendants.  )    U.S. Magistrate Judge

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on October 31, 2012 at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge as may be sitting in his place and stead, and present Plaintiffs' Motion to Extend Time to File Third Amended Complaint, copies of which are hereby and herewith served upon you.

Respectfully submitted,

*/s/ Walter P. Maksym, Jr.*
Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing Plaintiffs' Motion to Extend Time to File Response to Defendants' Motion to Dismiss Second Amended Complaint as electronically filed on October 16, 2012 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

Mara S. Georges
Michael A. Forti
Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, IL 60602

    /s/ Walter P. Maksym, Jr.
     Walter P. Maksym, Jr.