UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Second Amendment Arms, et al.
                                     Plaintiff,

v.                                                       Case No.: 1:10–cv–04257
                                                                 Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2012:

      is stricken and no appearances are necessary on that date. Mailed notice(tbk, )MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 10/18/2012. MOTION by Plaintiff Second Amendment Arms for extension of time [89] to File Third Amended Complaint, to and including 12/17/2012, is granted. Defendants' response to Third Amended Complaint to be filed by 1/21/2013. Written fact discovery date of 2/17/2013 is extended to 5/1/2013. Oral fact discovery and Plaintiffs' disclosure of experts extended to 9/1/2013. Defendants' disclosure of experts extended to 10/1/2013. Expert discovery closes on 11/30/2012. All further discovery motions and discovery supervision being referred to Magistrate Judge Finnegan. Status hearing set for 5/15/2013 at 09:00 AM. Notice of Motion date of 10/31/2012

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.