# United States District Court
# Northern District of Illinois

In the Matter of

Second Amendment

v.

City of Chicago, et al

Magistrate Judge Sheila Finnegan

Case No. 10-CV-4257

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE**

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sheila Finnegan, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Robert M. Dow Jr.**

Date: Thursday, October 18, 2012

---

**ORDER OF THE EXECUTIVE COMMITTEE**

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sheila Finnegan

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated: Friday, October 19, 2012

District Referral - To Designated Magistrate Judge

# CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: