Second Amendment Arms, et al.
                                Plaintiff,

v.                                              Case No.: 1:10–cv–04257
                                                Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 23, 2012:

    MINUTE entry before Honorable Sheila Finnegan: Magistrate Judge status hearing set for 11/15/2012 at 9:30 a.m. in courtroom 2214. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.