IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No: 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Court Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Sheila M. Finnegan |
| Defendants. | ) | U.S. Magistrate Judge |

## AMENDED APPEARANCE

The undersigned attorney hereby enters his amended appearance on behalf of R. JOSEPH FRANZESE, d/b/a/ SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., SHAUN A. KRANISH, d/b/a ICARRY, and TONY KOLE, the Plaintiffs in the above-captioned cause.

                                                     */s/ Walter P. Maksym, Jr.*
                                                  Walter P. Maksym, Jr., Attorney at Law

Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Tel: (312) 218-4475
e-mail: wmaksym@gmail.com