IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No: 1:10-cv-4257 |
| | ) | |
| v. | ) | Hon. Robert M. Dow, Jr. |
| | ) | U.S. District Court Judge |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | Hon. Sheila M. Finnegan |
| Defendants. | ) | U.S. Magistrate Judge |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on October 23, 2012 I filed my Amended Appearance, Plaintiffs' Motion to Extend Time to File Third Amended Complaint (intended to be filed October 16, 2012) and this Notice of Filing, copies of which are herewith served upon you.

                                                       */s/ Walter Maksym*
                                                       Walter P. Maksym, Jr.
                                                       Attorney for Plaintiff
                                                       2056 N. Lincoln Avenue
                                                       Chicago, IL 60614-4525
                                                       Telephone: (312) 218-4475
                                                       e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing documents by electronically filing it on October 23, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

    Mara S. Georges
    Michael A. Forti
    Mardell Nereim
    Andrew W. Worseck
    William Macy Aguiar
    Rebecca Alfert Hirsch
    City of Chicago, Department of Law
    30 North LaSalle Street, Suite 1230
    Chicago, IL 60602

                                      */s/ Walter P. Maksym, Jr.*
                                        Walter P. Maksym, Jr.