UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Second Amendment Arms, et al.
                                    Plaintiff,
v.                                                  Case No.: 1:10−cv−04257
                                                    Honorable Robert M. Dow Jr.
City Of Chicago, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2012:

MINUTE entry before Honorable Sheila Finnegan: Magistrate Judge status hearing held on 11/15/2012 and continued to 2/6/2013 at 9:30 a.m. Defense counsel reports on the status of discovery. If the parties have no issues to argue at the next status hearing, they may call the courtroom deputy to request a telephonic status hearing. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.