UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Second Amendment Arms, et al.
                    Plaintiff,
v.                                          Case No.: 1:10–cv–04257
                                            Honorable Robert M. Dow Jr.
City Of Chicago, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2013:

MINUTE entry before Honorable Sheila Finnegan: Magistrate Judge status hearing held on 2/6/2013 and continued to 4/8/2013 at 9:30 a.m. Plaintiff's counsel participates by telephone. No party has served written discovery. Plaintiffs expect to file a motion with the district judge seeking leave to file an amended complaint and modify the discovery schedule due to counsel's medical issues. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.