IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:** Walter Maksym
Attorney at Law
400 E. Ohio, #2004
Chicago, Illinois 60611

    **PLEASE TAKE NOTICE** that on June 5, 2013, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, the **Defendants' Status Report**, a copy of which is attached and is hereby served upon you.

Dated: June 5, 2013

                                        Respectfully submitted,

                                        STEPHEN R. PATTON,
                                        Corporation Counsel for the City of Chicago

                                        By:   /s/William Macy Aguiar
                                                Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 7129 / 4216 / 2-0260

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 5th day of June, 2013, I caused a copy of **Defendants' Status Report**, to be served by electronic filing (ECF) on:

> Walter Maksym
> Attorney at Law
> 400 E. Ohio, #2004
> Chicago, Illinois 60611

    /s/William Macy Aguiar
    William Macy Aguiar