**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 10-CV-4257

SECOND AMENDMENT ARMS, et al
v.
CITY OF CHICAGO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SECOND AMENDMENT ARMS, R. JOSEPH FRANZESE, individually and d/b/a Second Amendment Arms, ROBERT M. ZIEMAN, SR., ICARRY, SHAUN KRANISH, individually and d/b/a ICarry, and TONY KOLE

| |
|---|
| NAME (Type or print) <br> David G. Sigale |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David G. Sigale |
| FIRM <br> LAW FIRM OF DAVID G. SIGALE, P.C. |
| STREET ADDRESS <br> 739 Roosevelt Road, Suite 304 |
| CITY/STATE/ZIP <br> Glen Ellyn, IL 60137 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6238103 | TELEPHONE NUMBER <br> 630.452.4547 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |