UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Second Amendment Arms, et al.
                                  Plaintiff,

v.                                                      Case No.: 1:10−cv−04257
                                                           Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2013:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 6/25/2013. Plaintiffs are given until 7/23/2013 to file a motion for leave to file a third amended complaint. As discussed on the record, previously set discovery dates are stricken. Status hearing set for 8/1/2013 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.