IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** David G. Sigale
Law Firm of David G. SIgale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, Illinois 60137

    **PLEASE TAKE NOTICE** that on September 17, 2013, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Status Report**, a copy of which is attached and is hereby served upon you.

| | |
|---|---|
| Dated: September 17, 2013 | Respectfully submitted, |
| | |
| | STEPHEN R. PATTON, |
| | Corporation Counsel for the City of Chicago |
| | |
| | By:   /s/William Macy Aguiar |
| |        Senior Counsel |

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
Rebecca Alfert Hirsch
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975  / 7129 / 4216 / 2-0260

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 17th day of September, 2013, I caused a copy of **Defendants' Status Report**, to be served by electronic filing (ECF) on:

> David G. Sigale
> Law Firm of David G. SIgale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, Illinois 60137


> /s/William Macy Aguiar
> William Macy Aguiar