# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Second Amendment Arms, et al.
                              Plaintiff,

v.                                        Case No.: 1:10–cv–04257
                                          Honorable Robert M. Dow, Jr

City Of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19,2013:

   MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 9/19/2013. Plaintiff is given until 10/3/2013 to file statement regarding voluntary settlement as to certain defendants. Defendants are given to and including 10/31/2013 to fil e responsive pleading to Third Amended Complaint. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.