Second Amendment Arms, et al.

                          Plaintiff,

v.                                       Case No.: 1:10–cv–04257

                                       Honorable Robert M. Dow Jr.

City Of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2013:

      MINUTE entry before Honorable Robert M. Dow, Jr: Unopposed MOTION by Defendants City Of Chicago, Rahm Emanuel, Gary McCarthy, Susana Mendoza for extension of time [119] to answer or otherwise plead to Plaintiffs' Third Amended Complaint, to and including 11/15/2013, is granted. Notice of Motion date of 10/29/2013 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.