# EXHIBIT 1

(This form replaces CCCR 0657 and CCMD 0224)
**USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS**   (Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN    Alias: _____

Residence: 3759 N. PANAMA    City/Town: CHGO    State: ILL.    Zip: 60633

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|-----|------|--------|--------|--------|-----|------------|-------|---------------------------------------|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY | ☐ Yes ☐ No |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT/ 189 DISTRICT

CITY CHGO P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. 011295439

OFF. R. GIBBS _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN (defendant)
has, on or about 17 Sep 01 (date) 3759 N. PANAMA, CHGO, COOK CO, ILL. (place of offense)
committed the offense of Failure to Produce Evidence of Firearm Registration (offense) in that he/she
carried or had in his/her possession or controlled a firearm, to wit: A BUSHMASTER MODEL XM15-E2S, .223 CAL. SEMI-AUTO RIFLE
and did not have on their person a valid registration certificate for such a firearm.

In violation of _____ ILCS _____ / _____ OR Chapter 8 Section 20-040(a) (Ordinance Citation)

R. Gibbs
(Complainant's Signature)
3340 W. Fillmore Street (Complainant's Address)   Chgo, Il 60624 (City/State/Zip)
(312)746-7628 Unit 156 (Complainant's Telephone)
OFF. R. GIBBS #4184 (Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss.
COOK COUNTY

FILED
SEP 24 2001
DOROTHY BROWN
CLERK OF CIRCUIT COURT
AOIC CODE

being first duly sworn, _____ on oath, deposes and says that he/she read the foregoing
complaint by him/her subscribed and that the same is true.

R. Gibbs
(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01
D. Brown by Sgt AC 1142
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
or                                                                                Judge's No.
Warrant Issued, Bail set at: _____
or
Bail set at _____    Judge _____
Judge's No. C-6

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS
(Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN   Alias: _____
Residence: 3759 N. PANAMA   City/Town: CHGO   State: ILL   Zip: 60633

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|---|---|---|---|---|---|---|---|---|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY | ☐ Yes ☒ No |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT / 189 DISTRICT

CITY CHGO- P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. 0112954139

OFF. R. GIBBS _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN (defendant)
has, on or about 17 SEP 01 (date) 3759 N. PANAMA, CHGO, ILL, (place of offense)
committed the offense of **Failure to Produce Evidence of Firearm Registration** (offense) in that he/she
carried or had in his/her possession or controlled a firearm, to wit: A RUGER MODEL P512 22 CAL SEMI-AUTO PISTOL SER # 224-08660
and did not have on their person a valid registration certificate for such a firearm.

in violation of _____ ILCS _____ OR Chapter 8 Section 20-040(a)
(Ordinance Citation)

R. Gibbs
(Complainant's Signature)
3340 W. Fillmore Street   Chgo, Il 60624
(Complainant's Address) (City/State/Zip)
(312)746-7628  Unit 156
(Complainant's Telephone)
OFF. R. GIBBS #4184
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss.
COOK COUNTY

FILED SEP 24 2001
DOROTHY BROWN
CLERK OF CIRCUIT COURT

A O I C   C O D E

being first duly sworn, 17 AUG 01, on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.
R. Gibbs
(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01
D. Brown by Sgt JC 1142
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
or                                                                                                    Judge's No.
Warrant Issued, Bail set at: _____
or
Bail set at _____ Judge _____
                                                                                                    Judge's No. C-7

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Court Branch 43 Call 4   Date: 26 OCT 2001
Case: 1:10-cv-04257 Document #: 124-1 Filed: 11/15/13 Page 4 of 9 PageID #:899
(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS   (Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN   Alias: _____

Residence: 3759 N. PANAMA   CHGO,   ILL.   60633
                            City/Town    State    Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|-----|------|--------|--------|--------|-----|------------|-------|---------------------------------------|
| M   | 2    | 250    | 5'11   | 2-11-52| 49  | FAIR       | HVY   | ☐ Yes  ☒ No                           |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT / 189 DISTRICT

CITY CHGO - P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. C11295439

OFF. R. GIBBS, complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN (defendant)

has, on or about 17 Sep 01 (date)   3759 N. PAULINA, CHGO, ILL (place of offense)

committed the offense of Failure to Produce Evidence of Firearm Registration (offense) in that he/she

carried or had in his/her possession or controlled a firearm, to wit: A RUGER MODEL P89 9mm SEMI-AUTO Ser# 314-59379

and did not have on their person a valid registration certificate for such a firearm.

in violation of _____ ILCS _____ / _____ OR Chapter 8 Section 20-040(a) (Ordinance Citation)

R. Gibbs (Complainant's Signature)

3340 W. Fillmore Street   Chgo, Il 60624
(Complainant's Address)   (City/State/Zip)

(312)746-7628   Unit 156
(Complainant's Telephone)

OFF. R. GIBBS #4184
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS } ss
COOK COUNTY

FILED SEP 24 2001
DOROTHY BROWN
CLERK OF CIRCUIT COURT

AOIC CODE: _____

being first duly sworn, 17 AUG 01, on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

