IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) No. 10 CV 4257 |
| v. | ) Judge Robert M. Dow, Jr. |
| | ) Magistrate Judge Sheila M. Finnegan |
| CITY OF CHICAGO, et al., | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF MOTION

**TO:**   David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

   **PLEASE TAKE NOTICE** that on November 26, 2013, at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Motion to Dismiss Counts IX, X, XII, and XV of Plaintiffs' Third Amended Complaint**, a copy of which is attached and is hereby served upon you.

Dated: November 15, 2013

Respectfully submitted,

STEVEN R. PATTON,
Corporation Counsel, City of Chicago

BY:   /s/ David M. Baron
   Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
David M. Baron
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 744-4216

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney for Defendant, hereby certifies that on November 15, 2013, he served a copy of Defendants' Motion to Dismiss Counts IX, X, XII, and XV of Plaintiffs' Third Amended Complaint on the following counsel:

      David G. Sigale
      Law Firm of David G. Sigale, P.C.
      739 Roosevelt Road, Suite 304
      Glen Ellyn, IL 60137

      /s/ David M. Baron
      David M. Baron