Second Amendment Arms, et al.
                              Plaintiff,

v.                                        Case No.: 1:10−cv−04257
                                          Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2013:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Motion to Dismiss for Failure to State a Claim [123] is taken under advisement; response due by 1/6/2014; reply due by 1/27/2014; ruling will be by mail. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.