IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

    **PLEASE TAKE NOTICE** that on January 27, 2014, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Reply in Support of Their Motion to Dismiss Counts IX, X, XII, and XV of Plaintiffs' Third Amended Complaint**, a copy of which is attached and is hereby served upon you.

Dated: January 27, 2014                    Respectfully submitted,

                                              STEPHEN R. PATTON,
                                              Corporation Counsel for the City of Chicago

                                              By:   /s/ David M. Baron
                                                        Assistant Corporation Counsel

Mardell Nereim
William Macy Aguiar
David M. Baron
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 744-4216 / 744-3244

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, David M. Baron, an attorney, hereby certify that on January 27, 2014, I caused a copy of **Defendants' Reply in Support of Their Motion to Dismiss Counts IX, X, XII, and XV of Plaintiffs' Third Amended Complaint**, to be served by electronic filing (ECF) on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, IL 60137

/s/ David M. Baron
David M. Baron