

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov



MA

FILED
FEB 14 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: David M. Baron

FIRM: City of Chicago, Department of Law, Constitutional and Commercial Litigation Division

STREET ADDRESS: 30 N. LaSalle St., Suite 1230

CITY/STATE/ZIP: Chicago, IL 60602

PHONE NUMBER: (312) 744-3244

E-MAIL ADDRESS: david.baron@cityofchicago.org
(Please remove dave.baron.8@gmail.com from my account.)

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6299046

If you have previously filed an appearance with
this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:10-cv-04257 | Second Amendment Arms v. City of Chicago | Dow |
| 1:14-cv-00827 | Ill. Transportation Trade Ass'n v. City of Chicago | Coleman |
| 1:13-cv-07168 | Discount Inn, Inc. v. City of Chicago | Norgle |
| | | |
| | | |
| | | |

_____
Attorney's Signature

Feb 12, 2014
Date