Second Amendment Arms, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:10–cv–04257
                                                        Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2014:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/15/2014. As discussed on the record, parties to file joint status report by 7/31/2014. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.