IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), *et al*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| | ) Case No: 1:10-CV-4257 |
| v. | )<br>) |
| CITY OF CHICAGO, a municipal corporation, *et al*, | ) Hon. Robert M. Dow, Jr.<br>) U.S. District Court Judge |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices. The firm's new address is:

**799 Roosevelt Road, Suite 207**
**Glen Ellyn, IL 60137**

All correspondence should be sent to the new address effective immediately. The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

                                                /s/ David G. Sigale
                                                Attorney for Plaintiffs

The undersigned certifies that:

    1. On August 20, 2014, the Plaintiff electronically filed this Notice of Change of Address with the District Court Clerk *via* CM/ECF filing system;

    2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                /s/ David G. Sigale
                                                Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com