IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATEMENT PURSUANT TO COURT ORDER DATED
AUGUST 4, 2014 AND REQUEST FOR A STATUS HEARING**

Defendants, by their attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, hereby file this statement pursuant to the Court's Order dated August 4, 2014, and request that the Court schedule the matter for a status on the pleadings.

1. On August 4, 2014, the Court held a status to discuss the claims asserted in Plaintiffs' Third Amended Complaint in light of the Court's ruling on Defendants' motion to dismiss and the City Council's enactment of an ordinance allowing gun stores to operate within Chicago.

2. In lieu of proceeding on the remaining claims in the Third Amended Complaint, Plaintiffs stated that they would file a Fourth Amended Complaint. The Court entered an order that same day granting Plaintiffs until September 3, 2014 to file a Fourth Amended Complaint and Defendants until October 1, 2014 to respond.

3. Plaintiffs have yet to file their Fourth Amended Complaint.

4. Because Plaintiffs did not file their Fourth Amended Complaint, Defendants have no response to file.

5. Defendants respectfully request that the Court set the matter for a status on the

pleadings.

Date: October 1, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　STEPHEN R. PATTON
　　　　　　　　　　　　　　　　　　　　Corporation Counsel for the City of Chicago

　　　　　　　　　　　　　　　　　　By:　/s/ William Macy Aguiar
　　　　　　　　　　　　　　　　　　　　　Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
David M. Baron
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 7129 / 7686 / 9018

Attorneys for Defendants

2