IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**  David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on October 1, 2014, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Statement Pursuant to Court Order Dated August 4, 2014 and Request for a Status Hearing**, a copy of which is attached and is hereby served upon you.

Dated: October 1, 2014                    Respectfully submitted,

                                                              STEPHEN R. PATTON,
                                                              Corporation Counsel for the City of Chicago

                                                   By:    /s/William Macy Aguiar
                                                                    Senior Counsel

Mardell Nereim
Andrew W. Worseck
William Macy Aguiar
David M. Baron
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 744-7129 / 744-4216 / 744-9018

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 1st day of October, 2014, I caused a copy of **Defendants' Statement Pursuant to Court Order Dated August 4, 2014 and Request for a Status Hearing**, to be served by electronic filing (ECF) on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, IL 60137

/s/William Macy Aguiar
William Macy Aguiar