**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Second Amendment Arms, et al.
                              Plaintiff,

v.                                              Case No.: 1:10–cv–04257
                                                Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 24, 2014:

  MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendants City Of Chicago, Rahm Emanuel, Garry McCarthy, Susana Mendoza for extension of time [147] to answer or otherwise plead to Plaintiffs' Fourth Amended Complaint is granted. Defendants are given until 12/19/14 to answer or otherwise respond to Plaintiffs' fourth amended complaint. The Notice of Motion date of 11/26/2014 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.