IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

**TO:** David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, Illinois 60137

**PLEASE TAKE NOTICE** that on December 23, 2014, at the hour of 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present **Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Fourth Amended Complaint**, a copy of which is attached and is hereby served upon you.

Dated: December 17, 2014

Respectfully submitted,

STEPHEN R. PATTON,
Corporation Counsel for the City of Chicago

By: /s/William Macy Aguiar
Senior Counsel

William Macy Aguiar
David M. Baron
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686 / 744-9018

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, William Macy Aguiar, an attorney, hereby certify that on this, the 17th day of December, 2014, I caused a copy of **Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiffs' Fourth Amended Complaint**, to be served by electronic filing (ECF) on:

>David G. Sigale
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, Illinois 60137

>/s/William Macy Aguiar
>William Macy Aguiar