# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, Illinois 60137

    **PLEASE TAKE NOTICE** that on January 8, 2015, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Motion to Dismiss Counts I-IV of Plaintiffs' Fourth Amended Complaint**, a copy of which is attached and is hereby served upon you.

Date: January 8, 2015

                                                                Respectfully submitted,

                                                                 STEPHEN R. PATTON,
                                                                  Corporation Counsel for the City of Chicago

                                                                  By: /s/ Ellen W. McLaughlin
                                                                      Assistant Corporation Counsel

William Macy Aguiar
Ellen McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686 / 742-5147
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, Ellen W. McLaughlin, an attorney, hereby certify that on this, the 8th day of January, 2015, I caused a copy of **Defendants' Motion to Dismiss Counts I-VI of Plaintiff's Fourth Amended Complaint** to be served by electronic case filing (ECF) on:

>David G. Sigale
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, Illinois 60137

/s/ Ellen W. McLaughlin