UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Second Amendment Arms, et al.
                                    Plaintiff,
v.                                                          Case No.: 1:10−cv−04257
                                                            Honorable Robert M. Dow Jr.
City Of Chicago, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 8, 2015:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. The agreed motion of the City Of Chicago, Rahm Emanuel, Garry McCarthy, and Susana Mendoza for leave to file a memorandum in excess of fifteen pages in support of their motion to dismiss Plaintiffs' Fourth Amended Complaint [157] is granted; plaintiff may file a 17 page response by 2/5/2015; defendants' reply is due 2/24/2015; Court will rule by mail and set the case for further status hearing at that time. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.