IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 10-CV-4257 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on Tuesday, March 24, 2015 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present *Defendants' Unopposed Motion for Extension of Time to File Their Reply in Support of Their Motion to Dismiss*, a copy of which is attached and is hereby served upon you.

Date:  March 19, 2015                                             Respectfully submitted,

                                                                                    STEPHEN R. PATTON
                                                                                    Corporation Counsel of the City of Chicago

                                                        By:     /s/      David M. Baron
                                                                                    Assistant Corporation Counsel

William Macy Aguiar
David M. Baron
Ellen McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686 / 744-9018 / 742-5147
*Attorneys for Defendant City of Chicago*

## CERTIFICATE OF SERVICE

I, David M. Baron, an attorney, hereby certify that on March 19, 2015, I caused a copy of *Defendants' Unopposed Motion for Extension of Time to File Their Reply in Support of Their Motion to Dismiss* to be served by electronic filing (ECF) on:

>David G. Sigale, Esq.
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, IL 60137

By: /s/ David M. Baron
David M. Baron