**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, ROBERT M. ZIEMAN, SR., and TONY KOLE, | Case No: 1:10-CV-4257 |
| Plaintiffs, | |
| v. | Hon. Robert M. Dow, Jr. U.S. District Court Judge |
| CITY OF CHICAGO, a municipal corporation, RAHM EMANUEL, in his official capacity as Mayor of the City of Chicago, GARRY McCARTHY, Superintendent of Police of the City of Chicago, and SUSANA MENDOZA, City Clerk of the City of Chicago, | Hon. Sheila M. Finnegan U.S. Magistrate Judge |
| Defendants. | |

## MOTION FOR LEAVE TO FILE RESPONSE TO CITATION TO ADDITIONAL AUTHORITY, *INSTANTER*

NOW COME the Plaintiffs, Second Amendment Arms (a d/b/a of R. Joseph Franzese), R. Joseph Franzese, individually and d/b/a Second Amendment Arms, Robert M. Zieman, Sr., and Tony Kole, and move this Honorable Court to grant Plaintiffs leave to file their Response to Defendant's Citation to Additional Authority, *instanter*. In support thereof, Plaintiffs state as follows:

1. Plaintiffs were due to file a Response to Defendants' Citation to Additional Authority by May 29, 2015. Due to Plaintiffs' counsel's caseload, including filings in the appeal/cross-appeal of *Ezell v. City of Chicago*, 14-3312/14-3322 (which was also due May 29, 2015), *Culp v. Madigan*, 3:14-CV-3320 (N.D.Ill.), and *Veasey v. Wilkins*, 5:14-CV-369 (E.D.NC), Plaintiffs' counsel was regrettably unable to file the Response by May 29, 2015.

2.	The proposed Response is attached, and great prejudice will result to Plaintiffs if they are unable to respond to Defendants' arguments.

WHEREFORE, the Plaintiffs, Second Amendment Arms (a d/b/a of R. Joseph Franzese), R. Joseph Franzese, individually and d/b/a Second Amendment Arms, Robert M. Zieman, Sr., and Tony Kole, request this Honorable Court to grant Plaintiffs leave to file their Response to Defendants' Citation to Additional Authority, *instanter*, as well as any and all further relief as this Court deems just and proper.

Dated: June 10, 2015	Respectfully submitted,

By:	/s/David G. Sigale
	David G. Sigale


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com

## **CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1.     On June 10, 2015, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2.     Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                                    /s/ David G. Sigale
                                                      Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com