UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
**Eastern Division**

Second Amendment Arms, et al.
                                              Plaintiff,

v.                                                                  Case No.: 1:10–cv–04257
                                                                   Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 27, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held 4/27/2016. Plaintiff's oral motion to dismiss named Plaintiff Robert M. Zieman, Sr. from the case as he has moved out of state is granted. As a consequence of the dismissal of Plaintiff Zieman, counsel agree that Count IV of the fourth amended complaint is moot and should be dismissed. The parties are given until 5/6/2016 to file an agreed discovery schedule on the Court's docket. This case is set for further status on 8/24/2016 at 9:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.