# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 10 CV 4257 |
| ) | Hon. Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED AGREED SCHEDULING ORDER

Pursuant to the Court's direction at the status hearing held on April 27, 2016, Plaintiffs Second Amendment Arms, R. Joseph Franzese, and Tony Cole (collectively, "Plaintiffs"), by their attorney, David G. Sigale of the Law Offices of David G. Sigale, P.C., and Defendants City of Chicago, Mayor Rahm Emanuel, Superintendent of Police Eddie Johnson, and City Clerk Susana Mendoza (collectively, "Defendants") (together, with Plaintiffs, "Parties"), by their attorney, Stephen R. Patton, Corporation Counsel, hereby propose the following discovery schedule in the above-captioned matter:

1. Written fact discovery closes on July 6, 2016;

2. Oral fact discovery closes on October 6, 2016;

3. Plaintiffs' expert disclosures (if any) will be due by November 7, 2016;

4. Discovery of Plaintiffs' experts closes on December 19, 2016;

5. Defendants' expert disclosures (if any) will be due by January 18, 2017; and

6. Discovery of Defendants' experts closes on March 6, 2017.

The Parties respectfully request that the Court schedule a status after the conclusion of expert discovery to address any remaining discovery matters and to set a schedule for the filing

of summary judgment motions.

Date: May 6, 2016                                   Respectfully submitted,

                                                    STEPHEN R. PATTON
                                                    Corporation Counsel for the City of Chicago

                                                    By:     /s/ William Macy Aguiar
                                                            Senior Counsel

William Macy Aguiar
David M. Baron
Ellen W. McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 9018 / 2-5147
Attorneys for Defendants


Agreed to by:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
(630) 452-4547
Attorney for Plaintiffs

- 3 -

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 6th day of May, 2016, I caused a copy of the foregoing **Proposed Agreed Scheduling Order** to be served by electronic filing (ECF) on:

>David G. Sigale
>Law Firm of David G. Sigale, P.C.
>799 Roosevelt Road, Suite 207
>Glen Ellyn, Illinois 60137

>/s/William Macy Aguiar
>William Macy Aguiar