IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

**TO:**   David G. Sigale
　　　　Law Firm of David G. Sigale, P.C.
　　　　739 Roosevelt Road, Suite 304
　　　　Glen Ellyn, Illinois 60137

　　**PLEASE TAKE NOTICE** that on **September 29, 2016**, at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, or any judge sitting in his place and stead, and present the parties' **Agreed Motion for an Extension of Discovery Schedule**, a copy of which is attached and is hereby served upon you.

Date:  September 23, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　STEPHEN R. PATTON,
　　　　　　　　　　　　　　　　　　　　　Corporation Counsel for the City of Chicago

　　　　　　　　　　　　　　　　　　　　　By:  /s/  Ellen W. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

William Macy Aguiar
David M. Baron
Ellen McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686 / 744-9018 / 742-5147

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Ellen W. McLaughlin, an attorney, hereby certify that on this, the 23rd day of September, 2016, I caused a copy of the parties' **Agreed Motion for an Extension of Discovery Schedule** to be served by electronic case filing (ECF) on:

> David G. Sigale
> Law Firm of David G. Sigale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, Illinois 60137

/s/ Ellen W. McLaughlin