# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Second Amendment Arms, et al.

                              Plaintiff,

v.                                                            Case No.: 1:10−cv−04257

                                                            Honorable Robert M. Dow Jr.

City Of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Agreed motion for an extension of discovery schedule [199] is granted. Any outstanding responses to the Parties' written fact discovery requests will be due by October 11, 2016; oral fact discovery closes on January 10, 2017; Plaintiffs' expert disclosures (if any) will be due by February 10, 2017; discovery of Plaintiffs' experts closes on March 24, 2017; Defendants' expert disclosures (if any) will be due by April 25, 2017; and discovery of Defendants' experts closes on June 13, 2017. Status hearing set for 10/4/2016 is stricken and reset to 1/20/2017 at 9:00 a.m. Notice of motion date of 9/29/2016 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.