IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 10-CV-4257 |
| ) | |
| v. ) | Judge Robert M. Dow, Jr. |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:**  David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on Tuesday, December 6 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Courtroom 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, or any such judge sitting in his place and stead, and present ***Defendants' Motion for Summary Judgment on Count I of Plaintiffs' Fourth Amended Complaint***, a copy of which is attached and is hereby served upon you.

Date:  November 29, 2016                             Respectfully submitted,

                                                     STEPHEN R. PATTON
                                                     Corporation Counsel of the City of Chicago

                                         By:  /s/     David M. Baron
                                                     Assistant Corporation Counsel

William Macy Aguiar
David M. Baron
Ellen McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686 / 744-9018 / 742-5147
*Attorneys for Defendant City of Chicago*

## CERTIFICATE OF SERVICE

I, David M. Baron, an attorney, hereby certify that on November 29, 2016, I caused a copy of ***Defendants' Motion for Summary Judgment on Count I of Plaintiffs' Fourth Amended Complaint*** to be served by electronic filing (ECF) on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 799 Roosevelt Road, Suite 207
> Glen Ellyn, IL 60137

By: /s/ David M. Baron
David M. Baron