UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Second Amendment Arms, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:10−cv−04257
                                                        Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 6, 2016:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Defendants' motion for summary judgment on Count 1 of the Plaintiffs' fourth amended complaint [204] is entered and continued. No later than 1/17/2017, parties shall file a joint status report as outlined in open court. The current discovery schedule is suspended until further order of court. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.