# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, and TONY KOLE, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No: 1:10-CV-4257<br>)<br>) Hon. Robert M. Dow, Jr. |
| v. | ) U.S. District Court Judge<br>) |
| CITY OF CHICAGO, a municipal corporation, RAHM EMANUEL, in his official capacity as Mayor of the City of Chicago, GARRY McCARTHY, Superintendent of Police of the City of Chicago, and SUSANA MENDOZA, City Clerk of the City of Chicago, | )<br>)<br>) Hon. Sheila M. Finnegan<br>) U.S. Magistrate Judge<br>)<br>)<br>) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AS TO COUNT I OF PLAINTIFFS' FOURTH AMENDED COMPLAINT

NOW COME the Plaintiffs, Second Amendment Arms (a d/b/a of R. Joseph Franzese), R. Joseph Franzese, individually and d/b/a Second Amendment Arms, and Tony Kole, by and through undersigned counsel, and move this Honorable Court to grant Plaintiffs an extension of time to file their Response to Defendants' Motion for Summary Judgment as to Count I of Plaintiff's Fourth Amended Complaint. In support thereof, Plaintiffs state as follows:

1. This action alleges violations of the Plaintiffs' constitutional rights owing to certain of Defendants' past and present regulations regarding the sale of firearms in Chicago.

2. Plaintiffs filed a pending Fourth Amended Complaint, to which Defendants filed a Motion for Summary Judgment as to Count I. Plaintiffs' Response is due May 5, 2017.

3. Due to Plaintiffs' counsel's caseload, including the just-filed Appellant's Brief in *People of the State of Illinois v. Kelly*, 16-2334 (1st Dist.)*,* Plaintiffs are unable to complete the Response by the due date, despite efforts to do so.

4. Therefore, Plaintiffs are requesting an additional 14 days, or by May 19, 2017, to file the Response to the pending Motion to Dismiss.

5. Defendants' counsel is not opposed to the granting of this Motion, following e-mails between counsel. Defendant's counsel requests until June 9, 2017 to file a Reply brief, to which Plaintiffs are not opposed.

6. This Motion is not filed for dilatory purposes or for delay, but only so that Plaintiffs may fully present their arguments before the Court.

WHEREFORE, the Plaintiffs, Second Amendment Arms (a d/b/a of R. Joseph Franzese), R. Joseph Franzese, individually and d/b/a Second Amendment Arms, and Tony Kole, by and through undersigned counsel, request this Honorable Court grant them an extension of time until May 19, 2017 to file a Response to the Motion for Summary Judgment as to Count I of Plaintiffs' Fourth Amended Complaint, as well as any and all further relief as this Court deems appropriate, including granting Defendants until June 9, 2017 for a Reply brief..

Respectfully submitted,

/s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

2

## **CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On May 3, 2017, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                                               /s/ David G. Sigale
                                                  Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com