**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, and TONY KOLE, )<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation, RAHM EMANUEL, in his official capacity as Mayor of the City of Chicago, GARRY McCARTHY, Superintendent of Police of the City of Chicago, and SUSANA MENDOZA, City Clerk of the City of Chicago,<br><br>Defendants. | Case No: 1:10-CV-4257<br><br>Hon. Robert M. Dow, Jr.<br>U.S. District Court Judge<br><br><br>Hon. Sheila M. Finnegan<br>U.S. Magistrate Judge |

## **PLAINTIFFS' LIST OF L.R.56.1(b)(1) EXHIBITS**

A. Declaration of R, Joseph Franzese;

B. Photograph of 415 West Armitage Street, Chicago, Illinois, taken September 9, 2010 by Judith M. Bender, U.S. Department of Justice (City Rule 34 Response Bate Stamp No. 000829);

C. E-mail correspondence between City of Chicago and U.S. Department of Justice, dated August 25, 2010 – September 1, 2010 (City Rule 34 Response Bate Stamp No. 000818-21);

D. E-mail correspondence between City of Chicago and U.S. Department of Justice, dated September 9, 2010 (City Rule 34 Response Bate Stamp No. 000830);

E. E-mail correspondence between City of Chicago and U.S. Department of Justice, dated January 31, 2011 (City Rule 34 Response Bate Stamp No. 000832-33);

F. Defendant's Responses and Objections to Plaintiffs' Supplemental Fed. R. Civ. P. 33 Interrogatories at p.4-5;

G. Correspondence from William Macy Aguiar to David G. Sigale, dated February 8, 2017.

Respectfully submitted,

By:     /s/David G. Sigale
        Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com