**From:** Kelly, Rose [Rose.Kelly@ex.cityofchicago.org]
**Sent:** Thursday, September 09, 2010 1:42 PM
**To:** Bender, Judith M.
**Subject:** RE: Firearms Dealer Application

Interesting.  I will check with our Zoning Administrator and get back to you.  Thanks.

**From:** Bender, Judith M. [Judith.M.Bender@usdoj.gov]
**Sent:** Thursday, September 09, 2010 2:17 PM
**To:** Kelly, Rose
**Cc:** Scouffas, Nicholas S., Sr.
**Subject:** Firearms Dealer Application

Ms. Kelly

Thank you for all the information you have provided us regarding the address at 415 West Armitage, Chicago, Illinois.  As part of our pre-application inspection, we routinely drive past the proposed premises address to verify location and suitability.  I took photos of the building, particularly of a sign posted on the building, advertising commercial space for lease.  I have attached a couple of the photos.

You advised my supervisor Nick Scouffas on 8/24/2010 that Chicago's zoning department verified this address to be zoned as completely residential.  I thought you might be interested in how it is being advertised for lease.


*Judy Bender*
*Industry Operations Investigator*
*Downers Grove III Field Office*
*Office:   (630) 725-5332*
*FAX:      (630) 725-5329*
*Cell:     (630) 688-6455*



**\*\*\*\*\*\*\*  NOTICE: This electronic transmission is confidential and intended only for the person(s) to whom it is addressed. If you have received this transmission in error, please notify the sender by return e-mail and destroy this message in its entirety (including all attachments).**