# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137

    **PLEASE TAKE NOTICE** that on June 9, 2017, we filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Reply in Support of Their Motion for Summary Judgment on Count I of Plaintiffs' Fourth Amended Complaint** and **Defendants' Response to Plaintiffs' L.R. 56(b)(3)(C) Statement of Additional Undisputed Facts**, copies of which are attached and are hereby served upon you.

Dated: June 9, 2017                Respectfully submitted,

                                          EDWARD N. SISKEL
                                          Corporation Counsel of the City of Chicago

                                By:    /s/William Macy Aguiar
                                                Senior Counsel

William Macy Aguiar
David M. Baron
Ellen W. McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7686 / 744-9018 / 742-5147

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, William Macy Aguiar, an attorney, hereby certify that on this, the 9th day of June, 2017, I caused a copy of **Defendants' Reply in Support of Their Motion for Summary Judgment on Count I of Plaintiffs' Fourth Amended Complaint** and **Defendants' Response to Plaintiffs' L.R. 56(b)(3)(C) Statement of Additional Undisputed Facts**, to be served by electronic filing (ECF) on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 799 Roosevelt Road, Suite 207
> Glen Ellyn, IL 60137

>                     /s/William Macy Aguiar
>                     William Macy Aguiar