# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Second Amendment Arms, et al.

                       Plaintiff,

v.

City Of Chicago, et al.

                       Defendant.

Case No.: 1:10–cv–04257
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: At the request of counsel, the deadline for filing the joint status report is extended to 11/3/2017 and the status hearing set for 10/27/2017 is stricken and reset to 11/14/2017 at 09:00 a.m. Mailed notice(dl)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.