# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Second Amendment Arms, et al.

                                 Plaintiff,

v.                                                  Case No.: 1:10–cv–04257
                                                         Honorable Robert M. Dow Jr.

City Of Chicago, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Clerk of Court has notified the Court that as of October 1, 2017, Walter Maksym had not renewed his membership in the Courts Trial Bar as required under Local Rule 83.11(i). Walter Maksym is given 14 days from the date of this order to renew his membership or be subject to removal as lead counsel from this matter. If Walter Maksym has renewed his membership since October 1, 2017, he need not take any further action in response to this order. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.