IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **SECOND AMENDMENT ARMS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 10-CV-4257 |
| | ) | Judge Robert M. Dow, Jr. |
| **CITY OF CHICAGO, et al.,** | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| **Defendants.** | ) | |

## AGREED SCHEDULING ORDER

The parties, by counsel, hereby agree to the following discovery schedule in the above-captioned matter:

1. Oral fact discovery related to the fact and amount of damages claimed in Count I, and the entirety of the claim in Count III, closes on April 2, 2018;

3. Plaintiffs' expert disclosures (if any) will be due by April 30, 2018;

4. Discovery of Plaintiffs' experts closes on June 11, 2018;

5. Defendants' expert disclosures (if any) will be due by July 16, 2018; and

6. Discovery of Defendants' experts closes on August 27, 2018.

7. Status hearing is scheduled for September 12, 2018 at 9:00 a.m.

Date: 12/6/2017

_____
Judge Robert M. Dow, Jr.

Prepared by:

/s/ Ellen McLaughlin
Assistant Corporation Counsel
Andrew W. Worseck
Ellen W. McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129 / 742-5147
Attorneys for Defendants

Agreed to by:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
(630) 452-4547
Attorney for Plaintiffs