# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **SECOND AMENDMENT ARMS,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No. 10 C 4257** |
| ) | **Judge Robert M. Dow, Jr.** |
| **CITY OF CHICAGO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT'S NOTICE OF DEPOSITION OF R. JOSEPH FRANZESE

**TO:**   David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Defendant City of Chicago will take the deposition of R. Joseph Franzese at 1:30 p.m. on **March 12, 2018**, at the City's offices located at 30 N. LaSalle Street, Suite 1230, Chicago, Illinois 60602, before a notary public or any officer authorized to administer oaths. The deposition will continue from day to day until completed.

Date: February 15, 2018                    Respectfully submitted,

                                           Edward N. Siskel
                                           Corporation Counsel of the City of Chicago

                                           By:   _____
                                                 Assistant Corporation Counsel

Andrew Worseck
Ellen McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129 / 742-5147

Attorneys for Defendant City of Chicago

## CERTIFICATE OF SERVICE

I, Ellen McLaughlin, an attorney, hereby certify that on this, the 15th day of February,

2018, I caused a copy of **Defendant's Notice of Deposition of R. Joseph Franzese** to be served

by electronic mail and first-class United States mail, postage prepaid, on:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

Ellen McLaughlin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 10 C 4257 Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) ) | |
| Defendants. | ) | |

### DEFENDANT'S NOTICE OF DEPOSITION OF TONY KOLE

**TO:**    David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Defendant City of Chicago will take the deposition of Tony Kole at 10:00 a.m. on **March 13, 2018**, at the City's offices located at 30 N. LaSalle Street, Suite 1230, Chicago, Illinois 60602, before a notary public or any officer authorized to administer oaths. The deposition will continue from day to day until completed.

Date: February 15, 2018                    Respectfully submitted,

Edward N. Siskel
Corporation Counsel of the City of Chicago

By: _____
Assistant Corporation Counsel

Andrew Worseck
Ellen McLaughlin
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129 / 742-5147

Attorneys for Defendant City of Chicago

## CERTIFICATE OF SERVICE

I, Ellen McLaughlin, an attorney, hereby certify that on this, the 15th day of February, 2018, I caused a copy of **Defendant's Notice of Deposition of Plaintiff Tony Kole** to be served by electronic mail and first-class United States mail, postage prepaid, on:

David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

Ellen McLaughlin

- 2 -

AFFIDAVIT OF SERVICE

| Case:<br>10 CV<br>4257 | Court:<br>United States District Court, Northern District of<br>Illinois | County:<br>, IL | Deposition Date<br>3/15/2018 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>SECOND AMENDMENT ARMS, ET AL. | | **Defendant / Respondent:**<br>CITY OF CHICAGO, ET AL. | |
| **Received by:**<br>Verify Investigations | | **For:**<br>City of Chicago Dept. of Buildings and License Enforcement | |
| **To be served upon:**<br>ROMAN TAPKOWSKI | | | |

I, Ben Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  ROMAN TAPKOWSKI, 362 SEQUOIA CT, ANTIOCH, IL 60002

Manner of Service:  Personal/Individual, Mar 1, 2018, 4:00 pm CST

Documents:  Subpoena To Testify At A Deposition In A Civil Action

**Additional Comments:**
1) Successful Attempt: Mar 1, 2018, 4:00 pm CST at 362 SEQUOIA CT, ANTIOCH, IL 60002 received by ROMAN TAPKOWSKI. Age: 60-65; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Gray;

Fees:  A check in the amount of $71.07 was provided to the
witness at time of service

_____    3/1/2018
Ben Lopez                          Date
117-001526

Verify Investigations
1655 S. Blue Island Ave Suite 314
Chicago, IL 60608
773-368-3976

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

3/1/18
Date            Commission Expires

"OFFICIAL SEAL"
Eva Flores-Lopez
Notary Public, State of Illinois
My Commission Expires 1/6/2020

AFFIDAVIT OF SERVICE

| Case:<br>10 CV<br>4257 | Court:<br>United States District Court, Northern District of<br>Illinois | County:<br>, IL | Deposition Date:<br>3/6/2018 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SECOND AMENDMENT ARMS, ET AL., | | Defendant / Respondent:<br>CITY OF CHICAGO | |
| Received by:<br>Verify Investigations | | For:<br>City of Chicago Dept. of Buildings and License Enforcement | |
| To be served upon:<br>ROMAN TAPKOWSKI | | | |

