IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10 C 4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY SCHEDULE**

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on May 7, 2018, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, **Defendants' Response to Plaintiffs' Motion for Extension of Discovery Schedule**, a copy of which is attached and is hereby served upon you.

Date: May 7, 2018                                   Respectfully submitted,


                                                    Edward N. Siskel
                                                    Corporation Counsel of the City of Chicago

                                             By:    /s/Justin Tresnowski
                                                    Assistant Corporation Counsel

Ellen W. McLaughlin
Thomas P. McNulty
Justin Trenowski
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0307
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Justin Tresnowski, an attorney, hereby certify that on this, the 7th day of May, 2018, I caused a copy of **Defendants' Response to Plaintiffs' Motion for Extension of Discovery Schedule**, to be served by electronic case filing (ECF) on:

>David G. Sigale, Esq.
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, IL 60137

/s/Justin Tresnowski