# Exhibit 1

**Justin Tresnowski**

| | |
|---|---|
| **From:** | David G. Sigale <dsigale@sigalelaw.com> |
| **Sent:** | Monday, May 21, 2018 3:05 PM |
| **To:** | Justin Tresnowski |
| **Subject:** | RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257) |

Roman Tapkowski - May 29, 30, 31. If in the morning, not May 29.

Thanks,

David


LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
630.596.4445 Fax
dsigale@sigalelaw.com
www.sigalelaw.com

-------- Original message --------
From: Justin Tresnowski <Justin.Tresnowski@cityofchicago.org>
Date: 5/17/18 12:06 PM (GMT-06:00)
To: dsigale@sigalelaw.com
Cc: Thomas McNulty <Thomas.McNulty@cityofchicago.org>
Subject: RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)


Thanks for the response, David.


Let's schedule Joseph LaJoy's deposition for 1:00 pm on May 23, at our office (30 N. LaSalle, Suite 1230).


And please do let us know about dates when Tapkowski and Kole will be available.


-Justin


**From:** dsigale@sigalelaw.com [mailto:dsigale@sigalelaw.com]
**Sent:** Wednesday, May 16, 2018 4:20 PM

**To:** Justin Tresnowski
**Cc:** Thomas McNulty
**Subject:** RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)

Joseph LaJoy is available May 22, 23, 30 and 31 for deposition. If it is in the afternoon, May 29 will also work.

I will let you know about Tapkowski and Kole separately.

David

# LAW FIRM OF DAVID G. SIGALE, P.C.

799 Roosevelt Road

Building 3, Suite 207

Glen Ellyn, IL 60137

630.452.4547 (Tel.)

630.596.4445 (Fax)

dsigale@sigalelaw.com

www.sigalelaw.com



**From:** Justin Tresnowski <Justin.Tresnowski@cityofchicago.org>
**Sent:** Wednesday, May 9, 2018 10:23 AM
**To:** dsigale@sigalelaw.com
**Cc:** Thomas McNulty <Thomas.McNulty@cityofchicago.org>
**Subject:** Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)

David,

To follow up on our conversation from this morning, we agree that it would be ideal to complete the noticed depositions (for Mrs. Kole, Tapkowski, and LaJoy) before you leave town in June. We should have some availability this month - please suggest a few dates when you and the witnesses will be available.

Thanks,

Justin


Justin Tresnowski

Assistant Corporation Counsel

Constitutional and Commercial Litigation Division

City of Chicago Department of Law

30 N. LaSalle St. Suite 1230

Chicago, IL 60602

312-744-4216

Justin.Tresnowski@cityofchicago.org

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.