Exhibit 2

**Justin Tresnowski**

**From:** David G. Sigale <dsigale@sigalelaw.com>
**Sent:** Tuesday, June 12, 2018 11:42 AM
**To:** Justin Tresnowski

Justin:

July 5 or 6 at 3pm for Tony Kole's deposition?

Thanks,

David


LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
630.596.4445 Fax
dsigale@sigalelaw.com
www.sigalelaw.com