# Exhibit 3

## Justin Tresnowski

| | |
|---|---|
| **From:** | David G. Sigale <dsigale@sigalelaw.com> |
| **Sent:** | Thursday, July 12, 2018 9:50 AM |
| **To:** | Justin Tresnowski |
| **Subject:** | RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257) |

Sorry, neither date would have worked. He is available on August 1 and 2 at about any time (actually, earlier in the day would be better). Does one of them work for you?

Thanks,

David



LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
630.596.4445 Fax
dsigale@sigalelaw.com
www.sigalelaw.com

-------- Original message --------
From: Justin Tresnowski <Justin.Tresnowski@cityofchicago.org>
Date: 7/9/18 9:21 AM (GMT-06:00)
To: dsigale@sigalelaw.com
Cc: Thomas McNulty <Thomas.McNulty@cityofchicago.org>
Subject: RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)


David,


Assuming that Mr. Kole is not available before 3pm, we could reschedule his deposition for this Thursday (7/12) or Friday (7/13) at 3.


Please let me know if either date works.


Justin

1

**From:** Justin Tresnowski
**Sent:** Friday, July 06, 2018 1:18 PM
**To:** dsigale@sigalelaw.com
**Cc:** Thomas McNulty
**Subject:** Re: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)

Confirmed. In terms of rescheduling, is it still the case that Mr. Kole is available only at 3pm or later?

---

**From:** dsigale@sigalelaw.com <dsigale@sigalelaw.com>
**Sent:** Friday, July 6, 2018 12:39:16 PM
**To:** Justin Tresnowski
**Cc:** Thomas McNulty
**Subject:** RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)

Counsel:

Tony Kole's car broke down a little earlier up in the northwest suburbs. The car, and he, are sitting in a repair shop, and he will not be able to get downtown by 3:00pm. I am afraid we will need to reschedule his deposition. Please confirm and let me know some possible alternative dates.

Thanks,

Davod

**LAW FIRM OF DAVID G. SIGALE, P.C.**

799 Roosevelt Road

Building 3, Suite 207

Glen Ellyn, IL 60137

630.452.4547 (Tel.)

2

630.596.4445 (Fax)

dsigale@sigalelaw.com

www.sigalelaw.com



**From:** Justin Tresnowski <Justin.Tresnowski@cityofchicago.org>
**Sent:** Thursday, May 17, 2018 12:07 PM
**To:** dsigale@sigalelaw.com
**Cc:** Thomas McNulty <Thomas.McNulty@cityofchicago.org>
**Subject:** RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)


Thanks for the response, David.


Let's schedule Joseph LaJoy's deposition for 1:00 pm on May 23, at our office (30 N. LaSalle, Suite 1230).


And please do let us know about dates when Tapkowski and Kole will be available.


-Justin


**From:** dsigale@sigalelaw.com [mailto:dsigale@sigalelaw.com]
**Sent:** Wednesday, May 16, 2018 4:20 PM
**To:** Justin Tresnowski
**Cc:** Thomas McNulty
**Subject:** RE: Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)


Joseph LaJoy is available May 22, 23, 30 and 31 for deposition. If it is in the afternoon, May 29 will also work.

3

I will let you know about Tapkowski and Kole separately.

David

### LAW FIRM OF DAVID G. SIGALE, P.C.

799 Roosevelt Road

Building 3, Suite 207

Glen Ellyn, IL 60137

630.452.4547 (Tel.)

630.596.4445 (Fax)

dsigale@sigalelaw.com

www.sigalelaw.com



---

**From:** Justin Tresnowski <Justin.Tresnowski@cityofchicago.org>
**Sent:** Wednesday, May 9, 2018 10:23 AM
**To:** dsigale@sigalelaw.com
**Cc:** Thomas McNulty <Thomas.McNulty@cityofchicago.org>
**Subject:** Scheduling depositions in Second Amendment Arms v. City of Chicago (10 C 4257)

David,

To follow up on our conversation from this morning, we agree that it would be ideal to complete the noticed depositions (for Mrs. Kole, Tapkowski, and LaJoy) before you leave town in June. We should have some availability this month - please suggest a few dates when you and the witnesses will be available.

4

Thanks,

Justin

Justin Tresnowski

Assistant Corporation Counsel

Constitutional and Commercial Litigation Division

City of Chicago Department of Law

30 N. LaSalle St. Suite 1230

Chicago, IL 60602

312-744-4216

Justin.Tresnowski@cityofchicago.org

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.