# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, et al, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 10 C 4257 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

    **PLEASE TAKE NOTICE** that on **Wednesday, July 25, 2018, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant's Motion for Leave to Take Plaintiff Tony Kole's Deposition**, a copy of which is attached and is hereby served upon you.

Date: July 20, 2018                        Respectfully submitted,

                                                  Edward N. Siskel
                                                  Corporation Counsel of the City of Chicago

                                                  By:    /s/Justin Tresnowski_____
                                                        Assistant Corporation Counsel

Thomas P. McNulty
Justin Tresnowski
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Justin Tresnowski, an attorney, hereby certify that on this, the 20th day of July, 2018, I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Defendant's Motion for Leave to Take Plaintiff Tony Kole's Deposition** to be served by electronic case filing (ECF) on:

>David G. Sigale, Esq.
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, IL 60137

/s/Justin Tresnowski