IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 10 C 4257 |
| | ) Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

**AGREED SCHEDULING ORDER**

The parties, by counsel, hereby agree to the following discovery schedule in the above-captioned matter:

1. Discovery of Plaintiffs' experts closes on November 21, 2018;

2. Defendants' expert disclosures (if any) will be due by January 2, 2019; and

3. Discovery of Defendants' experts closes on February 13, 2019.

4. Status hearing is scheduled for February 27, 2019.

Date: September 13, 2018

_____
Judge Robert M. Dow, Jr.