UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Second Amendment Arms, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:10−cv−04257
                                                        Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Plaintiffs' motion for extension of discovery schedule to disclose substitute damages expert [240] is granted. As explained on the record, this is a final extension. Plaintiff must tender a complete expert report within 30 days. Failure to do so will result in barring of any expert testimony for Plaintiff in this matter. After the deposition of any expert that Plaintiff designates is taken, the parties joint status report is to be filed with the Court, including a discussion of any further expert discovery and the parties' positions on reimbursement of expenses incurred by Defendant in connection with investigating Plaintiff's now−withdrawn expert. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.