UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Second Amendment Arms, et al.
                              Plaintiff,

v.                                                            Case No.: 1:10−cv−04257
                                                            Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 6, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Following up on the Court's minute entry dated 11/13/2018 [243], the Court requests that the parties file no later than 2/28/2019 a joint report on the status of any further expert discovery and the parties' positions on reimbursement of expenses incurred by Defendant in connection with investigating Plaintiff's now−withdrawn expert. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.