IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECND AMENDMENT ARMS, )<br>R. JOSEPH FRANZESE, individually )<br>and d/b/a SECOND AMENDMENT )<br>ARMS, and TONY KOLE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, )<br>RAHM EMANUEL, EDDIE JOHNSON, )<br>and ANNA M. VALENCIA, )<br>)<br>Defendants. ) | Case No. 10 C 4257<br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Sheila M. Finnegan |

## AGREED RIDER TO CONFIDENTIALITY ORDER

The Court entered an Agreed Confidentiality Order in this case on October 12, 2016. *See* Dkt. 202-1. The parties to that Agreed Confidentiality Order have agreed to amend that order as set forth in this Agreed Rider; accordingly, it is ORDERED:

1. Section (c) of paragraph 2 of the Agreed Confidentiality Order is hereby stricken and replaced with the following: "(c) research, technical, commercial or financial information that the party or any non-party witness has maintained as confidential;"

2. Paragraph 4 of the Agreed Confidentiality Order is hereby stricken and replaced with the following:

**4. Depositions**

Unless all parties agree on the record at the time the deposition testimony is taken, all deposition testimony taken in this case shall be treated as Confidential Information for a period of fourteen days after the parties' receipt of the court reporter's transcript of the deposition. No later than the fourteenth day after

1

receipt of the deposition transcript, a party may serve a Notice of Designation to all parties of record as to specific portions of the testimony that are designated Confidential Information, and thereafter those portions identified in the Notice of Designation shall be protected by the terms of this Order. The failure to serve a timely Notice of Designation shall waive any designation of testimony taken in that deposition as Confidential Information.

**So Ordered.**

Dated: 5/2/2019

_____
U.S. District Judge

| | |
|---|---|
| WE SO MOVE<br>and agree to abide by the terms<br>of this Order | WE SO MOVE<br>and agree to abide by the terms<br>of this Order |
| LAW FIRM OF DAVID G. SIGALE | EDWARD N. SISKEL<br>Corporation Counsel for the City of Chicago |
| By: /s/ David Sigale<br>     Attorney for Plaintiffs | By: /s/ Justin Tresnowski<br>     Assistant Corporation Counsel |
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>799 Roosevelt Road, Suite 207<br>Glen Ellyn, IL 60137<br>630.452.4547<br>digale@sigalelaw.com | Thomas P. McNulty<br>Justin Tresnowski<br>City of Chicago, Department of Law<br>Constitutional and Commercial Litigation Division<br>30 North LaSalle Street, Suite 1230<br>Chicago, Illinois 60602<br>(312) 742-0307 / 744-4216<br>Attorneys for Defendants |

2