IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS,<br>R. JOSEPH FRANZESE, individually<br>and d/b/a SECOND AMENDMENT<br>ARMS, and TONY KOLE | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 10 C 4257<br>Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO,<br>RAHM EMANUEL, EDDIE JOHNSON,<br>and ANNA M. VALENCIA, | )<br>)<br>)<br>) | Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) | |

**AGREED SCHEDULING ORDER REGARDING BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* ISSUES**

The parties have agreed to the following scheduling order regarding briefing on cross-motions for summary judgment and *Daubert* expert issues, and accordingly it is ORDERED:

Defendants' motion for summary judgment and motion to bar expert testimony under *Daubert* is due 7/12/2019; plaintiffs' response and cross-motion for summary judgment is due 8/19/2019; defendants' reply/response to cross-motion is due 9/18/2019; and plaintiffs' reply is due 10/2/2019.

Dated: 5/14/2019

U.S. District Judge

1

| | |
|---|---|
| LAW FIRM OF DAVID G. SIGALE | EDWARD N. SISKEL<br>Corporation Counsel for the City of Chicago |
| By: /s/ David Sigale<br>    Attorney for Plaintiffs | By: /s/ Thomas P. McNulty<br>    Senior Corporation Counsel |
| David G. Sigale (Atty. ID# 6238103)<br>LAW FIRM OF DAVID G. SIGALE, P.C.<br>799 Roosevelt Road, Suite 207<br>Glen Ellyn, IL 60137<br>630.452.4547<br>digale@sigalelaw.com | Thomas P. McNulty<br>Justin Tresnowski<br>City of Chicago, Department of Law<br>Constitutional and Commercial Litigation Division<br>30 North LaSalle Street, Suite 1230<br>Chicago, Illinois 60602<br>(312) 742-0307 / 744-4216<br>Attorneys for Defendants |