IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, | ) | |
| R. JOSEPH FRANZESE, individually | ) | |
| and d/b/a SECOND AMENDMENT | ) | |
| ARMS, and TONY KOLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10 C 4257 |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Robert M. Dow, Jr. |
| LORI LIGHTFOOT, | ) | |
| EDDIE JOHNSON, | ) | |
| and ANNA VALENCIA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on **Thursday, July 18, 2019, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendants' Motion (1) To File A Brief In Excess Of 15 Pages and (2) To File Documents Under Seal**, a copy of which is attached and is hereby served upon you.

Date:  July 12, 2019                    Respectfully submitted,


                                        Mark. A Flessner
                                        Corporation Counsel of the City of Chicago

                                        By:   /s/Justin Tresnowski
                                              Assistant Corporation Counsel


Thomas P. McNulty
Justin Tresnowski

City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I, Justin Tresnowski, an attorney, hereby certify that on this, the 12th day of July, 2019, I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Defendants' Motion (1) To File A Brief In Excess Of 15 Pages and (2) To File Documents Under Seal** to be served by electronic case filing (ECF) and by email transmission on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, IL 60137

/s/Justin Tresnowski