# A

REDACTED



[redacted]

REDACTED

[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]

REDACTED



[redacted]