R. Gibbs
(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01

D. Brown by Sgt JC 1142
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____   Judge's No. _____
or
Warrant Issued, Bail set at: _____
or
Bail set at _____   Judge _____   Judge's No. C-8

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Court Branch 43 Call 4 Date: 26 OCT 2001

(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS

(Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN     Alias: ___

Residence: 3759 N. PANAMA   CHGO,   ILL.   60633
                    City/Town    State   Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|-----|------|--------|--------|--------|-----|------------|-------|---|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY | ☐ Yes ☒ No |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT / 189 DISTRICT

CITY CHGO- P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. C11295439

OFF. R. GIBBS, complainant, now appears before The Circuit Court of Cook County and states that ROBERT ZIEMAN (defendant) has, on or about 17 Sep 01 (date) 3759 N. PANAMA, CHGO, COOK CO. ILL (place of offense) committed the offense of Failure to Produce Evidence of Firearm Registration in that he/she carried or had in his/her possession or controlled a firearm, to wit: A TAURUS MODEL PT945, 45 CAL SEMI-AUTO PISTOL Ser# NSL54032 and did not have on their person a valid registration certificate for such a firearm.

In violation of _____ ILCS _____ / _____ OR Chapter 8 Section 20-040(a) (Ordinance Citation)

STATE OF ILLINOIS } ss.
COOK COUNTY

R. Gibbs (Complainant's Signature)
3340 W. Fillmore Street (Complainant's Address) Chgo, Il 60624 (City/State/Zip)
(312)746-7628 Unit 156 (Complainant's Telephone)
OFF. R. GIBBS #4184 (Complainant's Name Printed or Typed)

FILED SEP 24 2001 DOROTHY BROWN CLERK OF CIRCUIT COURT

AOIC CODE

being first duly sworn, 17 AUG 01 on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

R. Gibbs (Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01
D. Brown by Sgt JC1142 (Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____ or
Warrant Issued, Bail set at: _____ or
Bail set at _____ Judge _____

Judge's No. C-9

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Court Branch 43 Call 4    Date: 26 OCT 2001
Case: 1:10-cv-04257 Document #: 124-1 Filed: 11/15/13 Page 6 of 9 PageID #:901
(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS        (Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN    Alias: _____

Residence: 3759 N. PANAMA    CHGO, ILL. 60633
                City/Town              State    Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|---|---|---|---|---|---|---|---|---|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY | ☐ Yes ☒ No |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT / 189 DISTRICT

CITY CHGO- P/O R. GIBBS #4184
                Plaintiff
v.
ROBERT ZIEMAN
                Defendant

No. 011295

OFF. R. GIBBS _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN
                                                    (defendant)
has, on or about 17 SEP 01   3759 N. PANAMA, CHGO, COOK CO ILL.
                (date)                  (place of offense)

committed the offense of Failure to Produce Evidence of Firearm Registration in that he/she
                        (offense)
carried or had in his/her possession or controlled a firearm, to wit: S + W
MODEL 686 357 CAL REVOLVER SER# CEM 6471
and did not have on their person a valid registration certificate for such a firearm.

in violation of _____ ILCS _____ / _____ . OR Chapter 8 Section 20-040(a)
                                                    (Ordinance Citation)

STATE OF ILLINOIS } ss.
COOK COUNTY

**FILED SEP 24 2001 DOROTHY BROWN CLERK OF CIRCUIT COURT**

AOIC CODE

R. Gibbs
(Complainant's Signature)
3340 W. Fillmore Street   Chgo, Il 60624
(Complainant's Address)   (City/State/Zip)
(312)746-7628   Unit 156
(Complainant's Telephone)
OFF. R. GIBBS #4184
(Complainant's Name Printed or Typed)

being first duly sworn, 17 AUG 01 on oath, deposes and says that he/she read the foregoing
complaint by him/her subscribed and that the same is true.
                                    R. Gibbs
                                    (Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01
                                    D. Brown by Sgt JC 1142
                                    (Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
or                                                      Judge's No.
Warrant Issued, Bail set at: _____
or
Bail set at _____   Judge _____
                                                        Judge's No. C-10

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS                    (Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN     Alias: ___

Residence: 3759 N. PANAMA      CHGO,      ILL.      60633
                  City/Town              State          Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | ☐ Yes ☒ No |
|-----|------|--------|--------|--------|-----|------------|-------|------------|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY. | Arrestee had been using Alcohol/Drugs |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT/ 189 DISTRICT

CITY CHGO- P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. 011295439

OFF. R. GIBBS complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN
                                                 (defendant)

has, on or about 17 Sep 01      3759 N. PANAMA, CHGO, Cook Co. ILL
                   (date)                        (place of offense)

committed the offense of __Failure to Produce Evidence of Firearm Registration__ in that he/she
                                        (offense)

carried or had in his/her possession or controlled a firearm, to wit: A S+W
.44 CAL. REVOLVER, Ser# BEA 0867

and did not have on their person a valid registration certificate for such a firearm.

in violation of _____ ILCS _____ / _____. OR Chapter 8 Section 20-040(a)
                                                    (Ordinance Citation)

R. Gibbs
(Complainant's Signature)

STATE OF ILLINOIS } ss.
COOK COUNTY

3340 W. Fillmore Street    Chgo, Il 60624
(Complainant's Address)    (City/State/Zip)

(312)746-7628   Unit 156
(Complainant's Telephone)

OFF. R. GIBBS #4184
(Complainant's Name Printed or Typed)

FILED
SEP 24 2001
AOIC CODE
DOROTHY BROWN
CLERK OF CIRCUIT COURT

being first duly sworn, 17 AUG 01 on oath, deposes and says that he/she read the foregoing
complaint by him/her subscribed and that the same is true.