I, Ben Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  ROMAN TAPKOWSKI, 362 SEQUOIA COURT, ANTIOCH, IL 60002

Manner of Service:  Personal/Individual, Mar 1, 2018, 4:00 pm CST

Documents:  SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND EXHIBIT A

Additional Comments:
1) Successful Attempt: Mar 1, 2018, 4:00 pm CST at 362 SEQUOIA COURT, ANTIOCH, IL 60002 received by ROMAN TAPKOWSKI. Age: 60-65; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'8"; Hair: Gray;

Ben Lopez                                         Date
117-001526

Verify Investigations
1655 S. Blue Island Ave Suite 314
Chicago, IL 60608
773-368-3976

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public

Date                     Commission Expires

"OFFICIAL SEAL"
Eva Flores-Lopez
Notary Public, State of Illinois
My Commission Expires 1/6/2020

AFFIDAVIT OF SERVICE

| Case:<br>10 CV<br>4257 | Court:<br>United States District Court, Northern District of<br>Illinois | County:<br>Cook, IL | Deposition Date:<br>3/6/2018 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>SECOND AMENDMENT ARMS, ET AL. | | Defendant / Respondent:<br>CITY OF CHICAGO | |
| Received by:<br>Verify Investigations | | For:<br>City of Chicago Dept. of Buildings and License Enforcement | |
| To be served upon:<br>JOSEPH LAJOY | | | |

I, Ben Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   JOSEPH LAJOY, 123 CHRISTOPHER WAY, FOX LAKE, IL 60020

Manner of Service:   Personal/Individual, Mar 1, 2018, 3:23 pm CST

Documents:   SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION AND EXHIBIT A

Additional Comments:

1) Successful Attempt: Mar 1, 2018, 3:23 pm CST at 123 CHRISTOPHER WAY, FOX LAKE, IL 60020 received by JOSEPH LAJOY. Age: 45-50; Ethnicity: Caucasian; Gender: Male; Weight: 300; Height: 6'2"; Hair: Brown; Eyes: Brown;

_____   3/1/2018
Ben Lopez            Date
117-001526

Verify Investigations
1655 S. Blue Island Ave Suite 314
Chicago, IL 60608
773-368-3976

Subscribed and sworn to before me by the affiant who is
personally known to me

_____
Notary Public

3/1/18
Date            Commission Expires

"OFFICIAL SEAL"
Eva Flores-Lopez
Notary Public, State of Illinois
My Commission Expires 1/6/2020

**AFFIDAVIT OF SERVICE**

| Case: 10 CV 4257 | Court: United States District Court, Northern District of Illinois | County: Cook, IL | Deposition Date: 3/16/2018 |
|---|---|---|---|
| Plaintiff / Petitioner: SECOND AMENDMENT ARMS, ET AL., | | Defendant / Respondent: CITY OF CHICAGO, ET AL. | |
| Received by: Verify Investigations | | For: City of Chicago Dept. of Buildings and License Enforcement | |
| To be served upon: JOSEPH LAJOY | | | |

I, Ben Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: JOSEPH LAJOY, 123 CHRISTOPHER WAY, FOX LAKE, IL 60020

Manner of Service: Personal/Individual, Mar 1, 2018, 3:23 pm CST

Documents: Subpoena To Testify At A Deposition In A Civil Action

Additional Comments:
1) Successful Attempt: Mar 1, 2018, 3:23 pm CST at 123 CHRISTOPHER WAY, FOX LAKE, IL 60020 received by JOSEPH LAJOY. Age: 45-50; Ethnicity: Caucasian; Gender: Male; Weight: 300; Height: 6'2"; Hair: Brown; Eyes: Brown;

Fees: A check in the amount of $71.07 was provided to the witness at the time of service

Ben Lopez
117-001526

Date 3/1/18

Verify Investigations
1655 S. Blue Island Ave Suite 314
Chicago, IL 60608
773-368-3976

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 3/1/18    Commission Expires

"OFFICIAL SEAL"
Eva Flores-Lopez
Notary Public, State of Illinois
My Commission Expires 1/6/2020