R. Gibbs
(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01
D. Brown by Sgt JC 1142
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____                                  Judge's No.
or
Warrant Issued, Bail set at: _____
or
Bail set at _____ Judge _____
                                                                            Judge's No. C-11

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Court Branch 43 Call 4   Date: 26 OCT 2001
Case: 1:10-cv-04257 Document #: 124-1 Filed: 11/15/13 Page 8 of 9 PageID #:903
(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS    (Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN      Alias: _____

Residence: 3759 N. PANAMA   CHGO.  ILL.  60633
                            City/Town  State  Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | ☐ Yes ☐ No |
|-----|------|--------|--------|--------|-----|------------|-------|------------|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY. | Arrestee had been using Alcohol/Drugs |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT/ 189 DISTRICT

CITY CHGO - P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. 011295439

OFF. R. GIBBS, complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN (defendant)
has, on or about 17 Sep 01 (date) 3759 N. PANAMA, CHGO, COOK CO ILL (place of offense)
committed the offense of Failure to Produce Evidence of Firearm Registration (offense) in that he/she carried or had in his/her possession or controlled a firearm, to wit: A WINCHESTER RANGER CAL. 270 Ser# G1823596 RIFLE
and did not have on their person a valid registration certificate for such a firearm.

in violation of ILC ____ / ____ .OR Chapter 8 Section 20-040(a)
(Ordinance Citation)

STATE OF ILLINOIS } ss.
COOK COUNTY

FILED
SEP 24 2001
DOROTHY BROWN
CLERK OF CIRCUIT COURT

R. Gibbs (Complainant's Signature)
3340 W. Fillmore Street    Chgo, Il 60624
(Complainant's Address)    (City/State/Zip)
(312)746-7628  Unit 156
(Complainant's Telephone)

OFF. R. GIBBS #4184
(Complainant's Name Printed or Typed)

[ ][ ][ ][ ][ ][ ]
A O I C   C O D E

being first duly sworn, 17 AUG 01 on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

R. Gibbs
(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01

D. Brown by Sgt JC1142
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
or                                                Judge's No.
Warrant Issued, Bail set at: _____
or
Bail set at _____ Judge _____

Judge's No. C-12

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Court Branch 43 Call 4   Date: 26 OCT 2001
Case: 1:10-cv-04257 Document #: 124-1 Filed: 11/15/13 Page 9 of 9 PageID #:904
(This form replaces CCCR 0657 and CCMD 0224)
* USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS   (Rev. 4/7/99) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: ROBERT M. ZIEMAN   Alias: ___

Residence: 3759 N. PANAMA   CHGO,   ILL.   60633
                           City/Town    State    Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|
| M | 2 | 250 | 5'11 | 2-11-52 | 49 | FAIR | HVY | Arrestee had been using Alcohol/Drugs |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CPD DEPARTMENT / 189 DISTRICT

CITY CHGO- P/O R. GIBBS #4184
Plaintiff

v.

ROBERT ZIEMAN
Defendant

No. C11295439

OFF. R. GIBBS, complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that ROBERT ZIEMAN
                                                        (defendant)
has, on or about 17 Sep 01   3759 N. PANAMA CHGO, COOK CO, ILL
                 (date)              (place of offense)

committed the offense of Failure to Produce Evidence of Firearm Registration in that he/she
                                        (offense)
carried or had in his/her possession or controlled a firearm, to wit: A MARLIN
MODEL 995 .22 CAL. SER.#13485754 RIFLE
and did not have on their person a valid registration certificate for such a firearm.

in violation of ___ ILCS ___ / ___ OR Chapter 8 Section 20-040(a)
                                              (Ordinance Citation)

STATE OF ILLINOIS } ss.
COOK COUNTY

AOIC CODE

**FILED SEP 24 2001 DOROTHY BROWN CLERK OF CIRCUIT COURT**

3340 W. Fillmore Street   Chgo, Il 60624
(Complainant's Signature)
(Complainant's Address)   (City/State/Zip)
(312)746-7628   Unit 156
(Complainant's Telephone)

OFF. R. GIBBS #4184
(Complainant's Name Printed or Typed)

being first duly sworn, 17 AUG 01 on oath, deposes and says that he/she read the foregoing
complaint by him/her subscribed and that the same is true.

(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of Sep 01

D. Brown by Sgt JC/142
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge ___
   or                                                                              Judge's No.
Warrant Issued, Bail set at: ___
   or
Bail set at ___   Judge ___
                                                                                   Judge's No. C-13

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS