**E**

(Published by the Authority of the City Council of the City of Chicago)

COPY

# JOURNAL of the PROCEEDINGS of the CITY COUNCIL of the CITY of CHICAGO, ILLINOIS

---

Regular Meeting -- Wednesday, June 25, 2014

at 10:00 A.M.

(Council Chamber -- City Hall -- Chicago, Illinois)

---

OFFICIAL RECORD.

VOLUME II

RAHM EMANUEL
Mayor

SUSANA A. MENDOZA
City Clerk

Continued from Volume I
on page 83726

## COMMITTEE ON PUBLIC SAFETY.

---

AMENDMENT OF TITLES 2, 4, 8, 13, 15 AND 17 OF MUNICIPAL CODE TO FURTHER REGULATE SALE AND TRANSFER OF FIREARMS.

[SO2014-4271]

The Committee on Public Safety submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Your Committee on Public Safety begs leave to report and recommend that Your Honorable Body *Pass* the proposed substitute ordinance amending various provisions of the Municipal Code regarding firearms.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) JAMES A. BALCER,
*Chairman.*

On motion of Alderman Balcer, the said proposed substitute ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said ordinance as passed:

**WHEREAS**, In 2008, the Supreme Court of the United States decided the case *District of Columbia v. Heller*, and held that the Second Amendment to the United States Constitution protects an individual's right to possess a firearm unconnected with service in the militia; and

**WHEREAS**, In 2010, the Supreme Court issued its opinion in *McDonald v. City of Chicago*, and held that the Second Amendment's right to possess a handgun for self-defense in the home also applied to the states; and

**WHEREAS**, On January 6, 2014, in *Illinois Association of Firearms Retailers v. The City of Chicago,* the United States District Court for the Northern District of Illinois declared that the City of Chicago's (the "City") ban on the sale and transfer of firearms was unconstitutional under the Second Amendment; and

**WHEREAS,** Every year, more than 100,000 people in our nation are injured, maimed or killed with a firearm; and

**WHEREAS**, Firearm-related injuries and deaths are the cause of significant social and economic costs to the City and our communities and have a severe impact on our criminal justice and health care systems; and

**WHEREAS**, The majority of all firearms recovered in crimes were originally sold by licensed firearms dealers; and

**WHEREAS**, The Bureau of Alcohol, Tobacco, Firearms and Explosives (the "ATF") has reported that straw purchasing from licensed firearms dealers is the most common way in which firearms are diverted to the illegal gun market; and

**WHEREAS**, In 2012, more than 16,000 firearms were lost or stolen from licensed firearms dealers across the country: and

**WHEREAS**, The ATF licenses and regulates firearms dealers, but the State of Illinois does not require any such license; and

**WHEREAS**, Research has shown that state and local regulation of firearms dealers, coupled with regular compliance inspections, is associated with significantly less illegal gun trafficking, straw purchasing and firearm theft; and

**WHEREAS**, In order to provide for the ongoing protection of the public welfare and safety, it is essential for the City Council of the City of Chicago to promptly pass an ordinance that provides for reasonable regulation of the sale and transfer of firearms, including regulations for the effective licensing of firearm dealers; now, therefore,

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF CHICAGO:**

**SECTION 1.** Section 2-14-190 of the Municipal Code of Chicago is hereby amended by deleting the language struck through, as follows:

**2-14-190 Municipal hearings division – Jurisdiction.**

(a) The department of administrative hearings is authorized to establish a system of administrative adjudication for the enforcement of all provisions of the Municipal Code, and similar matters pursuant to Section 2-14-030(6), that are not adjudicated by the vehicle, buildings, or environmental safety and consumer affairs hearings divisions~~, except that it shall not adjudicate violations of the following chapters and sections: chapter 4-92 (Massage Establishments and Massage Services); chapter 4-144 (Weapons); and Section 7-28-190 (Health Nuisances -- Throwing Objects into Roadways)~~.

**SECTION 2.** Section 4-5-010 of the Municipal Code of Chicago is hereby amended by adding the language underscored, as follows:

**4-5-010 Establishment of license fees.**

This chapter shall establish fees for various licenses created by this title unless otherwise provided. The following fees shall apply for the specified licenses. The chapter in which each fee requirement is created is also provided. Unless otherwise stated, fees shall be assessed every two years. For every license application which includes fingerprinting of the applicant as part of the application process, a fingerprint fee sufficient to cover the cost of processing fingerprints will be assessed in addition to the below fees. The fingerprint fee will be assessed regardless of whether the license applied for is issued or denied. The amount of the fee will be set forth by regulation promulgated by the commissioner of business affairs and consumer protection.

*(Omitted text is unaffected by this ordinance)*

| | | |
|---|---|---|
| (31) | Weapons dealer (4-144)(unless otherwise specified) | $1,100.00 |
| | Firearms Dealers | $ 3,800.00 |
| | Professional Theatrical Armorers | $ 2,350.00 |
| | Professional Firearm Curators | $ 2,350.00 |

*(Omitted text is unaffected by this ordinance)*

**SECTION 3.** Section 4-6-270 of the Municipal Code of Chicago is hereby amended by adding the language underscored, as follows:

**4-6-270 Home occupations.**

*(Omitted text is unaffected by this ordinance)*

(e) Activities not subject to licensure as a home occupation. The following activities shall not be licensed as home occupations under this section: any repair of motorized vehicles, including the painting or repair of automobiles, trucks, trailers, boats, and lawn equipment; animal hospitals; astrology, card reading, palm reading or fortune-telling in any form; kennels; stables; bird keeping facilities; dancing schools; restaurants; massage establishments; catering/food preparation businesses; funeral chapels or homes; crematoria; mausoleums; any facility where products are manufactured, produced or assembled when the home occupation licensee is not the retail point of sale for such products; public places of amusement; the sale of firearms, antique firearms as that term is defined in section 8-20-010, or ammunition; a weapons dealer; firearm training or instruction; caterers; construction businesses or landscaping businesses that provide the storage of goods and materials to be utilized in the operation of the business or use; warehousing; and welding or machine shops. Provided, however, that nothing

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 7 of 921 PageID #:2270

in this subsection shall prohibit the performance of emergency medical services in a residential dwelling.

*(Omitted text is unaffected by this ordinance)*

**SECTION 4.** Chapter 4-144 of the Municipal Code of Chicago is hereby amended by deleting sections 4-144-100 through and including 4-144-130, by deleting Article IV sections 4-144-250 and 4-144-260, by adding new sections 4-144-005, 4-144-007, and 4-144-245, by adding a new Article VII, sections 4-144-700 though and including 4-144-840, by deleting the language struck through and by adding the language underscored, as follows:

**CHAPTER 4-144**
**WEAPONS DEALERS**

**ARTICLE I. ~~DEADLY~~ WEAPONS DEALERS**
**4-144-005 Weapons dealer license**

(a) A weapons dealer license shall be required for the following business activities:

(1) a stun gun dealer;
(2) an air rifles and toy weapons dealer;
(3) a firearms dealer;
(4) a professional theatrical armorer; or
(5) a professional firearms curator.

(b) A separate license shall be required for each separate business location.

**ARTICLE II STUN GUN DEALERS**

**4-144-007 Definitions.**

For purposes of this Article, the following definitions apply:

"FOID" and "Superintendent" have the meaning ascribed to those terms in section 8-20-010.

"Stun gun" and "Taser" have the meaning ascribed to those terms in 720 ILCS 5/24-1(a)(10).

**4-144-010 Stun Gun Dealer- License -Required.**

It shall be unlawful for any person to engage in the business of selling or otherwise transferring, at retail, any ~~ammunition,~~ stun gun or taser without securing a weapons dealer-stun gun dealer license to do so. ~~For purposes of this section "stun gun" and "taser" have the meaning ascribed to those terms in 720 ILCS 5/24-1(a)(10).~~

**4-144-020 License – Application.**

In addition to the requirements set forth in Section 4-4-050, an application for, and, if requested, renewal of, a ~~weapons dealer~~ license issued under this Article shall be accompanied by the following information:

*(Omitted text is unaffected by this ordinance)*

~~(d) a copy of the applicant's federal firearm license, if required to have one;~~

(~~e~~ <u>d</u>) a copy of the applicant's FOID card<u>, provided that if the applicant is not a natural person, no FOID card shall be required for the applicant or controlling persons; and</u>~~, if required to have one~~;

~~(f) a safety plan approved by the superintendent; and~~

(~~g~~ <u>e</u>) any other information that the commissioner or the superintendent may require to implement this Article.

**4-144-030 License – ~~Fee~~ <u>Qualifications.</u>**

~~The fee for a weapons dealer license shall be as set forth in Section 4-5-010.~~

<u>No license shall be issued under this Article if the applicant or any employee who handles or possesses a stun gun or taser:</u>

<u>(a) is under 21 years of age;</u>

<u>(b) has ever been convicted of a felony;</u>

<u>(c) has ever been convicted of a misdemeanor involving a stun gun or taser, or any other violation of law concerning the manufacture, use, possession or sale of stun guns or tasers; or</u>

<u>(d) has not been issued a FOID card; provided that if the applicant is not a natural person, no FOID card shall be required for the applicant or any controlling person.</u>

**4-144-040 License issuance and renewal.**

A license or a renewal of a license issued under this Article shall be denied or revoked for any of the following reasons:

(a) The applicant's license under this Article, or any other license for the sale, manufacture, use or possession of <u>stun guns or tasers</u> ~~firearms or ammunition~~, has been revoked for cause.

(b) A license issued under this Article for the location described in the application has been revoked for any cause within one year of the date of the application.

(c) The applicant <u>or licensee</u> makes any false, misleading or fraudulent statement or misrepresents any fact in the license application <u>or renewal</u>, or uses any scheme or subterfuge for the purpose of evading any provision of this <u>Article</u> ~~chapter~~.

(d) The applicant or licensee at the time of application or renewal of any license issued pursuant to this Article would not be eligible for such license upon a first application.

**4-144-050 Department duties.**

(a) The commissioner shall forward any application for a ~~weapons dealer~~ <u>stun gun dealer</u> license under this Article to the police <u>department</u> ~~and fire departments~~.

(b) The commissioner shall have the authority to promulgate rules and regulations necessary to implement this Article.

(c) The superintendent shall have the authority to promulgate rules and regulations necessary to implement this Article relating to ~~the safety plan,~~ the safe storage, <u>display</u> and handling of <u>stun guns and tasers</u> ~~ammunition, and any other restriction~~.

**4-144-060 Legal duties.**

*(Omitted text is unaffected by this ordinance)*

~~(b) Comply with a safety plan approved by the superintendent. Such plan shall include provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation and maintenance of interior and exterior surveillance cameras installed at each building; (iii) the installation of an alarm system; (iv) protocols for the safe display of and storage of ammunition; and (v) the employment of adequately trained personnel; all in accordance with rules prescribed by the superintendent. Recordings from the surveillance camera required by clause (ii) shall be maintained for not less than 30 days and shall be made available to members of the department of police. Notwithstanding any other ordinance to the contrary, the city shall not impose a fee for any surveillance camera installed pursuant to this subsection solely because the camera or its wiring is in any portion of the public way.~~

(~~c~~ b) The licensed premises shall be open at all reasonable times for inspection by the departments of buildings, police, business affairs and consumer protection, and fire.

(c) The licensee shall not permit any employee to handle, sell or possess a stun gun or taser unless the employee ;

(1) has a valid FOID card;
(2) is 21 years of age or older;
(3) has never been convicted of a felony;
(4) has never been convicted of a misdemeanor involving a stun gun or taser, or any other violation of law concerning the manufacture, use, possession or sale of stun guns, tasers or firearms.

(d) The licensee shall initiate a state and FBI fingerprint-based record search of every employee who will handle, sell or possess stun guns or tasers to verify the employee's background. If a licensee acquires any subsequent or independent knowledge that an employee who handles, sells, or possesses stun guns or tasers does not meet the qualifications of subsection (c), the licensee shall take immediate steps to ensure that such employee does not have access to the stun guns or tasers.

(e) A licensee or employee shall not:

(1) deliver a stun gun or taser, incidental to a sale or transfer, to a purchaser for at least 24 hours after the application for such purchase or transfer has been made;
(2) display a stun gun or taser in any window; or
(3) sell or otherwise transfer a stun gun or taser unless the purchaser:
  (i) is at least 18 years of age;
  (ii) has a valid FOID card; and
  (iii) has presented a valid government issued photo identification card.

**4-144-061 Records ~~Sale of certain ammunition prohibited.~~**

(a) In addition to any other applicable state and federal law requiring records and record retention, the licensee shall maintain the following records:

(1) for the purchase of a stun gun or taser, a copy of the purchaser's FOID card and photo identification for a period of not less than 10 years from the date of purchase of the stun gun or taser;

(2) a copy of the fingerprints and FOID card of every employee who handles, sells, or possesses the stun guns or tasers for a period of not less than 5 years after the employee is no longer an employee; and

(3) a copy of the annual inventory required pursuant to section 4-144-062, for a period of not less than 10 years after the completion of the inventory.

(b) Unless otherwise preempted by state or federal law, such records shall at all times during the licensee's business hours be open for inspection by any member of the department or police department.

~~Except as allowed by section 8-20-100(c), it shall be unlawful for any person to sell, offer for sale, expose for sale, barter or give away to any person within the city, any armor piercing or .50 caliber ammunition.~~

**4-144-062 Inventory ~~Sale of ammunition to minors prohibited.~~**

Every licensee shall conduct, on an annual basis, a physical inventory audit, which shall include, at a minimum, a listing of each stun gun, taser and cartridges:

(a) acquired or held by the licensee during the twelve-month period;

(b) sold or otherwise transferred during the twelve-month period; and

(c) stolen or lost during the twelve-month period.

~~No person licensed under this chapter shall sell or otherwise transfer any ammunition to a person who is under the age of 18.~~

**4-144-065 Sale of certain types of stun guns and tasers prohibited ~~metal piercing bullets.~~**

No licensee or employee shall sell or transfer any stun gun or taser which fires one or more barbs by the use of gunpowder, smokeless powder or black powder propellant.

~~No person licensed under this chapter shall sell, offer for sale, expose for sale, barter, give away or otherwise transfer any metal piercing bullets. For purposes of this section "metal piercing bullet" means any bullet that is manufactured with other than a lead or lead alloy core, or ammunition of which the bullet itself is wholly composed of, or machined from, a metal or metal alloy other than lead, or any other bullet that is manufactured to defeat or penetrate bullet resistant properties of soft body armor or any other type of bullet resistant clothing which meets the minimum requirements of the current National Institute for Justice Standards for "Ballistic Resistance of Police Body Armor."~~

**4-144-070 Operating without a license.**

Any person who engages in the business of selling or otherwise transferring any stun gun or taser ~~ammunition~~ without first having obtained the required license shall be subject to a fine of not less than $3,000.00 nor more than $5,000.00, or incarceration for a period not to exceed six months, or both. Each day that a violation continues shall constitute a separate and distinct offense.

**4-144-080 Penalty.**

(a) Unless another fine or penalty is specifically provided, any person who violates any provision of this Article, or any rule or regulation promulgated thereunder, shall be subject to a fine of not less than $1,500.00 nor more than $3,000.00 for each offense, or incarceration for a

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 11 of 921 PageID #:2274

period not to exceed six months, or both. Each day that such violation exists shall constitute a separate and distinct offense.

(b) Every act or omission constituting a violation of this Article by any officer, director, manager, employee or agent of the licensee shall be deemed to be the act or omission of such licensee and such licensee shall be liable for all penalties and sanctions provided by this Article in the same manner as if such act or omission had been done or omitted by the licensee personally.

**~~ARTICLE II. GUNSMITHS~~**

**~~4-144-100 License -- Required.~~**

~~It shall be unlawful for any person to engage in the business of repairing any pistol, revolver, derringer or other firearm which can be concealed on the person without securing a weapons dealer license so to do.~~

**~~4-144-110 Reserved.~~**

**~~4-144-120 Reserved.~~**

**~~4-144-130 Reserved.~~**

**ARTICLE III. AIR RIFLES AND TOY WEAPONS DEALERS**

**4-144-245 Violations.**

Unless another fine or penalty is specifically provided, any person violating any provision of this Article shall be fined not less than $250.00 nor more than $500.00 for a first offense and not less than $500.00 nor more than $1,000.00 for each subsequent offense. Each day that such violation exists shall constitute a separate and distinct offense.

**~~ARTICLE IV. VIOLATION OF CHAPTER PROVISIONS~~**

**~~4-144-250 Violation -- Penalties.~~**

~~Unless another fine or penalty is specifically provided, any person violating any provision of this chapter shall be fined not less than $250.00 nor more than $500.00 for a first offense and not less than $500.00 nor more than $1,000.00 for each subsequent offense. Each purchase, sale or gift of any weapon or article mentioned in this chapter shall be deemed a separate offense.~~

**~~4-144-260 License -- Revocation.~~**

~~In case the mayor shall determine that a licensee has violated any provision of this chapter, he shall revoke the weapons dealer license issued to such person, and the money paid for such license shall be forfeited to the city. No other such license shall be issued to such licensee for a period of three years thereafter.~~

**ARTICLE V. PROFESSIONAL THEATRICAL ARMORERS.**

**4-144-310 License required.**

It shall be unlawful for any person to engage in the business of a professional theatrical armorer without securing a weapons dealer license to do so.

Notwithstanding any provision of the code to the contrary, a professional theatrical armorer may import, manufacture, possess, transfer, loan or rent theatrical props solely for a theatrical purpose.

The license granted under this Article does not authorize the licensee to engage in the business of selling or otherwise transferring firearms or ammunition, except as authorized in this Article.

**4-144-320 Application – Additional information required.**

In addition to the requirements set forth in Section 4-4-050, an application for, and, if requested, renewal of, a deadly weapons license to engage in the business of a professional armorer shall be accompanied by the following information:

*(Omitted text is unaffected by this ordinance)*

(e) a copy of the applicant's FOID card, if required to have one; and

~~(f) a safety plan approved by the superintendent; and~~

(~~g~~ f) any other information that the commissioner or the superintendent may require to implement this Article.

**4-144-330 License issuance and renewal.**

A license or a renewal of a license issued under this Article shall be denied or revoked for any of the following reasons:

*(Omitted text is unaffected by this ordinance)*

(e) The applicant or licensee at the time of application or renewal of any license under this Article does not have a safety plan that has been approved by the superintendent.

**4-144-350 Legal duties.**

*(Omitted text is unaffected by this ordinance)*

(b) (1) At the same time an applicant submits an application for a license, the applicant shall submit a safety plan to the superintendent in a form and manner prescribed by the superintendent. After review of the proposed safety plan, the superintendent, in consultation with the executive director of emergency management and communications, the fire commissioner, and any other appropriate department. shall either approve or deny the safety plan within 30 days of its submission. During the 30-day review period, the superintendent may consult with the applicant to recommend amendments to the proposed plan. If the superintendent denies a safety plan, he shall state, in writing, the basis for such denial. The superintendent shall notify the commissioner of such approval or denial. ~~Every licensee shall comply with a safety plan, approved by the superintendent. Such plan shall include provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation and maintenance of interior and exterior surveillance cameras installed at each building; (iii) the installation of an alarm system; (iv) protocols for the safe display of and storage of firearms and ammunition; and (v) the employment of adequately trained personnel; all in accordance with rules prescribed by the superintendent. Recordings from the surveillance camera required by clause (ii) shall be maintained for not less than 30 days and shall be made available to members of the department of police. Notwithstanding any other ordinance to the contrary, the city shall not impose a fee for any surveillance camera installed pursuant to this section solely because the camera or its wiring is in any portion of the public way~~

(2) Every safety plan shall include a floor plan of the proposed site and provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 13 of 921 PageID #:2276

and maintenance of interior and exterior surveillance cameras installed at the licensed location; (iii) the installation of an alarm system; (iv) protocols for the safe display and storage of ammunition and firearms; and (v) the employment of adequately trained personnel, all in accordance with rules prescribed by the superintendent. Recordings from the surveillance cameras required by this subsection shall be maintained for not less than 30 days and shall be made available upon request to members of the police department.

The licensee shall obtain all necessary permits, including a public way use permit if applicable; provided that notwithstanding any other provision of the code to the contrary, no fee for a public way use permit will be imposed when the permit is for any surveillance camera installed pursuant to this subsection solely because the camera or its wiring is in any portion of the public way.

(3) Any proposed change to the approved safety plan shall be submitted to the superintendent, in a form and manner prescribed by the superintendent, prior to the implementation of such change. The superintendent shall approve or deny the proposed change within 30 days and notify the commissioner of such approval or denial.

(4) The licensee shall keep a copy of the approved safety plan at the licensed premises and make it available upon request for inspection by members of the department or the police department.

(5) No license may be issued or renewed unless the superintendent approves the applicant's or licensee's safety plan.

(6) Every licensee shall comply with the safety plan, as approved by the superintendent.

(7) The failure to adequately implement, maintain or adhere to the provisions of the approved safety plan under this section shall be grounds for suspension or revocation of the license and shall be grounds for the city to recover its costs resulting from such failure under Chapter 1-20.

*(Omitted text is unaffected by this ordinance)*

**ARTICLE VI. PROFESSIONAL FIREARM CURATORS.**

**4-144-420 Application – Additional information required.**

~~(a)~~ In addition to the requirements set forth in Section 4-4-050, an application for, or renewal of, a weapons dealer license to engage in the business of a professional firearm curator shall be accompanied by the following information:

(~~1~~ a) the length of time the applicant has been in business;

(~~2~~ b) the location and description of the proposed licensed premises;

(~~3~~ c) the name and address of the owner of the premises. If the premises are leased, the name, address and telephone number of the owner of the premises;

(4 d) a copy of the applicant's federal firearm collector's license;

(~~5~~ e) a list of all employees and managers authorized to control, handle, store or otherwise possess the curio or relic firearms at the licensed premises and a copy of each person's FOID card; ~~and~~

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 14 of 921 PageID #:2277

~~(6) a safety plan approved by the superintendent; and~~

(~~7~~ f) any other information that the commissioner or the superintendent may require to implement this article.

**4-144-430 License issuance and renewal.**

A license or a renewal of a license issued under this article shall be denied or revoked for any of the following reasons:

*(Omitted text is unaffected by this ordinance)*

(e) The applicant or licensee at the time of application or renewal of any license under this Article does not have a safety plan that has been approved by the superintendent.

**4-144-450 Legal duties.**

*(Omitted text is unaffected by this ordinance)*

(b) (1) At the same time an applicant submits an application for a license, the applicant shall submit a safety plan to the superintendent in a form and manner prescribed by the superintendent. After review of the proposed safety plan, the superintendent, in consultation with the executive director of emergency management and communications, the fire commissioner, and any other appropriate department. shall either approve or deny the safety plan within 30 days of its submission. During the 30-day review period, the superintendent may consult with the applicant to recommend amendments to the proposed plan. If the superintendent denies a safety plan, he shall state, in writing, the basis for such denial. The superintendent shall notify the commissioner of such approval or denial. ~~Every licensee shall comply with a safety plan, approved by the superintendent. Such plan shall include provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation and maintenance of interior and exterior surveillance cameras installed at each building; (iii) the installation of an alarm system; (iv) protocols for the safe display of and storage of firearms and ammunition; and (v) the employment of adequately trained personnel; all in accordance with rules prescribed by the superintendent. Recordings from the surveillance camera required by clause (ii) shall be maintained for not less than 30 days and shall be made available to members of the department of police. Notwithstanding any other ordinance to the contrary, the city shall not impose a fee for any surveillance camera installed pursuant to this section solely because the camera or its wiring is in any portion of the public way~~

(2) Every safety plan shall include a floor plan of the proposed site and provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation and maintenance of interior and exterior surveillance cameras installed at the licensed location; (iii) the installation of an alarm system; (iv) protocols for the safe display and storage of ammunition and firearms; and (v) the employment of adequately trained personnel, all in accordance with rules prescribed by the superintendent. Recordings from the surveillance cameras required by this subsection shall be maintained for not less than 30 days and shall be made available upon request to members of the police department.

The licensee shall obtain all necessary permits, including a public way use permit if applicable; provided that notwithstanding any other provision of the code to the contrary, no fee for a public way use permit will be imposed when the permit is for any surveillance camera

installed pursuant to this subsection solely because the camera or its wiring is in any portion of the public way.

(3) Any proposed change to the approved safety plan shall be submitted to the superintendent, in a form and manner prescribed by the superintendent, prior to the implementation of such change.  The superintendent shall approve or deny the proposed change within 30 days and notify the commissioner of such approval or denial.

(4)  The licensee shall keep a copy of the approved safety plan at the licensed premises and make it available upon request for inspection by members of the department or the police department.

(5) No license may be issued or renewed unless the superintendent approves the applicant's or licensee's safety plan.

(6)  Every licensee shall comply with the safety plan, as approved by the superintendent.

(7) The failure to adequately implement, maintain, or adhere to the provisions of the approved safety plan under this section shall be grounds for suspension or revocation of the license and shall be grounds for the city to recover its costs resulting from such failure under Chapter 1-20.

*(Omitted text is unaffected by this ordinance)*

**ARTICLE VII FIREARMS DEALERS**
**4-144-700  Definitions.**
     For purposes of this Article, the following definitions apply:

     "Antique firearm," "Assault Weapon," "FOID," "Peace Officer," and "Superintendent" have the same meaning ascribed to those terms in section 8-20-010.

     "Authorized Employee" means a licensee's employee who:
          (1) is 21 years old or older;
          (2) has a valid FOID card;
          (3) is located at the licensed premises; and
          (4) is authorized by the licensee to control, handle, sell, store or otherwise possess firearms or ammunition.

     "Collector" and "Curio or relic firearm" have the meaning ascribed to those terms in 27 CFR 478.11 or as listed on the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives' Firearms Curios or Relics List, ATF Publication 5300.11, as amended.

     "Firearm" has the meaning ascribed to that term in section 8-20-010; provided that for purposes of this Article, a "firearm" does not include an antique firearm.

     "Handgun" means a firearm designed to be held and fired by the use of a single hand, and includes a combination of parts from which such firearm can be assembled.

"Licensee" means a person issued a weapon dealer-firearms dealer license pursuant to this Article.

"Responsible person" means any person listed as a responsible person on the licensee's or applicant's federal firearm license.

"Store Manager" means a person who:
    (1) is 21 years old or older;
    (2) has a valid FOID card; and
    (3) is designated by the licensee for the responsibility of the on-site overall day-to-day operations of a firearms dealer licensed premises.

"Straw purchaser" means a person who acquires a firearm for another person who: (i) is prohibited by law from possessing a firearm, or (ii) does not want his name associated with the transaction.

**4-144-710  Firearms Dealer- License Required.**
    (a) It shall be unlawful for any person to engage in the business of: (1) selling or otherwise transferring, at retail, any ammunition or any new or previously owned firearm; or (2) repairing firearms or making or fitting special barrels, stocks or trigger mechanisms to firearms, without securing a weapons dealer-firearms dealer license to do so.

    (b) The license required under this Article shall be in addition to any other license required by this code or other applicable law; provided that:
        (1)  no secondhand dealer license shall be required for a licensee  to purchase from, sell to, or otherwise transfer a previously owned firearm to a customer at the licensed premises;
        (2) no weapons dealer-stun gun dealer license shall be required for a licensee to purchase from, sell to, or otherwise transfer to a customer a stun gun or taser at the licensed premises; or
        (3) no certificate of fitness or license issued pursuant to chapter 15-4 shall be required for the storage of ammunition at the licensed premises in compliance with this Article and section 15-4-985.

    (c) A license or renewal of a license issued under this Article shall expire two years after the date of issuance; provided that if after the effective date of this section, the licensee has an existing license issued under this Title 4 for the licensed premises, the commissioner is authorized to align the expiration date of the license issued under this Article to the expiration of any existing business license issued under this Title 4, and to prorate the fee for such license.

**4-144-720  License – Application.**
    (a) An application for a license pursuant to this Article shall be made in conformity with the provisions of this Article and the general requirements of Chapter 4-4 relating to applications for licenses.  No original or renewal license shall be issued to any applicant or licensee unless all persons required to be disclosed as applicants meet the eligibility requirements.

    (b) The application shall be in writing, signed by the applicant if an individual. If the applicant is a partnership or corporation, the application shall be signed by an officer or partner. If the applicant is a limited liability company managed by members, the application shall be signed by a manager.  If the applicant is a limited liability company managed by its members,

the application shall be signed by a member. The application shall be verified by oath or affidavit, and shall include the following statements and information:

(1) in the case of an individual: the name, date of birth, residence address, current telephone number and social security number of the applicant; in the case of a partnership, limited partnership, corporation, limited liability company or other legal entity: the date and state of its organization or incorporation; the objects for which it was organized or incorporated; and the name, residence address, date of birth and social security numbers of any applicant;

(2) the location and description of the premises which is to be operated under such license;

(3) the name, address and phone number of the owner of the premises, including the name and address of the beneficiary if title to the premises is held by a person as trustee and if known to the applicant. If the premises is leased, a copy of the lease, which must include a statement of the building owner indicating that the owner agrees to the use of the building for the operation of a firearms dealer;

(4) the name,  date of birth, residence address and current telephone number of every store manager at the licensed premises;

(5) a copy of the applicant's and manager's FOID cards; provided that if the applicant is not a natural person no FOID card shall be required for the applicant or controlling persons;

(6) a copy of the applicant's federal firearm license;

(7) the name, date of birth, residence address and current telephone number of all responsible persons;

(8) a statement that the applicant is qualified to receive a license because the applicant, responsible person, store manager and all authorized employees meet all the requirements of: (i) any applicable provision of this Article; (ii) another applicable provision of this code; or (iii) any other applicable local, state or federal law;

(9) a statement that the applicant, responsible person, store manager or any authorized employee has not been convicted, or found liable in an administrative adjudication, of a felony, a misdemeanor involving a firearm, or any other law concerning the manufacture, possession, use  or sale of firearms;

(10) a statement as to whether any previous license which authorized the sale of firearms issued by any jurisdiction to the applicant, responsible person, store manager or any authorized employee was revoked, the date of the revocation and the reasons for the revocation; and

(11) any other information that the commissioner or the superintendent may require to implement this Article.

(c) The commissioner shall forward the application to the departments of fire and police. Before a license shall be issued, the departments of buildings, fire and police shall inspect the premises for which the license is sought to determine whether the proposed licensed premises is in compliance with the provisions of this code and the rules and regulations promulgated thereunder relating to buildings, public safety and fire prevention.

(d) The applicant, store manager and all responsible persons shall submit to fingerprinting by the department.

**4-144-730  License  Qualifications.**
(a) No license shall be issued under this Article if the applicant, responsible person, store manager, or any authorized employee:
(1) is under 21 years of age;

(2) has ever been convicted of a felony;

(3) has ever been convicted of a misdemeanor involving a firearm, or any other violation of law concerning the manufacture, use, possession or sale of firearms.

(b)  In addition to the qualifications set forth in subsection (a), if the applicant is selling or otherwise transferring firearms, no license shall be issued if:
(1) the applicant has not been issued a valid federal firearm license for the proposed licensed premises; and
(2) the applicant, store manager and all authorized employees do not possess valid FOID cards; provided that if the applicant is not a natural person, no FOID card shall be required of the applicant or controlling persons.

**4-144-740  License issuance-restrictions.**
In addition to any other reason for revocation or denial of a license provided in this code, a license issued under this Article shall be denied or revoked for any of the following reasons:

(a) The applicant's license under this Article, or any other license for the sale, manufacture, use or possession of firearms or ammunition, has been revoked for cause.

(b) A license issued under this chapter for the location described in the application has been revoked for cause within three years of the date of the application.

(c)  An applicant or licensee makes any false, misleading or fraudulent statement or misrepresents any material fact in the license application or renewal of any license, or uses any scheme or subterfuge for the purpose of evading any provision of this Article.

(d)  An applicant or licensee at the time of application or renewal of a license would not be eligible for such license upon a first application.

(e) An applicant or licensee has been issued one of the following licenses for the same premises;
(1) secondhand dealer;
(2) pawnbroker;
(3) sale of alcoholic liquor;
(4) medical cannabis dispensing organization; or
(5) cultivation center.

(f) A responsible person or store manager was a responsible person or store manager for a person whose license for the sale, manufacture, use or possession of firearms or ammunition was revoked for cause within the previous three years.

(g) An applicant or licensee at the time of application or renewal of a license does not have a safety plan approved by the superintendent.

**4-144-750 Location restriction.**
No license shall be issued for a location that is within 500 feet from any pre-existing primary or secondary school or any park owned or leased by any unit of local, state or federal government, measured from property line to property line.

**4-144-760 License Issuance and Conditional Approval.**
(a) The commissioner shall approve or deny the application, or issue a conditional approval, no later than 45 days after payment of the license fee.

(b) Upon review of the application, if the commissioner determines that an applicant meets the requirements for the issuance of a license except that the applicant has not been issued a federal firearm license, the commissioner may conditionally approve such application to permit the applicant to apply for a federal firearm license. The conditional approval shall be for a period of no longer than 120 days. The conditional approval does not authorize the applicant to engage in any business requiring a license under this Article. If the applicant fails to obtain a federal firearm license during the 120-day period, the application shall be denied.

**4-144-770 Responsible sales of firearms training.**
(a) Within 30 days after issuance of a license under this Article, the licensee shall contact the superintendent, in a manner and form prescribed by the superintendent, to schedule an initial training session on the best practices for the responsible sale of firearms to be conducted by the police department. The current store manager and all current authorized employees shall complete the training program no later than 60 days after issuance of the license. Annually thereafter, the licensee shall contact the superintendent to schedule an initial training session for any store manager or authorized employee subsequently employed after the last initial training session conducted for that licensee.

(b) After completion of the initial training program by a store manager or authorized employee, such store manager or authorized employee shall complete a refresher training program once every three years.

**4-144-780 Department duties.**
(a) The commissioner has the authority to promulgate rules and regulations to implement those aspects of this Article which fall under the commissioner's jurisdiction.

(b)          (1) The superintendent shall develop training programs, consistent with section 4-144-770, on the responsible sale of firearms for store managers and authorized employees. At a minimum, the training programs shall instruct store managers and authorized employees on best practices for the detection and deterrence of illegal purchases of firearms.

(2) The superintendent has the authority to promulgate rules and regulations to implement those aspects of this Article, which fall under the superintendent's jurisdiction.

including, but not limited to, the conducting of a physical inventory, training programs for licensees, the safety plan, and the safe storage and handling of firearms and ammunition.

**4-144-790 Legal duties.**

A licensee shall:

(a) obtain and keep current at all times throughout the duration of the license period, liability insurance for the operation of the premises described in such application or license in the aggregate amount of $1,000,000.00, issued by an insurer authorized to insure in Illinois. The insurance policy required by this section shall be for a term of at least 12 months, and shall be co-extensive with the first 12 months of the applicable license period. Thereafter, the licensee shall continue to maintain such insurance policy in full force and effect for the duration of the two-year license period. The licensee shall keep proof of the required insurance at the licensed premises at all times and, upon demand, shall produce such proof for inspection by an authorized city official. Each policy of insurance required under this section shall include a provision requiring 10 days advance notice to the commissioner prior to termination or lapse of the policy.

(b) allow inspection of the licensed premises at all reasonable times by the department and the departments of buildings, police, and fire.

(c) except as provided in section 4-144-795(a), permit only the store manager or authorized employees who meet the qualification requirements of section 4-144-730 to handle, sell, or possess firearms or ammunition.

(d) initiate a state and FBI fingerprint-based record search of every authorized employee to verify the person's criminal background. If a licensee acquires any subsequent or independent knowledge that a store manager or authorized employee does not meet the qualifications, the licensee shall take immediate steps to ensure that such store manager or authorized employee does not have access to firearms.

(e) conduct, no less than once per quarter, a physical inventory audit, which shall include, at a minimum, a listing of each firearm:

(1) acquired or held by the licensee during the quarter;
(2) sold or otherwise transferred during the quarter; and
(3) stolen or lost during the quarter.

Each listing shall include the make, model and serial number of each firearm.

(f) store firearms separately from ammunition. Storage of firearms and ammunition shall comply with the approved safety plan, section 15-4-985, and any other applicable rule or regulation.

(g) not display firearms or ammunition in any window.

(h) post in a conspicuous place at each entrance to the licensed premises a sign that clearly states: THESE PREMISES ARE UNDER VIDEO SURVEILLANCE. YOUR IMAGE MAY BE RECORDED.

(i) record every sale or transfer of a firearm or ammunition by video surveillance in such a manner as to clearly capture the facial features of the purchaser or transferee. The video

surveillance recording must produce retrievable and identifiable images and video recordings in compliance with the approved safety plan and any rule promulgated by the superintendent.

(j) notify, in writing, the superintendent and commissioner within 5 business days of receiving a notice of violation of any firearm licensing law issued by the federal government and the disposition of such violation, if known at the time.

(k)  have on-site at all times the licensed premises is open for business, a store manager or authorized employee who has completed the mandatory responsible firearm sales training program in compliance with section 4-144-770.

**4-144-795  Additional legal duties for the responsible sale of firearms and ammunition.**
No licensee, store manager or authorized employee shall:
(a) permit a customer to handle:
    (1) a firearm if the customer does not have a valid FOID card;
    (2) more than one firearm at a time.  Prior to permitting a customer to handle a second firearm, the first firearm shall be returned to a locked display case or other secure storage location;
    (3) a firearm unless the firearm is unloaded and secured with a trigger lock or plastic tie; and
    (4) a firearm unless the store manager or authorized employee is present and attending to the customer.

(b) sell or transfer any firearm to a person he knows to be intoxicated.

(c) possess any black powder at the licensed premises.

(d)  deliver a firearm, incidental to a sale or transfer, to a purchaser until 24  hours after the application for such purchase or transfer has been made; provided that if the application is for a handgun, the delivery of such handgun shall be withheld for 72 hours after such application has been made.

(e) sell or otherwise transfer:
    (1) any ammunition or long gun to a person under the age of 18: or
    (2) any handgun to a person under the age of 21.

(f) sell or otherwise transfer to any person a firearm unless:
    (1) a background check is conducted to ensure that the person is not prohibited under state or federal law from possessing such firearm:
    (2) the person has a valid FOID card; and
    (3) the person has presented a valid government-issued photo identification card.

(g) sell or otherwise transfer a handgun, unless the handgun bears the manufacturer's name, manufacturer's mark or model, and manufacturer's serial number assigned to that handgun.

(h) sell or otherwise transfer a handgun if the licensee, store manager, or authorized employee knows that the person purchased a handgun within the previous 30 days; provided that this subsection shall not apply to a purchase of a handgun by:

(1) peace officers;
(2) a collector issued a federal firearm collector's license who is purchasing an antique, curio or relic firearm;
(3) a person whose handgun was stolen or lost and the person reported the theft or loss to the appropriate local law enforcement official; or
(4) a person returning a handgun purchased within the previous thirty days because the handgun is defective or damaged and the person is seeking a replacement handgun.

(i) sell, possess, or otherwise transfer any assault weapon.

(j) sell or otherwise transfer a firearm to any person who the licensee, store manager or authorized employee knows or reasonably should have known:
(1) is not qualified, either under state or federal law, to possess a firearm; or
(2) is a straw purchaser.

(k) sell or otherwise transfer any ammunition unless:
(1) the person has a valid FOID card, unless otherwise exempt by state or federal law; and
(2) the person has presented a valid government-issued photo identification card.

(l) permit any alcoholic liquor to be consumed at the licensed premises.

**4-144-800 Sale of certain ammunition prohibited.**

It shall be unlawful for any licensee, store manager or authorized employee to possess, sell, offer for sale, expose for sale, barter or give away to any person within the city, any metal piercing bullet or 50BMG ammunition. For purposes of this section "metal piercing bullet" means any bullet that is manufactured with other than a lead or lead alloy core, or ammunition of which the bullet itself is wholly composed of, or machined from, a metal or metal alloy other than lead, or any other bullet that is manufactured to defeat or penetrate bullet-resistant properties of soft body armor or any other type of bullet-resistant clothing which meets the minimum requirements of the current National Institute for Justice Standards for "Ballistic Resistance of Police Body Armor." A "metal piercing bullet" shall not include shot shells containing pellets of less than .22 inches in diameter or frangible ammunition composed of powdered metal designed to completely disintegrate upon impact with an object.

**4-144-810 Safety Plan.**

(a) At the same time an applicant submits an application for a license, the applicant must submit a safety plan to the superintendent in a form and manner prescribed by the superintendent. After review of the proposed safety plan, the superintendent, in consultation with the executive director of emergency management and communications, the fire commissioner, and any other appropriate department. shall either approve or deny the safety plan within 30 days of its submission. During the 30-day review period, the superintendent may consult with the applicant to recommend amendments to the proposed plan. If the superintendent denies a safety plan, he shall state, in writing, the basis for such denial. The superintendent shall notify the commissioner of such approval or denial.

(b) Every safety plan shall include a floor plan of the proposed site and provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation and maintenance of interior and exterior surveillance cameras installed at the licensed location; (iii)

the installation of an alarm system; (iv) protocols for the safe display and storage of ammunition and firearms; (v) the employment of adequately trained personnel; (vi) procedures for inventory audits; and (vii) procedures for the detection and deterrence of straw purchasing; all in accordance with rules prescribed by the superintendent. Recordings from the surveillance cameras required by clause (ii) shall be maintained for not less than 30 days and shall be made available upon request to members of the police department.

The licensee shall obtain all necessary permits, including a public way use permit if applicable; provided that notwithstanding any other provision of the code to the contrary, no fee for a public way use permit will be imposed when the permit is for any surveillance camera installed pursuant to this subsection solely because the camera or its wiring is in any portion of the public way.

(c) Any proposed change to the approved safety plan shall be submitted to the superintendent, in a form and manner prescribed by the superintendent, prior to the implementation of such change. The superintendent shall approve or deny the proposed change within 30 days.

(d) The licensee shall keep a copy of the approved safety plan at the licensed premises and make it available upon request for inspection by members of the department or the police department.

(e) No license may be issued or renewed unless the superintendent approves the applicant's or licensee's safety plan.

(f) Every licensee shall comply with the safety plan, as approved by the superintendent.

(g) The failure to adequately implement, maintain, or adhere to the provisions of the approved safety plan under this section shall be grounds for suspension or revocation of the license and shall be grounds for the city to recover its costs resulting from such failure under Chapter 1-20.

**4-144-820 Records.**

(a) In addition to any other applicable state and federal law requiring records and record retention, the licensee shall maintain the following records:

(1) for the purchase of a firearm , a copy of the purchaser's FOID card and photo identification for a period of not less than 10 years from the date of purchase of the firearm;

(2) for the purchase of ammunition, a copy of the purchaser's FOID card, if required to have one, and photo identification, as provided in rules and regulations promulgated by the superintendent;

(3) a copy of the fingerprints and FOID card of every authorized employee for a period of not less than 5 years after an authorized employee is no longer designated as an authorized employee;

(4) a copy of a police report for every firearm reported lost or stolen by the licensee for a period of not less than 20 years after the report was made;

(5) a copy of the quarterly inventory required pursuant to section 4-144-790(e) for a period of not less than 10 years after the completion of the inventory; and

(6) a recovered firearm log. For purposes of this subsection a "recovered firearm log" is a record of all requests received from the Bureau of Alcohol, Tobacco, Firearms and Explosives for a Firearms Transaction Record form.

(b) Unless otherwise preempted by state or federal law, such records shall at all times during the licensee's business hours be open to inspection by any member of the police department or the department.

**4-144-830 Operating without a license.**

Any person who engages in the business of selling or otherwise transferring any firearm or ammunition without first having obtained the required license shall be subject to a fine of not less than $3,000.00 nor more than $5,000.00, or incarceration for a period not to exceed six months, or both. Each day that a violation continues shall constitute a separate and distinct offense.

**4-144-840 Penalty.**

(a) Any person who violates section 4-144-795(e); 4-144-795(f); 4-144-795(g); 4-144-795(h); 4-144-795(i); 4-144-795(j); or 4-144-800 shall be fined not less than $3,000.00 nor more than $5,000.00, or incarcerated for a period not to exceed six months, or both. Any person who violates section 4-144-820 shall be fined not less than $1,500.00 nor more than $5,000.00, or incarcerated for a period not to exceed six months, or both. For all other violations, unless another fine or penalty is specifically provided, any person who violates any provision of this Article, or any rule or regulation promulgated thereunder, shall be subject to a fine of not less than $1,500.00 nor more than $3,000.00 for each offense, or incarceration for a period not to exceed six months, or both. Each day that such violation exists shall constitute a separate and distinct offense.

(b) Every act or omission constituting a violation of this Article by any officer, director, manager, employee or agent of the licensee shall be deemed to be the act or omission of such licensee and such licensee shall be liable for all penalties and sanctions provided by this Article in the same manner as if such act or omission had been done or omitted by the licensee personally.

**SECTION 5.** Chapter 4-151 of the Municipal Code ("Shooting Range Facility License") is hereby amended by adding the language underscored and by deleting the language struck through, as follows:

**4-151-010 Definitions.**

As used in this Chapter, unless the context requires otherwise:

*(Omitted text is unaffected by this ordinance)*

~~"Applicant" means any person applying for a license issued under this chapter and any person who: (1) is an officer, director, manager, managing member, partner, general partner or limited partner of an entity seeking a license issued under this chapter; or (2) owns directly, or indirectly through one or more independent ownership entities, 5% or more of the interest or voting shares in an entity seeking a license issued under this chapter; or (3) is among the top~~

~~three persons holding the highest percentage of ownership in an entity seeking a license issued under this chapter.~~

*(Omitted text is unaffected by this ordinance)*

**4-151-030 License – Application and issuance procedures.**

*(Omitted text is unaffected by this ordinance)*

~~(e) At the time an application is originally filed for a shooting range facility license, the applicant shall pay the license fee required by Section 4-5-010 and, no later than 30 days after payment of the license fee, shall submit to the department all required documentation, as prescribed by the rules and regulations of the department, necessary to complete the license application.~~

~~If the applicant submits all required documentation in a timely manner, the commissioner shall review the application materials and shall approve or deny the application within 60 days after all required documentation has been submitted.~~

~~If the applicant fails to submit all required documentation within 30 days after payment of the license fee, the application shall be deemed incomplete and no further action shall be taken on the application, unless the applicant reactivates the application within six months after the original application is filed by: (i) submitting all required documentation necessary to complete the application process: and (ii) paying a $100.00 application reactivation fee. If the applicant reactivates the license application in accordance with the requirements of this subsection, the commissioner shall review the application materials and shall approve or deny the application within 60 days after all required documentation has been submitted and the application reactivation is fee paid.~~

~~If the commissioner deems the license application to be incomplete and the applicant fails to reactivate the application in accordance with the requirements of this subsection, or, if the applicant withdraws the application, the application shall expire and the applicant shall forfeit the license fee and, if applicable, the license application reactivation fee. If the license application expires or is withdrawn, a new application for a license, accompanied by the license fee and all required documentation prescribed by the rules and regulations of the department, shall be required to obtain a license under this chapter.~~

~~(f) The commissioner may deny an application for a shooting range facility license if the issuance or renewal of such license would have a deleterious impact on the health, safety or welfare of the community in which the shooting range facility is or will be located. Adeleterious impact is presumed to exist whenever there have been a substantial number of arrests within 500 feet of the applicant's premises (measured from the nearest exterior wall of the premises) within the previous two years, unless the applicant has adopted a plan of operation that will provide reasonable assurance that the issuance of the license will not have a deleterious impact.~~

~~If the applicant is seeking a shooting range facility license for a premises and the commissioner finds that, for the subject premises identified in the application within the previous two years, a license application has been denied under this subsection (f) because the commissioner has determined that issuance of the license would have a deleterious impact on the health, safety or welfare of the community, the application shall be denied unless the~~

~~applicant can prove to the commissioner by clear and convincing evidence that applicant has devised a plan of operation that will provide reasonable assurance that the issuance of the license will not have a deleterious impact.~~

~~In any case in which the commissioner finds that an application must be denied under this subsection (f), the commissioner shall notify the applicant of that finding and afford the applicant 20 days in which to submit a plan of operation, and the time for a final ruling on the application shall be stayed until 35 days after the period in which the plan may be submitted has expired. The plan may include conditions upon the applicant's operation of the premises that are useful or necessary to mitigate a deleterious impact, including but not limited to providing security personnel, restricted hours of operation, providing outdoor lighting, the display of signs, or any other reasonable restrictions. An applicant's failure to adhere to a written plan of operation approved by the commissioner pursuant to this subsection shall constitute a basis to impose a fine and to suspend or revoke any shooting range facility license subsequently issued, as appropriate.~~

~~For purpose of this subsection (f), "deleterious impact" has the same meaning ascribed to that term in Section 4-60-010.~~

(~~g~~ e) At the time an application for a license is originally filed or subsequently renewed, the applicant or licensee shall provide proof to the department that the applicant or licensee has obtained the insurance required pursuant to Section 4-151-070.

~~(h) No original or renewal license shall be issued to any applicant or licensee if any person owning, either directly or indirectly, more than five percent of the interest in the applicant or licensee owes a debt within the meaning of Section 4-4-150(a) of this Code.~~

(~~i~~ f) Within five days of the payment of the license fees pursuant to this chapter, the commissioner shall notify the alderman of the ward in which the premises described in such license is located.

~~(j) Except as otherwise provided in this section, if a change in any information required in subsection (b) of this section occurs at any time during a license period, the licensee shall file a statement, executed in the same manner as an application, indicating the nature and effective date of the change. The supplemental statement shall be filed within 30 days after the change takes effect.~~

~~(k) Whenever any changes occur in the officers of the licensee, the licensee shall notify the department in accordance with the procedures set forth in this subsection. For purposes of this subsection, the term "officer of the licensee" or "officers of the licensee" means the members of a partnership, the officers, directors, managers or shareholders of a corporation, orthe managers or managing members of a limited liability company or other legal entity licensed pursuant to this chapter.~~

~~(1) if any officer of the licensee is removed from office in accordance with the bylaws, operating agreement, partnership agreement for the licensee, pursuant to law or court order, by reason of death, or for any other reason, and such officer is not replaced, then the licensee shall notify the department of the change by notarized letter within 30 days of the effective date of the change; provided, however, that if the person removed from office but not replaced owned five percent or more of the interest in the licensee at the time of his or her removal from office, the licensee shall comply with item (3) of this subsection. The licensee~~

~~shall submit any additional information pertaining to the removal of any officer requested by the commissioner within 10 days of such request.~~

~~(2) if any officer of the licensee is removed from office in accordance with the bylaws, operating agreement or partnership agreement for the licensee, pursuant to law or court order, by reason of death or for any other reason, and the person removed from office is replaced by a person who has no ownership interest in the licensee or who owns less than five percent of the ownership interest in the licensee, then the licensee shall notify the department of the change by filing with the department a change of officer form provided by the department within 30 days of the effective date of the change. The person replacing the removed officer shall be fingerprinted as required by subsection (d), and the licensee shall submit to the department of business affairs and consumer protection, along with the change of officer form, the following: (i) proof that the person replacing the removed officer has been fingerprinted; (ii) a fee of $100.00 which the commissioner is authorized to assess; and (iii) any other supplementary materials prescribed by the rules and regulations of the department.~~

~~(3) if any officer of the licensee owning directly or beneficially more than five percent of the interest in the licensee is removed from office in accordance with the bylaws, operating agreement or partnership agreement for the licensee, pursuant to law or court order, by reason of death or for any other reason, and such officer is replaced, or if five percent or more of the ownership interest in the licensee changes hands or is transferred to a non-licensee, the licensee shall notify the department by submitting to the department within 30 days of the effective date of the change: (i) a change of officers/shareholders application in conformity with the requirements of this chapter; and (ii) a fee of $250.00 which the commissioner is authorized to assess. All new partners, officers, directors, managers, managing members, shareholders or any other person owning directly or beneficially more than five percent of the interest in a licensee shall satisfy all of the eligibility requirements for a licensee as provided in this chapter. Failure to comply with the requirements of this subsection shall be grounds for revocation of any shooting range facility license held by such licensee.~~

~~(4) if a change in the officers of the licensee of the type described in items (1) or (2) of this subsection takes place at the same time that a change in the officers of the licensee of the type described in item (3) of subsection occurs, the licensee shall be required to comply with the requirements of item (3) of this subsection (k) only.~~

**4-151-040 Qualifications for licenses.**

No license shall be issued under this chapter if the applicant, the manager, range master, or any employee:

*(Omitted text is unaffected by this ordinance)*

(d) Does not possess a valid FOID card; provided that if the applicant is not a natural person, no FOID card shall be required of the applicant or a controlling person;

*(Omitted text is unaffected by this ordinance)*

**4-151-050 License denial or renewal.**

A license or a renewal of a license shall be denied or revoked for any of the following reasons:

*(Omitted text is unaffected by this ordinance)*

(f) The applicant or licensee at the time of application or renewal of any license under this Article does not have a safety plan that has been approved by the superintendent.

**4-151-100 Standards of operation.**

*(Omitted text is unaffected by this ordinance)*

~~(j) No ammunition shall be reloaded at the shooting range facility.~~

(~~k~~ j) A manager must be in charge of the shooting range facility at all times other than those times when an individual licensee is in charge.

(~~l~~ k) ~~Reserved.~~ Every shooting range facility shall be in compliance with the applicable building, environmental and fire code requirements, including any rule or regulations promulgated thereunder.

~~(m) Every shooting range facility shall be in compliance with the applicable building, environmental and fire code requirements, including any rule or regulations promulgated thereunder.~~

**4-151-110 Safety plan.**

(a) ~~Every application for a license under this chapter must be accompanied by a safety plan meeting the requirements of this section. The safety plan must be approved by the superintendent, in consultation with the executive director of emergency management and communications and the fire commissioner.~~ At the same time an applicant submits an application for a license, the applicant shall submit a safety plan to the superintendent in a form and manner prescribed by the superintendent. After review of the proposed safety plan, the superintendent, in consultation with the executive director of emergency management and communications, the fire commissioner, and any other appropriate department. shall either approve or deny the safety plan within 30 days of its submission. During the 30-day review period, the superintendent may consult with the applicant to recommend amendments to the proposed plan. If the superintendent denies a safety plan, he shall state, in writing, the basis for such denial. The superintendent shall notify the commissioner of such approval or denial.

(b) ~~The plan shall provide evidence satisfactory to the superintendent of~~: Every safety plan shall include a floor plan of the proposed site and provisions that address: (i) the installation and maintenance of adequate exterior lighting; (ii) the installation and maintenance of interior and exterior surveillance cameras installed at each building; (iii) the installation of an alarm system; (iv) protocols for the safe display of and storage of firearms and ammunition; and (v) the employment of adequately trained personnel and qualifications of the range masters; all in accordance with rules prescribed by the superintendent. Recordings from the surveillance camera required by clause (ii) shall be maintained for not less than 30 days and shall be made available to members of the department of police. The failure to submit an approved safety plan as required by this section shall be grounds to deny an application for a license under this chapter or renewal thereof. ~~The failure to adequately implement or maintain an approved safety plan under this section shall be grounds for suspension or revocation of the license and shall be grounds for the city to recover its costs resulting from such failure under Chapter 1-20. Notwithstanding any other ordinance to the contrary, the city shall not impose a fee for any surveillance camera installed pursuant to this section solely because the camera or its wiring is in any portion of the public way.~~

The licensee shall obtain all necessary permits, including a public way use permit if applicable; provided that notwithstanding any other provision of the code to the contrary, no fee for a public way use permit will be imposed when the permit is for any surveillance camera installed pursuant to this subsection solely because the camera or its wiring is in any portion of the public way.

(c) Any proposed change to the approved safety plan shall be submitted to the superintendent, in a form and manner prescribed by the superintendent, prior to the implementation of such change. The superintendent shall approve or deny the proposed change within 30 days.

(d) The licensee shall keep a copy of the approved safety plan at the licensed premises and make it available upon request for inspection by members of the department or the police department.

(e) No license may be issued or renewed unless the superintendent approves the applicant's or licensee's safety plan.

(f) Every licensee shall comply with the safety plan, as approved by the superintendent.

(g) The failure to adequately implement, maintain, or adhere to the provisions of the approved safety plan under this section shall be grounds for suspension or revocation of the license and shall be grounds for the city to recover its costs resulting from such failure under Chapter 1-20.

**4-151-170 Use and repair of firearms and sale of ammunition and firearms.**

(a) Notwithstanding any provision of this code to the contrary, a A licensee, manager, range master or employee may provide supply a firearm for use at a shooting range facility to a shooting range patron for the purpose of practicing shooting at targets patron's use at the shooting range; provided that no firearm shall be provided to a shooting range patron if the shooting range patron does not have a valid FOID card or valid CCL, if required to have one.

(b) (1) A licensee may sell ammunition to a shooting range patron only for use at the shooting range. The licensee shall ensure that no shooting range patron leaves the shooting range facility with any ammunition purchased from the licensee. A licensee may engage in the retail sale of ammunition or firearms when the licensee obtains a firearms dealer license pursuant to chapter 4-144; provided that no more than 20% of the total floor area shall be used for the retail sale of firearms and ammunition.

(2) Notwithstanding any provision of this code to the contrary, a licensee is exempt from obtaining a firearms dealer license pursuant to chapter 4-144 when:

(A) supplying a firearm to a shooting range facility patron for the purpose of practicing shooting at targets at the shooting range facility in compliance with subsection (a); or

(B) repairing on-site at the shooting range facility, a firearm owned by the shooting range facility or a shooting range facility patron.

(c) A licensee is exempt from obtaining a weapons dealer license under Chapter 4-144 when:

~~(1) providing a firearm or ammunition in compliance with this section; except that the licensee shall be subject to the same provisions that are applicable to a licensee under sections 4-144-061, 4-144-062 and 4-144-065; or~~

~~(2) repairing a firearm that is owned by a shooting range patron and the firearm is repaired on-site at the shooting range facility.~~

**4-151-190 Violation – Penalty.**

(a) Except where otherwise specifically provided, any person violating any of the provisions of this chapter, or any rule or regulation promulgated thereunder, shall be fined not less than $500.00 nor more than $5,000.00 for each offense, or may be incarcerated for a term not to exceed 180 days, or both fined and incarcerated. A separate and distinct offense shall be held to have been committed each day any person continues to violate any of the provisions hereof.

(b) Every act or omission constituting a violation of this chapter by any officer, director, manager, employee or agent of the licensee shall be deemed to be the act or omission of such licensee and such licensee shall be liable for all penalties and sanctions provided by this Article in the same manner as if such act or omission had been done or omitted by the licensee personally.

**SECTION 6.** Section 4-240-150 of the Municipal Code is hereby amended by adding the language underscored, as follows:

**4-240-150 Prohibited pledges or purchases.**

No such licensee shall take or receive in pawn or pledge, for money loaned, or shall buy any property from a minor, or shall so take, receive or buy any such property, the ownership of which is in, or which is claimed by, any minor, or which may be in the possession or under the control of any minor.

No such licensee shall take any article in pawn or buy from any person appearing to be intoxicated or under the influence of any drug, nor from any person known to be a thief or to have been convicted of theft or burglary, and when any person is found to be the owner of stolen property which has been pawned or bought, such property shall be returned to the owner thereof without the payment of the amount advanced by the pawnbroker thereon or any costs or charges of any kind which the pawnbroker may have placed upon the same.

No such licensee shall take or receive in pawn or pledge, for money loaned, or shall buy or otherwise transfer or receive, any firearm, ammunition, stun gun or taser from any person.

**SECTION 7.** Section 4-264-100 of the Municipal Code is hereby amended by adding the language underscored and by deleting the language struck through, as follows:

**4-264-100 Prohibited businesses.**

~~No person licensed as a secondhand dealer shall, during the period of his license, receive or hold a license or permit to carry on the business of~~ At any premises for which a license has been issued under this chapter, the secondhand dealer licensee shall not be eligible to receive at that licensed premises a license for, or carry on the business of, the following:

(a) a pawnbroker~~, or~~;
(b) a keeper of a junk facility; or
(c) a weapons dealer under chapter 4-144.

**SECTION 8.** Chapter 8-20 of the Municipal Code is hereby amended by adding a new section 8-20-090, by adding the language underscored and by deleting the language struck through, as follows:

**8-20-090 ~~Reserved~~ Limitation on purchase of handguns.**

(a) No person shall purchase more than one handgun within any 30-day period; provided that this section shall not apply to the purchase of a handgun by:

(1) a peace officer;

(2) a collector issued a federal firearm collector's license who is purchasing an antique, curio or relic firearm;

(3) a person whose handgun was stolen or lost and the person timely reported the theft or loss to the appropriate local law enforcement official; or

(4) a person returning a handgun purchased within the thirty-day period because the handgun is defective or damaged and the person is seeking a replacement handgun.

(b) No person shall sell or transfer any firearm to a person he know to be intoxicated.

**8-20-100 Sale or transfer of firearms ~~or ammunition~~ at gun shows prohibited.**

(a) No firearm shall be sold or otherwise transferred by any person at a gun show. For purposes of this subsection, "gun show" means a temporary exhibit or gathering where firearms or ammunition are sold, leased, or otherwise transferred. ~~Except as authorized by section 2-84-075, no firearm may be sold, acquired or otherwise transferred within the city, except through inheritance of the firearm.~~

~~No ammunition may be sold or otherwise transferred within the city, except through a licensed weapons dealer or as otherwise allowed by this code.~~

~~(c) Notwithstanding subsection (a), a peace officer may sell or transfer any lawfully held firearm or ammunition to another peace officer in accordance with the other provisions of this chapter.~~

~~(d) Notwithstanding any other provision of this section:~~

~~(1) a licensee, range master, manager or employee of a licensed shooting range facility may sell ammunition, or provide a firearm to, a shooting range patron in compliance with Section 4-151-170; or~~

~~(2) a shooting range patron may provide a firearm to another shooting range patron for use at the shooting range when both shooting range patrons have FOID cards or CCLs, if required.~~

**SECTION 9.** Chapter 13-96 of the Municipal Code is hereby amended by deleting the language struck through, as follows:

**13-96-1190 Shooting range facility requirements.**

*(Omitted text is unaffected by this ordinance)*

~~d) if ammunition or firearms are stored, a magazine or hazardous storage facility appropriate for the type and amount of ammunition or firearms, as provided in rules and regulations promulgated by the police or fire department;~~

*(Omitted text is unaffected by this ordinance)*

**13-96-1200 Shooting range requirements.**

*(Omitted text is unaffected by this ordinance)*

(b) Every shooting range shall comply with the following:

*(Omitted text is unaffected by this ordinance)*

(2) sound control – the noise emanating from the shooting range to areas outside of the shooting range facility ~~are~~ is subject to Chapter 8-32, Sections 8-32-010 through and including 8-32-170, Noise and Vibration Control. The maximum noise emanating from the shooting range facility shall not be more than 55 dB when measured from a distance of 100 feet or more from the source, or 70 dB when measured from a distance of 10 feet or more from the source. The shooting range shall conform to the requirements of The Occupational Noise Exposure Standard Section 1910.95 of 29 C.F.R. Part 1910 and shall be designed and constructed to contain noise generated from the discharge of firearms. ~~The shooting range shall be provided with air-borne and structure-borne sound absorbing materials. Surface applied or suspended acoustical materials shall comply with Section 15-8-420. The materials shall be designed to permit easy cleaning and access for periodic replacement~~;

*(Omitted text is unaffected by this ordinance)*

(7) floors, ceilings, and walls– the floors, ceilings, and walls of every shooting range shall be constructed of smooth non-porous materials to facilitate effective maintenance and cleaning and removal of lead particulate. ~~The floors of the shooting range shall be constructed to slope at a minimum of one-fourth inch (1/4) per foot from the firing line toward the backstop/bullet trap~~;

(8) shooting booths– where shooting booth separations are provided, the shooting booth panels shall be constructed of permanently fixed, cleanable, non- porous materials. The shooting booths shall be constructed to provide an impenetrable protective barrier between people at the shooting booths and to protect against the effects of ejected bullet casings and muzzle blast; ~~and~~

(9) range master booth– where a range master booth is provided, the shooting range shall be limited in size to the area that can be directly visible to the range master at all times. The range master booth shall be constructed to provide:

(i) protection from any projectiles straying from the shooting range;
(ii) clear visibility of all firing positions at the shooting range;
(iii) ready access to the shooting range;
(iv) acoustical protection and separation for the range master;
(v) protection from exposure to lead particulate from the shooting range, as provided for in rules and regulations promulgated by the department of health; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 33 of 921 PageID #:2296

(vi) immediate access to and use of the shooting range communication system~~.~~;

(10) removal of lead particulate-the shooting range facility shall be equipped with a lead particulate removal system, such as HEPA vacuum or other such system approved by the commissioner of public health, or a lead particulate removal system that removes the lead particulate using water; and

(11) if the shooting range facility uses a lead particulate removal system that removes the lead particulate using water, the shooting range facility shall have a floor drain at the backstop/bullet trap that collects lead and other hazardous waste material in a separate drainage system to an approved collection device or treatment system that complies with all applicable local, state or federal laws and standards.

**13-96-1220 Plumbing requirements.**

*(Omitted text is unaffected by this ordinance)*

(b) ~~The shooting range shall have a hose bibb installed with backflow protection that complies with the rules and regulations promulgated by the department of water management.~~ The discharge of any waste from the shooting range shall be in compliance with all applicable local, state or federal laws or standards, and shall comply with the requirements of Articles 7, 8 and 11 of Chapter 18-29 to prevent the discharge of any prohibited waste from entering into any sewer, watercourse, natural outlet or waters.

~~(c) Floor drains installed at the backstop/bullet trap shall collect lead and other hazardous waste materials in a separate drainage system to an approved collection device or treatment system that is in compliance with all applicable local, state or federal laws or standards~~.

(~~d~~ c) Interceptors or separators shall be installed to recover solids from metal particles, metal chips, shavings, plaster, stone, clay, sand, cinder, ashes, glass, gravel, oily or greasy residual waste and similar materials in separating lighter than water waste from heavier than water waste or waste from soiled water to prevent such matter from entering the drain line. The size, type, location and construction material of each interceptor and of each separator shall be designed and installed in accordance with the manufacturer's instruction, the rules and regulations promulgated by the departments of water management and health, and the requirements of Section 18-29-1003 based on the anticipated conditions of use. All interceptors and all separators shall be installed in an accessible location to permit the convenient removal of the lid and internal contents and to permit service and maintenance. Unless otherwise approved, all interceptors and separators shall have an inspection manhole located outside on private property to permit observation, measurement and sampling downstream of the interceptors or separators.

(~~e~~ d) Waste that does not require treatment or separation need not be discharged into any interceptor or separator and may be in a separate line until after the interceptor or separator but must connect to the building sewer before the public way. Waste from the shooting range facility which does not have a lead contamination level of more than 0.5 mg/L is not required to discharge into an interceptor or separator. ~~All interceptors and all separators shall be installed in an accessible location to permit the convenient removal of the lid and internal contents and to permit service and maintenance. Unless otherwise approved, all interceptors and separators~~

~~shall have an inspection manhole located outside on private property to permit observation, measurement and sampling downstream of the interceptors or separators.~~

(~~f~~ e) Grease traps approved by the department of buildings shall have the waste retention capacity indicated in Table 18-29-1003.3.6 for the flow-through rated indicated.

**SECTION 10.** Section 15-4-985 of the Municipal Code is hereby amended by adding the language underscored and by deleting the language struck through, as follows:

**15-4-985 Storage of ammunition at firearms dealers and shooting range facility licensed premises.**

(a) For purpose of this section, the following definitions apply:

(1) the terms "ammunition" and "shooting range facility" have the meaning ascribed to those terms in Section 4-151-010.

(2) A "firearms dealer premises" means the premises for which a person was issued a weapons dealer-firearms dealer license pursuant to Article VII of chapter 4-144.

(b) (1) No certificate of fitness or license issued under this chapter shall be required for the storage of ammunition at a licensed shooting range facility or firearms dealer premises.

(2) Ammunition stored by a firearms dealer or shooting range facility licensee at the licensed premises shall comply with rules and regulations promulgated by the fire commissioner.

(3) The fire commissioner ~~is authorized to~~ shall promulgate rules and regulations for the storage of ammunition at shooting range facilities and firearms dealers. At a minimum, the rules shall require that the storage of ammunition at the licensed premises of firearms dealer or shooting range facility shall be stored in a separate enclosed area that is secure and equipped with an automatic sprinkler system.

(c) Any person who violates a rule and regulation promulgated pursuant to this section shall be fined not less than $~~200.00~~ 1,500.00 nor more than $~~500.00~~ 3,000.00. A separate and distinct offense shall be deemed to have been committed each day any person continues to violate any of the provisions hereof.

**SECTION 11.** Chapter 17-3 of the Municipal Code is hereby amended by adding the language underscored and by deleting the language struck through, as follows:

**17-3-0207 Use Table and Standards.**

| USE GROUP | Zoning Districts | | | | | | Use Standard | Parking Standard |
|---|---|---|---|---|---|---|---|---|
| Use Category | B1 | B2 | B3 | C1 | C2 | C3 | | |
| Specific Use Type | | | | | | | | |
| P= permitted by-right S = special use approval required PD = planned development approval required - = Not allowed | | | | | | | | |
| **RESIDENTIAL** | | | | | | | | |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 35 of 921 PageID #:2298

| A. Household Living | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Artist Live/Work Space located above the ground floor | P | P | P | P | P | - | | § 17-10-0207-C |

*(Omitted text is unaffected by this ordinance)*

| OTHER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| XX. Wireless Communication Facilities | | | | | | | | |
| 1. Co-located | P | P | P | P | P | P | § 17-9-0118 | None required |
| 2. Freestanding (Towers) | S | S | S | S | S | S | § 17-9-0118 | None required |
| YY. Firearms dealer | - | - | - | - | S | S | §17-9-0128 | §17-10-0207-M |

*(Omitted text is unaffected by this ordinance)*

**SECTION 12.** Chapter 17-4 of the Municipal Code is hereby amended by adding the language underscored and by deleting the language struck through, as follows:

**17-4-0207 Use Table and Standards.**

| USE GROUP | Zoning Districts | | | | Use Standard | Parking Standard |
|---|---|---|---|---|---|---|
| **Use Category** | **DC** | **DX** | **DR** | **DS** | | |
| **Specific Use Type** | | | | | | |
| P= permitted by-right S = special use approval required PD = planned development approval required - = Not allowed | | | | | | |
| **RESIDENTIAL** | | | | | | |
| A. Household Living | | | | | | |
| 1. Artist Live/Work Space located above the ground floor | P | P | P | - | | § 17-10-0208 |

*(Omitted text is unaffected by this ordinance)*

| OTHER | | | | | | |
|---|---|---|---|---|---|---|
| XX. Wireless Communication Facilities | | | | | | |
| 1. Co-located | P | P | P | P | § 17-9-0118 | None required |
| 2. Freestanding (Towers) | S | S | S | S | § 17-9-0118 | None required |
| YY. Firearms Dealer | - | - | - | S | §17-9-0128 | §17-10-0207-M |

*(Omitted text is unaffected by this ordinance)*

**SECTION 13.** Chapter 17-5 of the Municipal Code is hereby amended by adding the language underscored, as follows:

**17-5-0207 Use Table and Standards.**

| USE GROUP | | District | | | Use Standard | Parking Standard |
|---|---|---|---|---|---|---|
| Use Category | | M1 | M2 | M3 | | |
| | Specific Use Type | | | | | |
| P= permitted by-right S = special use approval required PD = planned development approval required - = Not allowed | | | | | | |
| RESIDENTIAL | | | | | | |
| A. Group Living | | | | | | |
| 1. | Temporary Overnight Shelter | S | S | | § 17-9-0115 | § 17-10-0207-Q |
| 2. | Transitional Shelters | S | S | | § 17-9-0115 | § 17-10-0207-Q |

*(Omitted text is unaffected by this ordinance)*

| CC. Sports and Recreation, Participant | | S | S | S | | § 17-10-0207-M |
|---|---|---|---|---|---|---|
| 1. | Shooting range facility | S | S | S | § 17-9-0120 Accessory sales of firearms and ammunition: not to exceed 20% of total floor area | § 17-10-0207-M |

*(Omitted text is unaffected by this ordinance)*

**SECTION 14.** Chapter 17-9 of the Municipal Code is hereby amended by adding a new section 17-9-0128, as follows:

**17-9-0100 Use standards.**

*(Omitted text is unaffected by this ordinance)*

**17-9-0128** Firearms Dealer. A firearms dealer may not be located within 500 feet of any primary or secondary school or any park owned or leased by any unit of local, state or federal government, measured from property line to property line.

**SECTION 15.** Section 17-13-0908 of the Municipal Code is hereby amended by adding the language underscored, as follows:

**17-13-0908 Inaction by Zoning Board of Appeals.** If the Zoning Board of Appeals does not render a final decision on a special use application for an adult use, firearms dealer, or religious assembly use within 120 days after a complete application is filed, the application will be

considered approved, provided that this limitation does not apply to periods of time during which consideration of the application has been delayed at the request or cause of the applicant.

**SECTION 16.** Chapter 17-17 of the Municipal Code is hereby amended by adding a new section 17-17-0254.5, as follows:

*(Omitted text is unaffected by this ordinance)*

**17-17-0254 FAR.** An abbreviation for "floor area ratio". See "floor area ratio" definition.

**17-17-0245.5 Firearms Dealer.** A firearms dealer means a person issued a weapons dealer-firearms dealer license pursuant to Article VII of chapter 4-144.

**17-17-0255 Flag.** A sign made of fabric or other similar non-rigid material supported or anchored along only one edge or supported or anchored at only two corners. If any dimension of a flag is more than 3 times as long as any other dimension, it is classified and regulated as a banner regardless of how it is anchored or supported. See also "banner".

*(Omitted text is unaffected by this ordinance)*

**SECTION 17.** In light of the urgent need to ensure the proper regulation of the sale of firearms, pursuant to 65 ILCS 5/1-2-4, this ordinance shall take effect immediately upon its passage and approval, if such passage is by a vote of at least two-thirds of the members of this Council. In the event this ordinance passes by a majority vote of less than two-thirds of the members of this Council, it shall take effect ten days after passage and publication.

## COMMITTEE ON SPECIAL EVENTS, CULTURAL AFFAIRS AND RECREATION.

---

### EXPENDITURE OF OPEN SPACE IMPACT FEE FUNDS FOR EXPANSION OF BUCKTHORN PARK.

[O2014-4881]

The Committee on Special Events, Cultural Affairs and Recreation submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Your Committee on Special Events, Cultural Affairs and Recreation, for which a meeting was held on June 24, 2014, having had under consideration an ordinance introduced by Mayor Rahm Emanuel on May 28, 2014, this being the expenditure of open space impact fee funds for the expansion of Buckthorn Park, begs leave to recommend that your Honorable Body do *Pass* the proposed ordinance transmitted herewith.

This recommendation was concurred in by a viva voce vote of the members of the committee present, with no dissenting votes.

Respectfully submitted,

(Signed) JOSEPH A. MOORE,
*Chairman.*

On motion of Alderman Moore, the said proposed ordinance transmitted with the foregoing committee report was *passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said ordinance as passed:

WHEREAS, The City of Chicago (the "City"), is a home rule unit of government under Article VII, Section 6(a) of the Constitution of the State of Illinois and, as such, may exercise any power and perform any function pertaining to its government and affairs; and

WHEREAS, The City is authorized under its home rule powers to regulate the use and development of land; and

WHEREAS, It is a reasonable condition of development approval to ensure that adequate open space and recreational facilities exist within the City; and

WHEREAS, On April 1, 1998, the City Council of the City (the "City Council") adopted the Open Space Impact Fee Ordinance codified at Chapter 18 of Title 16 (the "Open Space Ordinance") of the Municipal Code of Chicago (the "Code") to address the need for additional public space and recreational facilities for the benefit of the residents of newly created residential developments in the City; and

WHEREAS, The Open Space Ordinance authorizes, among other things, the collection of fees from residential developments that create new dwelling units without contributing a proportionate share of open space and recreational facilities for the benefit of their residents as part of the overall development (the "Fee-Paying Developments"); and

WHEREAS, Pursuant to the Open Space Ordinance, the Department of Finance ("DOF") has collected fees derived from the Fee-Paying Developments (the "Open Space Fees") and has deposited those fees in separate funds, each fund corresponding to the Community Area (as defined in the Open Space Ordinance), in which each of the Fee-Paying Developments is located and from which the Open Space Fees were collected; and

WHEREAS, Dev Chicago Land Group LLC, an Illinois limited liability company (the "Seller") is the owner of two approximately 3,000 square foot parcels each of vacant real property commonly known as 4323 and 4325 South Calumet Avenue in Chicago, Illinois (the "Acquisition Property") which is legally described on Exhibit A and made part hereof; and

WHEREAS, The Department of Planning and Development ("DPD") has determined that the Fee-Paying Developments built in the Community Area listed on Exhibit B attached hereto have deepened the already significant deficit of open space in that Community Area, which deficit was documented in the comprehensive plan entitled "The CitySpace Plan", adopted by the Chicago Plan Commission on September 11, 1997 and adopted by the City Council on May 20, 1998 pursuant to an ordinance published at pages 69309 -- 69311 of the *Journal of the Proceedings of the City Council of the City of Chicago* (the *"Journal")* of the same date; and

WHEREAS, The City desires to purchase the Acquisition Property for the benefit and use of the public and the respective Community Area in which it is located; and

WHEREAS, On December 14, 2005, the City Council adopted an ordinance published in the *Journal* of the same date granting authority for DPD to acquire the Acquisition Property; and

WHEREAS, The City intends to transfer, subject to a separate ordinance requiring City Council approval, the Acquisition Property to the Chicago Park District (the "Park District") for future development of Buckthorn Park (the "Project"); and

WHEREAS, The City desires to use impact fee funds to pay for acquisition costs associated with the Project (the "Acquisition Costs"); and

WHEREAS, DPD desires City Council authorization to expend Open Space Fees in an amount not to exceed $1,141,534 for the Project and to create open spaces and recreational facilities in the Community Area listed on Exhibit B; and

WHEREAS, The Open Space Ordinance requires that the Open Space Fees be used for open space acquisition and capital improvements, which provide a direct and material benefit to the new development from which the fees are collected; and

WHEREAS, The Open Space Ordinance requires that the Open Space Fees be expended within the same or a contiguous Community Area from which they were collected after a legislative finding by the City Council that the expenditure of the Open Space Fees will directly and materially benefit the developments from which the Open Space Fees were collected; and

WHEREAS, DPD has determined that the use of the Open Space Fees to fund the Project will provide a direct and material benefit to each of the Fee-Paying Developments from which the Open Space Fees were collected; and

WHEREAS, DPD has determined that Open Space Fees to be used for the purposes set forth herein have come from the specific fund set up by DOF for the corresponding Community Area in which a Fee-Paying Development is located and from which the Open Space Fees were collected; and

WHEREAS, DPD has recommended that the City Council find that the acquisition of the Acquisition Property is consistent with and in furtherance of one of the primary objectives of the Open Space Plan, which is the expansion of open space within neighborhoods; and

WHEREAS, DPD has recommended that the City Council approve the use of the Open Space Fees for the purposes set forth herein and on Exhibit B through this ordinance; and

WHEREAS, DPD has recommended that the City Council make a finding that the expenditure of the Open Space Fees as described herein will directly and materially benefit the Fee-Paying Developments from which the Open Space Fees were collected; and

WHEREAS, DPD desires City Council authorization to provide any funds not used for the Acquisition Costs to the Park District to be used towards the Project; and

WHEREAS, The City and the Park District wish to enter into an intergovernmental agreement (the "Agreement") whereby the City shall pay for or reimburse the Park District for costs related to the Project; now, therefore,

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The above recitals are expressly incorporated in and made part of this ordinance as though fully set forth herein.

SECTION 2. The City Council hereby finds that the expenditure of the Open Space Fees will directly and materially benefit the residents of those Fee-Paying Developments from which the Open Space Fees were collected and approves the use of the Open Space Fees for the purposes described herein.

SECTION 3. The City of Chicago, acting through the Commissioner of DPD (the "Commissioner") is authorized to use Open Space Fee proceeds in an amount not to exceed $1,141,534 from the corresponding DOF fund to pay for expenses permitted under the Open Space Ordinance.

SECTION 4. The Commissioner of DPD is authorized to execute any and all documents and take any and all action as may be necessary or appropriate to effectuate the development and maintenance of the Project, subject to the approval of the Corporation Counsel.

SECTION 5. Subject to the approval of the Corporation Counsel as to form and legality, the Commissioner of the DPD is authorized to execute and deliver the Agreement, and such other documents as are necessary, between the City of Chicago and the Park District, which Agreement may contain such other terms as are deemed necessary or appropriate by the parties executing the same on the part of the City.

SECTION 6. Open Space Fees in the amount on Exhibit B from the Community Area Open Space Fees Funds are hereby appropriated for the purposes described herein.

SECTION 7. To the extent that any ordinance, resolution, rule, order or provision of the Code, or part thereof, is in conflict with the provisions of this ordinance, the provisions of this ordinance shall control. If any section, paragraph, clause or provision of this ordinance shall be held invalid, the invalidity of such section, paragraph, clause or provision shall not affect any other provisions of this ordinance.

SECTION 8. This ordinance shall be in full force and effect from and after the date of its passage.

Exhibits "A" and "B" referred to in this ordinance read as follows:

*Exhibit "A".*

*Acquisition Property.*

(Subject To Final Title Commitment And Survey)

Parcel 1.

Common Address:

4323 South Calumet Avenue
Chicago, Illinois.

Legal Description:

Lot 5 in Bailey's Calumet Avenue Addition, being a subdivision of Lots 1 and 2 in Albert E. Kent's Subdivision of Lot 12 in County Clerk's Division of unsubdivided lands in the southwest quarter of Lots 13 and 14 of H. Honore's Subdivision of the northeast quarter of the northeast quarter of the southwest quarter of Section 3, Township 38 North, Range 14 East of the Third Principal Meridian, in Cook County, Illinois.

Permanent Index Number:

20-03-305-006.

Parcel 2.

Common Address:

4325 South Calumet Avenue
Chicago, Illinois

Legal Description:

Lot 15 in Honore's Subdivision of part of the northeast quarter of the northeast quarter of the southwest quarter of Section 3, Township 38 North, Range 14 East of the Third Principal Meridian, in Cook County, Illinois.

Permanent Index Number:

20-03-305-007.

*Exhibit "B".*

*Description Of Project.*

| | |
|---|---|
| Address: | 4345 South Calumet Avenue. |
| Community Area: | Grand Boulevard. |
| Description Of Project: | Land Acquisition for future conveyance to the Chicago Park District, subject to a separate ordinance requiring City Council approval for use as part of Buckthorn Park and open space. |
| Project Budget: | |
| Acquisition Costs | $ 50,000 |
| Design | 92,000 |
| Construction | 924,000 |
| Contingency | 92,000 |
| Contractor General Conditions | 92,000 |
| TOTAL: | $1,250,000 |
| Funding Sources: | |
| Amount Of Open Space Fees: | $1,141,534 |

---

EXPENDITURE OF OPEN SPACE IMPACT FEE FUNDS FOR DEVELOPMENT OF WILLIAM-DAVIS PARK AND IMPROVEMENTS TO PARK 557.

[O2014-4861]

The Committee on Special Events, Cultural Affairs and Recreation submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Your Committee on Special Events, Cultural Affairs and Recreation, for which a meeting was held on June 24, 2014, having had under consideration an ordinance introduced by Mayor Rahm Emanuel on May 28, 2014, this being the expenditure of open space impact fee funds to develop William-Davis Park and lighting improvements at Park 557, begs leave to recommend that your Honorable Body do *Pass* the proposed ordinance transmitted herewith

This recommendation was concurred in by all members of the committee present, with no dissenting votes.

Respectfully submitted,

(Signed) JOSEPH A. MOORE,
*Chairman.*

On motion of Alderman Moore, the said proposed ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said ordinance as passed:

WHEREAS, The City of Chicago (the "City"), is a home rule unit of government under Article VII, Section 6(a) of the Constitution of the State of Illinois and, as such, may exercise any power and perform any function pertaining to its government and affairs; and

WHEREAS, The Chicago Park District (the "Park District"), is an Illinois municipal corporation and a unit of local government under Article VII, Section 1 of the 1970 Constitution of the State of Illinois and, as such, is authorized to exercise control over and supervise the operation of all parks within the corporate limits of the City; and

WHEREAS, The City is authorized under its home rule powers to regulate the use and development of land; and

WHEREAS, It is a reasonable condition of development approval to ensure that adequate open space and recreational facilities exist within the City; and

WHEREAS, On April 1, 1998, the City Council of the City (the "City Council") adopted the Open Space Impact Fee Ordinance codified at Chapter 18 of Title 16 (the "Open Space Ordinance") of the Municipal Code of Chicago (the "Code") to address the need for additional public space and recreational facilities for the benefit of the residents of newly created residential developments in the City; and

WHEREAS, The Open Space Ordinance authorizes, among other things, the collection of fees from residential developments that create new dwelling units without contributing a proportionate share of open space and recreational facilities for the benefit of their residents as part of the overall development (the "Fee-Paying Developments"); and

WHEREAS, Pursuant to the Open Space Ordinance, the Department of Finance ("DOF") has collected fees derived from the Fee-Paying Developments (the "Open Space Fees") and has deposited those fees in separate funds, each fund corresponding to the Community Area (as defined in the Open Space Ordinance), in which each of the Fee-Paying Developments is located and from which the Open Space Fees were collected; and

WHEREAS, The Department of Planning and Development ("DPD") has determined that the Fee-Paying Developments built in the Community Area listed on Exhibit A attached hereto have deepened the already significant deficit of open space in that Community Area, which deficit was documented in the comprehensive plan entitled "The CitySpace Plan," adopted by the Chicago Plan Commission on September 11, 1997 and adopted by the City Council on May 20, 1998 pursuant to an ordinance published at pages 69309 -- 69311 of the *Journal of the Proceedings of the City Council of the City of Chicago* (the "*Journal*") of the same date; and

WHEREAS, The Park District is the owner of parcels of land at William-Davis Park and Park 557, as described on Exhibit A hereto (collectively, the "Property"); and

WHEREAS, The City and the Park District desire to create park space and make certain improvements at the above mentioned parcels (the "Project") for the benefit and use of the general public and the respective Community Areas in which they are located; and

WHEREAS, The City desires to grant the Park District impact fee funds to pay for or reimburse development costs associated with the Project at the Property; and

WHEREAS, DPD desires to provide to the Park District Open Space Fees in an amount not to exceed $284,000 (the "Grant") for the Project; and to create open spaces and recreational facilities in the Community Areas listed on Exhibit A; and

WHEREAS, The Open Space Ordinance requires that the Open Space Fees be used for open space acquisition and capital improvements, which provide a direct and material benefit to the new development from which the fees are collected; and

WHEREAS, The Open Space Ordinance requires that the Open Space Fees be expended within the same or a contiguous Community Area from which they were collected after a legislative finding by the City Council that the expenditure of the Open Space Fees will directly and materially benefit the developments from which the Open Space Fees were collected; and

WHEREAS, DPD has determined that the use of the Open Space Fees to fund the Project will provide a direct and material benefit to each of the Fee-Paying Developments from which the Open Space Fees were collected; and

WHEREAS, DPD has determined that Open Space Fees to be used for the purposes set forth herein have come from the specific fund set up by DOF for the corresponding Community Area in which a Fee-Paying Development is located and from which the Open Space Fees were collected; and

WHEREAS, DPD has recommended that the City Council approve the use of the Open Space Fees for the purposes set forth herein and on Exhibit A through this ordinance; and

WHEREAS, DPD has recommended that the City Council make a finding that the expenditure of the Open Space Fees as described herein will directly and materially benefit the Fee-Paying Developments from which the Open Space Fees were collected; now, therefore,

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The above recitals are expressly incorporated in and made part of this ordinance as though fully set forth herein.

SECTION 2. The City Council hereby finds that the expenditure of the Open Space Fees will directly and materially benefit the residents of those Fee-Paying Developments from which the Open Space Fees were collected and approves the use of the Open Space Fees for the purposes described herein.

SECTION 3. The Commissioner of DPD (the "Commissioner") or a designee of the Commissioner are each hereby authorized, subject to the approval of the Corporation Counsel to enter into an intergovernmental agreement with the Park District in connection with the Project, in substantially the form attached hereto as Exhibit B and to provide Open Space Fees proceeds to the Park District in an amount not to exceed $284,000 from the corresponding funds to pay for expenses permitted under the Open Space Ordinance.

SECTION 4. Open Space Fees in the amounts on Exhibit A from the Community Areas' Open Space Fees Funds are hereby appropriated for the purposes described herein.

SECTION 5. To the extent that any ordinance, resolution, rule, order or provision of the Code, or part thereof, is in conflict with the provisions of this ordinance, the provisions of this ordinance shall control. If any section, paragraph, clause or provision of this ordinance shall be held invalid, the invalidity of such section, paragraph, clause or provision shall not affect any other provisions of this ordinance.

SECTION 6. This ordinance shall be in full force and effect from and after the date of its passage.

Exhibits "A" and "B" referred to in this ordinance read as follows:

*Exhibit* A.
(To Ordinance)

*Description Of Property.*

Park Development Projects.

William-Davis Park Project.

Address: 4101 South Lake Park Avenue, Chicago, Illinois 60653 (the "Property").

Community Area: Oakland.

Description of Project: General construction, demolition, excavation, installation of sewer, plumbing, irrigation, pavers, playground, water feature, new fencing, site furnishings, sculpture and landscaping.

Permanent Index Number: 20-02-109-038-0000.

Amount of Open Space Fees: $260,000.

Park 557 Project.

Address: 7211 North Kedzie Avenue, Chicago, Illinois 60645 (the "Property").

Community Area: West Ridge.

Description of Project: Installation of Acornlight concrete pole luminare, equipment access, and contingency.

Permanent Index Number: 10-25-316-022-0000.

Amount of Open Space Fees: $24,000.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 48 of 921 PageID #:2311

*Exhibit "B".*
(To Ordinance)

*Intergovernmental Agreement.*

This Intergovernmental Agreement (this "Agreement") is entered into as of __________, 2014 (the "Closing Date"), between the City of Chicago (the "City"), an Illinois municipal corporation, acting through its Department of Planning and Development ("DPD"), and the Chicago Park District ("Park District"), a body politic and Corporate of the State of Illinois ("Park District"). Park District and the City are sometimes referred to herein as the "Parties."

**RECITALS.**

WHEREAS, The Open Space Impact Fee Ordinance, Chapter 18 of Title 16 of the Municipal Code of Chicago (the "Code"), authorizes the collection of fees (the "Open Space Fees") as a condition of issuance of a building permit for proposed new dwelling units to ensure that adequate open space and recreational facilities are available to serve residents of new developments in the City; and

WHEREAS, The Department of Finance has collected Open Space Fees (the "Oakland Open Space Fees Proceeds") for new dwelling units built in the Community of Oakland ("the Oakland Community") and has deposited such Open Space Fees Proceeds in a separate fund identified by CAPS Code PS36 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 2604; and

WHEREAS, The Department of Finance has collected Open Space Fees (the "West Ridge Open Space Fees Proceeds") for new dwelling units built in the Community of West Ridge ("the West Community") and has deposited such Open Space Fees Proceeds in a separate fund identified by CAPS Code PS02 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 2604; and

WHEREAS, The Park District is the owner of parcels of land at William-Davis Park and Park 557, respectively, which are described on Exhibit A hereto (the "Property");

WHEREAS, The City and Park District desire to create new park space at each of the above mentioned parcels (the "Project") for the benefit and use of the general public and the Oakland and West Ridge communities, respectively;

WHEREAS, The Chicago Park District (the "Park District"), is an Illinois municipal corporation and a unit of local government under Article VII, Section 1 of the 1970 Constitution, of the State of Illinois, and as such is authorized to exercise control over and supervise the operation of all parks within the corporate limits of the City; and;

WHEREAS, DPD desires to provide to Park District Open Space Fees Proceeds, in an amount not to exceed $284,000 (the "Grant") for reimbursement costs associated with the Project; and

WHEREAS, On June _, 2014, the City Council of the City adopted an ordinance published in the Journal of the Proceedings of the City Council for said date at pages_______ to ______, finding, among other things, that the Project would provide a direct and material benefit to the residents of the new developments originating the Open Space Fees and authorizing the Grant and this Agreement is subject to certain terms and conditions (the "Authorizing Ordinance"); and

WHEREAS, On January 15, 2014, the Park District's Board of Commissioners passed an ordinance expressing its desire to accept Project Assistance from the City for the development of the Project and authorizing the execution of this Agreement (the "Park District Ordinance").

WHEREAS, under the terms and conditions hereof, the City agrees to make the Grant available to Park District; and

WHEREAS, the City and Park District have among their powers the authority to contract with each other to perform the undertakings described herein;

NOW THEREFORE, in consideration ofthe mutual covenants and agreements contained herein, the above recitals which are made a contractual part of this Agreement, and other good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, the City and Park District agree as follows:

**SECTION 1.**

**THE GRANT.**

1.1. Subject to the provisions set forth in this Agreement, the City will disburse the Grant to reimburse Park District for all or part of the cost of completing the Project in accordance with the budget attached to this Agreement as Exhibit B (the "Budget"), which budget is hereby approved by DPD, and only after Park District has submitted Certificate(s) of Expenditure to DPD (as defined below) along with such supporting documentation as the City may reasonably require.

1.2 Park District may request that certificate(s) of expenditure substantially in the form attached hereto ("Certificates of Expenditure") as Exhibit E be processed and executed periodically. The City will not execute Certificates of Expenditure in the aggregate in excess of the actual cost of the Project. Prior to each execution of a Certificate of Expenditure by the City, Park District must submit documentation regarding the applicable expenditures to DPD. Delivery by Park District to DPD of any request for execution by the City of a Certificate of Expenditure hereunder will, in addition to the items therein expressly set forth, constitute a certification to the City, as of the date of such request for execution of a Certificate of Expenditure, that:

(a) the total amount of the request for the Certificates of Expenditure represents the actual amount payable to (or paid to) the general contractor, subcontractors, and other parties who have performed work on or otherwise provided goods or services in connection with the Project, and/or their payees;

(b) all amounts shown as previous payments on the current request for a Certificate of Expenditure have been paid to parties entitled to such payment;

(c) Park District has approved all work and materials for the current request for a Certificate of Expenditure, and such work and materials conform to the Drawings (hereinafter defined); and

(d) Park District is in compliance with all applicable federal, state and local laws, statutes, ordinances, rules, regulations, codes and executive orders, all as may be in effect from time to time, pertaining to or affecting the Project or the Park District as related thereto.

1.3. Park District hereby acknowledges and agrees that the Grant must be used exclusively for the Project. If the Grant should exceed the costs of the Project, Park District must repay to the City any such excess Grant funds received by Park District.

1.4. Park District is solely responsible for any fees, costs and expenses of the Project in excess of the amount of the Grant and will hold the City harmless from all such excess fees, costs and expenses. Notwithstanding anything to the contrary in this Agreement, in no event will the City or Park District be responsible for any cost or expenses of the Project exceeding the Budget. In the event that either party believes that the Budget may not provide sufficient funds for the construction of the Project, such party must notify the other party and the parties must cooperate to modify the Project so that it can be completed in accordance with the Budget.

1.5. The source of funds for the City's obligations under this Agreement are funds identified by CAPS Codes: PS36 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 2604 ($260,000) and PS02 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 2604 ($24,000). Park District hereby acknowledges and agrees that the City's obligations hereunder are subject in every respect to the availability of funds as described in and limited by this Section 1.5. If no funds or insufficient funds are appropriated and budgeted in any fiscal period of the City for disbursements of the Grant, then the City will notify Park District in writing of that occurrence, and Park District will have the right, but not the obligation to terminate this Agreement by written notice to the City.

## SECTION 2.

## DEVELOPMENT AND CONSTRUCTION OF THE PROJECT.

A. Title Commitment and Insurance; Survey. Park District must be responsible for obtaining, at its own expense, any title commitment or title policy and survey with respect to the Property that it deems necessary.

B. Construction Documents and Landscape Plan. Park District has developed the construction documents and a plan for the Project (the "Drawings") as shown on Exhibit C. No material deviation from the Drawings will be made without the prior written approval of DPD, which approval will not be unreasonably withheld, conditioned or delayed. The approval of the Drawings by DPD are for the purposes of this Agreement only and other than as set forth in the Drawings, no structures or improvements are to be constructed on the Property by Park District without the prior written approval of DPD, which approval will not be unreasonably withheld, conditioned or delayed and will not constitute the approval required by the City's Department of Buildings, or any other Department of the City.

C. Schedule. Park District has prepared a preliminary schedule for the development and construction of the Project as set forth on Exhibit D (the "Schedule"). No material deviation from the Schedule will be made without the prior written approval of DPD, which approval will not be unreasonably withheld, conditioned or delayed. Notwithstanding the foregoing, in no event will the approval of DPD be required for any changes to the Schedule required because ofthe City's failure to approve and pay any Certificate of Expenditure, or required in connection with any force majeure event.

D. Use. The Project must be utilized as open space for use by the public for and on behalf of the City. This Agreement does not confer any special rights upon Park District or any other person or entity to use the Project for private parties or events.

E. Certification. Park District must submit a payment certification form as attached as Exhibit E prior to any Grant funds being released.

**SECTION 3.**

**TERM OF AGREEMENT.**

Term of Agreement. The term of this Agreement will commence as of the Closing Date and, unless otherwise terminated as provided in this Agreement, will expire on the second anniversary of the Closing Date. Notwithstanding the foregoing, if Park District modifies the Schedule pursuant to Section 2(c) of this Agreement and such modification extends beyond the term, the term will be adjusted accordingly.

**SECTION 4.**

**COVENANTS AND REPRESENTATIONS.**

Park District hereby warrants, represents and/or covenants to the City that:

4.1. Park District will use the Grant solely for the Project and to pay for eligible costs as determined in the sole discretion of the City and outlined on Exhibit B.

4.2. Park District will comply with all applicable federal, state, and local statutes, laws, ordinances, rules, regulations and executive orders that are in effect from time to time that pertain to or affect the Project, Park District, or the Grant. Upon the City's request, Park District will provide evidence of such compliance satisfactory to the City.

4.3. Park District agrees that provisions required to be inserted in this Agreement by laws, ordinances, rules, regulations or executive orders are deemed inserted whether or not they appear in this Agreement and that in no event will the failure to insert such provisions prevent the enforcement of this Agreement.

4.4. Park District has full power and authority to enter into and perform its obligations under this Agreement, and the signing and delivery of this Agreement and the performance of its obligations under this Agreement have been duly authorized by all requisite corporate action.

4.5. Signing, delivery and performance by Park District of this Agreement does not violate its bylaws, articles of incorporation, resolutions or any applicable provision of law, or constitute a material breach of, default under or require any consent under, any agreement, instrument or document, including any related to borrowing monies, to which Park District is party or by which it is bound.

4.6. There are no actions or proceedings by or before any court, governmental commission, board, bureau or any other administrative agency pending, threatened or affecting Park District that would materially impair its ability to perform under this Agreement.

4.7. Park District is not in default on any loan or borrowing that may materially affect its ability to perform under this Agreement.

4.8.     If the Grant, or a portion thereof, is used for construction, Park District and all its contractors and subcontractors must meet labor standards and prevailing wage standards required by federal, state and City laws, regulations and ordinances.

4.9.     Park District must maintain and keep in force, at its sole cost and expense, at all times during the term of this Agreement, insurance in such amounts and of such type as set forth in Section 6 below.

4.10.     Park District must at all times perform its work in fulfilling its corporate mission with the utmost care, skill and diligence in accordance with the applicable standards currently recognized in the community.

4.11.     Intentionally Omitted.

4.12.     Intentionally Omitted.

4.13.     The Parties agree that the Park District will maintain the Project improvements on the Property in a condition and manner acceptable to the City.

4.14.     It is the duty of Park District and any bidder, proposer, subcontractor and every applicant for certification of eligibility for a City contract or program, and all officers, directors, agents, partners, and employees of Park District and any such bidder, proposer, subcontractor or such applicant to cooperate with the Inspector General in any investigation or hearing undertaken pursuant to Chapter 2-56 of the Municipal Code. Park District represents that it understands and will abide by all provisions of Chapter 2-56 of the Municipal Code and that it will inform all contractors and subcontractors hired by Park District in connection with this Agreement of this provision in writing and require their compliance.

It is the duty of the Park District and any bidder, proposer, subcontractor and every applicant for certification of eligibility for a City contract or program, and all officers, directors, agents, partners, and employees of Park District and any such bidder, proposer, subcontractor or such applicant to cooperate with the Legislative Inspector General in any investigation or hearing undertaken pursuant to Chapter 2-55 of the Municipal Code. Park District represents that it understands and will abide by all provisions of Chapter 2-55 of the Municipal Code and that it will inform all contractors and subcontractors hired by Park District in connection with this Agreement of this provision in writing and require their compliance.

4.15     Failure by Park District or any controlling person (as defined in Section 1-23-010 of the Municipal Code) thereof to maintain eligibility to do business with the City as required by Section 1-23-030 of the Municipal Code will be grounds for termination of this Agreement and the transactions contemplated hereby.

4.16     Independent Contractor

(a)     The Park District shall perform under this Agreement as an independent contractor to the City and not as a representative, employee, agent or partner of the City.

(b)     The City is subject to the May 31, 2007 Order entitled "Agreed Settlement Order and Accord" (the "Shakman Accord") and June 24, 2011 "City of Chicago Hiring Plan!! (the "City Hiring Plan") entered in Shakman v. Democratic Organization of Cook County, Case No 69 C 2145 (United State District Court for the Northern District of Illinois). Among other things, the Shakman Accord and the City Hiring Plan prohibit the City from hiring persons as governmental employees in non-exempt positions on the basis of political reasons or factors.

(c)      Park District is aware that City policy prohibits City employees from directing any individual to apply for a position with Park District, either as an employee or as a subcontractor, and from directing Park District to hire an individual as an employee or as a subcontractor. Accordingly, Park District must follow its own hiring and contracting procedures, without being influenced by City employees. Any and all personnel provided by Park District under this Agreement are employees or subcontractors of Park District, not employees of the City of Chicago. This Agreement is not intended to and does not constitute, create, give rise to, or otherwise recognize an employer-employee relationship of any kind between the City and any personnel provided by Park District.

(d)      Park District will not condition, base, or knowingly prejudice or affect any term or aspect of the employment of any personnel provided under this Agreement, or offer employment to any individual to provide services under this Agreement, based upon or because of any political reason or factor, including, without limitation, any individual's political affiliation, membership in a political organization or party, political support or activity, political financial contributions, promises of such political support, activity or financial contributions, or such individual's political sponsorship or recommendation. For purposes of this Agreement, a political organization or party is an identifiable group or entity that has as its primary purpose the support of or opposition to candidates for elected public office. Individual political activities are the activities of individual persons in support of or in opposition to political organizations or parties or candidates for elected public office.

(e)      In the event of any communication to Park District by a City employee or City official in violation of Section (c) above, or advocating a violation of Section (d) above, Park District will, as soon as is reasonably practicable, report such communication to the Hiring Oversight Section ofthe City's Office of the Inspector General ("IGO Hiring Oversight") and also to the head of DPD. Park District will also cooperate with any inquiries by IGO Hiring Oversight or the Shakman Monitor's Office related to this Agreement.

4.17    FOIA and Local Records Act Compliance

(a)      FOIA. Park District acknowledges that the City is subject to the Illinois Freedom of Information Act, 5ILCS 140/1 et seg., as amended ("FOIA"). The FOIA requires the City to produce records (very broadly defined in FOIA) in response to a FOIA request in a very short period of time, unless the records requested are exempt under the FOIA. If Park District receives a request from the City to produce records within the scope of FOIA, then Park District covenants to comply with such request within 48 hours of the date of such request. Failure by Park District to timely comply with such request will be a breach of this Agreement.

(b)      Exempt Information. Documents that Park District submits to the City during the term of the Agreement that contain trade secrets and commercial or financial information may be exempt if disclosure would result in competitive harm. However, for documents submitted by Park District to be treated as a trade secret or information that would cause competitive harm, FOIA requires that Park District mark any such documents as "proprietary, privileged or confidential." If Park District marks a document as "proprietary, privileged and confidential", then DPD will evaluate whether such document may be withheld under the FOIA. DPD, in its discretion, will determine whether a document will be exempted from disclosure, and that determination is subject to review by the Illinois Attorney General's Office and/or the courts.

(c)      Local Records Act. Park District acknowledges that the City is subject to the Local Records Act, 50 ILCS 205/1, et. Seg., as amended (the "Local Records Act"). The Local Records Act provides that public records may only be disposed of as provided in the Local Records Act. If requested by the City, Park District covenants to use its best efforts consistently applied to assist the City in its compliance with the Local Records Act concerning records arising under or in connection with this Agreement and the transactions contemplated in the Agreement.

**SECTION 5.**

**ENVIRONMENTAL MATTERS.**

5.1. It will be the responsibility of Park District to investigate and determine the soil and environmental condition of the Property, if deemed necessary, including obtaining phase I and, if applicable, phase II environmental audits for the Property. The City makes no covenant, representation or warranty as to the environmental condition of the Property or the suitability of the Property for any use whatsoever.

5.2. Park District agrees to carefully inspect the Property and all easements or other agreements recorded against the Property prior to commencement of any activity on the Property to ensure that such activity will not damage surrounding property, structures, utility lines or any subsurface lines or cables. Park District must be solely responsible for the safety and protection of the public on the portions of the Property affected by the Project, until the portion of the Project on each portion of the Property is completed. The City reserves the right to inspect the work being done on the Property. Park District agrees to keep the Property free from all liens and encumbrances arising out of any work performed, materials supplied or obligations incurred by or for Park District.

5.3. Prior to inspecting the Property, Park District or its subcontractors, if any, must obtain insurance in accordance with Section 6 below, all necessary permits and, if applicable, a right of entry.

**SECTION 6.**

**INSURANCE.**

6.1. Park District must provide and maintain at Park District's own expense, or cause to be provided during the term of this Agreement, the insurance coverages and requirements specified below, as applicable, insuring all operations related to this Agreement.

**INSURANCE TO BE PROVIDED**

6.1.1. Workers Compensation and Employers Liability. Workers Compensation Insurance, as prescribed by applicable law, covering all employees who are to provide a service under this Agreement and Employers Liability coverage with limits of not less than $100,000 each accident or illness.

6.1.2. Commercial General Liability (Primary and Umbrella). Commercial General Liability Insurance or equivalent with limits of not less than $1,000,000 per occurrence for bodily injury, personal injury, and property damage liability. Coverages must include the following: All premises and operations, products/completed operations, explosion, collapse, underground, separation of insureds, defense, and contractual liability (not to include Endorsement CG 21 39 or equivalent). The City is to be named as an additional insured on a primary, non-contributory basis for any liability arising directly or indirectly from the work or services.

Subcontractors performing work or services for Park District must maintain limits of not less than $1,000,000 with the same terms in this subsection.

6.1.3. Automobile Liability (Primary and Umbrella). When any motor vehicles (owned, non-owned and hired) are used in connection with the services to be performed, Park District must provide or cause to be provided, Automobile Liability Insurance with limits of not less than $1,000,000 per occurrence for bodily injury and property damage. The City is to be named as an additional insured on a primary, non-contributory basis.

6.1.4. Professional Liability. When any architects, engineers, or other professional consultants perform work in connection with this Agreement, Professional Liability Insurance covering acts, errors, or omissions must be maintained or caused to be maintained, with limits of not less than $1,000,000. When policies are renewed or replaced, the policy retroactive date must coincide with, or precede, start of work on the Agreement. A claims-made policy which is not renewed or replaced must have an extended reporting period of two (2) years.

6.1.5 Self- Insurance. To the extent permitted by applicable law, the Park District may self- insure for the insurance requirements specified above, it being expressly understood and agreed that, if the Park District does self-insure for any such insurance requirements, the Park District must bear all risk of loss for any loss which would otherwise be covered by insurance policies, and the self-insurance program must comply with at least such insurance requirements as stipulated above.

6.2. ADDITIONAL REQUIREMENTS. Park District must furnish the City of Chicago, Department of Planning and Development, 121 N. LaSalle Street, Room 1101, Chicago, Illinois 60602, original Certificates of Insurance, or such similar evidence, to be in force on the date of this Agreement, and Renewal Certificates of Insurance, or such similar evidence, if the coverages have an expiration or renewal date occurring during the term of this Agreement. Park District must submit evidence of insurance on the City's Insurance Certificate Form (copy attached as Exhibit F) or equivalent prior to execution of the Agreement. The receipt of any certificate does not constitute agreement by the City that the insurance requirements in this Agreement have been fully met or that the insurance policies indicated on the certificate are in compliance with all Agreement requirements. The failure of the City to obtain certificates or other insurance evidence from Park District is not a waiver by the City of any requirements for Park District to obtain and maintain the specified coverages. Park District must advise all insurers of the provisions of this Agreement regarding insurance. Non-conforming insurance does not relieve Park District of the obligation to provide insurance as specified in this Agreement. Nonfulfillment of the insurance conditions may constitute a violation of the Agreement, and the City retains the right to suspend this Agreement until proper evidence of insurance is provided, or the Agreement may be terminated.

The insurance must provide for sixty (60) days prior written notice to be given to the City in the event coverage is substantially changed, canceled, or non-renewed.

Any deductibles or self-insured retentions on referenced insurance coverages must be borne by Park District.

Park District agrees that insurers waive their rights of subrogation against the City, its employees, elected officials, agents, or representatives.

The coverages and limits furnished by Park District in no way limit Park District's liabilities and responsibilities specified within the Agreement or by law.

Any insurance or self-insurance programs maintained by the City do not contribute with insurance provided by Park District under this Agreement.

The required insurance to be carried out is not limited by any limitations expressed in the indemnification language in this Agreement or any limitation placed on the indemnity in this Agreement given as a matter of law.

Park District must require all subcontractors to provide insurance required in this Agreement, or Park District may provide the coverages for subcontractors. All subcontractors are subject to the same insurance requirements of Park District unless otherwise specified in this Agreement.

If Park District or its subcontractors desire additional coverages, the party desiring additional coverages is responsible for the acquisition and cost.

Notwithstanding any provision in the Agreement to the contrary, the City's Risk Management Department maintains the right to modify, delete, alter or change these requirements.

SECTION 7.

INDEMNIFICATION.

Park District will indemnify and defend the City, its officials, agents and employees (the "City Indemnitees") against any losses, costs, damages, liabilities, claims, suits, actions, causes of action and expenses (including, without limitation, attorneys' and expert witnesses' fees and court costs) the City Indemnitees suffer or incur arising from or in connection with the actions or omissions of Park District and/or any contractors or subcontractors in implementing the Project, if any, or Park District's breach of this Agreement. This defense and indemnification obligation survives any termination or expiration of this Agreement.

SECTION 8.

NO LIABILITY OF OFFICIALS.

No elected or appointed official or member or employee or agent of the City will be charged personally by Park District or by an assignee or subcontractor, with any liability or expenses of defense or be held personally liable under any term or provision of this Agreement because of their execution or attempted execution or because of any breach hereof.

SECTION 9.

DEFAULT AND REMEDIES.

9.1. If Park District, without the City's written consent (which consent will not be unreasonably withheld, conditioned or delayed) defaults by failing to perform any of its obligations under this Agreement then the City may terminate this Agreement if such default is not cured as provided in Section 9.2 below.

9.2. Prior to termination, the City will give Park District 30 days' advance written notice of the City's intent to terminate stating the nature of the default. If Park District does not cure the default within the 30-day period, the termination will become effective at the end ofthe period. With respect to those defaults that are not capable of being cured within the 30-day period, Park District will not be deemed to be in default if it has begun to cure the default within the 30-day period and thereafter diligently and continuously prosecutes the cure ofthe default until cured.

9.3. Either Party may, in any court of competent jurisdiction, by any proceeding at law or in equity, seek the specific performance of this Agreement, or damages for failure of performance, or both.

SECTION 10.

NO BUSINESS RELATIONSHIPS WITH ELECTED OFFICIALS.

10.1. Pursuant to Section 2-156-030(b) of the Code, it is illegal for any elected official of the City, or any person acting at the direction of such official, to contact, either orally or in writing, any other City official or employee with respect to any matter involving any person with whom the elected official has a business relationship, or to participate in any discussion in any City Council committee hearing or in any City Council meeting or to vote on any matter involving the person with whom an elected official has a business relationship. Violation of Section 2-156-030(b) by any elected official with respect to this Agreement will be grounds for termination of this Agreement. The term business relationship is defined in Section 2-156-080 of the Code.

10.2. Section 2-156-080 of the Code defines a "business relationship" as any contractual or other private business dealing of an official, or his or her spouse, or of any entity in which an official or his or her spouse has a financial interest, with a person or entity which entitles an official to compensation or payment in the amount of $2,500 or more in a calendar year; provided, however, a financial interest will not include: (i) any ownership through purchase at fair market value or inheritance of less than 1 percent of the share of a corporation, or any corporate subsidiary, parent or affiliate thereof, regardless of the value of or dividends on such shares, if such shares are registered on a securities exchange pursuant to the Securities Exchange Act of 1934, as amended; (ii) the authorized compensation paid to an official or employee for his office or employment; (iii) any economic benefit provided equally to all residents of the City; (iv) a time or demand deposit in a financial institution; or (v) an endowment or insurance policy or annuity contract purchased from an insurance company.

A "contractual or other private business dealing" will not include any employment relationship of an official's spouse with an entity when such spouse has no discretion concerning or input relating to the relationship between that entity and the City.

SECTION 11.

GENERAL CONDITIONS.

11.1. Assignment. This Agreement, or any portion thereof, will not be assigned by either Party without the express prior written consent of the other Party which consent will not be unreasonably withheld, conditioned or delayed.

11.2. Construction of Words. As used in this Agreement, the singular of any word will include the plural, and vice versa. Masculine, feminine and neuter pronouns will be fully interchangeable, where the context so requires.

11.3. Counterparts. This Agreement may be executed in counterparts and by different Parties in separate counterparts, with the same effect as if all Parties had signed the same document. All such counterparts will be deemed an original, will be construed together and will constitute one and the same instrument.

11.4. Entire Agreement. This Agreement contains the entire agreement between the City and Park District and supersedes all prior agreements, negotiation and discussion between them with respect to the Project.

11.5. Exhibits. Any exhibits to this Agreement will be construed to be an integral part of this Agreement to the same extent as if the same had been set forth verbatim herein.

11.6. Governing Law, Venue and Consent to Jurisdiction. This Agreement will be governed by and construed in accordance with the internal laws of the State of Illinois, without regard to its principles of conflicts of law. If there is a lawsuit under this Agreement, each Party

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 58 of 921 PageID #:2321

agrees to submit to the jurisdiction of the courts of Cook County, the State of Illinois and the United States District Court for the Northern District of Illinois.

11.7. Inspection and Records. Park District must provide the City with reasonable access to its books and records relating to the Project and the Grant as will be required by the City and necessary to reflect and disclose fully the amount and disposition of the Grant. Any duly authorized representative of the City will, at all reasonable times, have access to all such books and records which right of access will continue until the date that is five years after the expiration or termination of this Agreement.

11.8. Modification. This Agreement may not be modified or amended except by an agreement in writing signed by both Parties.

11.9. Notice. Any notice, demand or communication required or permitted to be given hereunder will be given in writing at the address set forth below by any of the following means: (a) personal service; (b) electronic communication, whether by electronic mail or fax; (c) overnight courier; or (d) registered or certified first class mail postage prepaid, return receipt requested.

To the City:
City of Chicago
Department of Planning and Development
Attention: Commissioner
121 N. LaSalle Street, Room 1000
Chicago, Illinois 60602, (312) 744-4190, (312) 744-2271 (Fax)

With copies to:
Department of Law
City of Chicago
Attention: Finance and Economic Development Division
121 N. LaSalle Street, Room 600
Chicago, Illinois 60602
(312) 744-0200, (312) 744-8538 (Fax)

To the Park District:
Chicago Park District
Attention: General Superintendent
541 North Fairbanks
Chicago, Illinois 60611
(312) 742-4200
(312)742-5276 (Fax)

With a copy to:
Chicago Park District
General Counsel 541 North
Fairbanks, Room 300
Chicago, Illinois 60611
(312) 742-4602,
(312) 742-5316 (Fax)

Any notice, demand or communication given pursuant to either clause (a) or (b) hereof will be deemed received upon such personal service or upon dispatch by electronic means, respectively. Any notice, demand or communication given pursuant to clause (c) hereof will be deemed received on the day immediately following deposit with the overnight courier. Any notice, demand or communication given pursuant to clause (d) hereof will be deemed received three business days after mailing. The Parties, by notice given hereunder, may designate any further or different addresses to which subsequent notices, demands or communications will be given.

11.10.  Parties' Interest / No Third Party Beneficiaries. The terms and provisions of this Agreement will be binding upon and inure to the benefit of, and be enforceable by, the respective successors and permitted assigns of the Parties. This Agreement will not run to the benefit of, or be enforceable by, any person or entity other than a Party to this Agreement and its successors and permitted assigns. This Agreement should not be deemed to confer upon third parties any remedy, claim, right of reimbursement or other right. Nothing contained in this Agreement, nor any act of the City or Park District, will be deemed or construed by any of the Parties hereto or by third persons, to create any relationship of third party beneficiary, principal, agent, limited or general partnership, joint venture, or any association or relationship involving the City or Park District.

11.11.  Severability. If any provision of this Agreement, or the application thereof, to any person, place or circumstance, will be held by a court of competent jurisdiction to be invalid, unenforceable or void, the remainder of this Agreement and such provisions as applied to other persons, places and circumstances will remain in full force and effect only if, after excluding the portion deemed to be unenforceable, the remaining terms will provide for the consummation of the transactions contemplated hereby in substantially the same manner as originally set forth herein.

11.12.  Titles and Headings. Titles and headings in this Agreement are inserted for convenience and are not intended to be part of or affect the meaning or interpretation of this Agreement.

11.13.  Waiver. Waiver by either party with respect to the breach of this Agreement will not be considered or treated as a waiver of the rights of such party with respect to any other default or with respect to any particular default except to the extent specifically waived by such party in writing.

11.14.  Foreign Assets Control Lists. Neither Park District, nor any affiliate thereof is listed on any of the following lists maintained by the Office of Foreign Assets Control of the U.S. Department of the Treasury, the Bureau of Industry and Security of the U.S. Department of Commerce or their successors, or on any other list of persons or entities with which the City may not do business under any applicable law, rule, regulation, order or judgment: the Specially Designated Nationals List, the Denied Persons List, the Unverified List, the Entity List and the Debarred List. For the purposes of this paragraph "Affiliate," when used to indicate a relationship with a specified person or entity, will mean a person or entity that, directly or indirectly, through one or more intermediaries, controls, is controlled by or is under common control with such specified person or entity, and a person or entity will be deemed to be controlled by another person or entity, if controlled in any manner whatsoever that results in control in fact by that other person or entity (or that other person or entity and any persons or entities with whom that other person or entity is acting jointly or in concert), whether directly or indirectly and whether through share ownership, a trust, a contract or otherwise.

11.15.  Further Actions. Park District and the City agree to do, execute, acknowledge and deliver all agreements and other documents and to take all actions reasonably necessary or desirable to comply with the provisions of this Agreement and the intent thereof.

IN WITNESS WHEREOF, each of the Parties has caused this Agreement to be executed and delivered as of the Closing Date.

CITY OF CHICAGO, an Illinois municipal corporation, acting by and through its Department of Planning and Development

By:. ______________
Andrew J. Mooney,
Commissioner

CHICAGO PARK DISTRICT, a body politic and Corporate of the State of Illinois

By: ______________________________
Michael P. Kelly
General Superintendent and CEO

Attest:

______________
Kantrice Ogletree
Secretary

[(Sub)Exhibits "C", "D" and "F" referred to in this Intergovernmental Agreement with Chicago Park District unavailable at the time of printing.]

(Sub)Exhibits "A", "B" and "E" referred to in this Intergovernmental Agreement with the Chicago Park District read as follows:

*(Sub)Exhibit "A".*
(To Intergovernmental Agreement With Chicago Park District)

*Property Description.*

William-Davis Park.

Address:

4101 South Lake Park Avenue
Chicago, Illinois 60653.

Community Area:

Oakland.

Permanent Index Number:

20-02-109-038-0000.

Legal Description:

Block 5 in Lake Park Crescent Subdivision of part of the northwest quarter of Section 2, Township 38 North, Range 14 East of the Third Principal Meridian, in Cook County, Illinois, according to plat thereof recorded as Document Number 0030468270 with the Recorder of Deeds of Cook County, Illinois.

Park 557.

Address:

7211 North Kedzie Avenue
Chicago, Illinois 60645.

Community Area:

West Ridge.

Permanent Index Number:

10-25-316-022 -0000.

Legal Description:

A portion of the west half of the southwest quarter of Section 25, Township 41, Range 13, East of the Third Principal Meridian, in Cook County, Illinois described as follows: a strip of land running south along the east boundary of North Kedzie Avenue, from West Jarvis Avenue to the alley parallel to and north of West Touhy Avenue, and bound on the east by a line perpendicular to West Touhy Avenue with a width of approximately 50 feet at the north portion and of approximately 100 feet at the south portion.

*(Sub)Exhibit "B".*
(To Intergovernmental Agreement With Chicago Park District)

*Budget.*

Total: $284,000.

Till-Mobley Park: $260,000.

| Item | Cost |
|---|---|
| Demolition and Excavation | $110,734 |
| Sewer, Plumbing, Irrigation | 119,230.10 |
| Paving (pavers, concrete) | 82,946 |
| Playground and Water Feature | 250,117.90 |
| Fencing | 68,040 |
| Landscaping | 83,850 |
| Site Furnishings and Sculpture | 40,022 |
| Electric | 90,000 |
| General Construction | 130,000 |
| TOTAL: | $975,000 |

Park 557: $24,000.

| Item | Cost |
| --- | --- |
| 3 Installed Acorn light Concrete Pole Luminare | $20,000 |
| Equipment access and restoration (as needed) | 2,000 |
| Contingency/AE Fee | 2,000 |
| TOTAL: | $24,000 |

*(Sub)Exhibit "E".*
(To Intergovernmental Agreement With Chicago Park District)

*Certificate Of Expenditure.*

State of Illinois )
) SS.
County of Cook )

The affiant, Chicago Park District, a body politic and corporate of the State of Illinois, hereby certifies that with respect to that certain Intergovernmental Agreement between the Park District and the City of Chicago dated ____________________, _____ (the "Agreement"):

A. Expenditures for the Project, in the total amount of $________________, have been made.

B. This paragraph B sets forth and is a true and complete statement of all costs of Open Space Impact Fee-Funded Improvements for the Project reimbursed by the City to date:

$____________________

C. The Park District requests reimbursement for the following cost of Open Space Impact Fee-Funded Improvements:

$____________________

D. None of the costs referenced in paragraph C above have been previously reimbursed by the City.

E. The Park District hereby certifies to the City that, as of the date hereof:

1. Except as described in the attached certificate, the representations and warranties contained in the Agreement are true and correct and Park District is in compliance with all applicable covenants contained herein.

2. No event of Default or condition or event which, with the giving of notice or passage of time or both, would constitute a Default, exists or has occurred.

3. The Park District has approved all work and materials for the current request for a Certificate of Expenditure, and such work and materials conform to the Plans and Specifications.

4. The Park District is in compliance with all applicable federal, state and local laws, statutes, ordinances, rules, regulations, codes and executive orders, all as may be in effect from time to time, pertaining to or affecting the Project or the Park District as related thereto.

All capitalized terms which are not defined herein have the meanings given such terms in the Agreement.

By: ______________________
Name

Title: ______________________

Subscribed and sworn before me this _______ day of ________________, ______

______________________

My commission expires: ______________

Agreed and Accepted:

______________________
Name

Title: ______________________

City of Chicago
Department of Planning and Development

## COMMITTEE ON TRANSPORTATION AND PUBLIC WAY.

### GRANTS OF PRIVILEGE IN PUBLIC WAY.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinances transmitted herewith for grants of privilege in the public way. These ordinances were referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances as passed (the italic heading in each case not being a part of the ordinance):

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 66 of 921 PageID #:2329

### *A. K. Auto Service, Inc.*

[O2014-4628]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to A. K. Auto Service, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4747 North Pulaski Road. Said sign structure measures as follows: along North Pulaski Road, at six (6) feet in length, one point five (1.5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113087 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

### *Accelerated Rehabilitation Centers.*

[O2014-4785]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Accelerated Rehabilitation Centers, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4008 North Cicero Avenue. Said sign structure measures as follows: along North Cicero Avenue, at twenty-six point five (26.5) feet in length, two (2) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 67 of 921 PageID #:2330

print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112957 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

## *Advanced Medical Clinic.*

[O2014-4490]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Advanced Medical Clinic, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 4009 West Fullerton Avenue. Said sign structure measures as follows: along West Fullerton Avenue, one (1) at eight (8) feet in length, five (5) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along West Fullerton Avenue, one (1) at eight (8) feet in length, five (5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 68 of 921 PageID #:2331

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111254 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Advantage MRI.*

[O2014-4472]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Advantage MRI, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2008 North Pulaski Road. Said sign structure measures as follows: along North Pulaski Road, at four (4) feet in length, eight (8) feet in height and nine point four two (9.42) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113119 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after June 11, 2013.

---

*Allstate Insurance.*

[O2014-4747]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Allstate Insurance, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5657 South Harlem Avenue. Said sign structure measures as follows: along South Harlem Avenue, at seven point two five (7.25) feet in length, four (4) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108585 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*American Family Insurance.*

[O2014-4593]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to American Family Insurance, upon the terms and subject to the conditions of this ordinance, to maintain and

use one (1) sign projecting over the public right-of-way attached to its premises known as 4403 West 63rd Street. Said sign structure measures as follows: along West 63rd Street, at six (6) feet in length, five (5) feet in height and sixteen (16) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113031 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Angelo's Quick Stop.*

[O2014-4465]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Angelo's Quick Stop, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6336 West Grand Avenue. Said sign structure measures as follows: along West Grand Avenue, at eight (8) feet in length, ten (10) feet in height and fifteen (15) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113040 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Annoyance Productions.*

[O2014-4812]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Annoyance Productions, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 851 -- 853 West Belmont Avenue. Said sign structure measures as follows: along West Belmont Avenue, at twenty-five (25) feet in length, four (4) feet in height and twenty-three (23) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110755 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*The Apartment Lounge.*

[O2014-4620]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The Apartment Lounge, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3806 West 47th Street. Said sign structure measures as follows: along West 47th Street, at four (4) feet in length, five (5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112765 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Argo Tea.*
(1 S. Franklin St.)

[O2014-4354]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Argo Tea, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 1 South Franklin Street. Said sign structure measures as follows: along South Franklin Street, one (1) at nineteen point eight three (19.83) feet in length, one point seven nine (1.79) feet in height and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 73 of 921 PageID #:2336

ten point zero eight (10.08) feet above grade level. Said sign structure measures as follows: along West Madison Street, one (1) at nineteen point eight three (19.83) feet in length, one point seven nine (1.79) feet in height and ten point zero eight (10.08) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113155 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Argo Tea.*
(819 N. Rush St.)

[O2014-4783]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Argo Tea, upon the terms and subject to the conditions of this ordinance, to maintain and use five (5) signs projecting over the public right-of-way attached to its premises known as 819 North Rush Street. Said sign structures measure as follows: along North Rush Street, two (2) at thirteen point six seven (13.67) feet in length, two point five (2.5) feet in height and ten (10) feet above grade level. Said sign structures measure as follows: along East Pearson Street, two (2) at thirteen point six seven (13.67) feet in length, two point five (2.5) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along North Rush Street and East Pearson Street corner, one (1) at three (3) feet in length, ten (10) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 74 of 921 PageID #:2337

specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112867 herein granted the sum of One Thousand Five Hundred and no/100 Dollars ($1,500.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after September 10, 2013.

---

*Artemio's Bakery No. 2.*

[O2014-4278]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Artemio's Bakery Number 2, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1443 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at four point three three (4.33) feet in length, three (3) feet in height and ten point five eight (10.58) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112962 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 75 of 921 PageID #:2338

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Ashland & Division Currency.*

[O2014-4284]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ashland & Division Currency, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1545 West Division Street. Said sign structure measures as follows: along West Division Street, at eight (8) feet in length, ten (10) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112943 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

*Ashland & Van Buren.*

[O2014-4356]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ashland & Van Buren, upon the terms and subject to the conditions of this ordinance, to maintain and use three (3) signs projecting over the public right-of-way attached to its premises known as 1600 West Van Buren Street. Said sign structures measure as follows: along West Van Buren Street, one (1) at seven (7) feet in length, seven (7) feet in height and seventeen point two five (17.25) feet above grade level, one (1) at seven point eight three (7.83) feet in length, six point five (6.5) feet in height and nine point two five (9.25) feet above grade level and one (1) at six point seven five (6.75) feet in length, one point three three (1.33) feet in height and seventeen point zero eight (17.08) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1107955 herein granted the sum of Seven Hundred and no/100 Dollars ($700.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Athletic & Therapeutic Institute Of Midway LLC.*

[O2014-4598]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Athletic & Therapeutic Institute of Midway LLC, upon the terms and subject to the conditions

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 77 of 921 PageID #:2340

of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5616 West 63rd Street. Said sign structure measures as follows: along West 63rd Street, at twenty-six point five eight (26.58) feet in length, three (3) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112323 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

### *ATI Physical Therapy.*

[O2014-4764]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to ATI Physical Therapy, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4620 North Clark Street. Said sign structure measures as follows: along North Clark Street, at twenty-three (23) feet in length, two point five eight (2.58) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 78 of 921 PageID #:2341

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112321 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Autozone No. 5247.*

[O2014-4757]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Autozone Number 5247, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 2555 West Touhy Avenue. Said sign structures measure as follows: along West Touhy Avenue, one (1) at eighteen (18) feet in length, four (4) feet in height and twenty-four (24) feet above grade level and one (1) at thirty-three (33) feet in length, two point five (2.5) feet in height and eighteen (18) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113106 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 79 of 921 PageID #:2342

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Bank Of American/LaSalle.*

[O2014-4784]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bank of American/LaSalle, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, six (6) bollards on the public right-of-way adjacent to its premises known as 515 North LaSalle Drive. Said bollards at North LaSalle Drive measure six (6) at point three three (.33) foot in length and one (1) foot in width for a total of one point nine eight (1.98) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113067 herein granted the sum of Four Hundred Fifty and no/100 Dollars ($450.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

*Bar Toma.*

[O2014-4789]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bar Toma, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, occupation of space for a glass and metal greenhouse on the public right-of-way adjacent to its premises known as 110 East Pearson Street. Said occupation of space/glass and metal greenhouse at East Pearson Street measures forty-eight (48) feet in length and twelve (12) feet in width for a total of five hundred seventy-six (576) square feet. Existing glass and metal greenhouse is approximately twelve (12) feet in height. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111486 herein granted the sum of Thirty-one Thousand Three Hundred Thirty-four and no/100 Dollars ($31,334.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 1, 2012.

---

*Barney's Pizza.*

[O2014-4467]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Barney's Pizza, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5648 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at ten point six seven (10.67) feet in length, six point six seven (6.67) feet in height and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 81 of 921 PageID #:2344

eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111979 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Baskin Robbins/Dunkin Donuts.*

[O2014-4494]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Baskin Robbins/Dunkin Donuts, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3039 North Central Avenue. Said sign structure measures as follows: along North Central Avenue, at twelve point one seven (12.17) feet in length, six point two five (6.25) feet in height and eighteen point five (18.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112724 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after October 31, 2012.

---

*Bel-Port Food & Liquor, Inc.*

[O2014-4814]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bel-Port Food & Liquor, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 1362 West Belmont Avenue. Said sign structure measures as follows: along West Belmont Avenue, one (1) at two (2) feet in length, six (6) feet in height and nine (9) feet above grade level. Said sign structure measures as follows: along North Southport Avenue, one (1) at four (4) feet in length, four point three three (4.33) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113010 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

*Bert's Car Wash & Detail Center.*

[O2014-4289]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bert's Car Wash & Detail Center, upon the terms and subject to the conditions of this ordinance, to maintain and use four (4) signs projecting over the public right-of-way attached to its premises known as 461 North Elizabeth Street. Said sign structure measures as follows: along North Elizabeth Street, one (1) at thirteen (13) feet in length, two point three three (2.33) feet in height and sixteen (16) feet above grade level. Said sign structure measures as follows: along North Elizabeth Street, one (1) at nineteen (19) feet in length, seven point six seven (7.67) feet in height and twelve (12) feet above grade level. Said sign structure measures as follows: along North Elizabeth Street, one (1) at fifteen (15) feet in length, four (4) feet in height and fourteen (14) feet above grade level. Said sign structure measures as follows: along West Grand Avenue, one (1) at twelve (12) feet in length, twenty-two (22) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113036 herein granted the sum of One Thousand Two Hundred and no/100 Dollars ($1,200.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Bluelight.*

[O2014-4502]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bluelight, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign

projecting over the public right-of-way attached to its premises known as 3251 North Western Avenue. Said sign structure measures as follows: along North Western Avenue, at four (4) feet in length, fifteen (15) feet in height and nine point two five (9.25) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113021 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Boker Investment Management, Inc.*

[O2014-4791]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Boker Investment Management, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, occupation of space for a curb and fence on the public right-of-way adjacent to its premises known as 660 North Rush Street. Said occupation of space for a curb and fence at North Rush Street measures forty-seven (47) feet in length and point seven eight (.78) foot in width for a total of thirty-six point six six (36.66) square feet. Existing curb and fencing encroaches the public way approximately point seven eight (.78) foot over the property line. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110450 herein granted the sum of One Thousand Three Hundred Ninety-three and no/100 Dollars ($1,393.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Boost Mobile.*
(Banner)

[O2014-4802]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Boost Mobile, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) banner projecting over the public right-of-way adjacent to its premises known as 4403 North Broadway. Said banner at North Broadway measures two point five (2.5) feet in length and fourteen (14) feet in width for a total of thirty-five (35) square feet. Said banner shall be approximately nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110764 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Boost Mobile.*
(Sign)

[O2014-4804]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Boost Mobile, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4403 North Broadway. Said sign structure measures as follows: along North Broadway, at eight (8) feet in length, five (5) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110765 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Brasserie By LM.*

[O2014-4361]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Brasserie by LM,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 87 of 921 PageID #:2350

upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) windscreen on the public right-of-way adjacent to its premises known as 800 South Michigan Avenue. Said windscreen at South Michigan Avenue measures seven point four two (7.42) feet in length and five point five (5.5) feet in width for a total of forty point eight one (40.81) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1105384 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Bristol Liquors, Inc.*

[O2014-4475]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bristol Liquors, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 5207 West Belmont Avenue. Said sign structures measure as follows: along West Belmont Avenue, one (1) at four (4) feet in length, eight (8) feet in height and fourteen (14) feet above grade level and one (1) at eight (8) feet in length, twelve (12) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 88 of 921 PageID #:2351

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112928 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*Bryn Mawr Belle Shore Lmtd. Partnership.*

[O2014-4777]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bryn Mawr Belle Shore Lmtd. Partnership, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) grease trap under the public right-of-way adjacent to its premises known as 1062 West Bryn Mawr Avenue. Said grease trap at West Bryn Mawr Avenue measures ten (10) feet in length and five (5) feet in width for a total of fifty (50) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination) and the Department of Water Management.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112874 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 89 of 921 PageID #:2352

Authority herein given and granted for a period of five (5) years from and after November 20, 2006.

---

*Bryn Mawr Sheridan.*

[O2014-4779]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bryn Mawr Sheridan, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, six (6) roof eaves projecting over the public right-of-way adjacent to its premises known as 5556 North Sheridan Road. Said roof eaves at West Bryn Mawr Avenue measure one (1) at nineteen (19) feet in length and one point three three (1.33) feet in width for a total of twenty-five point two seven (25.27) square feet. Existing roof eave is approximately sixty-six (66) feet above grade level, one (1) at thirty-nine point two five (39.25) feet in length and one point three three (1.33) feet in width for a total of fifty-two point two (52.2) square feet. Existing roof eave is approximately sixty-six (66) feet above grade level and one (1) at eighteen point four one (18.41) feet in length and one point zero eight (1.08) feet in width for a total of nineteen point eight eight (19.88) square feet. Existing roof eave is approximately sixty-six (66) feet above grade level. Said roof eaves at North Sheridan Road measure one (1) at twelve point seven five (12.75) feet in length and one point five (1.5) feet in width for a total of nineteen point one three (19.13) square feet. Existing roof eave is approximately sixty-six (66) feet above grade level, one (1) at eighteen (18) feet in length and one (1) foot in width for a total of eighteen (18) square feet. Existing roof eave is approximately sixty-six (66) feet above grade level and one (1) at thirty-nine point two five (39.25) feet in length and one (1) foot in width for a total of thirty-nine point two five (39.25) square feet. Existing roof eave is approximately sixty-six (66) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112270 herein granted the sum of Two Thousand Four Hundred and no/100 Dollars ($2,400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 90 of 921 PageID #:2353

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 31, 2014.

---

*Mr. Clarence L. Burch.*

[O2014-4335]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Mr. Clarence L. Burch, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) fire escape projecting over the public right-of-way adjacent to its premises known as 1251 North Clybourn Avenue. Said fire escape at North Clybourn Avenue measures thirty-four (34) feet in length and two (2) feet in width for a total of sixty-eight (68) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113006 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

*Cafe Con Leche D'Noche.*

[O2014-4601]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cafe Con Leche D' Noche, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) windscreen on the public right-of-way adjacent to its premises known as 2710 North Milwaukee Avenue. Said windscreen at North Milwaukee Avenue measures four (4) feet in length and four (4) feet in width for a total of sixteen (16) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111164 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Camper.*

[O2014-4793]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Camper, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 540 North Michigan Avenue. Said sign structure measures as follows: along South Michigan Avenue, at two point nine six (2.96) feet in length, one point four eight (1.48) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 92 of 921 PageID #:2355

with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111876 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Capital One 360.*

[O2014-4796]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Capital One 360, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, nine (9) facades over the public right-of-way adjacent to its premises known as 21 East Chestnut Street. Said facade at 842 North Wabash Avenue (column) measures one (1) at one point six seven (1.67) feet in length, nineteen (19) feet, two (2) inches in height and project over public way point five (.5) foot. Said facade at North Wabash Avenue (horizontal) measures one (1) at nineteen point three three (19.33) feet in length, one (1) foot, eight (8) inches in height and project over public way point five (.5) foot. Said facade at North Wabash Avenue (column) measures one (1) at three (3) feet in length, nineteen (19) feet, two (2) inches in height and project over public way point five (.5) foot. Said facade at 852 North Wabash Avenue (column) measures one (1) at three (3) feet in length, nineteen (19) feet, two (2) inches in height and project over public way point five (.5) foot. Said facade at North Wabash Avenue (horizontal) measures one (1) at nineteen point three three (19.33) feet in length, one (1) foot, eight (8) inches in height and project over public way point five (.5) foot. Said facade at North Wabash Avenue (column) measures one (1) at two point six seven (2.67) feet in length, nineteen (19) feet, two (2) inches in height and project

over the public way point five (.5) foot. Said facade at 27 East Chestnut Street (column) measures one (1) at one point eight three (1.83) feet in length, nineteen (19) feet, two (2) inches in height and project over public way point five (.5) foot. Said facade at East Chestnut Street (horizontal) measures one (1) at thirteen point five (13.5) feet in length, one (1) foot, eight (8) inches in height and project over public way point five (.5) foot. Said facade at East Chestnut Street (column) measures one (1) at one point three three (1.33) feet in length, nineteen (19) feet, two (2) inches in height and project over the public way point five (.5) foot. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108227 herein granted the sum of Nine Hundred Ninety-two and no/100 Dollars ($992.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 6, 2013.

---

*CBA, Small Business Development, Inc.*
(457 E. 75th St.)

[O2014-4551]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to CBA, Small Business Development, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 457 East 75th Street. Said planter at East 75th Street measures one (1) foot in length and four (4) feet in width for a total of four (4) square feet. Grantee must allow the required clear and unobstructed space for

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 94 of 921 PageID #:2357

pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112975 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*CBA, Small Business Development, Inc.*
(511 E. 75th St.)

[O2014-4545]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to CBA, Small Business Development, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use two (2) planters on the public right-of-way for beautification purposes adjacent to its premises known as 511 East 75th Street. Said planters at East 75th Street measure two (2) at one (1) foot in length and four (4) feet in width for a total of eight (8) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112973 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*CBA, Small Business Development, Inc.*
(555 E. 75th St.)

[O2014-4543]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to CBA, Small Business Development, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 555 East 75th Street. Said planter at East 75th Street measures one (1) foot in length and four (4) feet in width for a total of four (4) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112969 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 96 of 921 PageID #:2359

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*CBA, Small Business Development, Inc.*
(611 E. 75th St.)

[O2014-4533]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to CBA, Small Business Development, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use two (2) planters on the public right-of-way for beautification purposes adjacent to its premises known as 611 East 75th Street. Said planters at East 75th Street measure two (2) at one (1) foot in length and four (4) feet in width for a total of eight (8) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112968 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*CBA, Small Business Development, Inc.*
(647 E. 75th St.)

[O2014-4558]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to CBA, Small Business Development, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 647 East 75th Street. Said planter at East 75th Street measures one (1) foot in length and four (4) feet in width for a total of four (4) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112489 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Cell Com Of Chicago, Inc.*

[O2014-4754]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cell Com of Chicago, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1429 West 18th Street. Said sign structure measures as follows: along West 18th Street, at eight point eight three (8.83) feet in length, two point five seven (2.57) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111962 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Central Milwaukee Currency Exchange, Inc.*

[O2014-4787]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Central Milwaukee Currency Exchange, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5306 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at ten (10) feet in length, ten (10) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 99 of 921 PageID #:2362

with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113149 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Charming Beauty.*

[O2014-4729]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Charming Beauty, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1021 West 79th Street. Said sign structure measures as follows: along West 79th Street, at nine (9) feet in length, six (6) feet in height and sixteen (16) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110293 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 100 of 921 PageID #:2363

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 5, 2013.

---

*Chicago Marriott Downtown.*

[O2014-4795]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chicago Marriott Downtown, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 540 North Michigan Avenue. Said sign structures measure as follows: along North Michigan Avenue, two (2) at three point five eight (3.58) feet in length, point one seven (.17) foot in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112994 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

*Chicago Park District.*
(Landscapings)

[O2014-4294]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chicago Park District, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, eight (8) landscapings on the public right-of-way for beautification purposes adjacent to its premises known as 412 West Chicago Avenue. Said landscapings at North Sedgwick Street measure four (4) at fifty-five (55) feet in length and six (6) feet in width for a total of one thousand three hundred twenty (1,320) square feet. Said landscapings at North Hudson Avenue measure four (4) at forty-five (45) feet in length and six (6) feet in width for a total of one thousand eighty (1,080) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112428 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Chicago Park District.*
(Planter Railings)

[O2014-4302]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chicago Park District, upon the terms and subject to the conditions of this ordinance, to maintain and use,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 102 of 921 PageID #:2365

as now constructed, five (5) planter railings on the public right-of-way for beautification purposes adjacent to its premises known as 412 West Chicago Avenue. Said planter railings at West Chicago Avenue measure five (5) at thirty (30) feet in length and six (6) feet in width for a total of nine hundred (900) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112431 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Chicago Park District.*
(Trees)

[O2014-4308]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chicago Park District, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, twenty-three (23) trees on the public right-of-way for beautification purposes adjacent to its premises known as 412 West Chicago Avenue. Said trees at North Hudson Avenue measure eight (8) at one (1) foot in length and point five (.5) foot in width for a total of four (4) square feet. Said trees at North Sedgwick Street measure eight (8) at one (1) feet in length and point five (.5) foot in width for a total of four (4) square feet. Said trees at West Chicago Avenue measure seven (7) at one (1) foot in length and point five (.5) foot in width for a total of three point five (3.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 103 of 921 PageID #:2366

with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112427 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*City Mart.*

[O2014-4730]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to City Mart, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 750 West 79th Street. Said sign structure measures as follows: along West 79th Street, at six (6) feet in length, five (5) feet in height and sixteen (16) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110180 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 104 of 921 PageID #:2367

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 5, 2013.

---

*City Sports On Michigan.*

[O2014-4560]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to City Sports on Michigan, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 11102 -- 11106 South Michigan Avenue. Said sign structure measures as follows: along East 111th Street, at sixteen point six seven (16.67) feet in length, two (2) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109482 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of three (3) years from and after date of passage.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 105 of 921 PageID #:2368

*Cosmo Superstore, Inc.*

[O2014-4741]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cosmo Superstore, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) fence on the public right-of-way adjacent to its premises known as 6250 South Cottage Grove Avenue. Said fence at South Cottage Grove Avenue measures one hundred fourteen (114) feet in length and point one seven (.17) foot in width for a total of nineteen point three eight (19.38) square feet. Existing fence is approximately six (6) feet in height. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113068 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Courtyard By Marriott Chicago.*

[O2014-4799]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Courtyard by Marriott Chicago, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, fifty-seven (57) decorative ornaments projecting over the public right-of-way adjacent to its premises known as 165 East Ontario Street. Existing decorative spires ornaments are attached to the building. Said decorative ornaments at East Ontario Street measure twenty (20) at three (3) feet in length and point five (.5) foot in width for a total

of thirty (30) square feet. Existing decorative spires are approximately one hundred twenty (120) to two hundred fifty (250) feet above grade level. Said decorative ornaments at North St. Clair Street measure eighteen (18) at three (3) feet in length and point five (.5) foot in width for a total of twenty-seven (27) square feet. Existing decorative spires are approximately one hundred twenty (120) feet to two hundred fifty (250) feet above grade level. Said decorative ornaments at public alley measure nineteen (19) at three (3) feet in length and point five (.5) foot in width for a total of twenty-eight point five (28.5) square feet. Existing decorative spires are approximately one hundred twenty (120) to two hundred fifty (250) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108943 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after September 10, 2013.

---

*Daily Parking, Inc.*

[O2014-4364]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Daily Parking, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 410 South Wabash Avenue. Said sign structures measure as follows: along South Wabash Avenue, two (2) at eight (8) feet in length, three (3) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by

the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112880 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*De Cero.*

[O2014-4313]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to De Cero, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) windscreen on the public right-of-way adjacent to its premises known as 812 -- 816 West Randolph Street. Said windscreen at West Randolph Street measures eight (8) feet in length and five (5) feet in width for a total of forty (40) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111589 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 108 of 921 PageID #:2371

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Dearborn Food Mart.*

[O2014-4805]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Dearborn Food Mart, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3509 North Halsted Street. Said sign structure measures as follows: along North Halsted Street, at eight point five (8.5) feet in length, three (3) feet in height and eight (8) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112820 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 11, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 109 of 921 PageID #:2372

*Delta Animal Hospital.*

[O2014-4298]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Delta Animal Hospital, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2105 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at four (4) feet in length, four (4) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113095 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Digital Green Sign.*

[O2014-4756]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Digital Green Sign, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2025 South Western Avenue. Said sign structure measures as follows: along South Western Avenue, at nine point five (9.5) feet in length, nine point five (9.5) feet in height and twenty (20) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file

with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1104971 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Dolex Dollar Express, Inc.*

[O2014-4743]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Dolex Dollar Express, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1838 West 47th Street. Said sign structure measures as follows: along West 47th Street, at twelve (12) feet in length, three (3) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112934 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Domestic Linen Supply Company, Inc.*

[O2014-4765]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Domestic Linen Supply Company, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4131 North Ravenswood Avenue. Said sign structure measures as follows: along North Ravenswood Avenue, at five (5) feet in length, three (3) feet in height and twenty (20) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113109 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

*DSO Properties LLC.*
(Bay Windows)

[O2014-4569]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to DSO Properties LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) bay windows projecting over the public right-of-way adjacent to its premises known as 3252 -- 3254 South Morgan Street. Said bay windows at South Morgan Street measure two (2) at twelve (12) feet in length and two point seven five (2.75) feet in width for a total of sixty-six (66) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113085 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*DSO Properties LLC.*
(Fire Escape)

[O2014-4585]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to DSO Properties LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) fire escape projecting over the public right-of-way

adjacent to its premises known as 3252 -- 3254 South Morgan Street. Said fire escape at South Morgan Street measures twenty-four point five eight (24.58) feet in length and four point nine two (4.92) feet in width for a total of one hundred twenty point nine three (120.93) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113086 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Dunkin Donuts.*

[O2014-4748]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Dunkin Donuts, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) landscapings on the public right-of-way for beautification purposes adjacent to its premises known as 5615 South Harlem Avenue. Said landscaping at South Harlem Avenue measures one (1) at eighty-six point six six (86.66) feet in length and six (6) feet in width for a total of five hundred nineteen point nine six (519.96) square feet. Said landscaping at South Harlem Avenue measures one (1) at twenty-four (24) feet in length and six (6) feet in width for a total of one hundred forty-four (144) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112982 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*East Bank Club.*
(Light Fixtures)

[O2014-4801]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to East Bank Club, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, twenty (20) light fixtures projecting over the public right-of-way adjacent to its premises known as 500 North Kingsbury Street. Said light fixtures at North Kingsbury Street measure twenty (20) at three (3) feet in length, one point five (1.5) feet in width and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112872 herein granted the sum of One Hundred Seventy and no/100 Dollars ($170.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 115 of 921 PageID #:2378

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*East Bank Club.*
(Security Camera)

[O2014-4803]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to East Bank Club, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) security camera projecting over the public right-of-way for security purposes adjacent to its premises known as 500 North Kingsbury Street. Said security camera at North Kingsbury Street measures one point five (1.5) feet in length, one (1) foot in width and thirteen point five (13.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112870 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 116 of 921 PageID #:2379

*Eataly.*

[O2014-4807]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Eataly, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 43 East Ohio Street. Said sign structures measure as follows: along 43 East Ohio Street, two (2) at three point three three (3.33) feet in length, two (2) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111640 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Elston Ace Hardware, Inc.*

[O2014-4568]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Elston Ace Hardware, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) building projection over the public right-of-way adjacent to its premises known as 2825 West Belmont Avenue. Said building projection at West Belmont Avenue measures ninety-eight point six seven (98.67) feet in length and one point two five (1.25) feet in width for a total of one hundred twenty-three point three four (123.34) square feet. Existing building projection is approximately seven (7) feet, five (5) inches above

grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112272 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*EM Lounge.*

[O2014-4478]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to EM Lounge, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4247 West Armitage Avenue. Said sign structure measures as follows: along West Armitage Avenue, at six (6) feet in length, three point five (3.5) feet in height and fifteen (15) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113074 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 118 of 921 PageID #:2381

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

## *Empire Cooler Service, Inc.*

[O2014-4315]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Empire Cooler Service, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 940 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at eight (8) feet in length, three (3) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112935 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

*Equity Office Properties Management Corporation.*

[O2014-4809]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Equity Office Properties Management Corporation, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) vault under the public right-of-way adjacent to its premises known as 2 North Riverside Plaza. Said vault at North Canal Street measures three hundred sixty-two point three eight (362.38) feet in length and twenty (20) feet in width for a total of seven thousand two hundred forty-seven point six (7,247.6) square feet. Existing vault beneath the public way is used to house building water, steam, sewer piping, electrical power and storage. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112168 herein granted the sum of Thirty-two Thousand Four Hundred Sixty-nine and no/100 Dollars ($32,469.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 25, 2014.

---

*Jesus Estrella.*

[O2014-4590]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Jesus Estrella, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now

constructed, one (1) staircase on the public right-of-way adjacent to its premises known as 2259 South Whipple Street. Said staircase at South Whipple Street measures eighteen (18) feet in length and three point five (3.5) feet in width for a total of sixty-three (63) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112906 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Exedus II.*

[O2014-4788]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Exedus II, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3477 North Clark Street. Said sign structure measures as follows: along North Clark Street, at four (4) feet in length, five (5) feet in height and ten point six seven (10.67) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112815 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Express Food Mart & Cellular.*

[O2014-4588]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Express Food Mart & Cellular, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 11058 South Wentworth Avenue. Said sign structure measures as follows: along South Wentworth Avenue, one (1) at ten point five (10.5) feet in length, eight point three three (8.33) feet in height and fifteen point five eight (15.58) feet above grade level. Said sign structure measures as follows: along South Wentworth Avenue, one (1) at ten point five (10.5) feet in length, four point five eight (4.58) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1096528 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 122 of 921 PageID #:2385

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Fifth Third Bank.*

[O2014-4806]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Fifth Third Bank, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3601 North Broadway. Said sign structure measures as follows: along North Broadway, at five point zero eight (5.08) feet in length, five point one seven (5.17) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112939 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

*Foremost Liquor Center.*

[O2014-4790]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Foremost Liquor Center, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 5301 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, one (1) at twelve point five eight (12.58) feet in length, six point five eight (6.58) feet in height and thirteen point five eight (13.58) feet above grade level. Said sign structure measures as follows: along North Milwaukee Avenue and North Central Avenue, one (1) at ten (10) feet in length, seven point five eight (7.58) feet in height and eleven point two five (11.25) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113048 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Fullerton Hotel.*

[O2014-4602]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Fullerton Hotel,

upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3919 West Fullerton Avenue. Said sign structure measures as follows: along West Fullerton Avenue, at four point six seven (4.67) feet in length, eight point seven five (8.75) feet in height and twenty-two point five (22.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113081 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Gibsons LLC.*

[O2014-4811]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Gibsons LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) balcony projecting over the public right-of-way adjacent to its premises known as 1027 North State Street. Said balcony at North State Street measures fourteen point six (14.6) feet in length and three point six (3.6) feet in width for a total of fifty-two point five six (52.56) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112896 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 21, 2014.

---

*GLL Properties 444 North Michigan L.P.*

[O2014-4813]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to GLL Properties 444 North Michigan L.P., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, occupation of space on the public right-of-way adjacent to its premises known as 444 North Michigan Avenue. Existing occupation of space is used for a wrought iron fence on lower North Michigan Avenue with an emergency generator within the enclosed area. Said occupation of space at lower North Michigan Avenue measures eighty-eight point two five (88.25) feet in length and thirty-three point seven five (33.75) feet in width for a total of two thousand nine hundred seventy-eight point four four (2,978.44) square feet. Enclosure of this area of the right-of-way will provide additional security and safety for the occupants of the office building. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111054 herein granted the sum of Six Thousand Six Hundred Seventy-one and no/100 Dollars ($6,671.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Gold Star Bar, Inc.*

[O2014-4299]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Gold Star Bar, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1755 West Division Street. Said sign structure measures as follows: along West Division Street, at four (4) feet in length, fourteen (14) feet in height and sixteen (16) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113025 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Goose Island Shrimp House, Inc.*

[O2014-4504]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Goose Island Shrimp House, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1013 West Division Street. Said sign structure measures as follows: along West Division Street, at five (5) feet in length, eleven point five (11.5) feet in height and ten point two five (10.25) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113099 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Great Clips.*

[O2014-4655]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Great Clips, upon

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 128 of 921 PageID #:2391

the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2506 North Clark Street. Said sign structure measures as follows: along North Clark Street, at fifteen (15) feet in length, two point five (2.5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111276 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*H&W Dental.*

[O2014-4745]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to H&W Dental, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 9612 South Halsted Street. Said sign structure measures as follows: along South Halsted Street, at twelve (12) feet in length, three (3) feet in height and nineteen point seven five (19.75) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 129 of 921 PageID #:2392

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111279 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Half Acre Beer Company.*

[O2014-4767]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Half Acre Beer Company, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 4257 North Lincoln Avenue. Said sign structure measures as follows: along North Lincoln Avenue, one (1) at twenty-three point six seven (23.67) feet in length, four point six seven (4.67) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along North Lincoln Avenue, one (1) at four (4) feet in length, four (4) feet in height and twenty-two (22) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112920 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 130 of 921 PageID #:2393

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Shigeyo Henriquez.*

[O2014-4553]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Shigeyo Henriquez, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) stone copings (limestone/cornerstone) at base of building facade projecting over the public right-of-way adjacent to its premises known as 2223 West Roscoe Street. Said stone copings (limestone/cornerstone) at West Roscoe Street measure one (1) at one point six two (1.62) feet in length and point three one (.31) foot in width for a total of point five (.5) square foot, one (1) at six point zero eight (6.08) feet in length and point three one (.31) foot in width for a total of one point eight eight (1.88) square feet and one (1) at one point three eight (1.38) feet in length and point three one (.31) foot in width for a total of point four three (.43) square foot. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111263 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 131 of 921 PageID #:2394

*Hollywood Grill.*

[O2014-4301]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hollywood Grill, upon the terms and subject to the conditions of this ordinance, to maintain and use five (5) signs projecting over the public right-of-way attached to its premises known as 1601 West North Avenue. Said sign structure measures as follows: along North Ashland Avenue, one (1) at thirty (30) feet in length, two (2) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along North Ashland Avenue, one (1) at seven (7) feet in length, one (1) foot in height and nine (9) feet above grade level. Said sign structure measures as follows: along West North Avenue, one (1) at three (3) feet in length, sixteen point five (16.5) feet in height and nine point six seven (9.67) feet above grade level. Said sign structure measures as follows: along West North Avenue, one (1) at twenty (20) feet in length, two (2) feet in height and one point six seven (1.67) feet above grade level. Said sign structure measures as follows: along West North Avenue, one (1) at seven (7) feet in length, one (1) foot in height and nine point six seven (9.67) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113127 herein granted the sum of One Thousand Seventy-five and no/100 Dollars ($1,075.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Horween Leather Company.*

[O2014-4506]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Horween Leather Company, upon the terms and subject to the conditions of this ordinance, to maintain and

use, as now constructed, to occupy and use one thousand four hundred eighty-one point six seven (1,481.67) square feet of space for the purpose of housing three (3) sheds and a hopper extending to the roof at the rear of the building located at 2015 -- 2021 North Elston Avenue on the westerly side of the sixty-six (66) foot right-of-way of North Mendell Street. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113110 herein granted the sum of One Thousand Four Hundred Fifty-one and no/100 Dollars ($1,451.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 1, 2014.

---

*Hotel Allegro.*
(Earth Retention Systems)

[O2014-4815]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hotel Allegro, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) earth retention systems under the public right-of-way adjacent to its premises known as 171 West Randolph Street. Said earth retention system at North Wells Street measures one (1) at twenty-four (24) feet in length and one point two five (1.25) feet in width for a total of thirty (30) square feet. Existing earth retention system is approximately thirty-two (32) feet below grade level. Said earth retention system at West Court Place measures one (1) at twenty-eight (28) feet in length and one point four two (1.42) feet in width for a total of thirty-nine point seven six (39.76) square feet. Existing earth retention system is approximately thirty-two (32) feet below grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination).

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 133 of 921 PageID #:2396

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112847 herein granted the sum of Eight Hundred and no/100 Dollars ($800.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Hotel Allegro.*
(Flagpoles)

[O2014-4818]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hotel Allegro, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) flagpoles projecting over the public right-of-way adjacent to its premises known as 171 West Randolph Street. Said flagpoles at West Randolph Street measure two (2) at sixteen (16) feet in length and one (1) foot in width for a total of thirty-two (32) square feet and one (1) at sixteen (16) feet in length and one (1) foot in width for a total of sixteen (16) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112828 herein granted the sum of Two Hundred Twenty-five and no/100 Dollars ($225.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Hotel Allegro.*
(Vaults)

[O2014-4819]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hotel Allegro, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) vaults under the public right-of-way adjacent to its premises known as 171 West Randolph Street. Said vault at West Randolph Street measures one (1) at two hundred fifty-six (256) feet in length and fifteen point five (15.5) feet in width for a total of three thousand nine hundred sixty-eight (3,968) square feet. Said vault at North Wells Street measures one (1) at one hundred thirty-three point five (133.5) feet in length and fifteen point five (15.5) feet in width for a total of two thousand sixty-nine point two five (2,069.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112831 herein granted the sum of Thirty-three Thousand Four Hundred Fifty and no/100 Dollars ($33,450.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 135 of 921 PageID #:2398

*Hugo's Frog Bar.*

[O2014-4822]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hugo's Frog Bar, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) balconies projecting over the public right-of-way adjacent to its premises known as 1024 North Rush Street. Said balconies at North Rush Street measure four (4) at eight point five (8.5) feet in length and four (4) feet in width for a total of one hundred thirty-six (136) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112898 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 21, 2014.

---

*Hyatt Place.*

[O2014-4824]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hyatt Place, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) door swing on the public right-of-way adjacent to its premises known as 28 North Franklin Street. Said door swing at North Franklin Street measures six point five (6.5) feet in length and two point five eight (2.58) feet in width for a total of sixteen point seven seven (16.77) square feet. The location of said privilege shall be as shown on print(s) kept

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 136 of 921 PageID #:2399

on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113080 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Indie Cafe.*

[O2014-4780]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Indie Cafe, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use two (2) light fixtures projecting over the public right-of-way adjacent to its premises known as 5951 -- 5953 North Broadway. Said light fixtures at North Broadway measure two (2) at one point five (1.5) feet in length, one point five (1.5) feet in width and ten point eight three (10.83) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113156 herein granted the sum of Eighty and no/100 Dollars ($80.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 137 of 921 PageID #:2400

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

## *Irving-Cicero Currency Exchange, Inc.*

[O2014-4792]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Irving-Cicero Currency Exchange, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 4814 West Irving Park Road. Said sign structure measures as follows: along West Irving Park Road, one (1) at eight (8) feet in length, ten (10) feet in height and nine point six (9.6) feet above grade level. Said sign structure measures as follows: along North Milwaukee Avenue, one (1) at eight (8) feet in length, ten (10) feet in height and nine point six (9.6) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112941 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 138 of 921 PageID #:2401

*Ivory Cleaners.*

[O2014-4751]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ivory Cleaners, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3857 West Roosevelt Road. Said sign structure measures as follows: along West Roosevelt Road, at four (4) feet in length, six (6) feet in height and thirteen (13) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110589 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after December 17, 2013.

---

*Jaks Tap.*

[O2014-4365]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Jaks Tap, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 901 West Jackson Boulevard. Said sign structure measures as follows: along West Jackson Boulevard, at one (1) foot in length, eight (8) feet in height and eighteen (18) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 139 of 921 PageID #:2402

shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112798 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 30, 2013.

---

*Julius Meinl.*

[O2014-4768]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Julius Meinl, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 4363 North Lincoln Avenue. Said sign structure measures as follows: along North Lincoln Avenue, one (1) at sixteen (16) feet in length, point six six (.66) foot in height and nine (9) feet above grade level. Said sign structure measures as follows: along West Montrose Avenue, one (1) at sixteen (16) feet in length, point six six (.66) foot in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112821 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 140 of 921 PageID #:2403

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

## *K.R.K. International Corporation.*

[O2014-4760]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to K.R.K. International Corporation, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6401 North Campbell Avenue. Said sign structure measures as follows: along North Campbell Avenue, at five (5) feet in length, six (6) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110834 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

*Kaiser Tiger.*

[O2014-4317]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Kaiser Tiger, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, eleven (11) light fixtures projecting over the public right-of-way adjacent to its premises known as 1415 West Randolph Street. Said light fixtures at West Randolph Street measure eleven (11) at one (1) foot in length, two point three three (2.33) feet in width and sixteen (16) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112842 herein granted the sum of One Hundred Twenty-five and no/100 Dollars ($125.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Neil Kauffman.*

[O2014-4507]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Neil Kauffman, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1944 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at five (5) feet in length, three (3) feet in height and eleven point three three (11.33) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the

Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113039 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Kedzie Elston C.E., Inc.*

[O2014-4608]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Kedzie Elston C.E., Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3510 North Kedzie Avenue. Said sign structure measures as follows: along North Kedzie Avenue, at twenty-two (22) feet in length, two (2) feet in height and ten point five (10.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113148 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 143 of 921 PageID #:2406

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

### *KHRG Allegro LLC.*

[O2014-4825]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to KHRG Allegro LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 161 West Randolph Street. Said sign structure measures as follows: along West Randolph Street, at four point nine two (4.92) feet in length, fifteen point three three (15.33) feet in height and ten point four two (10.42) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112827 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

*King Food & Liquor.*

[O2014-4732]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to King Food & Liquor, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6759 South Western Avenue. Said sign structure measures as follows: along South Western Avenue, at ten (10) feet in length, four (4) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1106514 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 14, 2013.

---

*Kingston Reflexology LLC.*

[O2014-4794]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Kingston Reflexology LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4034 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at thirteen (13) feet in length, two (2) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file

with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111945 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*L' Patron.*

(2815 W. Diversey Ave.)

[O2014-4615]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to L' Patron, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) windscreen on the public right-of-way adjacent to its premises known as 2815 West Diversey Avenue. Said windscreen at West Diversey Avenue measures five point three three (5.33) feet in length and one (1) foot in width for a total of five point three three (5.33) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112737 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 146 of 921 PageID #:2409

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*L'Patron.*

(2817 W. Diversey Ave.)

[O2014-4618]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to L'Patron, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) windscreen on the public right-of-way adjacent to its premises known as 2817 West Diversey Avenue. Said windscreen at West Diversey Avenue measures seven (7) feet in length and one (1) foot in width for a total of seven (7) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112738 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 147 of 921 PageID #:2410

*La Azteca Paleteria.*

[O2014-4752]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to La Azteca Paleteria, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3018 West Cermak Road. Said sign structure measures as follows: along West Cermak Road, at four point four two (4.42) feet in length, five (5) feet in height and fourteen point three three (14.33) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111044 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*La Canasta Bakery, Inc.*

[O2014-4769]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to La Canasta Bakery, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) fire shutters projecting over the public right-of-way

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 148 of 921 PageID #:2411

adjacent to its premises known as 3575 West Armitage Avenue. Said fire shutters at West Armitage Avenue measure one (1) at three point seven five (3.75) feet in length and point three three (.33) foot in width for a total of one point two four (1.24) square feet and two (2) at eight point five eight (8.58) feet in length and point three three (.33) foot in width for a total of five point six six (5.66) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110816 herein granted the sum of One Thousand Two Hundred and no/100 Dollars ($1,200.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Lakeview Ace Hardware, Inc.*

[O2014-4816]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lakeview Ace Hardware, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 3921 North Sheridan Road. Said sign structures measure as follows: along North Sheridan Road, one (1) at fifteen (15) feet in length, three (3) feet in height and fourteen (14) feet above grade level and one (1) at six (6) feet in length, four (4) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 149 of 921 PageID #:2412

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1098735 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Language Stars LLC.*

[O2014-4808]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Language Stars LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4846 North Clark Street. Said sign structure measures as follows: along North Clark Street, at eight (8) feet in length, one point one seven (1.17) feet in height and thirteen point one seven (13.17) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111621 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 150 of 921 PageID #:2413

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Lehigh Dental Care Ltd.*

[O2014-4778]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lehigh Dental Care Ltd., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6420 North Lehigh Avenue. Said sign structure measures as follows: along North Lehigh Avenue, at eight (8) feet in length, six (6) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112954 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 151 of 921 PageID #:2414

*Lincoln Antique Mall.*

[O2014-4571]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lincoln Antique Mall, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3115 West Irving Park Road. Said sign structure measures as follows: along West Irving Park Road, at eight point six seven (8.67) feet in length, five (5) feet in height and eleven point five (11.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112993 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 11, 2014.

---

*Lou Malnati's Pizzeria.*

[O2014-4320]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lou Malnati's Pizzeria, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, six (6) door swings on the public right-of-way adjacent to its premises known as 1235 West Randolph Street. Said door swings at West Randolph Street measure

six (6) at one (1) foot in length and two point zero eight (2.08) feet in width for a total of twelve point four eight (12.48) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112535 herein granted the sum of Four Hundred Fifty and no/100 Dollars ($450.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Macy's Retail Holdings, Inc.*

[O2014-4826]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Macy's Retail Holdings, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, an ornamental entrance on the public right-of-way adjacent to its premises known as 111 North State Street. Existing ornamental entrance supported by four (4) columns in the sidewalk space on the east side of North State Street, between East Washington Street and East Randolph Street, the bases of each supporting columns not to exceed six (6) feet, six (6) inches by ninety-four (94) feet, ten (10) inches adjacent to its premises known as 111 North State Street. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 153 of 921 PageID #:2416

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111653 herein granted the sum of One Thousand Five Hundred Fifty-six and no/100 Dollars ($1,556.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 30, 2014.

---

*Madison LaSalle Partners LLC.*

[O2014-4827]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Madison LaSalle Partners LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) cornices projecting over the public right-of-way adjacent to its premises known as 10 South LaSalle Street. Said cornice at South LaSalle Street measures one (1) at one hundred ninety-four point seven five (194.75) feet in length and two point three three (2.33) feet in width for a total of four hundred fifty-three point seven seven (453.77) square feet. Existing cornice encroaches over the public way at the third (3rd) floor. Said cornice at West Madison Street measures one (1) at one hundred sixteen (116) feet in length and two point three three (2.33) feet in width for a total of two hundred seventy point two eight (270.28) square feet. Existing cornice encroaches over the public way at the third (3rd) floor. Said cornice at West Arcade Place measures one (1) at twenty-seven point three three (27.33) feet in length and two point three three (2.33) feet in width for a total of sixty-three point six eight (63.68) square feet. Existing cornice encroaches over the public way at the third (3rd) floor. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112264 herein granted the sum of One Thousand Eight Hundred Two and no/100 Dollars ($1,802.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 2, 2014.

---

*Madison Street Gold Exchange, Inc.*

[O2014-4322]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Madison Street Gold Exchange, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5134 West Madison Street. Said sign structure measures as follows: along West Madison Street, at eight (8) feet in length, eight (8) feet in height and sixteen point four one (16.41) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112801 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 9, 2013.

---

*Maggiano's Little Italy.*
(Light Fixtures)

[O2014-4828]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Maggiano's Little Italy, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, seven (7) light fixtures projecting over the public right-of-way adjacent to its premises known as 516 North Clark Street. Said light fixtures at North Clark Street (flood) measure four (4) at point six seven (.67) foot in length, point five (.5) foot in width and fifteen (15) feet above grade level. Said light fixtures at West Grand Avenue (flood) measure two (2) at point six seven (.67) foot in length, point five (.5) foot in width and thirty (30) feet above grade level. Said light fixture at West Grand Avenue (goose neck) measures one (1) at one (1) foot in length, three (3) feet in width and seven point five eight (7.58) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112887 herein granted the sum of One Hundred Five and no/100 Dollars ($105.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 156 of 921 PageID #:2419

*Maggiano's Little Italy.*
(Park Bench)

[O2014-4831]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Maggiano's Little Italy, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) park bench on the public right-of-way adjacent to its premises known as 516 North Clark Street. Said park bench at North Clark Street measures four (4) feet in length and two (2) feet in width for a total of eight (8) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112813 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Maggiano's Little Italy.*
(Sign)

[O2014-4833]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Maggiano's Little Italy, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 516 North Clark Street. Said sign structure measures as follows: along North Clark Street,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 157 of 921 PageID #:2420

at three point four two (3.42) feet in length, ten point five (10.5) feet in height and ten point three three (10.33) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112809 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Magic Johnson Bridgescape Academy.*

[O2014-4595]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Magic Johnson Bridgescape Academy, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 10928 South Halsted Street. Said sign structures measure as follows: along South Halsted Street, one (1) at six (6) feet in length, nine point one seven (9.17) feet in height and nine (9) feet above grade level and one (1) at eleven (11) feet in length, three point six seven (3.67) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 158 of 921 PageID #:2421

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111692 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Mariano's No. 8522.*

[O2014-4782]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Mariano's Number 8522, upon the terms and subject to the conditions of this ordinance, to maintain and use four (4) signs projecting over the public right-of-way attached to its premises known as 5201 North Sheridan Road. Said sign structures measure as follows: along North Sheridan Road, two (2) at fifteen (15) feet in length, six point five eight (6.58) feet in height and twenty-five (25) feet above grade level. Said sign structure measures as follows: along West Foster Avenue, one (1) at fifteen (15) feet in length, six point five eight (6.58) feet in height and twenty-five (25) feet above grade level. Said sign structure measures as follows: along North Sheridan Road, one (1) at fifteen (15) feet in length, one point two five (1.25) feet in height and twenty (20) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111012 herein granted the sum of One Thousand and no/100 Dollars ($1,000.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 159 of 921 PageID #:2422

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Mariano's No. 8527 Ukranian Village.*

[O2014-4309]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Mariano's Number 8527 Ukranian Village, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2021 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at nineteen point four two (19.42) feet in length, eight point five (8.5) feet in height and twenty-four (24) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111011 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*MB Financial Bank.*

[O2014-4836]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to MB Financial Bank, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 33 West Huron Street. Said sign structures measure as follows: along North Dearborn Street, one (1) at five (5) feet in length, five (5) feet in height and twelve (12) feet above grade level and one (1) at nine point five (9.5) feet in length, two (2) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113069 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*Mexico Sons Muffler & Brakes.*

[O2014-4725]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Mexico Sons Muffler & Brakes, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5700 South Western Avenue. Said sign structure measures as follows: along

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 161 of 921 PageID #:2424

South Western Avenue, at fourteen (14) feet in length, seven (7) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113185 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Michalik Funeral Home.*

[O2014-4332]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Michalik Funeral Home, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1056 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at six (6) feet in length, four point three three (4.33) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113016 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Millennium Trolley Tours LLC.*

[O2014-4838]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Millennium Trolley Tours LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) booth on the public right-of-way adjacent to its premises known as 30 North Michigan Avenue. Said booth at North Michigan Avenue measures two (2) feet in length and one point five (1.5) feet in width for a total of three (3) square feet. Booth shall be approximately thirty-three (33) inches in height. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111767 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 163 of 921 PageID #:2426

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Monterrey Security Consultants, Inc.*

[O2014-4758]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Monterrey Security Consultants, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 2232 South Blue Island Avenue. Said sign structure measures as follows: along South Blue Island Avenue, one (1) at twenty (20) feet in length, four (4) feet in height and twelve (12) feet above grade level. Said sign structure measures as follows: along 1649 West Cermak Road, one (1) at eight (8) feet in length, four (4) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112933 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Moran Body Shop.*

[O2014-4749]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Moran Body Shop,

upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5243 South Archer Avenue. Said sign structure measures as follows: along South Archer Avenue, at six (6) feet in length, four (4) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112658 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 30, 2013.

---

*Morland Coin Laundry.*

[O2014-4755]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Morland Coin Laundry, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1522 West Morse Avenue. Said sign structure measures as follows: along West Morse Avenue, at twenty-three (23) feet in length, two (2) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 165 of 921 PageID #:2428

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1103722 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Mrs. Murphy And Sons Irish Bistro.*

[O2014-4770]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Mrs. Murphy and Sons Irish Bistro, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3905 North Lincoln Avenue. Said sign structure measures as follows: along North Lincoln Avenue, at six point six seven (6.67) feet in length, three (3) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113112 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*My Wireless Store 1021, Inc.*

[O2014-4622]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to My Wireless Store 1021, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4751 West North Avenue. Said sign structure measures as follows: along West North Avenue, at twelve (12) feet in length, two point five (2.5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110845 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*New Balance Chicago.*

[O2014-4656]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to New Balance Chicago, upon the terms and subject to the conditions of this ordinance, to maintain and use four (4) signs projecting over the public right-of-way attached to its premises known as 2369 North Clark Street. Said sign structure measures as follows: along North Clark Street, one (1) at twelve (12) feet in length, two point five (2.5) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along North Clark Street, one (1) at twelve (12) feet in length, two point five (2.5) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along North Clark Street, one (1) at six (6) feet in length, five (5) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along North Clark Street, one (1) at six (6) feet in length, five (5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112980 herein granted the sum of One Thousand Two Hundred and no/100 Dollars ($1,200.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after September 10, 2013.

---

*New Chicago Restaurant.*

[O2014-4772]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to New Chicago Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 168 of 921 PageID #:2431

use one (1) sign projecting over the public right-of-way attached to its premises known as 5100 North Western Avenue. Said sign structure measures as follows: along North Western Avenue, at two point one seven (2.17) feet in length, nine (9) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113123 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*New Devon Video.*

[O2014-4762]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to New Devon Video, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6405 North Oakley Avenue. Said sign structure measures as follows: along North Oakley Avenue, at four (4) feet in length, four (4) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 169 of 921 PageID #:2432

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111894 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 30, 2013.

---

*North Community Bank.*

[O2014-4510]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to North Community Bank, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1401 West Belmont Avenue. Said sign structure measures as follows: along West Belmont Avenue, at eight point five (8.5) feet in length, seven (7) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113100 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 170 of 921 PageID #:2433

*North Park University.*

[O2014-4575]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to North Park University, upon the terms and subject to the conditions of this ordinance, to maintain and occupy a portion of the public right-of-way along North Albany Avenue adjacent to its premises known as 5137 North Albany Avenue. Existing occupation of space consist of green space along the east side of North Albany Avenue fencing, two (2) dugouts, a retaining wall, three light poles viewing stands all or portions which encumber in the public way for a total of three thousand seven hundred eight (3,708) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110943 herein granted the sum of Four Thousand Four Hundred Thirty-eight and no/100 Dollars ($4,438.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 5, 2013.

---

*North River Commission.*

[O2014-4583]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to North River Commission, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) kiosk on the public right-of-way adjacent to its premises known as 3365 West Lawrence Avenue. Said kiosk at West Lawrence Avenue measures

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 171 of 921 PageID #:2434



three point five (3.5) feet in length and three point five (3.5) feet in width for a total of twelve point two five (12.25) square feet. Said kiosk shall be approximately fourteen (14) feet in height. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109702 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Northwestern University/Chicago Campus.*
(Caissons)

[O2014-4878]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Northwestern University/Chicago Campus, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, ten (10) caissons under the public right-of-way adjacent to its premises known as 321 East Erie Street. Said caissons at East Erie Street measure one (1) at nine (9) feet in length and two (2) feet in width for a total of eighteen (18) square feet, one (1) at eight (8) feet in length and three (3) feet in width for a total of twenty-four (24) square feet, one (1) at five (5) feet in length and two (2) feet in width for a total of ten (10) square feet, one (1) at nine (9) feet in length and three (3) feet in width for a total of twenty-seven (27) square feet and one (1) at eight (8) feet in length and three (3) feet in width for a total of twenty-four (24) square feet. Said caissons at East Ontario Street measure one (1) at nine (9) feet in length and two (2) feet in width for a total of eighteen (18) square feet, one (1) at eight (8) feet in length and three (3) feet in width for a total of twenty-four (24) square feet, one (1) at five (5) feet in length and two (2) feet in width for a total of ten (10) square feet, one (1) at nine (9) feet in length and three (3) feet in width for

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 172 of 921 PageID #:2435

a total of twenty-seven (27) square feet and one (1) at eight (8) feet in length and three (3) feet in width for a total of twenty-four (24) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112341 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 31, 2014.

---

*Northwestern University/Chicago Campus.*
(Sheetings)

[O2014-4841]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Northwestern University/Chicago Campus, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) area sheetings under the public right-of-way adjacent to its premises known as 321 East Erie Street. Said sheetings at East Erie Street measure two (2) at one (1) foot in length and eight (8) feet in width for a total of sixteen (16) square feet. Said sheetings at East Ontario Street measure two (2) at one (1) foot in length and eight (8) feet in width for a total of sixteen (16) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112313 herein granted the sum of Eight Hundred and no/100 Dollars ($800.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 31, 2014.

---

*Northwestern University/Chicago Campus.*
(Tree Grates)

[O2014-4844]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Northwestern University/Chicago Campus, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) tree grates on the public right-of-way adjacent to its premises known as 321 East Erie Street. Said tree grates at East Ontario Street measure two (2) at six (6) feet in length and six (6) feet in width for a total of seventy-two (72) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112656 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 174 of 921 PageID #:2437

Authority herein given and granted for a period of five (5) years from and after March 31, 2014.

---

*The Ogden.*

[O2014-4371]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The Ogden, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1659 West Ogden Avenue. Said sign structure measures as follows: along West Ogden Avenue, at two point three three (2.33) feet in length, ten (10) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111666 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*O'Malley's Liquor Kitchen.*

[O2014-4820]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to O'Malley's Liquor Kitchen, upon the terms and subject to the conditions of this ordinance, to maintain and use

two (2) signs projecting over the public right-of-way attached to its premises known as 3551 North Sheffield Avenue. Said sign structure measures as follows: along North Sheffield Avenue, one (1) at ten (10) feet in length, eight point three three (8.33) feet in height and nine (9) feet above grade level. Said sign structure measures as follows: along North Sheffield Avenue, one (1) at eight (8) feet in length, six (6) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113116 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 9, 2013.

---

*Optima, Inc.*

[O2014-4839]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Optima, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, seventeen (17) caissons under the public right-of-way adjacent to its premises known as 214 -- 236 East Illinois Street. Said caissons at East Grand Avenue measure one (1) at seventy-four point five six (74.56) feet in length and twelve (12) feet in width for a total of eight hundred ninety-four point seven two (894.72) square feet. Existing caisson is approximately ninety (90) feet in depth, two (2) at seventy-four (74) feet in length and eight (8) feet in width for a total of one thousand one hundred eighty-four (1,184) square feet. Existing caissons are approximately ninety (90) feet in depth, one (1) at sixty-nine point one seven (69.17) feet in length and eight (8) feet in width for a total of five hundred fifty-three point three six (553.36) square feet. Existing caisson is approximately ninety (90) feet in

depth, one (1) at seventy-five point five (75.5) feet in length and eight (8) feet in width for a total of six hundred four (604) square feet. Existing caisson is approximately ninety-one (91) feet in depth, one (1) at seventy-four point one three (74.13) feet in length and eight (8) feet in width for a total of five hundred ninety-three point zero four (593.04) square feet. Existing caisson is approximately ninety (90) feet in depth, one (1) at seventy-four point five eight (74.58) feet in length and eight (8) feet in width for a total of five hundred ninety-six point six four (596.64) square feet. Existing caisson is approximately ninety (90) feet in depth, one (1) at seventy-four point nine one (74.91) feet in length and eight (8) feet in width for a total of five hundred ninety-nine point two eight (599.28) square feet. Existing caisson is approximately ninety (90) feet in depth and one (1) at seventy-five point two five (75.25) feet in length and ten (10) feet in width for a total of seven hundred fifty-two point five (752.5) square feet. Existing caisson is approximately ninety-one (91) feet in depth. Said caissons at East Illinois Street measure one (1) at ninety point two two (90.22) feet in length and twelve (12) feet in width for a total of one thousand eighty-two point six four (1,082.64) square feet. Existing caisson is approximately ninety-three (93) feet in depth, one (1) at ninety-one point three three (91.33) feet in length and twelve (12) feet in width for a total of one thousand ninety-five point nine six (1,095.96) square feet. Existing caisson is approximately ninety-four (94) feet in depth, one (1) at ninety point three three (90.33) feet in length and twelve (12) feet in width for a total of one thousand eighty-three point nine six (1,083.96) square feet. Existing caisson is approximately ninety-three (93) feet in depth, one (1) at eighty-eight point nine two (88.92) feet in length and thirteen (13) feet in width for a total of one thousand one hundred fifty-five point nine six (1,155.96) square feet. Existing caisson is approximately ninety-four (94) feet in depth, one (1) at eighty-three point five (83.5) feet in length and thirteen (13) feet in width for a total of one thousand eighty-five point five (1,085.5) square feet. Existing caisson is approximately ninety-four (94) feet in depth, one (1) at eighty-one point one seven (81.17) feet in length and thirteen (13) feet in width for a total of one thousand fifty-five point two one (1,055.21) square feet. Existing caisson is approximately ninety-two (92) feet in depth, one (1) at eighty-nine (89) feet in length and thirteen (13) feet in width for a total of one thousand one hundred fifty-seven (1,157) square feet. Existing caisson is approximately ninety-two (92) feet in depth and one (1) at eighty-six point five (86.5) feet in length and sixteen (16) feet in width for a total of one thousand three hundred eighty-four (1,384) square feet. Existing caisson is approximately ninety-two (92) feet in depth. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112817 herein granted the sum of Nine Thousand Five Hundred Twenty-two and no/100 Dollars ($9,522.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*The Original Hair Designers.*

[O2014-4869]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The Original Hair Designers, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 134 North Wells Street. Said sign structure measures as follows: along North Wells Street, at one point eight three (1.83) feet in length, six point two five (6.25) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112729 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

*Paramount Lofts Condominium Association.*
(Balconies)

[O2014-4373]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Paramount Lofts Condominium Association, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one hundred forty (140) balconies projecting over the public right-of-way adjacent to its premises known as 1645 West Ogden Avenue. Said balconies at West Ogden Avenue measure one hundred forty (140) at twelve point four (12.4) feet in length and five (5) feet in width for a total of eight thousand six hundred eighty (8,680) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112944 herein granted the sum of Ten Thousand Five Hundred and no/100 Dollars ($10,500.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Paramount Lofts Condominium Association.*
(Grease Separator)

[O2014-4390]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Paramount Lofts Condominium Association, upon the terms and subject to the conditions of this ordinance, to

maintain and use, as now constructed, one (1) grease separator under the public right-of-way adjacent to its premises known as 1645 West Ogden Avenue. Said grease separator at West Ogden Avenue measures ten (10) feet in length and five (5) feet in width for a total of fifty (50) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development), the Department of Transportation (Office of Underground Coordination) and the Department of Water Management.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112945 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 12, 2013.

---

*Pearl Beauty.*

[O2014-4634]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Pearl Beauty, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6120 North Pulaski Road. Said sign structure measures as follows: along North Pulaski Road, at fifteen (15) feet in length, one point five (1.5) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 180 of 921 PageID #:2443

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110269 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Pet Supplies Plus.*

[O2014-4310]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Pet Supplies Plus, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1289 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at twenty-nine point nine two (29.92) feet in length, two point five eight (2.58) feet in height and eighteen (18) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109644 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 181 of 921 PageID #:2444

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Petco.*

[O2014-4396]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Petco, upon the terms and subject to the conditions of this ordinance, to maintain and use three (3) signs projecting over the public right-of-way attached to its premises known as 611 West Roosevelt Road. Said sign structures measure as follows: along West Roosevelt Road, one (1) at twelve point zero eight (12.08) feet in length, two point four six (2.46) feet in height and fourteen (14) feet above grade level, one (1) at ten (10) feet in length, four (4) feet in height and fourteen (14) feet above grade level and one (1) at twenty-six point six seven (26.67) feet in length, five point eight seven (5.87) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109937 herein granted the sum of Nine Hundred and no/100 Dollars ($900.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Picante's Authentaco.*

[O2014-4314]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Picante's Authentaco, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, five (5) light fixtures projecting over the public right-of-way adjacent to its premises known as 1141 North Ashland Avenue. Said light fixtures at North Ashland Avenue measure four (4) at two (2) feet in length, three (3) feet in width and thirteen (13) feet above grade level and one (1) at two (2) feet in length, three (3) feet in width and seventeen (17) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112816 herein granted the sum of Ninety-five and no/100 Dollars ($95.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Podlasie.*

[O2014-4480]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Podlasie, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2918 North Central Park Avenue. Said sign structure measures as follows: along North Central Park Avenue, at

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 183 of 921 PageID #:2446

eight point three three (8.33) feet in length, four point one seven (4.17) feet in height and fifteen point six seven (15.67) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113018 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Polk & Western, Inc.*

[O2014-4380]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Polk & Western, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) fire shutter projecting over the public right-of-way adjacent to its premises known as 749 South Western Avenue. Said fire shutter at South Western Avenue measures nineteen (19) feet in length and one point one seven (1.17) feet in width for a total of twenty-two point two three (22.23) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109933 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 5, 2013.

---

*Prairie Material.*

[O2014-4383]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Prairie Material, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, occupation of space under the public right-of-way adjacent to its premises known as 835 North Peoria Street. Existing occupation of space is used for storage of vehicles and other personal property underneath the roadway overpass for the bridge over the Chicago River at West Chicago Avenue and North Halsted Street. Said occupation of space at North Halsted Street measures three hundred seventy-two (372) feet in length and forty-seven (47) feet in width for a total of seventeen thousand four hundred eighty-four (17,484) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112504 herein granted the sum of Three Thousand Eight Hundred Five and no/100 Dollars ($3,805.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 185 of 921 PageID #:2448

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 6, 2014.

---

*Pride Sushi And Thai.*

[O2014-4763]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Pride Sushi and Thai, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2706 West Peterson Avenue. Said sign structure measures as follows: along West Peterson Avenue, at seventeen point four two (17.42) feet in length, four (4) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111274 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*PS Orangeco, Inc., No. 28401.*

[O2014-4627]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to PS Orangeco, Inc., Number 28401, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4220 West 47th Street. Said sign structure measures as follows: along West 47th Street, at ten (10) feet in length, seven (7) feet in height and seventeen (17) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112822 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Public Storage.*

[O2014-4657]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Public Storage, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1129 North Wells Street. Said sign structure measures as follows: along North Wells Street, at twelve (12) feet in length, seven (7) feet in height and forty-one point five (41.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the

Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112852 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Ray Buick, Inc.*

[O2014-4603]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ray Buick, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 5011 West 63rd Street. Said sign structures measure as follows: along West 63rd Street, one (1) at six point five eight (6.58) feet in length, two point three three (2.33) feet in height and twelve (12) feet above grade level and one (1) at nine point five (9.5) feet in length, one point four two (1.42) feet in height and fifteen (15) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1105331 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Real Drugs, Inc.*

[O2014-4318]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Real Drugs, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1530 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, at eight point three three (8.33) feet in length, four point six seven (4.67) feet in height and fourteen point eight three (14.83) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113026 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 189 of 921 PageID #:2452

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Reckless Records.*
(Light Fixtures)

[O2014-4327]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Reckless Records, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) light fixtures projecting over the public right-of-way adjacent to its premises known as 1532 North Milwaukee Avenue. Said light fixtures at North Milwaukee Avenue measure two (2) at point three three (.33) foot in length, point three three (.33) foot in width and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113005 herein granted the sum of Eighty and no/100 Dollars ($80.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after June 3, 2014.

---

*Reckless Records.*
(Sign)

[O2014-4321]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Reckless Records,

upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1532 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at five point five (5.5) feet in length, two point nine two (2.92) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113004 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Restaurante Alanis Ltd.*

[O2014-4746]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Restaurante Alanis Ltd., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) security cameras projecting over the public right-of-way for security purposes adjacent to its premises known as 4153 West 26th Street. Said security cameras at West 26th Street measure two (2) at point four two (.42) foot in length, point two five (.25) foot in width and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110622 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*River Point LLC.*
(Foundation Support)

[O2014-4870]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to River Point LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use foundation support (footing) under the public right-of-way adjacent to its premises known as 444 West Lake Street. Said foundation support (footing) at North Canal Street measures eighty-four point seven five (84.75) feet in length and eighteen point nine two (18.92) feet in width for a total of one thousand six hundred three point four seven (1,603.47) square feet. Said foundation support (footing/structural beams/walls) shall be used for driveway elevation to support parking garage. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112532 herein granted the sum of One Thousand Twenty-six and no/100 Dollars ($1,026.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 192 of 921 PageID #:2455

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*River Point LLC.*
(Irrigation Systems)

[O2014-4871]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to River Point LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use eight (8) irrigation systems under the public right-of-way adjacent to its premises known as 444 West Lake Street. Said irrigation systems at North Canal Street measure one (1) at fifty-one (51) feet in length and six (6) feet in width for a total of three hundred six (306) square feet, one (1) at thirty-one (31) feet in length and six (6) feet in width for a total of one hundred eighty-six (186) square feet, one (1) at thirty-one (31) feet in length and six (6) feet in width for a total of one hundred eighty-six (186) square feet, one (1) at thirty-one (31) feet in length and six (6) feet in width for a total of one hundred eighty-six (186) square feet, one (1) at forty-six point five three (46.53) feet in length and six (6) feet in width for a total of two hundred seventy-nine point one eight (279.18) square feet, one (1) at eighty-two point five nine (82.59) feet in length and six (6) feet in width for a total of four hundred ninety-five point five four (495.54) square feet, one (1) at forty-two point four (42.4) feet in length and six (6) feet in width for a total of two hundred fifty-four point four (254.4) square feet and one (1) at thirty-eight point eight seven (38.87) feet in length and six (6) feet in width for a total of two hundred thirty-three point two two (233.22) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination) and the Department of Water Management.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112534 herein granted the sum of One Thousand Three Hundred Sixty-one and no/100 Dollars ($1,361.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*River Point LLC.*
(Staircase)

[O2014-4872]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to River Point LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use a staircase on the public right-of-way adjacent to its premises known as 444 West Lake Street. Said staircase at North Canal Street measures forty-two (42) feet in length and four point seven eight (4.78) feet in width for a total of two hundred point seven six (200.76) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112529 herein granted the sum of Four Thousand Three Hundred Sixty-eight and no/100 Dollars ($4,368.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 194 of 921 PageID #:2457

*Riverdale Body Shop.*

[O2014-4735]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Riverdale Body Shop, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 7917 South Vincennes Avenue. Said sign structure measures as follows: along South Vincennes Avenue, at six (6) feet in length, four (4) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108505 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roosevelt Square II Limited Partnership.*
(1302 W. Roosevelt Rd.)

[O2014-4389]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roosevelt Square II Limited Partnership, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) planters on the public right-of-way for beautification purposes adjacent to its premises known as 1302 West Roosevelt Road. Said

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 195 of 921 PageID #:2458

planters at West Roosevelt Road measure one (1) at thirty-five (35) feet in length and six point one seven (6.17) feet in width for a total of two hundred fifteen point nine five (215.95) square feet and one (1) at thirty-five (35) feet in length and six point zero eight (6.08) feet in width for a total of two hundred twelve point eight (212.8) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109902 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after June 11, 2013.

---

*Roosevelt Square II Limited Partnership.*
(1328 -- 1352 W. Roosevelt Rd.)

[O2014-4403]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roosevelt Square II Limited Partnership, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) planters on the public right-of-way for beautification purposes adjacent to its premises known as 1328 -- 1352 West Roosevelt Road. Said planters at West Roosevelt Road measure one (1) at thirty-five (35) feet in length and seven point zero eight (7.08) feet in width for a total of two hundred forty-seven point eight (247.8) square feet, one (1) at thirty-five (35) feet in length and six point nine three (6.93) feet in width for a total of two hundred forty-two point five five (242.55) square feet, one (1) at thirty-five (35) feet in length and six point seven five (6.75) feet in width for a

total of two hundred thirty-six point two five (236.25) square feet and one (1) at twenty (20) feet in length and six point eight three (6.83) feet in width for a total of one hundred thirty-six point six (136.6) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109901 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after June 11, 2013.

---

*Roscoe Village Chamber Of Commerce.*
(1819 W. Belmont Ave.)

[O2014-4518]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 1819 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance

with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112804 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(1900 W. Belmont Ave.)

[O2014-4523]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 1900 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112802 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 198 of 921 PageID #:2461

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(1948 W. Belmont Ave.)

[O2014-4525]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 1948 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112807 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 199 of 921 PageID #:2462

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(2058 W. Belmont Ave.)

[O2014-4530]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 2058 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112799 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Roscoe Village Chamber Of Commerce.*
(2059 W. Belmont Ave.)

[O2014-4532]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter the public right-of-way for beautification purposes adjacent to its premises known as 2059 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112797 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(2159 W. Belmont Ave.)

[O2014-4537]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to

construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 2159 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112758 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(2200 W. Belmont Ave.)

[O2014-4541]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 2200 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 202 of 921 PageID #:2465

with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112763 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(2300 W. Belmont Ave.)

[O2014-4547]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 2300 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112764 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Rosoce Village Chamber Of Commerce.*
(2332 W. Belmont Ave.)

[O2014-4330]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 2332 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112800 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 204 of 921 PageID #:2467

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Roscoe Village Chamber Of Commerce.*
(2332 W. Belmont Ave.)

[O2014-4550]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Roscoe Village Chamber of Commerce, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 2332 West Belmont Avenue. Said planter at West Belmont Avenue measures six point zero eight (6.08) feet in length and one (1) foot in width for a total of six point zero eight (6.08) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112800 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 205 of 921 PageID #:2468

### *Rothschild Liquors.*

[O2014-4753]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Rothschild Liquors, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) security cameras projecting over the public right-of-way for security purposes adjacent to its premises known as 3530 West Roosevelt Road. Said security cameras at West Roosevelt Road measure two (2) at point eight three (.83) foot in length, point three three (.33) foot in width and thirteen (13) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110734 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

### *Saks Fifth Avenue.*

[O2014-4873]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Saks Fifth Avenue, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) planter curbs on the public right-of-way for beautification purposes

adjacent to its premises known as 700 North Michigan Avenue. Said planter curbs at East Superior Street measure four (4) at forty (40) feet in length and ten (10) feet in width for a total of one thousand six hundred (1,600) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112926 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Salgado Furniture, Inc.*

[O2014-4496]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Salgado Furniture, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 4317 -- 4325 West Fullerton Avenue. Said sign structures measure as follows: along West Fullerton Avenue, one (1) at five (5) feet in length, four (4) feet in height and sixteen (16) feet above grade level and one (1) at five point eight three (5.83) feet in length, four (4) feet in height and twenty-four (24) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113045 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Scooterworks USA, Inc.*

[O2014-4774]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Scooterworks USA, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to Its premises known as 5410 North Damen Avenue. Said sign structure measures as follows: along North Damen Avenue, at six (6) feet in length, three (3) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113091 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Secrets.*

[O2014-4821]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Secrets, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3229 North Clark Street. Said sign structure measures as follows: along North Clark Street, at twenty-one (21) feet in length, three (3) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112965 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Sixteen Condominium Association.*

[O2014-4556]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Sixteen Condominium Association, upon the terms and subject to the conditions of this ordinance, to

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 209 of 921 PageID #:2472

maintain and use, as now constructed, nine (9) balconies projecting over the public right-of-way adjacent to its premises known as 3443 North Lincoln Avenue. Said balconies at North Lincoln Avenue measure one (1) at three (3) feet in length and nine point seven five (9.75) feet in width for a total of twenty-nine point two five (29.25) square feet, one (1) at three (3) feet in length and twelve point seven four (12.74) feet in width for a total of thirty-eight point two two (38.22) square feet, one (1) at three (3) feet in length and nine point seven four (9.74) feet in width for a total of twenty-nine point two two (29.22) square feet, one (1) at three (3) feet in length and nine point seven five (9.75) feet in width for a total of twenty-nine point two five (29.25) square feet, one (1) at three (3) feet in length and twelve point seven four (12.74) feet in width for a total of thirty-eight point two two (38.22) square feet, one (1) at three (3) feet in length and nine point seven four (9.74) feet in width for a total of twenty-nine point two two (29.22) square feet, one (1) at three (3) feet in length and nine point seven five (9.75) feet in width for a total of twenty-nine point two five (29.25) square feet, one (1) at three (3) feet in length and nine point seven four (9.74) feet in width for a total of twenty-nine point two two (29.22) square feet and one (1) at three (3) feet in length and twelve point seven four (12.74) feet in width for a total of thirty-eight point two two (38.22) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112819 herein granted the sum of Six Hundred Seventy-five and no/100 Dollars ($675.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

### *St. Leonard's Ministries.*

[O2014-4404]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to St. Leonard's Ministries, upon the terms and subject to the conditions of this ordinance, to maintain and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 210 of 921 PageID #:2473

use, as now constructed, one (1) tree grate on the public right-of-way adjacent to its premises known as 2120 West Warren Boulevard. Said tree grate at West Warren Boulevard measures one (1) foot in length and one (1) foot in width for a total of one (1) square foot. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113076 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 26, 2014.

---

*Standard Bank & Trust Company.*

[O2014-4823]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Standard Bank & Trust Company, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 3920 North Sheridan Road. Said sign structures measure as follows: along North Sheridan Road, two (2) at thirty (30) feet in length, two point zero eight (2.08) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 211 of 921 PageID #:2474

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113071 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Standard Parking.*

[O2014-4874]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Standard Parking, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 400 East South Water Street. Said sign structure measures as follows: along East South Water Street, at six (6) feet in length, eight (8) feet in height and eighteen (18) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112956 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

*State Farm.*

[O2014-4726]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to State Farm, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3045 West 59th Street. Said sign structure measures as follows: along West 59th Street, at sixty (60) feet in length, five (5) feet in height and ten (10) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113111 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*State Farm Insurance.*

[O2014-4771]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to State Farm Insurance, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 1428 West Irving Park Road. Said sign structure measures as follows: along West Irving Park Road, at ten (10) feet in length, one point five (1.5) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file

with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113079 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Strongbox.*

[O2014-4773]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Strongbox, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 1650 West Irving Park Road. Said sign structure measures as follows: along West Irving Park Road, one (1) at twelve (12) feet in length, eight point two five (8.25) feet in height and seventeen point six seven (17.67) feet above grade level. Said sign structure measures as follows: along North Paulina Street, one (1) at eight (8) feet in length, four point two five (4.25) feet in height and thirteen point one seven (13.17) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113035 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Superior Super Auto Wash.*

[O2014-4776]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Superior Super Auto Wash, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 5450 North Damen Avenue. Said sign structure measures as follows: along 5440 North Damen Avenue, one (1) at eight (8) feet in length, five (5) feet in height and twelve (12) feet above grade level. Said sign structure measures as follows: along 5430 North Damen Avenue, one (1) at eight (8) feet in length, seven (7) feet in height and thirteen (13) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113041 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Taqueria La Haciendita, Inc.*

[O2014-4616]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Taqueria La Haciendita, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5922 -- 5924 South Pulaski Road. Said sign structure measures as follows: along South Pulaski Road, at six (6) feet in length, eight (8) feet in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110003 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Taqueria La Oaxaquena.*

[O2014-4486]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Taqueria La Oaxaquena, upon the terms and subject to the conditions of this ordinance, to maintain and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 216 of 921 PageID #:2479

use one (1) sign projecting over the public right-of-way attached to its premises known as 3382 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at six point one (6.1) feet in length, two point six seven (2.67) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113124 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 9, 2012.

---

*Taqueria Valparaiso.*

[O2014-4736]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Taqueria Valparaiso, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 10500 South Western Avenue. Said sign structure measures as follows: along South Western Avenue, at six (6) feet in length, seven (7) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 217 of 921 PageID #:2480

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113070 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Teavana No. 21920.*

[O2014-4797]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Teavana Number 21920, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 3428 North Southport Avenue. Said sign structures measure as follows: along North Southport Avenue, one (1) at nine point one seven (9.17) feet in length, two point one seven (2.17) feet in height and thirteen (13) feet above grade level and one (1) at one (1) foot in length, one (1) foot in height and nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111191 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

## *Thai Oscar.*

[O2014-4775]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Thai Oscar, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 4638 North Western Avenue. Said sign structure measures as follows: along North Western Avenue, at two point five (2.5) feet in length, two point five (2.5) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112848 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

*Thalia Spice Asian Fusion Bistro.*
(Light Fixtures)

[O2014-4412]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Thalia Spice Asian Fusion Bistro, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) light fixtures projecting over the public right-of-way adjacent to its premises known as 833 West Chicago Avenue. Said light fixtures at West Chicago Avenue measure three (3) at point six seven (.67) foot in length, point five eight (.58) foot in width and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113043 herein granted the sum of Eighty-five and no/100 Dollars ($85.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Thalia Spice Asian Fusion Bistro.*
(Signs)

[O2014-4414]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Thalia Spice Asian Fusion Bistro, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 220 of 921 PageID #:2483

833 West Chicago Avenue. Said sign structure measures as follows: along West Chicago Avenue, one (1) at five (5) feet in length, five (5) feet in height and ten (10) feet above grade level. Said sign structure measures as follows: along West Chicago Avenue, one (1) at six (6) feet in length, four (4) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113042 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*Thor Palmer House Hotel & Shops LLC.*

[O2014-4875]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Thor Palmer House Hotel & Shops LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, twenty-one (21) facades projecting over the public right-of-way adjacent to its premises known as 17 East Monroe Street. Existing storefront facades over storefronts along South State Street measure as follows: ten (10) at two point seven five (2.75) feet in length and two point five (2.5) feet in width for a total of sixty-eight point seven five (68.75) square feet, nine (9) at one hundred fifty-three point four two (153.42) feet in length and point zero eight (.08) foot in width for a total of one hundred ten point four six (110.46) square feet, one (1) at forty point three three (40.33) feet in length and point zero eight (.08) foot in width for a total of three point two three (3.23) square feet and one (1) at two hundred fourteen (214) feet in length and point zero eight (.08) foot in width for a total of seventeen point one two (17.12) square feet. The location of said privilege shall be as shown

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 221 of 921 PageID #:2484

on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1109474 herein granted the sum of Four Thousand Two Hundred Sixty-nine and no/100 Dollars ($4,269.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after September 10, 2013.

---

*Tibbs Superior Auto.*

[O2014-4728]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Tibbs Superior Auto, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 6237 South Ashland Avenue. Said sign structure measures as follows: along South Ashland Avenue, at four (4) feet in length, three (3) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113104 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 222 of 921 PageID #:2485

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 14, 2012.

---

## *Tower 10 Glades LLC.*

[O2014-4876]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Tower 10 Glades LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) ice melt system/snow melt system embedded in concrete under the public right-of-way adjacent to its premises known as 845 North State Street. Said ice melt system/snow melt system at North State Street measures one hundred thirteen point five eight (113.58) feet in length and six point nine two (6.92) feet in width for a total of seven hundred eighty-five point nine seven (785.97) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112593 herein granted the sum of One Thousand Five Hundred Nine and no/100 Dollars ($1,509.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Transit.*

[O2014-4417]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Transit, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, eight (8) light fixtures projecting over the public right-of-way adjacent to its premises known as 1431 West Lake Street. Said light fixtures at West Lake Street measure one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and seven (7) feet above grade level, one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and seven (7) feet above grade level, one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and twelve (12) feet above grade level, one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and twelve (12) feet above grade level, one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and twelve (12) feet above grade level, one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and twelve (12) feet above grade level, one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and twelve (12) feet above grade level and one (1) at one point four two (1.42) feet in length, point five (.5) foot in width and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112971 herein granted the sum of One Hundred Ten and no/100 Dollars ($110.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 30, 2013.

---

*Tricoci University Of Beauty Culture LLC.*

[O2014-4781]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Tricoci University of Beauty Culture LLC, upon the terms and subject to the conditions of this ordinance, to

maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5321 North Harlem Avenue. Said sign structure measures as follows: along North Harlem Avenue, at six (6) feet in length, four point one seven (4.17) feet in height and nine point two five (9.25) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112932 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Tumi Stores, Inc.*

[O2014-4877]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Tumi Stores, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 645 North Michigan Avenue. Said sign structure measures as follows: along North Michigan Avenue, at six point five eight (6.58) feet in length, one point seven five (1.75) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 225 of 921 PageID #:2488

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111694 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*U.S. Furniture & Linen.*

[O2014-4564]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to U.S. Furniture & Linen, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) fire shutter projecting over the public right-of-way adjacent to its premises known as 11218 South Michigan Avenue. Said fire shutter at South Michigan Avenue measures fifty-one point five (51.5) feet in length and two point three three (2.33) feet in width for a total of one hundred twenty (120) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112508 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of three (3) years from and after February 11, 2014.

*Uncle Bob's Storage.*
(Banners)

[O2014-4759]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Uncle Bob's Storage, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use four (4) banners projecting over the public right-of-way adjacent to its premises known as 1601 -- 1625 South Ashland Avenue. Said banners at South Ashland Avenue measure four (4) at two (2) feet in length and four point eight three (4.83) feet in width for a total of thirty-eight point six four (38.64) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111737 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Uncle Bob's Storage.*
(Signs)

[O2014-4766]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Uncle Bob's Storage, upon the terms and subject to the conditions of this ordinance, to maintain and use five (5) signs projecting over the public right-of-way attached to its premises known as 1601 -- 1625 South Ashland Avenue. Said sign structures measure as follows: along

South Ashland Avenue, one (1) at fifty (50) feet in length, three point six seven (3.67) feet in height and thirteen (13) feet above grade level and one (1) at four point two five (4.25) feet in length, twelve (12) feet in height and fourteen (14) feet above grade level. Said sign structures measure as follows: along West 17th Street, one (1) at three (3) feet in length, one point five (1.5) feet in height and sixteen (16) feet above grade level and one (1) at eight point five eight (8.58) feet in length, three (3) feet in height and sixteen (16) feet above grade level, Said sign structure measures as follows: along West 16th Street, one (1) at eight point five eight (8.58) feet in length, three (3) feet in height and sixteen (16) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111738 herein granted the sum of One Thousand Three Hundred and no/100 Dollars ($1,300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Unique Travel.*

[O2014-4798]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Unique Travel, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 5479 North Milwaukee Avenue. Said sign structure measures as follows: along North Milwaukee Avenue, at eight (8) feet in length, eight (8) feet in height and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by

the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113028 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*The University Of Chicago.*
(Caissons)

[O2014-4492]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The University of Chicago, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use four (4) caissons under the public right-of-way adjacent to its premises known as 5500 South University Avenue. Said caissons at South University Avenue measure two (2) at eleven point five (11.5) feet in length and two point three three (2.33) feet in width for a total of fifty-three point five nine (53.59) square feet. Said caissons shall be approximately thirty-two (32) feet below grade level, one (1) at eight (8) feet in length and point five eight (.58) foot in width for a total of four point six four (4.64) square feet. Said caisson shall be approximately thirty-two (32) feet below grade level and one (1) at six point five (6.5) feet in length and point three three (.33) foot in width for a total of two point one five (2.15) square feet. Said caisson shall be approximately thirty-two (32) feet below grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112318 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*The University Of Chicago.*
(Sheeting)

[O2014-4513]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The University of Chicago, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) sheeting under the public right-of-way adjacent to its premises known as 5500 South University Avenue. Said sheeting at South University Avenue measures one hundred fifty-eight (158) feet in length and three point six seven (3.67) feet in width for a total of five hundred seventy-nine point eight six (579.86) square feet. Said sheeting shall be approximately sixty (60) feet below grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112319 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*The University Of Chicago Medical Center.*

[O2014-4516]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The University of Chicago Medical Center, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) sheetings under the public right-of-way adjacent to its premises known as 5700 South Maryland Avenue. Said sheeting at South Drexel Avenue measures one (1) at one hundred eighty-seven point eight three (187.83) feet in length and one (1) foot in width for a total of one hundred eighty-seven point eight three (187.83) square feet. Existing sheeting is approximately twenty-five (25) feet in depth. Said sheeting at East 57th Street measures one (1) at five hundred seventy-six point two five (576.25) feet in length and one (1) foot in width for a total of five hundred seventy-six point two five (576.25) square feet. Existing sheeting is approximately twenty-five (25) feet in depth. Said sheeting at South Cottage Grove Avenue measures one (1) at two hundred forty-nine (249) feet in length and one (1) foot in width for a total of two hundred forty-nine (249) square feet. Existing sheeting is approximately thirty (30) feet in depth. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112310 herein granted the sum of One Thousand Two Hundred and no/100 Dollars ($1,200.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 11, 2014.

---

*US Wireless Communications.*

[O2014-4810]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to US Wireless Communications, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) banner projecting over the public right-of-way adjacent to its premises known as 4404 North Sheridan Road. Said banner at North Sheridan Road measures two point five (2.5) feet in length and fourteen (14) feet in width for a total of thirty-five (35) square feet. Said banner is approximately nine (9) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110766 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Valbona's Beauty Salon.*

[O2014-4800]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Valbona's Beauty Salon, upon the terms and subject to the conditions of this ordinance, to maintain and

use one (1) sign projecting over the public right-of-way attached to its premises known as 4939 West Foster Avenue. Said sign structure measures as follows: along 4939 West Foster Avenue, at eight (8) feet in length, four (4) feet in height and eleven (11) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113037 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*VCP Funding 111 LLC, VCP Series 1057 Grand.*
(Balconies)

[O2014-4426]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to VCP Funding 111 LLC, VCP Series 1057 Grand, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use nine (9) balconies projecting over the public right-of-way adjacent to its premises known as 1057 West Grand Avenue. Said balconies at North Aberdeen Street measure three (3) at eight point five (8.5) feet in length and four (4) feet in width for a total of one hundred two (102) square feet, three (3) at nine point seven five (9.75) feet in length and four (4) feet in width for a total of one hundred seventeen (117) square feet and three (3) at ten point three three (10.33) feet in length and four (4) feet in width for a total of one hundred twenty-three point nine six (123.96) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112725 herein granted the sum of Six Hundred Seventy-five and no/100 Dollars ($675.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*VCP Funding 111 LLC, VCP Series 1057 Grand.*
(Bay Windows)

[O2014-4430]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to VCP Funding 111 LLC, VCP Series 1057 Grand, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) bay windows projecting over the public right-of-way adjacent to its premises known as 1057 West Grand Avenue. Said bay windows at North Aberdeen Street measure one (1) at nine point nine two (9.92) feet in length and three point five (3.5) feet in width for a total of thirty-four point seven two (34.72) square feet, one (1) at nine point seven five (9.75) feet in length and four point six seven (4.67) feet in width for a total of forty-five point five three (45.53) square feet and one (1) at twenty-seven point nine two (27.92) feet in length and two point six seven (2.67) feet in width for a total of seventy-four point five five (74.55) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112726 herein granted the sum of Two Hundred Twenty-five and no/100 Dollars ($225.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 234 of 921 PageID #:2497

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*VCP Funding 111 LLC, VCP Series 1057 Grand.*
(Fence)

[O2014-4437]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to VCP Funding 111 LLC, VCP Series 1057 Grand, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) fence on the public right-of-way for security purposes adjacent to its premises known as 1057 West Grand Avenue. Said fence at North Aberdeen Street measures sixteen (16) feet, seven (7) inches in length. Existing fence is approximately three (3) feet, six (6) inches in height. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112727 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 235 of 921 PageID #:2498

*VCP Funding 111 LLC, VCP Series 1057 Grand.*
(Staircase)

[O2014-4440]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to VCP Funding 111 LLC, VCP Series 1057 Grand, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) staircase under the public right-of-way adjacent to its premises known as 1057 West Grand Avenue. Said staircase at North Aberdeen Street measures fifteen point four two (15.42) feet in length and four (4) feet in width for a total of sixty-one point six eight (61.68) square feet. Existing staircase is access to basement for building. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112728 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Visual Cast Media.*

[O2014-4563]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Visual Cast Media, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) security camera projecting over the public right-of-way for security purposes adjacent to its premises known as 2000 West Chicago Avenue. Said security camera at West Chicago Avenue measures six (6) feet in length, point five eight (.58) foot in

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 236 of 921 PageID #:2499

width and fourteen (14) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1107255 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Walton On The Park LLC.*

[O2014-4879]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Walton on the Park LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) planters on the public right-of-way for beautification purposes adjacent to its premises known as 2 West Delaware Place. Said planters at West Delaware Place measure two (2) at twenty-two point eight three (22.83) feet in length and nine point seven five (9.75) feet in width for a total of four hundred forty-five point one nine (445.19) square feet. Said planters at West Delaware Place measure two (2) at twenty-two point one seven (22.17) feet in length and nine point seven five (9.75) feet in width for a total of four hundred thirty-two point three two (432.32) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 237 of 921 PageID #:2500

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112998 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after December 17, 2013.

---

### *Westhaven Coin Laundry.*

[O2014-4449]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Westhaven Coin Laundry, upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 2355 West Washington Boulevard. Said sign structure measures as follows: along West Washington Boulevard, at thirteen (13) feet in length, twelve point one seven (12.17) feet in height and twenty-three point one seven (23.17) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113075 herein granted the sum of Three Hundred and no/100 Dollars ($300.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after December 17, 2013.

---

*Bartosz Wisniewski.*

[O2014-4287]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bartosz Wisniewski, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, occupation of space under the public right-of-way adjacent to its premises known as 1343 North Bosworth Avenue. Said occupation of space at North Bosworth Avenue measures fourteen (14) feet in length and three (3) feet in width for a total of forty-two (42) square feet. Existing occupation of space is below grade level in front of residential building. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development, the Department of Transportation (Division of Project Development) and the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112440 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*David Young-Jeff Peters.*
(Fence)

[O2014-4653]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to David Young-Jeff Peters, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) fence on the public right-of-way for beautification purposes adjacent to its premises known as 1847 North Orleans Street. Said fence at North Orleans Street measures sixty-six point eight (66.8) feet in length and one (1) foot in width for a total of sixty-six point eight (66.8) square feet. Said fencing shall be eighteen (18) inches in height. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112499 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*David Young-Jeff Peters.*
(Planter)

[O2014-4633]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to David Young-Jeff Peters, upon the terms and subject to the conditions of this ordinance, to construct, install,

maintain and use one (1) planter on the public right-of-way for beautification purposes adjacent to its premises known as 1847 North Orleans Street. Said planter at North Orleans Street measures twenty-four point four (24.4) feet in length and nine (9) feet in width for a total of two hundred nineteen point six (219.6) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112498 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Zapotlan, Inc.*

[O2014-4649]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Zapotlan, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use one (1) sign projecting over the public right-of-way attached to its premises known as 3923 -- 3925 South Kedzie Avenue. Said sign structure measures as follows: along South Kedzie Avenue, at five point three three (5.33) feet in length, four point two five (4.25) feet in height and twelve (12) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1107258 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*36th And King Drive, Inc. Amoco.*

[O2014-4424]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 36th and King Drive, Inc. Amoco, upon the terms and subject to the conditions of this ordinance, to maintain and use two (2) signs projecting over the public right-of-way attached to its premises known as 342 East 35th Street. Said sign structure measures as follows: along East 35th Street, one (1) at seven (7) feet in length, seven (7) feet in height and seventeen point five eight (17.58) feet above grade level. Said sign structure measures as follows: along East 35th Street, one (1) at six point five (6.5) feet in length, five point five (5.5) feet in height and eight point five (8.5) feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development) and the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113107 herein granted the sum of Six Hundred and no/100 Dollars ($600.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 242 of 921 PageID #:2505

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*131 South Dearborn LLC.*

[O2014-4880]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 131 South Dearborn LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) vaults under the public right-of-way adjacent to its premises known as 131 South Dearborn Street. Said vault at South State Street measures one (1) at two hundred point eight three (200.83) feet in length and seventeen point eight three (17.83) feet in width for a total of three thousand five hundred eighty point eight (3,580.8) square feet. Said vault at West Adams Street measures one (1) at three hundred fifty-one point four two (351.42) feet in length and twelve point five (12.5) feet in width for a total of four thousand three hundred ninety-two point seven five (4,392.75) square feet. Said vault at West Marble Place measures one (1) at one hundred sixty-seven point zero eight (167.08) feet in length and eight point six seven (8.67) feet in width for a total of one thousand four hundred forty-eight point five eight (1,448.58) square feet. Said vault at South Dearborn Street measures one (1) at two hundred eight point nine two (208.92) feet in length and twelve point five eight (12.58) feet in width for a total of two thousand six hundred twenty-eight point two one (2,628.21) square feet. Existing vaults are used for office space and storage. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112003 herein granted the sum of Seventy-four Thousand Four Hundred Forty-seven and no/100 Dollars ($74,447.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 243 of 921 PageID #:2506

Authority herein given and granted for a period of five (5) years from and after January 26, 2014.

---

*167 North May Street-Chris Livieratos.*

[O2014-4454]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 167 North May Street-Chris Livieratos, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, nine (9) balconies projecting over the public right-of-way adjacent to its premises known as 167 North May Street. Said balconies at North May Street measure nine (9) at twelve point three three (12.33) feet in length and three (3) feet in width for a total of three hundred thirty-two point nine one (332.91) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113083 herein granted the sum of Six Hundred Seventy-five and no/100 Dollars ($675.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 11, 2014.

---

*303 Madison.*
(Roof Soffit)

[O2014-4433]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 303 Madison, upon

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 244 of 921 PageID #:2507

the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) roof soffit projecting over the public right-of-way adjacent to its premises known as 303 West Madison Street. Said roof soffit at West Madison Street measures sixty-four (64) feet in length and one point one six (1.16) feet in width for a total of seventy-four point two four (74.24) square feet. Existing roof soffit is approximately three hundred feet above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111929 herein granted the sum of Four Hundred and no/100 Dollars ($400.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 11, 2014.

---

*303 Madison.*
(Vaults)

[O2014-4436]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 303 Madison, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) vaults under the public right-of-way adjacent to its premises known as 303 West Madison Street. Said vault at South Franklin Street measures one (1) at one hundred two (102) feet in length and eleven (11) feet in width for a total of one thousand one hundred twenty-two (1,122) square feet. Said vault at West Madison Street measures one (1) at sixty-four (64) feet in length and fifteen (15) feet in width for a total of nine hundred sixty (960) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Transportation (Office of Underground Coordination).

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 245 of 921 PageID #:2508

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111930 herein granted the sum of Thirteen Thousand Three Hundred Twenty-five and no/100 Dollars ($13,325.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after February 11, 2014.

---

*1720 South Michigan Condominiums.*
(Balconies)

[O2014-4447]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 1720 South Michigan Condominiums, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) balconies projecting over the public right-of-way adjacent to its premises known as 1720 South Michigan Avenue. Said balcony at South Michigan Avenue measures one (1) at two hundred ten point two five (210.25) feet in length and two point nine one (2.91) feet in width for a total of six hundred eleven point eight three (611.83) square feet. Existing balcony is approximately sixty-five (65) feet above grade level. Said balcony at South Michigan Avenue measures one (1) at one hundred ninety-two point five (192.5) feet in length and two point nine one (2.91) feet in width for a total of five hundred sixty point one eight (560.18) square feet. Existing balcony is approximately fourteen (14) feet, three (3) inches above grade level. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112579 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 26, 2011.

---

*1720 South Michigan Condominiums.*
(Planters)

[O2014-4483]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 1720 South Michigan Condominiums, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, five (5) planters on the public right-of-way for beautification purposes adjacent to its premises known as 1720 South Michigan Avenue. Said planters at South Michigan Avenue measure four (4) at twenty-four (24) feet in length and five (5) feet in width for a total of four hundred eighty (480) square feet and one (1) at ten (10) feet in length and five (5) feet in width for a total of fifty (50) square feet. Grantee must allow the required clear and unobstructed space for pedestrian passage at all times per rules and regulations approved by the Department of Transportation. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Department of Planning and Development and the Department of Transportation (Division of Project Development).

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112580 herein granted the sum of Zero and no/100 Dollars ($0.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 9, 2012.

## AMENDMENT OF GRANTS OF PRIVILEGE IN PUBLIC WAY.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* amendments to various ordinances passed by the City Council of the City of Chicago for grants of privilege in the public way. These ordinances were referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances as passed (the italic heading in each case not being a part of the ordinance):

*Alibis.*

[O2014-4295]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for Alibis on January 15, 2014 and printed upon page 73067 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "one hundred (100) feet in length" and inserting in their place the words: "ten (10) feet in length".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

*Next Randolph & Wells Park.*

[O2014-4474]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for Next Randolph & Wells Park on October 16, 2013 and printed upon page 62216 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "Next Randolph & Wells Park" and inserting in their place the words: "Interpark".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

*NM Project Company LLC.*
(Arches)

[O2014-4372]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on November 2, 2011 and printed upon page 12020 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

### *NM Project Company LLC.*
(Balconies)

[O2014-4415]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on March 9, 2011 and printed upon page 113834 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

### *NM Project Company LLC.*
(Building Projections)

[O2014-4394]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on January 13, 2011 and printed upon page 111113 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

### *NM Project Company LLC.*
(Columns)

[O2014-4304]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on November 2, 2011 and printed upon page 12020 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 250 of 921 PageID #:2513

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

*NM Project Company LLC.*
(Cornices)

[O2014-4402]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on January 13, 2011 and printed upon page 111114 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

*NM Project Company LLC.*
(Elevator)

[O2014-4445]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on February 15, 2012 and printed upon page 20766 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

*NM Project Company LLC.*
(Exterior Mounts)

[O2014-4410]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on January 13, 2011 and printed upon page 111115 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

*NM Project Company LLC.*
(Facades)

[O2014-4425]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on January 18, 2012 and printed upon page 19374 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

*NM Project Company LLC.*
(Sculptures)

[O2014-4386]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on November 2, 2011 and printed upon page 12021 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

*NM Project Company LLC.*
(Sheeting)

[O2014-4441]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on February 15, 2012 and printed upon page 20766 of

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 252 of 921 PageID #:2515

the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

*NM Project Company LLC.*
(Stone Copings)

[O2014-4381]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on November 2, 2011 and printed upon page 12022 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

*NM Project Company LLC.*
(Vault)

[O2014-4470]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for NM Project Company LLC on February 15, 2012 and printed upon page 20767 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "NM Project Company LLC" and inserting in their place the words: "The Residences Condominium on the Magnificent Mile Condominium Association".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

## GRANTS OF PRIVILEGE IN PUBLIC WAY FOR AWNINGS.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinances transmitted herewith to authorize the issuance of permits to various applicants for the installation, maintenance and use of awnings. These ordinances were referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances as passed (the italic heading in each case not being a part of the ordinance):

## *Archer Cafe.*

[O2014-4370]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Archer Cafe, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 254 of 921 PageID #:2517

2951 South Archer Avenue. Said awning at South Archer Avenue measures twenty (20) feet in length and two (2) feet in width for a total of forty (40) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1107312 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Argo Tea.*

[O2014-4566]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Argo Tea, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 16 West Randolph Street. Said awning at West Randolph Street measures eight point five (8.5) feet in length and sixteen (16) feet in width for a total of one hundred thirty-six (136) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112869 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 255 of 921 PageID #:2518

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period five (5) years from and after January 11, 2014.

---

## *Armitage Hair Salon.*

[O2014-4458]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Armitage Hair Salon, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 4257 West Armitage Avenue. Said awning at West Armitage Avenue measures thirty-six point five eight (36.58) feet in length and two (2) feet in width for a total of seventy-three point one six (73.16) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112878 herein granted the sum of Sixty-one and 58/100 Dollars ($61.58) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

*Artemio's Bakery.*

[O2014-4619]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Artemio's Bakery, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 3919 North Sheridan Road. Said awning at North Sheridan Road measures one (1) at sixteen (16) feet in length and five point one seven (5.17) feet in width for a total of eighty-two point seven two (82.72) square feet. Said awning at North Sheridan Road measures one (1) at fifteen point four two (15.42) feet in length and five point one seven (5.17) feet in width for a total of seventy-nine point seven two (79.72) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112955 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Artemio's Bakery No. 2.*

[O2014-4282]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Artemio's Bakery Number 2, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to

its premises known as 1443 North Milwaukee Avenue. Said awning at North Milwaukee Avenue measures twenty (20) feet in length and four (4) feet in width for a total of eighty (80) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112961 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Ballet D'Enfant.*

[O2014-4630]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ballet D'Enfant, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) awnings projecting over the public right-of-way adjacent to its premises known as 3234 North Southport Avenue. Said awning at North Southport Avenue measures one (1) at fourteen point seven five (14.75) feet in length and three point four two (3.42) feet in width for a total of fifty point four five (50.45) square feet. Said awning at West Melrose Street measures one (1) at seven point one seven (7.17) feet in length and three point four two (3.42) feet in width for a total of twenty-four point five two (24.52) square feet. Said awning at North Southport Avenue measures one (1) at eight point eight three (8.83) feet in length and three point four two (3.42) feet in width for a total of thirty point two (30.2) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113047 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Beauty Box Hair Salon & Spa.*

[O2014-4512]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Beauty Box Hair Salon & Spa, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2944 West Diversey Avenue. Said awning at West Diversey Avenue measures twelve (12) feet in length and one (1) foot in width for a total of twelve (12) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112948 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Bedazzled Nails & Spa, Inc.*

[O2014-4573]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Bedazzled Nails & Spa, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 543 North St. Clair Street. Said awning at North St. Clair Street measures ten (10) feet in length and three point five (3.5) feet in width for a total of thirty-five (35) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113051 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*BFF Bikes.*

[O2014-4479]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to BFF Bikes, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and

use one (1) awning projecting over the public right-of-way adjacent to its premises known as 2113 West Armitage Avenue. Said awning at West Armitage Avenue measures ten (10) feet in length and three (3) feet in width for a total of thirty (30) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112041 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Carissima, Inc.*

[O2014-4636]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Carissima, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) awnings projecting over the public right-of-way adjacent to its premises known as 2901 -- 2903 North Clark Street. Said awning at North Clark Street measures one (1) at twenty-one point seven (21.7) feet in length and two (2) feet in width for a total of forty-three point four (43.4) square feet. Said awning at North Clark Street measures one (1) at seventeen (17) feet in length and two (2) feet in width for a total of thirty-four (34) square feet. Said awning at West Surf Street measures one (1) at sixteen point one one (16.11) feet in length and two (2) feet in width for a total of thirty-two point two two (32.22) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 261 of 921 PageID #:2524

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113098 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

*Carniceria La Mejor, Inc.*

[O2014-4515]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Carniceria La Mejor, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2848 North Milwaukee Avenue. Said awning at North Milwaukee Avenue measures twenty-five (25) feet in length and two point zero one (2.01) feet in width for a total of fifty point two five (50.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112657 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

*Cellular Zone.*

[O2014-4431]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cellular Zone, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3206 West 16th Street. Said awning at West 16th Street measures twenty-eight (28) feet in length and one point eight three (1.83) feet in width for a total of fifty-one point two four (51.24) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110979 herein granted the sum of Fifty-three and no/100 Dollars ($53.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Chasing Tails 4 U Pet Fitness, Inc.*

[O2014-4448]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chasing Tails 4 U Pet Fitness, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 1724 West Lake Street. Said awning at West Lake Street measures thirteen (13) feet in length and two (2) feet in width for a total of twenty-six (26) square feet.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 263 of 921 PageID #:2526

The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111645 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Chatham Jewelry & Loan, Inc.*

[O2014-4350]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chatham Jewelry & Loan, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 645 -- 647 East 79th Street. Said awning at East 79th Street measures forty-seven point five (47.5) feet in length and two point five (2.5) feet in width for a total of one hundred eighteen point seven five (118.75) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113002 herein granted the sum of Seventy-two and 50/100 Dollars ($72.50) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 264 of 921 PageID #:2527

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Ernest Cheirgalos.*

[O2014-4561]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ernest Cheirgalos, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 6401 -- 6403 North Caldwell Avenue. Said awning at North Caldwell Avenue measures one (1) at twenty-seven point five (27.5) feet in length and three point five (3.5) feet in width for a total of ninety-six point two five (96.25) square feet. Said awning at North Caldwell Avenue measures one (1) at six point five (6.5) feet in length and three point five (3.5) feet in width for a total of twenty-two point seven five (22.75) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113089 herein granted the sum of One Hundred Two and 50/100 Dollars ($102.50) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

*Chuck's & Ed's Tavern.*

[O2014-4519]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Chuck's & Ed's Tavern, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 3556 West Belmont Avenue. Said awning at West Belmont Avenue measures one (1) at twenty-three (23) feet in length and three point three three (3.33) feet in width for a total of seventy-six point five nine (76.59) square feet. Said awning at North Central Park Avenue measures one (1) at seven (7) feet in length and three (3) feet in width for a total of twenty-one (21) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113027 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Cohiba Cuban Cuisine, Inc.*

[O2014-4638]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cohiba Cuban Cuisine, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 2835 North Broadway. Said awning at North Broadway measures twenty-five (25) feet in length and two (2) feet in width for a total of fifty (50) square feet.

The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111681 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Barbara Deerfler.*

[O2014-4462]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Barbara Deerfler, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 5143 West Diversey Avenue. Said awning at West Diversey Avenue measures twenty-five (25) feet in length and five (5) feet in width for a total of one hundred twenty-five (125) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112997 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

## *Delta Animal Hospital.*

[O2014-4288]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Delta Animal Hospital, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2105 West Chicago Avenue. Said awning at West Chicago Avenue measures fifteen point five eight (15.58) feet in length and four (4) feet in width for a total of sixty-two point three two (62.32) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113096 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 268 of 921 PageID #:2531

*Djenne Collection.*

[O2014-4406]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Djenne Collection, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1759 West 95th Street. Said awning at West 95th Street measure twenty-four (24) feet in length and two point one seven (2.17) feet in width for a total of fifty-two point zero eight (52.08) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112995 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Doctor's Office.*

[O2014-4384]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Doctor's Office, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 2645 West 51st Street. Said awning at West 51st Street measures twenty-four (24) feet in length and two (2) feet in width for a total of forty-eight (48) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111185 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Ellie's.*

[O2014-4408]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ellie's, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 10701 South Hale Avenue. Said awning at South Hale Avenue measures one (1) at twenty-three (23) feet in length and two point three three (2.33) feet in width for a total of fifty-three point five nine (53.59) square feet. Said awning at West 107th Street measures one (1) at thirteen (13) feet in length and two point three three (2.33) feet in width for a total of thirty point two nine (30.29) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113066 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Exedus II.*

[O2014-4645]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Exedus II, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3477 North Clark Street. Said awning at North Clark Street measures twenty-four point zero eight (24.08) feet in length and four point zero eight (4.08) feet in width for a total of ninety-eight point two five (98.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112814 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

*Eye See Ravenswood, P.C.*

[O2014-4677]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Eye See Ravenswood, P.C., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 4735 North Damen Avenue. Said awning at North Damen Avenue measures twelve (12) feet in length and three (3) feet in width for a total of thirty-six (36) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113113 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Fifth Third Bank.*

[O2014-4674]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Fifth Third Bank, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 3601 North Broadway. Said awning at North Broadway measures one (1) at twenty-four point three three (24.33) feet in length and two point six seven (2.67) feet in width for a total of sixty-four point nine six (64.96) square feet. Said awning at North Broadway measures one (1) at twelve point one seven (12.17) feet in length and two point six seven (2.67) feet in width for a total of thirty-two point four nine (32.49) square feet.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 272 of 921 PageID #:2535

The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112940 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*The Gardner School.*

[O2014-4290]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The Gardner School, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use five (5) awnings projecting over the public right-of-way adjacent to its premises known as 1612 West North Avenue. Said awnings at West North Avenue measure three (3) at thirteen point three three (13.33) feet in length and three (3) feet in width for a total of one hundred nineteen point nine seven (119.97) square feet. Said awnings at North Marshfield Avenue measure two (2) at thirteen point three three (13.33) feet in length and three (3) feet in width for a total of seventy-nine point nine eight (79.98) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108552 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Grandma J's, Inc.*

[O2014-4439]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Grandma J's, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1552 North Kedzie Avenue. Said awning at North Kedzie Avenue measures at fifteen point seven five (15.75) feet in length and two (2) feet in width for a total of thirty-one point five (31.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1102570 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 274 of 921 PageID #:2537

*Grooming By Galdy.*

[O2014-4535]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Grooming by Galdy, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use two (2) awnings projecting over the public right-of-way adjacent to its premises known as 7007 North Sheridan Road. Said awnings at North Sheridan Road measure two (2) at fourteen (14) feet in length and two point five (2.5) feet in width for a total of seventy (70) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1099812 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*The Hangge-Uppe, Inc.*

[O2014-4576]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The Hangge-Uppe, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 14 West Elm Street. Said awnings at West Elm Street measure one (1) at thirty-three (33) feet in length and four (4) feet in width for a total of one hundred thirty-two (132) square feet and one (1) at thirteen (13) feet in length and ten (10) feet in width for a total of one hundred thirty (130) square feet. The location of said privilege shall

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 275 of 921 PageID #:2538

be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112967 herein granted the sum of One Hundred Eight and no/100 Dollars ($108.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Hotel Allegro.*

[O2014-4580]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hotel Allegro, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, twelve (12) awnings projecting over the public right-of-way adjacent to its premises known as 171 West Randolph Street. Said awning at West Randolph Street measures one (1) at twenty (20) feet in length and ten point two five (10.25) feet in width for a total of two hundred five (205) square feet. Said awning at West Randolph Street measures one (1) at twenty (20) feet in length and ten point two five (10.25) feet in width for a total of two hundred five (205) square feet. Said awning at West Randolph Street measures one (1) at twenty (20) feet in length and ten point two five (10.25) feet in width for a total of two hundred five (205) square feet. Said awning at West Randolph Street measures one (1) at ten (10) feet in length and ten point two five (10.25) feet in width for a total of one hundred two point five (102.5) square feet. Said awning at West Randolph Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet. Said awning at North Wells Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet. Said awning at North Wells Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet.

Said awning at North Wells Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet. Said awning at North Wells Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet. Said awning at North Wells Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet. Said awning at North Wells Street measures one (1) at fifteen (15) feet in length and ten point two five (10.25) feet in width for a total of one hundred fifty-three point seven five (153.75) square feet. Said awning at North Wells Street measures one (1) at twelve (12) feet in length and ten point two five (10.25) feet in width for a total of one hundred twenty-three (123) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112830 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*House Of Fortune.*

[O2014-4435]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to House of Fortune, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2405 -- 2407 South Wentworth Avenue. Said awning at South Wentworth Avenue measures thirty-eight (38) feet in length and six (6) feet in width for a total of two hundred twenty-eight (228) square feet. The location of said privilege shall be as shown on print(s)

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 277 of 921 PageID #:2540

kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113052 herein granted the sum of Sixty-three and no/100 Dollars ($63.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

*House Of Hair, Inc.*

[O2014-4666]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to House of Hair, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 4761 North Milwaukee Avenue. Said awning at North Milwaukee Avenue measures twenty-four point five (24.5) feet in length and four (4) feet in width for a total of ninety-eight (98) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112324 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*HTP Associates Occupation Ltd.*

[O2014-4418]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to HTP Associates Occupation Ltd., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 11012 South Western Avenue. Said awning at South Western Avenue measures thirty-five (35) feet in length and two (2) feet in width for a total of seventy (70) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112362 herein granted the sum of Sixty and no/100 Dollars ($60.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Janik's Cafe.*

[O2014-4293]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Janik's Cafe, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2011 West Division Street. Said awning at West Division Street measures twenty-one point three three (21.33) feet in length and four (4) feet in width for a total of eighty-five point three two (85.32) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112951 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

---

*K.S. Cleaners And Laundromat.*

[O2014-4647]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to K.S. Cleaners and Laundromat, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3904 North Sheridan Road. Said awning at North Sheridan Road measures thirty-three (33) feet in length and two point six seven (2.67) feet in width for a total of eighty-eight point one one (88.11) square feet. The location of said privilege shall be as

shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112873 herein granted the sum of Fifty-eight and no/100 Dollars ($58.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Kasia's.*

[O2014-4300]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Kasia's, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 2101 West Chicago Avenue. Said awning at West Chicago Avenue measures one (1) fourteen (14) feet in length and three (3) feet in width for a total of forty-two (42) square feet. Said awning at North Hoyne Avenue measures one (1) at seven (7) feet in length and three (3) feet in width for a total of twenty-one (21) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113088 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Know No Limits.*

[O2014-4717]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Know No Limits, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) awnings projecting over the public right-of-way adjacent to its premises known as 6125 North Clark Street. Said awning at North Clark Street measures one (1) at twenty-four (24) feet in length and two (2) feet in width for a total of forty-eight (48) square feet. Said awnings at North Clark Street measure two (2) at twenty (20) feet in length and two (2) feet in width for a total of eighty (80) square feet. Said awning at North Clark Street measures one (1) at eleven (11) feet in length and two (2) feet in width for a total of twenty-two (22) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112795 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

*La Pena Restaurante.*

[O2014-4668]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to La Pena Restaurante, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 4212 -- 4214 North Milwaukee Avenue. Said awning at North Milwaukee Avenue measures fifty (50) feet in length and two (2) feet in width for a total of one hundred (100) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113093 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

---

*Le Flour Bake Shop & Market, Inc.*

[O2014-4565]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Le Flour Bake Shop & Market, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) awnings projecting over the public right-of-way adjacent to its premises known as 6701 North Olmsted Avenue. Said awning at North Olmsted Avenue measures one (1) at ten point five (10.5) feet in length and four (4) feet in width for a total of forty-two (42) square feet. Said awning at North Olmsted Avenue

measures one (1) at six (6) feet in length and four (4) feet in width for a total of twenty-four (24) square feet. Said awning at North Olmsted Avenue measures one (1) at seven point two five (7.25) feet in length and four (4) feet in width for a total of twenty-nine (29) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113154 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

## *Links To Learning Child Care.*

[O2014-4360]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Links to Learning Child Care, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 8515 South Stony Island Avenue. Said awning at South Stony Island Avenue measures fifty (50) feet in length and four (4) feet in width for a total of two hundred (200) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 284 of 921 PageID #:2547

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112716 herein granted the sum of Seventy-five and no/100 Dollars ($75.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Lou Malnati's Pizzeria.*

[O2014-4329]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lou Malnati's Pizzeria, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 805 South State Street. Said awnings at South State Street measure two (2) at ten point six seven (10.67) feet in length and four (4) feet in width for a total of eighty-five point three six (85.36) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112936 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 285 of 921 PageID #:2548

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Luxbar.*

[O2014-4589]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Luxbar, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, six (6) awnings projecting over the public right-of-way adjacent to its premises known as 18 -- 20 East Bellevue Place. Said awnings at East Bellevue Place measure four (4) at ten point seven (10.7) feet in length and two (2) feet in width for a total of eighty-five point six (85.6) square feet and two (2) at fifteen point four (15.4) feet in length and two (2) feet in width for a total of sixty-one point six (61.6) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112897 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

---

*Maggiano's Little Italy.*
(Privilege No. 1112890)

[O2014-4596]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Maggiano's Little Italy, upon the terms and subject to the conditions of this ordinance, to maintain and use, as

now constructed, five (5) awnings projecting over the public right-of-way adjacent to its premises known as 516 North Clark Street. Said awnings at North Clark Street measure one (1) at thirteen point seven five (13.75) feet in length and five (5) feet in width for a total of sixty-eight point seven five (68.75) square feet, one (1) at thirteen point one seven (13.17) feet in length and five (5) feet in width for a total of sixty-five point eight five (65.85) square feet and one (1) at thirteen point eight three (13.83) feet in length and five (5) feet in width for a total of sixty-nine point one five (69.15) square feet. Said awnings at West Grand Avenue measure one (1) at seven point eight three (7.83) feet in length and five (5) feet in width for a total of thirty-nine point one five (39.15) square feet and one (1) at nineteen point two five (19.25) feet in length and five (5) feet in width for a total of ninety-six point two five (96.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112890 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 14, 2014.

---

*Maggiano's Little Italy.*
(Privilege No. 1112891)

[O2014-4600]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Maggiano's Little Italy, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, four (4) awnings projecting over the public right-of-way adjacent to its premises known as 516 North Clark Street. Said awning at North Clark Street measures one (1) at thirteen point one seven (13.17) feet in length and five (5) feet in width for a total of sixty-five point eight five (65.85) square feet. Said awnings at West Grand Avenue measure one (1) at nineteen point five eight (19.58) feet in length and five (5) feet in width for a total of ninety-seven point nine (97.9) square feet, one (1) at eight point zero eight (8.08) feet in length and five (5) feet in width for a total of forty point four (40.4) square feet and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 287 of 921 PageID #:2550

one (1) at nineteen point two five (19.25) feet in length and five (5) feet in width for a total of ninety-six point two five (96.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112891 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 14, 2014.

---

*Margie's Candies.*

[O2014-4307]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Margie's Candies, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 1960 North Western Avenue. Said awnings at North Western Avenue measure one (1) at fourteen (14) feet in length and four (4) feet in width for a total of fifty-six (56) square feet and one (1) at fifteen (15) feet in length and four (4) feet in width for a total of sixty (60) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108330 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Marin Funeral Home.*

[O2014-4392]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Marin Funeral Home, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2744 West 51st Street. Said awning at West 51st Street measures twelve (12) feet in length and seven point seven five (7.75) feet in width for a total of ninety-three (93) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113008 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

### *McKillip Animal Hospitals.*

[O2014-4648]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to McKillip Animal Hospitals, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2867 North Clark Street. Said awning at North Clark Street measures twenty-one (21) feet in length and two (2) feet in width for a total of forty-two (42) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112958 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

### *Milk & Honey Cafe.*

[O2014-4311]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Milk & Honey Cafe, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1920 West Division Street. Said awning at West Division Street measures six (6) feet in length and two point five (2.5) feet in width for a total of fifteen (15) square feet.

The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113108 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after ________________.

---

*Mirai Sushi.*

[O2014-4324]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Mirai Sushi, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2020 West Division Street. Said awning at West Division Street measures twelve (12) feet in length and eleven (11) feet in width for a total of one hundred thirty-two (132) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113044 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 291 of 921 PageID #:2554

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

### *Murphy's Bleachers.*

[O2014-4650]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Murphy's Bleachers, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3655 North Sheffield Avenue. Said awning at North Sheffield Avenue measures twenty-five (25) feet in length and four (4) feet in width for a total of one hundred (100) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113094 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

*New Asia Restaurant.*

[O2014-4680]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to New Asia Restaurant, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 2705 West Lawrence Avenue. Said awning at West Lawrence Avenue measures sixteen (16) feet in length and three (3) feet in width for a total of forty-eight (48) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111579 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*New Cleaners.*

[O2014-4651]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to New Cleaners, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3232 North Broadway. Said awning at North Broadway measures forty-eight (48) feet in length and four point five (4.5) feet in width for a total of two hundred sixteen (216) square feet. The location of said privilege shall be as shown on print(s) kept on file with the

Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112438 herein granted the sum of Seventy-three and no/100 Dollars ($73.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*New Divine Nails And Spa.*

[O2014-4482]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to New Divine Nails and Spa, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1702 West Belmont Avenue. Said awning at West Belmont Avenue measures three (3) feet in length and one (1) foot in width for a total of three (3) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112596 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*North Community Bank.*

[O2014-4605]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to North Community Bank, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, seven (7) awnings projecting over the public right-of-way adjacent to its premises known as 2 West Elm Street. Said awning at West Elm Street measures one (1) at seventy-three point five eight (73.58) feet in length and five (5) feet in width for a total of three hundred sixty-seven point nine (367.9) square feet. Said awning at West Elm Street measures one (1) at seventy-three point five eight (73.58) feet in length and five (5) feet in width for a total of three hundred sixty-seven point nine (367.9) square feet. Said awning at West Elm Street measures one (1) at seventy-three point five eight (73.58) feet in length and five (5) feet in width for a total of three hundred sixty-seven point nine (367.9) square feet. Said awning at West Elm Street measures one (1) at seventy-three point five eight (73.58) feet in length and five (5) feet in width for a total of three hundred sixty-seven point nine (367.9) square feet. Said awning at North State Street measures one (1) at twenty-seven (27) feet in length and five (5) feet in width for a total of one hundred thirty-five (135) square feet. Said awning at North State Street measures one (1) at twenty-seven (27) feet in length and five (5) feet in width for a total of one hundred thirty-five (135) square feet. Said awning at North State Street measures one (1) at twenty-seven (27) feet in length and five (5) feet in width for a total of one hundred thirty-five (135) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112983 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 295 of 921 PageID #:2558

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

## *Northcenter Rug Cleaning.*

[O2014-4706]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Northcenter Rug Cleaning, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3726 North Lincoln Avenue. Said awning at North Lincoln Avenue measures sixteen point seven five (16.75) feet in length and three (3) feet in width for a total of fifty point two five (50.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113101 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 296 of 921 PageID #:2559

*Par Birdie Foods.*

[O2014-4722]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Par Birdie Foods, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2234 West Devon Avenue. Said awning at West Devon Avenue measures sixty (60) feet in length and three (3) feet in width for a total of one hundred eighty (180) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110222 herein granted the sum of Eighty-five and no/100 Dollars ($85.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*Peek, Aren't You Curious, Inc.*

[O2014-4491]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Peek, Aren't You Curious, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 1723 North Damen Avenue. Said awning at North Damen Avenue measures twenty point five eight (20.58) feet in length and three point three three (3.33) feet in width for a total of sixty-eight point five three (68.53) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112663 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Piatto Pronto.*

[O2014-4548]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Piatto Pronto, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 5624 North Clark Street. Said awning at North Clark Street measures twenty-five (25) feet in length and four (4) feet in width for a total of one hundred (100) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113084 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Pierre's Mini Detail Center.*

[O2014-4539]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Pierre's Mini Detail Center, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 4454 North Elston Avenue. Said awning at North Elston Avenue measures forty (40) feet in length and five (5) feet in width for a total of two hundred (200) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112989 herein granted the sum of Sixty-five and no/100 Dollars ($65.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 5, 2014.

---

*Plus Auto Care.*

[O2014-4654]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Plus Auto Care,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 299 of 921 PageID #:2562

upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3448 North Southport Avenue. Said awning at North Southport Avenue measures twenty-one (21) feet in length and five (5) feet in width for a total of one hundred five (105) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112984 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Quick Snacks, Inc.*

[O2014-4342]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Quick Snacks, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1658 East 55th Street. Said awning at East 55th Street measures eighteen (18) feet in length and two point one seven (2.17) feet in width for a total of thirty-nine point zero six (39.06) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112999 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after September 10, 2013.

---

*Restaurant 2 Amigos.*

[O2014-4526]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Restaurant 2 Amigos, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2320 North Milwaukee Avenue. Said awning at North Milwaukee Avenue measures thirty-six (36) feet in length and eleven (11) feet in width for a total of three hundred ninety-six (396) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113019 herein granted the sum of Sixty-one and no/100 Dollars ($61.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 301 of 921 PageID #:2564

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Ramon Reyes.*

[O2014-4366]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ramon Reyes, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 4011 East 106th Street. Said awning at East 106th Street measures one (1) at thirty-two (32) feet in length and two (2) feet in width for a total of sixty-four (64) square feet. Said awning at East 106th Street measures one (1) at thirty-two (32) feet in length and two (2) feet in width for a total of sixty-four (64) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112988 herein granted the sum of One Hundred Fourteen and no/100 Dollars ($114.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 1, 2014.

---

*Ricochets.*

[O2014-4709]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ricochets, upon

the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 4644 North Lincoln Avenue. Said awning at North Lincoln Avenue measures one (1) at forty (40) feet in length and two point five (2.5) feet in width for a total of one hundred (100) square feet. Said awning at North Eastwood Avenue measures one (1) at four (4) feet in length and two point five (2.5) feet in width for a total of ten (10) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113011 herein granted the sum of One Hundred Fifteen and no/100 Dollars ($115.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Rob West Plumbing, Inc.*

[O2014-4444]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Rob West Plumbing, Inc., upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 1102 North California Avenue. Said awning at North California Avenue measures nineteen point six seven (19.67) feet in length and two (2) feet in width for a total of thirty-nine point three four (39.34) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 303 of 921 PageID #:2566

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111059 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Rossi's Liquors, Inc.*

[O2014-4611]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Rossi's Liquors, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 412 North State Street. Said awning at North State Street measures nineteen (19) feet in length and two point two (2.2) feet in width for a total of forty-one point eight (41.8) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112833 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 304 of 921 PageID #:2567

*Runa Japanese.*

[O2014-4325]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Runa Japanese, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as 2257 West North Avenue. Said awning at West North Avenue measures twenty (20) feet in length and four (4) feet in width for a total of eighty (80) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1108262 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Sapstein Drugs.*

[O2014-4353]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Sapstein Drugs, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 752 East 83rd Street. Said awning at East 83rd Street measures twenty-two (22) feet in length and four (4) feet in width for a total of eighty-eight (88) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 305 of 921 PageID #:2568

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113032 herein granted the sum of Fifty and no/100 ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Shear Soul, Inc.*

[O2014-4421]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Shear Soul, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1763 West 95th Street. Said awning at West 95th Street measures twenty-five (25) feet in length and three (3) feet in width for a total of seventy-five (75) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113013 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 306 of 921 PageID #:2569

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Shirts Illustrated, Inc.*

[O2014-4659]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Shirts Illustrated, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1340 West Belmont Avenue. Said awning at West Belmont Avenue measures thirteen point six seven (13.67) feet in length and two (2) feet in width for a total of twenty-seven point three four (27.34) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113065 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Standing Room Only Chicago.*

[O2014-4334]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Standing Room Only Chicago, upon the terms and subject to the conditions of this ordinance, to maintain and

use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 610 South Dearborn Street. Said awning at South Dearborn Street measures ten point three (10.3) feet in length and two point six (2.6) feet in width for a total of twenty-six point seven eight (26.78) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112715 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

*Subway.*
(6555 N. Clark St.)

[O2014-4552]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Subway, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 6555 North Clark Street. Said awning at North Clark Street measures eleven point nine two (11.92) feet in length and four (4) feet in width for a total of forty-seven point six eight (47.68) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 308 of 921 PageID #:2571

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112992 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Subway.*
(1449 E. 57th St.)

[O2014-4343]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Subway, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1449 East 57th Street. Said awning at East 57th Street measure seventeen (17) feet in length and two point five (2.5) feet in width for a total of forty-two point five (42.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112868 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 309 of 921 PageID #:2572

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Suite Lounge.*

[O2014-4451]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Suite Lounge, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1446 North Wells Street. Said awning at North Wells Street measures nine (9) feet in length and six (6) feet in width for a total of fifty-four (54) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113158 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after June 28, 2014.

---

*Sushi Mura Japanese Restaurant.*

[O2014-4661]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Sushi Mura Japanese Restaurant, upon the terms and subject to the conditions of this ordinance, to

maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 3647 North Southport Avenue. Said awning at North Southport Avenue measures twenty-five (25) feet in length and two point five (2.5) feet in width for a total of sixty-two point five (62.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113015 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

*Thai Oscar.*

[O2014-4712]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Thai Oscar, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 4638 North Western Avenue. Said awning at North Western Avenue measures twenty (20) feet in length and two (2) feet in width for a total of forty (40) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 311 of 921 PageID #:2574

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112849 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*Tina's Cocktail Lounge.*

[O2014-4399]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Tina's Cocktail Lounge, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 7840 -- 7842 South Racine Avenue. Said awning at South Racine Avenue measures forty-seven (47) feet in length and three (3) feet in width for a total of one hundred forty-one (141) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1110336 herein granted the sum of Seventy-two and no/100 Dollars ($72.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

*Trattoria Gianni.*

[O2014-4613]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Trattoria Gianni, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1711 North Halsted Street. Said awning at North Halsted Street measures twenty-five (25) feet in length and four point five (4.5) feet in width for a total of one hundred twelve point five (112.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112937 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

---

*V&J America Multiservices.*

[O2014-4473]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to V&J America Multiservices, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 4420 West Armitage Avenue. Said awning at West Armitage Avenue measures eighteen (18) feet in length and two point five (2.5) feet in width for a total of forty-five (45) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 313 of 921 PageID #:2576

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113097 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Village Discount Outlet, Inc.*

[O2014-4378]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Village Discount Outlet, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 2514 West 47th Street. Said awning at West 47th Street measures ninety-three point two five (93.25) feet in length and two (2) feet in width for a total of one hundred eighty-six point five (186.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113038 herein granted the sum of One Hundred Eighteen and 25/100 Dollars ($118.25) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 314 of 921 PageID #:2577

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Vincent.*

[O2014-4721]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Vincent, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) awnings projecting over the public right-of-way adjacent to its premises known as 1475 West Balmoral Avenue. Said awnings at West Balmoral Avenue measure three (3) at nine point two five (9.25) feet in length and three (3) feet in width for a total of eighty-three point two five (83.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112825 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 10, 2014.

---

*Vogue Cleaners.*

[O2014-4346]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Vogue Cleaners, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now

constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 1442 East 57th Street. Said awning at East 57th Street measures nineteen (19) feet in length and two (2) feet in width for a total of thirty-eight (38) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112966 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*Winona Cleaners, Inc.*

[O2014-4714]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Winona Cleaners, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 5133 North Clark Street. Said awning at North Clark Street measures fifty-two (52) feet in length and four (4) feet in width for a total of two hundred eight (208) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113073 herein granted the sum of Seventy-seven and no/100 Dollars ($77.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Woodard Building, Inc.*

[O2014-4363]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Woodard Building, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, nine (9) awnings projecting over the public right-of-way adjacent to its premises known as 7850 South Jeffery Boulevard. Said awning at South Jeffery Boulevard measures one (1) at five point eight three (5.83) feet in length and one point nine one (1.91) feet in width for a total of eleven point one four (11.14) square feet. Said awning at South Jeffery Boulevard measures one (1) at twelve point seven five (12.75) feet in length and one point nine one (1.91) feet in width for a total of twenty-four point three five (24.35) square feet. Said awning at South Jeffery Boulevard measures one (1) at twelve point five eight (12.58) feet in length and one point nine one (1.91) feet in width for a total of twenty-four point zero three (24.03) square feet. Said awning at South Jeffery Boulevard measures one (1) at thirteen (13) feet in length and one point nine one (1.91) feet in width for a total of twenty-four point eight three (24.83) square feet. Said awning at South Jeffery Boulevard measures one (1) at twenty-six (26) feet in length and one point nine one (1.91) feet in width for a total of forty-nine point six six (49.66) square feet. Said awning at South Jeffery Boulevard measures one (1) at twenty-four point three three (24.33) feet in length and one point nine one (1.91) feet in width for a total of forty-six point four seven (46.47) square feet. Said awning at South Jeffery Boulevard measures one (1) at twenty-four point zero eight (24.08) feet in length and one point nine one (1.91) feet in width for a total of forty-five point nine nine (45.99) square feet. Said awning at South Jeffery Boulevard measures one (1) at sixteen point three three (16.33) feet in length and one point nine one (1.91) feet in width for a total of thirty-one point one nine (31.19) square feet. Said awning at South Jeffery Boulevard measures one (1) at twelve point five eight (12.58) feet in length and one point nine one (1.91) feet in width for a total of twenty-four point zero three (24.03) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 317 of 921 PageID #:2580

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112861 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*7-Eleven.*

(958 W. Diversey Pkwy.)

[O2014-4663]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 7-Eleven, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) awning projecting over the public right-of-way adjacent to its premises known as 958 West Diversey Parkway. Said awning at West Diversey Parkway measures nine point five eight (9.58) feet in length and five (5) feet in width for a total of forty-seven point nine (47.9) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112823 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

*7-Eleven.*
(833 W. Van Buren St.)

[O2014-4337]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 7-Eleven, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) awnings projecting over the public right-of-way adjacent to its premises known as 833 West Van Buren Street. Said awning at West Van Buren Street measures one (1) at nineteen (19) feet in length and three (3) feet in width for a total of fifty-seven (57) square feet. Said awning at South Green Street measures one (1) at nineteen (19) feet in length and three (3) feet in width for a total of fifty-seven (57) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112979 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*24 Karrots.*

[O2014-4498]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 24 Karrots, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) awning projecting over the public right-of-way adjacent to its premises known as

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 319 of 921 PageID #:2582

2004 West Armitage Avenue. Said awning at West Armitage Avenue measures nineteen (19) feet in length and two (2) feet in width for a total of thirty-eight (38) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111410 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

GRANT OF PRIVILEGE IN PUBLIC WAY FOR ANN SATHER'S CAFE FOR CANOPY.

[O2014-4667]

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinance transmitted herewith for a grant of privilege in the public right-of-way for the installation, maintenance and use of a canopy for Ann Sather's Cafe. This ordinance was referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 47.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

Alderman Tunney invoked Rule 14 of the City Council's Rules of Order and Procedure disclosing that he is the owner of Ann Sather Restaurants.

The following is said ordinance as passed:

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Ann Sather's Cafe, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 3411 North Broadway. Said canopy at North Broadway measures thirty (30) feet in length and two (2) feet in width for a total of sixty (60) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113033 herein granted the sum of Fifty-five and no/100 Dollars ($55.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 321 of 921 PageID #:2584

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

## GRANTS OF PRIVILEGE IN PUBLIC WAY FOR CANOPIES.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinances transmitted herewith for grants of privilege in the public way for the installation, maintenance and use of canopies. These ordinances were referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 322 of 921 PageID #:2585

The following are said ordinances as passed (the italic heading in each case not being a part of the ordinance):

*Allied Inventory Company, Inc.*

[O2014-4584]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Allied Inventory Company, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 5718 North Western Avenue. Said canopy at North Western Avenue measures nineteen (19) feet in length and two point eight (2.8) feet in width for a total of fifty-three point two (53.2) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113007 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 26, 2014.

---

*Architectural Artifacts, Inc.*

[O2014-4660]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Architectural Artifacts, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and

use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 4325 -- 4343 North Ravenswood Avenue. Said canopy at North Ravenswood Avenue measures eighteen point five (18.5) feet in length and three (3) feet in width for a total of fifty-five point five (55.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113114 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

## *Big City Fashions.*

[O2014-4540]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Big City Fashions, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 7456 South Cottage Grove Avenue. Said canopy at South Cottage Grove Avenue measures seventeen point five (17.5) feet in length and two (2) feet in width for a total of thirty-five (35) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 324 of 921 PageID #:2587

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113001 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 14, 2013.

---

*The Catholic Charities Of Chicago.*

[O2014-4557]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to The Catholic Charities of Chicago, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) canopies projecting over the public right-of-way adjacent to its premises known as 8959 South Commercial Avenue. Said canopies at South Commercial Avenue measure one (1) at twenty-five (25) feet in length and two (2) feet in width for a total of fifty (50) square feet, one (1) at twenty-one (21) feet in length and two (2) feet in width for a total of forty-two (42) square feet and one (1) at fifteen (15) feet in length and two (2) feet in width for a total of thirty (30) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112981 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 325 of 921 PageID #:2588

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 9, 2010.

---

*Cortez Carter.*

(7901 -- 7911 S. Racine Ave.)

[O2014-4567]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cortez Carter, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 7901 -- 7911 South Racine Avenue. Said canopy at South Racine Avenue measures ninety (90) feet in length and two point five (2.5) feet in width for a total of two hundred twenty-five (225) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113102 herein granted the sum of One Hundred Fifteen and no/100 Dollars ($115.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 5, 2013.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 326 of 921 PageID #:2589

*Cortez Carter.*
(1151 -- 1159 W. 79th St.)

[O2014-4572]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Cortez Carter, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 1151 -- 1159 West 79th Street. Said canopy at West 79th Street measures eighty (80) feet in length and two point five (2.5) feet in width for a total of two hundred (200) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113103 herein granted the sum of One Hundred Five and no/100 Dollars ($105.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 5, 2013.

---

*Days Inn Chicago.*

[O2014-4665]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Days Inn Chicago, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) canopies projecting over the public right-of-way adjacent to its premises known as 644 West Diversey Parkway. Said canopy at West Diversey Parkway measures one (1) at ten point three (10.3) feet in length and eight (8) feet in width for a total of eighty-two point four (82.4) square feet. Said canopy at West Diversey Parkway measures

one (1) at fifty point three six (50.36) feet in length and two point five two (2.52) feet in width for a total of one hundred twenty-six point nine one (126.91) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113105 herein granted the sum of One Hundred Twenty-five and 36/100 Dollars ($125.36) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 4, 2014.

---

*El Vigia Restaurant.*

[O2014-4582]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to El Vigia Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) canopies projecting over the public right-of-way adjacent to its premises known as 4124 West Armitage Avenue. Said canopy at West Armitage Avenue measures one (1) at forty-nine point six seven (49.67) feet in length and four (4) feet in width for a total of one hundred ninety-eight point six eight (198.68) square feet. Said canopy at North Kedvale Avenue measures one (1) at sixty (60) feet in length and four (4) feet in width for a total of two hundred forty (240) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 328 of 921 PageID #:2591

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113029 herein granted the sum of One Hundred Fifty-nine and 67/100 Dollars ($159.67) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Fringe A Hair Salon, Inc.*

[O2014-4524]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Fringe A Hair Salon, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 1437 North Milwaukee Avenue. Said canopy at North Milwaukee Avenue measures twenty-five (25) feet in length and seven point five (7.5) feet in width for a total of one hundred eighty-seven point five (187.5) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112733 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 329 of 921 PageID #:2592

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Greek Islands Restaurant.*

[O2014-4579]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Greek Islands Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 200 South Halsted Street. Said canopy at West Adams Street measures eleven point five (11.5) feet in length and twelve (12) feet in width for a total of one hundred thirty-eight (138) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113077 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

---

*Holsten Management Corporation.*

[O2014-4664]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Holsten Management Corporation, upon the terms and subject to the conditions of this ordinance, to

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 330 of 921 PageID #:2593

maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 5550 North Kenmore Avenue. Said canopy at North Kenmore Avenue measures eighteen (18) feet in length and three (3) feet in width for a total of fifty-four (54) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112875 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 4, 2006.

---

*Hyatt Place.*

[O2014-4592]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Hyatt Place, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use two (2) canopies projecting over the public right-of-way adjacent to its premises known as 28 North Franklin Street. Said canopy at North Franklin Street measures one (1) at thirty-one point two five (31.25) feet in length and eleven point eight three (11.83) feet in width for a total of three hundred sixty-nine point six nine (369.69) square feet. Said canopy at West Calhoun Place measures one (1) at sixty-four point seven five (64.75) feet in length and five point one seven (5.17) feet in width for a total of three hundred thirty-four point seven six (334.76) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 331 of 921 PageID #:2594

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113082 herein granted the sum of One Hundred Forty-six and no/100 Dollars ($146.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*James Hotel Chicago.*

[O2014-4597]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to James Hotel Chicago, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, three (3) canopies projecting over the public right-of-way adjacent to its premises known as 55 East Ontario Street. Said canopy at East Ontario Street measures one (1) at twenty point five (20.5) feet in length and eight (8) feet in width for a total of one hundred sixty-four (164) square feet. Said canopy at North Rush Street measures one (1) at eighteen point three three (18.33) feet in length and six (6) feet in width for a total of one hundred nine point nine eight (109.98) square feet. Said canopy at North Rush Street measures one (1) at fourteen point six six (14.66) feet in length and six (6) feet in width for a total of eighty-seven point nine six (87.96) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112987 herein granted the sum of One Hundred Fifty and no/100 Dollars ($150.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*Lakeside Bank.*

[O2014-4536]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lakeside Bank, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) canopy projecting over the public right-of-way adjacent to its premises known as 1350 South Michigan Avenue. Said canopy at South Michigan Avenue measures fourteen point eight three (14.83) feet in length and five (5) feet in width for a total of seventy-four point one five (74.15) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112866 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Las Vegas Nite Club, Inc.*

[O2014-4574]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Las Vegas Nite Club, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 3702 West Armitage Avenue. Said canopy at West Armitage Avenue measures twenty-five (25) feet in length and one point two five (1.25) feet in width for a total of thirty-one point two five (31.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112919 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*Lubinski Furniture Sale.*

[O2014-4527]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Lubinski Furniture Sale, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 1550 North Milwaukee Avenue. Said canopy at North Milwaukee Avenue measures one hundred fifteen (115) feet in length and two point six seven (2.67) feet in width for a total of three hundred seven point zero five (307.05) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113009 herein granted the sum of One Hundred Forty and no/100 Dollars ($140.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after April 22, 2014.

---

*O'Malley's Liquor Kitchen.*

[O2014-4669]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to O'Malley's Liquor Kitchen, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 3551 North Sheffield Avenue. Said canopy at North Sheffield Avenue measures eight (8) feet in length and seven (7) feet in width for a total of fifty-six (56) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113117 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after July 27, 2013.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 335 of 921 PageID #:2598

*Portillo's Hot Dogs, Inc.*

[O2014-4606]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Portillo's Hot Dogs, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 100 West Ontario Street. Said canopy at West Ontario Street measures nineteen point four (19.4) feet in length and four (4) feet in width for a total of seventy-seven point six (77.6) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112895 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 24, 2014.

---

*Public Storage.*

[O2014-4658]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Public Storage, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 1129 North Wells Street. Said canopy at North Wells Street and West Elm Street measures seventy-six (76) feet in length and three (3) feet in width for a total of two hundred twenty-eight (228) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 336 of 921 PageID #:2599

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112851 herein granted the sum of One Hundred One and no/100 Dollars ($101.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after November 19, 2013.

---

*Reit Management & Research LLC.*

[O2014-4614]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Reit Management & Research LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use one (1) canopy projecting over the public right-of-way adjacent to its premises known as 111 East Wacker Drive. Said canopy at East Wacker Drive measures twenty-five point seven five (25.75) feet in length and seven point five eight (7.58) feet in width for a total of one hundred ninety-five point one nine (195.19) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1111265 herein granted the sum of Fifty and 75/100 Dollars ($50.75) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

*Salt & Pepper Diner.*

[O2014-4670]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Salt & Pepper Diner, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 3537 North Clark Street. Said canopy at North Clark Street measures fifteen (15) feet in length and three point four (3.4) feet in width for a total of fifty-one (51) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112991 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after January 13, 2014.

---

*Self Storage No. 1.*

[O2014-4672]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Self Storage Number 1, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, two (2) canopies projecting over the public right-of-way adjacent to its premises known as 3839 North Sheffield Avenue. Said canopy at North Sheffield Avenue

measures one (1) at thirteen (13) feet in length and eight (8) feet in width for a total of one hundred four (104) square feet. Said canopy at North Sheridan Road measures one (1) at thirteen (13) feet in length and eight (8) feet in width for a total of one hundred four (104) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112742 herein granted the sum of One Hundred and no/100 Dollars ($100.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

---

*Wabash/Roosevelt LLC.*

[O2014-4529]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to Wabash/Roosevelt LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 1147 South Wabash Avenue. Said canopy at South Wabash Avenue measures fourteen point one seven (14.17) feet in length and three point seven five (3.75) feet in width for a total of fifty-three point one four (53.14) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 339 of 921 PageID #:2602

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113090 herein granted the sum of Fifty and no/100 Dollars ($50.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after May 13, 2014.

---

*233 South Wacker LLC.*

[O2014-4531]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 233 South Wacker LLC, upon the terms and subject to the conditions of this ordinance, to maintain and use, as now constructed, one (1) canopy projecting over the public right-of-way adjacent to its premises known as 233 South Wacker Drive. Said canopy at South Franklin Street measures one hundred forty (140) feet in length and thirty-six (36) feet in width for a total of five thousand forty (5,040) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1113012 herein granted the sum of One Hundred Sixty-five and no/100 Dollars ($165.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 340 of 921 PageID #:2603

Authority herein given and granted for a period of five (5) years from and after March 18, 2014.

---

*535 North Michigan Venture LLC.*

[O2014-4624]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Permission and authority are hereby given and granted to 535 North Michigan Venture LLC, upon the terms and subject to the conditions of this ordinance, to construct, install, maintain and use three (3) canopies projecting over the public right-of-way adjacent to its premises known as 535 North Michigan Avenue. Said canopies at North Michigan Avenue measures one (1) at sixteen (16) feet in length and three (3) feet in width for a total of forty-eight (48) square feet, one (1) at seven (7) feet in length and three (3) feet in width for a total of twenty-one (21) square feet and one (1) at fifty-one point seven five (51.75) feet in length and three (3) feet in width for a total of one hundred fifty-five point two five (155.25) square feet. The location of said privilege shall be as shown on print(s) kept on file with the Department of Business Affairs and Consumer Protection and the Office of the City Clerk. Said privilege shall be constructed in accordance with plans and specifications approved by the Zoning Department -- Signs.

This grant of privilege in the public way shall be subject to the provisions of Section 10-28-015 and all other required provisions of the Municipal Code of Chicago.

The grantee shall pay to the City of Chicago as compensation for the privilege Number 1112930 herein granted the sum of One Hundred Seventy-five and no/100 Dollars ($175.00) per annum, in advance.

A 25% penalty will be added for payments received after due date.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority herein given and granted for a period of five (5) years from and after date of passage.

## GRANTS OF PRIVILEGE IN PUBLIC WAY FOR SIDEWALK CAFES.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinances transmitted herewith for various establishments to maintain and use portions of the public right-of-way for sidewalk cafes. These ordinances were referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances as passed (the italic heading in each case not being a part of the ordinance):

*Acadia Restaurant.*

[O2014-4340]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Acadia Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1639 South Wabash Avenue. Said sidewalk cafe area shall be twenty-seven point three three (27.33) feet in length and six (6) feet in width for a total of one hundred sixty-three point nine eight (163.98) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Wabash Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Tuesday through Thursday, 5:30 P.M. to 10:00 P.M.
Friday and Saturday, 5:00 P.M. to 11:00 P.M.
Sunday, 11:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112912 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Al's Beef.*

[O2014-4338]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Al's Beef, upon the terms and

subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 601 West Adams Street. Said sidewalk cafe area Number 1 shall be twenty-seven (27) feet in length and ten (10) feet in width and sidewalk cafe area Number 2 shall be sixteen (16) feet in length and ten (10) feet in width for a total of four hundred thirty (430) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Jefferson Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 10:00 A.M. until 8:00 P.M.
Saturday and Sunday, 10:00 A.M. to 6:00 P.M.

Compensation: $600.00/Seating Capacity: 24.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113296 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

### *Alaska Paleteria Y Neveria.*

[O2014-4455]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Alaska Paleteria Y Neveria, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3446 West Irving Park Road. Said sidewalk cafe area shall be twenty-two point two five (22.25) feet in length and four point five (4.5) feet in width for a total of one hundred point one three (100.13) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Irving Park Road. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 10:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113271 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Antojitos Majicos.*

[O2014-4450]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Antojitos Majicos, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3540 West Lawrence Avenue. Said sidewalk cafe area shall be seventeen (17) feet in length and four (4) feet in width for a total of sixty-eight (68) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Lawrence Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 9.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113131 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and

the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Arista Foods.*

[O2014-4397]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Arista Foods, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 112 North May Street. Said sidewalk cafe area shall be thirty point eight eight (30.88) feet in length and four (4) feet in width for a total of one hundred twenty-three point five two (123.52) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North May Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. until 8:00 P.M.
Saturday, 11:00 A.M. until 5:00 P.M.

Compensation: $600.00/Seating Capacity: 14.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113254 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 346 of 921 PageID #:2609

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Baker & Nosh Bakery.*

[O2014-4696]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Baker & Nosh Bakery, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1303 -- 1309 West Wilson Avenue. Said sidewalk cafe area shall be thirty-six point two five (36.25) feet in length and twelve point zero eight (12.08) feet in width for a total of four hundred thirty-seven point nine (437.9) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Wilson Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. to 10:00 P.M.
Saturday, 8:00 A.M. to 5:00 P.M.
Sunday, 8:00 A.M. to 3:00 P.M.

Compensation: $600.00/Seating Capacity: 32.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113133 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*Beezzee.*

[O2014-4607]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Beezzee, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2807 North Sheffield Avenue. Said sidewalk cafe area shall be twelve point one seven (12.17) feet in length and five (5) feet in width for a total of sixty point eight five (60.85) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Sheffield Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 11:00 A.M. to 10:00 P.M.
Saturday and Sunday, 10:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112916 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Bird's Nest.*

[O2014-4422]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Bird's Nest, upon the terms and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 348 of 921 PageID #:2611

subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2500 North Southport Avenue. Said sidewalk cafe area shall be seventy (70) feet in length and eight point eight three (8.83) feet in width for a total of six hundred eighteen point one (618.1) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Altgeld Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday, 10:00 A.M. to 10:00 P.M.
Monday through Thursday, 11:00 A.M. to 10:00 P.M.
Friday, 11:00 A.M. to 11:00 P.M.
Saturday, 10:00 A.M. to 11:00 P.M.

Compensation: $679.91/Seating Capacity: 28.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113270 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Butcher & The Burger.*

[O2014-4428]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Butcher & The Burger, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1021 West Armitage Avenue. Said sidewalk cafe area shall be forty-two point five (42.5) feet in length and seven (7) feet in width for a total of two hundred ninety-seven point five (297.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along

North Kenmore Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday and Tuesday, 11:00 A.M. to 9:00 P.M.
Wednesday through Friday, 11:00 A.M. to 10:00 P.M.
Saturday, 10:00 A.M. to 10:00 P.M.
Sunday, 10:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113143 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Cafe Colao.*

[O2014-4368]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Cafe Colao, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2638 West Division Street. Said sidewalk cafe area shall be eleven point eight three (11.83) feet in length and seventeen (17) feet in width for a total of two hundred one point one one (201.11) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Division Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 24.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113244 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Caffe Italia.*

[O2014-4464]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Caffe Italia, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2625 North Harlem Avenue. Said sidewalk cafe area shall be fifty (50) feet in length and seven point five (7.5) feet in width for a total of three hundred seventy-five (375) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Harlem Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Saturday, 8:00 A.M. until 12:00 Midnight

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113165 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 351 of 921 PageID #:2614

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Chicago French Market.*

[O2014-4505]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Chicago French Market, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 131 North Clinton Street. Said sidewalk cafe area Number 1 shall be sixteen (16) feet in length and eleven point zero two (11.02) feet in width and sidewalk cafe area Number 2 shall be nine (9) feet in length and eleven point zero two (11.02) feet in width for a total of two hundred seventy-five point five (275.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Clinton Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. to 7:30 P.M.
Saturday, 8:00 A.M. to 5:30 P.M.

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113266 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 352 of 921 PageID #:2615

*Chicago Grind.*

[O2014-4701]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Chicago Grind, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 5256 North Broadway. Said sidewalk cafe area shall be forty (40) feet in length and ten (10) feet in width for a total of four hundred (400) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Berwyn Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 18.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113294 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Chuckie's.*

[O2014-4711]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Chuckie's, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1412 -- 1414 West Morse Avenue. Said sidewalk cafe area shall be forty-five (45) feet in length and eight (8) feet in width for a total of three hundred sixty (360) square feet and shall allow six (6) feet of clear

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 353 of 921 PageID #:2616

space from the face of the curb/building line along West Morse Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. until 12:00 Midnight

Compensation: $600.00/Seating Capacity: 49.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113137 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Corner Bakery Cafe.*

[O2014-4508]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Corner Bakery Cafe, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 360 North Michigan Avenue. Said sidewalk cafe area shall be seventy point one seven (70.17) feet in length and twelve point four two (12.42) feet in width for a total of eight hundred seventy-one point five one (871.51) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Wacker Drive. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 8:00 P.M.

Compensation: $3,921.80/Seating Capacity: 60.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 354 of 921 PageID #:2617

This grant of privilege Number 1112978 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Coronas Coffee II.*

[O2014-4697]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Coronas Coffee II, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 909 West Irving Park Road. Said sidewalk cafe area shall be seventeen point eight three (17.83) feet in length and six point four two (6.42) feet in width for a total of one hundred fourteen point four seven (114.47) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Irving Park Road. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. to 7:00 P.M.
Saturday, 8:00 A.M. to 6:00 P.M.
Sunday, 8:00 A.M. to 5:00 P.M.

Compensation: $600.00/Seating Capacity: 9.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113053 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Craft Pizza.*

[O2014-4277]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Craft Pizza, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1252 North Damen Avenue. Said sidewalk cafe area shall be thirty-seven (37) feet in length and eleven (11) feet in width for a total of four hundred seven (407) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Potomac Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 8:00 A.M. to 10:00 P.M.
Friday and Saturday, 8:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 36.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113286 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*Demera Ethiopian Restaurant.*

[O2014-4703]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Demera Ethiopian Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 4801 North Broadway. Said sidewalk cafe area shall be forty-three point five (43.5) feet in length and thirteen point one seven (13.17) feet in width for a total of five hundred seventy-two point nine (572.9) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 11:30 A.M. to 11:00 P.M.
Friday and Saturday, 11:30 A.M. to 12:00 A.M.

Compensation: $630.18/Seating Capacity: 35.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112915 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Dunkin Donuts.*
(100 W. Randolph St.)

[O2014-4521]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Dunkin Donuts, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 100 West Randolph Street. Said sidewalk cafe area shall be fourteen (14) feet in length and nine (9) feet in width for a

total of one hundred twenty-six (126) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Lake Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Saturday, 8:00 A.M. until 7:00 P.M.

Compensation: $600.00/Seating Capacity: 8.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113260 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, .the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Dunkin Donuts.*
(205 W. Randolph St.)

[O2014-4528]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Dunkin Donuts, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 205 West Randolph Street. Said sidewalk cafe area shall be twenty (20) feet in length and seven (7) feet in width for a total of one hundred forty (140) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Wells Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Saturday, 8:00 A.M. until 10:00 P.M.

Compensation: $630.00/Seating Capacity: 6.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 358 of 921 PageID #:2621

This grant of privilege Number 1113263 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Dunkin Donuts.*
(223 W. Washington St.)

[O2014-4522]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Dunkin Donuts, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 223 West Washington Street. Said sidewalk cafe area shall be twenty-one point five (21.5) feet in length and ten (10) feet in width for a total of two hundred fifteen (215) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Washington Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 10:00 P.M.

Compensation: $967.50/Seating Capacity: 8.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113262 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 359 of 921 PageID #:2622

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Efes Restaurant.*

[O2014-4612]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Efes Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2833 North Broadway. Said sidewalk cafe area shall be twenty-seven (27) feet in length and eight (8) feet in width for a total of two hundred sixteen (216) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 10:30 A.M. to 10:00 P.M.
Friday and Saturday, 10:30 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112917 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*El Restaurante Tinajon.*

[O2014-4477]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to El Restaurante Tinajon, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 4425 West Montrose Avenue. Said sidewalk cafe area shall be thirty-nine point five (39.5) feet in length and nine point five (9.5) feet in width for a total of three hundred seventy-five point two five (375.25) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Kenneth Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Saturday and Sunday, 10:00 A.M. to 10:00 P.M.
Monday, Wednesday through Friday, 11:00 A.M. to 10:00 P.M.
Tuesday, closed

Compensation: $600.00/Seating Capacity: 32.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113162 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Ellie's.*

[O2014-4358]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Ellie's, upon the terms and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 361 of 921 PageID #:2624

subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 10701 South Hale Avenue. Said sidewalk cafe area shall be thirty-five point five (35.5) feet in length and thirteen point three three (13.33) feet in width for a total of four hundred seventy-three point two two (473.22) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Hale Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Wednesday, 8:00 A.M. to 5:00 P.M.
Thursday through Saturday, 8:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 14.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113281 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Epples Restaurant.*

[O2014-4345]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Epples Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 554 West Roosevelt Road. Said sidewalk cafe area shall be nineteen (19) feet in length and fourteen (14) feet in width for a total of two hundred sixty-six (266) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Roosevelt Road. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Saturday through Sunday, 8:00 A.M. until 4:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112913 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Euro Cafe'.*

[O2014-4468]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Euro Cafe', upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3435 North Harlem Avenue. Said sidewalk cafe area shall be eighteen (18) feet in length and three (3) feet in width for a total of fifty-four (54) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Harlem Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1111832 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 363 of 921 PageID #:2626

the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Fairways.*

[O2014-4432]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Fairways, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1139 -- 1141 West Armitage Avenue. Said sidewalk cafe area shall be eighteen point four two (18.42) feet in length and three point eight three (3.83) feet in width for a total of seventy point five five (70.55) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Armitage Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 8:00 A.M. to 10:00 P.M.
Friday and Saturday, 8:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113231 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 364 of 921 PageID #:2627

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Falafill.*

[O2014-4617]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Falafill, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3202 North Broadway. Said sidewalk cafe area shall be seventeen point five eight (17.58) feet in length and six point seven five (6.75) feet in width for a total of one hundred eighteen point six seven (118.67) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Saturday, 11:00 A.M. until 10:00 P.M.

Compensation: $600.00/Seating Capacity: 6.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112923 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Fiesta Mexicana Corporation.*

[O2014-4704]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Fiesta Mexicana Corporation,

upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 4806 North Broadway. Said sidewalk cafe area shall be fifteen point five (15.5) feet in length and twelve (12) feet in width for a total of one hundred eighty-six (186) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. to 12:00 A.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113135 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Fiesta Mexicana Restaurant.*

[O2014-4577]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Fiesta Mexicana Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2423 North Lincoln Avenue. Said sidewalk cafe area shall be thirty-eight (38) feet in length and five (5) feet in width for a total of one hundred ninety (190) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Lincoln Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 366 of 921 PageID #:2629

Sunday through Saturday, 10:00 A.M. until 12:00 Midnight

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113139 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Freshii.*
(200 W. Randolph St.)

[O2014-4534]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Freshii, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 200 West Randolph Street. Said sidewalk cafe area shall be nineteen (19) feet in length and four point seven five (4.75) feet in width for a total of ninety point two five (90.25) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Randolph Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. to 8:00 P.M.
Saturday, 8:00 A.M. to 6:00 P.M.

Compensation: $600.00/Seating Capacity: 11.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112910 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Freshii.*
(50 E. Washington St.)

[O2014-4538]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Freshii, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 50 East Washington Street. Said sidewalk cafe area shall be thirty-one point six seven (31.67) feet in length and eight point two five (8.25) feet in width for a total of two hundred sixty-one point two eight (261.28) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along East Washington Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. to 10:00 P.M.
Saturday and Sunday, 8:00 A.M. to 8:00 P.M.

Compensation: $1,175.75/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113297 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 368 of 921 PageID #:2631

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

### *Giordano's Restaurant.*

[O2014-4323]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Giordano's Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1340 South Michigan Avenue. Said sidewalk cafe area shall be thirty-two point five (32.5) feet in length and six point five (6.5) feet in width for a total of two hundred eleven point two five (211.25) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Michigan Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 21.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113058 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 369 of 921 PageID #:2632

*Glazed And Infused.*

[O2014-4400]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Glazed and Infused, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 813 West Fulton Market. Said sidewalk cafe area shall be eleven point five (11.5) feet in length and four point three three (4.33) feet in width for a total of forty-nine point eight (49.8) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Fulton Market. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Saturday and Sunday, 8:00 A.M. to 3:00 P.M.
Monday through Thursday, 8:00 A.M. to 2:00 P.M.
Friday, 8:00 A.M. to 5:00 P.M.

Compensation: $600.00/Seating Capacity: 6.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113062 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Hash.*

[O2014-4279]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Hash, upon the terms and subject

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 370 of 921 PageID #:2633

to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1357 North Western Avenue. Said sidewalk cafe area shall be thirty-one point three three (31.33) feet in length and ten point five (10.5) feet in width for a total of three hundred twenty-eight point nine seven (328.97) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Hirsch Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Wednesday through Monday, 8:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 24.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113057 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Hi-Tops.*

[O2014-4581]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Hi-Tops, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2462 North Lincoln Avenue. Said sidewalk cafe area shall be thirty-one point four two (31.42) feet in length and nine point nine two (9.92) feet in width for a total of three hundred eleven point six nine (311.69) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Montana Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday, 11:00 A.M. until 9:00 P.M.
Monday, closed
Tuesday through Thursday, 4:00 P.M. until 9:00 P.M.
Friday, 4:00 P.M. until 10:00 P.M.
Saturday, 11:00 A.M. until 10:00 P.M.

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113132 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Howl At The Moon.*

[O2014-4542]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Howl at the Moon, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 26 -- 30 West Hubbard Street. Said sidewalk cafe area shall be twenty-nine (29) feet in length and four (4) feet in width for a total of one hundred sixteen (116) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Hubbard Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Saturday, 5:00 P.M. to 12:00 A.M.
Sunday, 7:00 P.M. to 12:00 A.M.

Compensation: $600.00/Seating Capacity: 9.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 372 of 921 PageID #:2635

This grant of privilege Number 1113061 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Jamba Juice.*
(1322 S. Halsted St.)

[O2014-4362]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Jamba Juice, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1322 South Halsted Street. Said sidewalk cafe area Number 1 shall be thirty (30) feet in length and five (5) feet in width and sidewalk cafe area Number 2 shall be twenty (20) feet in length and ten (10) feet in width for a total of three hundred fifty (350) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Halsted Street and West Maxwell Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Saturday, 8:00 A.M. until 10:00 P.M.

Compensation: $600.00/Seating Capacity: 24.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113168 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Jamba Juice.*
(20 N. Michigan Ave.)

[O2014-4544]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Jamba Juice, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 20 North Michigan Avenue. Said sidewalk cafe area shall be twenty (20) feet in length and ten (10) feet in width for a total of two hundred (200) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Michigan Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 9:00 A.M. until 10:00 P.M.

Compensation: $900.00/Seating Capacity: 15.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112911 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*Jersey Mike's.*

[O2014-4546]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Jersey Mike's, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 120 North Wells Street. Said sidewalk cafe area shall be twenty-five (25) feet in length and eight (8) feet in width for a total of two hundred (200) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Wells Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 7:00 P.M.

Compensation: $900.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113261 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Johnny O'Hagan's.*

[O2014-4621]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Johnny O'Hagan's, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3374 North Clark Street. Said sidewalk cafe area shall be ninety point one seven (90.17) feet in length and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 375 of 921 PageID #:2638

five point three three (5.33) feet in width for a total of four hundred eighty point six one (480.61) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Roscoe Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Thursday, 11:00 A.M. to 10:00 P.M.
Friday, 11:00 A.M. to 11:00 P.M.
Saturday, 9:00 A.M. to 11:00 P.M.
Sunday, 9:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 44.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113232 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Joy's.*

[O2014-4673]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Joy's, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3257 -- 3259 North Broadway. Said sidewalk cafe area shall be thirty-seven point five (37.5) feet in length and seven (7) feet in width for a total of two hundred sixty-two point five (262.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 11:00 A.M. to 10:00 P.M.
Friday and Saturday, 11:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112925 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Koko's Mediterranean Grill.*

[O2014-4281]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Koko's Mediterranean Grill, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1760 West Chicago Avenue. Said sidewalk cafe area shall be sixty-three (63) feet in length and six (6) feet in width for a total of three hundred seventy-eight (378) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Wood Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Saturday, 8:00 A.M. to 12:00 Midnight
Sunday, 8:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 28.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 377 of 921 PageID #:2640

This grant of privilege Number 1112918 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*La Fonda Latino Grill.*

[O2014-4708]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to La Fonda Latino Grill, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 5350 North Broadway. Said sidewalk cafe area shall be twenty-one (21) feet in length and ten (10) feet in width for a total of two hundred ten (210) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Tuesday through Thursday, 12:00 Noon to 9:00 P.M.
Friday and Saturday, 12:00 Noon to 9:30 P.M.
Sunday, 12:00 Noon to 8:30 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113134 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 378 of 921 PageID #:2641

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

## *La Strada Cafe.*

[O2014-4286]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to La Strada Cafe, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2023 North California Avenue. Said sidewalk cafe area shall be eleven (11) feet in length and five (5) feet in width for a total of fifty-five (55) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North California Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 8:00 A.M. to 7:00 P.M.
Saturday and Sunday, 8:00 A.M. to 5:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113264 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*Las Tablas On Lincoln.*

[O2014-4443]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Las Tablas on Lincoln, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2942 -- 2944 North Lincoln Avenue. Said sidewalk cafe area shall be forty-nine point five (49.5) feet in length and eight (8) feet in width for a total of three hundred ninety-six (396) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Lincoln Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Thursday, 10:00 A.M. to 10:00 P.M.
Friday and Saturday, 10:00 A.M. to 11:00 P.M.
Sunday, 10:00 A.M. to 8:00 P.M.

Compensation: $600.00/Seating Capacity: 14.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113056 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Le Pain Quotidien.*

[O2014-4587]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Le Pain Quotidien, upon the

terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1000 -- 1002 West Armitage Avenue. Said sidewalk cafe area Number 1 shall be nine (9) feet in length and three point one seven (3.17) feet in width, sidewalk cafe area Number 2 shall be nine (9) feet in length and three point one seven (3.17) feet in width, sidewalk cafe area Number 3 shall be eight point nine two (8.92) feet in length and three point one seven (3.17) feet in width, sidewalk cafe area Number 4 shall be fourteen point six seven (14.67) feet in length and three point one seven (3.17) feet in width and sidewalk cafe area Number 5 shall be seventeen point four two (17.42) feet in length and five point one seven (5.17) feet in width for a total of two hundred twenty-one point nine (221.9) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Armitage Avenue and North Sheffield Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 22.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1111922 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Leadbelly.*

[O2014-4471]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Leadbelly, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 381 of 921 PageID #:2644

right-of-way for a sidewalk cafe adjacent to its premises located at 5739 West Irving Park Road. Said sidewalk cafe area shall be twenty-five (25) feet in length and twelve (12) feet in width for a total of three hundred (300) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Irving Park Road. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Tuesday through Thursday, 5:00 P.M. to 9:00 P.M.
Friday and Saturday, 5:00 P.M. to 10:00 P.M.
Sunday, 12:00 P.M. to 7:00 P.M.

Compensation: $600.00/Seating Capacity: 14.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113252 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Lockdown.*

[O2014-4374]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Lockdown, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1024 North Western Avenue. Said sidewalk cafe area Number 1 shall be fifteen (15) feet in length and six (6) feet in width and sidewalk cafe area Number 2 shall be forty-three (43) feet in length and seven (7) feet in width for a total of three hundred ninety-one (391) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Western Avenue and West Cortez Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Saturday, 11:00 A.M. to 12:00 A.M.

Compensation: $600.00/Seating Capacity: 29.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113295 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*The Logan Theatre.*

[O2014-4457]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to The Logan Theatre, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2646 -- 2648 North Milwaukee Avenue. Said sidewalk cafe area shall be twenty-eight point eight three (28.83) feet in length and four point eight three (4.83) feet in width for a total of one hundred thirty-nine point two five (139.25) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Milwaukee Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 10:00 A.M. to 12:00 A.M.

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113290 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 383 of 921 PageID #:2646

the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Maggiano's Little Italy.*

[O2014-4549]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Maggiano's Little Italy, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 516 North Clark Street. Said sidewalk cafe area Number 1 shall be sixty-five (65) feet in length and eight point nine five (8.95) feet in width and sidewalk cafe area Number 2 shall be sixty-seven point four two (67.42) feet in length and eight point nine five (8.95) feet in width for a total of one thousand one hundred eighty-five point one six (1,185.16) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Clark Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 9:00 P.M.

Compensation: $2,725.87/Seating Capacity: 68.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113256 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 384 of 921 PageID #:2647

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Mambo Cafe.*

[O2014-4419]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Mambo Cafe, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3336 -- 3342 North Milwaukee Avenue. Said sidewalk cafe area shall be forty (40) feet in length and seven (7) feet in width for a total of two hundred eighty (280) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Keystone Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113140 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Margaret's.*

[O2014-4691]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Margaret's, upon the terms and

subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 5134 West Irving Park Road. Said sidewalk cafe area shall be twenty (20) feet in length and ten (10) feet in width for a total of two hundred (200) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Irving Park Road. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Saturday, 3:00 P.M. to 12:00 Midnight
Sunday, 12:00 P.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113142 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*McCormick & Schmick's Seafood Restaurant.*

[O2014-4554]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to McCormick & Schmick's Seafood Restaurant, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 41 East Chestnut Street. Said sidewalk cafe area Number 1 shall be twenty-seven (27) feet in length and ten (10) feet in width and sidewalk cafe area Number 2 shall be thirty-four (34) feet in length and ten (10) feet in width for a total of six hundred ten (610) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along East Chestnut Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:30 A.M. to 12:00 A.M. Midnight

Compensation: $1,403.00/Seating Capacity: 46.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113289 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*McGee's Tavern & Grille.*

[O2014-4594]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to McGee's Tavern & Grille, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 950 West Webster Avenue. Said sidewalk cafe area shall be sixty-six (66) feet in length and seven point eight (7.8) feet in width for a total of five hundred fourteen point eight (514.8) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Webster Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 10:00 A.M. until 10:00 P.M.
Saturday and Sunday, 9:00 A.M. until 10:00 P.M.

Compensation: 600.00/Seating Capacity: 40.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113063 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Meli Cafe On Dearborn.*

[O2014-4326]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Meli Cafe on Dearborn, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 500 South Dearborn Street. Said sidewalk cafe area shall be forty-seven point five eight (47.58) feet in length and eight point three three (8.33) feet in width for a total of three hundred ninety-six point three four (396.34) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Dearborn Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 11:00 P.M.

Compensation: $713.41/Seating Capacity: 31.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113064 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Merlo On Maple.*

[O2014-4555]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Merlo on Maple, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 16 West Maple Street. Said sidewalk cafe area shall be twenty-five (25) feet in length and ten point three (10.3) feet in width for a total of two hundred fifty-seven point five (257.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Maple Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 22.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113136 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Mexique.*

[O2014-4305]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Mexique, upon the terms and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 389 of 921 PageID #:2652

subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1529 West Chicago Avenue. Said sidewalk cafe area shall be twenty-four (24) feet in length and four point eight eight (4.88) feet in width for a total of one hundred seventeen point one two (117.12) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Chicago Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Tuesday through Thursday, 11:00 A.M. to 10:00 P.M.
Friday, 11:00 A.M. to 11:00 P.M.
Saturday, 10:00 A.M. to 11:00 P.M.
Sunday, 10:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 22.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113265 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*MFK.*

[O2014-4675]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to MFK, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 432 West Diversey Parkway. Said sidewalk cafe area shall be twenty-one point six seven (21.67) feet in length and six point six seven (6.67) feet in width for a total of one hundred forty-four point five four (144.54) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Diversey Parkway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 390 of 921 PageID #:2653

Sunday through Thursday, 8:00 A.M. to 10:00 P.M.
Friday and Saturday, 8:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 10.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113268 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Michael Diversey's.*

[O2014-4676]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Michael Diversey's, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 670 West Diversey Parkway. Said sidewalk cafe area shall be thirty-two point six seven (32.67) feet in length and five point three three (5.33) feet in width for a total of one hundred seventy-four point one three (174.13) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Diversey Parkway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 9:00 A.M. to 10:00 P.M.
Friday and Saturday, 9:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 391 of 921 PageID #:2654

This grant of privilege Number 1113251 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*O'Malley's Liquor Kitchen.*

[O2014-4678]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to O'Malley's Liquor Kitchen, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3551 North Sheffield Avenue. Said sidewalk cafe area Number 1 shall be nineteen point seven five (19.75) feet in length and eight point two five (8.25) feet in width and sidewalk cafe area Number 2 shall be twenty point two five (20.25) feet in length and eight point two five (8.25) feet in width for a total of three hundred thirty (330) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Sheffield Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 10:00 A.M. to 10:00 P.M.
Friday through Saturday, 10:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 32.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113128 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Osteria Langhe.*

[O2014-4460]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Osteria Langhe, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2824 West Armitage Avenue. Said sidewalk cafe area shall be twenty-two point zero eight (22.08) feet in length and four point five (4.5) feet in width for a total of ninety-nine point three six (99.36) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Armitage Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 5:00 P.M. to 10:00 P.M.
Saturday, 5:00 P.M. to 11:00 P.M.
Sunday, 12:00 Noon to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113253 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 393 of 921 PageID #:2656

*Papa's Cache Sabroso, Inc.*

[O2014-4377]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Papa's Cache Sabroso, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2517 West Division Street. Said sidewalk cafe area shall be seventeen (17) feet in length and eighteen (18) feet in width for a total of three hundred six (306) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Divsion Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Thursday, 11:00 A.M. through 11:00 P.M.
Friday and Saturday, 11:00 A.M. until 12:00 Midnight

Compensation: $600.00/Seating Capacity: 20.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113293 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Piccolo Sogno Due.*

[O2014-4559]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Piccolo Sogno Due, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 394 of 921 PageID #:2657

public right-of-way for a sidewalk cafe adjacent to its premises located at 340 North Clark Street. Said sidewalk cafe area Number 1 shall be thirty point seven nine (30.79) feet in length and six point three three (6.33) feet in width and sidewalk cafe area Number 2 shall be sixteen (16) feet in length and six point three three (6.33) feet in width for a total of two hundred ninety-six point one eight (296.18) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Clark Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. to 12:00 Midnight

Compensation: $681.22/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112914 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Ping Pong.*

[O2014-4682]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Ping Pong, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3322 -- 3326 North Broadway. Said sidewalk cafe area shall be forty-four (44) feet in length and seven (7) feet in width for a total of three hundred eight (308) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday, Noon to 10:00 P.M.
Monday through Thursday, 4:00 P.M. to 10:00 P.M.
Friday, 4:00 P.M. to 11:00 P.M.
Saturday, Noon to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 32.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113246 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

### *Pizano's Pizza & Pasta On Lincoln.*

[O2014-4599]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Pizano's Pizza & Pasta on Lincoln, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2427 -- 2429 North Lincoln Avenue. Said sidewalk cafe area shall be thirty point three three (30.33) feet in length and five (5) feet in width for a total of one hundred fifty-one point six five (151.65) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Lincoln Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113161 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Pizzeria Uno Chicago Bar & Grill.*

[O2014-4562]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Pizzeria Uno Chicago Bar & Grill, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 29 East Ohio Street. Said sidewalk cafe area Number 1 shall be twenty-two point four two (22.42) feet in length and four (4) feet in width and sidewalk cafe area Number 2 shall be twenty-two point four two (22.42) feet in length and four (4) feet in width for a total of one hundred seventy-nine point three six (179.36) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Wabash Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 10:30 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113287 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Rasmos.*

[O2014-4694]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Rasmos, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 4788 North Elston Avenue. Said sidewalk cafe area Number 1 shall be thirty (30) feet in length and fifteen (15) feet in width and sidewalk cafe area Number 2 shall be twenty-nine (29) feet in length and ten (10) feet in width for a total of seven hundred forty (740) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Kenneth Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Saturday, 10:00 A.M. to 10:00 P.M.
Sunday, 11:00 A.M. to 10:00 P.M.

Compensation: $814.00/Seating Capacity: 32.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113129 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*Red Robin's Burger Works.*

[O2014-4570]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted Red Robin's Burger Works, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 328 North Michigan Avenue. Said sidewalk cafe area shall be twenty point six seven (20.67) feet in length and eleven point nine two (11.92) feet in width for a total of two hundred forty-six point three nine (246.39) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Michigan Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 10:00 P.M.

Compensation: $1,108.74/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113285 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Redmond's.*

[O2014-4684]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Redmond's, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public

right-of-way for a sidewalk cafe adjacent to its premises located at 3358 North Sheffield Avenue. Said sidewalk cafe area shall be sixty-eight point six (68.6) feet in length and ten (10) feet in width for a total of six hundred eighty-six (686) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Roscoe Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 10:00 A.M. to 10:00 P.M.
Friday and Saturday, 10:00 A.M. to 11:00 P.M.

Compensation: $754.60/Seating Capacity: 72.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113241 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Revolver.*

[O2014-4348]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Revolver, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3759 North Damen Avenue. Said sidewalk cafe area shall be sixty-eight (68) feet in length and nine point two five (9.25) feet in width for a total of six hundred twenty-nine (629) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Grace Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 400 of 921 PageID #:2663

Monday through Friday, 12:00 Noon to 12:00 Midnight
Saturday and Sunday, 10:00 A.M. to 12:00 Midnight

Compensation: $691.90/Seating Capacity: 34.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113138 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Runa Japanese.*

[O2014-4312]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Runa Japanese, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2257 West North Avenue. Said sidewalk cafe area Number 1 shall be twenty (20) feet in length and two point one seven (2.17) feet in width and sidewalk cafe area Number 2 shall be thirty (30) feet in length and two point one seven (2.17) feet in width for a total of one hundred eight point five (108.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Oakey Boulevard. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:30 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 401 of 921 PageID #:2664

This grant of privilege Number 1113292 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Shambles Bar.*

[O2014-4316]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Shambles Bar, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2050 West Division Street. Said sidewalk cafe area shall be twenty-five (25) feet in length and sixteen point five (16.5) feet in width for a total of four hundred twelve point five (412.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Division Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 11:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 25.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113164 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 402 of 921 PageID #:2665

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Sofra Turkish Kitchen.*

[O2014-4446]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Sofra Turkish Kitchen, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3134 North Lincoln Avenue. Said sidewalk cafe area shall be nineteen (19) feet in length and six (6) feet in width for a total of one hundred fourteen (114) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Lincoln Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 11:00 A.M. until 10:30 P.M.
Friday and Saturday, 11:00 A.M. until 11:30 P.M.

Compensation: $600.00/Seating Capacity: 6.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113166 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Spencer's Jolly Posh Foods.*

[O2014-4685]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Spencer's Jolly Posh Foods,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 403 of 921 PageID #:2666

upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3755 North Southport Avenue. Said sidewalk cafe area shall be twenty-two (22) feet in length and ten (10) feet in width for a total of two hundred twenty (220) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Southport Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 8:00 A.M. to 10:00 P.M.
Friday and Saturday, 8:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 18.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1111179 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Sunset Caffe.*

[O2014-4481]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Sunset Caffe, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 5726 North Western Avenue. Said sidewalk cafe area shall be twenty-five (25) feet in length and eleven (11) feet in width for a total of two hundred seventy-five (275) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Western Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 404 of 921 PageID #:2667

Sunday through Thursday, 8:00 A.M. to 10:00 P.M.
Friday and Saturday, 8:00 A.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 24.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113243 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Tac Quick.*

[O2014-4688]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Tac Quick, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3928 -- 3930 North Sheridan Road. Said sidewalk cafe area shall be forty-one point five (41.5) feet in length and nine point eight three (9.83) feet in width for a total of four hundred seven point nine five (407.95) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Sheridan Road. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday through Thursday, 11:00 A.M. until 11:00 P.M.
Friday and Saturday, 11:00 A.M. until 11:45 P.M.
Tuesday, closed

Compensation: $600.00/Seating Capacity: 23.

Sidewalk cafe permit and approved plan must be posted at all times.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 405 of 921 PageID #:2668

This grant of privilege Number 1113141 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Taverna 750.*

[O2014-4700]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Taverna 750, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 750 West Cornelia Avenue. Said sidewalk cafe area shall be forty-four point four two (44.42) feet in length and seven point four two (7.42) feet in width for a total of three hundred twenty-nine point six (329.6) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Cornelia Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Friday, 5:30 P.M. to 12:00 Midnight
Saturday and Sunday, 10:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 44.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113130 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Upton's Naturals Company.*

[O2014-4388]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Upton's Naturals Company, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2054 West Grand Avenue. Said sidewalk cafe area shall be twenty-seven (27) feet in length and six (6) feet in width for a total of one hundred sixty-two (162) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Hoyne Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 9:00 A.M. to 9:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113055 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

*Vanilla Bean Bake Shop, Inc.*

[O2014-4393]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Vanilla Bean Bake Shop, Inc., upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 2627 West Division Street. Said sidewalk cafe area shall be fifteen (15) feet in length and twelve (12) feet in width for a total of one hundred eighty (180) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Division Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Tuesday through Saturday, 8:00 A.M. to 5:00 P.M.

Compensation: $600.00/Seating Capacity: 16.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113167 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Viaggio.*

[O2014-4405]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Viaggio, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public

right-of-way for a sidewalk cafe adjacent to its premises located at 1330 West Madison Street. Said sidewalk cafe area Number 1 shall be twenty-four (24) feet in length and four (4) feet in width, sidewalk cafe area Number 2 shall be ten (10) feet in length and four (4) feet in width and sidewalk cafe area Number 3 shall be ten (10) feet in length and four (4) feet in width for a total of one hundred seventy-six (176) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Madison Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 12:00 Midnight

Compensation: $600.00/Seating Capacity: 26.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113278 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Vinnies Sub Shop.*

[O2014-4411]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Vinnies Sub Shop, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1204 West Grand Avenue. Said sidewalk cafe area shall be twenty-five (25) feet in length and four (4) feet in width for a total of one hundred (100) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along West Grand Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 409 of 921 PageID #:2672

Monday through Friday, 8:00 A.M. to 7:00 P.M.
Saturday, 8:00 A.M. to 5:00 P.M.

Compensation: $600.00/Seating Capacity: 12.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113054 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Waffles.*

[O2014-4351]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Waffles, upon the terms and subject to the conditions of this ordinance, to maintain and use portions of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1400 South Michigan Avenue. Said sidewalk cafe area Number 1 shall be eight point four (8.4) feet in length and eight (8) feet in width, sidewalk cafe area Number 2 shall be eight point three (8.3) feet in length and eight (8) feet in width and sidewalk cafe area Number 3 shall be ten point three (10.3) feet in length and eight (8) feet in width for a total of two hundred sixteen (216) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along South Michigan Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Sunday, 8:00 A.M. to 2:00 P.M.

Compensation: $600.00/Seating Capacity: 14.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113255 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Wakamono.*

[O2014-4689]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Wakamono, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 3313 -- 3317 North Broadway. Said sidewalk cafe area shall be forty-five point five (45.5) feet in length and seven (7) feet in width for a total of three hundred eighteen point five (318.5) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Broadway. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Sunday, Noon to 10:00 P.M.
Monday through Thursday, 4:00 P.M. to 10:00 P.M.
Friday, 4:00 P.M. to 11:00 P.M.
Saturday, 4:00 P.M. to 11:00 P.M.

Compensation: $600.00/Seating Capacity: 32.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113245 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 411 of 921 PageID #:2674

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Woodie's Flat.*

[O2014-4604]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Woodie's Flat, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1535 North Wells Street. Said sidewalk cafe area shall be twenty-five (25) feet in length and nine (9) feet in width for a total of two hundred twenty-five (225) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Wells Street. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Monday through Thursday, 5:00 P.M. to 10:00 P.M.
Friday, 2:00 P.M. to 10:00 P.M.
Saturday and Sunday, 11:00 A.M. to 10:00 P.M.

Compensation: $600.00/Seating Capacity: 28.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1113163 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

---

*Xoco.*

[O2014-4319]

*Be It Ordained by the City Council of the City of Chicago:*

Permission and authority are hereby given and granted to Xoco, upon the terms and subject to the conditions of this ordinance, to maintain and use a portion of the public right-of-way for a sidewalk cafe adjacent to its premises located at 1471 North Milwaukee Avenue. Said sidewalk cafe area shall be seventy-four point nine four (74.94) feet in length and nine point five (9.5) feet in width for a total of seven hundred eleven point nine three (711.93) square feet and shall allow six (6) feet of clear space from the face of the curb/building line along North Honore Street and North Milwaukee Avenue. The compensation for said space and the days and hours of operation for the sidewalk cafe shall be as follows:

Tuesday through Thursday, 11:00 A.M. to 10:00 P.M.
Friday, 11:00 A.M. to 11:00 P.M.
Saturday, 8:00 A.M. to 11:00 P.M.
Sunday, 8:00 A.M. to 8:00 P.M.

Compensation: $783.12/Seating Capacity: 36.

Sidewalk cafe permit and approved plan must be posted at all times.

This grant of privilege Number 1112805 for a sidewalk cafe shall be subject to the provisions of Sections 10-28-800 through 10-28-885 of the Municipal Code of Chicago and the directions of the Commissioner of the Department of Business Affairs and Consumer Protection, the Commissioner of Streets and Sanitation and the Commissioner of Transportation.

The permit holder agrees to hold the City of Chicago harmless for any damage, relocation or replacement costs associated with damage, relocation or removal of private property caused by the City performing work in the public way.

Authority for the above named privilege is herein given and granted from and after March 1, 2014 through and including December 1, 2014.

AMENDMENT OF GRANT OF PRIVILEGE TO BELLY Q/URBAN BELLY II FOR SIDEWALK CAFE.

[O2014-4476]

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* an amendment to an ordinance passed by the City Council of the City of Chicago for Belly Q/Urban Belly II on April 2, 2014 and printed upon page 77892 of the *Journal of the Proceedings of the City Council of the City of Chicago* by deleting and inserting language regarding hours of operation. This ordinance was referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said ordinance as passed:

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The ordinance passed by the City Council of the City of Chicago for Belly Q/Urban Belly II on April 2, 2014 and printed upon page 77892 of the *Journal of the Proceedings of the City Council of the City of Chicago* is hereby amended by deleting the words: "hours of operation: Sunday 3:00 P.M." and inserting in their place the words: "hours of operation: Sunday 11:00 A.M.".

SECTION 2. This ordinance amendment shall be in effect upon its passage.

---

## VACATION OF PORTION OF N. HOWE ST.

[O2014-4217]

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* a proposed vacation of a 2.5-foot by 80-foot strip of North Howe Street, between West Armitage Avenue and West Willow Street in the 43rd Ward. This ordinance was referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said ordinance as passed:


WHEREAS, The City of Chicago ("City") is a home rule unit of local government pursuant to Article VII, Section 6(a) of the 1970 Constitution of the State of Illinois and, as such, may exercise any power and perform any function pertaining to its government and affairs; and

WHEREAS, The properties at 627 West Armitage Avenue and 1963 -- 1973 North Howe Street are owned by John Grey Novak; and

WHEREAS, John Grey Novak proposes to use the portion of the street to be vacated herein for incorporation into his existing property and ultimate construction of a personal residence; and

WHEREAS, The City Council of the City of Chicago, after due investigation and consideration, has determined that the nature and extent of the public use and the public interest to be subserved is such as to warrant the vacation of part of public street described in the following ordinance; now, therefore,

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The east 2.50 feet of the north 80 feet of that part of North Howe Street, as opened by City ordinance, passed October 3, 1854 and assesment confirmed December 17, 1855, lying south of the south line of West Armitage Avenue and westerly adjacent to Lot 1 in the subdivision the west half of Lot 2 in Block 2 in Sheffields Addition to Chicago, in the northwest half of the southwest quarter of Section 33, Township 40 North, Range 14, ante fire, East of the Third Principal Meridian, in Cook County, Illinois as shaded

and legally described by the words "Hereby Vacated" on the plat hereto attached as Exhibit A, which plat for greater clarity, is hereby made a part of this ordinance, be and the same is hereby vacated and closed, inasmuch as the same is no longer required for public use and the public interest will be subserved by such vacation.

SECTION 2. The vacation herein provided for is made upon the express condition that within 180 days after the passage of this ordinance, John Grey Novak shall pay or cause to be paid to the City of Chicago as compensation for the benefits which will accrue to the owner of the property abutting said part of public street hereby vacated the sum of Ninety Thousand and no/100 Dollars ($90,000.00) which sum in the judgment of this body will be equal to such benefits.

SECTION 3. The vacation herein provided for is made upon the express condition that within 180 days after the passage of this ordinance, the applicant shall file or cause to be filed for record in the Office of the Recorder of Deeds of Cook County, Illinois a certified copy of this ordinance, together with an attached plat as approved by the Superintendent of maps and plats.

SECTION 4. This ordinance shall take effect and be in force from and after its passage. The vacation shall take effect and be in force from and after its recording.

Vacation Approved:

(Signed) Rebekah Scheinfeld
Commissioner of Transportation

Approved as to Form and Legality:

(Signed) Richard Wendy
Deputy Corporation Counsel

(Signed) Honorable Michele Smith
Alderman, 43rd Ward

[Exhibit "A" referred to in this ordinance printed on page 84140 of this *Journal*.]



EXHIBIT "A"
PLAT OF VACATION
FOR A PORTION OF PUBLIC NORTH HOWE STREET, CHICAGO, ILLINOIS
THE EAST 2.50 FEET OF THE NORTH 80 FEET OF THAT PART OF NORTH HOWE STREET, AS OPENED BY CITY ORDINANCE PASSED OCTOBER 3, 1854 AND ASSESSMENT CONFIRMED DECEMBER 17, 1855 LYING SOUTH OF THE SOUTH LINE OF WEST ARMITAGE AVENUE AND WESTERLY ADJACENT TO LOT 1 IN THE SUBDIVISION THE WEST 1/2 OF LOT 2 IN BLOCK 2 IN SHEFFIELDS ADDITION TO CHICAGO, IN THE NORTHWEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 33, TOWNSHIP 40 NORTH, RANGE 14, ANTE-FIRE, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
LAND TOTAL AREA 200.00 SQ.FT. = 0.005 ACRE MORE OR LESS.
NORTH
GRAPHIC SCALE
W. ARMITAGE AVE.
S.89°48'10"E.
2.50
17.00'
N. HOWE ST.
HEREBY VACATED
N.00°00'00"W.
80'
S.00°00'00"E.
80'
LOT 1
LOT 12
1 1/2 STORY FRAME HOUSE WITH BASEMENT
N.89°48'10"W.
2.50
WAYNE W. DONOFRIE
35-2281
PROFESSIONAL LAND SURVEYOR
STATE OF ILLINOIS
LINCOLNWOOD, ILLINOIS
NOTES:
-ALL BEARINGS SHOWN HEREON ARE ASSUMED.
-ALL DIMENSIONS SHOWN HEREON ARE RECORD DIMENSIONS.
-THE AREA SHOWN HEREON IS ZONED RM-4.5 BY CITY OF CHICAGO.
-NO FIELDWORK WAS PERFORMED FOR THE COMPLETION OF THIS SURVEY.
-NO DIMENSIONS SHOULD BE ASSUMED BY SCALE MEASUREMENTS UPON THE PLAT.
-NO MONUMENTS SET IN CONNECTION WITH THIS PLAT
CDOT: JOB #33-43-14-3658

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 418 of 921 PageID #:2681

## EXEMPTION OF APPLICANTS FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinances and substitute ordinance authorizing and directing the Commissioner of Transportation and/or the Director of Revenue to exempt various applicants from the provisions requiring barriers as a prerequisite to prohibit alley ingress and/or egress to parking facilities at sundry locations. These ordinances and substitute ordinance were referred to the committee on May 28, 2014 and June 18, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances and substitute ordinance transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances as passed (the italic heading in each case not being a part of the ordinance):

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 419 of 921 PageID #:2682

*Ashland 820 LLC.*

[O2014-4236]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Per Section 10-20-430 of the Municipal Code of Chicago, the Director of Revenue is hereby authorized and directed to exempt Ashland 820 LLC from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress into 820 North Ashland Avenue.

SECTION 2. This ordinance shall be in force and take effect from and after its passage and publication.

---

*Atotonilco.*

[O2014-4222]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Atotonilco, 1633 South Blue Island Avenue, Chicago, Illinois 60608, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*CAF Construction LLC/Andrew Ahitow.*

[O2014-4216]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt CAF Construction LLC on behalf of owner Andrew Ahitow from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address at 5432 South Woodlawn Avenue.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

*Chicago Cubs Baseball Club LLC.*

[O2014-4238]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Director of Revenue is hereby authorized and directed to exempt Chicago Cubs Baseball Club LLC located at 1152 West Eddy Street from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Clybourn Construction LLC.*

[O2014-4228]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Director of the Department of Revenue is hereby authorized and directed to exempt Clybourn Construction LLC at 2440 -- 2442 North Clybourn Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress.

SECTION 2. This ordinance shall take effect and be in force upon its passage and publication.

---

*Clybourn Ventures LLC.*

[O2014-4229]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Director of the Department of Revenue is hereby authorized and directed to exempt Clybourn Ventures LLC at 2464 North Clybourn Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress.

SECTION 2. This ordinance shall take effect and be in force upon its passage and publication.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 421 of 921 PageID #:2684

*Dando Repair Resale And Restoration.*

[O2014-4213]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Dando Repair Resale and Restoration, 6957 -- 6959 West Grand Avenue, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Dedicated Auto.*

[O2014-4218]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of the City of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Dedicated Auto of 7142 South Vincennes Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Jackie Edwards.*

[O2014-4210]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Director of Revenue is hereby authorized and directed to exempt Jackie Edwards from the provisions requiring barriers as a prerequisite to prohibit alley ingress and/or egress to parking facilities for 1153 West 69th Street.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

*Eleven Hundred LLC.*

[O2014-4240]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Eleven Hundred LLC from the provisions requiring barriers as a prerequisite to prohibit alley ingress and/or egress for 1100 North State Street.

SECTION 2. This ordinance shall take effect and be in force upon its passage and publication.

---

*J&M Auto Repair.*

[O2014-4219]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt J&M Auto Repair, 2560 South Blue Island Avenue, Chicago, Illinois 60608, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Jump Start Academy-Amazing Friends LLC.*

[O2014-4246]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Jump Start Academy-Amazing Friends LLC of 9802 South Ewing Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 423 of 921 PageID #:2686

*Learn Chartered School Network/Penelope Vamava.*

[SO2014-4243]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Penelope Vamava, Learn Chartered School Network of 3021 West Fulton Street from the provisions requiring barriers as prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Little Feathers Performing Arts Child Care Center.*

[O2014-4209]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Little Feathers Performing Arts Child Care Center at 11255 South Michigan Avenue from the provisions requiring barriers as prerequisite to prohibit alley ingress and or egress to parking facilities for 11255 South Michigan Avenue.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Maya Motors, Inc.*

[O2014-4244]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Director of the Department of Revenue is hereby authorized and directed to exempt Maya Motors, Inc. at 4620 North Western Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force upon its passage and publication.

*People Church Of The Harvest.*

[O2014-4917]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation in hereby authorized and directed to exempt People Church of the Harvest, 3514 -- 3532 West Fifth Avenue, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for 3514 -- 3532 West Fifth Avenue.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Peppercorn 1229 LLC/Phil Denny.*

[O2014-4241]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Phil Denny, Peppercorn 1229 LLC of 1229 West Washington Boulevard, from the provisions requiring barriers as prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Plaza Auto Sales, Incorporated.*

[O2014-4919]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Plaza Auto Sales, Incorporated of 5631 South Western Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

*Yakov Plotkim.*

[O2014-4155]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Director of Revenue is hereby authorized and directed to exempt Mr. Yakov Plotkim, 3445 North Milwaukee Avenue, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and due publication.

---

*T.F. Real Estate.*

[O2014-4245]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt T.F. Real Estate (commercial fast food restaurant) of 10258 South Ewing Avenue from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Wells Street Development LLC.*

[O2014-4239]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Wells Street Development LLC from the provisions requiring barriers as a prerequisite to prohibit alley ingress and/or egress for 707 North Wells Street.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

*Xpress Auto And Tires/Rogelio Richart.*

[O2014-4207]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Rogelio Richart of Xpress Auto and Tires, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to the parking facilities for 3800 West 55th Street, Chicago, Illinois 60632.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*Young Scholars Learning Center.*

[O2014-4204]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt Young Scholars Learning Center, 3800 West 84th Street, Chicago, Illinois 60652, from the provisions requiring barriers as a prerequisite to prohibit alley ingress and egress to parking facilities for premises address.

SECTION 2. This ordinance shall take effect and be in force from and after its passage and publication.

---

*1221 North LaSalle LLC.*

[O2014-4242]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to Section 10-20-430 of the Municipal Code of Chicago, the Commissioner of Transportation is hereby authorized and directed to exempt 1221 North LaSalle LLC from the provisions requiring barriers as a prerequisite to prohibit alley ingress and/or egress for 1221 North LaSalle Street.

SECTION 2. This ordinance shall take effect and be in force upon its passage and publication.

## STANDARDIZATION OF PORTIONS OF VARIOUS PUBLIC WAYS.

The Committee on Transportation and Public Way submitted the following report:

CHICAGO, June 18, 2014.

*To the President and Members of the City Council:*

Your Committee on Transportation and Public Way begs leave to report and recommend that Your Honorable Body *Pass* the proposed ordinances and order authorizing and directing the Commissioner of Transportation to take the actions necessary for the honorary designation/standardization of various portions of the public way. These ordinances and order were referred to the committee on May 28, 2014.

This recommendation was concurred in unanimously by a viva voce vote of the members of the committee, with no dissenting vote.

Respectfully submitted,

(Signed) ANTHONY BEALE,
*Chairman.*

On motion of Alderman Beale, the said proposed ordinances and order transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances and order as passed (the italic heading in each case not being a part of the ordinance or order):

*730 N. Damen Ave. To Be Known As "Edwin 'Odge' Boksa Way".*

[O2014-4237]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to an ordinance heretofore passed by the City Council of the City of Chicago, which authorizes erection of honorary street-name signs, the Commissioner of Transportation shall take the necessary action for the standardization of 730 North Damen Avenue to be known as honorary "Edwin 'Odge' Boksa Way".

SECTION 2. This ordinance shall take effect upon its passage and due publication.

---

*Portion Of W. 30th Pl. To Be Known As "Officer Nikki Bostic-Jones Way".*

[O2014-4227]

WHEREAS, The members of the City Council of the City of Chicago were deeply saddened to learn of the death of Correctional Officer Nikki Bostic-Jones on July 18, 2012, at the age of 38; and

WHEREAS, Officer Bostic-Jones was struck and killed by a hit-and-run driver as she was reporting for duty at Cook County Jail; and

WHEREAS, Officer Bostic-Jones had served with the Cook County Sheriff's Office Department of Corrections for 12 years; and

WHEREAS, Officer Bostic-Jones is remembered for her hard work, kindness, thoughtfulness, sense of humor, generosity, and love of her family; and

WHEREAS, Officer Bostic-Jones is survived by her husband and young daughter; now, therefore,

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to an ordinance heretofore passed by the City Council, which allows erection of honorary street-name signs, the Commissioner of Transportation shall take all necessary action for the standardization of West 30th Place from South California Avenue to South California Boulevard as "Officer Nikki Bostic-Jones Way".

SECTION 2. This ordinance shall take effect upon its passage and publication.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 429 of 921 PageID #:2692

*Designation Of 6600 -- 6800 N. Clark St. As "Honorary Ziaur Rahman Way".*

[Or2014-240]

*Ordered*, That the Commissioner of Transportation is hereby authorized and directed to give consideration to honorarily designate the corner of North Clark Street on West Pratt Boulevard at 6800 North Clark Street and the corner of North Clark Street on West Albion Avenue at 6600 North Clark Street as "Honorary Ziaur Rahman Way".

---

*Installation Of "Welcome To Polish Village" Sign At Corner Of N. Milwaukee Ave., W. Diversey Ave. And W. Addison St.*

[O2014-4214]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to an ordinance heretofore passed by the City Council which allows the erection of community-name signs, the Commissioner of Transportation shall take the necessary action for sign installation at the corner of North Milwaukee Avenue and West Diversey Avenue and North Milwaukee Avenue and West Addison Street as "Welcome To Polish Village".

SECTION 2. This ordinance shall be in full force and effect from and after passage and publication.

---

*5200 Block Of N. Clark St. To Be Known As "Honorary Women & Children First Way".*

[O2014-4230]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Pursuant to an ordinance heretofore passed by the City Council which allows erection of honorary street-name signs, the Commissioner of Transportation shall take the necessary action for standardization of the 5200 block of North Clark Street as "Honorary Women & Children First Way".

SECTION 2. This ordinance shall take effect upon it's passage and publication.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 430 of 921 PageID #:2693

## COMMITTEE ON ZONING, LANDMARKS AND BUILDING STANDARDS.

---

AMENDMENT OF CHAPTERS 17-10 AND 17-17 OF MUNICIPAL CODE BY ADDING NEW SECTIONS 17-10-0508 AND 17-17-02176.5 CONCERNING TEMPORARY STORAGE CONTAINERS.

(As Amended)

(TAD 517)

[SO2014-3326]

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed substitute ordinance transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

On motion of Alderman Cullerton, the said proposed substitute ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote.  The motion was lost.

The following is said ordinance as passed:

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1.  Chapter 17-10 of the Municipal Code of Chicago is hereby amended by adding new Section 17-10-0508, as follows:

17-10-0500 Use Of Off-Street Parking Areas; Leasing Of Required.

(Omitted text is unaffected by this ordinance.)

17-10-0507  No motor vehicle repair work of any kind is permitted in conjunction with open (outdoor) accessory parking facilities located in M districts if such parking facilities are located within 500 feet of a residential or B district.

17-10-0508  In D districts, parking spaces in non-accessory parking facilities may not be used for temporary storage containers.

SECTION 2.  Chapter 17-17 of the Municipal Code of Chicago is hereby amended by adding new Section 17-17-02176.5, as follows:

(Omitted text is unaffected by this ordinance.)

17-17-02176  Temporary Sign.

A sign that is designed to be used only temporarily and not permanently mounted to a

structure or permanently installed in the ground. These include "for sale", leasing and grand opening signs.

17-17-02176.5 Temporary Storage Container.

A temporary storage container means any portable container, storage unit, shed-like container or other portable receptacle designed and used primarily for the temporary outside storage of building materials, household goods, personal items and other materials; provided that a "temporary storage container" does not include a refuse container or dumpster.

17-17-02177 Through Lot.

A lot having a pair of opposite property lines along two more or less parallel public streets, and that is not a corner lot.

(Omitted text is unaffected by this ordinance.)

SECTION 3. This ordinance shall take effect after its passage and publication.

---

## AMENDMENT OF TITLE 17 OF MUNICIPAL CODE BY RECLASSIFICATION OF PARTICULAR AREAS.

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed ordinance and substitute ordinance transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

On motion of Alderman Cullerton, the said proposed ordinance and substitute ordinance transmitted with the foregoing committee report were *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 47.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

Alderman Burke invoked Rule 14 of the City Council's Rules of Order and Procedure, disclosing that he had represented parties to these ordinances in previous and unrelated matters.

The following are said ordinances as passed (the italic heading in each case not be a part of the ordinance):

*Reclassification Of Area Shown On Map No. 8-F.*
(Application No. 18019)
(Common Address: 3505 -- 3531 S. Parnell Ave.)

[O2014-3299]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 8-F in the area bounded by:

a line 24.75 feet south of and parallel to the south line of West 35th Street; a line 125.00 feet east of and parallel to the east line of South Parnell Avenue; a line 324.00 feet south of and parallel to the south line of West 35th Street; and South Parnell Avenue,

to those of an RT4 Residential Two-Flat, Townhouse and Multi-Unit District.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

---

*Reclassification Of Area Shown On Map No. 8-I.*
(As Amended)
(Application No. 17907)
(Common Address: 2601 -- 2645 W. 38th St., 3802 -- 3852 S. Rockwell St. And 2614 -- 2644 W. Pershing Rd.)

[SO2014-31]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Chicago Zoning Ordinance be amended by changing all the C1-2, Neighborhood Commercial District symbols and indications as shown on Map Number 8-I in the area bound by:

West Pershing Road; a public alley next west of and parallel to South Rockwell Street; West 38th Street; South Rockwell Street; and South Archer Avenue,

to those of a Business Planned Development and a corresponding use district is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

Plan of Development Statements attached to this ordinance read as follows:

*Business Planned Development Number ______.*

*Planned Development Statements.*

1. The area delineated herein as Planned Development Number _____ ("Planned Development") consists of approximately 274,759 square feet of property which is depicted on the attached Planned Development Boundary and Property Line Map ("Property") and is owned and controlled by the applicant, 39th and Archer LLC.

2. The requirements, obligations and conditions contained within this Planned Development shall be binding upon the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors. All rights granted hereunder to the applicant shall inure to the benefit of the applicant's successors and assigns and, if different than the applicant, the legal titleholder and any ground lessors.

   Furthermore, pursuant to the requirements of Section 17-8-0400 of the Chicago Zoning Ordinance, the Property, at the time of application for amendments, modifications or changes (administrative, legislative or otherwise) to this Planned Development are made, shall be under single ownership or designated control. Single designated control is defined in Section 17-8-0400 of the Zoning Ordinance.

3. All applicable official reviews, approvals or permits are required to be obtained by the applicant or its successors, assignees or grantees. Any dedication or vacation of streets or alleys or grants of easements or any adjustment of the right-of-way shall require a separate submittal to the Department of Transportation on behalf of the applicant or its successors, assign or grantees.

   Any requests for grants of privilege, or any items encroaching on the public way, shall be in compliance with the plans.

   Ingress or egress shall be pursuant to the plans and may be subject to the review and approval of the Departments of Planning and Development and Transportation. Closure of all or any public street or alley during demolition or construction shall be subject to the review and approval of the Department of Transportation. A countdown pedestrian signal shall be installed by the applicant at the intersection of South Archer Avenue, West Pershing Road and South Rockwell Street.

   All work proposed in the public way must be designed and constructed in accordance with the Department of Transportation Construction Standards for Work in the Public Way and in compliance with the Municipal Code of the City of Chicago. Prior to the

issuance of any Part II Approval, the submitted plans must be approved by the Department of Transportation.

4.  This plan of development consists of 16 statements; a Bulk Regulations Table; an Existing Zoning Map; an Existing Land-Use Map; a Planned Development Boundary and Property Line Map; a Subarea Map; Site Plan; Landscape Plan; Water Management Plan; Building Elevations (North, South, East and West) and dated (June 19, 2014), submitted herein. Full-sized copies of the Site Plan, Landscape Plan and Building Elevations are on file with the Department of Planning and Development. In any instance where a provision of this Planned Development conflicts with the Chicago Building Code, the Building Code shall control. This Planned Development conforms to the intent and purpose of the Zoning Ordinance, and all requirements thereto, and satisfies the established criteria for approval as a Planned Development. In case of a conflict between the terms of this Planned Development Ordinance and the Zoning Ordinance, this Planned Development Ordinance shall control.

5.  In both Subarea A and B and in accordance with the Site Plan, the following uses shall be permitted in this Planned Development: retail sales, physical fitness center, bank, savings bank, savings and loan association, automated teller machine facility, restaurants, drive-thru bank and drive-thru restaurant.

6.  Prior to the Part II Approval (per Section 17-13-0610 of the Zoning Ordinance) in Subarea(s) B, the applicant shall submit a site plan, landscape plan and building elevations for the specific Subarea(s) for review and approval by the Department of Planning and Development. Review and approval by the Department of Planning and Development is intended to assure that specific development components substantially conform with the Planned Development and to assist the City in monitoring ongoing development. Subarea Site Plan Approval Submittals need only include that portion of the Property for which approval is being sought by the applicant. If the applicant is seeking approval for a portion of the Property that represents less than an entire Subarea, the applicant shall also include a site plan for that area of the Property which is bounded on all sides by either public rights-of-way or the boundary of the nearest Subarea. The site plan provided shall include all dimensioned and planned street rights-of-way.

No Part II Approval for Subarea B shall be granted until Site Plan approval has been granted for Subarea B. Following approval by the Department of Planning and Development, the approved Subarea Site Plan Approval Submittals, supporting data and materials shall be made part of the main file and shall be deemed to be an integral part of the Planned Development.

After approval of the Subarea Site Plan, changes or modifications may be made pursuant to the provisions of Statement 2. In the event of any inconsistency between

approved plans and the terms of the Planned Development, the terms of the Planned Development shall govern. Any Subarea Site Plan Approval Submittals shall, at a minimum, provide the following information:

-- fully-dimensioned site plan (including a footprint of the proposed improvements);

-- fully-dimensioned building elevations;

-- fully-dimensioned landscape plan(s); and

-- statistical information applicable to the subject Subarea, including floor area, the applicable FAR, uses to be established, building heights and setbacks.


Subarea Site Plan approval submittals shall include all other information necessary to illustrate substantial conformance to the Planned Development.

7. On-Premises signs and temporary signs, such as construction and marketing signs, shall be permitted within the Planned Development, subject to the review and approval of the Department of Planning and Development. Off-Premises signs are prohibited within the boundary of the Planned Development.

8. For purposes of height measurement, the definitions in the Zoning Ordinance shall apply. The height of any building shall also be subject to height limitations, if any, established by the Federal Aviation Administration.

9. The maximum permitted Floor Area Ratio ("FAR") for the site shall be in accordance with the attached Bulk Regulations Table. For the purposes of FAR calculations and measurements, the definitions in the Zoning Ordinance shall apply. The permitted FAR identified in the Bulk Regulations Table has been determined using a Net Site Area of 274,759 square feet.

10. Upon review and determination, "Part II Review", pursuant to Section 17-13-0610 of the Zoning Ordinance, a Part II Review fee shall be assessed by the Department of Planning and Development. The fee, as determined by staff at the time, is final and binding on the applicant and must be paid to the Department of Revenue prior to the issuance of any Part II Approval.

11. The Site and Landscape Plans shall be in substantial conformance with the Landscape Ordinance and any other corresponding regulations and guidelines. Final landscape plan review and approval will be by the Department of Planning and Development. Any interim reviews associated with site plan review or Part II Reviews, are conditional until final Part II Approval.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 438 of 921 PageID #:2701

12. The applicant shall comply with Rules and Regulations for the Maintenance of Stockpiles promulgated by the Commissioners of the Departments of Streets and Sanitation, Environment and Buildings, under Section 13-32-125 of the Municipal Code, or any other provision of that code.

13. The terms and conditions of development under this Planned Development ordinance may be modified administratively, pursuant to Section 17-13-0611-A of the Zoning Ordinance by the Zoning Administrator upon the application for such a modification by the applicant, its successors and assigns and, if different than the applicant, the legal title holders and any ground lessors.

14. The applicant acknowledges that it is in the public interest to design, construct and maintain the project in a manner which promotes, enables and maximizes universal access throughout the Property. Plans for all buildings and improvements on the Property shall be reviewed and approved by the Mayor's Office for People with Disabilities to ensure compliance with all applicable laws and regulations related to access for persons with disabilities and to promote the highest standard of accessibility.

15. The applicant acknowledges that it is in the public interest to design, construct, renovate and maintain all buildings in a manner that provides healthier indoor environments, reduces operating costs and conserves energy and natural resources. The Developer shall construct a system of permeable pavers within the vehicular use areas that equals to no less than 100 percent of the stormwater volume storage capacity that would otherwise be performed by the required vegetative green roofs, per the City of Chicago's Sustainable Development Policy for all buildings across the entire Property, including both Subarea A and Subarea B. In addition, the fitness center, and any future buildings in Subarea A or Subarea B shall be built to exceed the ASHRAE 90.1-2004 standards by at least 14 percent.

16. This Planned Development shall be governed by Section 17-13-0612 of the Zoning Ordinance. Should this Planned Development ordinance lapse, the Commissioner of the Department of Planning and Development shall initiate a zoning map amendment to rezone the Property to C1-2.

[Existing Zoning Map; Existing Land-Use Map; Boundary Plan; Subarea Plan; Site Plan; Landscape Plan; Water Management Plan; and North, South, East and West and North, Building Elevations referred to in these Plan of Development Statements printed on pages 84163 through 84170 of this *Journal*.]

Bulk Regulations and Data Table referred to in these Plan of Development Statements reads as follows:

*Business Planned Development No. _______.*

*Bulk Regulations And Data Table.*

| | |
|---|---|
| Gross Site Area: | 332,770 square feet |
| Public Rights-of-Way: | 58,011 square feet |
| Net Site Area: | |
| Total: | 274,759 square feet |
| Subarea A: | 143,246 square feet |
| Subarea B: | 131,513 square feet |
| Allowable Uses: | Retail sales, physical fitness center, bank, savings bank, savings and loan association, automated teller machine facility, restaurants, drive-thru restaurant/bank |
| Maximum Floor Area Ratio: | |
| Total: | .35 |
| Subarea A: | .35 |
| Subarea B: | .35 |
| Minimum Number of Accessory Off-Street Parking Spaces: | 376 provided |
| Subarea A: | 212 |
| Subarea B: | 164 |
| Minimum Bicycle Parking Area: | 1 per 5 automobile spaces; 50 maximum |
| Minimum Number of Off-Street Loading Spaces: | |
| Subarea A: | Zero for physical fitness center; per Section 17-10-1101 of the Zoning Ordinance for other uses |
| Subarea B: | 2 |
| Minimum Building Setbacks: | In accordance with the Site Plan. |
| Maximum Building Height: | 46 feet |



APPLICANT: 39TH & ARCHER, L.L.C.
C/O FIRST AMERICAN PROPERTIES

ADDRESS: 2601-2645 WEST 38TH STREET
3802-3852 SOUTH ROCKWELL
2614-2645 WEST PERSHING ROAD

INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)

PLAN COMMISSION: TBD

# EXISTING ZONING MAP



38TH ST
38TH PL
WASHTENAW AVE
ROCKWELL ST
PERSHING RD
ARCHER AVE
EXISTING GTA GARAGE
KEY USE
R = RESIDENTIAL
C = COMMERCIAL
I = INSTITUTIONAL
SP = SURFACE PARKING
KEY HEIGHT
ALL BUILDINGS ARE LESS THAN 55' IN HEIGHT
HEIGHTS DO NOT INCLUDE MECHANICAL/ELEVATOR PENTHOUSES
N
0 75' 150'
SCALE: 1" = 150'
84164
JOURNAL--CITY COUNCIL--CHICAGO
6/25/2014

APPLICANT: 39TH & ARCHER, L.L.C.
C/O FIRST AMERICAN PROPERTIES

ADDRESS: 2601-2645 WEST 38TH STREET
3802-3852 SOUTH ROCKWELL
2614-2645 WEST PERSHING ROAD

INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)

PLAN COMMISSION: TBD

# EXISTING LAND USE MAP



6/25/2014 REPORTS OF COMMITTEES 84165

PLANNED DEVELOPMENT BOUNDARY
PROPERTY LINE
666'-0"
600'-1"
PUBLIC ALLEY (NO ACCESS TO SITE)
PUBLIC ALLEY
WEST PERSHING ROAD
437'-9"
416'-3"
NET SITE AREA
274,759 SQUARE FEET
6.31 ACRES
459'-5"
502'-5"
WEST 38TH STREET
SOUTH ARCHER AVE.
54'-7"
81'-11"
566'-1"
SOUTH ROCKWELL STREET
615'-2"
N
0 25' 50' 100'
SCALE: 1" = 100'

# BOUNDARY PLAN

APPLICANT: 39TH & ARCHER, L.L.C.
C/O FIRST AMERICAN PROPERTIES

ADDRESS: 2601-2645 WEST 38TH STREET
3802-3852 SOUTH ROCKWELL
2614-2645 WEST PERSHING ROAD

INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)

PLAN COMMISSION: TBD



PUBLIC ALLEY (NO ACCESS TO SITE)
PUBLIC ALLEY
WEST PERSHING ROAD
SOUTH ARCHER AVE.
SUB-AREA 'B'
131,513 SQUARE FEET
3.02 ACRES
SUB-AREA 'A'
143,246 SQUARE FEET
3.29 ACRES
WEST 38TH STREET
SOUTH ROCKWELL STREET
N
0 25' 50' 100'
SCALE: 1" = 100'

84166

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

# SUB-AREA PLAN

APPLICANT: 39TH & ARCHER, L.L.C.
C/O FIRST AMERICAN PROPERTIES

ADDRESS: 2601-2645 WEST 38TH STREET
3802-3852 SOUTH ROCKWELL
2614-2645 WEST PERSHING ROAD

INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)

PLAN COMMISSION: TBD



SITE PLAN

APPLICANT: 39TH & ARCHER, L.L.C.
C/O FIRST AMERICAN PROPERTIES
ADDRESS: 2601-2645 WEST 38TH STREET
3802-3852 SOUTH ROCKWELL
2614-2645 WEST PERSHING ROAD
INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)
PLAN COMMISSION: TBD



LEGEND
LAWN
PLANTING BED
SHADE TREE
SHRUB
12'x12' SITE TRIANGLE NO GROWTH OVER 12' WITHIN THE TRIANGLES
LANDSCAPE REQUIREMENT SUMMARY
VEHICULAR USE AREA 146,121 SF
REQUIRED GREEN SPACE 14,612 SF
PROPOSED GREEN SPACE 14,918 SF
PARKWAY PLANTING (LF) 1070 LF
REQUIRED TREES 43
PROPOSED TREES 47
PERIMETER PLANTING (LF) 803 LF
REQUIRED TREES 33
EXISTING TREES TO REMAIN 0
PROPOSAL TREES 35
TOTAL PERIMETER TREES 35
INTERIOR PLANTING
REQUIRED TREES 116
EXISTING TREES 0
PROPOSED TREES 116
TOTAL INTERIOR TREES 116
MASTER PLANT LIST
QTY. SYM. COMMON NAME SIZE
SHADE TREES
24 ARU RED SUNSET MAPLE 3.0" BB
28 GTI SKYLINE HONEYLOCUST 3.0" BB
34 PCA ARISTOCRAT PEAR 3.0" BB
28 GBI SWAMP WHITE OAK 3.0" BB
32 UCA ACCOLADE SMOOTHLEAF ELM 3.0" BB
EVERGREEN SHRUBS
38 JH Y. ANDORA JUNIPER 24" BB
DECIDUOUS SHRUBS
103 EA DWARF BURNING BUSH 36" BB
10 RM RED SHRUB ROSE 2 gal
15 SM DWARF KOREAN LILAC 36" BB
GROUNDCOVER
4,800 EP PURPLELEAF WINTERCREEPER 2" POT
NOTE: PLANT LIST TO BE USED AS A GUIDE. VERIFY ALL QUANTITIES ON PLAN.
PUBLIC ALLEY
SOUTH ARCHER AVE.
WEST PERSHING ROAD
MONUMENT SIGN
5' WOOD FENCE
PUBLIC ALLEY (NO ACCESS TO SITE)
4' METAL ORNAMENTAL FENCE
LOADING (2) - 10'X50'
RETAIL A 20,000 SF
RETAIL C 7,500 SF
ENTRY
ENTRY
164 SPACES
212 SPACES
DETENTION POND
PROPERTY LINE
4' METAL ORNAMENTAL FENCE
TRASH ENCLOSURE
TRANSFORMER
SUB-AREA 'B'
SUB-AREA 'A'
HEALTH CLUB B 40,000 SF
WEST 38TH STREET
RETAIL D 4,260 SF
DRIVE-THRU
4' METAL ORNAMENTAL FENCE
PYLON SIGN
4' METAL ORNAMENTAL FENCE
MONUMENT SIGN
SOUTH ROCKWELL STREET
EXISTING TRAFFIC SIGNAL
8 TREES @ 25'-0" O.C.=175'-0"
11 TREES @ 25'-0" O.C. = 250'-0"
0 25' 50' 100'
N
SCALE: 1" = 100'
APPLICANT: 39TH & ARCHER, L.L.C. C/O FIRST AMERICAN PROPERTIES
ADDRESS: 2601-2645 WEST 38TH STREET 3802-3852 SOUTH ROCKWELL 2614-2645 WEST PERSHING ROAD
INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)
PLAN COMMISSION: TBD
LANDSCAPE PLAN
84168
JOURNAL--CITY COUNCIL--CHICAGO
6/25/2014



PUBLIC ALLEY (NO ACCESS TO SITE)
PUBLIC ALLEY
WEST PERSHING ROAD
SOUTH ARCHER AVE.
WEST 38TH STREET
SOUTH ROCKWELL STREET
LEGEND
PERMEABLE PAVERS (60,677 S.F.)
NOTE: ALL BUILDINGS TO BE DESIGNED TO MEET AND EXCEED ASHRAE STANDARDS BY 14%
N
0 25' 50' 100'
SCALE: 1" = 100'

6/25/2014

REPORTS OF COMMITTEES

# WATER MANAGEMENT PLAN

APPLICANT: 39TH & ARCHER, L.L.C.
C/O FIRST AMERICAN PROPERTIES

ADDRESS: 2601-2645 WEST 38TH STREET
3802-3852 SOUTH ROCKWELL
2614-2645 WEST PERSHING ROAD

INTRODUCED: JANUARY 15, 2014 (REVISED JUNE 19, 2014)

PLAN COMMISSION: TBD

84169

84170 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

RENDERED SOUTH ELEVATION
FIRST FLOOR

RENDERED EAST ELEVATION
FIRST FLOOR

RENDERED NORTH ELEVATION
FIRST FLOOR

RENDERED WEST ELEVATION
FIRST FLOOR

BUILDING SIGNAGE TO BE REVIEWED UNDER SEPARATE APPLICATION

222 ARCHITECTS

WEST PERSHING

DATE: 06/19/14 PROJ. NO. 14002

## AMENDMENT OF TITLE 17 OF MUNICIPAL CODE BY RECLASSIFICATION OF PARTICULAR AREAS.

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed ordinance transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

On motion of Alderman Cullerton, the said proposed ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinances as passed (the italic heading in each case not be a part of the ordinance):

*Reclassification Of Area Shown On Map No. 1-E.*
(As Amended)
(Application No. 18010)
(Common Address: 2120 S. Jefferson St. And 600 -- 630 W. Cermak Rd.)
[SO2014-2347]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the C3-3 Commercial, Manufacturing and Employment District symbols and indications as shown on Map Number 1-E in the area bounded by:

a line 129.16 feet south of and parallel to the south boundary line of West 21st Street; the centerline of (vacated) South Jefferson Street (or the line thereof if extended where no street exists); the north boundary line of West Cermak Road; and a 366.84 foot long perpendicular line to West Cermak Road 396.74 feet west of the centerline of vacated South Jefferson Street (as measured at a point 129.16 feet south of the south boundary line of West 21st Street),

to those of a Business Planned Development which is hereby established in the area described above, subject to such use and bulk regulations as are set forth in the attached Plan of Development.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

Plan of Development Statements referred to in this ordinance read as follows:

*Business Planned Development No. ______.*

*Planned Development Statements.*

1. The area delineated herein as Business Planned Development Number ______ ("Planned Development") consists of approximately 145,144 net square feet (3.3 acres) of property which is depicted on the attached Planned Development Boundary and Property Line Map ("Property") and is owned or controlled by the applicant, Redmoon Theater (tenant) and Phillip D. Mumford (owner).

2. The requirements, obligations and conditions contained within this Planned Development shall be binding upon the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors. All rights granted hereunder to the applicant shall inure to the benefit of the applicant's successors and assigns and, if different than the applicant, the legal titleholder and any ground lessors. Furthermore, pursuant to the requirements of Section 17-8-0400 of the Chicago Zoning Ordinance, the Property, at the time of application for amendments, modifications or changes (administrative, legislative or otherwise) to this Planned Development are made, shall be under single ownership or designated control. Single designated control is defined Section 17-8-0400 of the Zoning Ordinance.

3. All applicable official reviews, approvals or permits are required to be obtained by the applicant or its successors, assignees or grantees. Any dedication or vacation of streets or alleys or grants of easements or any adjustment of the right-of-way shall require a separate submittal to the Department of Transportation on behalf of the applicant or its successors, assign or grantees.

   Any requests for grants of privilege, or any items encroaching on the public way, shall be in compliance with the plans, and subject to review and approval by the Department of Business Affairs and Consumer Protection.

   Ingress or egress shall be pursuant to the plans and may be subject to the review and approval of the Departments of Planning and Development and Transportation. Closure of all or any public street or alley during demolition or construction shall be subject to the review and approval of the Department of Transportation.

   All work proposed in the public way must be designed and constructed in accordance with the Department of Transportation Construction Standards for Work in the Public Way and in compliance with the Municipal Code of the City of Chicago. Prior to the issuance of any Part II Approval, the submitted plans must be approved by the Department of Transportation.

4. This plan of development consists of these 15 statements, Bulk Regulations Table, Existing Zoning Map, Existing Land-Use Map, Planned Development Boundary and Property Line Map, Site Plan, Building Elevations -- North and South, Building Elevations -- East and West, prepared by LAM Architects and Consultants and dated June 19, 2014. In any instance where a provision of this Planned Development conflicts with the Chicago Building Code, the Building Code shall control. This Planned Development conforms to the intent and purpose of the Zoning Ordinance, and all requirements thereto, and satisfies the established criteria for approval as a Planned Development. In case of a conflict between the terms of this Planned Development Ordinance and the Zoning Ordinance, this Planned Development ordinance shall control.

5.  The following uses are permitted in the area delineated herein as a Business Planned Development:

    All Commercial Uses and Industrial Uses permitted in the C3-3 Commercial, Manufacturing and Employment District, Eating and Drinking Establishments (including all subcategories), Entertainment and Spectator Sports (including all subcategories, and specifically including Large Venues (1,000+ capacity)), Utilities and Services, Minor, Co-Located Wireless Communication Facilities, Parking, Accessory.

    The following uses are excluded:  All uses in the Public and Civic Use Group except for those allowed within Planned Development Statement Number 5, and non-accessory parking. All off-street parking spaces within the Planned Development shall be designated as accessory parking.

6.  On-premises signs and temporary signs, such as construction and marketing signs, shall be permitted within the Planned Development, subject to the review and approval of the Department of Planning and Development.  Currently there is one off-premises sign that exist within the boundaries of the Planned Development. The existing off-premises sign shall be permitted within the boundary of the Planned Development at current location.  The off-premises sign is a freestanding sign on a pole measuring sixty feet by twenty feet (20 feet x 60 feet).

7.  For purposes of height measurement, the definitions in the Zoning Ordinance shall apply.  The height of any building shall also be subject to height limitations established by the Federal Aviation Administration.

8.  The maximum permitted Floor Area Ratio ("FAR") for the site shall be in accordance with the attached Bulk Regulations Table. For the purposes of FAR calculations and measurements, the definitions in the Zoning Ordinance shall apply.  The permitted FAR identified in the Bulk Regulations Table has been determined using a net site area of 145,144.0 square feet.

9.  Upon review and determination, "Part II Review", pursuant to Section 17-13-0610 of the Zoning Ordinance, a Part II Review fee shall be assessed by the Department of Planning and Development.  The fee, as determined by staff at the time, is final and binding on the applicant and must be paid to the Department of Revenue prior to the issuance of any Part II Approval.

10.  The Site and Landscape plans shall be in substantial conformance with the Landscape Ordinance and any other corresponding regulations and guidelines.  Final landscape

plan review and approval will be by the Department of Planning and Development. Any interim reviews associated with site plan review or Part II Reviews, are conditional until final Part II Approval.

11. The applicant shall comply with Rules and Regulations for the Maintenance of Stockpiles promulgated by the Commissioners of the Department of Streets and Sanitation, and the Department of Fleet and Facility Management, under Section 13-32-125 of the Municipal Code, or any other provision of that Code.

12. The terms and conditions of development under this the Planned Development ordinance may be modified administratively, pursuant to Section 17-13-0611-A of the Zoning Ordinance by the Zoning Administrator upon the application for such a modification by the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors.

13. The applicant acknowledges that it is in the public interest to design, construct and maintain the project in a manner which promotes, enables and maximizes universal access throughout the Property. Plans for all buildings and improvements on the Property shall be reviewed and approved by the Mayor's Office for People with Disabilities to ensure compliance with all applicable laws and regulations related to access for persons with disabilities and to promote the highest standard of accessibility.

14. The applicant acknowledges that it is in the public interest to design, construct, renovate and maintain all buildings in a manner that provides healthier indoor environments, reduces operating costs and conserves energy and natural resources. At the time of a hearing before the Chicago Plan Commission, all developments must be in substantial compliance with the current City of Chicago Sustainable Development Policy set forth by the Department of Planning and Development. Aspects of the proposed Planned Development that bring it into compliance with the Sustainable Development Policy include the following: the reuse of an industrial warehouse building into viable use and the reuse of the historic building. Reduce energy use by 14 percent from the ASHRAE 90.1-2004 baseline by designing efficient mechanical systems and install ceiling fans to reduce heat requirement in the 2120 South Jefferson Street warehouse building. Any newly constructed buildings or improvements for the existing parking lots or areas shall comply with the Department of Planning and Development Sustainable Development Policy.

15. This Planned Development shall be governed by Section 17-13-0612 of the Zoning Ordinance. Should this Planned Development ordinance lapse, the Commissioner of the Department of Planning and Development shall initiate a zoning map amendment to rezone the Property to the pre-existing C3-3 Commercial, Manufacturing and Employment District.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 453 of 921 PageID #:2716

[Existing Zoning Map; Existing Land-Use Map; Planned Development Boundary Map; Site Plan; Landscape Plan; and North, South and East Building Elevations referred to in these Plan of Development Statements printed on pages 84177 through 84183 of this *Journal*.]

Bulk Regulations and Data Table referred to in these Plan of Development Statements reads as follows:

*Business Planned Development No. ______.*

*Bulk Regulations And Data Table.*

| | |
|---|---|
| Gross Site Area: | 159,704.9 square feet |
| Area in Adjoining Right-of-Way: | 14,560.9 square feet |
| Net Site Area: | 145,144.0 square feet |
| Maximum Floor Area Ratio (FAR): | 3.0 |
| Minimum Number of Off-Street Parking Spaces: | |
| Accessory Spaces for South Building: | 12 spaces |
| Accessory Spaces for Theater Uses: | 100 spaces |
| Accessory Spaces for Special Theatre Events for 1,000 + Capacity events: | 200 off-site spaces located at 660 West Cermak Road |
| Minimum Number of Loading Spaces: | 3 existing loading spaces |
| Minimum Setbacks from Property Lines: | In substantial conformance with Site Plan |
| Maximum Building Height: | 65 feet -- existing buildings |
| Minimum Bicycle Spaces: | 15 bicycle spaces |

20TH PL
2028
2029
2035
2010
2016
2038
2040
RT-4
94
DAN RYAN EXPY
RUBLE ST
PD 1123
650
2137
PD 510
2039
2055
21ST ST
JEFFERSON ST
LUMBER ST
Redmoon Theater Building
M1-2
M2-3
2141
C3-3
630
680
636
2157
600 B
Germak Road Bridge District
600
PMD 11
UNION AVE
CERMAK RD
FORD AVE
659
2201
A
2214
2200
Subject Property
PD 1171
487
455
Zoning data reflects all ordinances passed in the most recent City Council meeting.
Copyright (c) 2011, City of Chicago
0 199ft

## Existing Zoning Map

Applicant: Redmoon Theater
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago, IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago, Illinois 60611
312-719-4099



## Existing Land Use Map

Applicant: **Redmoon Theater**
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago. IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago, Illinois 60611
312-719-4099



6/25/2014

REPORTS OF COMMITTEES

# Planned Development Boundary Map

Applicant: Redmoon Theater
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago, IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago Illinois 60611
312-719-4099



84180

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

## Site Plan

Applicant: **Redmoon Theater**
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago. IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago, Illinois 60611
312-719-4099



## Landscape Plan

Applicant: **Redmoon Theater**
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago. IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago, Illinois 60611
312-719-4099



redmoon
North Elevation Main Entrance to Theater area
North Elevation
1/16" = 1'-0"
Existing red brick landmark building no change
Existing Redmoon metal siding building
redmoon
Jefferson Street East Elevation
East Elevation (on Jefferson Street)
1/16" = 1'-0"

Applicant: **Redmoon Theater**
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago. IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago, Illinois 60611
312-719-4099



6/25/2014

REPORTS OF COMMITTEES

Existing Redmoon metal siding building
Existing red brick landmark building no change
redmoon
Existing Bldg. Parapet Level 55' - 0"
Existing Bldg. Roof Level 50' - 0"
Existing Bldg. Level 3 35' - 0"
Existing Bldg. Level 2 20' - 0"
Existing Bldg. Level 1 5' - 0"
Level 1 0"
South Elevation (on Cermak Avenue)
1/16" = 1'-0"

Cermak Road South Elevation

Applicant: **Redmoon Theater**
Address: 2120 S. Jefferson St., 600-630 W. Cermak Rd.Chicago. IL 60616
Introduction: April 02, 2014
Plan Commission: June 19, 2014

LAM Property Consultant LLC.
535 N. Michigan Ave. Suite 200
Chicago, Illinois 60611
312-719-4099

84183

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 461 of 921 PageID #:2724

*Reclassification Of Area Shown On Map No. 1-G.*
(As Amended)
(Application No. 17850T1)
(Common Address: 722 N. Ada St.)

[SO2013-7548]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the RS3 Residential Single-Unit (Detached House) District symbols as shown on Map Number 1-G in the area bounded by:

a line 246 feet north of and parallel to West Huron Street; North Ada Street; a line 222 feet north of and parallel to West Huron Street; and the public alley next west of and parallel to North Ada Street,

to those of an RM4.5 Residential Multi-Unit District.

SECTION 2. This ordinance takes effect after its passage and approval.

[Site Plan; Lower Level, First, Second, Third and Fourth Floor Plans; North and South Building Elevations; Proposed Front Elevation; and Street Elevation attached to this ordinance printed on pages 84186 through 84191 of this *Journal*.]

Type 1 Narrative Rezoning Analysis attached to this ordinance reads as follows:

*Supplemental Submission Type 1 Rezoning*
*For 722 North Ada Street, Chicago.*

The subject property is currently improved with an old, frame, three-flat building. The applicant intends to demolish the existing building and build a new residential building with three dwelling units.

| | |
|---|---|
| Project Description: | Zoning change from RS3 to RM4.5 |
| Proposed Land-Use: | 3 DU residential building |
| Floor Area Ratio: | |
| Lot Area: | 2,400 square feet |
| Building Gross Area: | 4,080 square feet |
| Proposed FAR: | 1.7 |
| Density: | 800 square feet per DU |
| Off-Street Parking: | 3 parking spaces |
| Set Backs: | |
| Front: | 8 feet |
| Side: | 3 feet north and 2 feet south |
| Rear: | 33 feet |
| Building Height: | 44 feet, 8 inches |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 463 of 921 PageID #:2726



FINAL FOR PUBLICATION



84188 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

Jack Oblaza
722 N. ADA STREET CHICAGO IL
NEW (3) UNIT FOUR STORY BRICK BUILDING
A5
Field Verification
north elevation
FINAL FOR PUBLICATION

Jack Oblaza
722 N. ADA STREET CHICAGO IL
NEW (3) UNIT FOUR STORY BRICK BUILDING
A6
Field Verification
south elevation
north elevation
FINAL FOR PUBLICATION

44'-6"

**proposed front elevation**

JACK OBLAZA AND ASSOCIATES ARCHITECTS

3114 N. HARDING CHICAGO IL 60618 773 777 8433 312 450 1921



718 n ada
720 n ada
722 n ada
724 n ada
726 n ada
728 n ada
street elevation
JACK OBLAZA AND ASSOCIATES ARCHITECTS

FINAL FOR PUBLICATION

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 469 of 921 PageID #:2732

*Reclassification Of Area Shown On Map No. 1-G.*
(As Amended)
(Application No. 18000)
(Common Address: 1212 -- 1236 W. Madison St. And 1 -- 9 N. Elizabeth St.)
[SO2014-2337]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Chicago Zoning Ordinance be amended by changing all of the C1-3 Neighborhood Commercial District and C2-3 Motor Vehicle-Related Commercial District symbols and indications as shown on Map Number 1-G in the area bounded by:

> the public alley next south of and parallel to West Washington Boulevard; a line approximately 257.09 feet east of and parallel to North Elizabeth Street; West Madison Street; North Elizabeth Street; the public alley next north of and parallel to West Madison Street; and a line approximately 106.56 feet east of and parallel to North Elizabeth Street,

to those of a Residential Business Planned Development.

SECTION 2. This ordinance shall be in force and effect from and after its passage.

Plan of Development Statements attached to this ordinance read as follows.

*Residential-Business Planned Development No. ______.*

*Planned Development Statements.*

1. The area delineated herein as Planned Development Number ______ ("Planned Development") consists of approximately 40,931 net square feet of property which is depicted on the attached Planned Development Boundary and Property Line Map ("Property"). The applicant, Chicago Title Land Trust Company, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust Number 8002360838, is the owner of the Property.

2. The requirements, obligations and conditions contained within this Planned Development shall be binding upon the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors. All rights granted hereunder to the applicant shall inure to the benefit of the applicant's successors and assigns and, if different than the applicant, the legal titleholder and any ground lessors. Furthermore, pursuant to the requirements of Section 17-8-0400 of the Chicago Zoning Ordinance, the Property, at the time of application for amendments,

modifications or changes (administrative, legislative or otherwise) to this Planned Development are made, shall be under single ownership or designated control.  Single designated control is defined in Section 17-8-0400 of the Zoning Ordinance in effect as of the date of this Planned Development.

3.  All applicable official reviews, approvals or permits are required to be obtained by the applicant or its successors, assignees or grantees.  Any dedication or vacation of streets or alleys or grants of easements or any adjustment of the right-of-way shall require a separate submittal to the Department of Transportation on behalf of the applicant or its successors, assigns or grantees.

Any requests for grants of privilege, or any items encroaching on the public way, shall be in compliance with the plans.

Ingress or egress shall be pursuant to the plans and may be subject to the review and approval of the Departments of Planning and Development and Transportation. Closure of all or any public street or alley during demolition or construction shall be subject to the review and approval of the Department of Transportation.

All work proposed in the public way must be designed and constructed in accordance with the Department of Transportation Construction Standards for Work in the Public Way and in compliance with the Municipal Code of the City of Chicago. Prior to the issuance of any Part II Approval, the submitted plans must be approved by the Department of Transportation.

4.  This plan of development consists of 15 statements, a Bulk Regulations and Data Table, and the following plans prepared by PappageorgeHaymes Partners Ltd. and dated June 19, 2014 (collectively, the "Plans"):  Existing Zoning and Land-Use Map, Planned Development Boundary and Property Line Map, Site Plan, Landscape Plan, Green Roof Plan, Ground Floor Plan, Madison Street (South Elevation), Elizabeth Street (West) Elevations, Public Alley (North) Elevation I, and Public Alley (North) Elevation II.  Full-sized copies of the Plans are on file with the Department of Planning and Development ("DPD"). In any instance where a provision of this Planned Development conflicts with the Chicago Building Code, the Building Code shall control. This Planned Development conforms to the intent and purpose of the Zoning Ordinance, and all requirements thereto, and satisfies the established criteria for approval as a Planned Development.  In case of a conflict between the terms of this Planned Development ordinance and the Zoning Ordinance, this Planned Development ordinance shall control.

5.  The following uses shall be permitted in this Planned Development:  artist work or sales space; day care; dry cleaner; eating and drinking establishments; food and beverage retail sales (provided any sale of liquor shall be accessory only); financial services; general retail sales; offices; participant sports and recreation (indoor); personal services; multi-family dwelling units above the ground floor; and accessory parking.

6. On-premises signs and temporary signs, such as construction and marketing signs, shall be permitted within the Planned Development, subject to the review and approval by the Department of Planning and Development. Off-premises signs are prohibited within the boundary of the Planned Development.

7. For purposes of height measurement, the definitions in the Zoning Ordinance shall apply. The height of any building shall also be subject to height limitations, if any, established by the Federal Aviation Administration.

8. The maximum permitted Floor Area Ratio ("FAR") for the site shall be in accordance with the attached Bulk Regulations and Data Table. For the purposes of FAR calculations and measurements, the definitions in the Zoning Ordinance shall apply. The permitted overall FAR identified in the Bulk Regulations Table has been determined using a Net Site Area of 40,931 square feet.

9. Upon review and determination, "Part II Review", pursuant to Section 17-13-0610 of the Zoning Ordinance, a Part II Review fee shall be assessed by DPD. The fee, as determined by staff at the time, is final and binding on the applicant and must be paid to the Department of Revenue prior to the issuance of any Part II Approval.

10. The plans shall be in substantial conformance with the Landscape Ordinance and any other corresponding regulations and guidelines. Final landscape plan review and approval will be by DPD. Any interim reviews associated with site plan review or Part II Reviews, are conditional until final Part II Approval.

11. The applicant shall comply with Rules and Regulations for the Maintenance of Stockpiles promulgated by the Commissioners of the Departments of Streets and Sanitation, Fleet and Facility Management and Buildings, under Section 13-32-125 of the Municipal Code, or any other provision of that Code.

12. The terms and conditions of development under this Planned Development ordinance may be modified administratively, pursuant to Section 17-13-0611-A of the Zoning Ordinance by the Zoning Administrator upon the application for such a modification by the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors.

13. The applicant acknowledges that it is in the public interest to design, construct and maintain the project in a manner which promotes, enables and maximizes universal access throughout the Property. Plans for all buildings and improvements on the Property shall be reviewed and approved by the Mayor's Office for People with Disabilities to ensure compliance with all applicable laws and regulations related to access for persons with disabilities and to promote the highest standard of accessibility.

14. The applicant acknowledges that it is in the public interest to design, construct, renovate and maintain all buildings in a manner that provides healthier indoor environments, reduces operating costs and conserves energy and natural resources. The applicant shall seek LEED certification and a green roof of not less than 50 percent of the net roof area shall be provided, for the proposed building addition.

15. This Planned Development shall be governed by Section 17-13-0612 of the Zoning Ordinance. Should this Planned Development ordinance lapse, the Commissioner of DPD shall initiate a zoning map amendment to rezone the Property to the C1-3 Neighborhood Commercial District.

[Existing Zoning Map; Existing Land-Use Map, Planned Development Boundary and Property Line Map; Site Plan, Ground Level Plan; Landscape Plan; Green Roof Plan; and Building Elevations referred to in these Plan of Development Statements printed on pages 84196 through 84206 of this *Journal*.]

Bulk Regulations and Data Table referred to in these Plan of Development Statements reads as follows:

*Residential-Business Planned Development No. ______.*

*Bulk Regulations And Data Table.*

| | |
|---|---|
| Gross Site Area (square feet): | 56,434 |
| Area of Public Rights-of-Way (square feet): | 15,503 |
| Net Site Area (square feet): | 40,931 |
| Maximum Floor Area Ratio: | 3.00 |
| Maximum Number of Dwelling Units: | 101 |
| Minimum Off-Street Parking Spaces: | 86 |
| Minimum Bicycle Parking Spaces: | 1 per 2 auto spaces |
| Minimum Off-Street Loading Spaces: | 1 (10 feet x 25 feet) |
| Maximum Building Height: | |
| Proposed Building Addition: | 63 feet |
| (Existing Building: | 68 feet, 6 inches) |
| Minimum Setbacks: | In substantial conformance with the plans |



84196

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

APPLICANT: CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838

ADDRESS: 1212-1238 W. Madison Street, 1-9 N. Elizabeth Street, Chicago, IL 60607

DATE INTRODUCED: April 2nd, 2014

CHICAGO PLAN COMMISSION: June 19th, 2014

**Existing Zoning Map**

N



WASHINGTON BOULEVARD
MADISON STREET
MONROE STREET
ADA STREET
THROOP STREET
ELIZABETH STREET
WILLARD CT
RACINE AVENUE
MAY AVENUE
ABERDEEN STREET
Site
KEY
Existing Residential
Existing Mixed-Use Residential & Commercial
Existing Commercial
Existing Manufacturing
N

6/25/2014

REPORTS OF COMMITTEES

APPLICANT: CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838

ADDRESS: 1212-1236 W. Madison Street
1-9 N. Elizabeth Street, Chicago, IL 60607

DATE INTRODUCED: April 2nd, 2014

CHICAGO PLAN COMMISSION: June 19th, 2014

**Existing Land Use Map**

84197



N. ELIZABETH ST.
66'-0" Right-Of-Way
2-Way Traffic
Centerline Of Right-Of-Way
Property Line @ 150.23'
Garage Entry
Property Line @ 101.20'
139'-0 5/8"
Centerline Of Right-Of-Way
12' Public Alley
Property Line @ 106.56'
Proposed 1 Story Building (Indoor Parking Garage)
Garage Entry
Centerline Of Right-Of-Way
146'-2 1/4"
Property Line @ 100.10'
Proposed 4 Story Building
Property Line @ 100.12'
Property Line @ 201.23'
249'-9 3/4"
Property Line @ 152.45'
W. MADISON ST.
80'-0" Right-Of-Way
2-Way Traffic
Building Entry
Centerline Of Right-Of-Way
289'-6 7/8"

84198

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

| | |
|---|---|
| APPLICANT: | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

## Planned Development Boundary And Property Line Map

N



| | |
|---|---|
| APPLICANT | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

**Site Plan**

N



| | |
|---|---|
| APPLICANT: | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

## Ground Level Plan

N

| | |
|---|---|
| APPLICANT: | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

## Landscape Plan

N




Existing 1 Story Building Roof
Total Coverage 5335 SF
Dog Run
9" depth soil Grass Areas/Dog Runs (with versicell, 9" topsoil, 1" sand, filter fabric, sod, protection fabric)
Existing 1 Story Building Roof
Existing 1 Story Building Roof
Existing 5 Story Building Roof
Live roof
4" depth Green Roof Tray (with lightweight soil, plastic tray, protection fabric, aluminum edging, sedums)
New 1 story Addition Roof
Planters
2' ht Fiberglass Planter (with 2" insulation, filter fabric, drainage rock, lightweight soil, perennials)
New 4 story Addition Roof
Floral Garden Bed
18" depth Intensive Garden Beds (with versicell, 18" depth lightweight soil, 1" sand, filter fabric, shrubs and perennials, protection fabric)
84202
JOURNAL--CITY COUNCIL--CHICAGO
6/25/2014
N

APPLICANT: CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838

ADDRESS: 1212-1236 W. Madison Street
1-9 N. Elizabeth Street, Chicago, IL 60607

DATE INTRODUCED: April 2nd, 2014

CHICAGO PLAN COMMISSION: June 19th, 2014

## Green Roof Plan

Existing

New Addition

Composite frame glass window

DEFS (Synthetic Stucco Finish)

Cementitious Composite panel

Metal Fence. (paint Fin.)

DEFS (Synthetic Stucco Finish)

CMU Block

Precast stone panel

Galv. Stl. balcony rail.

Galv. Stl. guard rail.

Existing

New Addition

6/25/2014

REPORTS OF COMMITTEES

APPLICANT: CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838

ADDRESS: 1212-1236 W. Madison Street 1-9 N. Elizabeth Street, Chicago, IL 60607

DATE INTRODUCED: April 2nd, 2014

CHICAGO PLAN COMMISSION: June 19th, 2014

**Public Alley (North) Elevation I**

Existing

84204

JOURNAL--CITY COUNCIL--CHICAGO

| | |
|---|---|
| APPLICANT: | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

## Public Alley (North) Elevation II

6/25/2014

New Addition
Existing
DEFS (Synthetic Stucco Finish)
Alum. frame glass window wall
DEFS (Synthetic Stucco Finish)
Alum. frame glass window wall
Alum. frame glass balcony rail.
Alum. frame glass Storefront

| | |
|---|---|
| APPLICANT: | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

**Madison Street (South) Elevation**



DEFS (Synthetic Stucco Finish)
Cementitious Composite panel
Galv. Stl. guard rail.
Metal overhead garage door
precast stone panel
Composite frame glass window
Galv. Stl. balcony rail.
Alum. frame glass Storefront
Alum. frame glass balcony rail.
84206
JOURNAL--CITY COUNCIL--CHICAGO
6/25/2014

| | |
|---|---|
| APPLICANT: | CHICAGO TITLE LAND TRUST COMPANY, as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838 |
| ADDRESS: | 1212-1236 W. Madison Street<br>1-9 N. Elizabeth Street, Chicago, IL 60607 |
| DATE INTRODUCED: | April 2nd, 2014 |
| CHICAGO PLAN COMMISSION: | June 19th, 2014 |

## Elizabeth Street (West) Elevation

*Reclassification Of Area Shown On Map No. 1-G.*
(Application No. 18008T1)
(Common Address: 456 N. Carpenter St.)

[O2014-2345]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the M2-2 Light Industry District symbols and indications as shown on Map Number 1-G in the area bounded by:

the alley next west of and parallel to North Carpenter Street; a line 120 feet south of and parallel to West Grand Avenue; North Carpenter Street; and a line 160 feet south of and parallel to West Grand Avenue,

to those of an RM5 Residential Multi-Unit District.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

[Site Plan; Block Site Plan; Basement, First, Second, Third, Fourth and Roof Plans; and North, South, East and West Building Elevations attached to this ordinance printed on pages 84209 through 84216 of this *Journal*.]

Type 1 Narrative Rezoning Analysis attached to this ordinance reads as follows:

*Narrative -- 456 N. Carpenter St.*

To construct a new four-story five residential dwelling unit building (47 feet high) with no commercial space and five parking spaces.

| | Current Zoning | Proposed Building |
|---|---|---|
| | M2-2 | RM5 |
| Lot Dimensions | 40.0 feet x 116 feet = 4,640.0 square feet | 40.0 feet x 116 feet = 4,640.0 square feet |
| FAR | 2.2 | 1.98 |
| Minimum Lot Area | | 4,640/928 = 11.6 |
| Max Buildable Area | 10,208 square feet | 9,280 square feet |
| Max Number of Units | 4 | 5 |
| Max Building Height | | 47 feet |
| Front Setback | 0.0 | 7 feet, 0 inches administrative adjustment required |
| Rear Setback | 0.0 | 37 feet, 0 inches |
| South Side Setback | 0.0 | 3 feet, 2½ inches |
| North Side Setback | 0.0 | 3 feet, 2½ inches |
| Combined Side Yard Setback | | Required = 8.0 feet<br>Proposed = 6 feet, 5 inches administrative adjustment required |
| Minimum Parking | | 5 |
| Rear Open Space | N/A | 407 square feet |

6/25/2014

REPORTS OF COMMITTEES

84209

84210 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

FINAL FOR PUBLICATION
N CARPENTER ST
W. GRAND AVE
HUBBARD ST
#1035
#464
EXISTING PARKING LOT
#456
#452 - 454
#448 f
#448 e
#448 d
#448 c
#448 b
#448 a
1 BLOCK SITE PLAN
SP.2



6/25/2014 REPORTS OF COMMITTEES 84211

456 North CARPENTER ST
5 Residential Unit Bldg
CHICAGO, Illinois
STONEBERG + GROSS ARCHITECTS
Basement Plan
1st Flr Plan
A1.1
1 Basement Plan
2 First Flr Plan
UNIT 1
UNIT 2





FINAL FOR PUBLICATION

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 490 of 921 PageID #:2753

456 North CARPENTER ST
5 Residential Unit Bldg
CHICAGO, Illinois

STONEBERG + GROSS ARCHITECTS
3320 NORTH RAVENSWOOD AVE
CHICAGO, ILLINOIS 60657
ph 773-281-1878 fax: 773-281-1942

4TH Flr Plan
Roof Plan

SHEET NUMBER
A1.3

1 FOURTH FLOOR PLAN
2,319.5 Gross sf

2 Roof PLAN

UNIT 5

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 491 of 921 PageID #:2754

FINAL FOR PUBLICATION

456 North CARPENTER ST
5 Residential Unit Bldg
CHICAGO, Illinois

STONEBERG + GROSS ARCHITECTS
3520 NORTH RAVENSWOOD AVE.
CHICAGO, ILLINOIS 60657
ph. 773-281-1878 fax 773-281-1942

14-19

South Elev

SHEET NUMBER: A2.2

1 SOUTH (Side) Elevation

84216 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

FINAL FOR PUBLICATION
456 North CARPENTER ST
5 Residential Unit Bldg
CHICAGO, Illinois
STONEBERG + GROSS ARCHITECTS
3320 NORTH RAVENSWOOD AVE
CHICAGO, ILLINOIS 60657
East and West Elev
A2.1
1 EAST (Front) Elevation
1 WEST (Rear) Elevation



*Reclassification Of Area Shown On Map No. 1-G.*
(Application No. 18027T1)
(Common Address: 1520 -- 1522 W. Huron St.)

[O2014-3307]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the RS3 Residential Single-Unit (Detached House) District symbols as shown on Map 1-G in the area bounded by:

the public alley next north of and parallel to West Huron Street; a line 227 feet west of and parallel to North Armour Street; West Huron Street; and a line 277 feet west of and parallel to North Armour Street,

to those of an RM4.5 Residential Multi-Unit District.

SECTION 2. This ordinance takes effect after its passage and approval.

[Site Plan; Basement, First, Second, Third, Fourth and Roof Plans; and North, South, East and West Building Elevations attached to this ordinance printed on pages 84219 through 84229 of this *Journal*.]

Type 1 Narrative Rezoning Analysis attached to this ordinance reads as follows:

*Narrative.*

*Type 1 Rezoning For*
*1520 -- 1522 W. Huron St., Chicago, Illinois.*

*Application Number 18027T1.*

The subject property has dimensions of 50 feet by 123.31 feet and currently is improved with two, two-flats. The applicant intends to demolish the existing buildings and build one

new four-story six dwelling unit building. The applicant needs a zoning change from RS3 to RM4.5 to meet the requirements for the minimum lot area and maximum floor area for this project.

| | |
|---|---|
| Project Description: | Zoning change from RS3 to RM4.5 |
| Proposed Land-Use: | To build a new six dwelling unit building |
| Floor Area Ratio: | |
| Lot Area: | 6,166.5 square feet |
| Building Floor Area: | 10,466 square feet |
| Proposed FAR: | 1.7 |
| Density: | 1,027 square feet per dwelling unit |
| Off-Street Parking: | 7 parking spaces |
| Set Backs: | |
| Front: | 10 feet, 4 inches |
| East Side Setback: | 5 feet |
| West Side Setback: | 5 feet |
| Rear: | 37 feet |
| Rear Yard Open Space: | 421 square feet |
| Building Height: | 46 feet, 10 inches |



**ZONING DATA:**

| | |
|---|---|
| LOT AREA | – 50.00'x123.40'=6,166.5 SQ.FT. |
| F.A.R. | – 1.7 |
| MAX. BUILDABLE | – 10,483.00 SQ.FT. |
| BUILDING SQUARE FOOTAGE: | |
| FIRST FL: | 2820.0 SQ.FT. |
| SECOND FL: | 2820.0 SQ.FT. |
| THIRD FL: | 2533.0 SQ.FT. |
| FOURTH FL: | 2293.0 SQ.FT. |
| TOTAL: | 10,466.0 SQ.FT. |

(312) 750-1800

180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801

PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485

SITE PLAN
SCALE: NTS

## 1520-22 W HURON ST.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 497 of 921 PageID #:2760



RAIN BARREL
RAIN BARREL
RAIN BARREL
GARAGE ROOF TOP DECK
1ST FLOOR PLAN
1520-22 W HURON ST.





2ND FLOOR PLAN
SCALE 1/8" = 1'-0"

1520-22 W HURON ST.

3RD FLOOR PLAN
SCALE 1/8" = 1'-0"

1520-22 W HURON ST.





Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 501 of 921 PageID #:2764

84224 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001483

4TH FLOOR PLAN
SCALE: 1/8" = 1'-0"
BALCONY
BEDROOM 1
BEDROOM 2
MASTER BEDROOM
MASTER BATH
BATH
W.I.C.
DECK

1520-22 W HURON ST.



HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485

6/25/2014

GREEN SPACE
PRIVATE ROOF DECK 4TH FL. EAST
RAIN BARREL
PRIVATE ROOF DECK 4TH FL. WEST
RAIN BARREL
GREEN SPACE
57'-4"
ROOF PLAN
SCALE: 1/8" = 1'-0"

REPORTS OF COMMITTEES

1520-22 W HURON ST.

84225

84226 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001465

BRICK(TYP.)
* GARAGE NOT SHOWN FOR CLARITY
NORTH ELEVATION
SCALE: 1/8" = 1'-0"

1520-22 W HURON ST.





IPE WOOD
UNDERSIDE +46'-10"
BRICK(TYP.)
IPE WOOD
BIG BLOCK RENAISSANCE STONE
IPE WOOD
GRADE/CURB +0'-0"
BSMT.SLAB -5'-6"
SOUTH ELEVATION
SCALE: 1/8" = 1'-0"

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485

6/25/2014

REPORTS OF COMMITTEES

1520-22 W HURON ST.

84227

84228 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485
WOOD
BIG BLOCK
RENAISSANCE STONE
BRICK(TYP.)
BRICK(TYP.)
EAST ELEVATION
SCALE: 1/8" = 1'-0"
1520-22 W HURON ST.
© HANNA ARCHITECTS, INC. 2014

HANNA ARCHITECTS, INC.
BRICK (TYP.)
WOOD
BIG BLOCK RENAISSANCE STONE
WEST ELEVATION
1520-22 W HURON ST.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 507 of 921 PageID #:2770

*Reclassification Of Area Shown On Map No. 3-F.*
(Application No. 18030)
(Common Address: 1014 N. Larrabee St.)

[O2014-3310]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the C1-2 Neighborhood Commercial District symbols as shown on Map Number 3-F in the area bounded by:

a line 170.11 feet north of and parallel to West Oak Street; North Larrabee Street; a line 120 feet north of and parallel to West Oak Street; and the public alley next west of and almost parallel to North Larrabee Street,

to those of a B2-3 Neighborhood Mixed-Use District.

SECTION 2. This ordinance takes effect after its passage and approval.

---

*Reclassification Of Area Shown On Map No. 3-G.*
(Application No. 18018)
(Common Address: 1512 W. Chestnut St.)

[O2014-3298]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 3-G in the area bounded by:

the alley next north of and parallel to West Chestnut Street; a line 479 feet east of and parallel to North Ashland Avenue; West Chestnut Street; and a line 454 feet east of and parallel to North Ashland Avenue,

to those of an RT4 Residential Two-Flat, Townhouse and Multi-Unit District and a corresponding use district is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

*Reclassification Of Area Shown On Map No. 3-I.*
(Application No. 18020)
(Common Address: 875 N. Richmond St.)

[O2014-3300]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 3-I in the area bounded by:

a line 60 feet south of and parallel to West Walton Street; the alley next east of and parallel to North Richmond Street; a line 90 feet south of and parallel to West Walton Street; and North Richmond Street,

to those of an RT4 Residential Two-Flat, Townhouse and Multi-Unit District and a corresponding use district is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

---

*Reclassification Of Area Shown On Map No. 4-G.*
(Application No. 18017)
(Common Address: 1903 -- 1907 S. Racine Ave.)

[O2014-3297]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all the B3-2 Community Shopping District symbols and indications as shown on Map Number 4-G in the area bounded by:

a line 25 feet south of and parallel to West 19th Street; the alley next east of and parallel to South Racine Avenue; a line 75 feet south of and parallel to West 19th Street; and South Racine Avenue,

to those of a B2-3 Neighborhood Mixed-Use District and a corresponding use district is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

*Reclassification Of Area Shown On Map No. 5-I.*
(As Amended)
(Application No. 17965)
(Common Address: 2501 -- 2519 W. Armitage Ave.)

[SO2014-1445]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, be amended by changing all the C1-1 Neighborhood Commercial District symbols and indications as shown on Map Number 5-I in the area bounded by:

West Armitage Avenue; North Campbell Avenue; a line 211.85 feet south of and parallel to West Armitage Avenue; a line 167.38 feet west of and parallel to North Campbell Avenue; West Homer Street; a line 203.84 feet west of and parallel to North Campbell Avenue; a line 53.08 feet north of and parallel to West Homer Street; a line 203.5 feet west of and parallel to North Campbell Avenue; a line 140.74 feet north of and parallel West Homer Street; a line 194.55 feet west of and parallel to North Campbell Avenue; a line from a point 194.55 feet west of North Campbell Avenue and 246.13 feet north of West Homer Street to a point 190.51 feet west of North Campbell Avenue and the south right-of-way line of West Armitage Avenue; and West Armitage Avenue,

to those of a B3-3 Community Shopping District and a corresponding use district is hereby established in the area above described.

SECTION 2. That the Chicago Zoning Ordinance be amended by changing all the B3-3 Community Shopping District symbols and indications within the area hereinabove described to the designation of Residential-Business Planned Development Number ______, which is hereby established in the area above described, subject to such use and bulk regulations as are set forth in the Plan of Development herewith attached and made a part thereof and to no others.

SECTION 3. This ordinance shall be in force and effect from and after its passage and due publication.

Plan of Development Statements referred to in this ordinance read as follows.

*Standard Planned Development Statements.*

1. The area delineated herein as a Residential-Business Planned Development Number ______ ("Planned Development") consists of approximately 44,102 square feet

of property which is depicted on the attached Planned Development Boundary and Properly Line Map ("Property") and is owned or controlled by the applicant, Spearhead Properties LLC.

2. The requirements, obligations and conditions contained within this Planned Development shall be binding upon the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors. All rights granted hereunder to the applicant shall inure to the benefit of the applicant's successors and assigns and, if different than the applicant, the legal titleholder and any ground lessors. Furthermore, pursuant to the requirements of Section 17-8-0400 of the Chicago Zoning Ordinance, the Property, at the time of application for amendments, modifications or changes (administrative, legislative or otherwise) to this Planned Development are made, shall be under single ownership or designated control. Single designated control is defined in Section 17-8-0400 of the Zoning Ordinance.

3. All applicable official reviews, approvals or permits are required to be obtained by the applicant or its successors, assignees or grantees. Any dedication or vacation of streets or alleys or grants of easements or any adjustment of the right-of-way shall require a separate submittal to the Department of Transportation on behalf of the applicant or its successors, assigns or grantees, and approval by the City Council.

   Any requests for grants of privilege, or any items encroaching on the public way, shall be in compliance with the plans.

   Ingress or egress shall be pursuant to the plans and may be subject to the review and approval of the Departments of Planning and Development and Transportation. Closure of all or any public street or alley during demolition or construction shall be subject to the review and approval of the Department of Transportation.

   All work proposed in the public way must be designed and constructed in accordance with the Department of Transportation Construction Standards for Work in the Public Way and in compliance with the Municipal Code of the City of Chicago. Prior to the issuance of any Part II Approval, the submitted plans must be approved by the Department of Transportation.

4. This plan of development consists of these sixteen (16) statements; a Bulk Regulations and Data Table; an Existing Zoning Map; an Existing Land-Use Map; a Planned Development Boundary and Property Line Map; Site Plan; Landscape and Green Roof Plan; Building Elevations (Northeast/North, South/Southeast, and West) prepared by Antunovich Associates and dated May 5, 2014 and Affordable Housing Profile Form (Rental), dated May 22, 2014, submitted herein. Full-sized copies of the Site Plan, Landscape Plan and Building Elevations are on file with the Department of Planning and Development. In any instance where a provision of this Planned Development conflicts with the Chicago Building Code, the Building Code shall control. This Planned Development conforms to the intent and purpose of the Zoning Ordinance, and all

requirements thereto, and satisfies the established criteria for approval as a Planned Development. In case of a conflict between the terms of this Planned Development ordinance and the Zoning Ordinance, this Planned Development ordinance shall control.

5. The following uses are permitted in the area delineated herein as a Residential Business Planned Development: Multi-unit Residential, office and retail business on the ground floor, accessory parking and accessory uses as authorized by the Chicago Zoning Ordinance.

6. On-premises signs and temporary signs, such as construction and marketing signs, shall be permitted within the Planned Development, subject to the review and approval of the Department of Planning and Development. Off-premises signs are prohibited within the boundary of the Planned Development.

7. For purposes of height measurement, the definitions in the Zoning Ordinance shall apply. The height of any building shall also be subject to height limitations, if any, established by the Federal Aviation Administration.

8. The maximum permitted Floor Area Ratio ("FAR") for the site shall be in accordance with the attached Bulk Regulations and Data Table. For the purposes of FAR calculations and measurements, the definitions in the Zoning Ordinance shall apply. The permitted FAR identified in the Bulk Regulations Table has been determined using a net site area of 44,102 square feet.

9. Upon review and determination, "Part II Review", pursuant to Section 17-13-0610 of the Zoning Ordinance, a Part II Review fee shall be assessed by the Department of Planning and Development. The fee, as determined by staff at the time, is final and binding on the applicant and must be paid to the Department of Revenue prior to the issuance of any Part II Approval.

10. The Site and Landscape plans shall be in substantial conformance with the Landscape Ordinance and any other corresponding regulations and guidelines. The improvements on the Property, including the on-site exterior landscaping, as well as the landscaping along the adjacent rights-of-way and all entrances and exits to and from the parking and loading areas, shall be designed, constructed, and maintained in substantial conformance with the Site Plan and the Landscape Plan. In addition, parkway trees shall be planted and maintained in accordance with the Parkway Tree Planting provisions of the Chicago Zoning Ordinance and corresponding regulations and guidelines. Final landscape plan review and approval will be by the Department of Planning and Development. Any interim reviews associated with site plan review or Part II Reviews, are conditional until final Part II Approval.

11. The applicant acknowledges and agrees that the rezoning of the Property from C1-1 Neighborhood Commercial District to B1-3 Neighborhood Shopping District for

construction of this Planned Development triggers the requirements of Section 2-45-110 of the Municipal Code (the "Affordable Housing Ordinance"). Any developer of a "residential housing project" within the meaning of the Affordable Housing Ordinance ("Residential Project") must: (i) develop affordable housing units as part of the Residential Project; (ii) pay a fee in lieu of the development of affordable housing units; or (iii) any combination of (i) and (ii). In accordance with these requirements and the Affordable Housing Profile Form attached hereto as an exhibit, the applicant has agreed to dedicate eight units as onsite affordable units. At the lime of each Part II Review for the Residential Project, applicant may update and resubmit the Affordable Housing Profile Form to the Department of Planning and Development ("DPD") for review and approval. If the applicant subsequently reduces the number of dwelling units in the Residential Project, DPD may adjust the requirements of this Statement Number 11 (i.e., number of Affordable Units and/or amount of Cash Payment) accordingly without amending the Planned Development.

12. The applicant shall comply with Rules and Regulations for the Maintenance of Stockpiles promulgated by the Commissioners of the Departments of Streets and Sanitation, Fleet and Facility Management and Buildings, under Section 13-32-125 of the Municipal Code, or any other provision of that Code.

13. The terms and conditions of development under this Planned Development ordinance may be modified administratively, pursuant to Section 17-13-0611-A of the Zoning Ordinance by the Zoning Administrator upon the application for such a modification by the applicant, its successors and assigns and, if different than the applicant, the legal titleholders and any ground lessors.

14. The applicant acknowledges that it is in the public interest to design, construct and maintain the project in a manner which promotes, enables and maximizes universal access throughout the Property. Plans for all buildings and improvements on the Property shall be reviewed and approved by the Mayor's Office for People with Disabilities to ensure compliance with all applicable laws and regulations related to access for persons with disabilities and to promote the highest standard of accessibility.

15. The applicant acknowledges that it is in the public interest to design, construct, renovate and maintain all buildings in a manner that provides healthier indoor environments, reduces operating costs and conserves energy and natural resources. All development shall be in substantial compliance with the current City of Chicago Sustainable Development Policy set forth by the Department of Planning and Development. The proposed building shall provide a vegetated ("green") roof, totaling a minimum of 50 percent of the net roof area 28,250 square feet and obtain a LEED certification.

16. This Planned Development shall be governed by Section 17-13-0612 of the Zoning Ordinance. Should this Planned Development ordinance lapse, the Zoning Administrator shall initiate a zoning map amendment to rezone the Property B1-3 Neighborhood Shopping District.

[Proposed Boundary and Property Line Map; Existing Land-Use Map; Existing Zoning Map; Landscape Plan and Green Roof Plan; Site Plan and Ground Floor Plan; Typical Upper Floor Plan; North, South, East and West Building Elevations; and Affordable Housing Profile Form (Rental) referred to in these Plan of Development Statements printed on pages 84237 through 84247 of this *Journal*.]

Bulk Regulations and Data Table referred to in these Plan of Development Statements reads as follows:

*Bulk And Data Table -- June 10, 2014.*

*2501 W. Armitage Ave. Mixed-Use Development.*

| | |
|---|---|
| Gross Site Area: | 59,668.0 square feet |
| Public Right-of-Way Area: | 15,566.0 square feet |
| Net Site Area: | 44,102.0 square feet |
| Maximum Floor Area Ratio: | 3.0 |
| Maximum Allowable Building Area: | 132,306 square feet |
| Maximum Building Height: | 65 feet, 0 inches |
| Minimum Number of Accessory Off-Street Parking Spaces: | 55 spaces |
| Minimum Number of Accessory Off-Street Loading Spaces: | 1 space |
| Number of Residential Units: | 78 units |
| Number of Bicycle Racks: | 78 spaces |
| Minimum Setbacks: | per Site Plan |



2501 W. Armitage - Mixed-Use Development

Proposed Boundary and Property Line Map

Applicant: Spearhead Properties

Address: 2501 West Armitage Avenue, Chicago, Illinois

Chicago Plan Commission: June 19, 2014

N. STAVE ST.
N. BINGHAM ST.
N. MILWAUKEE AVE.
COMMERCIAL: 2-STORY BUILDING
RESIDENTIAL/RETAIL: 4-STORY BUILDING
W. ARMITAGE AVE.
N. ROCKWELL ST.
N. CAMPBELL AVE.
W. HOMER ST.
INDUSTRIAL: 2-STORY BUILDING
INDUSTRIAL: 1-STORY GARAGE
EXISTING 2-STORY WAREHOUSE TO BE REMOVED
EXISTING 2-STORY BUILDING TO BE REMOVED
EXISTING 1-STORY WAREHOUSE TO BE REMOVED
COMMERCIAL: 2-STORY BUILDING
RESIDENTIAL: 4-STORY BUILDING
RESIDENTIAL: EXISTING 3-STORY BUILDING
INDUSTRIAL: EXISTING 2-STORY BUILDING
INDUSTRIAL: EXISTING 1-STORY BUILDING
INDUSTRIAL: EXISTING 1-STORY BUILDING
EXISTING CURB CUT TO BE REMOVED
223.5 P.D.
190.5 P.L.
211.9 P.L.
244.9 P.D.
167.4 P.L.
200.4 P.D.
36.5 P.L.
36.5 P.D.
LEGEND
Planned - Development Boundary
- Property Line
SCALE 0 25'-0" 50'-0" 100'-0"

2501 W. Armitage - Mixed-Use Development

Existing Land-Use Map

Applicant: Spearhead Properties
Address: 2501 West Armitage Avenue, Chicago, Illinois
Date of Introduction: February 26, 2014 Chicago Plan Commission: June 19, 2014

84238 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014



ARMITAGE AVE
B3-1
B3-2
B3-5
C1-1
C2-2-2
C2-2
C1-1
C1-1
C1-1
RT-4
RM-5
2501
2509
ROCKWELL ST
CAMPBELL AVE
LEGEND
Planned Development Boundary
Property Line
2501 W. Armitage - Mixed-Use Development
Existing Zoning Map



W. ARMITAGE AVE.
(1) EXISTING TREE W/ NEW 5' x 5' WALKABLE TREE GRATE IN EXISTING PIT
NEW 5' x 10' WALKABLE TREE GRATES ALONG W. ARMITAGE AVE
(2) EXISTING TREES
(4) NEW STREET TREES 2.5" CAL. MIN, TYP. - SKYLINE HONEY LOCUST
GREEN ROOF PLANTERS: 50% OF OVERALL ROOF NET USABLE AREA
A/C UNITS
LOBBY
AMENITY TERRACE
(7) NEW STREET TREES 2.5" CAL. MIN, TYP. - SKYLINE HONEY LOCUSTS
NEW SURFACE PARKWAY PLANTING ALONG N. CAMPBELL AVE. TYP.
LANDSCAPED COURTYARD
LANDSCAPED TERRACE
N. CAMPBELL AVE.
EXISTING 2-STORY BUILDING
GREEN ROOF PLANTERS: 50% OF OVERALL ROOF NET USABLE AREA
A/C UNITS
(2) EXISTING TREES
EXISTING 2-STORY BUILDING
W. HOMER ST.
SCALE:
JOURNAL--CITY COUNCIL--CHICAGO
84240
6/25/2014
Landscape Plan & Green Roof Plan

| GREEN ROOF MATRIX | |
|---|---|
| NET ROOF AREA | 18,800 sf |
| GREEN ROOF REQ (50%) | 9,400 sf |
| GREEN ROOF PROVIDED | 9,400 sf |

2501 W. Armitage - Mixed-Use Development

Applicant: Spearhead Properties
Address: 2501 West Armitage Avenue, Chicago, Illinois
Chicago Plan Commission: June 19, 2014

2501 W. Armitage - Mixed-Use Development

Applicant: Spearhead Properties
Address: 2501 West Armitage Avenue, Chicago, Illinois
Date of Introduction: February 26, 2014 Chicago Plan Commission: June 19, 2014

Site Plan / Ground Floor Plan

W ARMITAGE AVE
EXISTING 2-STORY BUILDING
LANDSCAPED COURTYARD AT BELOW
N CAMPBELL AVE
EXISTING 2-STORY BUILDING
W HOMER ST
2501 W. Armitage - Mixed-Use Development
84242
JOURNAL--CITY COUNCIL--CHICAGO
6/25/2014

6/25/2014

REPORTS OF COMMITTEES

NORTH ELEVATION

PROFILE OF ADJACENT BUILDING TO WEST
PROFILE OF ADJACENT BUILDING TO SOUTH
SOUTH ELEVATION

2501 W. Armitage - Mixed-Use Development

North & South Building Elevations

84243

84244

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

T/ ELEVATOR PENTHOUSE ELEV: +54'-0"
T/ ROOF ELEV: +50'-0"
T/ 4th FLOOR ELEV: +38'-0"
T/3rd FLOOR ELEV: +26'-0"
T/ 2nd FLOOR ELEV: +14'-0"
HOMER STREET
T/ 1st FLOOR ELEV: +0'-0"
METAL ACCENTS
ROOFTOP AMENITY ENCLOSURE
METAL ACCENTS
ALUMINUM FRAME WINDOWS
METAL PANEL SPANDREL
FIBER CEMENT PANELING
ALUMINUM STOREFRONT WINDOWS
METAL TERRACE GUARDRAIL
T/ ELEVATOR PENTHOUSE ELEV: +65'-0"
T/ ROOF ELEV: +52'-0"
T/ 4th FLOOR ELEV: +40'-0"
T/3rd FLOOR ELEV: +28'-0"
T/ 2nd FLOOR ELEV: +16'-0"
ARMITAGE AVENUE
T/ 1st FLOOR ELEV: +0'-0"
EAST ELEVATION
T/ ELEVATOR PENTHOUSE ELEV: +65'-0"
T/ ROOF ELEV: +52'-0"
T/ 4th FLOOR ELEV: +40'-0"
T/3rd FLOOR ELEV: +28'-0"
T/ 2nd FLOOR ELEV: +16'-0"
ARMITAGE AVENUE
T/ 1st FLOOR ELEV: +0'-0"
ROOFTOP AMENITY ENCLOSURE
METAL ACCENTS
RECESSED ARTICULATION AT PARTY WALL
METAL ACCENTS
RECESSED ARTICULATION AT PARTY WALL
PROFILE OF ADJACENT BUILDING TO WEST
T/ ELEVATOR PENTHOUSE ELEV: +54'-0"
T/ ROOF ELEV: +50'-0"
T/ 4th FLOOR ELEV: +38'-0"
T/3rd FLOOR ELEV: +26'-0"
T/ 2nd FLOOR ELEV: +14'-0"
T/ 1st FLOOR ELEV: +0'-0"
WEST ELEVATION
SCALE: 0 6'-3" 12'-6" 25'-0"

2501 W. Armitage - Mixed-Use Development

East & West Building Elevations

Applicant: Spearhead Properties
Address: 2501 West Armitage Avenue, Chicago, Illinois
Chicago Plan Commission: June 19, 2014

## Affordable Housing Profile Form (Rental)

Submit this form to the Department of Planning & Development for each project that triggers an affordability requirement (including CPAN, ARO, and the Density Bonus).

This completed form should be returned (via e-mail, fax, postal service or interoffice mail), to: Marcia Baxter, Department of Planning & Development, 121 N. LaSalle Street, Chicago, IL 60602. E-mail: Marcia.Baxter@cityofchicago.org; Telephone: (312) 744-0696.

For information on these programs/requirements, visit www.cityofchicago.org/dpd

Date: 5/22/2014

**SECTION 1: DEVELOPMENT INFORMATION**

Development Name: 2501 W ARMITAGE
Development Address: 2501 W ARMITAGE AVE.
Ward: 1st
If you are working with a Planner at the City, what is his/her name? NOAH SZAFRANIEC
Type of City involvement: (check all that apply)
___ Land write-down
___ Financial Assistance (If receiving TIF assistance, will TIF funds be used for housing construction? ____*) *if yes, please provide copy of the TIF Eligible Expenses
✓ Zoning increase, PD, or City Land purchase

**SECTION 2: DEVELOPER INFORMATION**

Developer Name: SPEARHEAD PROPERTIES, LLC.
Developer Contact (Project Coordinator): JEFFREY HREBEN
Developer Address: 1725 N. BURLING ST
Email address: jeffrey@spearheadprop.com *May we use email to contact you?* (Yes) No
Telephone Number: 312.420.1385

**SECTION 3: DEVELOPMENT INFORMATION**

a) Affordable units required

For ARO projects: 78 x 10%* = 8 (always round up)
Total units — total affordable units required
*20% if TIF assistance is provided

For Density Bonus projects: ________ X 25% = ____________
Bonus Square Footage* — Affordable sq. footage required

*Note that the maximum allowed bonus is 20% of base FAR in dash-5; 25% in dash-7 or -10; and 30% of base FAR in dash-12 or -16 (www.cityofchicago.org/zoning for zoning info).

b) building details

In addition to water, which of the following utilities will be included in the rent (circle applicable):
(Cooking gas) electric gas heat electric heat other (describe on back)

Is parking included in the rent for the: affordable units? yes (no) market-rate units? yes (no)
If parking is not included, what is the monthly cost per space? $125

Estimated date for the commencement of marketing: SPRING 2015

Estimated date for completion of construction of the affordable units: SUMMER/FALL 2015

For each unit configuration, fill out a separate row, as applicable (see example).

| | Unit Type* | Number of Units | Number of Bedrooms/Unit | Total Square Footage/Unit | Expected Market Rent | Proposed Affordable Rent* | Proposed Level of Affordability (60% or less of AMI) | Unit Mix OK to proceed? |
|---|---|---|---|---|---|---|---|---|
| *Example* | 1 bed/1 bath | 4 | 1 | 800 | $1000 | 759 | 60% | |
| Affordable Units | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Market Rate Units | | | | | | N/A | N/A | |
| | | | | | | N/A | N/A | |
| | | | | | | N/A | N/A | |

*Rent amounts updated annually in the "City of Chicago's Maximum Affordable Monthly Rent Chart"

**SECTION 4: PAYMENT IN LIEU OF UNITS**

**When do you expect to make the payment -in-lieu?** TBD / UNKNOWN IF PAID OR ON SITE
(typically corresponds with issuance of building permits) Month/Year

For ARO projects, use the following formula to calculate payment owed:

________ X 10% = ________ X $100,000 = $________
Number of total units in development (round up to nearest whole number) Amount owed

For Density Bonus projects, use the following formula to calculate payment owed:

________ x 80% x $________ = $________
Bonus Floor Area (sq ft) median price per base FAR foot (*from table below*) Amount owed

| **Submarket** (Table for use with the Density Bonus fees-in-lieu calculations) | **Median Land Price per Base FAR Foot** |
|---|---|
| **Loop:** Chicago River on north/west; Congress on south; Lake Shore Dr on east | $31 |
| **North:** Division on north; Chicago River on south/west; Lake Shore Dr. on east | $43 |
| **South:** Congress on north; Stevenson on south; Chicago River on west; Lake Shore Dr. on east | $22 |
| **West:** Lake on north; Congress on south; Chicago River on east; Racine on west | $29 |

Authorization to Proceed (to be completed by Department of HED)

[signature] 6-2-14

~~Marcia Baxter,~~ Kara Breems Date
Department of Planning & Development

[signature] 5/22/14

Developer/Project Manager Date

2501 W Armitage
5/22/2014

| | Unit Type | Number of Units | Number of Bedrooms/Unit | Total Square footage/Unit | Expected Market Rent | Proposed Affordable Rent | Proposed Level of Affordability (60% less of AMI) | Unit Mix OK to proceed |
|---|---|---|---|---|---|---|---|---|
| Example | 1 Bed/1 Bath | 4 | 1 | 800 | $ 1,000 | $ 759 | 60% | |
| Affordable Units | Studio/1 Bath | 1 | 0 | 550 | $ 1,337 | $ 705 | 60% | yes |
| | Junior 1Bedroom/1 Bath | 1 | 1 | 600 | $ 1,434 | $ 736 | 60% | |
| | 1 Bed/1 Bath | 4 | 1 | 720 | $ 1,667 | $ 736 | 60% | |
| | 2 Bed/2 Bath | 2 | 2 | 1015 | $ 2,227 | $ 878 | 60% | |
| Market Rate Units | Studio/1 Bath | 6 | 0 | 550 | $ 1,337 | N/A | N/A | |
| | Junior 1 Bedroom/1 Bath | 8 | 1 | 600 | $ 1,434 | N/A | N/A | |
| | 1 Bed/1 Bath | 37 | 1 | 720 | $ 1,667 | N/A | N/A | |
| | 2 Bed/2 Bath | 19 | 2 | 1015 | $ 2,227 | N/A | N/A | |

*Reclassification Of Area Shown On Map No. 5-I.*
(Application No. 18026T1)
(Common Address: 1732 N. California Ave.)

[O2014-3306]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance is hereby amended by changing all of the C1-1 Neighborhood Commercial District symbols as shown on Map Number 5-I in the area bounded by:

a line 225 feet North of and parallel to West Wabansia Avenue; North California Avenue; a line 200 feet North of and parallel to West Wabansia Avenue; the public alley next West of and parallel to North California Avenue,

to those of a B2-3 Neighborhood Mixed-Use District

SECTION 2. This ordinance takes effect after its passage and approval.

[Site Plan and Notes; Basement, First, Second and Third Floor Plan; Roof Deck Plan; and North, South, East and West Building Elevations attached to this ordinance printed on pages 84250 through 84253 of this *Journal*.]

Type 1 Narrative Rezoning Analysis attached to this ordinance reads as follows:

*Narrative.*

*Type 1 Rezoning For 1732 N. California Ave., Chicago.*

The subject property is currently vacant. The applicant needs a zoning change to comply with the minimum lot area to build a new three-unit residential building.

| | |
|---|---|
| Project Description: | Zoning Change from C1-1 to B2-3 |
| Proposed Land-Use: | To build a new 3DU residential building |
| Floor Area Ratio: | |
| Lot Area: | 2,500 square feet |
| Building Floor Area: | 4,094 square feet |
| Proposed FAR: | 1.64 |
| Density: | 833 square feet per DU |
| Off-Street Parking: | 3 parking spaces |
| Set Backs: | |
| Front: | 0 feet |
| Side: | |
| North: | 1 foot |
| South: | 3 feet |
| Rear: | 30 feet |
| Building Height: | 37 feet, 10 inches |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 527 of 921 PageID #:2790

FINAL FOR PUBLICATION

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 529 of 921 PageID #:2792

*Reclassification Of Area Shown On Map No. 5-J.*
(Application No. 18015T1)
(Common Address: 3201 W. Wabansia Ave./1652 -- 1654 N. Kedzie Ave.)
[O2014-3295]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the City Zoning Ordinance be amended by changing all the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 5-J in area bounded by:

West Wabansia Avenue; North Kedzie Avenue; a line 75 feet south of and parallel to West Wabansia Avenue; and the public alley next west of North Kedzie Avenue,

to those of a B2-3 Neighborhood Mixed-Use District and a corresponding use district is hereby established in the area above described.

SECTION 2. The ordinance shall be in force and effect from and after its passage and due publication.

[Building Depiction; Site Plan; Basement, First, Second, Third and Fourth Floor Plans; Roof Plan; and North, South, East and West Building Elevations attached to this ordinance printed on pages 84256 through 84265 of this *Journal*.]

Type 1 Narrative Rezoning Analysis attached to this ordinance reads as follows:

*Narrative.*

*Zoning And Development Analysis*
*In Support Of An Application For A Type 1 Map Amendment*
*Of The City Of Chicago Zoning Map*
*For The Property Commonly Known As 3201 W. Wabansia Ave./*
*1652 -- 1654 N. Kedzie Ave.*

Applicant seeks a Type 1 map amendment of the City of Chicago Zoning Map from the

current RS3 District to that of a B2-3 District for the property commonly known as 3201 West Wabansia Avenue/1652 -- 1654 North Kedzie Avenue. The subject site measured approximately 75 feet in width by 177 feet in depth. This result in a total lot area of 13,275 square feet.

The subject consists of one lot that is currently vacant with a storage shed located on the property. Applicant seeks to improve the lot with one building consisting of 27 residential units. The project will provide 27 parking spaces.

The following is a list of the proposed dimensions of the development.

| | |
|---|---|
| Density: | 27 residential units |
| Lot Area Per Unit: | 491 square feet |
| Off-Street Parking: | 27 spaces |
| Height: | 49 feet, 10 inches (as defined by the zoning ordinance) |
| Floor Area: | 38,420 square feet |
| Floor Area Ratio: | 3 |
| Front (East) Setback: | 5 feet, 6 inches |
| Rear (South) Setback: | 10 feet |
| North Side Setback: | 0 feet |
| South Side Setback: | 3 feet, 6 inches |

3201 W. WABANSIA AVE.

Chicago, Illinois

PROPOSED 27 UNIT BUILDING 3201 W. WABANSIA

W. WABANSIA AVE

SITE PLAN

0 10 20 30 40 50

SCALE

3201 W. WABANSIA

HANNA ARCHITECTS, INC.

© HANNA ARCHITECTS, INC. 2014

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 537 of 921 PageID #:2800

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 538 of 921 PageID #:2801

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485
BRICK(WHITE)
BRICK(DARK GREY)
NORTH ELEVATION

84262

JOURNAL--CITY COUNCIL--CHICAGO

3201 W. WABANSIA

© HANNA ARCHITECTS, INC. 2014

6/25/2014



6/25/2014

REPORTS OF COMMITTEES

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485

14'-6"
6'-8"
5'-0"
BRICK(WHITE)
BRICK(DARK GREY)
SOUTH ELEVATION

3201 W. WABANSIA

© HANNA ARCHITECTS, INC. 2014

84263





84264

HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001165

BRICK(DARK GREY)
LIMESTONE COPING
BRICK(WHITE)
14'-6"
5'-0"
UNDERSIDE +49'-10"
4TH FLR +39'-10"
3RD FLR +28'-6"
2ND FLR +17'-2"
1ST FLR +5'-10"
GRADE/CURB +0'-0"
BSMT SLAB -5'-0"
EAST ELEVATION
SCALE: 1/8" = 1'-0"

JOURNAL--CITY COUNCIL--CHICAGO

3201 W. WABANSIA

© HANNA ARCHITECTS, INC. 2014

6/25/2014



HANNA ARCHITECTS, INC.
(312) 750-1800
180 W. WASHINGTON
CHICAGO, ILLINOIS 60602
FAX (312) 750-1801
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184 - 001485
WEST ELEVATION
SCALE: 1/8" = 1'-0"
UNDERSIDE +49'-10"
4TH FLR +39'-10"
3RD FLR +28'-6"
2ND FLR +17'-2"
1ST FLR +5'-10"
GRADE/CURB +0'-0"
BSMT.SLAB -5'-0"
BRICK(DARK GREY)
BRICK(WHITE)
5'-0"
14'-6"
FINAL FOR PUBLICATION

6/25/2014

REPORTS OF COMMITTEES

3201 W. WABANSIA

© HANNA ARCHITECTS, INC. 2014

84265

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 543 of 921 PageID #:2806

*Reclassification Of Area Shown On Map No. 6-G.*
(Application No. A-8000)
(Common Address: 3045 S. Archer Ave.)

[O2014-3366]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the RS1 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 6-G in the area bounded by:

South Archer Avenue; a line 72 feet northeast of and parallel to South Pitney Court; the public alley next southeast of and parallel to South Archer Avenue; and a line 48 feet northeast of and parallel to South Pitney Court,

to those of a C1-2 Neighborhood Commercial District.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

---

*Reclassification Of Area Shown On Map No. 7-I.*
(Application No. 17929T1)
(Common Address: 2550 W. Fullerton Ave.)

[O2014-821]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the B3-1 Community Shopping District symbols as shown on Map Number 7-I in the area bounded by:

the public alley next north of and parallel to West Fullerton Avenue; a line 121 feet east of and parallel to North Rockwell Street; West Fullerton Avenue; and a line 49 feet east of and parallel to North Rockwell Street,

to those of a B3-3 Community Shopping District.

SECTION 2. This ordinance takes effect after its passage and approval.

[Site Plan; Roof Plan; Front, Rear, East and West Building Elevations; and First, Second, Third and Fourth Floor Plans attached to this ordinance printed on pages 84268 through 84275 of this *Journal*.]

Type 1 Narrative Rezoning Analysis attached to this ordinance reads as follows:

*Narrative.*

*Type 1 Rezoning For 2550 W. Fullerton Ave., Chicago.*

The subject property is currently improved with a vacant commercial building. The applicant needs a zoning change to demolish the existing building and build a new four-story, mixed-use building with commercial/retail use on the ground floor and 15 dwelling units on the upper floors.

| | |
|---|---|
| Project Description: | Zoning Change from B3-1 to B3-3 |
| Proposed Land Use: | To build a new mixed-use four-story building commercial/retail on the ground and 15 DU on the upper floors |
| Floor Area Ratio: | |
| Lot Area: | 10,152 square feet |
| Building Gross Area: | 26,288 square feet |
| Proposed FAR: | 2.60 FAR |
| Density: | 677 SF per DU |
| Off-Street Parking: | 15 parking spaces |
| Set Backs: | |
| Front: | 0 feet |
| Side: | 12 feet each |
| Rear: | 30 feet |
| Building Height: | 49 feet, 5 inches |



Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 545 of 921 PageID #:2808

HANNA ARCHITECTS, INC.
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001485

180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net

© HANNA ARCHITECTS, INC. 2014

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 546 of 921 PageID #:2809

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 547 of 921 PageID #:2810

180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net
© HANNA ARCHITECTS, INC. 2014



REAR ELEVATION
1/8" = 1'-0"

BRICK (typ)

HANNA ARCHITECTS, INC.
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001485

180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net

© HANNA ARCHITECTS, INC. 2014

HANNA ARCHITECTS, INC.
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001485

180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net
© HANNA ARCHITECTS, INC. 2014

FINAL FOR PUBLICATION

EAST ELEVATION
1/8" = 1'-0"

HANNA ARCHITECTS, INC.
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001455

180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net
© HANNA ARCHITECTS, INC. 2014

84274 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

HANNA ARCHITECTS, INC.
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001489
180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net
© HANNA ARCHITECTS, INC. 2014



6/25/2014 REPORTS OF COMMITTEES 84275

HANNA
ARCHITECTS, INC.
PROFESSIONAL DESIGN FIRM
ARCHITECT CORPORATION
LICENSE NUMBER 184-001495

180 W. WASHINGTON AVE.
CHICAGO, ILLINOIS 60602
Phone: 312-750-1800
Fax: 312-750-1801
email: hannaarchitects@sbcglobal.net
© HANNA ARCHITECTS, INC. 2014

GARAGE ROOF DECK @ 2nd FLOOR
BALCONY
UNIT A
LIVING - DINING
UNIT B
M. BEDROOM
BEDROOM
UNIT C
2nd 3rd 4th FLOOR



Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 553 of 921 PageID #:2816

*Reclassification Of Area Shown On Map No. 7-I.*
(Application No. 18028)
(Common Address: 2448 -- 2456 N. Western Ave.
And 2403 -- 2411 W. Altgeld St.)

[O2014-3308]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title of the Municipal Code of the Chicago Zoning Ordinance is hereby amended by changing all the C1-2 Neighborhood District symbols and indications as shown on Map Number 7-I in the area bounded by:

North Western Avenue; a line 100.00 feet south of and parallel to West Altgeld Street; the alley immediately west of and parallel to North Western Avenue; and West Altgeld Street,

to those of a C1-3 Neighborhood Commercial District and a corresponding use district is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

---

*Reclassification Of Area Shown On Map No. 11-K.*
(Application No. A-8004)
(Common Address: 4737 -- 4749 N. Elston Ave,)

[O2014-3371]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the B3-1 Community Shopping District and B3-3 Community Shopping District symbols and indications as shown on Map Number 11-K in the area bounded by:

a line 200.36 feet south of and parallel to West Lawrence Avenue; North Kostner Avenue; a southwesterly line 160 feet long starting at a point 250 feet south of the south line of West Lawrence Avenue (as measured along the west boundary line of North Kostner Avenue) and ending at a point 154.25 feet northwest of the west boundary line of North Kostner Avenue (as measured along the northeast boundary line of North Elston Avenue); North Elston Avenue; a northeasterly line 73.07 feet long starting at a point 304.25 feet northwest of the west boundary line of North Kostner Avenue (as measured along the northeast boundary line of North Elston Avenue) and ending at a point 167 feet west of the west boundary line of North Kostner Avenue; a perpendicular line to West Lawrence Avenue 167 feet west of and parallel to North Kostner Avenue; and a southeasterly line along the southwest boundary of the vacated public alley extended that is next northwest

of and parallel to North Elston Avenue and ending at a point 103.19 feet west of North Kostner Avenue and 200.36 feet south of the south line of West Lawrence Avenue,

to those of a B1-1 Neighborhood Shopping District.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

*Reclassification Of Area Shown On Map No. 12-L*
(Application No. A-8002)
(Common Address: 5775 S. Archer Ave.)

[O2014-3368]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 12-L in the area bounded by:

the northwest boundary line of the vacated public alley next south of and parallel to South Archer Avenue (or a line 125 feet southeast of and parallel to South Archer Avenue); the public alley next west of and parallel to South Lorel Avenue; the southwest boundary line of the vacated public alley next southeast of and parallel to South Archer Avenue (or a line 141 feet southeast of and parallel to South Archer Avenue); and South Long Avenue,

to those of a B3-1 Community Shopping District.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

*Reclassification Of Area Shown On Map No. 15-K.*
(Application No. A-8003)
(Common Address: 6141 N. Cicero Ave.)

[O2014-3369]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. Title 17 of the Municipal Code of Chicago, the Chicago Zoning Ordinance, is hereby amended by changing all of the B3-1 Community Shopping District symbols and indications as shown on Map Number 15-K in the area bounded by:

North Hiawatha Avenue; the public alley next east of and parallel to North Cicero Avenue; a 107-foot long perpendicular line to North Cicero Avenue 184.25 feet south of the southwest boundary line of North Hiawatha Avenue (as measured along the east boundary line of North Cicero Avenue); and North Cicero Avenue,

to those of a B1-1 Neighborhood Shopping District.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

---

*Reclassification Of Area Shown On Map No. 16-F.*

(As Amended)

(Application No. 18011)

(Common Address: 6301 -- 6321 S. Stewart Ave., 6325 -- 6329 S. Stewart Ave., 307 -- 319 W. 63rd St., 327 -- 361 W. 63rd St., 6300 -- 6316 S. Harvard Ave., 6301 -- 6315 S. Harvard Ave., 6320 -- 6332 S. Harvard Ave., 6319 -- 6333 S. Harvard Ave., 6312 -- 6356 S. Yale Ave., 6400 -- 6424 S. Yale Ave. 244 -- 344 W. 64th St., 245 -- 319 W. 64th St. and 6401 -- 6425 S. Harvard Ave.)

[SO2014-2348]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Chicago Zoning Ordinance be amended by changing all of the B3-2 Community Shopping District, RT4 Residential Two-Flat, Townhouse and Multi-Unit District, and Institutional Planned Development Number 122 symbols and indications as shown on Map Number 16-F in the area bounded by:

West 63rd Street; a line 187.29 feet west of and parallel to South Yale Avenue; a line 121.13 feet south of and parallel to West 63rd Street; South Yale Avenue; a line from a point 250.79 feet south of West 64th Street and the west right-of-way line of South Yale Avenue to a point 251.16 feet south of West 64th Street and the east right-of-way line of South Harvard Avenue; South Harvard Avenue; West 64th Street; a line 170.0 feet east of and parallel to South Stewart Avenue; a line 300.29 feet north of and parallel to West 64th Street; and South Stewart Avenue,

to those of an RT4 Residential Two-Flat, Townhouse and Multi-Unit District.

SECTION 2. That the Chicago Zoning Ordinance be amended by changing all of the RT4 Residential Two-Flat, Townhouse and Multi-Unit District symbols and indications as shown on Map Number 16-F in the area bounded by:

West 63rd Street; a line 187.29 feet west of and parallel to South Yale Avenue; a line 121.13 feet south of and parallel to West 63rd Street; South Yale Avenue; a line from a point 250.79 feet south of West 64th Street and the west right-of-way line of South Yale Avenue to a point 251.16 feet south of West 64th Street and the east right-of-way line of South Harvard Avenue; South Harvard Avenue; West 64th Street; a line 170.0 feet east of and parallel to South Stewart Avenue; a line 300.29 feet north of and parallel to West 64th Street; and South Stewart Avenue,

to those of Institutional Planned Development Number 122, as amended, which is hereby established in the area above described, subject to such use and bulk regulation as set forth in the Plan of Development herewith attached and made a part hereof and to no others.

SECTION 3. This ordinance shall be in full force and effect from and after its passage and due publication.

Plan of Development Statements referred to in this ordinance read as follows.

*Institutional Planned Development No. 122,*
*As Amended.*

*Plan of Development Statements.*

1. The area delineated herein as Institutional Planned Development Number 122, as amended ("Planned Development") consists of approximately 467,715 square feet of net site area which is depicted on the attached Planned Development Boundary, Property Line and Subarea Map (the "Property"). For purposes of this amended Planned Development, the Property consists of two subareas, delineated as Subarea A and Subarea B. The "Applicant" for purposes of this amended Planned Development is St. Bernard Hospital, the owner of Subarea A (herein referred to as "STBH" or the "Applicant"). The owner of Subarea B is the Chicago Transit Authority, which has consented to the inclusion of the Subarea B property into the Planned Development.

2. The requirements, obligations and conditions contained within this Planned Development shall be binding upon the Applicant, its successors and assigns and, if different than the Applicant, the legal titleholders and any ground lessors. All rights granted hereunder to the Applicant shall inure to the benefit of the Applicant's successors and assigns and, if different than the Applicant, the legal titleholder and any ground lessors. Furthermore, pursuant to the requirements of Section 17-8-0400 of the Chicago Zoning Ordinance, the Property, at the time of application for amendments, modifications or changes (administrative, legislative or otherwise) to this Planned Development are made, shall be under single ownership or designated control. Single designated control is defined Section 17-8-0400 of the Zoning Ordinance.

3. All applicable official reviews, approvals or permits are required to be obtained by the Applicant or its successors, assignees or grantees. Any dedication or vacation of streets or alleys or grants of easements or any adjustment of the right-of-way shall require a separate submittal to the Department of Transportation on behalf of the Applicant or its successors, assign or grantees, and approval by the City Council.

   Any requests for grants of privilege, or any items encroaching on the public way, shall be in compliance with the plans.

   Ingress or egress shall be pursuant to the plans and may be subject to the review and approval of the Departments of Planning and Development and Transportation. Closure of all or any public street or alley during demolition or construction shall be subject to the review and approval of the Department of Transportation.

   All work proposed in the public way must be designed and constructed in accordance with the Department of Transportation Construction Standards for Work in the Public Way and in compliance with the Municipal Code of the City of Chicago. Prior to the issuance of any Part II Approval, the submitted plans must be approved by the Department of Transportation.

4. This plan of development consists of seventeen (17) statements; a Bulk Regulations Table; the following plans pertaining to the Applicant's proposed project (the "Project") prepared by Proteus Group, LLC dated June 19, 2014: an Existing Zoning Map; an Existing Land-Use Map; a Planned Development Boundary, Properly Line and Subarea Map; Overall Site Plan; Enlarged Site Plan; Enlarged Landscape Plan; Perimeter Planting Section; Green Roof Plan; and Building Elevations (North and South, and East and West), submitted herein. Full-sized copies of the Site Plan, Landscape Plan and Building Elevations are on file with the Department of Planning and Development. In any instance where a provision of this Planned Development conflicts with the Chicago Building Code, the Building Code shall control. This Planned Development conforms to the intent and purpose of the Zoning Ordinance, and all requirements thereto, and satisfies the established criteria for approval as a planned development. In case of a conflict between the terms of this Planned Development ordinance and the Zoning Ordinance, this Planned Development ordinance shall control.

5. The following uses shall be permitted on the Property:

   Subarea A: Hospital, Related Uses (including Convent, Professional Offices, Research, Laboratory, Medical Facilities. Student and Staff Residences, and related uses); Accessory Uses (including Commercial and Retail Uses); and Accessory Parking.

   Subarea B: Transit Facilities; Related and Accessory Uses; Accessory and Non-Accessory Parking.

6. On-premises signs and temporary signs, such as construction and marketing signs, shall be permitted within the Planned Development, subject to the review and approval of the Department of Planning and Development. Off-premises signs are prohibited within the boundaries of Subarea A of the Planned Development.

7. For purposes of height measurement, the definitions in the Zoning Ordinance shall apply. The height of any building shall also be subject to height limitations established by the Federal Aviation Administration.

8. The maximum permitted Floor Area Ratio ("FAR") for the site shall be in accordance with the attached Bulk Regulations Table. For the purposes of FAR calculations and measurements, the definitions in the Zoning Ordinance shall apply. The permitted FAR identified in the Bulk Regulations Table has been determined using a net site area of 467.715 square feet.

9. Upon review and determination, "Part II Review", pursuant to Section 17-13-0610 of the Zoning Ordinance, a Part II Review fee shall be assessed by the Department of Planning and Development. The fee, as determined by staff at the time, is final and binding on the Applicant and must be paid to the Department of Revenue prior to the issuance of any Part II Approval.

10. The Site and Landscape plans shall be in substantial conformance with the Landscape Ordinance and any other corresponding regulations and guidelines. The new improvements on Subarea A of the Property, including the on-site exterior landscaping, as well as the landscaping along the adjacent rights-of-way and all entrances and exits to and from the parking and loading areas, shall be designed, constructed, and maintained in substantial conformance with the Subarea A Enlarged Site Plan, the Subarea A Enlarged Landscape Plan, and the Subarea A Building Elevations. In addition, parkway trees shall be planted and maintained in accordance with the Parkway Tree Planting provisions of the Chicago Zoning Ordinance and corresponding regulations and guidelines. Final landscape plan review and approval will be by the Department of Planning and Development. Any interim reviews associated with site plan review or Part II Reviews, are conditional until final Part II Approval.

11. Prior to the Part II Approval (per Section 17-13-0610 of the Zoning Ordinance) of any additional improvements in Subarea A or Subarea B, the Applicant shall submit a site plan, landscape plan and building elevations for the review and approval by the Department of Planning and Development. Review and approval by the Department of Planning and Development is intended to assure that specific development components substantially conform with the Planned Development and to assist the City in monitoring ongoing development. Site Plan Approval Submittals need only include that portion of the Property for which approval is being sought by the Applicant. If the Applicant is seeking approval for a portion of the Property that represents less than an entire subarea, the Applicant shall also include a site plan for that area of the Property which is bounded on all sides by either public rights-of-way or the boundary of the nearest subarea. The site plan provided shall include all dimensioned and planned street rights-of-way.

No Part II Approval for any such improvement on the Property shall be granted until Site Plan Approval has been granted. If the Site Plan Approval Submittals substantially conform to the provisions of the Planned Development, the Department of Planning and Development shall approve the submittal in a prompt and timely manner. Following approval by the Department of Planning and Development, the approved Site Plan Approval Submittals, supporting data and materials shall be made part of the main file and shall be deemed to be an integral part of the Planned Development.

After approval of the Site Plan, changes or modifications may be made pursuant to the provisions of Statement 14. In the event of any inconsistency between approved plans and the terms of the Planned Development, the terms of the Planned Development shall govern. Any Site Plan Approval Submittals shall, at a minimum, provide the following information:

  -- fully-dimensioned site plan (including a footprint of the proposed improvements);

  -- fully-dimensioned building elevations;

  -- fully-dimensioned landscape plan(s); and

  -- statistical information applicable to the subject subarea, including floor area, the applicable FAR, uses to be established, building heights and setbacks.

Site Plan Approval Submittals shall include all other information necessary to illustrate substantial conformance to the Planned Development.

12. The Applicant acknowledges that the Planned Development includes a building commonly known as the St. Bernard Hospital Building, originally built in 1904 as the St. Bernard's Hotel Dieu and identified as potentially significant in the Chicago Historic Resources Survey. Pursuant to the Zoning Ordinance, Section 17-8-0911 and Section 13-32-230 of the Municipal Code, the Applicant acknowledges that planned developments should give priority to the adaptive reuse of historic buildings which have been designated as a "Chicago Landmark" or color-coded red or orange in the Chicago Historic Resources Survey. Therefore, the Applicant agrees to retain and preserve, as much as reasonably possible, the character-defining features of the building. The character-defining features are identified as all exterior elevations, including rooflines, visible from the public rights-of-way. Such work to the character-defining features shall be subject to the review and approval of the Department of Planning and Development as a part of the Part II Review.

13. The Applicant shall comply with Rules and Regulations for the Maintenance of Stockpiles promulgated by the Commissioners of the Departments of Streets and Sanitation, Fleet and Facility Management and Buildings, under Section 13-32-125 of the Municipal Code, or any other provision of that Code.

14.  The terms and conditions of development under this the Planned Development ordinance may be modified administratively, pursuant to Section 17-13-0611-A of the Zoning Ordinance by the Zoning Administrator upon the application for such a modification by the Applicant, its successors and assigns and, if different than the Applicant, the legal titleholders and any ground lessors.

15.  The Applicant acknowledges that it is in the public interest to design, construct and maintain all improvements on the Property in a manner which promotes, enables and maximizes universal access throughout the Property. Plans for all buildings and improvements on the Property shall be reviewed and approved by the Mayor's Office for People with Disabilities to ensure compliance with all applicable laws and regulations related to access for persons with disabilities and to promote the highest standard of accessibility.

16.  The Applicant acknowledges that it is in the public interest to design, construct, renovate and maintain all buildings in a manner that provides healthier indoor environments, reduces operating costs and conserves energy and natural resources. A green roof of not less than 75 percent of the net roof area (approximately 20,250 square feet) shall be provided on the Ambulatory Care/Medical Office Building in Subarea A. The Applicant agrees to exceed the ASHRAE 90.1-2004 standards for energy efficiency by at least 14 percent. Any future developments in Subarea A or Subarea B shall be subject to the Chicago Sustainable Development Policy in effect at the time of such development.

17.  This Planned Development shall be governed by Section 17-13-0612 of the Zoning Ordinance. Unless substantial construction of the proposed improvements as contemplated in this Planned Development has commenced within six years following the adoption of this Planned Development, and is diligently pursued, then this Planned Development shall expire. If this Planned Development expires under the provision of this section, then the Commissioner of the Department of Planning and Development shall initiate a zoning map amendment to rezone the Property to RT4 Residential Two-Flat, Townhouse and Multi-Unit District.


[Existing  Zoning  Map;  Existing Land-Use Map; Planned Development Boundary, Property Line and Subarea Map; Overall Site Plan; Enlarged Site Plan; Landscape Layout Plan; Perimeter Planting Section; Green Roof Plan; and North, South, East and West Building Elevations referred to in these Plan of Development Statements printed on pages 84285 through 84294 of this *Journal*.]


Bulk Regulations and Data Table referred to in these Plan of Development Statements reads as follows:

*Institutional Planned Development No. 122, As Amended.*

*Plan Of Development.*

*Bulk Regulations And Data Table.*

| | |
|---|---|
| Gross Site Area: | 585,328 square feet (13.44 acres) |
| Area Remaining in Public Right-of-Way: | 117,613 square feet (2.70 acres) |
| Net Site Area: | 467,715 square feet (10.74 acres) |
| Subarea A: | 444,288 square feet (10.20 acres) |
| Subarea B: | 23,427 square feet (0.54 acre) |
| Maximum Floor Area Ratio: | 1.20 (561,258 square feet floor area) |
| Subarea A: | 1.20 (533,146 square feet floor area)* |
| Subarea B: | 1.20 (28,112 square feet floor area) |
| Maximum Height: | No maximum height for non-residential principal buildings |
| Minimum Accessory Parking: | As per Section 17-10-0207-G of the Zoning Code** |
| Minimum Loading Spaces: | As per Section 17-10-1101 of the Zoning Code |
| Minimum Bicycle Spaces: | 50 bicycle spaces |
| Minimum Setbacks: | As existing or per approved Site Plans |

* Applicant estimates that Subarea A currently contains approximately 374,000 square feet of FAR floor area.

** St. Bernard Hospital is a 24-hour hospital with over 800 employees, 70 beds and 100+ doctors. The minimum parking standard in 17-10-0207-G can be achieved with the calculation of "shifts" and not a total of all categories present at one time.

EXISTING ZONING MAP

APPLICANT: ST. BERNARD HOSPITAL
ADDRESS: 6301 S. Stewart Avenue
INTRODUCED DATE: 6/13/2014
PLAN COMMISSION DATE: JUNE 19, 2014

84286 JOURNAL--CITY COUNCIL--CHICAGO 6/25/2014

63RD ST
M1-2
C1-2
PD 280
RESIDENTIAL
VACANT
B3-2
HARVARD AVE
VACANT
GAS STATION
YALE AVE
DAN RYAN
CONVENT
PARKING
SCHOOL
RESIDENTIAL
RM-5
HOSPITAL
RT-4
PD 122
STEWART AVE
64TH ST
M1-2
WELLS ST
VACANT
POS-2
PARK
RESIDENTIAL
RESIDENTIAL
VACANT
RT-4
PARKING
RM-5
RESIDENTIAL
RESIDENTIAL
Zoning data reflects all ordinances passed in the most recent City Council meeting.
Copyright (c) 2011, City of Chicago
200ft
STBH SITE

EXISTING LAND USE MAP

APPLICANT: ST. BERNARD HOSPITAL
ADDRESS: 6301 S. Stewart Avenue
INTRODUCED DATE: 6/13/2014
PLAN COMMISSION DATE: JUNE 19, 2014

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 564 of 921 PageID #:2827



PLANNED DEVEVELOPMENT BOUNDARY, PROPERTY LINE AND SUB AREA MAP

APPLICANT:  ST. BERNARD HOSPITAL
ADDRESS:  6301 S. Stewart Avenue
INTRODUCED DATE:  6/13/2014
PLAN COMMISSION DATE:  JUNE 19, 2014

OVERALL SITE PLAN

APPLICANT: ST. BERNARD HOSPITAL
ADDRESS: 6301 S. Stewart Avenue
INTRODUCED DATE: APRIL 2, 2014
PLAN COMMISSION DATE: JUNE 19, 2014



ENLARGED SITE PLAN

APPLICANT:           ST. BERNARD HOSPITAL
ADDRESS:             6301 S. Stewart Avenue
INTRODUCED DATE:     APRIL 2, 2014
PLAN COMMISSION DATE: JUNE 19, 2014

6/25/2014

REPORTS OF COMMITTEES

84289



PARKING LOT VEHICULAR USE AREA CALCULATIONS:
84 SPACE PARKING LOT W/ 5 ACCESSIBLE SPACES
TOTAL VEHICULAR USE AREA: 43,215 SF
REQUIRED INTERNAL LANDSCAPED AREA: 10%x43,215 = 4,322 SF
ACTUAL LANDSCAPE AREA: 18,251 SF
REQUIRED INTERNAL TREE PLANTING: 4,322 SF/125 = 35
ACTUAL TREE PLANTING: 38
GENERAL NOTES:
1. CTA OFFSETS SHOWN ON PLAN ARE FOR THE SAFETY OF CTA USERS AND TO PREVENT DAMAGE TO TREES. OFFSETS WERE OBTAINED FROM CONVERSATIONS WITH JOHN KIRSCHNER, BUREAU OF FORESTRY FOR THE CITY OF CHICAGO.
LEGEND:
EXISTING TREE TO REMAIN
PROPOSED SHADE TREE
PROPOSED COLUMNAR TREE
PROPOSED LOW GROWING TREE
PROPOSED CONTINUOUS HEDGE
PROPOSED RELOCATED FENCE
INTERNAL LANDSCAPED AREA
LIGHT POLE
SCALE: 1/64" = 1'-0"
WEST 63RD STREET
SOUTH HARVARD AVENUE
SOUTH STEWART AVENUE
(CHICAGO RAPID TRANSIT)
13 SPACES
5 SPACES
8 SPACES
7 SPACES
9 SPACES
EXISTING PARKING LOT TO REMAIN
LANDSCAPE LAYOUT PLAN

APPLICANT: ST. BERNARD HOSPITAL
ADDRESS: 6301 S. Stewart Avenue
INTRODUCED DATE: APRIL 2, 2014
PLAN COMMISSION DATE: JUNE 19, 2014

84290

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014



PERIMETER PLANTING SECTION

| | |
|---|---|
| APPLICANT: | ST. BERNARD HOSPITAL |
| ADDRESS: | 6301 S. Stewart Avenue |
| INTRODUCED DATE: | APRIL 2, 2014 |
| PLAN COMMISSION DATE: | JUNE 19, 2014 |

6/25/2014

REPORTS OF COMMITTEES

84291

84292

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

W. 63RD ST.
S. STEWART AVE.
S. HARVARD AVE.
MECHANICAL EQUIPMENT AREA
AHU-1
AHU-2
5,700 SF
14,065 SF
2,490 SF
CTA TRACKS ABOVE

TOTAL NET OPEN ROOF AREA 22,020 SF
75% OF 22,020 SF= 16,515 SF

ROOFTOP MECHANICAL EQUIPMENT AREA 5,700 SF

| | |
|---|---|
| GREEN ROOF AREA AT HIGH ROOF | 14,065 SF |
| GREEN ROOF AREA AT 2ND FLOOR | 2,490 SF |
| TOTAL GREEN ROOF AREA | 16,555 SF |

## GREEN ROOF PLAN

| | |
|---|---|
| APPLICANT: | ST. BERNARD HOSPITAL |
| ADDRESS: | 6301 S. Stewart Avenue |
| INTRODUCED DATE: | APRIL 2, 2014 |
| PLAN COMMISSION DATE: | JUNE 19, 2014 |

ALUMINUM CURTAINWALL (2-3 GLAZING COLORS)
INSULATED METAL PANEL SYSTEM
PERFORATED METAL ROOF SCREEN
ARCHITECTURAL PRECAST CONCRETE PANELS (ARTICULATION & TEXTURE T.B.D)
T/ STEEL AT STAIR 152' - 6"
T/ STEEL/ ROOF LP 142' - 0"
3RD FLOOR 128' - 6"
2ND FLOOR 115' - 0"
1ST FLOOR 100' - 0"
RIBBON WINDOW
ENTRY CANOPY
NORTH ELEVATION
1/32" = 1'-0"
ALUMINUM CURTAIN WALL
PERFORATED METAL ROOF SCREEN
ARCHITECTURAL PRECAST CONCRETE PANELS (ARTICULATION & TEXTURE T.B.D.)
INSULATED METAL PANELS
T/ STEEL AT STAIR 152' - 6"
T/ STEEL/ ROOF LP 142' - 0"
3RD FLOOR 128' - 6"
2ND FLOOR 115' - 0"
1ST FLOOR 100' - 0"
METAL PANEL ENTRY CANOPY
RIBBON WINDOW
ALUMINUM CURTAINWALL (2-3 GLAZING COLORS)
METAL PANEL ENTRY CANOPY
SOUTH ELEVATION
1/32" = 1'-0"

NORTH + SOUTH ELEVATIONS

APPLICANT: ST. BERNARD HOSPITAL
ADDRESS: 6301 S. Stewart Avenue
INTRODUCED DATE: APRIL 2, 2014
PLAN COMMISSION DATE: JUNE 19, 2014

84294

JOURNAL--CITY COUNCIL--CHICAGO

6/25/2014

PERFORATED METAL ROOF SCREEN

ALUMINUM CURTAINWALL (2-3 GLAZING COLORS)

T/ STEEL AT STAIR 152' - 6"

T/ STEEL/ ROOF LP 142' - 0"

3RD FLOOR 128' - 6"

2ND FLOOR 115' - 0"

1ST FLOOR 100' - 0"

ALUMINUM CURTAINWALL

INSULATED METAL PANEL SYSTEM

ARCHITECTURAL PECAST CONCRETE PANELS (ARTICULATION & TEXTURE T.B.D. )

EAST ELEVATION
1/32" = 1'-0"

ALUMINUM CURTAIN WALL

PERFORATED METAL ROOF SCREEN

ALUMINUM CURTAINWALL

T/ STEEL AT STAIR 152' - 6"

T/ STEEL/ ROOF LP 142' - 0"

3RD FLOOR 128' - 6"

2ND FLOOR 115' - 0"

1ST FLOOR 100' - 0"

ARCHITECTURAL PRECAST CONCRETE PANELS (ARTICULATION & TEXTURE T.B.D.)

STOREFRONT WINDOW SYSTEM

WEST ELEVATION
1/32" = 1'-0"

EAST + WEST ELEVATIONS

APPLICANT: ST. BERNARD HOSPITAL
ADDRESS: 6301 S. Stewart Avenue
INTRODUCED DATE: APRIL 2, 2014
PLAN COMMISSION DATE: JUNE 19, 2014

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 572 of 921 PageID #:2835

*Reclassification Of Area Shown On Map No. 17-G.*
(Application No. 18044)
(Common Address: 6413 -- 6415 N. Wayne Ave.)

[O2014-4175]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Chicago Zoning Ordinance be amended by changing all of the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 17-G in the area bounded by:

> the public alley next north of and parallel to West Devon Avenue; North Wayne Avenue; a line approximately 147 feet north of and parallel to West Devon Avenue; and the public alley next east of and parallel to North Wayne Avenue,

to those of an RT4 Residential Two-Flat, Townhouse and Multi-Unit District, which is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and publication.

---

*Reclassification Of Area Shown On Map No. 17-G.*
(Application No. 18046)
(Common Address: 6412 -- 6414 N. Lakewood Ave.)

[O2014-4177]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Chicago Zoning Ordinance be amended by changing all of the RS3 Residential Single-Unit (Detached House) District symbols and indications as shown on Map Number 17-G in the area bounded by:

> the public alley next north of and parallel to West Devon Avenue; North Lakewood Avenue; a line approximately 150 feet north of and parallel to West Devon Avenue; and the public alley next west of and parallel to North Lakewood Avenue,

to those of an RT4 Residential Two-Flat, Townhouse and Multi-Unit District, which is hereby established in the area above described.

SECTION 2. This ordinance shall be in force and effect from and after its passage and publication.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 573 of 921 PageID #:2836

## ZONING EXCEPTION FOR CHANGE OF LICENSEE AND CONTINUED OPERATION OF TAVERN AT 2345 N. LEAVITT ST.

[R2014-469]

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed resolution transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

On motion of Alderman Cullerton, the said proposed resolution transmitted with the foregoing committee report was *Adopted* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is resolution as adopted:

WHEREAS, The Leavitt Street Tavern LLC, members Theodore J. Harris, Sara Isabel Brick, Daniel T. Brick and Brenda Brick, filed on April 2, 2014, an application for an Administrative Adjustment pursuant to Article 17-13-1000 of the Chicago Zoning Ordinance for the approval of the change of licensee and continued operation of an existing tavern in a two-story building in an RT4 Residential Two-Flat, Townhouse and Multi-Unit District, on premises at 2345 North Leavitt Street.

WHEREAS, The decision of the Office of the Zoning Administrator rendered February 20, 2014 reads:

> "Application not approved. Requested certification does not conform with the applicable provisions of the Chicago Zoning Ordinance, Title 17 of the Municipal Code of Chicago, specifically Article 17-13-1000".

; and

WHEREAS, The district map shows that the premises is located in an RT4 Residential Two-Flat, Townhouse and Multi-Unit District.

WHEREAS, The Zoning Administrator, having fully reviewed all information and being fully advised of the premises, hereby makes the following findings of fact: the said use is located in an RT4 Residential Two-Flat, Townhouse and Multi-Unit District; that the subject site is improved with a two-story building containing an existing tavern; that on July 12,1990 the City Council passed an ordinance requiring an exception for the approval of the change of license of an existing tavern located in a residence district; that the existing tavern is to be operated under a new license; that the majority of the tavern patrons come from the local neighborhood and that the continued operation of the tavern at this location is necessary for the public convenience; that the applicant, as the new licensee, proposes to operate the tavern in such a manner to insure that the public health, safety and welfare will be adequately protected; and that the continued operation of the existing tavern will not cause substantial injury to the value of other property in the neighborhood; now, therefore,

*Be It Resolved*, That the application for an Administrative Adjustment is approved for the change of licensee and continued operation of an existing tavern in a two-story building, on premises at 2345 North Leavitt Street, and that all applicable ordinances of the City of Chicago shall be complied with before a license is issued; and

*Be It Further Resolved*, That the granting of the Administrative Adjustment shall run only with the applicant, The Leavitt Street Tavern LLC, members, Theodore J. Harris, Sara Isabel Brick, Daniel T. Brick and Brenda Brick, as licensee, and that a change of licensee shall terminate the Administrative Adjustment granted herein; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 575 of 921 PageID #:2838

*Be It Further Resolved*, That the tavern in the subject building is, and shall continue to be, subject to all applicable provisions of Article 6 of the Zoning Ordinance.

---

DESIGNATION OF (FORMER) ANSHE SHOLOM SYNAGOGUE BUILDING AT 754 S. INDEPENDENCE BLVD./3808 W. POLK ST. AS CHICAGO LANDMARK.

[O2014-4162]

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed ordinance transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

On motion of Alderman Cullerton, the said proposed ordinance transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said ordinance as passed:

WHEREAS, Pursuant to the procedures set forth in the Municipal Code of Chicago (the "Municipal Code"), Sections 2-120-630 through-690, the Commission on Chicago Landmarks (the "Commission") has determined that the (Former) Anshe Sholom Synagogue Building, located at 754 South Independence Boulevard / 3808 West Polk Street, Chicago, Illinois (the "Building"), on the property legally described in Exhibit A attached hereto and incorporated herein, satisfies three (3) criteria for landmark designation as set forth in Sections 2-120-620 (1) (4) and (5) of the Municipal Code; and

WHEREAS, The Building exemplifies the significance of synagogue buildings as important religious, community and social buildings in the history of Chicago's Jewish communities; and

WHEREAS, The Building exemplifies the important and significant history of the North Lawndale neighborhood in the early 20th century when it was Chicago's most prominent Jewish neighborhood; and

WHEREAS, Through its location on Independence Boulevard, the Building reflects the importance of Douglas and Independence Boulevards as important locations for the Lawndale community's significant institutions and synagogues; and

WHEREAS, The Building is a handsome and well-built synagogue building, and it exemplifies this property type of significance to Chicago neighborhood history; and

WHEREAS, The Building was designed in the Classical Revival architectural style, a historically important style in the history of Chicago and significant in the design of Chicago synagogues in the early 20th century; and

WHEREAS, The Building is finely crafted with traditional building materials, including yellow face brick and gray limestone; and

WHEREAS, The Building is detailed with Classical-style details, such as its front pedimented entrance with attached Ionic columns; and

WHEREAS, The Building's sanctuary and associated vestibule are finely crafted and detailed with Classical-style ornament, including large-scale Corinthian pilasters and brilliantly-colored stained-glass windows; and

WHEREAS, The Building's sanctuary is also ornamented with a finely-crafted, decorative-metal chandelier, hung from a recessed "lantern" at the center of the ceiling that is decorated with stained-glass panels and ornamental moldings; and

WHEREAS, The Building is the work of the Chicago architectural firm of Newhouse and Bernham, with the firm's senior partner, Henry L. Newhouse being a significant architect working in Chicago's neighborhoods in the late 19th and early 20th centuries; and

WHEREAS, Working either solo or in partnership with Felix M. Bernham, Newhouse designed many buildings of note, including the Melissia Ann Elam House (a designated Chicago landmark), the former KAM Synagogue (now Operation PUSH) and several houses and small flat buildings in the Washington Park Court Chicago Landmark District, located east of South Dr. Martin Luther King, Jr. Drive and north of Washington Park; and

WHEREAS, Newhouse is also significant for his commercial designs, including the Sutherland Hotel at South Drexel Boulevard and East 47th Street, built in1917 and listed on the National Register of Historic Places, and several movie theaters, including the Howard, Metropolitan and Roseland theaters (either demolished or converted to non-theater use); and

WHEREAS, Consistent with Section 2-120-630 of the Municipal Code, the Building has a significant historic, community, architectural, or aesthetic interest or value, the integrity of which is preserved in light of its location, design, setting, materials, workmanship, and ability to express such historic, community, architectural, or aesthetic interest or value; and

WHEREAS, On May 1, 2014, the Commission adopted a resolution recommending to the City Council of the City of Chicago (the "City Council") that the Building be designated a Chicago landmark; now, therefore,

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. The above recitals are hereby adopted as the findings of the City Council.

SECTION 2. The Building is hereby designated a Chicago landmark in accordance with Section 2-120-700 of the Municipal Code.

SECTION 3. For purposes of Section 2-120-740 of the Municipal Code governing permit review, the significant historical and architectural features of the Building are identified as:

-- all exterior elevations, including rooflines, of the Building; and

-- the sanctuary with its balcony; and

-- the entrance vestibule to the sanctuary, with its staircases to the sanctuary balcony.

SECTION 4. For the purposes of Section 2-120-740 of the Municipal Code, the following "Additional Guidelines -- Interior" shall apply:

the significant features of the Building's interior spaces include their overall historic spatial volumes, historic decorative wall and ceiling materials, finishes and ornamentation, historic decorative-metal chandelier and associated decorative recessed "lantern" with stained-glass panels, and historic large-scale stained-glass windows lighting the sanctuary balcony. The following elements are specifically excluded as significant features: small-scale stained-glass windows under the sanctuary balcony, sanctuary wall sconces, and vestibule staircase light fixtures. Non-historic elements of the sanctuary and vestibule, including vestibule lighting, sanctuary pews, sanctuary balcony railings and balcony projection booth, are not considered significant features for the purpose of this designation.

SECTION 5. The Commission is hereby directed to create a suitable plaque appropriately identifying the Building as a Chicago landmark.

SECTION 6. If any provision of this ordinance shall be held to be invalid or unenforceable for any reason, the invalidity or unenforceability of such provision shall not affect any of the other provisions of this ordinance.

SECTION 7. All ordinances, resolutions, motions or orders in conflict with this ordinance are hereby repealed to the extent of such conflict.

SECTION 8. This ordinance shall take effect upon its passage and approval.

Exhibit "A" referred to in this ordinance reads as follows:

*Exhibit "A".*

*(Former) Anshe Sholom Synagogue Building*
*754 S. Independence Blvd./3808 W. Polk St.*

*Property Description.*

Legal Description:

the south 12 feet of Lot 49 and Lots 50 and 51 in Garfield Boulevard Addition to Chicago, being a subdivision of Lot 1 in Block 3 and Lot 1 in Block 4 in the Circuit Court Partition of the west half of the southwest quarter of Section 14, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

Commonly Known As:

754 South Independence Boulevard/3808 West Polk Street
Chicago, Illinois.

Permanent Index Number:

16-14-310-041-0000.

---

ISSUANCE OF PERMIT, FREE OF CHARGE, FOR LANDMARK PROPERTY AT 518 W. FULLERTON PKWY.

[Or2014-251]

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed order transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

On motion of Alderman Cullerton, the said proposed order transmitted with the foregoing committee report was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following is said order as passed:

WHEREAS, Section 2-120-815 of the Municipal Code provides that the Chicago City Council may by passage of an appropriate order waive any fees charged by the City for any permit for which approval of the Commission on Chicago Landmarks (the "Commission") is required, in accordance with Chapter 2-120 of the Municipal Code; and

WHEREAS, The permits identified below require Commission approval, in accordance with Section 2-120-740 of the Municipal Code; now, therefore,

*Be It Ordered by the City Council of the City of Chicago:*

SECTION 1. The foregoing recitals are hereby adopted as the findings of the City Council.

SECTION 2. The Commissioner of the Department of Buildings, the Commissioners of the Departments of Environment and Fire, the Director of the Department of Revenue, and the Zoning Administrator are hereby directed to issue those permits for which approval of the Commission on Chicago Landmarks is required pursuant to Chapter 2-120 of the Municipal Code, free of charge, notwithstanding any other ordinances of the City Council to the contrary, for the property at:

Address:                    518 West Fullerton Parkway ("Property")

District/Building:          Mid-North District

for work generally described as:

Residential rehabilitation of an existing three-flat property, to include the reconditioning of the basement to be used as livable space

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 581 of 921 PageID #:2844

Owner: 518 Fullerton LLC

Owner's Address: 3654 North Lincoln

City, State, Zip: Chicago, Illinois 60613

SECTION 3. The fee waiver authorized by this order shall be effective from February 1, 2014 through February 1, 2015, and shall not apply to additional developer service fees, stop-work order fees or any fines.

SECTION 4. This order shall be in force and effect upon its passage.

---

## ISSUANCE OF PERMITS FOR SIGNS/SIGNBOARDS.

The Committee on Zoning, Landmarks and Building Standards submitted the following report:

CHICAGO, June 25, 2014.

*To the President and Members of the City Council:*

Presenting a series of reports for your Committee on Zoning, Landmarks and Building Standards which held a meeting on June 23, 2014, the following items were passed by a majority of the members present:

Page 1 contains one text amendment.

Pages 1 through 6 contain applications for zoning map amendments and page 6 contains one administrative adjustment.

Page 7 contains applications for large business identification signs, five off-premises signs, one landmark designation and one landmark fee waiver.

I hereby move for passage of the proposed ordinance and orders transmitted herewith.

Respectfully submitted,

(Signed) TIMOTHY M. CULLERTON,
*Alderman, 38th Ward.*

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 582 of 921 PageID #:2845

On motion of Alderman Cullerton, the said proposed ordinance and orders transmitted with the foregoing committee report was *Passed* by yeas and nays as follows,

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

The following are said ordinance and orders as passed (the italic heading in each case not being a part of the ordinance or order):

*4500 W. Ann Lurie Pl.*

[O2014-3341]

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the Commissioner of Buildings is hereby authorized and directed to issue a sign permit to View Outdoor Advertising LLC, 1000 East 80th Place, Suite 700 North, Merrillville, Indiana 46410, for the erection of a sign/signboard over 24 feet in Height and/or over 100 square feet (in area of one face) at 4500 West Ann Lurie Place, Chicago, Illinois 60632, with the following dimensions, height and square foot area:

Dimensions: length, 60 feet; height: 20 feet
Height Above Grade/Roof to Top of Sign: 100 feet
Total Square Foot Area: 1,200 square feet.

Notwithstanding any provisions of Title 17 of the Municipal Code of the City of Chicago (the Chicago Zoning Ordinance) to the contrary, the Commissioner of Buildings is hereby directed and authorized to issue a sign permit to the address referenced within this ordinance.

SECTION 2. This ordinance shall be in force and effect from and after its passage and due publication.

---

*W. 76th St. And S. Ashland Ave.*

[Or2014-193]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to South Water Signs, 934 North Church Road, Elmhurst, Illinois 60126, for the erection of a

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 583 of 921 PageID #:2846

sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at: West 76th Street and South Ashland Avenue, Chicago, Illinois, Cook County:

Dimensions: length, 23 feet by 11⅜ inches; height, 7 feet by 10⅜ inches
Height Above Grade/Roof to Top of Sign: 24 feet by 8 inches (northside)
Total Square Foot Area: 188.30 square feet.

Such sign(s) shall comply with all applicable provisions of Chapter 194A of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*3300 N. Campbell Ave.*

[Or2014-244]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to South Water Signs, 934 North Church Road, Elmhurst, Illinois 60126, for the erection of sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at DeVry University, 3300 North Campbell Avenue, Chicago, Illinois 60618:

Dimensions: length, 10 feet; height, 20 feet
Height Above Grade/Roof to Top of Sign: 20 feet
Total Square Foot Area: 200 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, sign boards and structures.

---

*1100 S. Canal St.*
(93 Sq. Ft.)
(Sign 1)

[Or2014-231]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Olympic Signs, Inc., 1130 North Garfield, Lombard, Illinois 60148, for the erection of a sign over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 18 feet, 0 inches; height, 5 feet, 2 inches
Height Above Grade/Roof to Top of Sign: 54 feet, 6 inches
Total Square Foot Area: 93 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(93 Sq. Ft.)
(Sign 2)

[Or2014-232]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Olympic Signs, Inc., 1130 North Garfield, Lombard, Illinois 60148, for the erection of a sign over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 18 feet, 0 inches; height 5 feet, 2 inches
Height Above Grade/Roof to Top of Sign: 54 feet, 6 inches above grade
Total Square Foot Area: 93 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(93 Sq. Ft.)
(Sign 3)

[Or2014-233]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Olympic Signs, Inc., 1130 North Garfield, Lombard, Illinois 60148, for the erection of a sign over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 18 feet, 0 inches; height, 5 feet, 2 inches
Height Above Grade/Roof to Top of Sign: 35 feet, 4 inches above grade
Total Square Foot Area: 93 square feet.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 585 of 921 PageID #:2848

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(93 Sq. Ft.)
(Sign 4)

[Or2014-234]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Olympic Signs, Inc., 1130 North Garfield, Lombard, Illinois 60148, for the erection of a sign over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 18 feet, 0 inches; height, 5 feet, 2 inches
Height Above Grade/Roof to Top of Sign: 47 feet, 2 inches above grade
Total Square Foot Area: 93 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(93 Sq. Ft.)
(Sign 5)

[Or2014-235]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Olympic Signs, Inc., 1130 North Garfield, Lombard, Illinois 60148, for the erection of a sign over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 18 feet, 0 inches; height, 5 feet, 2 inches
Height Above Grade/Roof to Top of Sign: 47 feet, 2 inches above grade
Total Square Foot Area: 93 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 586 of 921 PageID #:2849

*1100 S. Canal St.*
(137 Sq. Ft.)
(Sign 1)

[Or2014-236]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Blair Sign Programs, 9935 Prospect Avenue, Studio 137, Santee, California 92071, for the erection of a sign over 100 square feet (in area of one face) and over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 17 feet, 2 inches; height, 8 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 38 feet above grade
Total Square Foot Area: 137 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(137 Sq. Ft.)
(Sign 2)

[Or2014-237]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Blair Sign Programs, 9935 Prospect Avenue, Studio 137, Santee, California 92071, for the erection of a sign over 100 square feet (in area of one face) and over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 17 feet, 2 inches; height, 8 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 38 feet above grade
Total Square Foot Area: 137 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(137 Sq. Ft.)
(Sign 3)

[Or2014-238]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to

Blair Sign Programs, 9935 Prospect Avenue, Studio 137, Santee, California 92071, for the erection of a sign over 100 square feet (in area of one face) and over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 17 feet, 2 inches; height, 8 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 49 feet above grade
Total Square Foot Area: 137 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1100 S. Canal St.*
(137 Sq. Ft.)
(Sign 4)

[Or2014-239]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Blair Sign Programs, 9935 Prospect Avenue, Studio 137, Santee, California 92071, for the erection of a sign over 100 square feet (in area of one face) and over 24 feet above ground at 1100 South Canal Street, Chicago, Illinois 60607:

Dimensions: length, 17 feet, 2 inches; height, 8 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 49 feet above grade
Total Square Foot Area: 137 square feet.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*7601 S. Cicero Ave.*
(278 Sq. Ft.)

[Or2014-226]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Sure Light Sign Company, 260 Knox Park Road, Lake Zurich, Illinois 60047, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face)

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 588 of 921 PageID #:2851

at American Multi-Cinema, Inc. (AMC) (Permit Number 100537531) 7601 South Cicero Avenue, Chicago, Illinois 60652:

Dimensions: length, 33 feet, 9 inches; height, 8 feet, 3 inches
Height Above Grade/Roof to Top of Sign: 20 feet, 3 inches
Total Square Foot Area: 278 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*7601 S. Cicero Ave.*
(502 Sq. Ft.)

[Or2014-225]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Sure Light Sign Company, 260 Knox Park Road, Lake Zurich, Illinois 60047, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at American Multi-Cinema, Inc. (AMC) (Permit Number 100538203) 7601 South Cicero Avenue, Chicago, Illinois 60652:

Dimensions: length, 27 feet, 6 inches; height, 18 feet, 3 inches
Height Above Grade/Roof to Top of Sign: 21 feet, 3 inches
Total Square Foot Area: 502 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*3401 N. Clark St.*

[Or2014-227]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to M-K Signs, Inc., 4900 North Elston Avenue, Chicago, Illinois 60630, for the erection of a sign/signboard/awning over 24 feet in height and/or 100 square feet (in area of one face) at The Big Cheese Poutinerie, 3401 North Clark Street, Chicago, Illinois 60657:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 589 of 921 PageID #:2852

Dimensions: length, 58 feet, 0 inches; height, 4 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 13 feet, 0 inches
Total Square Foot Area: 232 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor sign, signboards and structures.

---

*821 W. Evergreen Ave.*

[Or2014-248]

*Ordered,* That the Commissioner of Buildings is hereby authorized and directed to issue a sign permit to Project Outdoor LLC, 188 North Wells Street, Suite 302, Chicago, Illinois 60608, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at 821 West Evergreen Avenue (advertising wall sign -- illuminated):

Dimensions: length, 40 feet; height, 14 feet
Height Above Grade/Roof to Top of Sign: 69 feet
Total Square Foot Area: 560 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards, and structures.

---

*4052 W. Grand Ave.*

[Or2014-277]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Midwest Sign & Lighting, Inc., 4910 West Wilshire Boulevard, Country Club Hills, Illinois 60451, for the erection of sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at Salvation Army, 4052 West Grand Avenue, Chicago, Illinois 60651:

Dimensions: length, 22 feet, 6 inches; height, 29 feet, 1 inch
Height Above Grade/Roof to Top of Sign: 29 feet to top of pylon sign
Total Square Foot Area: 92 square feet for sign only.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor sign, sign boards and structures.

*2201 S. Halsted St.*
(North Wall)

[Or2014-229]

*Ordered,* That the Commissioner of Buildings is hereby authorized and directed to issue a sign permit to Gracie Group, 3057 North Rockwell Street, Chicago, Illinois 60618, for the erection of a sign/signboard over 24 feet in height and/over 100 square feet (in area of one face) at 2201 South Halsted Street (north wall):

Dimensions: length, 48 feet, 0 inches; height, 14 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 70 feet, 0 inches
Total Square Foot Area: 672 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*2201 S. Halsted St.*
(Southeast Wall)

[Or2014-230]

*Ordered,* That the Commissioner of Buildings is hereby authorized and directed to issue a sign permit to Gracie Group, 3057 North Rockwell Street, Chicago, Illinois 60618, for the erection of a sign/signboard over 24 feet in height and/over 100 square feet (in area of one face) at 2201 South Halsted Street (southeast wall):

Dimensions: length, 48 feet, 0 inches; height, 14 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 70 feet, 0 inches
Total Square Foot Area: 672 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*3046 N. Halsted St.*

[Or2014-243]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Signco, Inc., 1327 31st Avenue, Melrose Park, Illinois 60160, for the erection of

two signs/signboards over 100 square feet (in area of one face) at Petco, 3046 North Halsted Street, Chicago, Illinois 60657:

Dimensions: length, 26 feet, 8 inches; height, 6 feet, 10 inches
Height Above Grade/Roof to Top of Sign: 22 feet, 0 inches
Total Square Foot Area: 182 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor sign, signboards and structures.

*1333 N. Kingsbury St.*

[Or2014-249]

*Ordered,* That the Commissioner of Buildings is hereby authorized and directed to issue a sign permit to Project Outdoor LLC, 188 North Wells Street, Suite 302, Chicago, Illinois 60608, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at 1333 North Kingsbury Street (advertising wall sign -- illuminated):

Dimensions: length, 26 feet; height, 36 feet
Height Above Grade/Roof to Top of Sign: 53 feet
Total Square Foot Area: 936 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards, and structures.

*233 W. Madison St.*

[Or2014-241]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to The Holland Design Group, Inc., 1090 Brown Street, Wauconda, Illinois 60084, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at Petes Fresh Market, 2333 West Madison Street, Chicago, Illinois 60612:

Dimensions: length, 16 feet; height, 5 feet
Height Above Grade/Roof to Top of Sign: 32 feet
Total Square Foot Area: 80 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*737 N. Michigan Ave.*

[Or2014-245]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Design Group, 2135 South Frontage Road, Des Plaines, Illinois 60018, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at Neiman Marcus, 737 North Michigan Avenue, Chicago, Illinois 60611:

Dimensions: length, 23 feet, 5 inches; height, 9 feet, 0 inches
Height Above Grade/Roof to Top of Sign: 65 feet
Total Square Foot Area: 211 square feet
Elevation: south.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*9000 S. Stony Island Ave.*

[Or2014-228]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Midwest Sign & Lighting, Inc., 4910 West Wilshire Boulevard, Country Club Hills, Illinois 60448, for the erection of sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at Presence Medical, 9000 South Stony Island Avenue, Chicago, Illinois 60617:

Dimensions: length, 34 feet, 3 inches; height, 4 feet
Height Above Grade/Roof to Top of Sign: 11 feet to bottom of sign from grade
Total Square Foot Area: 137 square feet.

Such sign(s) shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and nil other Applicable provisions of the Municipal Code of the City of Chicago Governing the construction and maintenance of outdoor signs, sign boards and structures.

---

*829 S. Wabash Ave.*

[Or2014-242]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Best Neon Sign Company, 6025 South New England Avenue, Chicago, Illinois 60638, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at 829 South Wabash Avenue, Chicago, Illinois 60605:

Dimensions: length, 30 feet, 0 inches; height, 2 feet, 4 inches
Height Above Grade/Roof to Top of Sign: 165 feet
Total Square Foot Area: 0.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*549 N. Wells St.*
(North Elevation)

[Or2014-246]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Project Outdoor LLC, 188 North Wells Street, Suite 302, Chicago, Illinois 60608, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at 549 North Wells Street (north elevation) (change of face -- advertising wall sign):

Dimensions: length, 36 feet; height, 10 feet, 6 inches
Height Above Grade/Roof to Top of Sign: 48 feet
Total Square Foot Area: 378 square feet
Date of Application: August 30, 2013.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*549 N. Wells St.*
(West Elevation)

[Or2014-247]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Project Outdoor LLC, 188 North Wells Street, Suite 302, Chicago, Illinois 60608, for the erection of a sign/signboard over 24 feet in height and/or over 100 square feet (in area of one face) at 549 North Wells Street (west elevation) (change of face -- advertising wall sign):

Dimensions: length, 36 feet; height, 10 feet, 6 inches
Height Above Grade/Roof to Top of Sign: 48 feet
Total Square Foot Area: 378 square feet
Date of Application: August 30, 2013.

Such sign shall comply with all applicable provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, signboards and structures.

---

*1717 W. 115th St.*

[Or2014-250]

*Ordered,* That the Commissioner of Buildings is hereby directed to issue a sign permit to Doyle Signs, Inc., 232 West Interstate Road, Addison, Illinois 60101, for the erection of a sign signboard over twenty-four (24) feet in height and/or over one hundred (100) square feet (in area of one face) at Maruichi Leavitt, 1717 West 115th Street, Chicago, Illinois 60643. (On-premises/business identification signs must indicate business name and address; off-premises/advertising signs must indicate that it is for advertising):

Such signs shall comply with all provisions of Title 17 of the Chicago Zoning Ordinance and all other applicable provisions of the Municipal Code of the City of Chicago governing the construction and maintenance of outdoor signs, sign boards, and structures.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 595 of 921 PageID #:2858

## *AGREED CALENDAR.*

---

Alderman Burke moved to *Suspend the Rules Temporarily* for the purpose of including in the Agreed Calendar a series of resolutions presented by Aldermen Dowell, Harris, Burke and P. O'Connor. The motion *Prevailed.*

Thereupon, on motion of Alderman Burke, the proposed resolutions presented through the Agreed Calendar were *Adopted* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

Sponsored by the elected city officials named below, respectively, said Agreed Calendar resolutions, as adopted, read as follows (the italic heading in each case not being a part of the resolution):

*Presented By*

### *ALDERMAN FIORETTI (2nd Ward):*

*TRIBUTE TO LATE JEAN A. BIKE.*

[R2014-462]

WHEREAS, In His infinite wisdom, God has granted eternal rest to Jean A. Bike, an outstanding citizen and member of her community, on Easter Sunday, April 20, 2014; and

WHEREAS, Jean Bike started life in this City as the daughter of the late Agnes and Stanley Smolen on July 18, 1924, living most of her young life in the Bucktown/Wicker Park neighborhoods; and

WHEREAS, At the age of 17, Jean Bike tragically lost her mother, Agnes Smolen, and became the homemaker for her three siblings and father. As an adult, she continued to serve as a homemaker while sustaining a full-time job until both of her brothers were married; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 596 of 921 PageID #:2859

WHEREAS, Jean A. Bike married William F. Bike in 1954. Three years later, their union was blessed with a son, William S. Bike. Jean became a full-time homemaker for William, quitting her career at Berteau-Lowell Plating Company. She took an active role in providing support for her son during his time attending St. Sylvester's School, serving as a room mother and president of the St. Sylvester School Mothers' Club during the 1960s. She was an active volunteer in the school's Fun Fair and rummage sales every year; and

WHEREAS, Jean A. Bike continued to care for those around her for most of her life, being a caretaker for her mother-in-law, her father, her sister, and one of her brothers in their time of greatest need. She leaves behind, to celebrate a life well lived, her husband and son as well as several nieces and nephews and many close friends; and

WHEREAS, The Honorable Robert W. Fioretti, Alderman of the 2nd Ward, has informed this august body of the transition of this caring woman; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City of Chicago City Council, gathered together on this 25th day of June 2014, do hereby express our sincerest sorrow upon learning of the passing of Jean A. Bike and extend our deepest sympathies to her family and all those whose lives she touched; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to the family of Jean A. Bike.

---

*TRIBUTE TO LATE JOSEPH BARCLAY ORGAN.*

[R2014-463]

WHEREAS, It is with great sadness that members of this chamber learned of the death of Joseph Barclay Organ at the age of 89; and

WHEREAS, The City Council has been informed of his passing by the Honorable Robert W. Fioretti, Alderman of the 2nd Ward; and

WHEREAS, Joe, a World War II Army Veteran, died on Memorial Day, May 26, 2014. Born in Oak Park on January 14, 1925, he attended Mann Elementary School and was a graduate of Fenwick High School. He was a lifelong resident of Oak Park and River Forest; and

WHEREAS, After completing his military service, Joe attended Kenyon College in Gambier, Ohio, and became a member of the Alpha Delta Phi fraternity. During his time in college he met his future wife, Marilyn, whom he married in 1950. After college, Joe worked for his family lumber and garage building business. Throughout his life he built residential homes, was a licensed realtor, and later was supervisor of property acquisitions for the Illinois Department of Transportation; and

WHEREAS, Civic-minded throughout his life, he served on the River Forest Park District Board for over 30 years, many of them as board president. He was past president and a longtime member of the River Forest Service Cub. He also served as commander of River Forest American Legion Post 730 and was an active member of the River Forest Republican Organization, In 2006, he received the Community Service Award from the River Forest Service Club for his long history of volunteer service in the community; and

WHEREAS, During retirement, he was a daily communicant at St. Luke Church in River Forest. A devoted husband and father, Joe loved spending time with his family and watching thoroughbred racing with friends at Maywood Park racetrack. He had a terrific sense of humor and his family will miss him terribly; and

WHEREAS, Joe is survived by Marilyn, his wife of 64 years; his three children, Joseph Barclay Organ, Jr., Melinda Organ Brennan (Terry), and Marcia O'Brien Organ (Michael); his four grandchildren, Marcella Brennan and Mike, Maggie and Jack O'Brien; and his nieces and nephews; and

WHEREAS, He was preceded in death by his parents, Patrick Joseph Organ and Marie Callahan Organ; and his sisters, Patricia Organ Davis Fox McGah and Sally Organ Hughes; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby express our sorrow on the passing of Joseph Barclay Organ and express to his family and friends our deepest sympathy; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of Joseph Barclay Organ as a token of our honor, gratitude and respect.

---

*CONGRATULATIONS EXTENDED TO FATHER MICHAEL JOHN KALLOCK ON RETIREMENT FROM OLD ST. MARY'S PARISH AND BEST WISHES ON FUTURE ENDEAVORS.*

[R2014-464]

WHEREAS, Since July of 2006, Father Michael John Kallock, CSP, has been the outstanding and committed pastor of Old St. Mary's Roman Catholic Parish, the oldest Catholic congregation in this City; and

WHEREAS, Father Kallock is leaving his present position as pastor of Old St. Mary's to join the staff of St. Peter's, a Canadian Paulist parish in Toronto, Ontario where he will also serve as director of the Paulist Centre for Catholic Evangelization; and

WHEREAS, Born on May 11, 1944 in East Vandergrift, Pennsylvania, Father Kallock received a BA in sociology from De Pauw University in Indiana and a second BA from St. Paul's College. He was ordained a priest in the order of the Paulist Fathers on May 5, 1973 and has served the order in a variety of assignments throughout the United States before becoming the pastor at Old St. Mary's; and

WHEREAS, Founded in 1833, Old St. Mary's parish has been guided for more than a century by the vision of Paulist Fathers such as Father Kallock, welcoming those who have been away from the Catholic religion as well as building bridges of respect and collaboration with congregants of diverse backgrounds; and

WHEREAS, Father Kallock has overseen an unprecedented growth of the Old St. Mary's congregation. It's parochial school started out with 18 preschool students and now has more than 350 students from preschool through 8th grade. When the church moved to its present location in 2002, approximately 530 individuals went to mass on a weekend. Now that attendance is more than 1,200; and

WHEREAS, The Honorable Robert W. Fioretti, Alderman of the 2nd Ward, has apprised this august body of another significant milestone achieved by this remarkable spiritual leader; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City of Chicago City Council, gathered together on this 25th day of June 2014 A.D., do hereby salute Father Michael John Kallock for his devoted and praiseworthy pastoral care of the Old St. Mary's spiritual community and extend our very best wishes for success in his new undertaking as well as all his future endeavors; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to Father Michael John Kallock, CSP.

---

*RECOGNITION EXTENDED TO GREATER BETHLEHEM MISSIONARY BAPTIST CHURCH ON 90TH ANNIVERSARY AND DECLARATION OF AUGUST 22 THROUGH 24, 2014 AS "GREATER BETHLEHEM MISSIONARY BAPTIST CHURCH DAYS" IN CHICAGO.*

[R2014-465]

WHEREAS, Greater Bethlehem Missionary Baptist Church, an iconic spiritual pillar of this City's West Side, will celebrate nine decades of devotion to God and their community starting Friday, August 22 and culminating on Sunday, August 24, 2014 under the 35 year pastorate of Reverend David Garvin; and

WHEREAS, Organized in 1924, Greater Bethlehem Missionary Baptist Church has been at its present location for the past 66 years on the corner of Western Avenue and Warren Boulevard. Its mission of evangelism and feeding the homeless in the church edifice as well as on the streets have made the pastor and his congregants an integral part of the community; and

WHEREAS, The Greater Bethlehem Missionary Baptist Church also maintains an outreach ministry, assisting the underprivileged people in Jamaica as well as promoting education among the youth of the congregation; and

WHEREAS, The Honorable Robert W. Fioretti, Alderman of the 2nd Ward, has apprised this august body of the significant milestone achieved by Greater Bethlehem Missionary Baptist Church; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City of Chicago City Council, gathered together on this 25th day of June 2014, do hereby salute the pastor and congregation of the Greater Bethlehem Missionary Baptist Church on its 90th year of devotion to God as well as its vital earthly work and declare August 22 to August 24, 2014 to be "Greater Bethlehem Missionary Baptist Church Days" throughout Chicago; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to Reverend David Garvin, pastor of Greater Bethlehem Missionary Baptist Church.

---

*Presented By*

***ALDERMAN DOWELL (3rd Ward):***

*TRIBUTE TO LATE JAMES A. DEANES.*

[R2014-466]

WHEREAS, James A. Deanes was born on April 23, 1948 to Ruby Watson and Jimmy Lee Deanes in Ruleville, Mississippi; and

WHEREAS, The Deanes family relocated to Chicago in the 1950s where Mr. Deanes resided until he was called home on June 4th, 2014; and

WHEREAS, Mr. Deanes received his education in the City of Chicago having attended Grant Elementary School, Creiger High School, and the Washburne Trade School; and

WHEREAS, Mr. Deanes was married to the love of his life Evelyn Bryant who proceeded him in death, for 38 years; and

WHEREAS, Despite working full-time for 27 years as a plant manager for ABM Industries, Mr. Deanes found the time to become actively involved in his community and City; and

WHEREAS, While at ABM, Mr. Deanes became the chairperson of the Parent Community Council created through Mayor Harold Washington's Education Summit; and

WHEREAS, In recognition of his commitment to education, Mr. Deanes was appointed to be the Facilitator for District Four by Chicago Public Schools (CPS); and

WHEREAS, Mr. Deanes' talents were numerous, which allowed him to serve in a number of different positions at CPS including special assistant to the CEO, Human Relations officer, director of Local School Council relations, special assistant to the Board of Education president, director of Attendance and Truancy, and senior policy advisor before retiring in 2013; and

WHEREAS, Mr. Deanes regularly went the extra mile in order to keep parents and other community members engaged through the CAN TV program "LSC Issues and Concerns" he started in 2007; and

WHEREAS, Mr. Deanes' commitment to serving others was not limited to the work he did at CPS as he also worked with the Austin People's Action Center, Chicago Algebra Project, Citizens United Against Drugs and Crime, Coalition for African-American Equity in Education, Coalition to Keep Our Schools Open, and 15th District Community Alternative Policing Strategy (CAPS); and

WHEREAS, Mr. Deanes leaves behind his daughter, Deanna; four sons James, Jr., Kenya, Corey, and Malcolm, 13 grandchildren, one great-grandchild, two sisters, a brother, and numerous other family members and friends; now, therefore,

*Be It Resolved,* That we, the Mayor and the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby express our condolences to the family and friends of Mr. James A. Deanes and recognize and appreciate his service to the City and to the cause of public education; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of James A. Deanes.

---

*TRIBUTE TO LATE PENELOPE EVANS.*

[R2014-467]

WHEREAS, Penelope Evans was born September 10, 1965 in Chicago, Illinois to George and Emma Evans; and

WHEREAS, After a lifetime of service to her City, community, and church, Ms. Evans was called home on June 12, 2014; and

WHEREAS, Ms. Evans' outgoing personality forged important relationships between organizations throughout the city to help bring resources to those in need; and

WHEREAS, Ms. Evans joined Greater Harvest Missionary Baptist Church at the age of four and remained a member there for 45 years; and

WHEREAS, The years she spent at Greater Harvest were in service to her Creator, church, and community as she was a member of the Sylvia Boddie Youth Choir, the Young Adult Choir, the pastor's cabinet, and the Media Ministry; and

WHEREAS, Ms. Evans also organized numerous food and clothing drives, worked in the Greater Harvest's kitchen, and was engaged in numerous ministries; and

WHEREAS, Ms. Evans also served her community for seven years as a volunteer for 3rd Ward Alderman Pat Dowell's office, volunteering in numerous ways including as a receptionist and event planner; and

WHEREAS, Ms. Evans had a love for life and music, which was demonstrated by her work with the group Gospel Music According to Chicago; and

WHEREAS, Ms. Evans leaves behind a son Paris Evans; her mother Emma Evans; four sisters, numerous other family members and friends; and a countless number of people whose lives she touched; now, therefore,

*Be It Resolved,* That we, the Mayor and the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby express our condolences to the family and friends of Penelope Evans and acknowledge her service to the City of Chicago, her community, and its residents; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of Penelope Evans.

---

*TRIBUTE TO LATE MOTHER ELEANOR COLE THOMAS.*

[R2014-468]

WHEREAS, Mother Eleanor Cole Thomas was born on November 6, 1937 to Hudie Morris and Mildred Cole in Memphis, Tennessee; and

WHEREAS, While a teenager, her family relocated to Chicago, Illinois where she graduated from Dunbar Vocational High School; and

WHEREAS, Mother Eleanor served as a volunteer in many capacities, particularly in regards to her 32-year long service to public schools in Chicago including Holmes Elementary, John Hope Middle School, Sojourner Truth School, McDowell Elementary School, and South Shore High School; and

WHEREAS, Mother Eleanor was a gifted musician and sang in the choirs at Oak Grove Baptist Church and in a family group called "The Cole Sisters" before becoming the choir director at Greater Harvest Missionary Baptist Church; and

WHEREAS, Mother Eleanor also used her culinary talents in the service of others sharing meals and stories of faith with her neighbors; and

WHEREAS, Mother Eleanor demonstrated her great faith and resiliency by overcoming a six-year battle with cancer; and

WHEREAS, Despite the cancer's return, she continued to serve her church and community before being called home on May 28, 2014; and

WHEREAS, Ms. Eleanor Cole Thomas was a maternal mother to six children, but a mother to her entire network of friends, neighbors, and family; and

WHEREAS, Mother Eleanor's legacy of serving others will live on through the lives she touched, but in particular, with her son Elder Eric Thomas who now serves as the pastor of Greater Harvest Missionary Baptist Church; now, therefore,

*Be It Resolved,* That we, the Mayor and the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby express our condolences to the family and friends of Mother Eleanor Cole Thomas and recognize and appreciate her dedication to helping others; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of Mother Eleanor Cole Thomas.

---

*Presented By*

***ALDERMAN HOLMES (7th Ward):***

*CALL UPON ILLINOIS CONGRESSIONAL DELEGATION TO CREATE NATIONAL GUN REGISTRY.*

[R2014-470]

WHEREAS, Gun violence is not only an issue in the City of Chicago, it is a national issue in the United States of America residing as the cornerstone of domestic policy regarding safety and security; and

WHEREAS, At least 500,000 guns are stolen annually from residences, but only 173,000 of those were reported lost or stolen to law enforcement; and

WHEREAS, In 2012, more than 16,000 firearms were lost or stolen from licensed firearms dealers across the country; and

WHEREAS, The Federal Bureau of Alcohol, Tobacco and Firearms reported that 14 percent of gun trafficking investigations involved guns stolen from gun dealers; and

WHEREAS, Congress has the Enumerated Authority under the Commerce Clause of the Constitution of the United States of America to regulate gun possession nationwide. The United States Supreme Court has identified three types of activities that Congress can regulate under their enumerated authority including regulation of the use of channels of interstate commerce, regulation and protection of the instrumentalities of interstate commerce and regulation of activities that have a substantial relation to interstate commerce; and

WHEREAS, Gun possession falls into the scope of interstate commerce since commerce includes all phases of business, including navigation and in order for one to acquire a gun, the original source must derive from a firearms and weapons dealer -- a legally regulated business in the United States; and

WHEREAS, "Among the several states" has been interpreted expansively as any commerce which concerns more states than one and interpreted more narrowly as those activities that have an impact on interstate activities; and

WHEREAS, Gun possession concerns more than one municipality and state and would also have an impact on interstate activities since a resident may lawfully possess a firearm in one state and transport this firearm illegally into a different state for disbursement, or a resident who cannot lawfully purchase a firearm in one municipality or state can obtain a firearm with differing restrictions in a different locality, which adversely affects the goals and objectives of various municipal and state legislation; and

WHEREAS, A comprehensive national system of gun registration currently does not exist in the United States; and

WHEREAS, A national gun registry can lead to the following benefits for not only the City of Chicago, but also all other municipalities in the United States of America:

1) identification and prosecution of violent criminals by helping law enforcement quickly and reliably identify the source of firearms recovered from crime scenes;

2) retrieval of firearms from persons who have become legally prohibited from possessing them through criminal convictions or other prohibitions; and

3) the reduction of illegal firearm sales and transfers by creating accountability for gun owners

; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 604 of 921 PageID #:2867

assembled this 25th day of June 2014, do hereby call on the Illinois Congressional Delegation to implement legislation that requires every gun owner to register each gun owned as part of a national gun registry.

---

*CONGRATULATIONS EXTENDED TO SOUTH SHORE NEIGHBORHOOD ON RECEIPT OF "NEIGHBORHOOD OF THE YEAR" AWARD AT THE NEIGHBORHOOD USA 39TH ANNUAL CONFERENCE.*

[R2014-471]

WHEREAS, A variety of volunteers in the South Shore community have taken part in a collaborative effort to revitalize certain areas of the community, and specifically have made efforts in the creation of a community garden at the intersection of 75th and Coles Avenue; and

WHEREAS, The community gardens on 75th and Coles Avenue, We Mean Green Neighborhood Peace Garden and the Hospitality Garden, began in 2010; and

WHEREAS, This community project initiated by residents of Chicago's South Shore neighborhood is bringing peace and civility to a blighted intersection through a positive outdoor activity; and

WHEREAS, Neighborhoods from all over the world, including Japan, competed in the Neighborhoods USA 39th annual conference on Neighborhood Concerns from May 21st through 24th; and

WHEREAS, The South Shore Neighborhood won the first place award for "Revitalization in a Single Project" based on the two community gardens on the intersection of 75th and Coles Avenue; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, assembled this 25th day of June 2014, do hereby congratulate the South Shore neighborhood and the community gardens on 75th and Coles Avenue.

---

*Presented By*

***ALDERMAN HARRIS (8th Ward):***

*TRIBUTE TO LATE GUSTAVIA DOUGLAS BOYKIN.*

[R2014-472]

WHEREAS, In His infinite wisdom Almighty God has granted Gustavia Douglas Boykin, a beloved citizen and friend, eternal peace June 9, 2014 at the age of 95; and

WHEREAS, This august body has been informed of Gustavia Douglas Boykin's transition by the Honorable Michelle A. Harris, Alderman of the 8th Ward and Chairman of the Committee on Committees, Rules and Ethics; and

WHEREAS, Gustavia started on her life journey in Dallas County, Alabama on April 12, 1919, but spent her final days surrounded by family and friends in Chicago; and

WHEREAS, Gustavia, named after her paternal grandmother, Agusta Douglas, was the loving daughter of the late Taylor and Bettie Douglas and the eldest of three siblings whose laughter filled the Douglas Family home; and

WHEREAS, After Gustavia graduated high school she captured the heart of a young man, Woodrow Boykin. They were united in marriage and to this loving couple a daughter was born, Meldina. Gustavia and Woodrow shared 50 years of wedded bliss before he was called to his eternal reward. She was a lifetime member at St. Paul Baptist Church in Minter, Alabama; and

WHEREAS, Among Gustavia's many talents was her creativity when it came to cooking delicious meals. Family, friends and acquaintances would rave about the delightful desserts of cakes, pies and brownies that would simply melt in your mouth; and

WHEREAS, The Boykins were a military family who traveled throughout the United States. Their favorite pastime was cooking, growing fruits and vegetables, gardening and raising farm animals; and

WHEREAS, Gustavia Douglas Boykin will be deeply missed, but the memory of her character, intelligence and compassion will live on in those who knew her in countless ways; and

WHEREAS, Gustavia Douglas Boykin leaves to celebrate her life and cherish her memory her daughter, Meldina Boykin Craig (Lorenzo II); Number 1 grandson Lorenzo III; three sisters-in-law, Liz Boykin, Mary Ellen Boykin and Liz Boykin and a host of nieces, nephews and cousins Katie (age 94), Delia and Fred. Her loving husband, Woodrow and her brothers, Sidney and Bullet preceded her in death; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby express our deepest sympathy to the family of Gustavia Douglas Boykin; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of Gustavia Douglas Boykin.

*TRIBUTE TO LATE ROBERT LAMAY BRADLEY, JR.*

[R2014-473]

WHEREAS, Almighty God, in His infinite wisdom, has granted Robert Lamay Bradley, Jr. eternal life on Monday, May 12, 2014; and

WHEREAS, Robert Lamay Bradley, Jr. was born in Chicago, Illinois on July 10, 1978 to the late Robert L. Bradley, Sr. and Gail Bradley. He accepted Christ as his personal Savior at a young age and was confirmed at South Shore United Methodist Church. Robert attended Sunday school and was a member of South Shore United Methodist Church Boy Scout Troop. Robert raised his voice in praise to the Lord as he sang in the Community Renewal Society's "All God's Children Community Choir"; and

WHEREAS, Robert received his education from Roseland Christian Elementary School, two years at De LaSalle Institute, graduated from St. Frances de Sales High School and received a bachelor of science in criminal justice degree from Olive Harvey College; and

WHEREAS, Robert Lamay Bradley, Jr. was a active member of the Chicago Police Explores in the 22nd District and participated in active shooter training exercises with SWAT and the Chicago Police Department at Northeastern Illinois University; and

WHEREAS, Robert was completing his investigative training for Wicklander-Zulwski, while he continued to work as a regional assets protection investigator for Marshall Field's. He also worked as a field support specialist in the Office of Technological Services for the Chicago Public Schools; created and presented training for educators and administrators; and managed project installations throughout the Midwest and Eastern Regions for Red Box Automated DVD Corporation. Robert later became a Dell certified system expert DCSE and a Cisco certified networking associate CAN; and

WHEREAS, In August 2006, Robert and the former Nichole Thompson were united in marriage, but in 2008 they divorced. He later met the love of his life, Emmem in March 2010 and the couple were engaged on April 3, 2014; and

WHEREAS, Robert Lamay Bradley, Jr. was a man who enjoyed life, cooking, dancing, music and people, he lived life to its fullest. He enriched the lives of the young and the old. Robert will be deeply missed, but the memory of his character, intelligence and compassion will continue to live on in those who knew and loved him; and

WHEREAS, Robert Lamay Bradley, Jr. leaves behind, to mourn his loss and celebrate his memory, his loving and devoted mother, Gail Bradley, loving grandparents, Robert and Gwendolyn Mayes; uncle and aunt/godmother, Jonathan and Beverly Hawkins; half-sisters, Jennifer Jackson and Jasmine Pough; his loving and devoted fiancee, Emmem Ekorikoh; as well as a host of nieces, nephews, cousins, friends and loved ones; and

WHEREAS, To his beloved family, Robert Lamay Bradley, Jr. imparts a legacy of faithfulness, service and dignity; and

WHEREAS, The Honorable Michelle Harris, Alderman of the 8th Ward, has informed this august body of the passing of this admirable and noble citizen; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby express our sorrow on the death of Robert Lamay Bradley, Jr. and extend to his family and loved ones our sincere condolence; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of Robert Lamay Bradley, Jr.

---

*TRIBUTE TO LATE REVEREND FRANK JONES, JR.*

[R2014-474]

WHEREAS, In His infinite wisdom, Almighty God has granted Reverend Frank Jones, Jr. an outstanding public servant and a vital and active member of his community, eternal rest on Thursday May 29, 2014 at the age of 54; and

WHEREAS, This august body has been informed of Reverend Jones's transition by the Honorable Michelle A. Harris, Alderman of the 8th Ward and Chairman of the Committee on Committees, Rules and Ethics; and

WHEREAS, On June 21, 1950, Mr. and Mrs. Frank Jones, Sr. became the proud parents of their newborn son, Frank Jones, Jr.. After graduating from elementary school and high school Frank was eager to further his education. He attended Oakton Community College in Des Plaines, Illinois where he received an associate degree in liberal arts. He continued his education and received a bachelor's degree in science from Chicago State University; and

WHEREAS, Frank Jones, Jr. accepted and rejoiced in God at an early age and his faith carried him through the trials and tribulations of life. He was ordained a minister at the Power Circle Congregation in Chicago on January 17, 1998 and began to give guidance to finding a positive spiritual path; and

WHEREAS, Reverend Jones, Jr. has helped many throughout his career and will be greatly missed all through the City of Chicago. He has touched many people with his courage and intellect; and

WHEREAS, Reverend Frank Jones, Jr. will be remembered as a loving and devoted son, loving brother, cherished friend and neighbor who enriched the lives of all who knew him in countless ways. He will be deeply missed but the remembrance of his character, intelligence and compassion will live on in those who knew and loved him; and

WHEREAS, Reverend Frank Jones, Jr. leaves behind to mourn his death and celebrate his life and his accomplishments his three loving sisters, Patricia Ann Jones, Irma Jean Jones and Ruthie Ann Jones; his brother, Bill Jones and a host of other relatives and many friends; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered this 25th day of June 2014 A.D., do hereby express our sincere sorrow upon the passing of Reverend Frank Jones, Jr. and extend our deepest condolence to his family and friends as well as all those whose lives he touched; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of Reverend Frank Jones, Jr.

---

*RECOGNITION EXTENDED TO BURNSIDE ELEMENTARY SCHOOL DESEGREGATION SIT-IN ON 52ND ANNIVERSARY.*

[R2014-475]

WHEREAS, The Burnside Elementary School Desegregation Sit-In, which honors a watershed moment in modern local civil rights history, is celebrating its 52nd anniversary honoring the fight for educational opportunity and equality in public educational institutions in Chicago during June 2014; and

WHEREAS, This august body has been informed of this important milestone by the Honorable Michelle A. Harris, Alderman of the 8th Ward; and

WHEREAS, May 17, 2014, marked the 60th anniversary of the landmark 1954 U.S. Supreme Court decision, *Brown v. Board of Education* and July 2, 2014 marks the 50th anniversary of the 1964 Civil Rights Act; and

WHEREAS, The movement to desegregate schools in Chicago began on a cold winter day on January 2, 1962, with a sit-in at Burnside Elementary School. It was organized by a group of dissatisfied PTA mothers and in many ways was the spark that ignited the Civil Rights Movement in Chicago; and

WHEREAS, The sit-in was in response to a highly unpopular and widely considered demeaning plan to relieve overcrowded conditions at Burnside Elementary School. The Chicago Board of Education ordered 7th and 8th grade students living east of the former South Park Boulevard (now Dr. Martin Luther King, Jr. Drive) and south of the railroad tracks to transfer to Gillespie Upper Grade Center located at 9301 South State Street. This order came in late December 1961, right before the Christmas holiday vacation. This action would force some students to now walk 17 blocks to school. The Chicago Board of Education,

which was then under the leadership of school superintendent Benjamin C. Willis, preferred transferring Black students rather than integrating the then predominantly white Perry Elementary School (now Harold Washington School), located at 9130 South University Avenue, which was a few convenient blocks from Burnside Elementary School; and

WHEREAS, Since its launch in 1962, the Burnside Elementary School Desegregation Sit-In 52nd movement has established a well-deserved reputation and quiet historical recognition for pushing toward the desegregation of Chicago schools during a time when the U.S., as well as Chicago were grappling with a range of civil and human rights issues affecting African-Americans. Over 200,000 students, parents and concerned Chicagoans boycotted, sat-in and walked-out of overcrowded and deteriorating schools on the South and West side of the City, in protest of "Willis Wagons" and other inequities, making an important statement among young people, community and religious activists, as well as everyday citizens and those in the affected communities; and

WHEREAS, During the past 52 years, the little-discussed, yet pivotal story of the strength, fortitude and bravery of a committed group of PTA mothers and concerned parents fighting for educational equality for Black children in Chicago Public Schools during the 1960's has existed on the periphery of local history; and

WHEREAS, Today, a renewed interest in and awareness of the accomplishments of Burnside Elementary School Desegregation Sit-In 52nd anniversary has encouraged Chicago genealogist Tony Burroughs and others to take another well-deserved look at this fight for educational justice and parity, which was designed to give a strong voice to those in economically and socially challenged communities throughout Chicago and led to the arrival of Dr. Martin Luther King, Jr. in Chicago during 1965 -- 1966 in support of this and other relevant civil rights and social justice causes; and

WHEREAS, In addition, the Burnside Elementary School Desegregation Sit-In 52nd anniversary helped leverage public-private opinion to effect social change and improved the lives of thousands of Chicago students, by providing them citywide access to schools that enabled them to positively focus on the future; and

WHEREAS, The Burnside Elementary School Desegregation Sit-In 52nd anniversary is overdue to be recognized for launching this movement, and triggering similar sit-ins and walkouts across the City. The "Burnside Mothers" goal was to reach the least and left out through direct action outreach, while successfully grooming the next generations to hold high the torch of excellence and equality in public education; and

WHEREAS, During these challenging times, the continuing dedication of the Burnside Elementary School Desegregation Sit-In survivors who inspired the creation of a photo mosaic mural dedicated to telling the story to future generations of leaders during this 52nd anniversary year deserves citywide recognition, as they seek to dramatically display the strategic social action of youth, adults, working families, and others throughout Chicago and beyond; and

WHEREAS, The Chicago City Council is pleased to salute the Burnside Elementary School Desegregation Sit-In, in honor of its 52nd anniversary for their longstanding dedication to creating a better City for all its residents; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby express our recognition and respect for this important historical legacy with respect to the educational equality for all Chicago Public School students, and do hereby extend to this group our sincere congratulations for their resistance and perseverance; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the surviving members of the coalition in recognition and honor of Burnside Elementary School Desegregation Sit-In 52nd anniversary.

---

*CONGRATULATIONS EXTENDED TO REVEREND DR. DONALD L. SHARP AND FAITH TABERNACLE BAPTIST CHURCH ON 50TH ANNIVERSARY.*

[R2014-476]

WHEREAS, On Sunday June 8, 2014 its leaders, congregation and many friends throughout its community are gathering to have a double celebration: The 50th anniversary of the Faith Tabernacle Baptist Church and the 50th anniversary of Reverend Dr. Donald L. Sharp as its pastor; and

WHEREAS, The Chicago City Council has been informed of this joyous occasion by the Honorable Michelle A. Harris, Alderman of the 8th Ward and Chairman of the Committee on Committees, Rules and Ethics; and

WHEREAS, Reverend Dr. Donald L. Sharp founded the Faith Tabernacle Baptist Church in this City's 8th Ward on August 31, 1964. The Faith Tabernacle Baptist Church's first service was held on Sunday, October 4, 1964 at 6738 South Cottage Grove Avenue, but after five years it was evident that the church needed a permanent location, so in 1969 the Faith Tabernacle Baptist Church moved to 8210 South Cornell Avenue, and at this time the church was also awarded the prestigious Good Neighbor Award by the Chicago Realtors Association; and

WHEREAS, The Faith Tabernacle Baptist Church has steadily progressed and prospered, and has grown over the past 50 years, it is clearly a towering spiritual institution leading its congregation toward a promising and fulfilling future; and

WHEREAS, The Reverend Dr. Donald L. Sharp is saluted by the grateful members of the Faith Tabernacle Baptist Church, in the 8th Ward community, whom he has inspired, comforted and guided through the last 50 years; and

WHEREAS, Many individuals have called the Faith Tabernacle Baptist Church their spiritual home and sought solace and comfort from Reverend Dr. Donald L. Sharp. He is an outstanding leader of vision and is widely admired for his preaching; and

WHEREAS, The leaders of this great City are cognizant of the importance of our outstanding religious institutions and leaders; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby join in the tribute to the Reverend Dr. Donald L. Sharp as pastor of the Faith Tabernacle Baptist Church, and do extend our most heartfelt congratulations to the leaders and congregation of the Faith Tabernacle Baptist Church in celebration of the 50th anniversary of this great spiritual institution, as well as our best wishes for continuing success and enlightenment; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to Reverend Dr. Donald L. Sharp, pastor and to the Faith Tabernacle Baptist Church.

---

*Presented By*

***ALDERMAN BURKE (14th Ward):***

*TRIBUTE TO LATE MAYA ANGELOU.*

[R2014-477]

WHEREAS, Maya Angelou has been called to eternal life by the wisdom of God at the age of 86; and

WHEREAS, The Chicago City Council has been informed of her passing by Alderman Edward M. Burke; and

WHEREAS, Maya Angelou was a renowned author, poet, dancer, actress, Civil Rights activist and educator; and

WHEREAS, Beginning with her debut memoir in 1969 entitled *I Know Why the Caged Bird Sings,* Maya Angelou was the author of seven autobiographies, three books of essays and several books of poetry; and

WHEREAS, Maya Angelou began writing after a series of occupations that included performing as a cast member of *Porgy* and *Bess*; and

WHEREAS, Beginning in 1982, Maya Angelou taught at Wake Forest University in Winston-Salem, North Carolina where she held the first lifetime Reynolds Professorship of American Studies; and

WHEREAS, Maya Angelou was also an accomplished producer, playwright and film director; and

WHEREAS, Maya Angelou recited her poem, *On the Pulse of the Morning,* at the 1992 inauguration of President Bill Clinton and was the first poet to do so since Robert Frost recited at President John F. Kennedy's inauguration in 1961; and

WHEREAS, Maya Angelou was awarded the National Medal of Arts in 2000, the Lincoln Medal in 2008 and the Presidential Medal of Freedom in 2011; and

WHEREAS, Maya Angelou will be dearly missed and fondly remembered by her many relatives, friends and admirers; and

WHEREAS, To her beloved family, Maya Angelou imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Maya Angelou for her grace-filled life and do hereby express our condolences to her family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Maya Angelou.

---

*TRIBUTE TO LATE RUBY DEE.*

[R2014-478]

WHEREAS, Ruby Dee has been called to eternal life by the wisdom of God at the age of 91; and

WHEREAS, The Chicago City Council has been informed of her passing by Alderman Edward M. Burke; and

WHEREAS, Ruby Dee was an acclaimed actress and activist whose highly versatile career spanned stage, radio, television and film; and

WHEREAS, Ruby Dee was the loving and devoted wife for 56 years of the late actor Ossie Davis with whom she was a frequent collaborator; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 613 of 921 PageID #:2876

WHEREAS, Born in Cleveland and raised in Harlem, Ruby Dee graduated from Hunter College; and

WHEREAS, Ruby Dee began her acting career with the American Negro Theatre where she worked with Sidney Poitier, Harry Belafonte and Hilda Simms; and

WHEREAS, Ruby Dee gained prominence in her role in *A Raisin in the Sun* both on Broadway and in film; and

WHEREAS, Ruby Dee also appeared in memorable roles in *The Jackie Robinson Story* and *Do The Right Thing* and was nominated for an Oscar in *American Gangster,* and

WHEREAS, In addition to her stage and film work, Ruby Dee enjoyed an extensive career in television and appeared in 20 episodes of *Peyton Place;* and

WHEREAS, The talent and dedication of Ruby Dee serve as an example to all; and

WHEREAS, A woman of dignity, grace and charm, Ruby Dee will be dearly missed and fondly remembered by her many relatives, friends and admirers; and

WHEREAS, To her beloved family, Ruby Dee imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Ruby Dee for her grace-filled life and do hereby express our condolences to her family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Ruby Dee.

---

*TRIBUTE TO LATE REVEREND WILLIAM ALLEN EDDY, JR.*

[R2014-479]

WHEREAS, The Reverend William Allen Eddy, Jr. has been called to eternal life by the wisdom of God at the age of 64; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, The Reverend William Allen Eddy, Jr. was a widely admired member of the religious community and the pastor of St. Hilary Parish in Chicago; and

WHEREAS, Born on December 23, 1949, the Reverend William Allen Eddy, Jr. was the son of the late William and Margaret, nee Beary; and

WHEREAS, The Reverend William Allen Eddy, Jr. was ordained by John Cardinal Cody in 1975 at Mundelein Seminary; and

WHEREAS, Throughout his ministry, the Reverend William Allen Eddy, Jr. was known for his patience and keen ability to listen to others; and

WHEREAS, The Reverend William Allen Eddy, Jr. served at St. Julie Billiart Parish in Tinley Park from 1975 to 1979, Queen of Angels Parish from 1979 to 1986, St. Paul Parish in Chicago Heights from 1986 to 1991 and St. Kieran Parish from 1991 to 2007; and

WHEREAS, Known to his friends and parishioners as "Doc", the Reverend William Allen Eddy, Jr. also taught English at Quigley Preparatory Seminary North; and

WHEREAS, The hard work, sacrifice and dedication of the Reverend William Allen Eddy, Jr. serve as an example to all; and

WHEREAS, The Reverend William Allen Eddy, Jr. will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his two sisters, Judith and Catherine, and his devoted nieces and nephews, the Reverend William Allen Eddy, Jr. imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate the Reverend William Allen Eddy, Jr. for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of the Reverend William Allen Eddy, Jr.

---

## *TRIBUTE TO LATE LUCILLE "JACKIE" GALLAGHER.*

[R2014-480]

WHEREAS, Lucille "Jackie" Gallagher has been called to eternal life by the wisdom of God at the age of 85; and

WHEREAS, The Chicago City Council has been informed of her passing by Alderman Edward M. Burke; and

WHEREAS, A resident of Arlington Heights, Lucille "Jackie" Gallagher was a retired spokeswoman for the Chicago Teachers Union; and

WHEREAS, Lucille "Jackie" Gallagher was the devoted mother of Audrey, Jane and Hugh to whom she imparted many of the fine and noble qualities that she possessed in abundance; and

WHEREAS, Born Lucille Jaacks, Lucille "Jackie" Gallagher was raised in a politically active family in the Belmont-Craigin neighborhood, graduated from Providence St. Mel High School and attended the School of the Art Institute; and

WHEREAS, Lucille "Jackie" Gallagher served as an assistant in the office of State Representative Eugenia Chapman before joining the issues staff of Illinois House Speaker Michael Madigan; and

WHEREAS, Working at the Chicago Teachers Union from 1991 to 2003, Lucille "Jackie" Gallagher oversaw all public relations under past presidents Jacqueline Vaughn, Tom Reece and Deborah Lynch-Walsh; and

WHEREAS, Lucille "Jackie" Gallagher was involved in the union's legislative and lobbying efforts under CTU chief Deborah Lynch-Walsh; and

WHEREAS, During her 12-year tenure, Lucille "Jackie" Gallagher played an essential role in fostering a cooperative working relationship between the union and the Chicago Public Schools; and

WHEREAS, Lucille "Jackie" Gallagher ably served from 2003 to 2009 as Chair of the Illinois Labor Relations Board; and

WHEREAS, The hard work, sacrifice and steadfast commitment to education of Lucille "Jackie" Gallagher serve as an example to all; and

WHEREAS, Lucille "Jackie" Gallagher was an individual of great integrity and accomplishment who will be dearly missed and fondly remembered by her many relatives, friends and admirers; and

WHEREAS, To her beloved family, Lucille "Jackie" Gallagher imparts a legacy of faithfulness, service and dignity; now, therefore

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Lucille "Jackie" Gallagher for her grace-filled life and do hereby express our condolences to her family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Lucille "Jackie" Gallagher.

*TRIBUTE TO LATE LEWIS KATZ.*

[R2014-481]

WHEREAS, Lewis Katz has gone to his eternal reward at the age of 72; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A resident of Cherry Hill, New Jersey, Lewis Katz was a visionary business leader and the loving husband of the late Marjorie J.; and

WHEREAS, Lewis Katz was the much-adored father of Melissa and Drew, the dear brother of Sandra, and the grandfather of four; and

WHEREAS, Raised in a working class family in the Parkside section of Camden, New Jersey, Lewis Katz was raised by his mother, a secretary at RCA, after his father died when he was young; and

WHEREAS, Lewis Katz graduated first in his class from Dickinson Law School and made a fortune by investing in New York parking lots, billboards and a sports cable television network; and

WHEREAS, Lewis Katz went on to purchase the NBA's New Jersey Nets, the NHL's New Jersey Devils and became a co-owner of the *Philadelphia Inquirer*; and

WHEREAS, A generous philanthropist, Lewis Katz was a benefactor of Dickinson Law School, Temple University Medical School and the Boys & Girls Clubs as well as many other worthwhile causes; and

WHEREAS, The hard work, sacrifice and dedication of Lewis Katz serve as an example to all; and

WHEREAS, His love of life and ability to live it to the fullest endeared Lewis Katz to his family members, friends and all who knew him, and enabled him to enrich their lives in ways they will never forget; and

WHEREAS, Lewis Katz was an individual of great integrity and accomplishment who will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his beloved family, Lewis Katz imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Lewis Katz for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Lewis Katz.

---

*TRIBUTE TO LATE WILLIAM H. LUKING.*

[R2014-482]

WHEREAS, William H. Luking has been called to eternal life by the wisdom of God at the age of 66; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, William H. Luking was a highly influential lobbyist who for more than three decades served Chicago mayors as a behind-the-scenes confidante and legislative advisor; and

WHEREAS, William H. Luking's unparalleled knowledge of the legislative process helped to move Chicago's agenda forward in Springfield; and

WHEREAS, William H. Luking was intimately involved in the negotiations to build a new White Sox ballpark during the late 1980s, the successful push to give Chicago mayors more control over the public schools in the mid-1990s and most recently the pension changes for municipal employees; and

WHEREAS, The so-called "dean of the Illinois statehouse", William H. Luking also played a significant role representing other public entities in Springfield, including the Chicago Park District, the Chicago Transit Authority and the City Colleges of Chicago; and

WHEREAS, William H. Luking possessed an expert understanding of both history and the nuances of government; and

WHEREAS, The hard work, sacrifice and dedication of William H. Luking serve as an example to all; and

WHEREAS, His love of life and ability to live it to the fullest endeared William H. Luking to his family members, friends and all who knew him, and enabled him to enrich their lives in ways they will never forget; and

WHEREAS, William H. Luking will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his close companion, Claire Manning, his two brothers, Gene and Joe, and his six sisters, Mary Anne, Beth, Meg, Charlene, Laura and Rosemary, William H. Luking imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate William H. Luking for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of William H. Luking.

---

## *TRIBUTE TO LATE PETER M. SHANNON, JR.*

[R2014-483]

WHEREAS, Peter M. Shannon, Jr. has been called to eternal life by the wisdom of God at the age of 85; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A resident of Western Springs, Peter M. Shannon, Jr. was a widely admired member of the legal community and the loving husband of Anne; and

WHEREAS, Peter M. Shannon, Jr. was the father of Peter, Stephen, Heather and the late Eamon and the grandfather of 10; and

WHEREAS, Peter M. Shannon, Jr. was the dear brother of Patrick, Dan and Donna; and

WHEREAS, Raised in the Beverly neighborhood on the South Side, Peter M. Shannon was ordained a Roman Catholic priest before marrying and pursuing a career in the law; and

WHEREAS, Peter M. Shannon, Jr. served early in his professional career as National Director of the U.S. Interstate Commerce Commission's Bureau of Investigation and Enforcement in Washington, D.C.; and

WHEREAS, Peter M. Shannon, Jr. returned to the Chicago area where he was a longtime attorney for Arnstein & Lehr, LLP until his retirement in 2003; and

WHEREAS, As the father of a child with Down syndrome, Peter M. Shannon, Jr. championed the rights of children with disabilities and fought on a pro bono basis to ensure access to appropriate educational programs; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 619 of 921 PageID #:2882

WHEREAS, Other people saw deficits in the abilities of children with special needs, Peter M. Shannon, Jr. only saw potential; and

WHEREAS, A shining example of how one person can make a difference, Peter M. Shannon, Jr. multiplied his efforts by sharing his passion with fellow attorneys and mentoring them on how to assist special needs children with their educational placements; and

WHEREAS, The hard work, sacrifice and dedication of Peter M. Shannon, Jr. serve as an example to all; and

WHEREAS, Peter M. Shannon, Jr. was an individual of great integrity and accomplishment who will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his beloved family, Peter M. Shannon, Jr. imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Peter M. Shannon, Jr. for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Peter M. Shannon, Jr.

---

## *TRIBUTE TO LATE JOHN O. "JACK" ROESER.*

[R2014-484]

WHEREAS, John O. "Jack" Roeser has been called to eternal life by the wisdom of God at the age of 90; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A resident of Barrington, John O. "Jack" Roeser was the loving husband of Jeannine; and

WHEREAS, John O. "Jack" Roeser was the much-adored father of Ron, Tom, Otto and Jean to whom he imparted many of the fine and noble qualities that he possessed in abundance; and

WHEREAS, John O. "Jack" Roeser served during World War II as a combat engineer in the United States Army in the Philippines and was among the first soldiers to enter Japan after its surrender; and

WHEREAS, After the war, John O. "Jack" Roeser earned a degree in mechanical engineering from the University of Illinois; and

WHEREAS, John O. "Jack" Roeser was the chairman of OTTO Engineering in Carpentersville, a company he founded in his basement that manufacturers electronic control and communications switches for aerospace, medical and industrial uses; and

WHEREAS, A widely admired business and civic leader, John O. "Jack" Roeser was a generous philanthropist; and

WHEREAS, John O. "Jack" Roeser championed causes such as freedom of the individual and small government; and

WHEREAS, The hard work, sacrifice and dedication of John O. "Jack" Roeser serve as an example to all; and

WHEREAS, His love of life and ability to live it to the fullest endeared John O. "Jack" Roeser to his family members, friends and all who knew him, and enabled him to enrich their lives in ways they will never forget; and

WHEREAS, John O. "Jack" Roeser will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his beloved family, John O. "Jack" Roeser imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate John O. "Jack" Roeser for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of John O. "Jack" Roeser.

---

*TRIBUTE TO LATE LARRY J. SCHREINER.*

[R2014-485]

WHEREAS, Larry J. Schreiner has been called to eternal life by the wisdom of God at the age of 72; and ,

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A retired member of the Chicago Police Department and a prominent journalist, Larry J. Schreiner was a longtime WGN Radio reporter; and

WHEREAS, Raised near Chicago's iconic Riverview amusement park and later in the Montclare neighborhood on the Northwest Side, Larry J. Shreiner was the stepson of a high-ranking law enforcement officer; and

WHEREAS, Larry J. Schreiner began his career with the Skokie Police Department before joining the Chicago Police Department and eventually turned in his badge for press credentials; and

WHEREAS, For nearly four decades Larry J. Schreiner chronicled "the pulse of the city"; and specialized in reporting on crime, fires and other breaking news stories; and

WHEREAS, Widely respected for his street smarts and dogged determination, Larry J. Schreiner enjoyed the thrill of being the first to arrive on the scene of a breaking story; and

WHEREAS, Larry J. Schreiner drove a Mercedes Benz equipped with police and fire scanners which tipped him off to stories as they unfolded overnight; and

WHEREAS, In addition to his role as a radio reporter, Larry J. Schreiner was one of the first reporters to shoot video footage at crime scenes which he provided on a freelance basis to major television news outlets; and

WHEREAS, Larry J. Schreiner worked with WGN Radio hosts, including Wally Phillips, Roy Leonard and Bob Collins and carved out a unique niche within the industry that made him a favorite of radio listeners; and

WHEREAS, During his long and colorful career, Larry J. Schreiner enjoyed success as a broadcaster buoyed by his instincts, extensive array of contacts and vast experience in the law enforcement community; and

WHEREAS, The hard work, sacrifice and dedication of Larry J. Schreiner serve as an example to all; and

WHEREAS, His love of life and ability to live it to the fullest endeared Larry J. Schreiner to his family members, friends and all who knew him, and enabled him to enrich their lives in ways they will never forget; and

WHEREAS, Larry J. Schreiner will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his sons, Matthew and Mark, and his two grandchildren, Larry J. Schreiner imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Larry J. Schreiner for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Larry J. Schreiner.

---

*TRIBUTE TO LATE JOSEPH M. SMITH, JR.*

[R2014-486]

WHEREAS, Joseph M. Smith, Jr. has been called to eternal life by the wisdom of God at the age of 86; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A native of the South Side, Joseph M. Smith, Jr. was a longtime Chicago Public Schools administrator and the loving husband of Linda; and

WHEREAS, Joseph M. Smith, Jr. was the much-adored father of Joseph III, Dale, Kimberley and Neveda, grandfather of 11 and the great-grandfather of one to whom he imparted many of the fine and noble qualities that he possessed in abundance; and

WHEREAS, Joseph M. Smith, Jr. served his country as a member of the Army Air Corps during World War II; and

WHEREAS, Joseph M. Smith, Jr. influenced the lives of countless students as a teacher and administrator throughout his long and fruitful career; and

WHEREAS, Joseph M. Smith, Jr. served as the principal of Harlan High School on the South Side from 1975 until his retirement in 1988; and

WHEREAS, The hard work, sacrifice and dedication of Joseph M. Smith, Jr. serve as an example to all; and

WHEREAS, His love of life and ability to live it to the fullest endeared Joseph M. Smith, Jr. to his family members, friends and all who knew him, and enabled him to enrich their lives in ways they will never forget; and

WHEREAS, Joseph M. Smith, Jr. was an individual of great integrity and accomplishment, who will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his beloved family, Joseph M. Smith, Jr. imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Joseph M. Smith, Jr., for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be presented to the family of Joseph M. Smith, Jr.

---

## *TRIBUTE TO LATE LADY MARY SOAMES.*

[R2014-487]

WHEREAS, Lady Mary Soames has been called to eternal life by the wisdom of God at the age of 91; and

WHEREAS, The Chicago City Council has been informed of her passing by Alderman Edward M. Burke; and

WHEREAS, Lady Mary Soames was the loving wife of the late Lord Christopher Soames; and

WHEREAS, Lady Mary Soames was the last-surviving child of British Prime Minister Sir Winston Churchill and his wife, Clementine; and

WHEREAS, Born Mary Spencer-Churchill, Lady Mary Soames was raised at Chartwell, educated at Limpsfield, and enjoyed a lifetime of distinguished public service; and

WHEREAS, Lady Mary Soames was an eyewitness to pivotal events and accompanied her father on historic trips, including the 1945 Potsdam Conference, where the future of post World War II Germany and Europe was discussed; and

WHEREAS, A successful author, Mary Soames wrote the autobiography of her mother, *Clementine Churchill*, and edited a collection of her parents' letters; and

WHEREAS, Lady Mary Soames was an indispensable resource to Sir Martin Gilbert who wrote the authorized biography of her father; and

WHEREAS, In later life, Lady Mary Soames became a patron of leading charities; and

WHEREAS, Lady Mary Soames was the mother of the Honorable Emma, Honorable Jeremy, Honorable Charlotte, Honorable Rupert and the Right Honorable Nicholas, a former member of Parliament; and

WHEREAS, The hard work, sacrifice and dedication of Lady Mary Soames serve as an example to all; and

WHEREAS, Lady Mary Soames was an individual of great integrity and accomplishment who will be dearly missed and fondly remembered by her many relatives, friends and admirers; and

WHEREAS, To her beloved family, Lady Mary Soames imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate Lady Mary Soames for her grace-filled life and do hereby express our condolences to her family; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of Lady Mary Soames.

---

*TRIBUTE TO LATE UNITED STATES ARMY PRIVATE AARON S. TOPPEN.*

[R2014-488]

WHEREAS, United States Army Private Aaron S. Toppen lost his life while bravely serving his country in Operation Enduring Freedom; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A resident of Mokena, Private Aaron S. Toppen was the son of Pam and the late Ronald; and

WHEREAS, United States Army Private Aaron S. Toppen was one of five soldiers killed by friendly fire during a coalition air strike on June 9, 2014, while deployed to Gaza Village in southern Afghanistan; and

WHEREAS, Private Aaron S. Toppen was a 2013 graduate of Lincoln Way East High School and enlisted in the military in July of 2013; and

WHEREAS, United States Army Private Aaron S. Toppen was trained at Fort Benning, Georgia; and

WHEREAS, United States Army Private Aaron S. Toppen was a recipient of the National Defense Service Medal, the Afghanistan Campaign Medal with campaign star, the Global War on Terrorism Service Medal, the Army Service Ribbon and the NATO Medal; and

WHEREAS, United States Army Private Aaron S. Toppen will be remembered as a remarkable young man who displayed great integrity and love of family; and

WHEREAS, The bravery, sacrifice and dedication of United States Army Private Aaron S. Toppen serve as an example to all; and

WHEREAS, To his beloved family, United States Army Private Aaron S. Toppen imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate United States Army Private Aaron S. Toppen for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of United States Army Private Aaron S. Toppen.

---

*TRIBUTE TO LATE HONORABLE JOHN VASCONCELLOS.*

[R2014-489]

WHEREAS, The Honorable John Vasconcellos has been called to eternal life by the wisdom of God at the age of 82; and

WHEREAS, The Chicago City Council has been informed of his passing by Alderman Edward M. Burke; and

WHEREAS, A resident of Santa Clara, the Honorable John Vasconcellos was a visionary California politician who served for 38 years in the state legislature; and

WHEREAS, A Democrat, the Honorable John Vasconcellos began his career as a lawyer and aide to Governor Pat Brown; and

WHEREAS, The Honorable John Vasconcellos spent 30 years in the California Assembly and eight in the state Senate; and

WHEREAS, The Honorable John Vasconcellos represented Silicon Valley and was a former longtime chair of the Assembly's Ways and Means Committee; and

WHEREAS, A masterful legislator who was blunt and witty, the Honorable John Vasconcellos earned a reputation for his humanitarian focus; and

WHEREAS, The Honorable John Vasconcellos worked for several years to get the needed votes to pass legislation like the state's needle exchange program; and

WHEREAS, The Honorable John Vasconcellos was considered a brilliant intellectual who "marched to his own drummer"; and

WHEREAS, The hard work, sacrifice and dedication of the Honorable John Vasconcellos serve as an example to all; and

WHEREAS, His love of life and ability to live it to the fullest endeared the Honorable John Vasconcellos to his family members, friends and all who knew him, and enabled him to enrich their lives in ways they will never forget; and

WHEREAS, The Honorable John Vasconcellos was an individual of great integrity and accomplishment who will be dearly missed and fondly remembered by his many relatives, friends and admirers; and

WHEREAS, To his beloved family, the Honorable John Vasconcellos imparts a legacy of faithfulness, service and dignity; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commemorate the Honorable John Vasconcellos for his grace-filled life and do hereby express our condolences to his family; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of the Honorable John Vasconcellos.

---

*CONGRATULATIONS EXTENDED TO HONORABLE CHARLES R. BERNARDINI ON DESIGNATION AS KNIGHT OFFICER OF THE ORDER OF MERIT OF ITALIAN REPUBLIC.*

[R2014-490]

WHEREAS, The Honorable Charles R. Bernardini has been designated Knight Officer of the Order of Merit of the Italian Republic; and

WHEREAS, Italian President Giorgio Napolitano conferred the honor and it was announced by Consul General Adriano Monti in Chicago; and

WHEREAS, The Honorable Charles R. Bernardini is a widely admired community leader and a distinguished partner with the law firm of Ungaretti & Harris in Chicago; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 627 of 921 PageID #:2890

WHEREAS, The Honorable Charles R. Bernardini grew up in downstate Streator and graduated from the University of Illinois Law School in Champaign before relocating to Chicago; and

WHEREAS, A second-generation Italian American, the Honorable Charles R. Bernardini grandparents came to America in 1900 from the Appenine mountains in Italy and first settled in the coal mining town of Cherry, Illinois; and

WHEREAS, During his career in public service, the Honorable Charles R. Bernardini earned the distinction of being one of the few Chicagoans who served as both a member of the Cook County Board of Commissioners and the Chicago City Council; and

WHEREAS, The Honorable Charles R. Bernardini was elected in 1986 to the Cook County Board of Commissioners and resigned in 1993 to take the position of managing director of the American Chamber of Commerce in Milan, Italy; and

WHEREAS, In 1994, the Honorable Charles R. Bernardini was asked by Mayor Daley to return to Chicago where he was appointed Alderman of the 43rd Ward, and was re-elected in 1995 and served until 1999; and

WHEREAS, As a highly respected attorney and bar leader, the Honorable Charles R. Bernardini serves as a trusted role model in the Justinian Society of Lawyers; and

WHEREAS, The Honorable Charles R. Bernardini served as president of the Italian Chamber of Commerce of Chicago from 2006 to 2009; and

WHEREAS, The hard work, sacrifice and dedication of the Honorable Charles R. Bernardini serve as an example to all; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby warmly congratulate the Honorable Charles R. Bernardini on receiving this prestigious honor; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the Honorable Charles R. Bernardini.

---

*GRATITUDE EXTENDED TO WALLACE "GATOR" BRADLEY AND ANDREW HOLMES FOR COMMUNITY INVOLVEMENT.*

[R2014-491]

WHEREAS, Betty Howard, a 58-year-old special education case manager at Gwendolyn Brooks College Prep, was tragically killed on May 29, 2014, by gunfire while working a second job as a realtor in the Chatham community; and

WHEREAS, Law enforcement authorities allege that the gunman was aiming at a rival who was driving by in a passing car when a stray bullet ripped through a wall of the real estate office and struck Betty Howard in the chest as she sat at her desk; and

WHEREAS, Two other innocent victims were injured by the spray of bullets; and

WHEREAS, On June 12, 2014, Dominque Hodrick, 23, was charged with the crime and denied bond; and

WHEREAS, Several days before the suspect was captured, Wallace "Gator" Bradley, the founder of United in Peace, and Andrew Holmes, an anti-violence activist, urged the community to assist in finding the individual responsible for her death; and

WHEREAS, Wallace "Gator" Bradley and Andrew Holmes circulated flyers bearing the name and photograph of Dominque Hodrick proclaiming him a "person of interest" in the case; and

WHEREAS, The flier stated "this brother's name is ringing in the streets" and urged the suspect or people who knew him to contact a number listed on the handout; and

WHEREAS, Wallace "Gator" Bradley and Andrew Holmes took these steps in order to help identify the perpetrator and to urge the public to join forces with law enforcement authorities in helping to solve the case; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby commend Wallace "Gator" Bradley and Andrew Holmes for their community involvement and active role in this criminal case; and

*Be It Further Resolved,* That suitable copies of this resolution be presented to Wallace "Gator" Bradley and Andrew Holmes.

---

*CONGRATULATIONS EXTENDED TO SPECIAL OLYMPICS CHICAGO ON 46TH ANNIVERSARY AND DECLARATION OF JULY 2014, AS "SPECIAL OLYMPICS CHICAGO MONTH" IN CHICAGO.*

[R2014-492]

WHEREAS, Special Olympics Chicago will celebrate its 46th anniversary during July of 2014; and

WHEREAS, Special Olympics Chicago was organized by the Honorable Anne M. Burke and supported by Eunice Kennedy Shriver and the Joseph P. Kennedy Foundation; and

WHEREAS, The first summer games were held on July 20,1968 at Soldier Field and attended by 1,000 athletes from 26 states and Canada; and

WHEREAS, The Honorable Anne M. Burke knew well the benefits of sports as it pertains to the development of individuals with special needs; and

WHEREAS, The Honorable Anne M. Burke grew up participating in Chicago Park District programs that included track, field, swimming and baton lessons; and

WHEREAS, The Honorable Anne M. Burke's work teaching children with special needs and involvement with organizations helping young people propelled her to establish Special Olympics Chicago; and

WHEREAS, Over the years the Honorable Anne M. Burke has furthered the mission of Special Olympics Chicago which is dedicated to building a community of acceptance and inclusion for all; and

WHEREAS, Special Olympics Chicago works in tandem with the Chicago Public Schools and the Chicago Park District to accomplish this goal; and

WHEREAS, Special Olympics Chicago has grown to serve more than 5,000 athletes annually through 22 different athletic competitions; and

WHEREAS, Special Olympics Chicago fosters the physical and mental health of children and adults with disabilities and provides them with sports training and competitions that allow them to share their gifts, skills, and friendship; and

WHEREAS, During more than four-and-a-half decades of service, Special Olympics Chicago has enriched the lives of countless special needs children and adults; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby recognize this important milestone and do hereby declare that the month of July 2014, shall be officially recognized as "Special Olympics Chicago Month" throughout the City of Chicago; and

*Be It Further Resolved,* That a suitable parchment copy of this resolution be presented to Susan Nicholl, Executive Director of Special Olympics Chicago.

---

*Presented By*

***ALDERMAN BURKE (14th Ward) And ALDERMAN MALDONADO (26th Ward):***

*CONGRATULATIONS EXTENDED TO CASA CENTRAL ON 60TH ANNIVERSARY.*

[R2014-493]

WHEREAS, Casa Central, one of Chicago's most respected social service agencies, will celebrate its 60th anniversary during 2014; and

WHEREAS, The Chicago City Council has been informed of this milestone by Aldermen Edward M. Burke and Roberto Maldonado; and

WHEREAS, Casa Central was founded in 1954 by a group of Hispanic pastors who originally named it the Chicago City Missionary Society and founded the organization to serve newly arrived Mexican, Cuban and Puerto Rican immigrants; and

WHEREAS, A decade later, the Reverend Daniel Alvarez was recruited to become the first Director of Casa Central; and

WHEREAS, The Reverend Daniel Alvarez reorganized the agency, assured its survival and developed new comprehensive social service programs aimed at assisting Chicago's growing Hispanic population; and

WHEREAS, Throughout his 25-year tenure as president, the Reverend Daniel Alvarez guided Casa Central's growth and left his indelible imprint on its success; and

WHEREAS, The Reverend Daniel Alvarez secured restricted and unrestricted funding, appointed the first board of directors and led the agency to become incorporated as a not-for-profit in 1968; and

WHEREAS, The Reverend Daniel Alvarez was succeeded as the head of the agency by his wife, Ann, and together the couple has presided for 50 years of leadership of the organization; and

WHEREAS, Casa Central annually reaches more than 20,000 low-income individuals throughout Chicagoland without regard to ability to pay; and

WHEREAS, Casa Central operates 14 social service programs in the largely Latino communities of Humboldt Park, Logan Square and West Town; and

WHEREAS, Beginning in 2011, Casa Central began providing home care services, CNA training and intact family programming to Chicago's Southwest Side communities out of a facility in the Archer Heights neighborhood; and

WHEREAS, Many Hispanic families with language barriers and limited resources and those intimidated by cultural differences often do not receive the help they need from the government or other social service agencies; and

WHEREAS, Casa Central's bilingual and bicultural programs have helped to build an important bridge to overcoming those barriers; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby congratulate Casa Central on the occasion of its 60th anniversary; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to Ann Alvarez, President and CEO of Casa Central.

---

*Presented By*

***ALDERMAN ZALEWSKI (23rd Ward):***

*CONGRATULATIONS EXTENDED TO RITA ZBELLA ON RETIREMENT FROM ST. RICHARD'S SCHOOL.*

[R2014-494]

WHEREAS, Since 1976 Rita Zbella has been a teacher on Chicago's Southwest Side, touching and enriching the lives of thousands of young people, and has announced her plan to retire at the end of the current school year; and

WHEREAS, The City Council has been advised of this milestone by Alderman Michael R. Zalewski of the 23rd Ward; and

WHEREAS, Ms. Zbella, born and raised on Chicago's Southwest Side, attended St. Jane De Chantal grade school and Queen of Peace High School, and married the love of her life, Larry Zbella, in 1976, and had two beautiful daughters, Kim and Kathy; and

WHEREAS, A teacher at St. Richard's School for 38 years, Ms. Zbella's contributions to her school are immeasurable. She is described by her school as a kind and supportive presence, and her contributions to a better Chicago and the influence that she had on so many young minds cannot be overstated; and

WHEREAS, Ms. Zbella looks forward to a relaxing retirement with her family and friends, filled with gardening, spending time outdoors, and being a first-time grandmother to her granddaughter, due in September of this year; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, assembled this 25th day of June 2014, do hereby honor and thank Rita Zbella for her many years of service and professional contribution to her school and her community, and we extend our congratulations and best wishes for a happy and healthy retirement and all success in her future endeavors; and

*Be It Further Resolved,* That suitable copies of this resolution be presented to Ms. Zbella as a token of our esteem and appreciation.

*Presented By*

***ALDERMAN BURNETT (27th Ward):***

*COMMEMORATION OF JOHN G. JONES FOR LIFETIME CONTRIBUTIONS TO SOCIETY.*

[R2014-495]

WHEREAS, John G. Jones was born on September 18, 1849 in Ithaca, New York, County of Tompkins; and

WHEREAS, At seven years old, his family relocated to Chicago, Illinois; and

WHEREAS, At an older age, Jones studied law under W.W. O'Brien, who is a famous criminal lawyer in Illinois. On March 24, 1881, the Supreme Court of Illinois admitted John G. Jones to the Illinois Bar; and

WHEREAS, He was later elected State Representative of the 5th District of Cook County Illinois; and

WHEREAS, John G. Jones was a member of the Most Worshipful Prince Hall Grand Lodge, F&AM, of the State of Illinois. He was initiated, passed and raised in John Jones Lodges Number 7, which was named after his uncle John Jones; and

WHEREAS, John G. Jones served as Master of his Lodge; and

WHEREAS, He was elected Grand Secretary in 1873 and 1874, and served as such until being elected as Deputy Grand Master in 1875; and

WHEREAS, In 1876, Jones was very active in Scottish Rite Masonry and instrumental in organizing the Congress of Grand Lodges organized in Chicago in 1877; and

WHEREAS, John G. Jones departed this life on July 20, 1920; now, therefore,

*Be It Resolved,* That we, the Mayor, and the members of the Chicago City Council, assembled here this 25th day of June 2014, do hereby commemorate John G. Jones for his many lifetime contributions; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the Inter-Fraternal Masonic Relations Commission.

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 633 of 921 PageID #:2896

*Presented By*

***ALDERMAN REBOYRAS (30th Ward):***

*CONGRATULATIONS EXTENDED TO ST. JAMES PARISH ON 100TH ANNIVERSARY.*

[R2014-496]

WHEREAS, St. James Church "Jakubowo", located in the Belmont-Cragin community on the Northwest Side of Chicago at 5730 West Fullerton Avenue, was founded in 1914; and

WHEREAS, The first church of St. James parish was a small store at Belden Avenue and Parkside Avenue. A small barn at the rear of the property was used as a school. Later, a larger store at 2333 North Mango Avenue was acquired for use as a church, and this building became the center of parish life. Father Kukulski purchased the entire block bounded by Altgeld Street, Fullerton Avenue, Menard Avenue, and Mango Avenue for the future development of St. James parish; and

WHEREAS, In March 1918, Father Kukulski was named an assistant at St. Adalbert Church and Reverend Francis Marcinek, a former assistant at Immaculate Conception Church in South Chicago, was appointed pastor. Under his leadership, ground was broken at 2430 North Mango Avenue for a combination church-school structure, the cornerstone of which was laid on May 11, 1919. In 1921, a rectory was built at 2418 North Mango Avenue and in 1923, the combination building was enlarged. The present convent at 2441 North Menard Avenue was completed in 1925; and

WHEREAS, On April 21, 1929, Auxiliary Bishop Bernard J. Sheil dedicated a three story brick building which had been completed at the southwest corner of Altgeld Street and Mango Avenue. The first floor of this structure was used as St. James Church; the new combination building also included eight classrooms. Shortly after the dedication, the church quarters in the old combination building at 2430 North Mango Avenue were converted into an assembly hall with meeting rooms; and

WHEREAS, Reverend Edward A. Przybylski began his long tenure as pastor of St. James Church in July 1938. With the generous support of his Polish congregation, Father Przybylski was able to finance the construction of a school addition which was dedicated by Samuel Cardinal Stritch on September 15, 1951. On that day, the Cardinal also blessed a memorial to the young men of St. James parish who had served their country during war time. The present rectory at 5730 West Fullerton Avenue was completed in 1958; and

WHEREAS, On December 30, 1962, Father Przybylski celebrated the 40th anniversary of his ordination and the 25th anniversary of his appointment as pastor of this parish; and

WHEREAS, On November 29, 1964, at the time of the of the parish's golden jubilee, the people of St. James Church had paid off the parish debt, and had contributed generously to

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 634 of 921 PageID #:2897

the fund for a new church building which in March 1968, ground for the present church was broken at the northeast corner of Fullerton and Menard Avenue; and

WHEREAS, Although the parish remains predominantly Polish, it serves the needs of all in the community. As the years have gone by, St. James has adjusted to the changing neighborhood and offers masses in English, Polish, and Spanish; and

WHEREAS, On Sunday, June 15, 2014, a Jubilee Mass will be held in celebration of their 100th anniversary; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby recognize St. James Parish on their 100th anniversary; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared for presentation to St. James Parish.

---

*Presented By*

***ALDERMAN REBOYRAS (30th Ward) And ALDERMAN ARENA (45th Ward):***

*GRATITUDE EXTENDED TO POLISH AMERICAN ASSOCIATION FOR EFFORTS AGAINST DOMESTIC VIOLENCE AND CONGRATULATIONS ON LAUNCH OF SHELTER HER.*

[R2014-497]

WHEREAS, Founded in 1922, the Polish American Association (PAA) remains the nation's only human services organization capable of providing a comprehensive and effective range of bilingual and bicultural services to the Polish community and others in need; and

WHEREAS, The Polish American Association whose mission remains serving the eclectic needs of the Polish community in this Chicago metro area, effectively doing so by providing resources for changing and vastly improving the quality of life of these Polish immigrants; and

WHEREAS, Domestic violence continues to pose a prevalent threat to our community. The PAA's implementation of the Domestic Violence Program has provided direct assistance to Polish-speaking immigrant women that are victims of domestic abuse who are unable to seek services elsewhere due to a language barrier. This organization has provided invaluable services to women of this community, such as counseling: assistance in filing police reports, assistance in obtaining civil Orders of Protection, even providing services such as art therapy to children bearing witness to violence; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 635 of 921 PageID #:2898

WHEREAS, As an advocate for domestic violence, the PAA has afforded its services to approximately 180 women and children a year, yet roughly 50 percent of those served are in need of temporary safe shelter. In order to raise awareness to this ever pressing issue, the Polish American Association will be hosting an inaugural event on the 10th day of July 2014 entitled *Shelter Her* to call attention to this special project to give women another secure option; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby congratulate the Polish American Association for all of its esteemed efforts in the fight against domestic violence and for the launch of its *Shelter Her* inaugural event for a women's shelter for the Polish American Association this July 10th 2014 A.D.; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to the Polish American Association.

---

*Presented By*

***ALDERMAN SUAREZ (31st Ward):***

*CONGRATULATIONS EXTENDED TO NICOLE ALICIA JACONETTY ON GRADUATION FROM FORDHAM UNIVERSITY.*

[R2014-498]

WHEREAS, Nicole Alicia Jaconetty graduated from Fordham University, bachelor of arts, double majoring in american studies and anthropology with a minor in political science, *magna cum laude* on May 17, 2014; and

WHEREAS, Nicole Jaconetty was honored with election to Phi Beta Kappa (Tau of New York Chapter), the oldest and most prestigious academic honor society in the United States, founded December 5, 1776; and

WHEREAS, Nicole Jaconetty earned early acceptance to the five year Fordham master's program in elections and campaign management and has already completed almost one-third of the course requirements towards her anticipated master of arts degree in May 2015; and

WHEREAS, Nicole Jaconetty was acknowledged for her campus leadership as president of the Fordham Club which is a combined honors society, fraternity, and dean's advisory council of the top 30 leaders of the graduating senior class; and

WHEREAS, Nicole Jaconetty, immediately upon completion of her undergraduate studies, embarked upon a volunteer Fordham Global Outreach "Go-Team" cultural immersion and service trip to the Navajo Nation at Shiprock, New Mexico; and

WHEREAS, Nicole Jaconetty, after returning from "Go Navajo", attended the National Education of Women Leadership Conference especially designed for young women interested in politics and government in Albany, New York; and

WHEREAS, Nicole Jaconetty studied abroad in the second semester of her junior year at the Clinton Institute for American Studies at University College in Dublin, Ireland where she distinguished herself both academically and as a member of the UCD Irish Dance Society which took first place in the 2013 National Dance Inter-varsities competition, and further broadened her education by traveling throughout Ireland and also to Belgium, England, France, Italy, Morocco, the Netherlands, Northern Ireland, Scotland, and Spain; and

WHEREAS, Nicole Jaconetty in her senior year was co-organizer of the Residential Hall Association Charity Drive for B Positive Pediatric Cancer Research, resulting in the single most successful fund-raising effort of its kind in Fordham University history; and

WHEREAS, Nicole Jaconetty was elected as secretary of Tierney Residential Hall in her freshman year, president of Finley Residential Hall in her sophomore year, and vice president of Salice-Conley Residential Hall in her senior year; and

WHEREAS, Nicole Jaconetty served as a Fordham Peer Educator and then as chair of its Marketing Committee, a University ambassador and tour guide to prospective students and families, an orientation leader and captain and then building captain for the New Student Orientation Program, a freshman advising student assistant, and as a course note-taker in the Fordham University Program for assistance to students with disabilities; and

WHEREAS, Nicole Jaconetty was immersed in numerous campus organizations which required her personal interaction and coordination of activities with three separate deans of the University at various times in her academic career; and

WHEREAS, Nicole Jaconetty worked as a summer intern at the law firm of Weitz and Luxemberg PC in New York City (2012) and in the Restorative Justice Project at The John Marshall Law School in Chicago (2011) and will serve as an intern this summer with a candidate for the New York State Assembly; and

WHEREAS, Nicole Jaconetty has represented Fordham University during local recruitment activities at St. Ignatius High School, Loyola Academy, and Regina Dominican High School; and

WHEREAS, Nicole Jaconetty was a tireless student participant in numerous campus activities, including Jubilee Reunion, Senior Week, Graduation, Campus Ministry, phonathons, and teaching swimming to neighborhood children in the Bronx; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 637 of 921 PageID #:2900

WHEREAS, Nicole Jaconetty was a member of the Fordham Gaelic Society and became co-founder and co-president of the newly created Fordham University Irish Dancers; and

WHEREAS, Nicole Jaconetty was actively engaged in intramural soccer, volleyball, dodge ball, kickball and softball; and

WHEREAS, Nicole Jaconetty was recognized by the university and her peers for her leadership, dedication, commitment, and work ethic on behalf of her fellow students and the Fordham community; now, therefore,

*Be It Resolved,* That we, the Mayor and the members of the Chicago City Council, assembled this 25th day of June 2014, do hereby express our sincere congratulations to Nicole Jaconetty on her graduation from Fordham University; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to Nicole Jaconetty.

---

*Presented By*

***ALDERMAN AUSTIN (34th Ward):***

*TRIBUTE TO LATE MILTON CARROLL MARSHALL.*

[R2014-499]

WHEREAS, God in His infinite wisdom has called Milton Carroll Marshall, most beloved citizen to his eternal reward, June 1, 2014; and

WHEREAS, This august body has been informed of his passing by the Honorable Carrie M. Austin, Alderman of the 34th Ward; and

WHEREAS, Born on January 10, 1943 in Kinston, North Carolina, Milton was the oldest of 16 children born to Raymond and Eunice Marshall; and

WHEREAS, In 1961, Milton graduated from Adkin High School, and the following year enlisted in the United States Air Force. After four years of service, he was honorably discharged from the military as a staff sergeant; and

WHEREAS, In 1966, Milton met Gwendolyn Banks in Nashville, Tennessee, then relocated to Chicago, Illinois. After 6 months of courtship, they married on June 25, 1966 and were blessed with the birth of their son, Milton, Jr. on January 4, 1968; Milton and Gwendolyn have been married 47 years and together enjoyed fashion, traveling and fine dining; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 638 of 921 PageID #:2901

WHEREAS, Milton was raised a Seventh Day Adventist in Kinston, North Carolina. In 1981, he became a member of Trinity United Church of Christ of Chicago. He loved God and supported his church; and

WHEREAS, In 1972, Milton began his occupation as a police officer with the Chicago Police Department. He was recognized for his impeccable work ethic and ultimately promoted to sergeant. During his 30 year career, he climbed the ranks to other leadership roles within the department. He was an advocate for fairness in the workplace. He was a mentor and father figure to a number of young police officers who continued to seek his advice and counsel after his retirement; and

WHEREAS, While in retirement, Milton developed a passion for bowling, and would bowl four to five nights a week. He was just as committed to bowling as he was to employment. The highlight of his bowling career was winning first place in "The Pins Over Average Tournament". He passed on his passion to his son and grandsons who are avid bowlers; and

WHEREAS, Milton is best described as a gentle giant and affectionately known to his family and friends as "Big Eazy". Everyone who knew him, personally or professionally, loved and respected him as a good man. He loved and valued, protected and provided for his family; and

WHEREAS, Milton leaves to cherish the memory of his life in addition to his mother, Eunice, age of 92; devoted wife, Gwendolyn; and son, Milton, Jr.; two grandchildren, Duane Amour and Milton Marshall, III; a special daughter, Edna Owens-Grant; two godchildren, Faraji and Akilah Williams; 14 siblings, Freddie Maurice Marshall (Deborah), Eleanor Davis (Robert), Herlis Marshall, Trecia Marshall, Beverly Ann Culler (Larry), Faye Marshall, Charlotte, Gina Jones (Clifton), Raymond Marshall, Jr., Lenoir, Mabel Houston (Dwight), Anthony Marshall, Sylvia Marshall, Sheila Marshall, Carol Guess (Edgar), Amos Tucker; sister-in-law, Dr. Geneva Washington; best friends, Hardy Williams and Lee Smith; and a host of aunts, uncles, nieces, nephews and friends. His father, Raymond and brother, Patrick preceded him in death; and

WHEREAS, Milton touched the lives of all who knew him through his generosity, unconditional love and his spirit. He will be deeply missed but the remembrance of his character, skill, and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Milton Carroll Marshall known to all as "Big Eazy" for his many lifetime contributions and do hereby extend to his family and many friends our sincere condolences; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to the family of Milton Carroll Marshall also known as "Big Eazy".

*Presented By*

***ALDERMAN SPOSATO (36th Ward):***

*CONGRATULATIONS EXTENDED TO OLGA CATELANI SUAREO ON 100TH BIRTHDAY.*

[R2014-500]

WHEREAS, Olga Catelani Suareo will be celebrating the momentous occasion of her centennial birthday on July 29, 2014 and family and friends will be gathering at Villa Brunetti on July 26, 2014 to honor her on this occasion; and

WHEREAS, The Chicago City Council has been informed of this occasion by the Honorable Nicholas Sposato, esteemed Alderman of the 36th Ward; and

WHEREAS, Olga Catelani Suareo was born and raised in Chicago, the daughter of Lazzaro and Emilia, who emigrated from Lucca, Italy, and sister of Celia, Ida and cousin Jeannette (her "third" sister); and

WHEREAS, Olga was born and raised in the Taylor Street neighborhood, being born at the family home at 918 West Hope Street and baptized at Our Lady of Pompeii Church; and

WHEREAS, Olga enjoyed a childhood rich in Italian traditions, growing up with her sisters and childhood friends Isabel, Katie, Josephine, Margie and Esther Luciani Grieco, who remained her dear lifelong friend; and

WHEREAS, At the age of 10 years, Olga began going to Hull House to borrow books in Italian for her mother which began her lifelong association with this fine institution and where she remembers conversing with Jane Addams; and

WHEREAS, Olga's first job was at the Chicago Macaroni Company where she worked with her childhood friends Esther and Isabel; and

WHEREAS, Olga met the love of her life, Joseph Suareo, at Hull House, and married him at Our Lady of Pompeii Church on November 14, 1937; and

WHEREAS, Olga and Joseph began their life together on the West Side of Chicago, raising two beautiful children, Albert and Nancy, and enjoying Olga's parents as part of their household, and meeting her lifelong friend Alice Lang; and

WHEREAS, Olga, a source of inspiration and fun, is known for her parties, her cooking, dancing, and organizing skills, inviting neighbors into her home at 2131 North Nordica in 1976 to plan the *2000 and 2100 block of N. Nordica Block Party*, which was designated an official City of Chicago Bicentennial Project, and endured for 25 years; and

WHEREAS, Olga continued to be a vibrant member of the Galewood Community for many years, always welcoming family and friends into her home and sharing her hospitality; and

WHEREAS, After losing Joseph in 1964, Olga returned to the workforce at Goldblatt's Department Store at Grand and Harlem, where she worked until it closed in 1981; and

WHEREAS, Olga continued her tradition of family and friends, having her Tuesday "Pasta Night", and enjoying her past times of traveling, playing bunco and canasta, enjoying her membership in the Good Shepherd Seniors Club and sharing her legendary spaghetti gravy, meatballs, lasagna, manicotti and her baked delights of apple slices, fruit horns, crescent cookies and sweet breads with her lucky family, friends and neighbors; and

WHEREAS, Olga has been an inspiration and a source of delight and comfort to so many, and is wished health and happiness to share with her daughter Nancy, daughter-in-law Maryann (wife of the late Albert), her grandchildren: Joseph (Lynn), Gina (Vincent), Frank, Laurie, Karen (Michel), Robert (Rosa) and her beloved great-grandchildren: Joseph, Michael, Vincent, Santo, Nicholas, Kristin, Natalie, Tyler and Grace; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here in assembly this 25th day of June 2014 A.D., do hereby offer our best wishes and convey our deep respect to Olga Catelani Suareo as she commemorates this milestone birthday; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared for presentation to Olga Catelani Suareo.

---

*Presented By*

***ALDERMAN MITTS (37th Ward):***

*TRIBUTE TO LATE PEARL ALLEN.*

[R2014-501]

WHEREAS, God in His infinite wisdom has called Pearl Allen, most beloved citizen to her eternal reward; and

WHEREAS, This august body has been informed of her passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, Pearl Allen was born January 29, 1939 in Moscow, Arkansas to the late Bennie and Alice Gather; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 641 of 921 PageID #:2904

WHEREAS, Pearl was preceded in death by her two sisters, Emma Carr and Doluster Gather; one son, Leon "Wolf" Allen; and two grandchildren, Frank Fonville, Jr. and Jason Fonville; and

WHEREAS, Pearl received her education in the Lincoln County area; and

WHEREAS, Pearl Allen confessed a hope in Christ at Shady Grove Missionary Baptist Church in 1951. She fellowshipped at Bright Star Missionary Baptist Church and later joined Bethlehem Number 2 Missionary Baptist Church, where she remained a member until her failing health; and

WHEREAS, Pearl worked at Arkansas Oak Flooring for many years; and

WHEREAS, She was united in marriage to Phil Allen for 54 years; and

WHEREAS, Pearl Allen leaves to cherish her memories her devoted husband, Phil Allen of Tarry, Arkansas; eight sons, Harold Allen of Newport, Arkansas, Phil Allen, Jr. (Dale) of McDonough, Georgia, Floyd Allen, and Jerry Allen of Pine Bluff, Arkansas, Steve Allen (Phitsamay), Bennie Allen, Tracy Allen (Kimberly) of Lawrence Kansas, and James Allen of Tarry, Arkansas; five daughters, Rose Harris and Sherry Allen of Tarry, Arkansas, Mary Fonville (Frank) of the Hooker Community, Glenda Shavers (Theodis) and Joyce Fonville of Pine Bluff, Arkansas; one brother, Bennie Gather, Jr. of Kansas City, Kansas; five sisters, Mary Fitzpatrick of Independence, Missouri, Bea Briggs of Kansas City, Missouri, Rose (Fredrick) Guy of Chicago, Illinois, Fannie Pennington (A.C.) of Pine Bluff, Arkansas, and Easter Boykin of Little Rock, Arkansas; one sister-in-law, Laura Richmond of Pine Bluff, Arkansas; 29 grandchildren; 20 great-grandchildren; and a host of loving nieces, nephews, caring relatives, friends, and her loving care giver, Mrs. Kimberly Massey; and

WHEREAS, A cherished friend and supportive family member to all, Pearl will be deeply missed but the remembrance of her character, dedication and compassion will live on in those who knew and loved her; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Pearl Allen for her many lifetime contributions and do hereby extend to her family and many friends our sincere condolences; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to the family of Pearl Allen.

---

*TRIBUTE TO LATE GRACE ANN BRUNNER.*

[R2014-502]

WHEREAS, God in His infinite wisdom has called Grace Ann Brunner, most beloved citizen to her eternal reward, January 3, 2014; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 642 of 921 PageID #:2905

WHEREAS, This august body has been informed of her passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, Grace was born on November 15, 1937 in Smithville, Texas to Harrison and Pearl Davis; and

WHEREAS, Grace was preceded in death by her parents and a stepmother, whom she loved dearly, Gibreth Davis and by her son Ronald; and

WHEREAS, Grace was early educated in Lubbock, Texas and later attended Malcolm X College in Chicago, Illinois where she received her associates degree; and

WHEREAS, Grace met and married the love of her life John Brunner and moved to Chicago. Five children were born to their union, two daughters and three sons Brenda, Velda, John, Jr. (Deborah), Ronald (deceased) and Craig; and

WHEREAS, Grace loved to shop and go to the casino but above all she loved her children and grandchildren; and

WHEREAS, In 2008, after over 40 years working for the VA Hospital in Maywood, Illinois Grace retired; and

WHEREAS, Among her survivors are Grace's daughters, Brenda and Velda; sons, John, Jr. (Deborah) and Craig; 13 grandchildren, 16 great-grandchildren; two sisters, Mary Ann Jones in Dallas, Texas and Shirley Pearl Eborn (James) in Riverside, California and a host of nieces, nephews, family and friends; and

WHEREAS, A cherished friend and supportive family member to all, Grace will be deeply missed but the remembrance of her character, dedication and compassion will live on in those who knew and loved her; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Grace Ann Brunner for her many lifetime contributions and do hereby extend to her family and many friends our sincere condolences; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to the family of Grace Ann Brunner.

---

*TRIBUTE TO LATE LACY FLEMING.*

[R2014-503]

WHEREAS, God in His infinite wisdom has called Lacy Fleming, most beloved citizen to his eternal reward, Wednesday, April 16, 2014; and

WHEREAS, This august body has been informed of his passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, Lacy was born on October 14, 1944 in Webb, Mississippi to Bettye Knox-Jakes Russ; and

WHEREAS, Lacy is preceded in death by his mother, Bettye Knox-Jakes Russ, his siblings: Willie B., Freddie B.,Danna Yvonne, Nathaniel and Joe C. Knox; and

WHEREAS, Lacy confessed a hope in Christ at an early age at Smith Chapel Missionary Baptist Church in Webb, Mississippi where he also attended elementary school; and

WHEREAS, Lacy spent most of his working years as a handyman doing odd jobs as a painter, plumber and carpenter; and

WHEREAS, Lacy enjoyed traveling, dancing, fishing, watching wrestling and tending to gardens in Chicago, Illinois and Arkansas; and

WHEREAS, He leaves to cherish his memory, four children; Doretha Kay Miller, Shahid Mario Owens, Keith Miller all of Chicago, Illinois, Vernina Jenkins of Little Rock; Arkansas, his brothers, Excell (Dorothy) Brown of Atlanta, Georgia, Ertis (Marilyn) Jakes of West Helena, Arkansas; his sisters, Bettye (Rufus) Pulphus of Chicago, Illinois, Jessie Jakes of Chicago, Illinois, Emma Mitts of Chicago, Illinois, Luethel (Leonard) Seawood of Stockton, California, Sheryl (Ira) French of Texarkana, Arkansas, Minnie Williams of Little Rock, Arkansas, Heanette (Sam) Sidney of West Helena, Arkansas, Mary Jackson of Memphis, Tennessee; and a host of nieces, nephews, cousins, and dear friends; and

WHEREAS, A cherished friend and supportive family member to all, Lacy will be deeply missed but the remembrance of his character, dedication and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved,* That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Mr. Lacy Fleming for his many lifetime contributions and do hereby extend to his family and many friends our sincere condolences; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to the family of Lacy Fleming.

---

*TRIBUTE TO LATE WILLIE RUSSELL JACKSON.*

[R2014-504]

WHEREAS, God in His infinite wisdom has called Willie Russell Jackson, most beloved citizen to his eternal reward, August 28, 2013; and

WHEREAS, This august body has been informed of his passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, Russell, fondly known as "Billy", was born on November 21, 1947 in Waukegan, Illinois to the late Russell and Daisy Bell Jackson; and

WHEREAS, Russell accepted Christ into his life at an early age. He later joined Soul Saving Missionary Baptist Church under the leadership of Reverend Ronald Wilks; and

WHEREAS, Russell was a devoted family man, active in the community, and dedicated his life to the youth as a counselor. One of his proudest accomplishments was participating in the Million Man March for Civil Rights on October 16, 1995; and

WHEREAS, He leaves to cherish his memory: his wife, Dorothy Jackson; children, Shawana Jackson and Rozele Lacy; grandchildren, Daichan, Kierra and Raiven; his siblings, Barbara Holmes, Bernice Thompson, Mamie Jackson, Frank Jackson (Annette), Earl Jackson, Mary Philips, Theresa Jones (Edward), Clisby Jackson (Patricia), and Bettye Jackson; along with a host of nieces, nephews, cousins and loving friends; and

WHEREAS, A heartfelt poem from your loving wife, daughters and granddaughters;

"A Million Times".

A million times we will miss you, A million times we will cry
If love alone could have saved you, you never would have died
In death we love you still, in our hearts you hold a place no other can fill
The golden gates stood open, God saw you needed rest
God's garden must be beautiful, for he always picks the best!!

WHEREAS, A dedicated family member and cherished friend to all, Russell will be deeply missed but the remembrance of his character, dedication and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Mr. Willie Russell Jackson for his many lifetime contributions and do hereby extend to his family and many friends our sincere condolences; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of Willie Russell Jackson.

*TRIBUTE TO LATE JOHN C. MONTGOMERY.*

[R2014-505]

WHEREAS, God in His infinite wisdom has called John C. Montgomery, most beloved citizen to his eternal reward, October 1, 2013; and

WHEREAS, This august body has been informed of his passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, John was born on June 22, 1948 in Mullins Creek, Mississippi to the late Herman and Donna Montgomery; and

WHEREAS, John was preceded in death by three sisters:  Linette Montgomery, Rosetta Montgomery and Lizzie Goodman; two sisters-in-law:  Cathleen Newson and Ardina (Willie) Sharp; one brother-in-law: L.C. Newson, Jr.; and father- and mother-in-law: L.C. and Truly B. Newsom, Sr.; and

WHEREAS, John C. Montgomery attended school in Chicago, Illinois and graduated from Skinner Elementary School and Crane High School; and

WHEREAS, On June 24, 1984, he married Carrie C. Newsom and cherished his family from that day forward; and

WHEREAS, John worked for 25 years as a cab driver in the "Windy City".  He was a hard worker who earned the respect of his peers; and

WHEREAS, At 64 years of age, John was baptized at the Chatham-Avalon Church of Christ under the spiritual guidance of Evangelist Dr. Daniel Harrison.  John served as an usher and was a faithful member until his health started declining.  He was a God-fearing man, unrelenting in his spiritual diligence as he served the Chatham Avalon Ministries Food Pantry; and

WHEREAS, Among his survivors are his loving and devoted wife Carrie C. Montgomery; six children:  John (Leslie) Montgomery, Jr., Denise Thompson, Sharon Montgomery, Sherry Roberts, Angela Parks, and Natshun Thompson; three brothers:  Herman Montgomery, Jr., David (Samantha) Montgomery and Darrell (Chandra) Montgomery; two sisters:  Yolanda Montgomery and Linda Montgomery; six sisters-in-law: Catherina Body, Lillian Smith, Fannie (Cleo) Rayford, Birtha Smallwood, Shelly Anderson and Carla Ashford; two brothers-in-law: Matthew Newson and Arthur Newson; twelve grandchildren; and eleven great grandchildren and a host of nieces, nephews, and cousins; and

WHEREAS, A cherished friend and supportive family member to all, John will be deeply missed but the remembrance of his character, dedication and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Mr. John C. Montgomery for his many lifetime contributions and do hereby extend to his family and many friends our sincere condolences; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of John C. Montgomery.

---

*TRIBUTE TO LATE GLENDA WILLIAMS SMITH.*

[R2014-506]

WHEREAS, God in His infinite wisdom has called Glenda Williams Smith, most beloved citizen to her eternal reward, Thursday, April 24, 2014; and

WHEREAS, This august body has been informed of her passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, Glenda was born on September 24, 1950 to Scott and Essie Williams in Chicago, Illinois. She was the sixth of seven children and had three children of her own, Marshall, Marshell and Martell, Sr.; and

WHEREAS, Glenda met Oliver Smith in 1988 and they wed in Holy Matrimony in August of 1993; and

WHEREAS, Glenda worked for Newark Electronics for 42 years, where she held many titles including buyer. She was due to retire in October 2014; and

WHEREAS, Glenda confessed a hope in Christ at Jordan Temple Church, under the leadership of Pastor Steven Richardson; and

WHEREAS, Glenda was always energetic and so full of life. Affectionately known as "Aunt Ginny", by her nieces and nephews. She always made time to spend with them, taking them to movies, to softball games where she played on the Newark League and plenty of fun filled sleepovers. She always made time for her family; and

WHEREAS, Glenda was faithful in taking care of her mother Essie Williams who resides in a nursing facility; and

WHEREAS, Glenda developed a passion for bowling later in life. She has been a member on several leagues and was an active member of "League of our Own" until her passing. She enjoyed reading her Kindle, trips with her husband Oliver, hosting barbecues and parties for her family and friends. Taking trips to Las Vegas and to the casino always brought a smile to her face; and

WHEREAS, Glenda was preceded in death by several people whom she held near and dear to her heart; her father, Scott Williams; one brother, Reginald Williams; two sisters-in-law, Charlette and Carol; three brothers-in-law, Horace, Al and Lewis; and one stepdaughter, Latrice; and

WHEREAS, Glenda leaves to cherish all her wonderful memories: loving husband, Oliver Smith, affectionately known as "Boosey"; mother, Essie Williams; three children, Marshall Lee, Marshell Brown (Toimail) and Martell Lee, Sr.; grandchildren, Johnnie Lee, Marcus Lee, Marshall Hodges, Martell Lee, Jr. and Deionta Gandy; two great-granddaughters, Lyric and Janylah; three sisters, Mary Trammell, Betty Parker (Cleo) of South Bend, Indiana and Linda Hillard; two brothers, Charlie Williams (Alice) and Alfred Williams; three brothers-in-law, Jackie (Pam), Steve Ray (Elaine) and Keith; two sisters-in-law, Linda and Jenell (Larry); eight stepchildren, Oliver, Jr., Dwight, Tyrone (Tamekia), Shawn, Torrence, Deloris, LaShaundra and Angelic; very special friend, Carrie Montgomery, they were friends for over 40 years and Carrie was with Glenda every day throughout her illness and a host of nieces, nephews, other relatives, family and friends; and

WHEREAS, A cherished friend and supportive family member to all, Glenda will be deeply missed but the remembrance of her character, dedication and compassion will live on in those who knew and loved her; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Glenda Williams Smith for her many lifetime contributions and do hereby extend to her family and many friends our sincere condolences; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of Glenda Williams Smith.

---

## *TRIBUTE TO LATE JAMES 'JIMMY' TAYLOR.*

[R2014-507]

WHEREAS, God in His infinite wisdom has called James "Jimmy" Taylor, most beloved citizen to his eternal reward, July 19, 2013; and

WHEREAS, This august body has been informed of his passing by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, James was born July 13, 1937 in Buna Vista, Mississippi to the late Jimmy and Ineza Taylor; and

WHEREAS, James was preceded in death by one daughter, Sheila; two sons, Frank and Robert Jr; four sisters, Lilie Mae Bean, Inez golden, Lula Oats, and Essie Lee Buck Halter; three brothers; al Taylor, Albert Boxx, and Robert Boxx; and

WHEREAS, James accepted Christ at an early age at Pleasant Grover Missionary Baptist Church; and

WHEREAS, James leaves to cherish his loving and precious memories his loving, caring, dedicated, devoted and praying wife, Ann Taylor; four children, Jimmy Dale, Roger, James Jr. and Demetrius; three sisters; Pauline Gardner, Merline Gates, Georgia Mae Wilson (Robert); 15 grandchildren; 17 great-grandchildren; two daughters-in-law; and a host of nieces, nephews, extended relatives and friends; and

WHEREAS, A cherished friend and supportive family member to all, James will be deeply missed but the remembrance of his character, dedication and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014 A.D., do hereby commemorate Mr. James "Jimmy" Taylor for his many lifetime contributions and do hereby extend to his family and many friends our sincere condolences; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of James "Jimmy" Taylor.

---

*CONGRATULATIONS EXTENDED TO JEMISON FAMILY ON FAMILY REUNION.*

[R2014-508]

WHEREAS, The family of the late beloved "Roosevelt and Ella Montague" is honored to host the Jemison Family Reunion here in the "Windy City" of Chicago, Illinois July 24th through the 27th, 2014; and

WHEREAS, This august body has been informed of this joyous occasion by the Honorable Emma Mitts, Alderman of the 37th Ward; and

WHEREAS, Dennis Jake Jemison, the patriarch of the Jemison family, was born three years after slavery on the Dickett Bibb Plantation near Hope Hull, Alabama; and

WHEREAS, Dennis attended school through the third grade and had to quit to help his mother work on the plantation. Later in life Dennis met a beautiful woman named Ella Felder at a picnic they both attended; and

WHEREAS, Dennis courted Ella by walking with her to church and picnics. Dennis asked Ella's brother, Billy, for her hand in marriage, and shortly after, they were joined in Holy Matrimony. Dennis and Ella moved to Bill Graves Plantation where they were blessed and raised five children; and

WHEREAS, Dennis became ill with Chicken Pox which in those days was a deadly disease. Dennis was sent to servant's quarters to be quarantined. Ella was told not to go near him but she knew no bounds, and refused to heed the warnings; Ella, concerned with Dennis' health, would go see him at night, to treat him with medicines consisting of axle grease, teas from his yard and sulfur mixed with lard and bring him food and water to build up his strength; and

WHEREAS, Ella's efforts, determination and prayers brought Dennis back to health and he resumed farming for many years; and

WHEREAS, The Jemison Family has a significant historical legacy of 18 branches from which the siblings of their ancestors are very proud and blessed to be a part of; and

WHEREAS, Be it known to the family members who have traveled from all over the United States just to reunite with each other in this memorable occasion, corresponding to the theme, "An Intimate Family Affair in 2014"; and

WHEREAS, During this three day weekend, they will emphasize religion, unity, love and togetherness by "Remembering the Past, Living the Present, Moving toward the Future: Dedicated to the memory of Dennis and Ella Jemison", the bearers of this great family; and

WHEREAS, May God Bless each and every one that made the sacrifice to be here and likewise those who had the desire but could not come, may his face shine upon thee and be gracious unto thee, may he lift you up and give you peace forever more; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, gathered here this 25th day of June 2014, do hereby commemorate the Jemison family on this wonderful occasion; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to the family of Jemison Family.

---

*Presented By*

***ALDERMAN LAURINO (39th Ward):***

*TRIBUTE TO LATE NICHOLAS "NICK" KEENER.*

[R2014-509]

WHEREAS, It is with great sadness that members of this chamber learned of the passing of Nicholas "Nick" Keener on May 31, 2014, at the age of 16; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 650 of 921 PageID #:2913

WHEREAS, The City Council has been informed of his passing by the Honorable Margaret Laurino, Alderman of the 39th Ward; and

WHEREAS, Born on June 16, 1997, Nick's untimely death leaves us all with a profound sense of loss and tragedy; especially his loving family, mother Marci (Nathan Van Slyke) and father Howard Keener; loving brother of Ryan Keener and Matthew Gerlach; cherished grandson of Jeanne and Robert Schmidt, Clyde Keener and the late Jean McNeela; dearest nephew of David Keener (Lori) and Linda (the late Mike) Mackey and great nephew of Maureen Duhart and Michael Lyng; dear godson of Michelle (Mike) Strlek and Kevin (Maria) Mackey; fond cousin of many and friend to all who had the pleasure of knowing him; and

WHEREAS, Nick touched the lives of many through his kindness, his heart and his spirit; despite our sorrow, we continue to preserve and glorify Nick's life; and

WHEREAS, Nicholas "Nick" Keener will be deeply missed, but the memory of his character, intelligence and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby commemorate Nicholas "Nick" Keener and extend our deepest sympathy and sincere condolences to his family and friends; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of Nicholas "Nick" Keener.

---

*TRIBUTE TO LATE WILLIAM H. LUKING.*

[R2014-510]

WHEREAS, It is with great sadness that members of this chamber learned of the death of William H. Luking, on June 12, 2014, at the age of 66; and

WHEREAS, The City Council has been informed of his passing by the Honorable Margaret Laurino, Alderman of the 39th Ward; and

WHEREAS, Born on August 7, 1947, Luking, as he was fondly called by all who knew him, was the beloved eldest son of the late Lowell and the late Elizabeth McCarthy Luking; loving brother of Laura (Peter) Jamison and Meg Luking of Indianapolis; Mary Anne Morris (the late Samuel C.), Beth Luking, Gene (Debbie) Luking, Joe (Johnnie) Luking, Charlene (Larry) Wood and Rosemary (Jay) Card, all of Connersville; cherished uncle of 13 nieces and nephews and 13 great-nieces and great-nephews; treasured companion of Claire Manning for the past several years; and friend to all who had the pleasure of knowing him. Luking leaves a legacy of faith, compassion, dignity and love; and

WHEREAS, Luking was a 1965 graduate of Connersville High School; 1969 cum laude graduate of the University of Notre Dame; 1972 graduate of Northwestern University Law School, where he edited the prestigious criminal law journal; and

WHEREAS, His family has fond memories of watching him as a participant on GE College Bowl, a popular academic TV game show that ran for years. Unfortunately, the men from Notre Dame lost to the brainy women of Bryn Mawr that day; and

WHEREAS, He chose to stay in Chicago after graduating from law school, eventually founding his own firm, Luking and Associates, and becoming an influential lobbyist for the City of Chicago and other clients. Representing his beloved City in the legislature in Springfield beginning in 1988 involved him in numerous significant issues affecting Chicago and its relationship with state government, focusing on complex matters in taxation, appropriations, economic development, public pensions and public transit. He also represented the Chicago Public Schools, the Chicago Park District, Chicago City Colleges, and the Chicago Transportation Authority and most recently he was involved in matters concerning the expansion of Soldier Field, negotiations resulting in Boeing's move to Chicago, the privatization of Midway Airport, legislation needed to support the proposed Olympic Games, as well as the special pride that he had in his work for the Chicago Botanical Garden. Truly loving his legal and political work, he felt blessed to be a part of Chicago's business and busyness. An often quoted line goes something like -- "Find something you love to do and you'll never work a day in your life"; and

WHEREAS, Mayor Rahm Emmanuel had asked Luking to hold his proxy on the board of directors of the Illinois Municipal League, in addition, he also served on numerous and varied working groups for the Illinois State Legislature and the Illinois State Board of Elections. For 30 years he was relied upon by multiple generations of Springfield insiders and participants. His friends and associates ranged from young interns and lawyers eager to learn the ropes to seasoned legislators who sought him out for his excellent memory of legislative matters from decades earlier; and

WHEREAS, Luking, who touched the lives of all who knew him through his kindness, generosity, heart and spirit, was an active and vital member of his community, serving in the United States Army Reserves, where he held a commission as a first lieutenant; performing pro bono work to secure funding and support for the Chicago Christian Industrial League, Tuesday's Child, the Howard Area Community Association, the Chicago Children's Advocacy Center, and the Southwest Youth Collaborative; and

WHEREAS, Luking will be deeply missed, but the memory of his character, intelligence and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby express our sorrow on the death of William H. Luking and extend to his family and friends our deepest sympathy; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of William H. Luking.

---

*TRIBUTE TO LATE DONALD E. RITT.*

[R2014-511]

WHEREAS, It is with great sadness that members of this chamber learned of the death of Donald E. Ritt, aka Dyno, on June 6, 2014, at the age of 63; and

WHEREAS, The City Council has been informed of his passing by the Honorable Margaret Laurino, Alderman of the 39th Ward; and

WHEREAS, Born on April 25, 1951, Dyno was a loving and devoted Pops of Lisa (Jesse Roman) Kennedy, Derek (Debbie) Roberts and Donald Ritt, Jr.; protective and doting grandfather of Phoebe Roberts; admirable brother of Mary Ann (Mario) Farias, Cindy Ritt and James Ritt; eccentric uncle of Jennifer, Matthew, Michael and Cailey; also, great-uncle and gentle caring friend to countless individuals who had the pleasure of knowing him. Dyno leaves a legacy of faith, dignity and love; and

WHEREAS, Dyno, known for his amazing soul, touched the lives of all who knew him through his kindness, generosity, heart and miraculous spirit. Always giving of himself and never expecting anything in return except to pay it forward; and

WHEREAS, Dyno, loved by so many, will be deeply missed but the memory of his character, intelligence and compassion will live on in those who knew and loved him; now, therefore,

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, gathered here this 25th day of June 2014, do hereby express our sorrow on the death of Donald E. Ritt, aka Dyno and extend to his family and friends our deepest sympathy; and

*Be It Further Resolved,* That a suitable copy of this resolution be presented to the family of Donald E. Ritt.

---

*CONGRATULATIONS EXTENDED TO ARUN SAMPANTHAVIVAT AND ARUN'S RESTAURANT ON VARIOUS ACCOMPLISHMENTS.*

[R2014-512]

WHEREAS, Department of International Trade Promotion, Ministry of Commerce, the Royal Thai Government, has launched the "Thai SELECT" program to certify and promote authentic Thai cuisine around the world; and

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 653 of 921 PageID #:2916

WHEREAS, Arun's Thai Restaurant, located in the heart of Chicago's Irving Park community, has proudly displayed the Thai Select Premium status since December 2012, indicates a degree of excellence of 5-star or higher. The label is granted to restaurants that offer authentic Thai food of premium quality with luxury decorations and outstanding services; and

WHEREAS, Arun's outstanding and authentic food and hospitality has earned it every conceivable honor, including the James Beard's Foundation's Best Chef in the Midwest, the AAA Motor Club's highest five star rating, the "Check, Please" award, the Award of Excellence from Wine Spectator, the Award for Outstanding Achievement in Service Elegance and Quality, and many more; and

WHEREAS, Arun Sampanthavivat, the executive chef and owner of Arun's, is the true definition of a renaissance man. After being born and raised in Thailand, Arun studied in Germany and Japan before coming to Hyde Park, where he earned a master's degree in political science from The University of Chicago. Arun started the restaurant while still a student, and went on to become a world-renowned self-taught chef, poet and composer; and

WHEREAS, Not content with his many accomplishments, Arun and his collaborators are bringing the Thai Town Center to Albany Park, to serve as a beacon of Thai culture and cuisine for the whole community to enjoy; now, therefore,

*Be It Resolved,* That we, the Mayor and City Council of Chicago, gathered this 25th day of June 2014, congratulate Arun Sampanthavivat on his many accomplishments, and thank him for adding to the renown of both Thailand and Chicago; and

*Be It Further Resolved,* That a suitable copy of this resolution be prepared and presented to Arun Sampanthavivat.

---

*Presented By*

***ALDERMAN O'CONNOR (40th Ward):***

*CONGRATULATIONS EXTENDED TO ROBERT TAMILLO ON RETIREMENT FROM CITY COLLEGES OF CHICAGO.*

[R2014-513]

WHEREAS, On the 30th day of June, 2014, Robert Tamillo, associate director of Facilities Planning for the City Colleges of Chicago, will retire after 37 years of combined service dedicated to all facets of architecture, engineering and construction within educational and hospital facilities in the State of Illinois; and

WHEREAS, After graduating Gordon Technical High School in 1965, he attended college at UIC to become a draftsman until he was drafted into the Army in 1968; and

WHEREAS, Robert served as a draftsman and engineer assigned to the Army Headquarters in Fort Benning, Columbus, Georgia, before being sent to Vietnam, where he served honorably designing defensive outposts for U.S. Army barracks and supply depots; and

WHEREAS, Upon returning from the war in 1970, Robert started his career as a senior draftsman at UIC where he served for 9 years designing many of the early science labs and building infrastructure before moving to Rush St. Luke's Hospital to serve as an architectural engineer for 7 years where he designed the first MRI lab; and

WHEREAS, Robert married his longtime girlfriend Bonnie in August of 1979, had their first child Lauren in February of 1984, and their second child Andrea on October 8,1986, the same day he started his career with the City Colleges of Chicago; and

WHEREAS, Among Robert's many personal accomplishments he won a 1957 Ford Fairlane 500 at the age of 10 on the Morris B Sachs Amateur Hour Radio Show for his singing of Somewhere Over the Rainbow, was the Chicagoland Duncan Yo-Yo Champion in 1960, the Number 2 ranked pool player in Chicago in 1967, the 1983 Chicago Champion 9-ball Pool Player, played a cameo role in The Color of Money in 1986 alongside Paul Newman and Tom Cruise, and to this date remains one of Chicago's top pool players; and

WHEREAS, In completing over 400 projects from design to construction for the City Colleges of Chicago, Robert has trained, educated and impressed many construction managers, professionals and administrators wherein he has always believed that knowledge not shared is knowledge wasted; and

WHEREAS, Robert has given his heart, soul, passion, and brilliance to the design and construction of those numerous projects that will remain tributes to his career; and

WHEREAS, Robert will be forever loved and cherished by those who have been fortunate enough to recognize and absorb his genius; now, therefore;

*Be It Resolved*, That we, the Mayor of the City of Chicago and members of the City Council, gathered this 25th day of June 2014, wish to thank Robert Tamillo for the many contributions he has made to the City Colleges of Chicago throughout his illustrious career and wish him happiness in his retirement as he enjoys spending time with his family; and

*Be It Further Resolved*, That a suitable copy of this resolution be prepared and presented to Robert Tamillo.

*Presented By*

***ALDERMAN PAWAR (47th Ward):***

*TRIBUTE TO LATE YURI KOCHIYAMA.*

[R2014-514]

WHEREAS, Japanese-American Activist Yuri Kochiyama has gone to eternal rest at the age of 93; and

WHEREAS, Yuri Kochiyama was born in 1921 in San Pedro, California to loving Japanese immigrant parents seeking great opportunity in a fair and open society; and

WHEREAS, That dream was unjustly disrupted during World War II when the U.S. Government forcibly relocated her family, along with 120,000 others of Japanese ancestry, in an internment camp in Jerome, Arkansas for two years; and

WHEREAS, It was during the struggle for basic human rights and human dignity within the internment camp which led Yuri to see the similarities between the treatment of Japanese-Americans in World War II and African Americans in the Jim Crow South and urban poverty in the North that inspired her to dedicate her life to activism on behalf of marginalized communities; and

WHEREAS, Yuri leaves behind a legacy of courage and strength, and her lifelong passion for justice and dedication to social and racial justice continue to inspire so many today including the Asian-American community of Chicago; and

WHEREAS, The City of Chicago is inspired by her leadership and her unwavering commitment to building coalitions to remedy injustices and improve the quality of life and opportunities of all Americans, regardless of background; and

WHEREAS, The Honorable Ameya Pawar, Alderman of the 47th Ward and Chairman of the Chicago City Council Asian American Caucus, has informed this honorable body of the passing of Yuri Kochiyama; now, therefore,

*Be It Resolved*, That we, the Mayor and the members of the Chicago City Council, gathered together this 25th day of June 2014 A.D., do hereby express our sincerest sorrow upon learning of the passing of Yuri Kochiyama and honor her legacy of life-long to dedication to the pursuit of social justice, not only for the Asian American, but for all communities of color in the United States; and

*Be It Further Resolved*, that a suitable copy of this resolution be prepared and presented to the family of Yuri Kochiyama.

## *MATTERS PRESENTED BY THE ALDERMEN.*

***(Presented By Wards, In Order, Beginning With The First Ward)***

Arranged under the following subheadings:

1. Traffic Regulations, Traffic Signals and Traffic-Control Devices.
2. Zoning Ordinance Amendments.
3. Claims.
4. Unclassified Matters (arranged in order according to ward numbers).
5. Free Permits, License Fee Exemptions, Cancellation of Warrants for Collection and Water Rate Exemptions, Et Cetera.

---

### *1. TRAFFIC REGULATIONS, TRAFFIC SIGNS AND TRAFFIC-CONTROL DEVICES.*

---

*Referred* -- ESTABLISHMENT OF LOADING ZONES.

The aldermen named below presented proposed ordinances to establish loading zones at the locations designated and for the distances and times specified, which were *Referred to the Committee on Pedestrian and Traffic Safety,* as follows:

| Alderman | Location, Distance And Time |
|---|---|
| *MORENO* (1st Ward) | North Ashland Avenue, at 1141 -- 20 feet -- 8:00 A.M. to 2:00 A.M. -- Monday through Thursday, 8:00 A.M. to 3:00 A.M. -- Friday and Saturday and 8:00 A.M. to 12:00 A.M. -- Sunday; [O2014-5025] |
| | North California Avenue, at 2204 -- 20 feet -- 9:00 A.M. to 3:00 A.M. -- all days; [O2014-5019] |

| Alderman | Location, Distance And Time |
|---|---|
| *SOLIS* (25th Ward) | West Taylor Street, at 1039 -- 20 feet -- 15 minute loading zone with flashing lights -- 10:00 A.M. to 7:00 P.M. -- all days; [O2014-5065] |
| *BURNETT* (27th Ward) | North Green Street, at 102 -- 108, between West Washington Street and West Randolph Street -- 9:00 A.M. to 3:00 A.M. -- all days; [O2014-5066] |
| | North Green Street, at 201 -- 209, between West Lake Street and West Fulton Street -- 6:00 A.M. to 3:00 A.M. -- all days; [O2014-5061] |
| | West Lake Street, at 820 -- 824, between North Halsted Street and North Green Street -- 6:00 A.M. to 3:00 A.M. -- all days; [O2014-5062] |
| *ERVIN* (28th Ward) | North Keeler Avenue, at 7 -- one vehicle parking space -- 6:00 A.M. to 6:00 P.M. -- Monday through Friday; [O2014-5069] |
| *GRAHAM* (29th Ward) | West Madison Street, at 5926: expand 50 feet from northeast corner of West Madison Street and Mason Avenue -- 7:00 A.M. to 9:00 P.M. -- Monday through Friday; [O2014-5071] |
| *COLÓN* (35th Ward) | North Milwaukee Avenue, at 2957 -- 30 feet -- no parking loading zone -- 10:00 A.M. to 8:00 P.M. -- Monday through Sunday; [O2014-5107] |
| *SPOSATO* (36th Ward) | West North Avenue, at 6454 -- 15 minute loading zone -- use flashing lights -- tow-away zone after 15 minutes -- 9:00 A.M. to 6:00 P.M. -- Monday through Saturday; [O2014-5086] |

| Alderman | Location, Distance And Time |
|---|---|
| *CULLERTON* (38th Ward) | West Montrose Avenue, at 6117 -- 40 feet -- two vehicle parking spaces -- 6:00 A.M. to 12:00 A.M. -- all days; [O2014-5092] |
| *REILLY* (42nd Ward) | North LaSalle Drive (east side) from a point 20 feet north of West Hubbard Street to a point 75 feet north thereof -- no parking loading zone except 4:00 P.M. to 6:30 P.M. -- Monday through Friday (public benefit); [O2014-5282] |
| | East Oak Street, at 104 -- 35 feet -- 15 minute loading zone -- 11:00 A.M. to 2:00 A.M. -- all days; [O2014-5207] |
| *SMITH* (43rd Ward) | West Belden Avenue (north side) (in front of 322 West Belden Avenue) from a point 105 feet east of North Commonwealth Avenue to a point 25 feet east thereof -- 25 feet -- no parking 15 minute loading zone -- all days; [O2014-5299] |
| | North Lincoln Avenue (north side) from a point 270 feet north of North Halsted Street to a point 18 feet north thereof -- 18 feet -- no parking loading zone -- 8:00 A.M. to 2:00 A.M. -- all days. [O2014-5289] |

---

*Referred* -- AMENDMENT OF LOADING ZONES.

The aldermen named below presented proposed ordinances to amend previously passed ordinances which established loading zones on portions of specified public ways, which were *Referred to the Committee on Pedestrian and Traffic Safety,* as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 659 of 921 PageID #:2922

| Alderman | Location, Distance |
|---|---|
| *SAWYER* (6th Ward) | Removal of 15 minute loading zone with flashing lights at 8441 South St. Lawrence Avenue -- 25 feet -- all days; [O2014-5003] |
| | Amend loading zone at 6950 South Vincennes Avenue -- 30 feet -- 15 minute loading zone with flashing lights -- Sunday through Saturday to reserved parking/public benefit; [O2014-5005] |
| *CHANDLER* (24th Ward) | Amend ordinance by striking: "West Cermak Road, at 3020 -- 24 feet -- no parking loading zone" and inserting in lieu thereof -- "West Cermak Road, at 3020 -- 20 feet -- no parking loading zone"; [O2014-5059] |
| *BURNETT* (27th Ward) | Amend no parking loading zone on North Milwaukee Avenue, at 488, between North Halsted Street and North Union Avenue -- no parking loading zone -- at all times -- all days; [O2014-5064] |
| *SUAREZ* (31st Ward) | Repeal ordinance passed by the City Council February 6, 1991 (*Journal of the Proceedings of the City Council of the City of Chicago,* page 30511) which established: "No parking loading zone on North Leclaire Avenue (east side) from a point 20 feet north of West Fullerton Avenue, to a point 40 feet north thereof -- 8:00 A.M. to 6:00 P.M. -- Monday through Saturday"; [O2014-5081] |
| *CULLERTON* (38th Ward) | Amend ordinance by striking: "North Long Avenue, from West Berenice Avenue to West Dakin Street (west side)"; [O2014-5094] |
| *LAURINO* (39th Ward) | Amend ordinance by striking: "6305 North Keystone Avenue (at Rosemont) -- no parking -- 8:00 A.M. to 10:00 A.M."; [O2014-5102] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 660 of 921 PageID #:2923

| Alderman | Location, Distance |
| --- | --- |
| *P. O'CONNOR* (40th Ward) | Amend ordinance by striking: "North Damen Avenue, at 5211 -- no parking loading zone -- limited time -- tow-away zone"; [O2014-5104] |
| *SILVERSTEIN* (50th Ward) | Amend loading zone at North Maplewood Avenue, at 6348 -- 20 feet -- 7:00 A.M. to 10:00 P.M. -- Monday through Sunday. [O2014-5552] |

*Referred* -- AMENDMENT OF TRAFFIC MOVEMENT ON PORTION OF WEST WICKER PARK AVENUE.

[O2014-5032]

Alderman Moreno (1st Ward) presented a proposed ordinance to amend an ordinance passed by the City Council on March 9, 1983 (*Journal of the Proceedings of the City Council of the City of Chicago*, page 16369) by striking: "West Wicker Park Avenue in the 1300 block -- westerly" and inserting in lieu thereof: "West Wicker Park Avenue in the 1300 block -- westerly except bicycles", which was *Referred to the Committee on Pedestrian and Traffic Safety.*

*Referred* -- INSTALLATION OF PARKING METERS AT VARIOUS LOCATIONS.

Alderman Reilly (42nd Ward) presented proposed ordinances authorizing the Director of Revenue to give consideration to the installation of parking meters at the locations specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

North Union Avenue, from West Fulton Street to West Wayman Street (east side);

[O2014-5274]

North Union Avenue, from West Fulton Street to West Lake Street.

[O2014-5223]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 661 of 921 PageID #:2924

*Referred* -- INSTALLATION AND REMOVAL OF PARKING METERS AT VARIOUS LOCATIONS.

The aldermen named below presented proposed ordinances directing the City Comptroller to install and remove parking meters at the locations specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location And Distance |
|---|---|
| *MORENO* (1st Ward) | Repeal the ordinance passed on February 13, 2013 (*Journal of the Proceedings of the City Council of the City of Chicago,* page 46821), which established three metered parking spaces on the east side of North Wolcott Avenue, from West Division Street north to driveway (1201 to 1213 North Wolcott Avenue); [O2014-5029] |
| *CULLERTON* (38th Ward) | Install parking meters on West Irving Park Road (north side) from North Lockwood Avenue to North Long Avenue and remove parking meters at 3900 block of North Austin Avenue (both sides). [O2014-5097] |

*Referred* -- PROHIBITION OF PARKING AT ALL TIMES.
(Except For Disabled)

The aldermen named below presented proposed ordinances and orders to prohibit the parking of vehicles at all times at the locations designated and for the distances specified, which were *Referred to the Committee on Pedestrian and Traffic Safety,* as follows:

| Alderman | Location And Distance |
|---|---|
| *MORENO* (1st Ward) | West Crystal Street, at 1910 (Handicapped Parking Permit 92643); [O2014-5315] |

| Alderman | Location And Distance |
|---|---|
| | West Huron Street, at 1727 (Handicapped Parking Permit 89943); [O2014-5311] |
| *BURNS* (4th Ward) | South Champlain Avenue, at 4804 (Handicapped Parking Permit 92832); [O2014-5328] |
| | South Drexel Avenue, at 4906 (Handicapped Parking Permit 92836); [O2014-5326] |
| | East 47th Place, at 825 (Handicapped Parking Permit 83680); [O2014-5327] |
| | East 50th Place, at 731 (Handicapped Parking Permit 78954); [O2014-5324] |
| *SAWYER* (6th Ward) | South Calumet Avenue, at 7634 (Handicapped Parking Permit 92585); [O2014-5334] |
| | South Indiana Avenue, at 9717 (Handicapped Parking Permit 92301); [O2014-5329] |
| | South Vernon Avenue, at 8031 (Handicapped Parking Permit 91046); [O2014-5332] |
| | East 72nd Street, at 436 (Handicapped Parking Permit 92592); [O2014-5338] |
| | East 81st Street, at 417 (Handicapped Parking Permit 92303); [O2014-5340] |
| *HOLMES* (7th Ward) | South Marquette Avenue, at 8103 (Handicapped Parking Permit 93690); [O2014-4972] |
| | South Marquette Avenue, at 8646 (Handicapped Parking Permit 92291); [O2014-4971] |

| Alderman | Location And Distance |
|---|---|
| | South Muskegon Avenue, at 8049 (Handicapped Parking Permit 90867); [O2014-4970] |
| *HARRIS* (8th Ward) | South Clyde Avenue, at 7950 (Handicapped Parking Permit 93242); [O2014-5360] |
| | South Dante Avenue, at 8151 (Handicapped Parking Permit 93246); [O2014-5361] |
| | South Dorchester Avenue, at 8831 (Handicapped Parking Permit 95400); [O2014-5365] |
| | South Dorchester Avenue, at 8215 (Handicapped Parking Permit 94276); [O2014-5354] |
| | South Harper Avenue, at 8847 (handicapped permit parking); [O2014-5572] |
| | South Kimbark Avenue, at 7329 (Handicapped Parking Permit 95407); [O2014-5366] |
| | South Merrill Avenue, at 8834 (Handicapped Parking Permit 93230); [O2014-5384] |
| | South University Avenue, at 9820 (Handicapped Parking Permit 93248); [O2014-5359] |
| | East 86th Place, at 1639 (Handicapped Parking Permit 94280); [O2014-5363] |
| *BEALE* (9th Ward) | South Calumet Avenue, at 9612 (Handicapped Parking Permit 91440); [O2014-5424] |
| | South Corliss Avenue, at 10344 (Handicapped Parking Permit 91434); [O2014-5411] |
| | South Dr. Martin Luther King, Jr. Drive, at 10040 (Handicapped Parking Permit 84802); [O2014-5396] |

| Alderman | Location And Distance |
|---|---|
| | South Prairie Avenue, at 10110 (Handicapped Parking Permit 83067); [O2014-5418] |
| | South Prairie Avenue, at 10128 (Handicapped Parking Permit 91460); [O2014-5403] |
| | South Prairie Avenue, at 10327 (Handicapped Parking Permit 83068); [O2014-5431] |
| | South Rhodes Avenue, at 10611 (Handicapped Parking Permit 91436); [O2014-5429] |
| | South Rhodes Avenue, at 10619 (Handicapped Parking Permit 91549); [O2014-5381] |
| | South State Street, at 10605 (Handicapped Parking Permit 91453); [O2014-5414] |
| | South Vernon Avenue, at 10411 (Handicapped Parking Permit 84803); [O2014-5438] |
| | South Vernon Avenue, at 10950 (Handicapped Parking Permit 91425); [O2014-5421] |
| | South Wallace Street, at 9941 (Handicapped Parking Permit 91451); [O2014-5400] |
| | East 87th Place, at 421 (Handicapped Parking Permit 91674); [O2014-5469] |
| | East 89th, at 414 (Handicapped Parking Permit 91439); [O2014-5427] |
| | West 100th Street, at 343 (Handicapped Parking Permit 92854); [O2014-5440] |
| | West 100th Street, at 441 (Handicapped Parking Permit 89604); [O2014-5392] |
| | East 102nd Street, at 44 (Handicapped Parking Permit 91445); [O2014-5409] |
| | East 113th Place, at 12 (Handicapped Parking Permit 91442); [O2014-5435] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 665 of 921 PageID #:2928

| Alderman | Location And Distance |
|---|---|
| *POPE* (10th Ward) | South Avenue O, at 11204 (install signs at 3425 East 112th Street) (Handicapped Parking Permit 92281); [O2014-5137] |
| | South Muskegon Avenue, at 8610 (Handicapped Parking Permit 92999); [O2014-5132] |
| *BALCER* (11th Ward) | South Lock Street, at 3022 (Handicapped Parking Permit 92802); [O2014-5703] |
| | South Loomis Street, at 2974 (Handicapped Parking Permit 92817); [O2014-5704] |
| *QUINN* (13th Ward) | South Kostner Avenue, at 6835 (Handicapped Parking Permit 94162); [O2014-5154] |
| | South Massasoit Avenue, at 6218 (Handicapped Parking Permit 92739); [O2014-5152] |
| | South Merrimac Avenue, at 6004 (Handicapped Parking Permit 94152); [O2014-5158] |
| | South Nagle Avenue, at 6271 (Handicapped Parking Permit 94161); [O2014-5160] |
| | South Normandy Avenue, at 6032 (Handicapped Parking Permit 93207); [O2014-5151] |
| | West 70th Street, at 3610 (Handicapped Parking Permit 94144); [O2014-5156] |
| *BURKE* (14th Ward) | South Major Avenue, at 5127 (Handicapped Parking Permit 92093); [O2014-5702] |
| | South Sacramento Avenue, at 5638 (Handicapped Parking Permit 94815); [O2014-5672] |

| Alderman | Location And Distance |
|---|---|
| | South Trumbull Avenue, at 4311 (Handicapped Parking Permit 84481); [O2014-5673] |
| *FOULKES* (15th Ward) | South Mozart Street, at 4322 (Handicapped Parking Permit 92359); [O2014-5168] |
| | South Oakley Avenue, at 6343 (Handicapped Parking Permit 93831); [O2014-5163] |
| | South Richmond Street, at 4602 (Handicapped Parking Permit 93075); [O2014-5166] |
| | South Winchester Avenue, at 5812 (Handicapped Parking Permit 92378); [O2014-5172] |
| | South Wood Street, at 4608 (Handicapped Parking Permit 93821); [O2014-5170] |
| | West 45th Street, at 1823 (Handicapped Parking Permit 92977); [O2014-5165] |
| | West 50th Street, at 2133 (Handicapped Parking Permit 92852); [O2014-5167] |
| *THOMPSON* (16th Ward) | South Albany Avenue, at 6038 (Handicapped Parking Permit 65615); [O2014-5191] |
| | South Claremont Avenue, at 6418 (Handicapped Parking Permit 92376); [O2014-5175] |
| | South Claremont Avenue, at 6619 (Handicapped Parking Permit 92361); [O2014-5177] |
| | South Damen Avenue, at 5209 (Handicapped Parking Permit 91992); [O2014-5174] |
| | South Honore Street, at 5219 (Handicapped Parking Permit 92859); [O2014-5186] |

| Alderman | Location And Distance |
|---|---|
| | South Hoyne Avenue, at 4942 (Handicapped Parking Permit 92440); [O2014-5190] |
| | South Maplewood Avenue, at 5816 (Handicapped Parking Permit 92861); [O2014-5176] |
| | South May Street, at 6529 (Handicapped Parking Permit 92865); [O2014-5183] |
| | South Mozart Street, at 5518 (Handicapped Parking Permit 92372); [O2014-5193] |
| | South Washtenaw Avenue, at 5735 (Handicapped Parking Permit 89689); [O2014-5188] |
| | South Whipple Street, at 6013 (Handicapped Parking Permit 73847); [O2014-5194] |
| | West 59th Place, at 3451 (Handicapped Parking Permit 91926); [O2014-5196] |
| | West 60th Street, at 2951 (Handicapped Parking Permit 93819); [O2014-5198] |
| | West 61st, at 1240 (Handicapped Parking Permit 89694); [O2014-5179] |
| *THOMAS* (17th Ward) | South Bishop Street, at 7764 (Handicapped Parking Permit 93186); [Or2014-318] |
| | South Marshfield Avenue, at 7545 (Handicapped Parking Permit 93168); [Or2014-334] |
| | South Mozart Street, at 6410 (Handicapped Parking Permit 93824); [Or2014-315] |
| | South Peoria Street, at 7707 (Handicapped Parking Permit 93169); [Or2014-317] |
| | South Winchester Avenue, at 6831 (Handicapped Parking Permit 93152); [Or2014-316] |

| Alderman | Location And Distance |
|---|---|
| *LANE* (18th Ward) | South Francisco Avenue, at 7937 (Handicapped Parking Permit 91745); [O2014-5747] |
| | South Hamilton Avenue, at 7534 (Handicapped Parking Permit 89728); [O2014-5241] |
| | South Honore Street, at 7612 (Handicapped Parking Permit 90754); [O2014-5247] |
| | South Hoyne Street, at 7843 (Handicapped Parking Permit 89720); [O2014-5244] |
| | South Richmond Street, at 7231 (Handicapped Parking Permit 91750); [O2014-5255] |
| | South Rockwell Street, at 6920 (Handicapped Parking Permit 91746); [O2014-5746] |
| | South Talman Avenue, at 8203 (Handicapped Parking Permit 91739); [O2014-5748] |
| | South Washtenaw Avenue, at 7120 (Handicapped Parking Permit 89724); [O2014-5243] |
| | West 84th Place, at 3629 (Handicapped Parking Permit 91314); [O2014-5251] |
| *O'SHEA* (19th Ward) | South Talman Avenue, at 11314 (handicapped permit parking); [O2014-5574] |
| *COCHRAN* (20th Ward) | South Bishop Street, at 5332 (Handicapped Parking Permit 93402); [O2014-5674] |
| | South Evans Avenue, at 6148 (Handicapped Parking Permit 91129); [O2014-5677] |
| | South Ingleside Avenue, at 6318 (Handicapped Parking Permit 90965); [O2014-5679] |

| Alderman | Location And Distance |
|---|---|
| | South St. Lawrence Avenue, at 6240 (Handicapped Parking Permit 70452); [O2014-5680] |
| | South Loomis Street, at 5024 (Handicapped Parking Permit 92870); [O2014-5676] |
| | South Normal Avenue, at 6416 (Handicapped Parking Permit 93419); [O2014-5682] |
| | South Prairie Avenue, at 6705 (Handicapped Parking Permit 93405); [O2014-5675] |
| | South Racine Avenue, at 4826 (Handicapped Parking Permit 90950); [O2014-5683] |
| | South Vernon Avenue, at 6424 (Handicapped Parking Permit 82693); [O2014-5678] |
| | South Woodlawn Avenue, at 6511 (Handicapped Parking Permit 91125); [O2014-5681] |
| *BROOKINS* (21st Ward) | South Bishop Street, at 8634 (Handicapped Parking Permit 92106); [O2014-5684] |
| *MUÑOZ* (22nd Ward) | South Kedvale Avenue, at 2719 (Handicapped Parking Permit 92342); [O2014-5687] |
| | South Keeler Avenue, at 3016 (Handicapped Parking Permit 92344); [O2014-5686] |
| *ZALEWSKI* (23rd Ward) | South Meade Avenue, at 5328 (Handicapped Parking Permit 94379); [O2014-5654] |
| | South Nashville Avenue, at 5447 (Handicapped Parking Permit 91105); [O2014-5690] |

| Alderman | Location And Distance |
|---|---|
| | South Parkside Avenue, at 6036 (Handicapped Parking Permit 94843); [O2014-5692] |
| | West 56th Street, at 3647 (Handicapped Parking Permit 94845); [O2014-5689] |
| | West 59th Street, at 3627 (Handicapped Parking Permit 94844); [O2014-5691] |
| | West 65th Street, at 3636 (Handicapped Parking Permit 94150); [O2014-5688] |
| *CHANDLER* (24th Ward) | South Lawndale Avenue, at 1848 (Handicapped Parking Permit 93108); [O2014-5693] |
| | South St. Louis Avenue, at 1948 (Handicapped Parking Permit 93105); [O2014-5694] |
| | West 21st Place, at 4250 (Handicapped Parking Permit 93117); [O2014-5695] |
| *MALDONADO* (26th Ward) | West Thomas Street, at 3222 (Handicapped Parking Permit 91250); [O2014-5696] |
| | North Springfield Avenue, at 1421 (Handicapped Parking Permit 83421); [O2014-5697] |
| *BURNETT* (27th Ward) | West Adams Street, at 2743 (Handicapped Parking Permit 93317); [O2014-5698] |
| | West Ferdinand Street, at 3722 (Handicapped Parking Permit 83105); [O2014-5700] |
| | North Green Street, at 120 (Handicapped Parking Permit 93280); [O2014-5640] |
| | West Jackson Boulevard, at 2248 (Handicapped Parking Permit 93283); [O2014-5639] |

| Alderman | Location And Distance |
|---|---|
| | West Warren Boulevard, at 2850 (Handicapped Parking Permit 94049) [O2014-5643] |
| *ERVIN* (28th Ward) | West Adams Street, at 3424 (Handicapped Parking Permit 93547); [O2014-5644] |
| | North Long Avenue, at 119 (Handicapped Parking Permit 91208); [O2014-5655] |
| | North West End Avenue, at 3825 (Handicapped Parking Permit 92551); [O2014-5646] |
| *GRAHAM* (29th Ward) | West Adams Street, at 5240 (Handicapped Parking Permit 91698); [O2014-5652] |
| | West Monroe Street, at 5321 (Handicapped Parking Permit 92961); [O2014-5651] |
| | North Osceola Avenue, at 3343 (Handicapped Parking Permit 94089); [O2014-5701] |
| *REBOYRAS* (30th Ward) | North Mango Avenue, at 2820 (Handicapped Parking Permit 83905); [O2014-4938] |
| *SUAREZ* (31st Ward) | North Long Avenue, at 3002 (Handicapped Parking Permit 84560); [O2014-5077] |
| | West Newport Avenue, at 4824 -- 4828 (Handicapped Parking Permit 91858); [O2014-5075] |
| | West Schubert Avenue, at 4543 (Handicapped Parking Permit 93517); [O2014-5074] |

| Alderman | Location And Distance |
|---|---|
| *MELL* (33rd Ward) | West Ainslie Street, at 3640 (Handicapped Parking Permit 94349); [O2014-5475] |
| *AUSTIN* (34th Ward) | East Emerald Avenue, at 12712 (Handicapped Parking Permit 94073); [O2014-5493] |
| | South Green Street, at 11139 (Handicapped Parking Permit 94085); [O2014-5485] |
| | South Green Street, at 12853 (Handicapped Parking Permit 93390); [O2014-5669] |
| | South Lafayette Avenue, at 11729 (Handicapped Parking Permit 94083); [O2014-5664] |
| | South Peoria Street, at 9926 (Handicapped Parking Permit 91719); [O2014-5670] |
| | South Peoria Street, at 10509 (Handicapped Parking Permit 94086); [O2014-5488] |
| | South Throop Street, at 11631 (Handicapped Parking Permit 93386); [O2014-5667] |
| *COLÓN* (35th Ward) | West Cullom Avenue, at 3601 (Handicapped Parking Permit 94345); [O2014-5650] |
| | North Dawson Avenue, at 2822 (Handicapped Parking Permit 93918); [O2014-5633] |
| | North Kedvale Avenue, at 2044 (Handicapped Parking Permit 93922); [O2014-5659] |
| | North Keeler Avenue, at 2329 (Handicapped Parking Permit 91837); [O2014-5636] |
| | North Kildare Avenue, at 2239 (Handicapped Parking Permit 92463); [O2014-5642] |

| Alderman | Location And Distance |
|---|---|
| | West Leland Avenue, at 3740 (Handicapped Parking Permit 93610); [O2014-5653] |
| | North Monticello Avenue, at 3024 (Handicapped Parking Permit 91758); [O2014-5657] |
| | North Springfield Avenue, at 2336 (Handicapped Parking Permit 93916); [O2014-5641] |
| | North Whipple Street, at 2954 (Handicapped Parking Permit 89979); [O2014-5645] |
| *SPOSATO* (36th Ward) | North Mont Clare Avenue, at 2611 (Handicapped Parking Permit 92433); [O2014-5608] |
| | North Nordica Avenue, at 2838 (Handicapped Parking Perrnit 93680); [O2014-5613] |
| | North Pittsburgh Avenue, at 3420 (Handicapped Parking Permit 9110); [O2014-5620] |
| | North Pittsburgh Avenue, at 3420 (Handicapped Parking Permit 91110); [O2014-5610] |
| | West Warwick Avenue, at 6241 (Handicapped Parking Permit 92494); [O2014-5629] |
| *MITTS* (37th Ward) | West Kamerling Avenue, at 532 (install signs at 1334) (Handicapped Parking Permit 92072); [O2014-5595] |
| | West Laramie Avenue, at 1614 (Handicapped Parking Permit 93527); [O2014-5600] |
| | North Long Avenue, at 1422 (Handicapped Parking Permit 73792); [O2014-5598] |
| | North Luna Avenue, at 1810 (Handicapped Parking Permit 90537); [O2014-5604] |

| Alderman | Location And Distance |
|---|---|
| | West Rice Street, at 4839 (Handicapped Parking Permit 93540); [O2014-5593] |
| *CULLERTON* (38th Ward) | West Agatite Avenue, at 5326 (Handicapped Parking Permit 94376); [O2014-5499] |
| | West Warwick Avenue, at 6241 (Handicapped Parking Permit 92494); [O2014-5504] |
| *LAURINO* (39th Ward) | West Balmoral Avenue, at 3324 (Handicapped Parking Permit 93970); [O2014-5508] |
| | North Kimberly Avenue, at 5025 (Handicapped Parking Permit 93604); [O2014-5518] |
| | North Kiona Avenue, at 4651 (Handicapped Parking Permit 93460); [O2014-5523] |
| *P. O'CONNOR* (40th Ward) | West Balmoral Avenue, at 2400 (Handicapped Parking Permit 91391); [O2014-5710] |
| | North Campbell Avenue, at 5840 (Handicapped Parking Permit 90054); [O2014-5707] |
| | North Damen Avenue, at 6160 (Handicapped Parking Permit 91378); [O2014-5705] |
| | West Granville Avenue, at 1947 (Handicapped Parking Permit 93809); [O2014-5706] |
| | West Hollywood Avenue, at 1642 (install signs at 1644 West Hollywood Avenue) (Handicapped Parking Permit 93978); [O2014-5711] |
| | North Maplewood Avenue, at 5830 (Handicapped Parking Permit 91390); [O2014-5708] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 675 of 921 PageID #:2938

| Alderman | Location And Distance |
|---|---|
| | West Summerdale Avenue, at 2642 (Handicapped Parking Permit 91392); [O2014-5709] |
| *M. O'CONNOR* (41st Ward) | West Berwyn Avenue, at 7735 (Handicapped Parking Permit 90780); [O2014-5713] |
| | West Carmen Avenue, at 8530 (Handicapped Parking Permit 90793); [O2014-5712] |
| *ARENA* (45th Ward) | West Bryn Mawr Avenue, at 6324 (install signs at 5603 North Mulligan Avenue) (Handicapped Parking Permit 73652); [O2014-5715] |
| | West Foster Avenue, at 5236 (Handicapped Parking Permit 93396); [O2014-5716] |
| | North Luna Avenue, at 5272 (Handicapped Parking Permit 82626); [O2014-5714] |
| *PAWAR* (47th Ward) | North Hermitage Avenue, at 4325 (Handicapped Parking Permit 92146); [O2014-5718] |
| | North Magnolia Avenue, at 4874 (Handicapped Parking Permit 91627); [O2014-5717] |
| *OSTERMAN* (48th Ward) | North Kenmore Avenue, at 5439 (Handicapped Parking Permit 93138); [O2014-5720] |
| | North Lakewood Avenue, at 6214 (Handicapped Parking Permit 84101); [O2014-5719] |
| | North Winthrop Avenue, at 5354 (Handicapped Parking Permit 90174); [O2014-5721] |

| Alderman | Location And Distance |
|---|---|
| *MOORE* (49th Ward) | West Estes Avenue, at 1348½ (Unit 1N) (Handicapped Parking Permit 93250); [O2014-5723] |
| | West Estes Avenue, at 1942 (install signs at 1940 West Estes Avenue) (Handicapped Parking Permit 90200); [O2014-5722] |
| | West Jonquil Terrace, at 1411 (Handicapped Parking Permit 93859); [O2014-5724] |
| *SILVERSTEIN* (50th Ward) | North Artesian Avenue, at 6719 (Handicapped Parking Permit 95509); [O2014-5663] |
| | West Arthur Avenue, at 2251 (Handicapped Parking Permit 93869); [O2014-5661] |
| | West Arthur Avenue, at 2623 (Handicapped Parking Permit 95513); [O2014-5658] |
| | North California Avenue, at 6431 (Handicapped Parking Permit 95512); [O2014-5660] |
| | North Francisco Avenue, at 6334 (Handicapped Parking Permit 95500); [O2014-5656] |
| | North Kedzie Avenue, at 6433 (Handicapped Parking Permit 94107); [O2014-5665] |
| | North Oakley Avenue, at 6320 (Handicapped Parking Permit 95506); [O2014-5662] |
| | North Rockwell Street, at 6310 (Handicapped Parking Permit 92263); [O2014-5666] |
| | West Sherwin Avenue, at 3121 (Handicapped Parking Permit 91410). [O2014-5668] |

*Referred* -- AMENDMENT OF PARKING PROHIBITION AT ALL TIMES.
(Disabled Permit Parking)

The aldermen named below presented proposed ordinances and order to amend previously passed ordinances which prohibited the parking of vehicles at all times on portions of specified public ways, which were *Referred to the Committee on Pedestrian and Traffic Safety,* as follows:

| Alderman | Location And Distance |
| --- | --- |
| *BEALE* (9th Ward) | Amend ordinance by striking: "South Calumet Avenue, at 10827 (Handicapped Parking Permit 83157)"; [O2014-5039] |
| | Amend ordinance by striking: "South State Street, at 12121 (Handicapped Parking Permit 19081)"; [O2014-5038] |
| *POPE* (10th Ward) | Amend ordinance by striking: "South Green Bay Avenue, at 10717 (Handicapped Parking Permit 78442)"; [O2014-5042] |
| *QUINN* (13th Ward) | Amend ordinance by striking: "South Harding Avenue, at 7129 (Handicapped Parking Permit 81379)"; [O2014-5008] |
| | Amend ordinance by striking: "South Kolmar Avenue, at 6035 (Handicapped Parking Permit 82576)"; [O2014-5006] |
| *FOULKES* (15th Ward) | Amend ordinance by striking: "South Campbell Avenue, at 6833 (Handicapped Parking Permit 68766)"; [O2014-5049] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 678 of 921 PageID #:2941

| Alderman | Location And Distance |
|---|---|
| | Amend ordinance by striking: "South Maplewood Avenue, at 6316 (Handicapped Parking Permit 81041)"; [O2014-5044] |
| | Amend ordinance by striking: "West 44th Street, at 1620 (Handicapped Parking Permit 19136)"; [O2014-5050] |
| *THOMPSON* (16th Ward) | Amend ordinance by striking: "South Morgan Street, at 5615 (Handicapped Parking Permit 48915)"; [O2014-5568] |
| *COCHRAN* (20th Ward) | Removal of Handicapped Parking Permit 79584 at 644 West 60th Street; [Or2014-305] |
| *ZALEWSKI* (23rd Ward) | Amend ordinance by striking: "South Kostner Avenue, at 5239 (Handicapped Parking Permit 77793)"; [O2014-5057] |
| *REBOYRAS* (30th Ward) | Amend ordinance by striking: "North Mango Avenue, at 2922 (Handicapped Parking Permit 74105)"; [O2014-4937] |
| *SUAREZ* (31st Ward) | Amend ordinance by striking: "North Lavergne Avenue, at 2141 (Handicapped Parking Permit 80376)"; [O2014-5079] |
| | Amend ordinance by striking: "North Lowell Avenue, at 3043 (Handicapped Parking Permit 57847)"; [O2014-5072] |
| | Amend ordinance by striking: "West Wellington Avenue, at 5244 (Handicapped Parking Permit 72745)"; [O2014-5073] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 679 of 921 PageID #:2942

| Alderman | Location And Distance |
|---|---|
| *MELL* (33rd Ward) | Amend ordinance by striking: "North Drake Avenue, at 4925 (Handicapped Parking Permit 71513)"; [O2014-5083] |
| | Amend ordinance by striking: "North Sacramento Boulevard, at 3232 (Handicapped Parking Permit 33052)"; [O2014-5085] |
| *MITTS* (37th Ward) | Amend ordinance by striking: "North Lorel Avenue, at 1715 (Handicapped Parking Permit 66383)"; [O2014-5089] |
| *CULLERTON* (38th Ward) | Amend ordinance by striking: "West Berenice Avenue, at 6326 (Handicapped Parking Permit 46184)"; [O2014-5091] |
| *LAURINO* (39th Ward) | Amend ordinance by striking: "North Lawndale Avenue, at 5041 (Handicapped Parking Permit 15324)"; [O2014-5101] |
| | Amend ordinance by striking: "North Lowell Avenue, at 5010 (Handicapped Parking Permit 68122)"; [O2014-5100] |
| *P. O'CONNOR* (40th Ward) | Amend ordinance by striking: "North Fairfield Avenue, at 5855 (Handicapped Parking Permit 63889)"; [O2014-5103] |
| *M. O'CONNOR* (41st Ward) | Amend ordinance by striking: "North Reserve Avenue, at 5236 (Handicapped Parking Permit 40794)"; [O2014-5136] |

| Alderman | Location And Distance |
|---|---|
| *PAWAR* (47th Ward) | Repeal ordinance by striking: "West Ainslie Street, at 2224 (signs to be placed on North Bell Avenue) (Handicapped Parking Permit 67434)"; [O2014-5539] |
| *OSTERMAN* (48th Ward) | Amend ordinance by striking: "North Wayne Avenue, at 5655 -- 5657 (Handicapped Parking Permit 67063)"; [O2014-5543] |
| *MOORE* (49th Ward) | Amend ordinance by striking: "West Greenleaf Avenue, at 1367 (Handicapped Parking Permit 75269); [O2014-5545] |
| *SILVERSTEIN* (50th Ward) | Amend ordinance by striking: "North California Avenue, at 7322 (Handicapped Parking Permit 51765)"; [O2014-5549] |
| | Amend ordinance by striking: "North Francisco Avenue, at 6534 (Handicapped Parking Permit "68400)"; [O2014-5547] |
| | Amend ordinance by striking: "North Hoyne Avenue, at 6527 (Handicapped Parking Permit 39266)". [O2014-5554] |

---

*Referred* -- LIMITATION OF PARKING DURING SPECIFIED HOURS.

The aldermen named below presented proposed ordinances to limit the parking of vehicles at the locations designated and for the distances and times specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location, Distance And Time |
| --- | --- |
| *MORENO* (1st Ward) | West Mclean Avenue, at 2913 -- 20 feet -- 7:00 A.M. to 9:00 A.M. and 3:00 P.M. to 6:00 P.M. -- Monday through Friday (on school days); [O2014-5012] |
| *SPOSATO* (36th Ward) | West George Street (south side) from North Harlem Avenue to the first alley east -- one hour parking -- 8:00 A.M. to 5:00 P.M. -- Monday through Saturday. [O2014-5087] |
| *CULLERTON* (38th Ward) | North Austin Avenue (east and west sides), from West Irving Park Road to first alley south thereof -- 2 hour parking -- at all times -- all days. [O2014-5095] |

---

*Referred* -- REPEAL OF PARKING LIMITATION DURING SPECIFIED HOURS ON PORTION OF S. KARLOV AVE.

[O2014-5053]

Alderman Lane (18th Ward) presented a proposed ordinance to repeal an ordinance which established parking prohibition at 8100 South Karlov Avenue (east side) -- 8:00 A.M. to 10:00 A.M. -- Monday through Friday, which was *Referred to the Committee on Pedestrian and Traffic Safety*.

---

*Referred* -- ESTABLISHMENT OF RESIDENTIAL PERMIT PARKING ZONES.

The aldermen named below presented proposed ordinances and orders to establish residential permit parking zones at the locations designated and for the distances and times specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location, Distance And Time |
|---|---|
| *QUINN* (13th Ward) | South Kenneth Avenue (west side) in the 6700 block, from 6714 to 6758, including wrap-around on West 68th Street, from South Kenneth Avenue west to the alley at 6758 South Kenneth Avenue, and on South Kenneth Avenue (east side), from 6715 to 6759, including the wrap-around on West 68th Street, from South Kenneth Avenue east to the alley at 6759 -- at all times -- all days; [Or2014-309] |
| *FOULKES* (15th Ward) | South Paulina Street (both sides) in the 4600 block -- at all times -- all days; [Or2014-308] |
| *SOLIS* (25th Ward) | South Oakley Avenue, from 2300 to 2322 (even side) and 2301 to 2325 (odd side) -- all days -- add to Residential Permit Parking Zone Number 109; [O2014-5068] |
| | West 18th Place, from 1514 to 1540 (even side) and 1515 to 1539 (odd side) -- all days -- add to Residential Permit Parking Zone Number 1540; [O2014-5060] |
| *COLÓN* (35th Ward) | North Central Park Avenue (both sides) in the 3000 block, from 3021 to 3070, between West Barry Avenue and North Milwaukee Avenue -- at all times -- all days. [Or2014-314] |

---

*Referred* -- AMENDMENT OF RESIDENTIAL PERMIT PARKING ZONES.

The aldermen named below presented proposed ordinances and orders to amend previously passed ordinances which established residential permit parking zones on portions of specified public ways, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 683 of 921 PageID #:2946

| Alderman | Location, Distance And Time |
|---|---|
| *O'SHEA* (19th Ward) | Removal of Residential Permit Parking Zone 251 at 1600 -- 1800 West 101st Place (both sides); [O2014-5054] |
| *ZALEWSKI* (23rd Ward) | Amend order which reads: "5300 block of West 54th Street, from South Neva Avenue to South Nottingham Avenue -- at all times, by striking: "5300 block of" and inserting in lieu thereof: "on West 54th Street, between South Nottingham Avenue and South Neva Avenue -- at all times"; [Or2014-310] |
| *SOLIS* (25th Ward) | Amend ordinance which established 15 minute loading zone with flashing lights in the 25th Ward in the area with the following boundaries: "730 South Racine Avenue" and inserting in lieu thereof: "15 minute loading zone with lights flashing -- 730 South Carpenter Street"; [O2014-5067] |
| *GRAHAM* (29th Ward) | Amend residential permit parking zone for West West End Avenue (both sides), from 5903 to 5931 -- at all times by striking: "5931" and inserting: "5961"; [Or2014-306] |
| *REBOYRAS* (30th Ward) | Amend ordinance passed June 30, 2010 (*Journal of the Proceedings of the City Council of the City of Chicago,* page 95399) which established Residential Permit Parking Zone 233 on North Mango Avenue (east side) from between West Barry Avenue and West Wellington Avenue (address range 3003 -- 3053) by striking: "(address range 3003 -- 3053)" and inserting in lieu thereof: "(address range 3003 -- 3059)"; [O2014-4939] |
| *MELL* (33rd Ward) | Extension of existing Residential Permit Parking Zone 346 to include the 2800 block of North Maplewood Avenue (both sides) from West Diversey Avenue to West George Street -- at all times -- all days; [Or2014-313] |

| Alderman | Location, Distance And Time |
|---|---|
| *PAWAR* (47th Ward) | Amend ordinance by striking: "4000 block of North Hermitage Avenue (both sides) -- 8:00 A.M. to 11:00 A.M. -- Monday through Friday -- Residential Permit Parking Zone Number 1741" and inserting in lieu thereof: "4000 block of North Hermitage Avenue (both sides) -- 9:00 A.M. to 5:00 P.M. -- Monday through Friday -- Residential Permit Parking Zone Number 1741". [O2014-5535] |

---

*Referred* -- DESIGNATION OF BUFFER ZONE FOR RESIDENTIAL PERMIT PARKING ZONE 109 AT 2334 S. LEAVITT ST.

[O2014-5063]

Alderman Solis (25th Ward) presented a proposed ordinance to designate a buffer zone for Residential Permit Parking Zone 109 within the 25th Ward at 2334 South Leavitt Street, which was *Referred to the Committee on Pedestrian and Traffic Safety*.

---

*Referred* -- ESTABLISHMENT OF STANDING ZONES.

The aldermen named below presented proposed ordinances to establish standing zones, with tow-away zones to be in effect after expiration of the limits indicated, and require that vehicles have hazard lights activated while at the locations designated, for the distances and times specified, which were *Referred to the Committee on Pedestrian and Traffic Safety,* as follows:

| Alderman | Location, Distance And Time |
|---|---|
| *MORENO* (1st Ward) | North Fairfield Avenue (west side), at 1738 -- 1752 -- length of curb -- 7:00 A.M. to 9:00 A.M. and 2:00 P.M. to 4:00 P.M. -- school days; [O2014-5031] |

| Alderman | Location, Distance And Time |
|---|---|
| | North Leavitt Street, at 1552 -- 30 feet -- 8:00 A.M. to 7:00 P.M. -- Monday through Saturday; [O2014-5023] |
| | North Milwaukee Avenue, at 2062 -- 20 feet -- 8:00 A.M. to 8:00 P.M. -- Monday through Saturday; [O2014-5026] |
| | North Western Avenue, at 1021 -- 20 feet -- 10:00 A.M. to 10:00 P.M. -- Monday through Sunday; [O2014-5014] |
| | North Western Avenue, at 1815 -- 20 feet -- 7:00 A.M. to 8:00 P.M. -- Monday through Saturday; [O2014-5017] |
| *FIORETTI* (2nd Ward) | South Western Avenue (west side) from a point 41 feet north of West Harrison Street to a point 61 feet north thereof -- 15 minute standing zone with flashing lights -- 7:00 A.M. to 7:00 P.M. -- Monday through Friday, 8:00 A.M. to 6:00 P.M. -- Saturdays and 10:00 A.M. to 4:00 P.M. -- Sundays; [O2014-5035] |
| *FOULKES* (15th Ward) | South Washtenaw Avenue (east side), at 6401 -- 6419 -- 15 minute standing zone -- unattended vehicles must have lights flashing -- 8:00 A.M. to 4:30 P.M. -- Monday through Friday (on school days); [O2014-5099] |
| *ARENA* (45th Ward) | West Hutchinson Street, at 4800 -- one vehicle parking space -- 15 minute standing zone -- unattended vehicles must have lights flashing -- 9:00 A.M. to 6:00 P.M. -- Monday through Saturday and 10:00 A.M. to 4:00 P.M. -- Sunday; [O2014-5331] |

| Alderman | Location, Distance And Time |
|---|---|
| *PAWAR* (47th Ward) | West Lawrence Avenue, at 1968 -- 20 feet -- 4:00 P.M. to 10:00 P.M. -- Monday through Saturday; [O2014-5349] |
| | West School Street (south side) at 1655 -- 40 feet -- 15 minute standing zone -- unattended vehicles must have light flashing -- tow-away zone after 15 minutes -- 6:30 A.M. to 6:00 P.M. -- Monday through Friday; [O2014-5341] |
| *OSTERMAN* (48th Ward) | West Foster Avenue, at 1112 -- 1118 -- one vehicle parking space -- 15 minute standing zone -- unattended vehicles must have lights flashing -- 8:00 A.M. to 9:00 A.M. and 4:00 P.M. to 6:00 P.M. -- Monday through Friday. [O2014-5541] |

---

*Referred* -- AMENDMENT OF STANDING ZONES.

The aldermen named below presented proposed ordinances to amend previously passed ordinances which established standing zones on portions of specified public ways, which were *Referred to the Committee on Pedestrian and Traffic Safety,* as follows:

| Alderman | Location, Distance And Time |
|---|---|
| *FOULKES* (15th Ward) | Amend ordinance by striking: "South Kedzie Avenue, at 4235 -- three vehicles parking spaces -- no parking standing zone -- 15 minute parking with flashing lights -- 6:00 A.M. to 6:00 P.M. -- Monday through Friday" and inserting in lieu thereof: "South Kedzie Avenue, at 4235 (install signs around the corner at 3155 West 42nd Place) -- two vehicle parking spaces -- 6:00 A.M. to 6:00 P.M. -- Monday through Friday (in addition to the existing standing zone located at 3155 West 42nd Place) -- no parking standing zone -- 15 minute parking with flashing lights"; [O2014-5046] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 687 of 921 PageID #:2950

| Alderman | Location, Distance And Time |
|---|---|
| *REILLY* (42nd Ward) | Amend ordinance by striking "15 minute standing zone -- use flashing lights -- 9:00 P.M. to 9:00 A.M. located adjacent to 343 West Erie Street"; [O2014-5286] |
| *TUNNEY* (44th Ward) | Amend ordinance passed October 1, 1997 (*Journal of the Proceedings of the City Council of the City of Chicago,* page 53260) which reads: "West Grace Street (south side) from a point 20 feet east of North Sheffield Avenue to a point 20 feet east thereof -- 15 minute standing zone -- unattended vehicles must have lights flashing -- tow-away zone after 15 minutes -- 7:30 A.M. to 6:00 P.M. -- Monday through Friday" by striking: "20 feet east thereof" and inserting in lieu thereof: "50 feet east thereof"; [O2014-5305] |
| *PAWAR* (47th Ward) | Amend ordinance by striking: "West Newport Avenue (south side) from a point approximately 245 feet west of North Ravenswood Avenue to a point 25 feet west thereof (three diagonal parking spaces) -- 6:00 A.M. to 9:00 A.M. and 4:00 P.M. to 6:30 P.M.-- Monday through Friday" and inserting in lieu thereof: "West Newport Avenue (south side) from a point approximately 235 feet west of North Ravenswood Avenue to a point approximately 35 feet west thereof (four diagonal parking spaces) -- 15 minute standing zone -- use flashing lights -- tow-away zone after 15 minutes -- 6:00 A.M. to 6:00 P.M. -- Monday through Friday"; [O2014-5333] |
| | Amend ordinance by striking: "North Western Avenue (east side) from a point 238 feet north of West Waveland Avenue to a point 25 feet north thereof -- 15 minute standing zone -- use flashing lights -- tow-away zone after 15 minutes -- 9:00 A.M. to 5:00 P.M. -- Monday through Friday"; [O2014-5537] |
| *MOORE* (49th Ward) | Amend ordinance by striking: "North Ridge Boulevard, at 7463 -- standing zone --15 minute limit with flashing lights -- 7:00 A.M. to 4:00 P.M. -- Monday through Friday and 7:00 A.M. to 6:00 P.M. -- Saturdays" and inserting in lieu thereof: "North Ridge Boulevard, at 7463 -- standing zone --15 minute limit with flashing lights -- 7:00 A.M. to 6:00 P.M. -- Monday through Saturday". [O2014-5546] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 688 of 921 PageID #:2951

*Referred* -- ESTABLISHMENT OF TOW-AWAY ZONES.

The aldermen named below presented proposed ordinances to establish tow-away zones at the locations designated, for the distances and times specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location, Distance And Time |
|---|---|
| *FOULKES* (15th Ward) | South Hoyne Avenue (west side) from a point 20 feet south of West 47th Street to a point 305 feet south thereof -- no parking tow-away zone except for authorized school personnel -- 7:00 A.M. to 4:30 P.M. -- Monday through Friday (on school days); [O2014-5047] |
| *REILLY* (42nd Ward) | West Fulton Street (south curb), from North Union Avenue to North Desplaines Street -- six vehicle lengths -- no parking tow-away zone -- 6:00 A.M. to 6:00 P.M. (on school days); [O2014-5213] |
| | West Walnut Street (north curb), from North Union Avenue to 165 feet east thereof -- no parking tow-away zone -- 6:00 A.M. to 6:00 P.M. (on school days). [O2014-5200] |
| *ARENA* (45th Ward) | North Knox Avenue, from West Montrose Avenue to 4255 North Knox Avenue -- no parking tow-away zone -- 6:00 A.M. to 8:00 A.M. -- Monday through Friday; [O2014-5322] |

---

*Referred* -- AMENDMENT OF TOW-AWAY ZONE AT 6006 S. CENTRAL AVE.
[O2014-5007]

Alderman Quinn (13th Ward) presented a proposed ordinance to amend a previously passed ordinance which prohibited the parking of vehicles on portions of various streets by striking

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 689 of 921 PageID #:2952

therefrom: "South Central Avenue, at 6006 -- 7:00 A.M. to 9:00 A.M. and 4:00 P.M. to 6:00 P.M. -- Monday through Friday", which was *Referred to the Committee on Pedestrian and Traffic Safety*.

---

*Referred* -- INSTALLATION OF TRAFFIC WARNING SIGNS.

The aldermen named below presented proposed ordinance and orders directing the Commissioner of Transportation to give consideration to the installation of traffic warning signs of the nature indicated at the locations specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location And Type Of Sign |
|---|---|
| *HARRIS* (8th Ward) | East 98th Street and South Dobson Avenue -- "Two-Way Stop"; [Or2014-304] |
| (O'SHEA) (19th Ward) | South Hoyne Avenue, from alley to West 95th Street -- "One-Way" sign; [O2014-5056] |
| *REBOYRAS* (30th Ward) | West Schubert Avenue and North Mobile Avenue -- "All-Way Stop", stopping all approaches; [Or2014-282] |
| *LAURINO* (39th Ward) | North Kirkwood Avenue at West Thome Avenue -- "Two-Way Stop"; [Or2014-307] |
| *REILLY* (42nd Ward) | West Walnut Street and North Union Avenue -- "Stop" sign and stop line; [O2014-5266] |

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 690 of 921 PageID #:2953

| Alderman | Location And Type Of Sign |
|---|---|
| *PAWAR* (47th Ward) | North Artesian Avenue and West Waveland Avenue -- "Stop". [Or2014-311] |

*Referred* -- INSTALLATION OF MISCELLANEOUS TRAFFIC WARNING SIGNS.

The aldermen named below presented proposed ordinances for the installation of miscellaneous traffic warning signs of the nature indicated at the locations specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location And Type Of Sign |
|---|---|
| *FIORETTI* (2nd Ward) | Restrict "No Left Turn" onto South Western Avenue, from westbound West Monroe Street -- at all times -- all days; [O2014-5033] |
| *FOULKES* (15th Ward) | Reinstall speed limitation signs on South Washtenaw Avenue, in the 6400 block -- "20 Miles Per Hour -- Monday Through Friday (on school days)"; [O2014-5105] |
| *CULLERTON* (38th Ward) | Installation of "Bicycle Riding On Sidewalk Prohibited" signs on North Narragansett Avenue (west side) between West Irving Park Road and West Montrose Avenue. [O2014-5090] |

*Referred* -- ESTABLISHMENT OF FIVE-TON VEHICLE WEIGHT LIMITATION ON SPECIFIED PUBLIC WAYS.

The aldermen named below presented proposed ordinances to establish a weight limit of

five tons for vehicles on the public ways specified, which were *Referred to the Committee on Pedestrian and Traffic Safety*, as follows:

| Alderman | Location, Distance And Time |
|---|---|
| *THOMAS* (17th Ward) | South Marshfield Avenue, from West 69th Street to west 71st Street ; [O2014-5051] |
| *REBOYRAS* (30th Ward) | North Menard Avenue, at 3000, from West Wellington Avenue to West Barry Avenue; [O2014-4940] |
| *CULLERTON* (38th Ward) | West Cullom Avenue, at North Central Avenue; [O2014-5093] |
| *ARENA* (45th Ward) | North Major Avenue, from West Higgins Avenue to North Avondale Avenue. [O2014-5530] |

---

*2. ZONING ORDINANCE AMENDMENTS.*

---

*Referred* -- ZONING RECLASSIFICATIONS OF PARTICULAR AREA.
[O2014-5036]

Alderman Dowell (3rd Ward) presented a proposed ordinance amending the Chicago Zoning Ordinance for the purpose of reclassifying a particular area, which was *Referred to the Committee on Zoning, Landmarks and Building Standards*, as follows:

To classify as a B1-1 Business District instead of an RT4 Residential Two-Flat Townhouse and Multi-Unit District the area shown on Map Number 10-F bounded by:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 692 of 921 PageID #:2955

South State Street; West 47th Street; South Dearborn Street (including the vacated portion thereof); and vacated West 46th Street (common address: 4655 South Dearborn Street (4600 -- 4668 South State Street, 2 -- 22 East 47th Street and 4633 -- 4669 South Dearborn Street)).

---

## *3. CLAIMS.*

---

*Referred* -- CLAIMS AGAINST CITY OF CHICAGO.

The aldermen named below presented two proposed claims against the City of Chicago for the claimants named as noted, respectively, which were *Referred to the Committee on Finance*, as follows:

| Alderman | Claimant | |
|---|---|---|
| *SPOSATO* (36th Ward) | 2151 Building Association; | [CL2014-5486] |
| *M. O'CONNOR* (41st Ward) | 6005 -- 6009 North Neola Condominium Association. | [CL2014-5487] |

---

## *4. UNCLASSIFIED MATTERS.*

*(Arranged In Order According To Ward Number)*

Proposed ordinances, orders and resolutions were presented by the aldermen named below, respectively, and were acted upon by the City Council in each case in the manner noted, as follows:

Presented By

**ALDERMAN MORENO (1st Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Nineteen proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

AG Behavioral Health Services LLC -- to maintain and use one door swing adjacent to 2329 West Belmont Avenue;

[O2014-5222]

Bucktown Food & Liquors -- to maintain and use one sign at 2422 West Fullerton Avenue;
[O2014-5225]

Easy Bar -- to maintain and use one sign at 1944 West Division Street;

[O2014-5229]

Estelles Cafe & Pub Ltd. -- to maintain and use one awning at 2013 West North Avenue;
[O2014-5181]

Fresh Market Place -- to maintain and use one sign at 2134 North Western Avenue;
[O2014-5233]

Jackson Junge Gallery -- to maintain and use one awning at 1389 North Milwaukee Avenue;

[O2014-5182]

Jackson Junge Gallery -- to maintain and use one banner adjacent to 1389 North Milwaukee Avenue;

[O2014-5246]

Jackson Junge Gallery -- to maintain and use seven light fixture adjacent to 1389 North Milwaukee Avenue;

[O2014-5249]

Jin's Cleaners -- to maintain and use one sign at 1816 West Division Street;
[O2014-5252]

Leona's Pizzeria -- to maintain and use one awning at 1936 West Augusta Boulevard;
[O2014-5184]

Midwest Health Center LLC -- to maintain and use one sign at 1244 North Milwaukee Avenue;

[O2014-5260]

MK Construction & Builders -- to maintain and use two signs at 2000 North Milwaukee Avenue;

[O2014-5257]

Papa Jin -- to maintain and use one awning at 1551 North Milwaukee Avenue;

[O2014-5185]

Paula & Monica's Pizzeria -- to maintain and use four light fixtures adjacent to 1518 West Chicago Avenue;

[O2014-5262]

The Savoy -- to maintain and use four light fixtures adjacent to 1408 North Milwaukee Avenue;

[O2014-5291]

The Savoy -- to maintain and use two signs at 1408 North Milwaukee Avenue;

[O2014-5294]

Scotty's -- to maintain and use one sign at 1610 West Chicago Avenue;

[O2014-5295]

Shred415 -- to maintain and use one sign at 1444 North Milwaukee Avenue; and

[O2014-5300]

Windy City (Mini-Market) -- to maintain and use one sign at 1756 West Chicago Avenue.

[O2014-5307]

---

*Referred* -- AMENDMENT OF GRANTS OF PRIVILEGE IN PUBLIC WAY FOR WPA3 LLC.

Also, two proposed ordinances to amend ordinances passed by the City Council on April 30, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago* on the page numbers noted, which authorized grants of privilege to WPA3 LLC for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

page 79966 for two bay windows, by decreasing the compensation amount for said privilege; and

[O2014-5112]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 695 of 921 PageID #:2958

page 79967 for one staircase, by decreasing the compensation amount for said privilege.
[O2014-5113]

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, three proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Banh Mi -- 1740 West Division Street;
[O2014-5114]

Francesca's Forno -- 1576 North Milwaukee Avenue; and
[O2014-5115]

Table, Donkey & Stick -- 2728 West Armitage Avenue.
[O2014-5116]

*Referred* -- EXEMPTION OF WPA 2 LLC FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.
[O2014-5052]

Also, a proposed ordinance to exempt WPA 2 LLC from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 1515 -- 1517 West Haddon Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

*Referred* -- STANDARDIZATION OF PORTION OF W. CRYSTAL ST. AS "THOMAS SENESAC AND BOB HOAGLAND WAY".
[O2014-4991]

Also, a proposed ordinance directing the Commissioner of Transportation to take the necessary action for the standardization of the west corner of the 2000 to 2100 block of

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 696 of 921 PageID #:2959

West Crystal Street at North Damen Avenue, as "Thomas Senesac and Bob Hoagland Way", which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN FIORETTI (2nd Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Fourteen proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Auditorium Park One LLC -- to maintain and use three signs at 65 East Congress Parkway; [O2014-5316]

Congress Plaza Hotel -- to maintain and use six security cameras adjacent to 520 South Michigan Avenue;

[O2014-5318]

Cross Town Auto Park -- to maintain and use two signs at 320 -- 340 South Wabash Avenue;

[O2014-5320]

DRI/CA Old Colony LLC, in care of Campus Acquisitions LLC -- to construct, install, maintain and use two foundation supports (footing) adjacent to 407 South Dearborn Street; [O2014-5337]

DRI/CA Old Colony LLC, in care of Campus Acquisitions LLC -- to construct, install, maintain and use one grease bash adjacent to 407 South Dearborn Street;

[O2014-5343]

DRI/CA Old Colony LLC, in care of Campus Acquisitions LLC -- to maintain and use five vaults adjacent to 407 South Dearborn Street;

[O2014-5350]

European Wax Center -- to construct, install, maintain and use four awnings at 949 West Madison Street;

[O2014-5187]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 697 of 921 PageID #:2960

The John Marshall Law School -- to maintain and use two vaults adjacent to 315 South Plymouth Court;

[O2014-5377]

Kriser's Feeding Pets for Life LLC -- to maintain and use two signs at 1103 South State Street;

[O2014-5379]

Life Storage Centers-West Loop LLC -- to maintain and use five signs at 310 South Racine Avenue;

[O2014-5382]

Metropolitan Barber Shop -- to maintain and use one awning at 56 West Van Buren Street;

[O2014-5189]

Morris and Sons Company -- to maintain and use one awning at 557 West Polk Street;

[O2014-5192]

Motor Row Lofts at 2301 -- 2315 South Michigan Avenue Condominium Association -- to maintain and use 10 balconies adjacent to 2301 -- 2315 South Michigan Avenue; and

[O2014-5389]

Plymouth Court Garage Company -- to maintain and use three signs at 711 South Plymouth Court.

[O2014-5397]

---

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, two proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Blackwood BBQ -- 28 South Clinton Street; and

[O2014-5119]

Kurah -- 1355 South Michigan Avenue.

[O2014-5120]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 698 of 921 PageID #:2961

Presented By

**ALDERMAN FIORETTI (2nd Ward)**
**And OTHERS:**

*Referred* -- CALL FOR APPOINTMENT OF COUNCIL TASKFORCE TO UNDERTAKE REVIEW AND REVISION OF CHAPTER 2-14 OF MUNICIPAL CODE CONCERNING IN-HOUSE ADJUDICATION OF ORDINANCE VIOLATIONS.

[R2014-449]

A proposed resolution, presented by Aldermen Fioretti, Sawyer, Foulkes, Brookins, Muñoz, Zalewski, Waguespack, Sposato and Arena, calling for the immediate appointment of a council taskforce to undertake the substantive review and revision of Chapter 2-14 of the Municipal Code of Chicago due to the deficiencies within the City's administrative hearing practices of handling in-house adjudication of ordinance violations and how monetary damages could be collected, which was *Referred to the Committee on Finance.*

---

Presented By

**ALDERMAN FIORETTI (2nd Ward),**
**ALDERMAN WAGUESPACK (32nd Ward)**
**And OTHERS:**

*Referred* -- SUSPENSION OF INSTALLATION AND IMPLEMENTATION OF ELECTRONIC INFORMATION GATHERING DEVICES UPON PUBLIC WAY.

[Or2014-312]

A proposed order, presented by Aldermen Fioretti, Waguespack, Hairston, Foulkes, Muñoz, Sposato and Arena, authorizing and directing the commissioners of the Departments of Innovation and Technology and Transportation to suspend installation and implementation of any electronic information gathering devices upon the public way until the City Council has been fully briefed, held public hearings and drafted such ordinances for the regulation and use of such devices and the data acquired thereby, which was *Referred to the Committee on Economic, Capital and Technology Development.*

*Referred* -- CALL FOR PUBLIC HEARING CONCERNING PROPOSED COLLECTION AND DISSEMINATION OF ELECTRONIC DATA UPON PUBLIC WAY.

[R2014-450]

Also, a proposed resolution, presented by Aldermen Fioretti, Waguespack, Hairston, Sawyer, Foulkes, Brookins, Colón, Sposato and Arena, calling upon the Committee on Economic, Capital and Technology Development to expeditiously hold a public hearing to elicit testimony concerning the proposed collection and dissemination of electronic data on the public way from knowledgeable representatives of the Mayor's Office, Director Charlie Catlett and other representatives of Chicago's Urban Center for Computation and Data "Array of Things" project and a senior computer scientist at Argonne National Laboratory and The University of Chicago, as well as any corporate body or institutional agency who has entered into agreements with the City to elicit the gathering and dissemination of electronic data on the public way, which was *Referred to the Committee on Economic, Capital and Technology Development.*

---

Presented By

**ALDERMAN DOWELL (3rd Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Hyde Park Food & Liquor -- to maintain and use one sign at 126 East 51st Street; and

[O2014-5577]

Union Sub 1, Inc. -- to maintain and use one sign at 110 East 51st Street.

[O2014-5580]

---

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 5401 S. WENTWORTH AVE.

[Or2014-290]

Also, a proposed order directing the Commissioner of Buildings to issue a permit to Neon Prism Electric Sign Company, Inc. to install a sign/signboard at 5401 South Wentworth Avenue, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

Presented By

**ALDERMAN BURNS (4th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Eight proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Century 21 Affiliated -- to maintain and use two signs at 5200 South Harper Avenue;
[O2014-5408]

Columbia College of Chicago -- to maintain and use two bicycle racks adjacent to 1600 South State Street;
[O2014-5413]

Hyde Park Self Storage, Inc. -- to maintain and use one awning at 5147 South Cottage Grove Avenue;
[O2014-5195]

Hyde Park Self Storage, Inc. -- to maintain and use one sign at 5147 South Cottage Grove Avenue;
[O2014-5416]

The New Valois Restaurant, Inc. -- to maintain and use one canopy at 1518 East 53rd Street;
[O2014-5205]

One Financial Place Property LLC -- to construct, install, maintain and use one canopy at 440 South LaSalle Street;
[O2014-5208]

One Financial Place Property LLC -- to construct, install, maintain and use one terrace overhang adjacent to 440 South LaSalle Street; and
[O2014-5419]

Radio Shack Number 6521 -- to maintain and use one awning at 1453 East 53rd Street.
[O2014-5197]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 701 of 921 PageID #:2964

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, three proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Bonne Sante Health Foods, Inc. -- 1512 East 53rd Street;

[O2014-5121]

ZBerry -- 1368½ East 53rd Street; and

[O2014-5122]

53rd Street Bicycle Center -- 1558 East 53rd Street.

[O2014-5124]

---

Presented By

**ALDERMAN HAIRSTON (5th Ward):**

*Referred* -- EXEMPTION OF 7140 S. DORCHESTER PROPERTIES LLC FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-4986]

A proposed ordinance to exempt 7140 South Dorchester Properties LLC from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 7140 -- 7158 South Dorchester Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN HAIRSTON (5th Ward)**
**And OTHERS:**

*Referred* -- AMENDMENT OF SECTION 8-4-355 OF MUNICIPAL CODE CONCERNING ENHANCED PENALTIES FOR OFFENSES COMMITTED IN PARKS.

[O2014-5055]

A proposed ordinance, presented by Aldermen Hairston, Moreno, Fioretti, Dowell, Sawyer,

Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, Cochran, Brookins, Muñoz, Zalewski, Chandler, Graham, Reboyras, Suarez, Mell, Austin, Colón, Sposato, Mitts, Cullerton, P. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore and Silverstein, to amend Title 8, Chapter 4, Section 355 of the Municipal Code of Chicago to include enhanced penalties for offenses committed in any park, playground or playlot owned and operated by the City of Chicago, the Chicago Park District or a public or private school and any other open space that is open to the public for the purpose of recreation or relaxation, which was *Referred to the Committee on Public Safety.*

---

Presented By

**ALDERMAN SAWYER (6th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

CBA, Small Business Development, Inc. -- to construct, install, maintain and use one planter adjacent to 306½ East 75th Street;

[O2014-5436]

The Inn -- to maintain and use one sign at 409 East 71st Street; and

[O2014-5443]

Rhodes Cleaners -- to maintain and use one sign at 514 East 79th Street.

[O2014-5447]

---

Presented By

**ALDERMAN HOLMES (7th Ward):**

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR RALPH'S HEATING SERVICE, INC.

[O2014-5455]

A proposed ordinance to grant permission and authority to Ralph's Heating Service, Inc. to

maintain and use one sign at 2710 -- 2714 East 79th Street, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN HOLMES (7th Ward) And ALDERMAN HARRIS (8th Ward):**

*Referred* -- CALL ON COMMITTEE ON PUBLIC SAFETY TO CONDUCT HEARINGS TO URGE ILLINOIS CONGRESSIONAL DELEGATION TO IMPLEMENT NATIONAL GUN REGISTRY.

[R2014-441]

A proposed resolution calling on the Committee on Public Safety to conduct hearings requesting the Illinois Congressional Delegation to implement legislation which would require every gun owner to register their guns as part of a national gun registry, which was *Referred to the Committee on Public Safety.*

---

Presented By

**ALDERMAN HARRIS (8th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Acme Lumber -- to maintain and use one sign at 7855 South Greenwood Avenue; and

[O2014-5460]

Pepe's Mexican Restaurant -- to maintain and use one sign at 2014 East 87th Street.

[O2014-5462]

Presented By

**ALDERMAN BEALE (9th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Ana's Food Mart -- to maintain and use two canopies at 11545 South Michigan Avenue;
[O2014-5210]

Rose-Ridge Foods -- to maintain and use one awning at 10500 South Michigan Avenue; and
[O2014-5199]

Villa Join the Movement -- to maintain and use one sign at 11139 -- 11141 South Michigan Avenue.
[O2014-5470]

---

*Referred* -- AMENDMENT OF EXEMPTION OF LITTLE FEATHERS PERFORMING ARTS CHILD CARE CENTER FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.
[O2014-5118]

Also, a proposed ordinance to amend an ordinance introduced into the City Council on May 28, 2014 which exempted Little Feathers Performing Arts Child Care Center from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 11255 South Michigan Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, by deleting the address: "11255 South Michigan Avenue" and inserting in its place: "117 East 87th Street", which was *Referred to the Committee on Transportation and Public Way.*

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 705 of 921 PageID #:2968

Presented By

**ALDERMAN BEALE (9th Ward), ALDERMAN BURKE (14th Ward) And OTHERS:**

*Referred* -- AMENDMENT OF CHAPTER 4-108 OF MUNICIPAL CODE BY ADDING NEW SECTION 4-108-76 REQUIRING SELF-SERVICE FILLING STATIONS TO PROVIDE MID-GRADE E15 GASOLINE DISPENSING EQUIPMENT.

[O2014-5037]

A proposed ordinance, presented by Aldermen Beale, Burke, Austin, Cullerton and Pawar, to amend Title 4, Chapter 108 of the Municipal Code of Chicago by adding new Section 4-108-76 requiring every licensee of a self-service filling station, open to the general public, to make available self-service dispensing equipment that dispenses mid-grade E15 ethanol-blend gasoline, except filling stations with fuel sales of less than 500,000 gallons a year and where underground storage tanks are not compatible with the storage of blended fuel in accordance with Section 175.415 of Chapter I of Title 41 of the Illinois Administrative Code, which was *Referred to the Committee on Finance.*

---

Presented By

**ALDERMAN POPE (10th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Chicago Samtel Cellular, Inc. -- to maintain and use one awning at 13258 South Baltimore Avenue; and

[O2014-5201]

Go Smart -- to maintain and use two signs at 9200 South Commercial Avenue.

[O2014-5472]

*Referred* -- ISSUANCE OF PERMITS FOR SIGNS/SIGNBOARDS.

Also, three proposed orders directing the Commissioner of Buildings to issue permits to the applicants listed to install signs/signboards at the locations specified, which were *Referred to the Committee on Zoning, Landmarks and Building Standards,* as follows:

Ad Deluxe Sign Company, Inc. -- for one sign/signboard at 3251 East 92nd Street;
[Or2014-285]

Doyle Signs, Inc. -- for one sign/signboard at 12600 South Torrence Avenue; and
[Or2014-287]

Modern Signs, Inc. -- for one sign/signboard at 9244 South South Chicago Avenue.
[Or2014-286]

---

Presented By

**ALDERMAN BALCER (11th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Four proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

BBQ Patio -- to maintain and use one sign at 3256 South Ashland Avenue;
[O2014-5373]

MN Gallery & Studio, Inc. -- to maintain and use one awning at 3524 South Halsted Street;
[O2014-5203]

Taqueria San Jose Number 1 -- to maintain and use one sign at 3253 South Halsted Street; and
[O2014-5378]

We Wash Car Wash, Inc. -- to maintain and use two security cameras adjacent to 2042 South Halsted Street.
[O2014-5380]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 707 of 921 PageID #:2970

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, two proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Morgan's Bar and Grill -- 1325 South Halsted Street; and

[O2014-5125]

Thirty3 -- 3302 -- 3304 South Halsted Street.

[O2014-5126]

---

*Referred* -- EXEMPTION OF TD CAPITAL INVESTMENTS FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-4985]

Also, a proposed ordinance to exempt TD Capital Investments from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 3849 -- 3859 South Parnell Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN CÁRDENAS (12th Ward):**

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR VISTA HERMOSA RESTAURANT.

[O2014-5204]

A proposed ordinance to grant permission and authority to Vista Hermosa Restaurant to construct, install, maintain and use one awning at 4248 South Ashland Avenue, which was *Referred to the Committee on Transportation and Public Way.*

Presented By

**ALDERMAN QUINN (13th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Double T Liquors & Lounge -- to maintain and use one canopy at 5624 South Pulaski Road; and

[O2014-5215]

Rocios Childrens Wear -- to maintain and use one awning at 7005 South Pulaski Road.

[O2014-5206]

---

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 5500 S. PULASKI RD.

[Or2014-295]

Also, a proposed order directing the Commissioner of Buildings to issue a permit to Corporate ID Solutions to install a sign/signboard at 5500 South Pulaski Road, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN BURKE (14th Ward):**

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR 43RD & PULASKI CURRENCY.

[O2014-5383]

A proposed ordinance to grant permission and authority to 43rd & Pulaski Currency to maintain and use one sign at 4300 South Pulaski Road, which was *Referred to the Committee on Transportation and Public Way.*

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 709 of 921 PageID #:2972

*Referred* -- AMENDMENT OF SECTION 17-17-0236 OF MUNICIPAL CODE REGARDING COMMERCIAL MESSAGES FOR-PROFIT BUSINESS.

[O2014-5000]

Also, a proposed ordinance to amend Title 17, Chapter 17, Section 0236 of the Municipal Code of Chicago regarding commercial message sign, wording, logo or other representation that directly or indirectly names, advertises or calls attention to a for-profit business, product, service or other commercial activity related to a business operated for a profit, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

*Referred* -- SUPERINTENDENT OF CHICAGO POLICE DEPARTMENT URGED TO EXPLORE IMPLEMENTATION OF PLAN TO PROVIDE POLICE OFFICERS WITH ANTI-OPIOID OVERDOSE KITS AND TRAINING.

[R2014-451]

Also, a proposed resolution calling on the Superintendent of the Chicago Police Department to explore implementation of a plan to provide police officers with anti-opioid overdose kits and training on how to administer the life-saving drug in a medical emergency, which was *Referred to the Committee on Public Safety.*

---

Presented By

**ALDERMAN BURKE (14th Ward)**
**And OTHERS:**

*Referred* -- RENAMING OF PLAZA ON WHICH CLARENCE F. BUCKINGHAM MEMORIAL FOUNTAIN SITS AS "JANE M. BYRNE PLAZA".

[R2014-443]

A proposed resolution, presented by Aldermen Burke, Fioretti, Dowell, Hairston, Sawyer, Holmes, Pope, Balcer, Quinn, Foulkes, Thompson, Lane, O'Shea, Maldonado, Burnett, Graham, Suarez, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, M. O'Connor, Tunney and City Clerk Mendoza, to rename the plaza on which the Clarence F. Buckingham Memorial Fountain sits as the "Jane M. Byrne Plaza" in recognition of the achievements of Jane M. Byrne and as a symbol of the esteem in which Jane M. Byrne is held by the Mayor, the City Council and the residents of the City of Chicago, which was *Referred to the Committee on Finance.*

*Referred* -- RENAMING OF GRAND BALLROOM AT NAVY PIER AS "JANE M. BYRNE GRAND BALLROOM".

[R2014-444]

Also, a proposed resolution, presented by Aldermen Burke, Fioretti, Dowell, Hairston, Sawyer, Holmes, Harris, Pope, Balcer, Quinn, Foulkes, Thompson, Lane, O'Shea, Maldonado, Burnett, Graham, Suarez, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, M. O'Connor, Tunney, Arena, Cappleman and City Clerk Mendoza, to rename the grand ballroom at Navy Pier as the "Jane M. Byrne Grand Ballroom" in recognition of the achievements of Jane M. Byrne and as a symbol of the esteem in which Jane M. Byrne is held by the Mayor, the City Council and the residents of the City of Chicago, which was *Referred to the Committee on Finance.*

---

*Referred* -- RENAMING OF PLAZA ON WHICH OLD CHICAGO WATER TOWER SITS AS "JANE M. BYRNE PLAZA".

[R2014-445]

Also, a proposed resolution, presented by Aldermen Burke, Moreno, Fioretti, Hairston, Sawyer, Holmes, Harris, Pope, Balcer, Quinn, Foulkes, Thompson, Lane, O'Shea, Maldonado, Burnett, Graham, Suarez, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, M. O'Connor, Tunney, Pawar and City Clerk Mendoza, to rename the plaza on which the Old Chicago Water Tower sits on the west side of North Michigan Avenue, between East Chicago Avenue and East Pearson Street, as the "Jane M. Byrne Plaza" in recognition of the achievements of Jane M. Byrne and as a symbol of the esteem in which Jane M. Byrne is held by the Mayor, the City Council and the residents of the City of Chicago, which was *Referred to the Committee on Finance.*

---

*Referred* -- RENAMING OF INTERNATIONAL TERMINAL AT CHICAGO O'HARE INTERNATIONAL AIRPORT AS "JANE M. BYRNE INTERNATIONAL TERMINAL".

[R2014-446]

Also, a proposed resolution, presented by Aldermen Burke, Fioretti, Dowell, Hairston, Sawyer, Holmes, Harris, Pope, Foulkes, Thompson, Lane, O'Shea, Maldonado, Ervin, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, M. O'Connor, Tunney, Arena, Cappleman, Pawar and City Clerk Mendoza, to rename the international terminal at Chicago O'Hare International Airport as the "Jane M. Byrne International Terminal" in recognition of the achievements of Jane M. Byrne and as a symbol of the esteem in which Jane M. Byrne is held by the Mayor, the City Council and the residents of the City of Chicago, which was *Referred to the Committee on Finance.*

Presented By

**ALDERMAN FOULKES (15th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

De Arte Unisex Hair Style -- to maintain and use one awning at 2650 West 47th Street; [O2014-5209]

Monterre Photo Studio -- to maintain and use one awning at 1752 West 47th Street; and [O2014-5211]

S&S Motors -- to maintain and use one sign at 6959 South Western Avenue. [O2014-5385]

---

*Referred* -- EXEMPTION OF APPLICANTS FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

Also, two proposed ordinances to exempt the applicants listed from the physical barrier requirement pertaining to alley accessibility for the parking facilities adjacent to the locations specified, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Shell Filling Station and Convenience Store -- 6658 South Western Avenue; and [O2014-4993]

Tower Property Group LLC -- 4313 -- 4337 South Archer Avenue. [O2014-4992]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 712 of 921 PageID #:2975

Presented By

**ALDERMAN THOMPSON (16th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

K Food & Liquor -- to maintain and use one sign at 1156 West 63rd Street;
[O2014-5387]

Mo's Auto Repair -- to construct, install, maintain and use one awning at 2300 West 59th Street; and
[O2014-5216]

Hasmukhbhai Thakkar -- to construct, install, maintain and use one awning at 2846 West 59th Street.
[O2014-5214]

---

Presented By

**ALDERMAN THOMAS (17th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Four proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Four Season Barber Shop -- to maintain and use one sign at 1744 West 79th Street;
[O2014-5390]

Harold's Chicken Shack -- to maintain and use one awning at 7310 South Halsted Street;
[O2014-5219]

Harold's Chicken Shack -- to maintain and use one sign at 7310 South Halsted Street; and
[O2014-5394]

Little Hands Child Creative Center, Inc. -- to maintain and use one awning at 7146 South Ashland Avenue.
[O2014-5224]

---

*Referred* -- STANDARDIZATION OF PORTIONS OF W. 78TH ST. AND S. LAFLIN ST. AS "DR. GEORGE W. WADDLES, SR. WAY".
[Or2014-297]

Also, a proposed order directing the Commissioner of Transportation to take the necessary action for the standardization of the southeast corner of West 78th Street and South Laflin Street, as "Dr. George W. Waddles, Sr. Way", which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN LANE (18th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Growers Outlet Company, Inc. -- to maintain and use occupation of space for four mobile carts on wheels to display merchandise adjacent to 7757 South Western Avenue;
[O2014-5398]

Inn Zone Carwash -- to maintain and use one sign at 2310 West 79th Street; and
[O2014-5401]

Southwest Guaranteed Home Equity Program -- to maintain and use one awning at 8316 South Kedzie Avenue.
[O2014-5232]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 714 of 921 PageID #:2977

*Referred* -- EXEMPTION OF OSO TIRE REPAIR FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-5018]

Also, a proposed ordinance to exempt Oso Tire Repair from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 7431 -- 7433 South Western Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN O'SHEA (19th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Seven proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Athletic & Therapeutic Institute of Chicago at Beverly -- to maintain and use one sign at 9645 South Western Avenue;

[O2014-5405]

Chicago Park District -- to construct, install, maintain and use a new facility adjacent to 11505 South Western Avenue;

[O2014-5407]

Luxure Nail and Beauty Bar -- to maintain and use one awning at 3754 West 111th Street;

[O2014-5236]

Midas Auto Service Experts -- to maintain and use one sign at 10200 South Western Avenue;

[O2014-5410]

The Shop 147 -- to maintain and use one awning at 2321 West 95th Street;

[O2014-5240]

The Shop 147 -- to maintain and use one sign at 2321 West 95th Street; and

[O2014-5417]

Wiseguys Pizza -- to maintain and use one sign at 3822 West 111th Street.

[O2014-5422]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 715 of 921 PageID #:2978

Presented By

**ALDERMAN COCHRAN (20th Ward):**

*Referred* -- AMENDMENT OF CHAPTER 4-4 OF MUNICIPAL CODE BY ADDING NEW SECTION 4-4-338 AND MODIFYING CHAPTERS, 4-240 AND 4-264 TO FURTHER REGULATE PAWNING OR PLEDGING OF CELL PHONES AND OTHER WIRELESS COMMUNICATION DEVICES.

[O2014-4941]

A proposed ordinance to amend Chapter 4-4 of the Municipal Code of Chicago by adding new Section 4-4-338 and modifying Chapters 4-240 and 4-264 by requiring the description of each cell phone or other wireless communication device being pawned or pledged to include the Mobile Equipment Identifier (MEID), International Mobile Station Equipment Identity (IMEI) or Electronic Serial Number (ESN) of the wireless communication device, which was *Referred to the Committee on License and Consumer Protection.*

---

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR 63RD & COTTAGE GROVE BUILDING.

[O2014-5218]

Also, a proposed ordinance to grant permission and authority to 63rd & Cottage Grove Building to maintain and use one canopy at 801 East 63rd Street, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN BROOKINS (21st Ward):**

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR EZZARD CHARLES NURSERY.

[O2014-5425]

A proposed ordinance to grant permission and authority to Ezzard Charles Nursery to maintain and use one sign at 7949 South Ashland Avenue, which was *Referred to the Committee on Transportation and Public Way.*

Presented By

**ALDERMAN MUÑOZ (22nd Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Four proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

A Gomez Tires & Wheels, Inc. -- to maintain and use one staircase adjacent to 3000 South Kostner Avenue;

[O2014-5449]

Cermak Tax Service -- to maintain and use one awning at 4052 West 26th Street;

[O2014-5442]

El Sinaloense -- to maintain and use one awning at 2759 South Pulaski Road; and

[O2014-5250]

Franks Food & Liquor -- to maintain and use one sign at 2501 South Pulaski Road.

[O2014-5445]

---

*Referred* -- GRANT OF PRIVILEGE TO OH, MAR! RESTAURANT FOR SIDEWALK CAFE.

[O2014-5127]

Also, a proposed ordinance to grant permission and authority to Oh, Mar! Restaurant to maintain and use a portion of the public way adjacent to 3857 West 26th Street for the operation of a sidewalk cafe, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 3960 W. 26TH ST.

[Or2014-284]

Also, a proposed order directing the Commissioner of Buildings to issue a permit to Real Neon, Inc. to install a sign/signboard at 3960 West 26th Street, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

Presented By

**ALDERMAN ZALEWSKI (23rd Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Four proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way*, as follows:

Bridgeview Bank Group -- to maintain and use one sign at 6366 South Archer Avenue; [O2014-5450]

Overt Press, Inc. -- to maintain and use one canopy at 4625 West 53rd Street; [O2014-5221]

United Tax & Travel -- to maintain and use one awning at 6058 South Pulaski Road; and [O2014-5254]

United Tax & Travel -- to maintain and use one sign at 6058 South Pulaski Road. [O2014-5452]

---

*Referred* -- EXEMPTION OF ALDI FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES. [O2014-5021]

Also, a proposed ordinance to exempt Aldi from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 5775 South Archer Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN CHANDLER (24th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 718 of 921 PageID #:2981

purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

B&A Supersub, Inc. -- to maintain and use one sign at 3943 West Roosevelt Road; and [O2014-5454]

Frank Food Number 4 -- to maintain and use one canopy at 1819 South Kedzie Avenue. [O2014-5226]

---

Presented By

**ALDERMAN SOLIS (25th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Eleven proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Burdeen Shoe Company, Inc. -- to maintain and use one awning at 2139 West Cermak Road; [O2014-5263]

Claire Cahan -- to maintain and use two steps adjacent to 2201 West 21st Street; [O2014-5456]

Chinatown Mobile -- to maintain and use one awning at 2401 South Wentworth Avenue; [O2014-5268]

Chiu Quon Bakery -- to maintain and use one canopy at 2242 South Wentworth Avenue; [O2014-5230]

Dick's Sporting Goods -- to maintain and use two signs at 1100 South Canal Street; [O2014-5457]

Family Coin Laundry, Inc. -- to maintain and use one sign at 2145 West Cermak Road; [O2014-5459]

Life Changers International Church -- to construct, install, maintain and use one bay window adjacent to 1337 West 15th Street; [O2014-5461]

Marketplace Vision -- to maintain and use one awning at 1306 South Halsted Street;
[O2014-5271]

Noodles & Company Number 673 -- to maintain and use two signs at 1100 South Canal Street;
[O2014-5464]

Uni Wire Corporation II -- to maintain and use two signs at 1540 West 18th Street; and
[O2014-5467]

Uruapan -- to maintain and use one awning at 1725 West 18th Street.
[O2014-5273]

---

*Referred* -- EXEMPTION OF MADISON THROOP LLC FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.
[O2014-5080]

Also, a proposed ordinance to exempt Madison Throop LLC from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 1247 -- 1249 West Madison Street, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way*.

---

Presented By

**ALDERMAN MALDONADO (26th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Nine proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Cafe Colao -- to maintain and use one awning at 2638 West Division Street;
[O2014-5276]

Cafe Colao -- to maintain and use one windscreen adjacent to 2638 West Division Street;
[O2014-5473]

Christian Fellowship Flock -- to maintain and use one sign at 2435 West Division Street;
[O2014-5474]

El Original Chavas Tacos, Inc. -- to maintain and use one sign at 2333 West Grand Avenue;
[O2014-5476]

Las Vegas Nite Club, Inc. -- to maintain and use three light fixtures adjacent to 3702 West Armitage Avenue;
[O2014-5483]

Las Vegas Nite Club, Inc. -- to maintain and use two security cameras adjacent to 3702 West Armitage Avenue;
[O2014-5606]

Rootstock Wine & Beer Bar -- to maintain and use four light fixtures adjacent to 954 North California Avenue;
[O2014-5486]

Tabb's Food & Liquor, Inc. -- to maintain and use one bay window adjacent to 2600 West Chicago Avenue; and
[O2014-5489]

Tabb's Food & Liquor, Inc. -- to maintain and use one occupation of space adjacent to 2600 West Chicago Avenue.
[O2014-5611]

---

Presented By

**ALDERMAN BURNETT (27th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Thirteen proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Banco Popular of Illinois -- to maintain and use three light fixtures adjacent to 1445 West Chicago Avenue;

[O2014-5479]

Banco Popular of Illinois -- to maintain and use two signs at 1445 West Chicago Avenue;
[O2014-5490]

Hashbrowns on Wells -- to construct, install, maintain and use one awning at 1149 -- 1155 North Wells Street;

[O2014-5279]

Mahoney's -- to maintain and use three awnings at 543 -- 551 North Ogden Avenue;
[O2014-5281]

Mas -- to maintain and use three signs at 800 West Washington Boulevard;
[O2014-5494]

The Night Ministry -- to maintain and use three planters adjacent to 1110 North Noble Street;

[O2014-5497]

O'Briens Restaurant & Bar -- to maintain and use one canopy at 1528 North Wells Street;
[O2014-5235]

R&J Auto Repair and Body Shop -- to maintain and use one sign at 1325 West Lake Street;
[O2014-5500]

The Spice House -- to maintain and use one sign at 1512 North Wells Street;
[O2014-5503]

Toni's Pizza and Pasta -- to maintain and use seven planters adjacent to 455 North Milwaukee Avenue;

[O2014-5506]

Turbodog Yoga -- to construct, install, maintain and use one banner adjacent to 800 West Huron Street;

[O2014-5507]

Vincenzo's -- to maintain and use one sign at 1104 West Madison Street; and
[O2014-5510]

1K Fulton LLC -- to construct, install, maintain and use 30 bicycle racks adjacent to 1000 West Fulton Market.

[O2014-5513]

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, three proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Mart Anthony -- 1200 West Hubbard Street;

[O2014-5128]

Soho House -- 113 -- 125 North Green Street; and

[O2014-5129]

Toni's Pizza and Pasta -- 455 North Milwaukee Avenue.

[O2014-5130]

---

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE TO MARKET FOR SIDEWALK CAFE.

[O2014-5109]

Also, a proposed ordinance to amend an ordinance passed by the City Council on April 2, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* page 77997, which authorized a grant of privilege to Market for a sidewalk cafe, by changing the name of the grantee from "Market" to "Packing House", which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- ISSUANCE OF PERMITS FOR SIGNS/SIGNBOARDS.

Also, two proposed orders directing the Commissioner of Buildings to issue permits to Project Outdoor LLC to install signs/signboards at the locations specified, which were *Referred to the Committee on Zoning, Landmarks and Building Standards,* as follows:

one sign/signboard at 912 West Chicago Avenue; and

[Or2014-296]

one sign/signboard at 1501 North Kingsbury Street.

[Or2014-298]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 723 of 921 PageID #:2986

Presented By

**ALDERMAN ERVIN (28th Ward):**

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR ROOSEVELT SQUARE/ LIMITED PARTNERSHIP.

[O2014-5238]

A proposed ordinance to grant permission and authority to Roosevelt Square/Limited Partnership to maintain and use one canopy at 1218 West Taylor Street, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN GRAHAM (29th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

M&S Food Market, Inc. -- to maintain and use one sign at 5615 West Madison Street; and [O2014-5517]

Prevention Partnership -- to maintain and use three awnings at 5936 West Lake Street. [O2014-5283]

---

*Referred* -- WAIVER OF SPECIAL EVENT LICENSE AND PERMIT FEES FOR TASTE OF AUSTIN FESTIVAL.

[Or2014-291]

Also, a proposed order authorizing the Department of Finance to waive the Itinerant Merchant, Food Vendor License and Street Closure fees for the participants in the Taste of Austin Festival to be held August 15 -- 17, 2014, from 10:00 A.M. to 10:30 P.M. on West Jackson Boulevard, between South Central Avenue and South Menard Avenue, which was *Referred to the Committee on Special Events, Cultural Affairs and Recreation.*

Presented By

**ALDERMAN GRAHAM (29th Ward)**
**And OTHERS:**

*Referred* -- AMENDMENT OF TITLE 4 OF MUNICIPAL CODE BY ADDING NEW CHAPTER 4-58 CONCERNING RESTRICTIONS ON ALLOWING PATRONS OF BUSINESS ESTABLISHMENTS TO BRING ONTO PREMISES ALCOHOLIC LIQUOR PURCHASED ELSEWHERE.

[O2014-5076]

A proposed ordinance, presented by Aldermen Graham, Hairston, Harris, Thompson, Lane, O'Shea, Cochran, Burnett, Ervin, Reboyras, Mell, Waguespack, Austin, Colón and Mitts, to amend Title 4 of the Municipal Code of Chicago by adding new Chapter 4-58 which would restrict the practice of allowing patrons of a business to bring onto the premises of such business, for their own personal consumption, alcoholic liquor that was purchased or otherwise obtained elsewhere by such patrons when an ordinance prohibiting BYOB is presented to the City Council which contains a description of the conditions and boundaries of the specified area, covering an area of no less than two contiguous city blocks unless specifically stated in the ordinance requiring the prohibition, which was *Referred to the Committee on License and Consumer Protection.*

---

Presented By

**ALDERMAN REBOYRAS (30th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Six proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

J&A Sports Bar -- to maintain and use one awning at 5650 West Diversey Avenue;

[O2014-5284]

John's Liquor & Deli -- to maintain and use one awning at 3086 North Milwaukee Avenue;

[O2014-5287]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 725 of 921 PageID #:2988

John's Liquor & Deli -- to maintain and use one sign at 3086 North Milwaukee Avenue;
[O2014-5521]

Krystyna's Flowers, Inc. -- to maintain and use one sign at 5534 ½ West Belmont Avenue;
[O2014-5524]

Norford Hotel, Inc. SRO -- to maintain and use two light fixtures adjacent to 1508 North Pulaski Road; and
[O2014-5527]

Parkside -- to maintain and use one sign at 3920 West Diversey Avenue.
[O2014-5528]

---

*Referred* -- EXEMPTION OF SERVICEMASTER FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.
[O2014-4936]

Also, a proposed ordinance to exempt ServiceMaster from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 2912 North Central Park Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way*.

---

Presented By

**ALDERMAN SUAREZ (31st Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Five proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way*, as follows:

American Dental Associates -- to maintain and use one sign at 2955 North Central Avenue;
[O2014-5536]

Central Auto Care, Inc. -- to maintain and use one sign at 3011 North Central Avenue;
[O2014-5538]

Diversey Dental Center Ltd. -- to maintain and use one sign at 5300 West Diversey Avenue;
[O2014-5540]

El Jerezano Restaurant -- to maintain and use one sign at 5037 -- 5039 West Diversey Avenue; and
[O2014-5542]

Jadwiga Florist -- to maintain and use one sign at 5229 West Belmont Avenue.
[O2014-5544]

---

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE FOR STEREO NIGHT CLUB.
[O2014-5117]

Also, a proposed ordinance to amend an ordinance passed by the City Council on July 6, 2011 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* page 3291, which authorized a grant of privilege to Stereo Night Club for two signs, by decreasing the number of signs and the compensation amount for said privilege, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- EXEMPTION OF APPLICANTS FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

Also, three proposed ordinances to exempt the applicants listed from the physical barrier requirement pertaining to alley accessibility for the parking facilities adjacent to the locations specified, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Equilibrium International Corporation -- 4942 -- 4950 West Fullerton Avenue;
[O2014-4997]

Hispanic Housing Development Corporation -- 4800 West George Street; and
[O2014-4995]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 727 of 921 PageID #:2990

Topflight Auto Spa Carwash -- 3012 North Pulaski Road.

[O2014-4996]

---

Presented By

**ALDERMAN SUAREZ (31st Ward) And ALDERMAN SPOSATO (36th Ward):**

*Referred* -- AMENDMENT OF SECTION 17-6-0403-F OF MUNICIPAL CODE TO ALLOW FOOD AND BEVERAGE RETAIL SALES WITHIN PLANNED MANUFACTURING DISTRICT NO. 9.

[O2014-5009]

A proposed ordinance to amend Title 17, Chapter 6, Section 0403-F of the Municipal Code of Chicago by allowing food and beverage retail sales as permitted uses within Planned Manufacturing District Number 9, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN WAGUESPACK (32nd Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Twenty-nine proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

@ Properties -- to maintain and use one sign at 1875 North Damen Avenue;

[O2014-5548]

Augie's -- to maintain and use seven awnings at 1721 West Wrightwood Avenue;

[O2014-5288]

Batter & Berries LLC -- to maintain and use one door swing adjacent to 2748 North Lincoln Avenue;

[O2014-5550]

Coldwell Banker -- to maintain and use three awnings at 1457 West Belmont Avenue;

[O2014-5293]

Daffodils -- to maintain and use one sign at 1935 West Armitage Avenue;

[O2014-5551]

Fullwest BP Gas & Subway -- to maintain and use one sign at 2357 West Fullerton Avenue;

[O2014-5553]

George Lowell -- to maintain and use one sign at 1423 West Belmont Avenue;

[O2014-5555]

Lincoln Park Dog & Cat Clinic -- to maintain and use two awnings at 2665 North Lincoln Avenue;

[O2014-5297]

The Lock Up Storage Centers -- to maintain and use one sign at 1930 North Clybourn Avenue;

[O2014-5556]

National Rubber Stamp Company, Inc. -- to maintain and use one sign at 1704 West Belmont Avenue;

[O2014-5557]

Old Lviv Restaurant, Inc. -- to maintain and use one awning at 2228 West Chicago Avenue;

[O2014-5302]

Patsy's Place -- to maintain and use four light fixtures adjacent to 2825 North Lincoln Avenue;

[O2014-5558]

Piano Factory Townhouse Condominium Association -- to maintain and use two lawn sprinkler systems adjacent to 2501 North Wayne Avenue;

[O2014-5559]

Roscoe Village Chamber of Commerce -- to construct, install, maintain and use one planter adjacent to 1845 West Belmont Avenue;

[O2014-5560]

Roscoe Village Chamber of Commerce -- to construct, install, maintain and use one planter adjacent to 1935 West Belmont Avenue;

[O2014-5561]

Roscoe Village Chamber of Commerce -- to construct, install, maintain and use one planter adjacent to 2040 West Belmont Avenue;

[O2014-5562]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2002 West Roscoe Street;

[O2014-5563]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2023 West Roscoe Street;

[O2014-5564]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2033 West Roscoe Street;

[O2014-5565]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2058 West Roscoe Street;

[O2014-5566]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2124 West Roscoe Street;

[O2014-5567]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2155 West Roscoe Street;

[O2014-5569]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2233 West Roscoe Street;

[O2014-5571]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2256 West Roscoe Street;

[O2014-5570]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2303 West Roscoe Street;

[O2014-5573]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 2335 West Roscoe Street;

[O2014-5575]

Roscoe Village Neighbors -- to construct, install, maintain and use one planter adjacent to 3041 North Western Avenue;

[O2014-5576]

Standout Style Boutique -- to construct, install, maintain and use one awning at 1419 West Belmont Avenue; and

[O2014-5306]

Thai "Linda" Cafe -- to maintain and use one awning at 2022 West Roscoe Street.

[O2014-5310]

---

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE FOR 1907 NORTH KENMORE CONDOMINIUM.

[O2014-5110]

Also, a proposed ordinance to amend an ordinance passed by the City Council on June 30, 2010 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* page 95503, which authorized a grant of privilege to 1907 North Kenmore Condominium for one bay window, by decreasing the compensation amount for said privilege, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, three proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Chino Latino Kitchen -- 2116 West Roscoe Street;

[O2014-5131]

El's Kitchen -- 1450 West Webster Avenue; and

[O2014-5133]

Twisted Lizard -- 1964 North Sheffield Avenue.

[O2014-5134]

*Referred* -- EXEMPTION OF BUCKTOWN ACADEMY LLC FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-5027]

Also, a proposed ordinance to exempt Bucktown Academy LLC from the physical barrier requirement pertaining to alley accessibility for the parking facilities for premises address, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 823 N. WESTERN AVE.

[O2014-5028]

Also, a proposed ordinance directing the Commissioner of Buildings to issue a permit to AD Deluxe Sign Company to install a sign/signboard at 823 North Western Avenue, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN MELL (33rd Ward):**

*Referred* -- GRANT OF PRIVILEGE IN PUBLIC WAY FOR KEDZIE & LAWRENCE CURRENCY EXCHANGE.

[O2014-5578]

A proposed ordinance to grant permission and authority to Kedzie & Lawrence Currency Exchange to maintain and use one sign at 4752 North Kedzie Avenue, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- EXEMPTION OF G&A MANAGEMENT FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-5015]

Also, a proposed ordinance to exempt G&A Management from the physical barrier

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 732 of 921 PageID #:2995

requirement pertaining to alley accessibility for the parking facilities for 4054 North Kedzie Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- AMENDMENT OF SECTION 17-3-0503-D(1) OF MUNICIPAL CODE BY DESIGNATING PORTIONS OF N. KEDZIE AVE., W. LAWRENCE AVE. AND W. MONTROSE AVE. AS PEDESTRIAN STREETS.

[O2014-5045]

Also, a proposed ordinance to amend Title 17, Chapter 3, Section 0503-D(1) of the Municipal Code of Chicago by designating North Kedzie Avenue, from West Lawrence Avenue to West Montrose Avenue; North Lawrence Avenue, from North Sacramento Avenue to North Central Park Avenue; and West Montrose Avenue, from North California Avenue to North Kimball Avenue as pedestrian streets, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN AUSTIN (34th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Joy Auto Corp. -- to maintain and use one sign at 10001 South Halsted Street; and

[O2014-5581]

Sheldon Liquors -- to maintain and use two signs at 11112 South Halsted Street.

[O2014-5582]

Presented By

**ALDERMAN COLÓN (35th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Six proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Allstate -- to maintain and use one sign at 3060 West Armitage Avenue;

[O2014-5583]

Azucar Bar and Grill -- to maintain and use four light fixtures adjacent to 2647 North Kedzie Avenue;

[O2014-5584]

Classic Shine Hair Studio, Inc. -- to construct, install, maintain and use one awning at 3455 West Irving Park Road;

[O2014-5313]

Dr. Cell -- to construct, install, maintain and use one banner adjacent to 3413 West Belmont Avenue;

[O2014-5585]

J and P Finer Foods -- to maintain and use one sign at 3501 West Montrose Avenue; and

[O2014-5586]

Pet Supplies Plus -- to maintain and use one sign at 3640 North Elston Avenue.

[O2014-5587]

---

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE TO PARTS AND LABOR FOR SIDEWALK CAFE.

[O2014-5155]

Also, a proposed ordinance to amend an ordinance passed by the City Council on April 30, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago*, page 80234, which authorized a grant of privilege to Parts and Labor for a sidewalk cafe by

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 734 of 921 PageID #:2997

decreasing the dimensions and seating capacity for said sidewalk cafe, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- EXEMPTION OF BEYOND AUTO REPAIR FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-5108]

Also, a proposed ordinance to exempt Beyond Auto Repair from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 3933 North Elston Avenue, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN SPOSATO (36th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Amato's Pizzeria -- to maintain and use one sign at 1737 North Harlem Avenue;

[O2014-5588]

Farmers Insurance Company -- to maintain and use two awnings at 7543 West Irving Park Road; and

[O2014-5319]

Victory Center of Galewood -- to maintain and use two sheetings adjacent to 2370 North Newcastle Avenue.

[O2014-5590]

Presented By

**ALDERMAN MITTS (37th Ward):**

*Referred* -- ISSUANCE OF SPECIAL EVENT LICENSES AND PERMITS, FREE OF CHARGE, TO ANOTHER CHANCE ASSEMBLY.

[Or2014-288]

A proposed order authorizing the Director of Revenue to issue special event licenses and permits, free of charge, to Another Chance Assembly for their event "Parade for Jesus" to be held August 30, 2014, beginning at 5100 West Division Street, proceeding eastbound and ending at La Follette Park, which was *Referred to the Committee on Special Events and Cultural Affairs.*

---

*Referred* -- WAIVER OF SPECIAL EVENT LICENSE AND PERMIT FEES FOR NEW 37TH WARD GOSPEL FESTIVAL.

[Or2014-292]

Also, a proposed order authorizing the Director of Revenue to waive the Food Vendor, Itinerant Merchant License and Tent Erection fees for participants in the New 37th Ward Gospel Festival to be held at La Follette Park, 1333 North Laramie Avenue on August 2, 2014, which was *Referred to the Committee on Special Events and Cultural Affairs.*

---

Presented By

**ALDERMAN MITTS (37th Ward)**
**And OTHERS:**

*Referred* -- CALL ON FEDERAL GOVERNMENT AND STATE OF ILLINOIS TO CONTINUE FUNDING COMMUNITY AND ECONOMIC DEVELOPMENT ASSOCIATION OF COOK COUNTY TO PROVIDE FOR NEEDS OF DISADVANTAGED PEOPLE OF COOK COUNTY.

[R2014-442]

A proposed resolution, presented by Aldermen Mitts, Moreno, Dowell, Hairston, Holmes, Harris, Beale, Thompson, Lane, Cochran, Brookins, Chandler, Burnett, Ervin, Graham, Reboyras, Austin, Cullerton and P. O'Connor, calling on the federal government and the

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 736 of 921 PageID #:2999

State of Illinois to continue funding the Community and Economic Development Association of Cook County to continue providing for the needs of the disadvantaged people of Cook County, which was *Referred to the Committee on Human Relations.*

---

Presented By

**ALDERMAN LAURINO (39th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Beef & Burger -- to maintain and use one sign at 4148 West Montrose Avenue; and [O2014-5591]

Discovery Clothing Company -- to maintain and use one sign at 4723 North Pulaski Road. [O2014-5592]

---

*Referred* -- VACATION OF PORTION OF N. CHRISTIANA AVE. AND EAST/WEST PUBLIC ALLEY IN AREA BOUNDED BY N. CARMEN AVE., N. KIMBALL AVE., W. FOSTER AVE. AND N. SPAULDING AVE.

[O2014-5001]

Also, a proposed ordinance authorizing the vacation of a portion of North Christiana Avenue and an east/west public alley in the area bounded by West Carmen Avenue, North Kimball Avenue, West Foster Avenue and North Spaulding Avenue, which was *Referred to the Committee on Transportation and Public Way.*

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 737 of 921 PageID #:3000

Presented By

**ALDERMAN LAURINO (39th Ward), ALDERMAN P. O'CONNOR (40th Ward), ALDERMAN M. O'CONNOR (41st Ward) And ALDERMAN ARENA (45th Ward):**

*Referred* -- COMMITTEE ON AVIATION URGED TO CONDUCT HEARINGS ON MITIGATION OF AIRPORT-RELATED NOISE AFFECTING COMMUNITIES AROUND CHICAGO O'HARE INTERNATIONAL AIRPORT.

[R2014-452]

A proposed resolution calling on the Committee on Aviation to hold hearings on alleged Federal Aviation Administration's failure to obey applicable law regarding ameliorating the impact of noise from airplanes landing and taking off at Chicago O'Hare International Airport, which was *Referred to the Committee on Aviation.*

---

Presented By

**ALDERMAN P. O'CONNOR (40th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Five proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Cafe Latin Bliss -- to maintain and use one awning at 5515 North Lincoln Avenue;

[O2014-5323]

Cardinal Wine & Spirits -- to maintain and use one sign at 4905 North Lincoln Avenue;

[O2014-5594]

Devon Morseview Drugs, Inc. -- to maintain and use one awning at 1358 West Devon Avenue;

[O2014-5325]

Hamburger Mary's Chicago -- to maintain and use two canopies at 5400 North Clark Street; and

[O2014-5242]

Patio Gas -- to maintain and use one sign at 6260 -- 6262 North Clark Street.

[O2014-5596]

---

*Referred* -- GRANT OF PRIVILEGE TO SABOR A CAFE, INC. FOR SIDEWALK CAFE.

[O2014-5138]

Also, a proposed ordinance to grant permission and authority to Sabor A Cafe, Inc. to maintain and use a portion of the public way adjacent to 2435 West Peterson Avenue for the operation of a sidewalk cafe, which was *Referred to the Committee on Transportation and Public Way*.

---

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 6346 N. CLARK ST.

[Or2014-299]

Also, a proposed order directing the Commissioner of Buildings to issue a permit to Corporate ID Solutions to install a sign/signboard at 6346 North Clark Street, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN P. O'CONNOR (40th Ward) And ALDERMAN O'SHEA (19th Ward):**

*Referred* -- COOK COUNTY RECORDER OF DEEDS KAREN A. YARBROUGH URGED TO REQUIRE PEOPLE TO PROVIDE VALID GOVERNMENT-ISSUED PHOTO IDENTIFICATION ALONG WITH VALID DOCUMENTATION OF CURRENT ADDRESS WHEN PRESENTING DOCUMENTS FOR RECORDING.

[R2014-448]

A proposed resolution calling on Cook County Recorder of Deeds Karen A. Yarbrough to require people to provide valid government-issued photo identification along with valid

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 739 of 921 PageID #:3002

documentation of their current address when presenting documents for recording and to maintain copies of said identification in order to help any investigations of suspected fraud, which was *Referred to the Committee on Housing and Real Estate.*

---

Presented By

**ALDERMAN P. O'CONNOR (40th Ward), ALDERMAN LAURINO (39th Ward), ALDERMAN BURKE (14th Ward) And OTHERS:**

*Referred* -- CALL ON CHICAGO CITY COUNCIL TO REFRAIN FROM HIRING FORMER CITY EMPLOYEES WHOSE NAMES APPEAR ON INELIGIBLE FOR REHIRE LIST.

[R2014-447]

A proposed resolution, presented by Aldermen P. O'Connor, Laurino, Burke, Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman and Silverstein, urging the City Council of the City of Chicago and its members to refrain from hiring, during the period of their disqualification, former city employees whose names appear on or whose names may be added to the Ineligible for Rehire List maintained by the Department of Human Services and requiring said department to provide true and accurate copies of updated lists to the Committee on Workforce Development and Audit on a quarterly basis, which was *Referred to the Committee on Workforce Development and Audit.*

---

Presented By

**ALDERMAN M. O'CONNOR (41st Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 740 of 921 PageID #:3003

Amish Custom Kitchens -- to construct, install, maintain and use three awnings at 6756 North Harlem Avenue;

[O2014-5336]

Grayland Station -- to maintain and use one sign at 5514 West Devon Avenue; and

[O2014-5597]

O'Hare Plaza II LLC -- to maintain and use one kiosk adjacent to 8725 -- 8755 West Higgins Road.

[O2014-5599]

---

*Referred* -- GRANT OF PRIVILEGE TO ESSENCE MED SPA WELLNESS CENTER FOR SIDEWALK CAFE.

[O2014-5139]

Also, a proposed ordinance to grant permission and authority to Essence Med Spa & Wellness Center to maintain and use a portion of the public way adjacent to 6413 North Kinzua Avenue for the operation of a sidewalk cafe, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- STANDARDIZATION OF PORTION OF N. IONIA AVE. AS "HONORARY JEANNE MARIE SCHULTZ WAY".

[O2014-5024]

Also, a proposed ordinance directing the Commissioner of Transportation to take the necessary action for the standardization of North Ionia Avenue, between North Central Avenue and North Minnehaha Avenue, as "Honorary Jeanne Marie Schultz Way", which was *Referred to the Committee on Transportation and Public Way.*

---

Presented By

**ALDERMAN REILLY (42nd Ward):**

*Referred* -- AMENDMENT OF CHAPTERS 9-40 AND 9-80 OF MUNICIPAL CODE TO FURTHER REGULATE OPERATION OF ELECTRIC PERSONAL ASSISTIVE MOBILITY DEVICES.

[O2014-5011]

A proposed ordinance to amend Title 9, Chapters 40 and 80 of the Municipal Code of Chicago to allow the operation of electric personal assistive mobility devices on bicycle paths

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 741 of 921 PageID #:3004

or lanes only and further, permit such devices to enter and drive upon the Randolph Protected Bike Lane located on Upper East Randolph Street, between North Michigan Avenue and North Harbor Drive, which was *Referred to the Committee on Pedestrian and Traffic Safety.*

---

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Also, 75 proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Acadia Heritage Shops LLC -- to maintain and use eight awnings at 55 East Randolph Street;

[O2014-5344]

Acadia Heritage Shops LLC -- to maintain and use one canopy at 130 North Garland Court;

[O2014-5245]

Ann & Robert H. Lurie Children's Hospital of Chicago -- to maintain and use two building projections adjacent to 225 East Chicago Avenue;

[O2014-5227]

Astrology -- to maintain and use one awning at 866 North State Street;

[O2014-5347]

Barneys New York -- to maintain and use eight awnings at 15 East Oak Street;

[O2014-5362]

The Bistro BT the Pier -- to construct, install, maintain and use one awning at 580 East Illinois Street;

[O2014-5364]

Bistrot Zinc -- to maintain and use four light fixtures adjacent to 1131 North State Street;

[O2014-5231]

Central Camera Company -- to maintain and use two signs at 230 South Wabash Avenue;

[O2014-5234]

Chicago Michigan LLC -- to maintain and use 10 planters adjacent to 730 North Michigan Avenue;

[O2014-5237]

Clinton Lake LLC -- to maintain and use seven banners adjacent to 211 North Clinton Street;

[O2014-5239]

The Contemporaine Condominium Association -- to maintain and use 26 balconies adjacent to 516 North Wells Street;

[O2014-5253]

The Contemporaine Condominium Association -- to maintain and use one grease basin adjacent to 516 North Wells Street;

[O2014-5261]

Corner Bakery Cafe -- to maintain and use two awnings at 35 East Monroe Street;

[O2014-5371]

Corner Bakery Cafe -- to maintain and use three awnings at 56 West Randolph Street;

[O2014-5402]

Corner Bakery Cafe -- to maintain and use two awnings at 1121 North State Street;

[O2014-5406]

Corner Bakery Cafe -- to maintain and use six canopies at 188 West Washington Street;

[O2014-5248]

Damen 4 Management of Illinois LLC -- to maintain and use one sign at 338 East Ohio Street;

[O2014-5264]

Double Tree Hotel Magnificent Mile -- to maintain and use four awnings at 300 East Ohio Street;

[O2014-5412]

Gibsons Steak House -- to maintain and use two security cameras adjacent to 1028 North Rush Street;

[O2014-5269]

Goodman/Friedman LLC -- to maintain and use one canopy at 60 West Randolph Street;

[O2014-5256]

Grand Plaza Owner LLC -- to maintain and use two signs at 540 North State Street;

[O2014-5270]

The Green Door -- to maintain and use one canopy at 678 North Orleans Street;

[O2014-5258]

The Hair Loft -- to maintain and use two banners adjacent to 217 West Huron Street;

[O2014-5272]

The Hangge-Uppe, Inc. -- to maintain and use one sign at 14 West Elm Street;

[O2014-5285]

Hard Rock Hotel -- to maintain and use one sign at 230 North Michigan Avenue;

[O2014-5292]

Hershey's Chocolate World Attraction-Chicago -- to maintain and use seven light fixtures adjacent to 822 North Michigan Avenue;

[O2014-5298]

Hugo's Frog Bar -- to maintain and use one awning at 1024 -- 1026 North Rush Street;

[O2014-5415]

IA Lodging Chicago Wabash LLC -- to maintain and use one awning at 225 North Wabash Avenue;

[O2014-5420]

IA Lodging Chicago Wabash LLC -- to maintain and use 18 bay windows adjacent to 225  North Michigan Avenue;

[O2014-5303]

IA Lodging Chicago Wabash LLC -- to maintain and use 23 light fixtures adjacent to 225 North Wabash Avenue;

[O2014-5308]

IA Lodging Chicago Wabash LLC -- to maintain and use two vaults adjacent to 225 North Wabash Avenue;

[O2014-5309]

The Indian Garden Restaurant -- to maintain and use three light fixtures adjacent to 247 East Ontario Street;

[O2014-5312]

Industrious -- to construct, install, maintain and use two banners adjacent to 320 West Ohio Street;

[O2014-5314]

Inter Capital Realty Corporation -- to construct, install, maintain and use 15 light fixtures adjacent to 307 North Michigan Avenue;

[O2014-5317]

Intercontinental Hotel Chicago -- to maintain and use four planters adjacent to 505 North Michigan Avenue;

[O2014-5321]

Interpark -- to maintain and use three banners adjacent to 230 West Washington Street;
[O2014-5335]

Interpark -- to maintain and use one canopy at 20 East Randolph Street;
[O2014-5265]

Interpark -- to maintain and use three signs at 181 North Clark Street;
[O2014-5346]

Interpark -- to maintain and use nine signs at 10 East Grand Avenue;
[O2014-5339]

Interpark -- to maintain and use three signs at 203 North LaSalle Street;
[O2014-5348]

Interpark -- to maintain and use two signs at 345 North LaSalle Street;
[O2014-5353]

Interpark -- to maintain and use seven signs at 50 East Ohio Street;
[O2014-5345]

Interpark -- to maintain and use one sign at 330 East Ohio Street;
[O2014-5352]

Interpark -- to maintain and use seven signs at 437 North Orleans Street;
[O2014-5355]

Interpark -- to maintain and use six signs at 20 East Randolph Street;
[O2014-5342]

Interpark -- to maintain and use one sign at 224 West Randolph Street;
[O2014-5351]

John Barleycorn -- to construct, install, maintain and use four awnings at 149 -- 151 West Kinzie Street;
[O2014-5423]

Joint Management Company, Inc. -- to maintain and use eight light fixtures adjacent to 750 North Franklin Street;
[O2014-5356]

Kim's Shoe Repair -- to maintain and use one awning at 110 West Chicago Avenue;
[O2014-5428]

Le Colonial -- to maintain and use one awning at 937 North Rush Street;
[O2014-5430]

Legacy Parking Company LLC -- to maintain and use two signs at 201 East Illinois Street;
[O2014-5357]

McDonald's -- to maintain and use one sign at 203 North LaSalle Street;
[O2014-5367]

Michael & Michael Hair -- to maintain and use two planters adjacent to 365 West Chicago Avenue;
[O2014-5368]

Niu -- to maintain and use one sign at 322 East Illinois Street;
[O2014-5369]

Nordstrom Rack -- to maintain and use six light fixtures adjacent to 24 North State Street;
[O2014-5370]

O'Donnell Investment Company -- to construct, install, maintain and use three caissons adjacent to 150 North Riverside Plaza;
[O2014-5372]

O'Donnell Investment Company -- to construct, install, maintain and use five catch basins adjacent to 150 North Riverside Plaza;
[O2014-5376]

O'Donnell Investment Company -- to construct, install, maintain and use occupation of space adjacent to 150 North Riverside Plaza;
[O2014-5374]

O'Donnell Investment Company -- to construct, install, maintain and use one sanitary sewer storm line adjacent to 150 North Riverside Plaza;
[O2014-5386]

O'Donnell Investment Company -- to construct, install, maintain and use sheeting adjacent to 150 North Riverside Plaza;
[O2014-5388]

O'Donnell Investment Company -- to construct, install, maintain and use three water vaults adjacent to 150 North Riverside Plaza;
[O2014-5391]

Reverie -- to maintain and use one sign at 414 North Orleans Street;
[O2014-5393]

River Point LLC -- to construct, install, maintain and use one canopy at 444 West Lake Street;
[O2014-5267]

RL -- to maintain and use one awning at 115 East Chicago Avenue;

[O2014-5432]

Seventeenth Church of Christ Scientist -- to maintain and use one occupation of space adjacent to 55 East Wacker Drive;

[O2014-5395]

Theory Sports Div Lounge -- to maintain and use one awning at 9 West Hubbard Street;

[O2014-5437]

Theory Sports Div Lounge -- to maintain and use two signs at 9 West Hubbard Street;

[O2014-5399]

Thor Palmer House Hotel & Shops LLC -- to maintain and use four planters adjacent to 17 East Monroe Street;

[O2014-5404]

Thor Palmer House Hotel & Shops LLC -- to maintain and use one vault adjacent to 17 East Monroe Street;

[O2014-5433]

Wow Bao -- to maintain and use five banners adjacent to 1 West Wacker Drive;

[O2014-5434]

7-Eleven Number 33908A -- to maintain and use one sign at 451 North State Street;

[O2014-5441]

100 East Huron Street Condominium Association -- to maintain and use one fuel tank adjacent 100 East Huron Street;

[O2014-5446]

100 East Huron Street Condominium Association -- to maintain and use one sundeck adjacent to 100 East Huron Street;

[O2014-5465]

110 West Superior LLC -- to construct, install, maintain and use five facades adjacent to 110 West Superior Street;

[O2014-5466]

757 Orleans at Chicago Condominium Association -- to maintain and use one canopy at 757 North Orleans Street.

[O2014-5275]

*Referred* -- AMENDMENT OF GRANTS OF PRIVILEGE IN PUBLIC WAY FOR MILLENNIUM TROLLEY TOURS LLC.

Also, three proposed ordinances to amend ordinances passed by the City Council on April 30, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago*, on the page numbers noted, which authorized grants of privilege to Millennium Trolley Tours LLC, which were *Referred to the Committee on Transportation and Public Way,* as follows:

page 79903 -- by changing the height of said privilege;

[O2014-5135]

page 79904 -- by changing the height of said privilege; and

[O2014-5140]

page 79905 -- by changing the height of said privilege.

[O2014-5143]

---

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, six proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Devon Seafood Grill -- 39 East Chicago Avenue;

[O2014-5141]

Hershey's Chocolate World Attraction-Chicago -- 822 North Michigan Avenue;

[O2014-5142]

La Cocina Mexican Grill LLC -- 178 North Franklin Street;

[O2014-5144]

Randolph Tavern -- 188 West Randolph Street;

[O2014-5146]

Red Robin's Burger Works -- 20 East Chicago Avenue; and

[O2014-5148]

RPM Steak -- 66 West Kinzie Street.

[O2014-5149]

---

*Referred* -- EXEMPTION OF O'DONNELL INVESTMENT COMPANY FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

[O2014-4998]

Also, a proposed ordinance to exempt O'Donnell Investment Company from the physical barrier requirement pertaining to alley accessibility for the parking facilities for 150 North Riverside, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- VACATION OF PORTION OF N. WEST WATER ST.

[O2014-5004]

Also, a proposed ordinance authorizing the vacation of North West Water Street, between West Randolph Street and West Lake Street, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- ISSUANCE OF PERMITS FOR SIGNS/SIGNBOARDS.

Also, three proposed orders directing the Commissioner of Buildings to issue permits to the applicants listed to install signs/signboards at the locations specified, which were *Referred to the Committee on Zoning, Landmarks and Building Standards,* as follows:

AD Deluxe Sign Company, Inc. -- for one sign/signboard at 302 East Illinois Street (south elevation);

[Or2014-302]

AD Deluxe Sign Company, Inc. -- for one sign/signboard at 302 East Illinois Street (west elevation); and

[Or2014-303]

Holland Design Group, Inc. -- for one sign/signboard at 230 East Ontario Street.
[Or2014-301]

---

Presented By

**ALDERMAN SMITH (43rd Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Fourteen proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Athenian Room Restaurant -- to maintain and use one awning at 807 West Webster Avenue;
[O2014-5439]

Burton Place -- to maintain and use two canopies at 1447 North Wells Street;
[O2014-5278]

Division Court Condominium Association -- to maintain and use two awnings at 161 -- 163 West Division Street;
[O2014-5444]

Lincoln Park Chamber of Commerce -- to maintain and use one sculpture adjacent to 2662 North Clark Street;
[O2014-5602]

Milito's Mobil -- to maintain and use two signs at 1106 -- 1112 West Fullerton Avenue;
[O2014-5603]

Perrenial Virant -- to maintain and use one trash container adjacent to 1800 North Lincoln Avenue;
[O2014-5605]

Prost -- to maintain and use one sign at 2566 -- 2568 North Lincoln Avenue;
[O2014-5607]

Riccardo Enoteca -- to construct, install, maintain and use one awning at 2116 North Clark Street;
[O2014-5448]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 750 of 921 PageID #:3013

Snarf's Sandwiches -- to construct, install, maintain and use four awnings at 2201 North Lincoln Avenue;

[O2014-5451]

Speedmo St. James LLC -- to maintain and use one fire escape adjacent to 425 West St. James Place;

[O2014-5609]

Speedmo St. James LLC -- to maintain and use one planter adjacent to 425 West St. James Place;

[O2014-5612]

Speedmo St. James LLC -- to maintain and use one step adjacent to 425 West St. James Place;

[O2014-5614]

Sully's House -- to maintain and use two canopies at 1501 North Dayton Street; and

[O2014-5280]

Village Cycle Center, Inc. -- to maintain and use one awning at 1337 North Wells Street.

[O2014-5453]

---

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE FOR DECLAN'S IRISH PUB.

[O2014-5111]

Also, a proposed ordinance to amend an ordinance passed by the City Council on March 5, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* page 75957, which authorized a grant of privilege to Declan's Irish Pub for three steps, by reducing the quantity and the compensation amount for said privilege, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- GRANT OF PRIVILEGE TO THE BAGELERS COFFEEHOUSE FOR SIDEWALK CAFE.

[O2014-5150]

Also, a proposed ordinance to grant permission and authority to The Bagelers Coffeehouse to maintain and use a portion of the public way adjacent to 2461 North Lincoln Avenue for the operation of a sidewalk cafe, which was *Referred to the Committee on Transportation and Public Way.*

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 2121 N. CLYBOURN AVE.

[Or2014-300]

Also, a proposed order directing the Commissioner of Buildings to issue a permit to Doyle Signs, Inc. to install a sign/signboard at 2121 North Clybourn Avenue, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN TUNNEY (44th Ward):**

*Referred* -- AMENDMENT OF SECTION 4-60-022 OF MUNICIPAL CODE BY DELETING SUBSECTION 44.1 TO ALLOW ISSUANCE OF ADDITIONAL ALCOHOLIC LIQUOR LICENSES ON PORTION OF N. CLARK ST.

[O2014-4983]

A proposed ordinance to amend Title 4, Chapter 60, Section 022 of the Municipal Code of Chicago by deleting subsection 44.1 which restricted the issuance of additional alcoholic liquor licenses on North Clark Street, from West Fletcher Street to West Buckingham Place, which was *Referred to the Committee on License and Consumer Protection.*

---

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Also, 18 proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Ashland Tire & Auto Clinic -- to maintain and use one sign at 3737 North Ashland Avenue;
[O2014-5615]

Candyality -- to maintain and use one sign at 3737 North Southport Avenue;
[O2014-5617]

Foursided -- to maintain and use one sign at 2938 North Broadway;
[O2014-5618]

Great Clips -- to maintain and use one awning at 3167 North Broadway;
[O2014-5458]

Joys -- to maintain and use two awnings at 3257 -- 3259 North Broadway;
[O2014-5463]

Leona's Pizzeria -- to maintain and use three awnings at 3215 North Sheffield Avenue;
[O2014-5468]

Leona's Pizzeria -- to maintain and use 14 light fixtures adjacent to 3215 North Sheffield Avenue;
[O2014-5619]

Leona's Pizzeria -- to maintain and use one sign at 3215 North Sheffield Avenue;
[O2014-5621]

MB Financial Bank -- to maintain and use one sign at 3328 North Broadway;
[O2014-5622]

P S Bangkok Restaurant, Inc. -- to maintain and use one sign at 3345 North Clark Street;
[O2014-5623]

Ping Pong -- to maintain and use one awning at 3322 North Broadway;
[O2014-5471]

Ping Pong -- to maintain and use one sign at 3322 North Broadway;
[O2014-5624]

Security Shop, Inc. -- to maintain and use one sign at 2951 North Clark Street;
[O2014-5625]

Slaymaker Gallery -- to maintain and use two banners adjacent to 936 West Roscoe Street;
[O2014-5627]

Sleepy's -- to maintain and use two signs at 3216 North Broadway;
[O2014-5628]

Tanuki -- to maintain and use one sign at 3006 North Sheffield Avenue;
[O2014-5630]

Thresholds "Mothers" Project -- to maintain and use two awnings at 1100 -- 1110 West Belmont Avenue; and
[O2014-5477]

Uncle Dan's Ltd. -- to maintain and use one sign at 3551 North Southport Avenue.
[O2014-5631]

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE FOR TEAVANA NO. 21920.

[O2014-5123]

Also, a proposed ordinance to amend an ordinance passed by the City Council on April 30, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* page 79945, which authorized a grant of privilege to Teavana Number 21920, by changing the address of the applicant from: "3824" to "3428", which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, three proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Ann Sather's Cafe -- 3415 North Broadway;

[O2014-5153]

The Brazilian Bowl -- 3204 North Broadway; and

[O2014-5157]

New Tokyo -- 3139 North Broadway.

[O2014-5159]

---

*Referred* -- ISSUANCE OF PERMIT FOR SIGN/SIGNBOARD AT 2900 N. LAKE SHORE DR.

[Or2014-283]

Also, a proposed order directing the Commissioner of Buildings to issue a permit to Bob Hauptman to install a sign/signboard at 2900 North Lake Shore Drive, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

Presented By

**ALDERMAN ARENA (45th Ward):**

*Referred* -- ISSUANCE OF TENT PERMIT, FREE OF CHARGE, TO INDEPENDENCE PARK ADVISORY COUNCIL.

[O2014-4988]

A proposed ordinance authorizing the Commissioner of Buildings to issue a tent permit, free of charge, to Independence Park Advisory Council for use on the premises known as Independence Park at 3945 North Springfield Avenue, which was *Referred to the Committee on Finance.*

---

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Also, six proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

City Smiles -- to maintain and use four awnings at 3800 North Pulaski Road;

[O2014-5480]

El Llano Restaurant -- to maintain and use one awning at 4011 North Elston Avenue;

[O2014-5484]

Lorch Bros. Flowers -- to maintain and use one canopy at 4936 West Irving Park Road;

[O2014-5290]

Sweet World Pastry, Inc. -- to maintain and use one sign at 5450 North Milwaukee Avenue;

[O2014-5531]

VCG Ltd. -- to maintain and use one canopy at 5050 West Irving Park Road; and

[O2014-5296]

VCG Ltd. -- to maintain and use one sign at 5050 West Irving Park Road.

[O2014-5532]

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 755 of 921 PageID #:3018

*Referred* -- GRANT OF PRIVILEGE TO BACCI CAFE AND PIZZERIA ON MILWAUKEE AVE., INC. FOR SIDEWALK CAFE.

[O2014-5161]

Also, a proposed ordinance to grant permission and authority to Bacci Cafe and Pizzeria on Milwaukee Avenue, Inc. to maintain and use a portion of the public way adjacent to 4367 North Milwaukee Avenue for the operation of a sidewalk cafe, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- AMENDMENT OF SECTION 17-3-0503-D(1) OF MUNICIPAL CODE BY DESIGNATING PORTIONS OF W. LAWRENCE AVE. AND N. MILWAUKEE AVE. AS PEDESTRIAN STREETS.

[O2014-5016]

Also, a proposed ordinance to amend Title 17, Chapter 3, Section 0503-D(1) of the Municipal Code of Chicago by designating West Lawrence Avenue, from North Laramie Avenue to North Long Avenue and North Milwaukee Avenue, from West Giddings Street to West Higgins Avenue/West Ainslie Street as pedestrian streets, which was *Referred to the Committee on Zoning, Landmarks and Building Standards.*

---

Presented By

**ALDERMAN CAPPLEMAN (46th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Seven proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Aardvark Insurance Agency -- to maintain and use one awning at 128 West Wilson Avenue;

[O2014-5487]

Finley Mahony's -- to maintain and use four light fixtures adjacent to 3701 North Broadway;

[O2014-5634]

Go Smart -- to maintain and use one sign at 4425 North Broadway;
[O2014-5635]

Las Mananitas -- to maintain and use five awnings at 3523 North Halsted Street;
[O2014-5491]

Mr. Salsa Taqueria -- to maintain and use one awning at 1025 West Montrose Avenue;
[O2014-5495]

Standard Bank & Trust Company -- to maintain and use two signs at 4000 North Broadway; and
[O2014-5637]

Wrigleyville North -- to maintain and use one sign at 3900 North Sheridan Road.
[O2014-5638]

---

Presented By

**ALDERMAN PAWAR (47th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Sixteen proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

American Dental Associates -- to construct, install, maintain and use one awning at 2409 West Lawrence Avenue;
[O2014-5498]

American Family Insurance -- to maintain and use one sign at 3805 North Lincoln Avenue;
[O2014-5512]

A-1 Jewelry & Coin Ltd. -- to maintain and use one sign at 1827 West Irving Park Road;
[O2014-5509]

Best Buy Food & Liquor -- to maintain and use one awning at 1832 West Montrose Avenue;
[O2014-5501]

Black Rock Pub -- to maintain and use one awning at 3614 North Damen Avenue;
[O2014-5505]

Black Rock Pub -- to maintain and use one sign at 3614 North Damen Avenue;
[O2014-5514]

Chicago Soccer -- to maintain and use one sign at 4839 North Western Avenue;
[O2014-5516]

Eye See Ravenswood P.C. -- to maintain and use one banner adjacent to 4735 North Damen Avenue;
[O2014-5520]

Hank's Party Store, Inc. -- to maintain and use one sign at 5029 North Western Avenue;
[O2014-5522]

Horseshoe BBQ -- to maintain and use one canopy at 4115 North Lincoln Avenue;
[O2014-5301]

New Lincoln Addison Currency Exchange, Inc. -- to maintain and use one sign at 1812 West Addison Street;
[O2014-5525]

North Center Animal Hospital, Inc. -- to maintain and use one sign at 1808 West Addison Street;
[O2014-5526]

Public Storage -- to maintain and use one canopy at 4430 North Clark Street;
[O2014-5304]

The Red Lion Lincoln Square -- to maintain and use one park bench adjacent to 4749 -- 4753 North Rockwell Street;
[O2014-5529]

Sajjad, Inc. -- to maintain and use four signs at 3801 North Lincoln Avenue; and
[O2014-5530]

20th Century TV & Stereo Center -- to maintain and use one sign at 1611 -- 1615 West Montrose Avenue.
[O2014-5533]

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE FOR MARTYRS'.

[O2014-5647]

Also, a proposed ordinance to amend an ordinance passed by the City Council on July 6, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* page 3240, which authorized a grant of privilege to Martyrs' by increasing the dimensions for said privilege, which was *Referred to the Committee on Transportation and Public Way.*

---

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, four proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

A. J. Hudson's Public House -- 3801 -- 3805 North Ashland Avenue;

[O2014-5162]

Chicago Joe's -- 2252 -- 2256 West Irving Park Road;

[O2014-5164]

City Provisions Catering and Events -- 1816 -- 1820 West Wilson Avenue; and

[O2014-5171]

Eats and Sweets Cafe, Inc. -- 1636 West Montrose Avenue.

[O2014-5173]

---

*Referred* -- AMENDMENT OF GRANT OF PRIVILEGE TO TROQUET FOR SIDEWALK CAFE.

[O2012-5147]

Also, a proposed ordinance to amend an ordinance passed by the City Council on April 2, 2014 and printed in the *Journal of the Proceedings of the City Council of the City of Chicago,* which authorized Troquet to operate a sidewalk cafe adjacent to 1834 West Montrose Avenue, by changing the name of the applicant from: "Troquet" to: "Mangal", which was *Referred to the Committee on Transportation and Public Way.*

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 759 of 921 PageID #:3022

*Referred* -- ISSUANCE OF PERMITS FOR SIGNS/SIGNBOARDS.

Also, two proposed orders directing the Commissioner of Buildings to issue permits to the applicants listed to install signs/signboards at the locations specified, which were *Referred to the Committee on Zoning, Landmarks and Building Standards,* as follows:

Corporate ID Solutions -- for one sign/signboard at 4800 North Ashland Avenue; and [Or2014-294]

365 Outdoor -- for one sign/signboard at 4000 North Lincoln Avenue. [Or2014-293]

---

Presented By

**ALDERMAN OSTERMAN (48th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Two proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Broadway Clark Building Corporation -- to maintain and use one vault adjacent to 4753 North Broadway; and [O2014-5502]

Kopi, a Traveler's Cafe -- to maintain and use one awning at 5317 North Clark Street. [O2014-5511]

---

*Referred* -- GRANTS OF PRIVILEGE FOR SIDEWALK CAFES.

Also, two proposed ordinances to grant permission and authority to the applicants listed to maintain and use those portions of the public way adjacent to the locations noted for the operation of sidewalk cafes, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Bale Sandwich and Bakery -- 5014 North Broadway; and
[O2014-5178]

Lovely, Too: A Bake Shop -- 1138 West Bryn Mawr Avenue.
[O2014-5180]

---

Presented By

**ALDERMAN MOORE (49th Ward):**

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Four proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Mona Buechler -- to maintain and use one awning at 1418 West Howard Street;
[O2014-5519]

Mona Buechler -- to maintain and use one security camera adjacent to 1418 West Howard Street;
[O2014-5496]

Cunneen's Pub -- to maintain and use two awnings at 1424 West Devon Avenue; and
[O2014-5515]

Cunneen's Pub -- to maintain and use one sign at 1424 West Devon Avenue.
[O2014-5492]

---

*Referred* -- EXEMPTION OF APPLICANTS FROM PHYSICAL BARRIER REQUIREMENT PERTAINING TO ALLEY ACCESSIBILITY FOR PARKING FACILITIES.

Also, three proposed ordinances to exempt the applicants listed from the physical barrier requirement pertaining to alley accessibility for the parking facilities adjacent to the locations

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 761 of 921 PageID #:3024

specified, pursuant to the provisions of Title 10, Chapter 20, Section 430 of the Municipal Code of Chicago, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Gifted Children Academy, Inc. -- 1557 West Howard Street;

[O2014-5078]

3 Corner Development -- 6414 North Lakewood Avenue; and

[O2014-5084]

3 Corner Development -- 6415 North Wayne Avenue.

[O2014-5082]

---

Presented By

**ALDERMAN SILVERSTEIN (50th Ward):**

*Rules Suspended* -- EXPRESSION OF SUPPORT FOR STATE OF ISREAL IN ITS SEARCH FOR ABDUCTED TEEN STUDENTS AND BEST WISHES FOR THEIR SAFE RETURN.

[R2014-458]

A proposed resolution reading as follows:

WHEREAS, Chicago is a city of diverse cultures and religions and, as such, is home to a large Jewish and Israeli community; who supports the State of Israel; and

WHEREAS, On June 12, 2014, Yeshiva students Gilad Shaer, 16, Eyal, Yifrah, 19, and Naftali Frenkel, 16 were abducted in Israel by terrorists late Thursday night; and

WHEREAS, The State of Israel, through its military force, has been desperately searching to find these innocent young adults; and

WHEREAS, Communities around the world have come together to pray for the safe return of these young men; and

WHEREAS, As stated by Secretary of State John Kerry, "The United States strongly condemns the kidnapping of three Israeli teenagers and calls for their immediate release". Our thoughts and prayers are with their families . . . We continue to offer our full support for Israel in its search for the missing teens; now, therefore,

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 762 of 921 PageID #:3025

*Be It Resolved*, That we, the Mayor and members of the City Council of the City of Chicago, assembled this 25th day of June 2014, do hereby reaffirm its commitment to the State of Israel and Hope that Gilad Shaer, Eyal Yifrah and Naftali Frenkel will be released and returned, safe and unharmed, to their families and friends; and

*Be It Further Resolved*, That we encourage full cooperation between the Israeli and Palestinian security services to facilitate the safe return of these boys; and

*Be It Further Resolved*, That suitable copies of this resolution be presented to the Consulate General of Israel in Chicago, as a sign of our support for and solidarity with the State of Israel.

Alderman Silverstein moved to *Suspend the Rules Temporarily* to permit immediate consideration of and action upon the foregoing proposed resolution. The motion *Prevailed*.

On the motion of Alderman Silverstein, the foregoing proposed resolution was *Adopted* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

---

*Referred* -- GRANTS OF PRIVILEGE IN PUBLIC WAY.

Also, three proposed ordinances to grant permission and authority to the applicants listed for the purposes specified, which were *Referred to the Committee on Transportation and Public Way,* as follows:

Howard Auto Sales -- to maintain and use one sign at 2857 West Howard Street;
[O2014-5478]

Lickity Split FC & S2 LLC -- to construct, install, maintain and use eight light fixtures adjacent to 7000 North Western Avenue; and
[O2014-5481]

Nayab Mart -- to maintain and use three signs at 2449 West Devon Avenue.
[O2014-5482]

---

## *5. FREE PERMITS, LICENSE FEE EXEMPTIONS, CANCELLATION OF WARRANTS FOR COLLECTION AND WATER RATE EXEMPTIONS, ET CETERA.*

Proposed ordinances, orders, et cetera, described below, were presented by the aldermen named and were *Referred to the Committee on Finance*, as follows:

### SENIOR CITIZENS SEWER REFUNDS:
### ($50.00)

*BY ALDERMAN FIORETTI* (2nd Ward):

[O2014-5725]

Agnes, Clement

Allen, Carolyn A.

Clive, Halliwell

Dabrowski, Stanley

Daniels, Levi

Dowd, Mary K.

Jackson, Geraldine

Kloak, George

Kwan, Kan Yuen

O' Brien, Patricia

O'Connor, Rita

Roehl Rodriguez, Lila

Swire, David P.

Vincent, Geraldine E.

Wilcox, Barbara L.

Wilcox, Harvey

*BY ALDERMAN DOWELL* (3rd Ward):

[O2014-5726]

Lewis, Christopher

*BY ALDERMAN BURNS* (4th Ward):

[O2014-5745]

Alexander, Louis

Ansary, Hanson J.

Bennett, Lois

Cammon, June E.

Dortch, Sammie

Gnippe, Sandra J.

Gray, Lyndia

Oates, Joyce L.

Reddix, Ruth N.

Rogers, John W.

Sledge-Willis, Katrina

*BY ALDERMAN SAWYER* (6th Ward):

[O2014-5727]

Roberson, Arlene

Shelton, Katherine J.

*BY ALDERMAN HOLMES* (7th Ward):

[O214-5728]

Chrite, George M.

Mendelson, Jennie

Spears, Rosa L.

*BY ALDERMAN HARRIS* (8th Ward):

[O2014-5729]

Kyles, Joseph H.

Jones, Michael

Curry, Vinson

*BY ALDERMAN WAGUESPACK* (32nd Ward):

[O2014-5730]

Beckman, Elizabeth

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 765 of 921 PageID #:3028

*BY ALDERMAN SPOSATO* (36th Ward):

[O2014-5731]

Headtke, Jacqueline A.

*BY ALDERMAN CULLERTON* (38th Ward):

[O2014-5732]

Carlino, Lena M.

Dunskis, Valentina

Meyers, Ross and Kathleen

Miszkiewicz, Frank

Pienkos, Angela V.

Piwowarski, Bozena A.

Rizzo, Joann M.

Vavrinchik, Helen

*BY ALDERMAN LAURINO* (39th Ward):

[O2014-5733]

Horan, Delores

Slavitt, Marlene

*BY ALDERMAN P O.'CONNOR* (40th Ward):

[O2014-5734]

Dennis, Paul

Fekete, Stephen

Waldman, Charles

*BY ALDERMAN M. O'CONNOR* (41st Ward):

[O2014-5735]

Auramopoulas, Koula

Barker, Richard

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 766 of 921 PageID #:3029

Carrera, Avis A.

Gleeson, Joan

Lally, Mary E.

Metallo, Robert

Tuazon, Ruperta L.

*BY ALDERMAN REILLY* (42nd Ward):

[O2014-5736]

Bryant, Carol L.

Cohen, Stanley

Dritschel, Mary C.

Gelman, Bettye

Glass, Barbara

Grunberg, Bernarth

Hesse, Nancy Jane

Hoffenberg, Vernon

Kaminsky, Loretta A.

Kravitz, Barbara

Krinsky, Lois G.

Minassian, Edouard

Moti, Thadani

Nagubadi, Ramamurthy

Porte, Andrew

Rudzitis, Alda

Scheppe, David A.

Sharon, Arie

Sher, Judith R.

Shore, Jack

Tocas-Fuchs, Jacquelyn

Weinper, Wallis L.

Yates, Ruth A.

*BY ALDERMAN SMITH* (43rd Ward):

[O2014-5737]

Anderson, Margaret E.

Crotty, Karen A.

Dayron, Betty

Edward, Bock J.

Evans, Linda

Felber, Diane

Gill, Arlene A.

Josephs, Karen P.

Levenstein, Angela

Lundberg, Eivor C.

Mogill, Susan

Nekvasil, Charles A.

Reilly, Joan

Watts, Charles

Walsdorf, Mary T.

Windt, Stuart H.

*BY ALDERMAN TUNNEY* (44th Ward):

[O2014-5738]

Avila, Pamela A.

Bitton, Denise

Bourne, Kenneth

Bowden, Nicholas

Emmerick, Mary

Farjardo, Robert and Marohn, Judith

Frenzel, Richard M.

Kenny, Michael

Loftus, John

Maginson, Errol M.

Pogodin, Arlyne

Sterling, Renita

*BY ALDERMAN CAPPLEMAN* (46th Ward):

[O2014-5739]

Aisporna, Estrella

Angelini, Dolores M.

Castellanos, Ofelia G.

Davis, Lynn Ellen

Donnal, Dennis

Garrison, Hilder

Prince, Christine B.

Rodriguez, Carlos

Shah, Nila V.

Stiefel, Olga

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 768 of 921 PageID #:3031

*BY ALDERMAN PAWAR* (47th Ward):

[O2014-5741]

Bayona, Nida

Benson, Ruth A.

Blake, Marcelline

Daeumer, Diane

Davies, Bonnie

Fisher, Leslie T.

Fisher, Thelma L.

Oh, Kunhwan

Padour, Judith A.

Partipilo, Nellie M.

*BY ALDERMAN OSTERMAN* (48th Ward):

[O2014-5742]

Berger, Mara

Cragon, Miller M.

Davis, Lester

Dorado, Ildephonse

Flavin, Joan D.

Gough, Sandra L.

Gumucio, Susana E.

Hicks, Raymond

Johnson, Brian

Pakin, Sherwin E.

Rittenhouse, Sunne E.

Strauss, Leon F.

Yancey, Laura D.

*BY ALDERMAN MOORE* (49th Ward):

[O2014-5743]

Binsfeld, Mary C.

*BY ALDERMAN SILVERSTEIN* (50th Ward):

[O2014-5744]

Frank, Robert

## *APPROVAL OF JOURNAL OF PROCEEDINGS.*

JOURNAL (May 28, 2014)

The Honorable Susana A. Mendoza, City Clerk, submitted the printed official *Journal of the Proceedings of the City Council of the City of Chicago* for the regular meeting held on Wednesday, May 28, 2014 at 10:00 A.M., signed by her as such City Clerk.

Alderman Burke moved to *Approve* said printed official *Journal* and to dispense with the reading thereof. The question being put, the motion *Prevailed*.

## *UNFINISHED BUSINESS.*

None.

## *MISCELLANEOUS BUSINESS.*

PRESENCE OF VISITORS NOTED.

The following individuals were in attendance and recognized by the City Council:

family and friends of the late Dr. Betty Howard: husband, Major Howard; mother, Leola Clifton; son, James Washington; granddaughters, Jamia Washington and Deja Ewings; grandson, James Washington; daughters-in-law, Talonda Howard and Crystal Ross; niece, Krystal Long; brother, Orlando Long; and best friend, Mrs. Galmore;

RIC Blackhawk Sled Hockey Team: U.S. Paralympic Gold Medal recipients Kevin McKee and Brody Roybal, accompanied by friends Jorge Sanches and Gabriella Costillo; Coach and Special Recreation Coordinator, Daniel Tun; Chicago Park District CEO, Michael Kelly; Chicago Park District members: Gerry Henaghan, Tim O'Connell, Vaughn Bryant, and Larry Labiak; Derek Daniels, Rehabilitation Institute of Chicago; and Joseph Russo, Deputy Commissioner, Mayor's Office for People with Disabilities;

recipients of 2014 Golden Apple Award for Excellence in Teaching: Luke Albrecht, Crown Community Fine Arts Academy, Chicago, accompanied by Stacza Lipinski and Dose Lipinski; Mary Benton, Hawthorne Middle School South, Vernon Hills; Joseph Casanovas, Helen C. Peirce School of International Studies, Chicago; Roosevelt Griffin, Gwendolyn Brooks Middle School, Harvey, accompanied by wife, Tasneem Griffin, sons, Roosevelt H. Griffin and Zion E. Griffin, mother, Leonia Jackson, friend, Arletha Boltor; Madeline Kobayashi, Phillip Rogers Elementary School, Chicago, accompanied by Jeff Kobayashi and Jalen Kobayashi and teacher, Isaly Morgan; Malissa Talaber Matwyshyn, St. Nicholas Cathedral School, Chicago, accompanied by Paul Matwyshyn and Dr. Susan Kurland; Rozy Patel, Edgebrook School, Chicago, accompanied by father, Hasvrukhbhai Patel, mother, Kailasben Patel and Principal/ Mentor, Chad Weiden; Anand Sukumaran, Mary Gage Peterson Elementary School, Chicago, accompanied by Dr. Menghini, Dean Rhodes, Kate Kane, Roger and Jeanne; recipient of 2014 Stanley C. Golder Award, Alan Mather, Principal, Robert Lindblom Math and Science Academy, Chicago;

65th Infantry Regiment, known as Borinquereers, recipients of Congressional Gold Medal: Raúl Cardona, Ramón 'Moncho' Rodriguez, Santiago Pérez-Garcia, Tomas Lozada, Diego Figueroa-Reyes, Juan Vásquez and Bienvenido Rodriguez-Rivera;

participants of Illinois Council Against Handguns Contest: Caroline Wiley, Principal of Bridgeport Catholic Academy; student Mariano Sandoval (1st Grade-Art) accompanied by parents, Mario and Jaclyn Sandoval; student David Luna (3rd Grade-Essay) accompanied by parent, Deborah Pascua; student Sara Suarez (4th Grade-Poetry) accompanied by parent, Linda Suarez; Diane L. Brown, Principal of De LaSalle Institute; student Gabriela Velazquez (11th Grade-Art) accompanied by parent, Emilia Velazquez;

retiring Chicago Police Officer Terrence J. Clark, Star Number 4840, accompanied by wife, Noelia Clark; son, Daniel Clark; daughters, Leslie Clark and Michelle Clark; and son-in-law, Joshua Reighard.

---

**Time Fixed For Next Succeeding Regular Meeting.**

[O2014-5776]

By unanimous consent, Alderman Burke presented a proposed ordinance which reads as follows:

*Be It Ordained by the City Council of the City of Chicago:*

SECTION 1. That the next succeeding regular meeting of the City Council of the City of Chicago to be held after the meeting held on Wednesday, the twenty-fifth (25th) day of June 2014, at 10:00 A.M., be and the same is hereby fixed to be held on Wednesday, the thirtieth (30th) day of July 2014, at 10:00 A.M., in the Council Chamber in City Hall.

SECTION 2. This ordinance shall take effect and be in force from and after its passage.

On motion of Alderman Burke, the foregoing proposed ordinance was *Passed* by yeas and nays as follows:

*Yeas* -- Aldermen Moreno, Fioretti, Dowell, Burns, Hairston, Sawyer, Holmes, Harris, Beale, Pope, Balcer, Cárdenas, Quinn, Burke, Foulkes, Thompson, Lane, O'Shea, Cochran, Brookins, Muñoz, Zalewski, Chandler, Maldonado, Burnett, Ervin, Graham, Reboyras, Suarez, Waguespack, Mell, Austin, Colón, Sposato, Mitts, Cullerton, Laurino, P. O'Connor, M. O'Connor, Reilly, Smith, Tunney, Arena, Cappleman, Pawar, Osterman, Moore, Silverstein -- 48.

*Nays* -- None.

Alderman Pope moved to reconsider the foregoing vote. The motion was lost.

At this point in the proceedings, Alderman Laurino, President Pro Tempore, rose and on behalf of the members of the City Council, extended best wishes to Alderman Burke for a speedy recovery following his upcoming surgery.

---

## Adjournment.

Thereupon, Alderman Burke moved that the City Council do *Adjourn*. The motion *Prevailed* and the City Council *Stood Adjourned* to meet in regular meeting on Wednesday, July 30, 2014 at 10:00 A.M., in the Council Chamber in City Hall.

Susana A. Mendoza

SUSANA A. MENDOZA,
*City Clerk.*

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 772 of 921 PageID #:3035

# APPENDIX A

## LEGISLATIVE INDEX

JOURNAL of the PROCEEDINGS
of the
CITY COUNCIL
of the
CITY of CHICAGO, ILLINOIS

Regular Meeting – Wednesday, June 25, 2014

## Main Category List

# LEGISLATIVE INDEX
# JOURNAL of the PROCEEDINGS
# of the
# CITY COUNCIL
# of the
# CITY of CHICAGO, ILLINOIS

Regular Meeting – Wednesday, June 25, 2014

Agreements
Airports
Alley
Appointments
Bonds & Bond Issues
Budget & Appropriations
City Council
City Departments/Agencies
Claims
Commendations & Declarations
Committee/Public Hearings
Cook County
Energy/Environmental Protection
Finance Funds
Foreign Affairs
Historical Landmarks
Illinois, State of
Journal Corrections
Lawsuits/Settlements
Municipal Code Amendments
Parking
Permits/License/Fee Exemptions
Property
Public Way Usage
Reports
Signs/Signboards
Special Events
Streets
Tag Days
Tax Incentives
Tax Increment Financing Districts
Traffic
Tributes
United States Government
Zoning Reclassifications

## Abbreviations And Acronyms

**A**

| | |
|---|---|
| Admin. | Administration |
| Agcy. | Agency |
| a.k.a. | Also Known As |
| Ald. | Alderman |
| AME | African Methodist Episcopal Church |
| ANLAP | Adjacent Neighbors Land Acquisition Program |
| App. | Application |
| Apt(s). | Apartment(s) |
| Assn. | Association |
| Assoc. | Associates |
| Asst. | Assistant |
| Atty. | Attorney |
| Ave | Avenue |
| A.M. | Ante Meridian |

**B**

| | |
|---|---|
| B.A.. | Bachelor of Arts |
| Bd. of Ed. | Board of Education |
| Bldg. | Building |
| Bhp. | Bishop |
| Blvd | Boulevard |
| Bro. | Brother |

**C**

| | |
|---|---|
| Capt. | Captain |
| Card. | Cardinal |
| CCL | Concealed Carry License |
| CDBG | Community Development Block Grant |
| CDC | Community Development Commission |
| CEO | Chief Executive Officer |
| CFD | Chicago Fire Department |
| CFO | Chief Financial Officer |
| CFP | Chicago Firearm Permit |
| CHA | Chicago Housing Authority |
| Chap. | Chapter |
| Chpl. | Chaplain |
| Chgo. | Chicago |
| Co. | Company |
| Col | Colonel |
| Com. | Committee/Community |
| Comdr. | Commander |

**C**

| | |
|---|---|
| Coml. | Commercial |
| Comm. | Commerce/Commission |
| Comr. | Commissioner |
| Condo | Condominium |
| Co-Op | Cooperative |
| Corp. | Corporation |
| Corpl. | Corporal |
| Constr. | Construction |
| CPA | Certified Public Accountant |
| CPD | Chicago Police Department/ |
| CPS | Chicago Public Schools |
| Ct | Court |
| CTA | Chicago Transit Authority |

**D**

| | |
|---|---|
| DARLEP | Digital Automated Red Light Enforcement Program |
| d.b.a. | Doing Business As |
| Deferred | Action Deferred |
| deg. | Degree(s) |
| Det. | Detective |
| Dept. | Department |
| Devel. | Developer/Development |
| Dist. | District |
| Div. | Division |
| Dr. | Doctor |
| Dr | Drive |

**E**

| | |
|---|---|
| E | East |
| EAV | Equalized Assessed Value |
| eb | eastbound |
| Elem. | Elementary |
| EMT | Emergency Medical Technician |
| Eng'r | Engineer |
| Equip. | Equipment |
| Exchg. | Exchange |
| Exec. Dir. | Executive Director |
| Expy. | Expressway |

**F**

| | |
|---|---|
| FAA | Federal Aviation Administration |
| Fahr. | Fahrenheit |
| FAR | Floor Area Ratio |
| FBI | Federal Bureau of Investigation |
| FDA | Federal Drug Administration |

## Abbreviations And Acronyms

**F**

| | |
|---|---|
| F.F. | Firefighter |
| Filed | Placed on File |
| FOID | Firearm Owner's Identification Card |
| Fr. | Father |
| ft. | feet |
| f.k.a. | formerly known as |

**G**

| | |
|---|---|
| Gen. | General |
| Govt. | Government |

**H**

| | |
|---|---|
| Hon. | Honorable |
| hrs. | Hours |
| HUD | Housing and Urban Development |
| Hwy. | Highway |
| HQ | Headquarters |

**I**

| | |
|---|---|
| IDOT | Illinois Dept. of Transportation |
| IL | Illinois |
| Inc. | Incorporated |
| Ind. | Industries |
| Ins. | Insurance |
| Insp. Gen. | Inspector General |
| Inst'l. | Institutional |
| IPD | Institutional Planned Development |

**J**

| | |
|---|---|
| Jr. | Junior |

**L**

| | |
|---|---|
| LCpl | Lance Corporal |
| LLC | Limited Liability Company |
| LP | Limited Partnership |
| Lt. | Lieutenant |
| Ltd. | Limited |
| LUCHA | Latin United Community Housing Association |

**M**

| | |
|---|---|
| Maj. | Major |
| M.B. | Missionary Baptist |
| MBA | Master of Business Administration |
| MBE | Minority Business-Owned Enterprise |

**M**

| | |
|---|---|
| MWBE | Minority Women Business Enterprise |
| Mfg. | Manufacturing |
| MFT | Motor Fuel Tax |
| Mgmt. | Management |
| mins. | Minutes |
| MOPD | Mayors Office for People with Disabilities |
| Msgr. | Monsignor |
| Mun. | Municipal |

**N**

| | |
|---|---|
| N | North |
| Natl. | National |
| NFP | Not-for-profit corporation |
| No. | Number |

**O**

| | |
|---|---|
| Off. | Officer |
| Org. | Organization |

**P**

| | |
|---|---|
| pg(s) | page(s) |
| PhD | Doctor of Philosophy |
| Pkg. | Package/Parking |
| Pkwy | Parkway |
| Pl | Place |
| Plz | Plaza |
| P.M. | Post Meridian |
| P.O. | Police Officer |
| PFC | Private First Class |

**R**

| | |
|---|---|
| RA | Very Reverend |
| Rd. | Road |
| Re-Ref. | Re-Referred |
| Redevel. | Redevelopment |
| Ref. | Referred |
| Rehab. | Rehabilitation |
| Res. | Residence/Residential |
| Rest. | Restricted/Restaurant |
| Rev. | Reverend |
| ROTC | Reserve Officer's Training Corps |
| ROW | Right-of-way |
| RR | Railroad |
| Rt. Rev. | Right Reverend |

## Abbreviations And Acronyms

**R**

| | |
|---|---|
| Ry. | Railway |
| RTA | Regional Transportation Authority |

**Q**

| | |
|---|---|
| Q1 | 1st Quarter (Jan – Mar) |
| Q2 | 2nd Quarter (Apr – Jun) |
| Q3 | 3rd Quarter (Jul – Sep) |
| Q4 | 4th Quarter (Oct – Dec) |

**S**

| | |
|---|---|
| S | South |
| SBIF | Small Business Improvement Fund |
| St. | Saint |
| Sch. | School |
| Sgt. | Sergeant |
| SFC. | Sergeant First Class |
| Sist. | Sister |
| Soc. | Society |
| Sq. | Square |
| Sr. | Senior |
| SSA | Special Service Area |
| SSgt. | Staff Sergeant |
| St | Street |
| STEM | Science, Technology, Engineering and Math |
| Subdiv. | Subdivision |
| Supt. | Superintendent |

**T**

| | |
|---|---|
| Terr | Terrace |
| thru | through |
| TIF | Tax Increment Financing |
| Trans. | Transportation |

**U**

| | |
|---|---|
| Univ. | University |
| U.S. | United States |
| u.t.a. | Under trust agreement |
| Util. | Utility |

**V**

| | |
|---|---|
| v | versus (against) |
| Veh. | Vehicle |

**W**

| | |
|---|---|
| W | West |

**Y**

| | |
|---|---|
| YMCA | Young Men's Christian Association |
| YWCA | Young Women's Christian Association |

**Zoning Districts**

| | |
|---|---|
| B | Business |
| BPD | Business Planned Development |
| C | Commercial |
| CPD | Commercial Planned Development |
| DC | Downtown Core |
| DX | Downtown Mixed-Use |
| DR | Downtown Residential |
| DS | Downtown Service |
| M | Manufacturing |
| PD | Planned Development |
| PMD | Planned Manufacturing |
| POS | Parks and Open Space |
| R | Residential |
| RM | Residential Multi-Unit |
| RPD | Residential Planned Development |
| RS | Residential Single Unit (Detached House) |
| RT | Residential Two-Flat, Townhouse and Multi-Unit |
| SD | Special Character Overlay |

**AGREEMENTS**

Quad Communities Development Corp.

4323 S Cottage Grove Ave, 4519-4525 S Cottage Grove Ave, 4556 S Cottage Grove

Access to property

Emanuel (Mayor) O2014-4250

Referred [C.J.p. 80858] Housing

Passed [C.J.p. 83555]

Collective Bargaining

Chicago Firefighters Union, Local No. 2

Emanuel (Mayor) O2014-5589

Referred [C.J.p. 82833] Workforce Development

Policemen's Benevolent & Protective Association of Illinois, Unit 156-Captains

Emanuel (Mayor) O2014-5601

Referred [C.J.p. 82834] Workforce Development

Improvement

Somer/Cor 504, Inc.

601 S LaSalle St

Forty-first amendment concerning administration of Small Business Improvement Fund Program in Clark/Montrose, Lawrence/Broadway and Ravenswood areas

Emanuel (Mayor) O2014-4817

Referred [C.J.p. 80853] Finance

Passed [C.J.p. 83007]

Intergovernmental

Board of Trustees of University of Illinois

641 W 63rd St

Use of building space

Emanuel (Mayor) O2014-4248

Referred [C.J.p. 80858] Housing

Passed [C.J.p. 83535]

Board of Trustees of University of Illinois at Chicago

1836 W Washburne Ave

Land transfer and conveyance of property

Emanuel (Mayor) O2014-5106

Referred [C.J.p. 82828] Housing

**AGREEMENTS**

Intergovernmental

Chicago Board of Education

223 N Keeler Ave

Tax Increment Financing assistance for rehabilitation of George W. Tilton Elementary School

Emanuel (Mayor) O2014-4215

Referred [C.J.p. 80849] Finance

Passed [C.J.p. 82920]

Chicago Board of Education

214 N Lavergne Ave

Tax Increment Financing assistance for rehabilitation of Spencer Technology Academy

Emanuel (Mayor) O2014-4220

Referred [C.J.p. 80849] Finance

Passed [C.J.p. 82938]

Chicago Board of Education

3937 W Wilcox St

Tax Increment Financing assistance for rehabilitation of Genevieve Melody Elementary School

Emanuel (Mayor) O2014-4211

Referred [C.J.p. 80849] Finance

Passed [C.J.p. 82903]

Chicago Park District

300 N Central Park Ave

Restorative improvements to Garfield Park Conservatory

Emanuel (Mayor) O2014-5145

Referred [C.J.p. 82819] Finance

Chicago Park District

8917-8919 S Dauphin Ave

Conveyance of property adjacent to Lorraine Dixon Park

Emanuel (Mayor) O2014-4761

Referred [C.J.p. 80855] Housing

Passed [C.J.p. 83619]

Chicago Park District

2333 W Sunnyside Ave

Tax Increment Financing assistance for rehabilitation and improvements to Welles Park

Emanuel (Mayor) O2014-4750

Referred [C.J.p. 80850] Finance

Passed [C.J.p. 82987]

**AGREEMENTS**

Intergovernmental

Chicago Park District and Grant Park

Construction, development and operation of new skate park

Emanuel (Mayor) O2014-4829

Referred [C.J.p. 80849] Finance

Passed [C.J.p. 82954]

Metropolitan Water Reclamation District of Greater Chicago

Delivery of wood chips by Dept. of Streets and Sanitation

Emanuel (Mayor) O2014-5632

Referred [C.J.p. 82825] Budget

Lease

Brown, Inc.

3154 E 95th St

Use of property by Dept. of Streets and Sanitation

Emanuel (Mayor) O2014-4253

Referred [C.J.p. 80858] Housing

Passed [C.J.p. 83667]

Catholic Charities of the Archdiocese of Chicago

1643 W Cermak Rd, 2310 W Roosevelt Rd, 2400 South Kedzie Ave and 11255 South Michigan Ave

Emanuel (Mayor) O2014-4984

Referred [C.J.p. 82831] Housing

Chicago Park District

6871 W Belden Ave

Use of property by Chicago Public Library

Emanuel (Mayor) O2014-4249

Referred [C.J.p. 80858] Housing

Passed [C.J.p. 83637]

James McNaughton-Pershing Road LLC/MCN Home SB1 LLC

1716 W Pershing Rd

Release from covenants for benefit of Bertco Development LLC

Emanuel (Mayor) O2014-4718

Referred [C.J.p. 80857] Housing

Passed [C.J.p. 83633]

**AGREEMENTS**

Lease

LFL Properties, Inc.

4300 W North Ave

Use of property by Chicago Public Library

Emanuel (Mayor) O2014-4255

Referred [C.J.p. 80858] Housing

Passed [C.J.p. 83647]

NeighborSpace

2902-2954 W Lawrence Ave

Preservation of Global Garden

Emanuel (Mayor) O2014-4982

Referred [C.J.p. 82831] Housing

Sweet Water Foundation

5700 S Lafayette Ave

Urban education farm

Emanuel (Mayor) O2014-4987

Referred [C.J.p. 82831] Housing

Wicker Park Bocce Club, LLC

2100 S Halsted St

Public bocce ball court

Emanuel (Mayor) O2014-4981

Referred [C.J.p. 82831] Housing

Loan & Security

Lazarus Limited Partnership

1857-1867 S Pulaski Rd, 1900-1902 S Harding Ave

Loan restructure for affordable housing project

Emanuel (Mayor) O2014-5534

Referred [C.J.p. 82822] Finance

West Side Village Phase IV, LP

3607 W Polk St, 3621 W Polk St, 3645 W Polk St, 906 S Central Park Ave, 908 S Central Park Ave and 921 S Lawndale Ave

Loan restructuring for affordable housing project

Emanuel (Mayor) O2014-5426

Referred [C.J.p. 82823] Finance

Miscellaneous

Amended and restated Deferred Compensation Plan for City of Chicago employees

Emanuel (Mayor) O2014-5699

Referred [C.J.p. 82832] Workforce Development

**AGREEMENTS**

Miscellaneous

Thermal Chicago Corp.

200 W Jackson Blvd

Twenty-seventh amendment to District Cooling System Use Agreement

Emanuel (Mayor) SO2014-5749

Referred [C.J.p. 82831] Transportation

Thermal Chicago Corporation

200 W Jackson Blvd

Twenty-eighth amendment to District Cooling System Use Agreement

Emanuel (Mayor) SO2014-5750

Referred [C.J.p. 82831] Transportation

Redevelopment

By the Hand Club for Kids

410 N Leamington Ave

Second amendment regarding land sale

Emanuel (Mayor) O2014-5096

Referred [C.J.p. 82827] Housing

Chicago Manufacturing Campus LLC

2924 E 126th St, 12525 S Carondolet Ave, 12359 S Burley Ave and 3400 E 126th St

First amendment

Emanuel (Mayor) O2014-5740

Referred [C.J.p. 82821] Finance

Chicago Sun-Times, Inc./Properties Ashland LLC

2800 S Ashland Ave

Release from covenants for benefit of Q Investment Properties Sunshine LLC

Emanuel (Mayor) O2014-4724

Referred [C.J.p. 80856] Housing

Passed [C.J.p. 83626]

De La Salle Institute

3445-3459 S Michigan Ave, 100-114 E 35th St

First amendment regarding land sale

Emanuel (Mayor) O2014-5088

Referred [C.J.p. 82826] Housing

**AGREEMENTS**

Redevelopment

Pulaski Promenade LLC

4064-4200 S Pulaski Rd

Amendment of provisions concerning construction of neighborhood shopping center

Emanuel (Mayor) O2014-4786

Referred [C.J.p. 80852] Finance

Passed [C.J.p. 83036]

Swedish Covenant Hospital

5145 N California Ave, 5140 N California Ave

Redevelopment of hospital facilities and premises

Emanuel (Mayor) O2014-5169

Referred [C.J.p. 82820] Finance

**AIRPORTS**

Midway

Chicago Midway Airport Second Lien Revenue and Revenue Refunding Bonds Series 2014A, 2014B and 2014C

Dept./Agency F2014-49

Filed [C.J.p. 82835]

**ALLEY**

Ingress/Egress

1221 N LaSalle LLC

1221 N LaSalle St

Reilly (42) O2014-4242

Referred [C.J.p. 82748] Transportation

Passed [C.J.p. 84149]

3 Corner Development - Lakewood Ave

6414 N Lakewood Ave

Moore (49) O2014-5084

Referred [C.J.p. 84484] Transportation

3 Corner Development - Wayne Ave

6415 N Wayne Ave

Moore (49) O2014-5082

Referred [C.J.p. 84484] Transportation

7140 S Dorchester Properties LLC

7140 S Dorchester Ave

Hairston (5) O2014-4986

Referred [C.J.p. 84424] Transportation

**ALLEY**

Ingress/Egress

Aldi
5775 S Archer Ave
Zalewski (23) O2014-5021
Referred [C.J.p. 84440] Transportation

Ashland 820 LLC
820 N Ashland Ave
Moreno (1) O2014-4236
Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84142]

Atotonilco
1633 S Blue Island Ave
Solis (25) O2014-4222
Referred [C.J.p. 82717] Transportation
Passed [C.J.p. 84142]

Beyond Auto Repair
3933 N Elston Ave
Colón (35) O2014-5108
Referred [C.J.p. 84457] Transportation

Bucktown Academy LLC
1903 N Milwaukee Ave
Waguespack (32) SO2014-5027
Referred [C.J.p. 84454] Transportation

CAF Construction LLC
5432 S Woodlawn Ave
Burns (4) O2014-4216
Referred [C.J.p. 82698] Transportation
Passed [C.J.p. 84142]

Chicago Cubs Baseball Club LLC
1152 W Eddy St
Tunney (44) O2014-4238
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84143]

Clybourn Construction LLC
2440-2442 N Clybourn Ave
Waguespack (32) O2014-4228
Referred [C.J.p. 82731] Transportation
Passed [C.J.p. 84143]

**ALLEY**

Ingress/Egress

Clybourn Ventures LLC
2464 N Clybourn Ave
Waguespack (32) O2014-4229
Referred [C.J.p. 82731] Transportation
Passed [C.J.p. 84143]

Dando Repair Resale and Restoration
6957-6959 W Grand Ave
Sposato (36) O2014-4213
Referred [C.J.p. 82736] Transportation
Passed [C.J.p. 84144]

Dedicated Auto
7142 S Vincennes Ave
Sawyer (6) O2014-4218
Referred [C.J.p. 82700] Transportation
Passed [C.J.p. 84144]

Eleven Hundred LLC
1100 N State St
Reilly (42) O2014-4240
Referred [C.J.p. 82748] Transportation
Passed [C.J.p. 84145]

Equilibrium International Corp.
4942-4950 W Fullerton Ave
Suarez (31) O2014-4997
Referred [C.J.p. 84449] Transportation

G&A Management
4054 N Kedzie Ave
Mell (33) O2014-5015
Referred [C.J.p. 84454] Transportation

Gifted Children Academy, Inc.
1557 W Howard St
Moore (49) O2014-5078
Referred [C.J.p. 84484] Transportation

Hispanic Housing Development Corp.
4800 W George St
Suarez (31) O2014-4995
Referred [C.J.p. 84449] Transportation

J & M Auto Repair
2560 S Blue Island Ave
Solis (25) O2014-4219
Referred [C.J.p. 82717] Transportation
Passed [C.J.p. 84145]

**ALLEY**

Ingress/Egress

Jackie Edwards
1153 W 69th St
Thomas (17) O2014-4210
Referred [C.J.p. 82709] Transportation
Passed [C.J.p. 84144]

Jump Start Academy-Amazing Friends LLC
9802 S Ewing Ave
Pope (10) O2014-4246
Referred [C.J.p. 82703] Transportation
Passed [C.J.p. 84145]

Little Feathers Performing Arts Child Care Center
117 E 87th St
Amend
Beale (9) O2014-5118
Referred [C.J.p. 84427] Transportation

Little Feathers Performing Arts Child Care Center
11255 S Michigan Ave
Beale (9) O2014-4209
Referred [C.J.p. 82702] Transportation
Passed [C.J.p. 84146]

Madison Throop LLC
1247-1249 W Madison St
Solis (25) O2014-5080
Referred [C.J.p. 84442] Transportation

Maya Motors, Inc.
4620 N Western Ave
Pawar (47) O2014-4244
Referred [C.J.p. 82760] Transportation
Passed [C.J.p. 84146]

Mr. Yakov Plotkim
3445 N Milwaukee Ave
Reboyras (30) O2014-4155
Referred [C.J.p. 82727] Transportation
Passed [C.J.p. 84148]

O'Donnell Investment Co.
150 N Riverside Plz
Reilly (42) O2014-4998
Referred [C.J.p. 84471] Transportation

**ALLEY**

Ingress/Egress

Oso Tire Repair
7431-7433 S Western Ave
Lane (18) O2014-5018
Referred [C.J.p. 84437] Transportation

Penelope Vamava Learn Chartered School Network
3021 W Fulton St
Burnett (27) SO2014-4243
Referred [C.J.p. 82723] Transportation
Passed as Substitute [C.J.p. 84146]

People Church of the Harvest
3514-3532 W Fifth Ave
Ervin (28) O2014-4917
Direct Introduction Transportation
Passed [C.J.p. 84147]

Phil Denny Peppercorn 1229 LLC
1229 W Washington St
Burnett (27) O2014-4241
Referred [C.J.p. 82723] Transportation
Passed [C.J.p. 84147]

Plaza Auto Sales, Inc.
5631 S Western Ave
Thompson (16) O2014-4919
Direct Introduction Transportation
Passed [C.J.p. 84147]

Rogelio Richart of Xpress Auto and Tires
3800 W 55th St
Zalewski (23) O2014-4207
Referred [C.J.p. 82714] Transportation
Passed [C.J.p. 84149]

ServiceMaster
2912 N Central Park Ave
Reboyras (30) O2014-4936
Referred [C.J.p. 84448] Transportation

Shell Filling Station and Convenience Store
6658 S Western Ave
Foulkes (15) O2014-4993
Referred [C.J.p. 84434] Transportation

**ALLEY**

Ingress/Egress

T.F. Real Estate

10258 S Ewing Ave

Pope (10) O2014-4245

Referred [C.J.p. 82703] Transportation
Passed [C.J.p. 84148]

TD Capital Investments

3849-3859 S Parnell Ave

Balcer (11) O2014-4985

Referred [C.J.p. 84430] Transportation

Topflight Auto Spa Carwash

3012 N Pulaski Rd

Suarez (31) O2014-4996

Referred [C.J.p. 84450] Transportation

Tower Property Group LLC

4313-4337 S Archer Ave

Foulkes (15) O2014-4992

Referred [C.J.p. 84434] Transportation

Wells Street Development LLC

707 N Wells St

Reilly (42) O2014-4239

Referred [C.J.p. 82748] Transportation
Passed [C.J.p. 84148]

WPA 2 LLC

1515-1517 W Haddon Ave

Moreno (1) O2014-5052

Referred [C.J.p. 84418] Transportation

Young Scholars Learning Center

3800 W 84th St

Lane (18) O2014-4204

Referred [C.J.p. 82710] Transportation
Passed [C.J.p. 84149]

**APPOINTMENTS**

Anderson, LaTonya D.

103rd Halsted Commission (S.S.A. No. 45) (Member)

Emanuel (Mayor) A2014-69

Referred [C.J.p. 82816] Finance

**APPOINTMENTS**

Blake, Marcia E.

103rd St/Beverly Commission (S.S.A. No. 44) (Member)

Emanuel (Mayor) A2014-70

Referred [C.J.p. 82815] Finance

Brown, Emma Dixson

103rd Halsted Commission (S.S.A. No. 45) (Member)

Emanuel (Mayor) A2014-68

Referred [C.J.p. 82816] Finance

Chin, Eric R.

103rd Halsted Commission (S.S.A. No. 45) (Member)

Emanuel (Mayor) A2014-69

Referred [C.J.p. 82816] Finance

Dinell-Dimond, Bonnie

Commercial Avenue Commission (S.S.A. No. 5) (Member)

Emanuel (Mayor) A2014-61

Referred [C.J.p. 80840] Finance
Approved [C.J.p. 82889]

Garcia, Jose A.

59th Street Commission (S.S.A. 59) (Member)

Emanuel (Mayor) A2014-66

Referred [C.J.p. 80845] Finance
Approved [C.J.p. 82895]

Gassman, David L.

North Halsted Commission (S.S.A. No. 18) (Member)

Emanuel (Mayor) A2014-64

Referred [C.J.p. 80843] Finance
Approved [C.J.p. 82890]

Gomez, Julio

59th Street Commission (S.S.A. No. 59) (Member)

Emanuel (Mayor) A2014-67

Referred [C.J.p. 80844] Finance
Approved [C.J.p. 82894]

Janas, Jim

59th Street Commission (S.S.A. No. 59) (Member)

Emanuel (Mayor) A2014-67

Referred [C.J.p. 80844] Finance
Approved [C.J.p. 82894]

**APPOINTMENTS**

Kaiser, Kearby J.

North Halsted Commission (S.S.A. 18) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-63 |
| Referred | [C.J.p. 80841] | Finance |
| Approved | [C.J.p. 82891] | |

Kamberos, Daiva

59th Street Commission (S.S.A. 59) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-66 |
| Referred | [C.J.p. 80845] | Finance |
| Approved | [C.J.p. 82895] | |

Klump, Timothy S.

North Halsted Commission (S.S.A. No. 18) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-64 |
| Referred | [C.J.p. 80843] | Finance |
| Approved | [C.J.p. 82890] | |

Ludwig, James M.

North Halsted Commission (S.S.A. 18) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-62 |
| Referred | [C.J.p. 80842] | Finance |
| Approved | [C.J.p. 82892] | |

Reyna-Guerrero, Susan

103rd St/Beverly Commission (S.S.A. No. 44) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-70 |
| Referred | [C.J.p. 82815] | Finance |

Salvatore, Melissa L.

West Lakeview Commission (S.S.A. No. 27) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-72 |
| Referred | [C.J.p. 82813] | Finance |

Scott, Daniel R.

Northcenter Commission (S.S.A. No. 38) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-71 |
| Referred | [C.J.p. 82814] | Finance |

Shingledecker, Randy L.

North Halsted Commission (S.S.A. No. 18) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-64 |
| Referred | [C.J.p. 80843] | Finance |
| Approved | [C.J.p. 82890] | |

**APPOINTMENTS**

Szarkowski, Linda M.

Howard Street Commission (S.S.A. No. 19) (Member)

| | | |
|---|---|---|
| Emanuel (Mayor) | | A2014-65 |
| Referred | [C.J.p. 80843] | Finance |
| Approved | [C.J.p. 82893] | |

**BONDS & BOND ISSUES**

Chicago Midway Airport Second Lien Revenue and Revenue Refunding Bonds Series 2014A, 2014B and 2014C

| | | |
|---|---|---|
| Dept./Agency | | F2014-49 |
| Filed | [C.J.p. 82835] | |

Motor Fuel Tax Revenue Refunding Bonds, Series 2013 (Issue of June 2014) Determination Certificate

| | | |
|---|---|---|
| Dept./Agency | | F2014-51 |
| Filed | [C.J.p. 82835] | |

**BUDGET & APPROPRIATIONS**

Annual Appropriation Ordinance

Year 2014

Fund No. 925 amendment

Dept. of Transportation

| | | |
|---|---|---|
| Emanuel (Mayor) | | O2014-5616 |
| Referred | [C.J.p. 82824] | Budget |

Fund No. 925 amendment

Dept. of Transportation, Dept. of Public Health and Chicago Police Department

| | | |
|---|---|---|
| Emanuel (Mayor) | | SO2014-4202 |
| Referred | [C.J.p. 80854] | Budget |
| Passed as Substitute | [C.J.p. 83498] | |

**CITY COUNCIL**

Call for City Council to refrain from hiring former city employees whose names appear on Ineligible for Rehire List maintained by Dept. of Human Resources

| | | |
|---|---|---|
| O'Connor (40), and Others | | R2014-447 |
| Referred | [C.J.p. 84462] | Workforce Development |

Call for expeditious appointment of taskforce for review and revision of Municipal Code Chapter 2-14

| | | |
|---|---|---|
| Fioretti (2), and Others | | R2014-449 |
| Referred | [C.J.p. 84421] | Finance |

**CITY COUNCIL**

Renaming grand ballroom at Navy Pier as "Jane M. Byrne Grand Ballroom"
Burke (14), and Others R2014-444
Referred [C.J.p. 84433] Finance

Renaming of international terminal at Chicago O'Hare International Airport as "Jane M. Byrne International Terminal"
Burke (14), and Others R2014-446
Referred [C.J.p. 84433] Finance

Renaming plaza by Old Chicago Water Tower as "Jane M. Byrne Plaza"
Burke (14), and Others R2014-445
Referred [C.J.p. 84433] Finance

Renaming plaza surrounding Clarence F. Buckingham Memorial Fountain as "Jane M. Byrne Plaza"
Burke (14), and Others R2014-443
Referred [C.J.p. 84432] Finance

Regular Meetings

July 30, 2014 at 10:00 A.M.
Burke (14) O2014-5776
Passed [C.J.p. 84493]

**CITY DEPARTMENTS/AGENCIES**

Human Resources

Commissioner of Human Resources urged to provide copy of Ineligible for Rehire List to Committee on Workforce Development and Audit on quarterly basis
O'Connor (40), and Others R2014-447
Referred [C.J.p. 84462] Workforce Development

Innovation & Technology

Commissioner of Innovation and Technology directed to suspend installation and implementation of any electronic information gathering devices upon public way
Fioretti (2), and Others Or2014-312
Referred [C.J.p. 84421] Economic

Police

Call for Police Superintendent to implement plan to provide police officers with anti-opioid overdose kits and training
Burke (14) R2014-451
Referred [C.J.p. 84432] Public Safety

**CITY DEPARTMENTS/AGENCIES**

Public Building Commission of Chicago

Report requirement summarizing number and type of fee waivers granted to Public Building Commission to be submitted to Office of Budget and Management
Pope (10) O2014-4254
Referred [C.J.p. 82764] Finance
Passed [C.J.p. 82902]

Transportation

Commissioner of Transportation directed to suspend installation and implementation of any electronic information gathering devices upon public way
Fioretti (2), and Others Or2014-312
Referred [C.J.p. 84421] Economic

**CLAIMS**

Condominium Refuse Rebate

2151 Building Assn.
Sposato (36) CL2014-5486
Referred [C.J.p. 84415] Finance

6005-6009 North Neola Condo Assn.
O'Connor (41) CL2014-5487
Referred [C.J.p. 84415] Finance

Archer Place Condo and sundry others
Burke (14) Or2014-323
Direct Introduction Finance
Passed [C.J.p. 83466]

Axis-Lincoln Park Condo and sundry others
Burke (14) CL2014-5485
Direct Introduction Finance
Failed to Pass [C.J.p. 83493]

Damage to Property

Bauman-Cascio, Allison
City Clerk (transmitted by) CL2014-5026
Referred [C.J.p. 82847] Finance

Bell, Phyllis A.
City Clerk (transmitted by) CL2014-5361
Referred [C.J.p. 82847] Finance

Cerbone, Silvester
City Clerk (transmitted by) CL2014-5475
Referred [C.J.p. 82850] Finance

**CLAIMS**

Damage to Property

Cortez, Maria R.
City Clerk (transmitted by) CL2014-4898
Referred [C.J.p. 82851] Finance

Davidson, Kyle
City Clerk (transmitted by) CL2014-4765
Referred [C.J.p. 82852] Finance

Dillard, Jeanette
City Clerk (transmitted by) CL2014-4929
Referred [C.J.p. 82853] Finance

Dlugosz, Helen
City Clerk (transmitted by) CL2014-4807
Referred [C.J.p. 82853] Finance

Garrett, Joshua D.
City Clerk (transmitted by) CL2014-5359
Referred [C.J.p. 82855] Finance

Green, Major
City Clerk (transmitted by) CL2014-5077
Referred [C.J.p. 82856] Finance

Guerra, Arturo
City Clerk (transmitted by) CL2014-4745
Referred [C.J.p. 82857] Finance

Hartlaub, John E.
City Clerk (transmitted by) CL2014-5357
Referred [C.J.p. 82857] Finance

Haywood, Sherita L.
City Clerk (transmitted by) CL2014-4829
Referred [C.J.p. 82858] Finance

Jackson, Van III
City Clerk (transmitted by) CL2014-5153
Referred [C.J.p. 82859] Finance

Jones, Erin
City Clerk (transmitted by) CL2014-4955
Referred [C.J.p. 82860] Finance

Klockowski, Michael M.
City Clerk (transmitted by) CL2014-5154
Referred [C.J.p. 82861] Finance

Kunca, Maria
City Clerk (transmitted by) CL2014-5152
Referred [C.J.p. 82862] Finance

**CLAIMS**

Damage to Property

Lakeview Pantry
City Clerk (transmitted by) CL2014-4736
Referred [C.J.p. 82862] Finance

Lumbi, Jose J.
City Clerk (transmitted by) CL2014-4855
Referred [C.J.p. 82863] Finance

Maye, Bettie F.
City Clerk (transmitted by) CL2014-4910
Referred [C.J.p. 82864] Finance

McCaskill, Regina K.
City Clerk (transmitted by) CL2014-5358
Referred [C.J.p. 82864] Finance

McCleary, James R.
City Clerk (transmitted by) CL2014-5360
Referred [C.J.p. 82864] Finance

Mitchell, Priscilla
City Clerk (transmitted by) CL2014-5098
Referred [C.J.p. 82866] Finance

Morgan, Edward D.
City Clerk (transmitted by) CL2014-4878
Referred [C.J.p. 82866] Finance

Perez, Monica Y.
City Clerk (transmitted by) CL2014-5130
Referred [C.J.p. 82868] Finance

Quinn, Patricia L.
City Clerk (transmitted by) CL2014-5116
Referred [C.J.p. 82870] Finance

Roman, Francisco
City Clerk (transmitted by) CL2014-4746
Referred [C.J.p. 82871] Finance

Seeler, Dorothea
City Clerk (transmitted by) CL2014-5078
Referred [C.J.p. 82872] Finance

Sheehan, Gerard
City Clerk (transmitted by) CL2014-5450
Referred [C.J.p. 82873] Finance

Taylor, Latasha M.
City Clerk (transmitted by) CL2014-4956
Referred [C.J.p. 82875] Finance

**CLAIMS**

Damage to Property

Thomson, Rita M.
City Clerk (transmitted by) CL2014-4806
Referred [C.J.p. 82875] Finance

Tsavazas, Nick
City Clerk (transmitted by) CL2014-4911
Referred [C.J.p. 82876] Finance

Williams, Lashone
City Clerk (transmitted by) CL2014-5474
Referred [C.J.p. 82878] Finance

Damage to Vehicle

Akhtar, Syed J.
City Clerk (transmitted by) CL2014-5176
Referred [C.J.p. 82845] Finance

Alano, John
City Clerk (transmitted by) CL2014-5330
Referred [C.J.p. 82845] Finance

Alexander, David J.
City Clerk (transmitted by) CL2014-4696
Referred [C.J.p. 82845] Finance

Barabas, Robert J.
City Clerk (transmitted by) CL2014-5377
Referred [C.J.p. 82846] Finance

Booker, Charlene
City Clerk (transmitted by) CL2014-4909
Referred [C.J.p. 82848] Finance

Boshnjaku, Vanda
City Clerk (transmitted by) CL2014-5457
Referred [C.J.p. 82848] Finance

Bracko, Jewell G.
City Clerk (transmitted by) CL2014-5170
Referred [C.J.p. 82848] Finance

Bracko, Jewell G.
City Clerk (transmitted by) CL2014-5169
Referred [C.J.p. 82848] Finance

Breedlove, Allan J.
City Clerk (transmitted by) CL2014-4694
Referred [C.J.p. 82848] Finance

Carrasquillo, Benjamin
City Clerk (transmitted by) CL2014-4853
Referred [C.J.p. 82849] Finance

**CLAIMS**

Damage to Vehicle

Cherny, Lily
City Clerk (transmitted by) CL2014-5402
Referred [C.J.p. 82850] Finance

Chicago Elite Cab Corp.
City Clerk (transmitted by) CL2014-5163
Referred [C.J.p. 82850] Finance

Coghlan, Corinne E.
City Clerk (transmitted by) CL2014-5161
Referred [C.J.p. 82851] Finance

Cohran, Erma O.
City Clerk (transmitted by) CL2014-5391
Referred [C.J.p. 82851] Finance

Contreras, Juan M.
City Clerk (transmitted by) CL2014-5326
Referred [C.J.p. 82851] Finance

Cruz-Brandt, Neida
City Clerk (transmitted by) CL2014-4928
Referred [C.J.p. 82852] Finance

DeBias, Daniel A.
City Clerk (transmitted by) CL2014-4828
Referred [C.J.p. 82852] Finance

Dickerson, Charlie
City Clerk (transmitted by) CL2014-5132
Referred [C.J.p. 82853] Finance

Donato, Rosemarie A.
City Clerk (transmitted by) CL2014-5134
Referred [C.J.p. 82853] Finance

Dordek, David S.
City Clerk (transmitted by) CL2012-1469
Referred [C.J.p. 36161] Finance

Edgerton, Marcus A.
City Clerk (transmitted by) CL2014-5318
Referred [C.J.p. 82853] Finance

Egan, Michelle D.
City Clerk (transmitted by) CL2014-5133
Referred [C.J.p. 82854] Finance

Eisa, Joseph J.
City Clerk (transmitted by) CL2014-5452
Referred [C.J.p. 82854] Finance

**CLAIMS**

Damage to Vehicle

Erie Insurance and Mills, Jacqueline
City Clerk (transmitted by) CL2014-5322
Referred [C.J.p. 82854] Finance

Estrada, Maria G.
City Clerk (transmitted by) CL2014-5206
Referred [C.J.p. 82854] Finance

Gaftanyuk, Konstantin
City Clerk (transmitted by) CL2014-5019
Referred [C.J.p. 82855] Finance

Galloway, Peggy L.
City Clerk (transmitted by) CL2014-5191
Referred [C.J.p. 82855] Finance

Giannoulis, Bill
City Clerk (transmitted by) CL2014-4958
Referred [C.J.p. 82856] Finance

Go, Jonathan
City Clerk (transmitted by) CL2014-5354
Referred [C.J.p. 82856] Finance

Godsell, Steve
City Clerk (transmitted by) CL2014-5310
Referred [C.J.p. 82856] Finance

Goff, Gerald J.
City Clerk (transmitted by) CL2014-5453
Referred [C.J.p. 82856] Finance

Goss, Velma J.
City Clerk (transmitted by) CL2014-4695
Referred [C.J.p. 82856] Finance

Greenwald, Penny L.
City Clerk (transmitted by) CL2014-5463
Referred [C.J.p. 82856] Finance

Grela, Grzegorz
City Clerk (transmitted by) CL2014-5022
Referred [C.J.p. 82856] Finance

Grinter, Carl W.
City Clerk (transmitted by) CL2014-5404
Referred [C.J.p. 82857] Finance

Haney, Vershawn R.
City Clerk (transmitted by) CL2014-5063
Referred [C.J.p. 82857] Finance

**CLAIMS**

Damage to Vehicle

Hobby, Brenda A.
City Clerk (transmitted by) CL2014-5020
Referred [C.J.p. 82858] Finance

Hutton, Preston L.
City Clerk (transmitted by) CL2014-5185
Referred [C.J.p. 82859] Finance

Jackson, Martha L.
City Clerk (transmitted by) CL2014-5006
Referred [C.J.p. 82859] Finance

Johnson, James P.
City Clerk (transmitted by) CL2014-5460
Referred [C.J.p. 82860] Finance

Johnson, Roger K.
City Clerk (transmitted by) CL2014-5005
Referred [C.J.p. 82860] Finance

Jones, Doris S.
City Clerk (transmitted by) CL2014-5405
Referred [C.J.p. 82860] Finance

Jusikene, Ona
City Clerk (transmitted by) CL2014-4864
Referred [C.J.p. 82860] Finance

Kadish, Suzin
City Clerk (transmitted by) CL2014-4764
Referred [C.J.p. 82860] Finance

Kern, Andrew S.
City Clerk (transmitted by) CL2014-5115
Referred [C.J.p. 82861] Finance

Khan, Sadath U.
City Clerk (transmitted by) CL2014-5321
Referred [C.J.p. 82861] Finance

Klipp, Glenn M.
City Clerk (transmitted by) CL2014-5097
Referred [C.J.p. 82861] Finance

Lin, Zhan T.
City Clerk (transmitted by) CL2014-4854
Referred [C.J.p. 82863] Finance

Lonergan, Ryan T.
City Clerk (transmitted by) CL2014-5179
Referred [C.J.p. 82863] Finance

**CLAIMS**

Damage to Vehicle

Markvaldas, Irene
City Clerk (transmitted by) CL2014-5323
Referred [C.J.p. 82864] Finance

Martin, Calvin
City Clerk (transmitted by) CL2014-4907
Referred [C.J.p. 82864] Finance

Mendoza, Jose R.
City Clerk (transmitted by) CL2014-4744
Referred [C.J.p. 82865] Finance

Metzler, Monica M.
City Clerk (transmitted by) CL2014-4986
Referred [C.J.p. 82865] Finance

Meyers Motor Transportation
City Clerk (transmitted by) CL2014-5462
Referred [C.J.p. 82865] Finance

Moore, Keith L.
City Clerk (transmitted by) CL2014-4840
Referred [C.J.p. 82866] Finance

O'Hare, Kerry
City Clerk (transmitted by) CL2014-5436
Referred [C.J.p. 82867] Finance

Olmedo, Delores
City Clerk (transmitted by) CL2014-5320
Referred [C.J.p. 82867] Finance

Payne, Jessica
City Clerk (transmitted by) CL2014-5324
Referred [C.J.p. 82868] Finance

Peden, Jacqueline M.
City Clerk (transmitted by) CL2014-4763
Referred [C.J.p. 82868] Finance

Phillips, Michael W.
City Clerk (transmitted by) CL2014-4896
Referred [C.J.p. 82869] Finance

Pope, Dakita
City Clerk (transmitted by) CL2014-5311
Referred [C.J.p. 82869] Finance

Progressive Ins. and Augustyniak, Richard
City Clerk (transmitted by) CL2014-4897
Referred [C.J.p. 82869] Finance

**CLAIMS**

Damage to Vehicle

Progressive Ins. and Borovicka, John
City Clerk (transmitted by) CL2014-4838
Referred [C.J.p. 82869] Finance

Progressive Ins. and Cobb, Barbara
City Clerk (transmitted by) CL2014-4865
Referred [C.J.p. 82869] Finance

Progressive Ins. and Ibarra, Pablo
City Clerk (transmitted by) CL2014-4908
Referred [C.J.p. 82869] Finance

Progressive Ins. and Marchant, Cynthia
City Clerk (transmitted by) CL2014-4944
Referred [C.J.p. 82869] Finance

Progressive Ins. and Soto, Marilyn
City Clerk (transmitted by) CL2014-5021
Referred [C.J.p. 82869] Finance

Progressive Universal Insurance Company and Rimkus, Joseph
City Clerk (transmitted by) CL2014-5205
Referred [C.J.p. 82869] Finance

Rebronja, Nermina
City Clerk (transmitted by) CL2014-5207
Referred [C.J.p. 82870] Finance

Roberts, Shante M.
City Clerk (transmitted by) CL2014-5309
Referred [C.J.p. 82871] Finance

Rodekohr, Brandon K.
City Clerk (transmitted by) CL2014-5166
Referred [C.J.p. 82871] Finance

Rushing, Joshua C.
City Clerk (transmitted by) CL2014-4781
Referred [C.J.p. 82872] Finance

Stembler, Olga
City Clerk (transmitted by) CL2014-5044
Referred [C.J.p. 82874] Finance

Thomas, Terrill and Sandra D.
City Clerk (transmitted by) CL2014-4957
Referred [C.J.p. 82875] Finance

Thompson, Christine
City Clerk (transmitted by) CL2014-5075
Referred [C.J.p. 82875] Finance

**CLAIMS**

Damage to Vehicle

Thornton, Sam
City Clerk (transmitted by) CL2014-5331
Referred [C.J.p. 82854] Finance

Thornton, Sam
City Clerk (transmitted by) CL2014-5346
Referred [C.J.p. 82875] Finance

Walberer, Nancy L.
City Clerk (transmitted by) CL2014-4839
Referred [C.J.p. 82877] Finance

Winfrey, Orlando J.
City Clerk (transmitted by) CL2014-5454
Referred [C.J.p. 82878] Finance

Wrather, Alesia
City Clerk (transmitted by) CL2014-5186
Referred [C.J.p. 82878] Finance

Wrzesinski, Mark A.
City Clerk (transmitted by) CL2014-5459
Referred [C.J.p. 82878] Finance

Damage to Vehicle - Pothole

Abdalla, Mueen A.
City Clerk (transmitted by) CL2014-4874
Referred [C.J.p. 82845] Finance

Abi-Mansour, Jad
City Clerk (transmitted by) CL2014-4843
Referred [C.J.p. 82845] Finance

Abrams, Ron
City Clerk (transmitted by) CL2014-5295
Referred [C.J.p. 82845] Finance

Adolfie, Dana L.
City Clerk (transmitted by) CL2014-5091
Referred [C.J.p. 82845] Finance

Aguilar, Marco
City Clerk (transmitted by) CL2014-5482
Referred [C.J.p. 82845] Finance

Al Azzam, Mohd
City Clerk (transmitted by) CL2014-5215
Referred [C.J.p. 82845] Finance

Alaidaroos, Mohammed
City Clerk (transmitted by) CL2014-5129
Referred [C.J.p. 82845] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Alexander, Lue V.
City Clerk (transmitted by) CL2014-5285
Referred [C.J.p. 82845] Finance

Ali, Yusuf A.
City Clerk (transmitted by) CL2014-5079
Referred [C.J.p. 82845] Finance

Allende-Pellot, Francis H.
City Clerk (transmitted by) CL2014-5087
Referred [C.J.p. 82845] Finance

Allison, Rita
City Clerk (transmitted by) CL2014-5043
Referred [C.J.p. 82845] Finance

Alvarez, Roberto
City Clerk (transmitted by) CL2014-4821
Referred [C.J.p. 82846] Finance

Andor, Douglas V.
City Clerk (transmitted by) CL2014-5050
Referred [C.J.p. 82846] Finance

Andrews, Devin M.
City Clerk (transmitted by) CL2014-4725
Referred [C.J.p. 82846] Finance

Andrews, Perry F.
City Clerk (transmitted by) CL2014-4991
Referred [C.J.p. 82846] Finance

Angres, David E.
City Clerk (transmitted by) CL2014-4859
Referred [C.J.p. 82846] Finance

Anichini, Robert
City Clerk (transmitted by) CL2014-4810
Referred [C.J.p. 82846] Finance

Ankin, Paul B.
City Clerk (transmitted by) CL2014-5332
Referred [C.J.p. 82846] Finance

Arguelles, Vilma
City Clerk (transmitted by) CL2014-4858
Referred [C.J.p. 82846] Finance

Arif-Bay, Nada
City Clerk (transmitted by) CL2014-4785
Referred [C.J.p. 82846] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Arnfield, Richard J.
City Clerk (transmitted by) CL2014-5341
Referred [C.J.p. 82846] Finance

Arrocha, Victor M.
City Clerk (transmitted by) CL2014-5195
Referred [C.J.p. 82846] Finance

Arroyo, Stephanie
City Clerk (transmitted by) CL2014-5279
Referred [C.J.p. 82846] Finance

Assenmacher, Anna A.
City Clerk (transmitted by) CL2014-4963
Referred [C.J.p. 82846] Finance

Ayala, Jose
City Clerk (transmitted by) CL2014-4693
Referred [C.J.p. 82846] Finance

Babos, Sarah E.
City Clerk (transmitted by) CL2014-4916
Referred [C.J.p. 82846] Finance

Bailey, Christine D.
City Clerk (transmitted by) CL2014-5017
Referred [C.J.p. 82846] Finance

Baily, Keisha D.
City Clerk (transmitted by) CL2014-4758
Referred [C.J.p. 82846] Finance

Baker, Allen B.
City Clerk (transmitted by) CL2014-4842
Referred [C.J.p. 82846] Finance

Baker, Melia
City Clerk (transmitted by) CL2014-5349
Referred [C.J.p. 82846] Finance

Ball, Vincent L.
City Clerk (transmitted by) CL2014-5237
Referred [C.J.p. 82846] Finance

Banks, Brenda C.
City Clerk (transmitted by) CL2014-5101
Referred [C.J.p. 82846] Finance

Baranowski, Alida B.
City Clerk (transmitted by) CL2014-5041
Referred [C.J.p. 82847] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Barnes, Michael H.
City Clerk (transmitted by) CL2014-4933
Referred [C.J.p. 82847] Finance

Barns, Amanda E.
City Clerk (transmitted by) CL2014-4747
Referred [C.J.p. 82847] Finance

Barriga, Fabian P.
City Clerk (transmitted by) CL2014-5136
Referred [C.J.p. 82847] Finance

Barrins, Daniel P.
City Clerk (transmitted by) CL2014-4979
Referred [C.J.p. 82847] Finance

Bartucci, Louis G.
City Clerk (transmitted by) CL2014-5249
Referred [C.J.p. 82847] Finance

Bartz, Daniel
City Clerk (transmitted by) CL2014-5068
Referred [C.J.p. 82847] Finance

Battle, Theda L.
City Clerk (transmitted by) CL2014-4768
Referred [C.J.p. 82847] Finance

Bauer, Kari
City Clerk (transmitted by) CL2014-4993
Referred [C.J.p. 82847] Finance

Baumgartner, Justin
City Clerk (transmitted by) CL2014-5328
Referred [C.J.p. 82847] Finance

Beck, Christopher H.
City Clerk (transmitted by) CL2014-5337
Referred [C.J.p. 82847] Finance

Becker, Jesse
City Clerk (transmitted by) CL2014-4884
Referred [C.J.p. 82847] Finance

Becvar, Adam W.
City Clerk (transmitted by) CL2014-5180
Referred [C.J.p. 82847] Finance

Begy, Veremy T.
City Clerk (transmitted by) CL2014-5167
Referred [C.J.p. 82847] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Belisle, John P.
City Clerk (transmitted by) CL2014-4954
Referred [C.J.p. 82847] Finance

Bell, Larry R.
City Clerk (transmitted by) CL2014-4711
Referred [C.J.p. 82847] Finance

Beller, Sharon L.
City Clerk (transmitted by) CL2014-4869
Referred [C.J.p. 82847] Finance

Belmonte, William E.
City Clerk (transmitted by) CL2014-5353
Referred [C.J.p. 82847] Finance

Bennett, Beverly A.
City Clerk (transmitted by) CL2014-4992
Referred [C.J.p. 82847] Finance

Bentley, Ken
City Clerk (transmitted by) CL2014-4850
Referred [C.J.p. 82847] Finance

Berger, Ericka
City Clerk (transmitted by) CL2014-4705
Referred [C.J.p. 82847] Finance

Bergmann, Matthew F.
City Clerk (transmitted by) CL2014-4698
Referred [C.J.p. 82848] Finance

Berkowitz, Lyle
City Clerk (transmitted by) CL2014-5112
Referred [C.J.p. 82848] Finance

Berman, Robert
City Clerk (transmitted by) CL2014-5040
Referred [C.J.p. 82848] Finance

Biedess, Julie M.
City Clerk (transmitted by) CL2014-4962
Referred [C.J.p. 82848] Finance

Bieniek, Thaddeus J.
City Clerk (transmitted by) CL2014-4857
Referred [C.J.p. 82848] Finance

Binetti, Nerina
City Clerk (transmitted by) CL2014-5400
Referred [C.J.p. 82848] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Bitner, Tessa M.
City Clerk (transmitted by) CL2014-5235
Referred [C.J.p. 82848] Finance

Black, Joyce B.
City Clerk (transmitted by) CL2014-5408
Referred [C.J.p. 82848] Finance

Black, Melvin W.
City Clerk (transmitted by) CL2014-5407
Referred [C.J.p. 82848] Finance

Blackmon, Christiane A.
City Clerk (transmitted by) CL2014-5159
Referred [C.J.p. 82848] Finance

Blakney, Dontell L.
City Clerk (transmitted by) CL2014-5014
Referred [C.J.p. 82848] Finance

Blankenship, Forrest L.
City Clerk (transmitted by) CL2014-4715
Referred [C.J.p. 82848] Finance

Blau, Dan
City Clerk (transmitted by) CL2014-5260
Referred [C.J.p. 82848] Finance

Bledsoe, Shelly L.
City Clerk (transmitted by) CL2014-4882
Referred [C.J.p. 82848] Finance

Bonesteel, Kristina
City Clerk (transmitted by) CL2014-5255
Referred [C.J.p. 82848] Finance

Bragiel, James R.
City Clerk (transmitted by) CL2014-5231
Referred [C.J.p. 82848] Finance

Branch, Delores
City Clerk (transmitted by) CL2014-4823
Referred [C.J.p. 82848] Finance

Branch, Delores
City Clerk (transmitted by) CL2014-4824
Referred [C.J.p. 82848] Finance

Brenner, Kevin D.
City Clerk (transmitted by) CL2014-5376
Referred [C.J.p. 82848] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Brenner, Kevin D.
City Clerk (transmitted by) CL2014-5378
Referred [C.J.p. 82871] Finance

Bronson, Somer
City Clerk (transmitted by) CL2014-4959
Referred [C.J.p. 82848] Finance

Brooks, Tina
City Clerk (transmitted by) CL2014-4997
Referred [C.J.p. 82849] Finance

Brown, Devin D.
City Clerk (transmitted by) CL2014-5104
Referred [C.J.p. 82849] Finance

Brown, Jackie R.
City Clerk (transmitted by) CL2014-5470
Referred [C.J.p. 82849] Finance

Brown, Marcus D.
City Clerk (transmitted by) CL2014-4942
Referred [C.J.p. 82849] Finance

Browner-White, Pamela A.
City Clerk (transmitted by) CL2014-5380
Referred [C.J.p. 82849] Finance

Brownlee, Patricia
City Clerk (transmitted by) CL2014-4778
Referred [C.J.p. 82849] Finance

Bryant, Londonn
City Clerk (transmitted by) CL2014-5146
Referred [C.J.p. 82849] Finance

Bryant, Stanley J.
City Clerk (transmitted by) CL2014-5173
Referred [C.J.p. 82849] Finance

Bubela, Larry M.
City Clerk (transmitted by) CL2014-4988
Referred [C.J.p. 82849] Finance

Buckun, Edyta Z.
City Clerk (transmitted by) CL2014-4750
Referred [C.J.p. 82849] Finance

Bush, Loreen A.
City Clerk (transmitted by) CL2014-5225
Referred [C.J.p. 82849] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Butala, Thomas J.
City Clerk (transmitted by) CL2014-5294
Referred [C.J.p. 82849] Finance

Cahillane, John K.
City Clerk (transmitted by) CL2014-5212
Referred [C.J.p. 82849] Finance

Caimi, Teresa D.
City Clerk (transmitted by) CL2014-5060
Referred [C.J.p. 82849] Finance

Calbert, Treddis T.
City Clerk (transmitted by) CL2014-4780
Referred [C.J.p. 82849] Finance

Camacho, Antonio F.
City Clerk (transmitted by) CL2014-5042
Referred [C.J.p. 82849] Finance

Cantu, Roberto F.
City Clerk (transmitted by) CL2014-5037
Referred [C.J.p. 82849] Finance

Carmen, Marc C.
City Clerk (transmitted by) CL2014-5124
Referred [C.J.p. 82849] Finance

Carter, Dorothy M.
City Clerk (transmitted by) CL2014-5080
Referred [C.J.p. 82849] Finance

Carter, Renald L.
City Clerk (transmitted by) CL2014-5261
Referred [C.J.p. 82849] Finance

Caruthers, Barbara J.
City Clerk (transmitted by) CL2014-5437
Referred [C.J.p. 82849] Finance

Casa, Christopher T.
City Clerk (transmitted by) CL2014-5422
Referred [C.J.p. 82849] Finance

Castaneda, Robertino
City Clerk (transmitted by) CL2014-5280
Referred [C.J.p. 82850] Finance

Catlett, Steven T.
City Clerk (transmitted by) CL2014-5230
Referred [C.J.p. 82850] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Caufield, Michael R.
City Clerk (transmitted by) CL2014-5350
Referred [C.J.p. 82850] Finance

Caufield, Michael R.
City Clerk (transmitted by) CL2014-5344
Referred [C.J.p. 82850] Finance

Cease, Cynthia
City Clerk (transmitted by) CL2014-5027
Referred [C.J.p. 82850] Finance

Centracchio, Dawn
City Clerk (transmitted by) CL2014-4761
Referred [C.J.p. 82850] Finance

Ceron, Julio
City Clerk (transmitted by) CL2014-5074
Referred [C.J.p. 82850] Finance

Chachere, Michael J.
City Clerk (transmitted by) CL2014-4682
Referred [C.J.p. 82850] Finance

Chaney, Theron
City Clerk (transmitted by) CL2014-4756
Referred [C.J.p. 82850] Finance

Chase, Chatel L.
City Clerk (transmitted by) CL2014-4784
Referred [C.J.p. 82850] Finance

Chengary, John H.
City Clerk (transmitted by) CL2014-4774
Referred [C.J.p. 82850] Finance

Chessick, Barry
City Clerk (transmitted by) CL2014-5012
Referred [C.J.p. 82850] Finance

Chittenden, Penelope B.
City Clerk (transmitted by) CL2014-5028
Referred [C.J.p. 82850] Finance

Chittenden, Penelope B.
City Clerk (transmitted by) CL2014-4863
Referred [C.J.p. 82850] Finance

Choi, Andy
City Clerk (transmitted by) CL2014-4700
Referred [C.J.p. 82850] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Chrzastowski, Stanley
City Clerk (transmitted by) CL2014-5432
Referred [C.J.p. 82850] Finance

Chudik, Joseph F.
City Clerk (transmitted by) CL2014-4846
Referred [C.J.p. 82850] Finance

Church, Christopher J.
City Clerk (transmitted by) CL2014-4995
Referred [C.J.p. 82850] Finance

Church, Christopher J.
City Clerk (transmitted by) CL2014-4914
Referred [C.J.p. 82850] Finance

Churchill, Steven W.
City Clerk (transmitted by) CL2014-4825
Referred [C.J.p. 82850] Finance

Cicora, John
City Clerk (transmitted by) CL2014-5052
Referred [C.J.p. 82850] Finance

Ciecierski, Rafal G.
City Clerk (transmitted by) CL2014-4940
Referred [C.J.p. 82850] Finance

Clancy, Shonda
City Clerk (transmitted by) CL2014-4678
Referred [C.J.p. 82850] Finance

Clark, Benjamin D.
City Clerk (transmitted by) CL2014-5264
Referred [C.J.p. 82851] Finance

Clark, Linda K.
City Clerk (transmitted by) CL2014-4967
Referred [C.J.p. 82851] Finance

Clark, Sheila N.
City Clerk (transmitted by) CL2014-4946
Referred [C.J.p. 82851] Finance

Clay, Patricia A.
City Clerk (transmitted by) CL2014-5064
Referred [C.J.p. 82851] Finance

Clayton, Mark
City Clerk (transmitted by) CL2014-4915
Referred [C.J.p. 82851] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Cleveland, Melissa
City Clerk (transmitted by) CL2014-5071
Referred [C.J.p. 82851] Finance

Clinton, Edward X.
City Clerk (transmitted by) CL2014-5007
Referred [C.J.p. 82851] Finance

Cobb, Courtney T.
City Clerk (transmitted by) CL2014-4931
Referred [C.J.p. 82851] Finance

Cobb, Courtney T.
City Clerk (transmitted by) CL2014-4937
Referred [C.J.p. 82851] Finance

Cobb, Laurita
City Clerk (transmitted by) CL2014-5122
Referred [C.J.p. 82851] Finance

Coconate, Susan
City Clerk (transmitted by) CL2014-4676
Referred [C.J.p. 82851] Finance

Coleman, Joi
City Clerk (transmitted by) CL2014-4724
Referred [C.J.p. 82851] Finance

Colley, Albert Jr.
City Clerk (transmitted by) CL2014-5416
Referred [C.J.p. 82851] Finance

Colon, Tenia
City Clerk (transmitted by) CL2014-5117
Referred [C.J.p. 82851] Finance

Copeland, Tricia L.
City Clerk (transmitted by) CL2014-4990
Referred [C.J.p. 82851] Finance

Cordina, Thomas
City Clerk (transmitted by) CL2014-5118
Referred [C.J.p. 82851] Finance

Cornejo, Salvador
City Clerk (transmitted by) CL2014-4804
Referred [C.J.p. 82851] Finance

Crockrell, Theresa A.
City Clerk (transmitted by) CL2014-5033
Referred [C.J.p. 82851] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Cwetna, David A.
City Clerk (transmitted by) CL2014-4762
Referred [C.J.p. 82852] Finance

Dalcerro, Frances
City Clerk (transmitted by) CL2014-4822
Referred [C.J.p. 82852] Finance

Daniel, Maurice Jr.
City Clerk (transmitted by) CL2014-4965
Referred [C.J.p. 82852] Finance

Daniels, Dovie C.
City Clerk (transmitted by) CL2014-5048
Referred [C.J.p. 82852] Finance

Daniels-Wilson, Stephanie
City Clerk (transmitted by) CL2014-5383
Referred [C.J.p. 82852] Finance

Darin, Katrina
City Clerk (transmitted by) CL2014-5257
Referred [C.J.p. 82852] Finance

Daum, John C.
City Clerk (transmitted by) CL2014-5084
Referred [C.J.p. 82852] Finance

David, Andre E.
City Clerk (transmitted by) CL2014-5253
Referred [C.J.p. 82852] Finance

Davis, Michael D.
City Clerk (transmitted by) CL2014-5013
Referred [C.J.p. 82852] Finance

Davis-Garrett, Deborah E.
City Clerk (transmitted by) CL2014-4941
Referred [C.J.p. 82852] Finance

De La Rosa, Daniel
City Clerk (transmitted by) CL2014-5288
Referred [C.J.p. 82852] Finance

De La Rosa, Kimberly
City Clerk (transmitted by) CL2014-5446
Referred [C.J.p. 82852] Finance

Dean, Diniah
City Clerk (transmitted by) CL2014-4722
Referred [C.J.p. 82852] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Deherrera, John
City Clerk (transmitted by) CL2014-5289
Referred [C.J.p. 82852] Finance

Del Real, Melanie
City Clerk (transmitted by) CL2014-5272
Referred [C.J.p. 82852] Finance

Del Rio, Luis
City Clerk (transmitted by) CL2014-4710
Referred [C.J.p. 82852] Finance

Del Rosario, Ruth
City Clerk (transmitted by) CL2014-4809
Referred [C.J.p. 82852] Finance

Delgado, Leon J.
City Clerk (transmitted by) CL2014-5051
Referred [C.J.p. 82852] Finance

Dennis, Jean M.
City Clerk (transmitted by) CL2014-5430
Referred [C.J.p. 82852] Finance

Devivo, Lisa T.
City Clerk (transmitted by) CL2014-4814
Referred [C.J.p. 82853] Finance

Diedrich, Diane
City Clerk (transmitted by) CL2014-4923
Referred [C.J.p. 82853] Finance

Diggins, Brett E.
City Clerk (transmitted by) CL2014-5434
Referred [C.J.p. 82853] Finance

Dillon, Monica
City Clerk (transmitted by) CL2014-4996
Referred [C.J.p. 82853] Finance

Dixon, Mary
City Clerk (transmitted by) CL2014-5440
Referred [C.J.p. 82853] Finance

Doles, Thomas J.
City Clerk (transmitted by) CL2014-4787
Referred [C.J.p. 82853] Finance

Donahue, William J.
City Clerk (transmitted by) CL2014-4786
Referred [C.J.p. 82853] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Donato, Debora
City Clerk (transmitted by) CL2014-5099
Referred [C.J.p. 82853] Finance

Donnelly, Michael J.
City Clerk (transmitted by) CL2014-4837
Referred [C.J.p. 82853] Finance

Donovan, Chase M.
City Clerk (transmitted by) CL2014-4793
Referred [C.J.p. 82853] Finance

Doss, Sarah R.
City Clerk (transmitted by) CL2014-5151
Referred [C.J.p. 82853] Finance

Dowling, Maureen H.
City Clerk (transmitted by) CL2014-5061
Referred [C.J.p. 82853] Finance

Drayton, Lawerence E.
City Clerk (transmitted by) CL2014-5273
Referred [C.J.p. 82853] Finance

Duarte, Pedro
City Clerk (transmitted by) CL2014-4873
Referred [C.J.p. 82853] Finance

Duschene, David R.
City Clerk (transmitted by) CL2014-5142
Referred [C.J.p. 82853] Finance

Eargle, John O., Jr.
City Clerk (transmitted by) CL2014-4689
Referred [C.J.p. 82853] Finance

Echols, Velma
City Clerk (transmitted by) CL2014-5300
Referred [C.J.p. 82853] Finance

Edmondson, Arnitta M.
City Clerk (transmitted by) CL2014-5221
Referred [C.J.p. 82853] Finance

Edmunds, Ashley N.
City Clerk (transmitted by) CL2014-4917
Referred [C.J.p. 82854] Finance

Edwards, Carolyn
City Clerk (transmitted by) CL2014-5458
Referred [C.J.p. 82854] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Edwards, Marc A.
City Clerk (transmitted by) CL2014-5240
Referred [C.J.p. 82854] Finance

Eison, Ella A.
City Clerk (transmitted by) CL2014-5200
Referred [C.J.p. 82854] Finance

Elkina, Anastasia
City Clerk (transmitted by) CL2014-4921
Referred [C.J.p. 82854] Finance

Ellis, Rhonda
City Clerk (transmitted by) CL2014-5210
Referred [C.J.p. 82854] Finance

English, Carolyn D.
City Clerk (transmitted by) CL2014-4730
Referred [C.J.p. 82854] Finance

Evans, Paul T.
City Clerk (transmitted by) CL2014-4872
Referred [C.J.p. 82854] Finance

Everett, Ralph
City Clerk (transmitted by) CL2014-4671
Referred [C.J.p. 82854] Finance

Fagan, Timothy B.
City Clerk (transmitted by) CL2014-4994
Referred [C.J.p. 82854] Finance

Fallis, Melvin C.
City Clerk (transmitted by) CL2014-5245
Referred [C.J.p. 82854] Finance

Fasano, Anna Marie
City Clerk (transmitted by) CL2014-5281
Referred [C.J.p. 82854] Finance

Fernandez, Elias
City Clerk (transmitted by) CL2014-4832
Referred [C.J.p. 82854] Finance

Fernandez, Marguerite F.
City Clerk (transmitted by) CL2014-5424
Referred [C.J.p. 82854] Finance

Ferrari, Robert J.
City Clerk (transmitted by) CL2014-5256
Referred [C.J.p. 82854] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Ferro, Teri L.
City Clerk (transmitted by) CL2014-5131
Referred [C.J.p. 82854] Finance

Fetero, Modesto F.
City Clerk (transmitted by) CL2014-5076
Referred [C.J.p. 82854] Finance

Fiejtek, Zofia
City Clerk (transmitted by) CL2014-5088
Referred [C.J.p. 82854] Finance

Fields, Tanya L.
City Clerk (transmitted by) CL2014-4760
Referred [C.J.p. 82854] Finance

Figueroa, William
City Clerk (transmitted by) CL2014-4739
Referred [C.J.p. 82855] Finance

Fikes, Willie L.
City Clerk (transmitted by) CL2014-4844
Referred [C.J.p. 82855] Finance

Flores, Carlo Magno
City Clerk (transmitted by) CL2014-5409
Referred [C.J.p. 82855] Finance

Flores, Eilseo
City Clerk (transmitted by) CL2014-4894
Referred [C.J.p. 82855] Finance

Flores-Gonzalez, Heidi
City Clerk (transmitted by) CL2014-5187
Referred [C.J.p. 82855] Finance

Friedman, Anthony
City Clerk (transmitted by) CL2014-4977
Referred [C.J.p. 82855] Finance

Gallardo, Saul
City Clerk (transmitted by) CL2014-5143
Referred [C.J.p. 82855] Finance

Gandhi, Nitin
City Clerk (transmitted by) CL2014-4870
Referred [C.J.p. 82855] Finance

Gandia, Victoria
City Clerk (transmitted by) CL2014-5397
Referred [C.J.p. 82855] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Garcia, Alejandra
City Clerk (transmitted by) CL2014-5106
Referred [C.J.p. 82855] Finance

Garcia, Ana M.
City Clerk (transmitted by) CL2014-4987
Referred [C.J.p. 82855] Finance

Garcia, Elizabeth
City Clerk (transmitted by) CL2014-4968
Referred [C.J.p. 82855] Finance

Garcia, Rafaela
City Clerk (transmitted by) CL2014-5067
Referred [C.J.p. 82855] Finance

Gardner, Ruth E.
City Clerk (transmitted by) CL2014-4688
Referred [C.J.p. 82855] Finance

Gardner, Ruth E.
City Clerk (transmitted by) CL2014-4723
Referred [C.J.p. 82855] Finance

Garoza, Jonathan A.
City Clerk (transmitted by) CL2014-4980
Referred [C.J.p. 82855] Finance

Garrison, Stephen A.
City Clerk (transmitted by) CL2014-4905
Referred [C.J.p. 82855] Finance

Gascon, George
City Clerk (transmitted by) CL2014-4800
Referred [C.J.p. 82855] Finance

Gergle, Darren
City Clerk (transmitted by) CL2014-4714
Referred [C.J.p. 82855] Finance

Gerritsen, Candace M.
City Clerk (transmitted by) CL2014-4852
Referred [C.J.p. 82855] Finance

Gerson, Gail
City Clerk (transmitted by) CL2014-4727
Referred [C.J.p. 82856] Finance

Glover, Vanessa
City Clerk (transmitted by) CL2014-4703
Referred [C.J.p. 82856] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Goel, Ajay
City Clerk (transmitted by) CL2014-4766
Referred [C.J.p. 82856] Finance

Gomez, Sacramento
City Clerk (transmitted by) CL2014-4952
Referred [C.J.p. 82856] Finance

Gonzalez, Alexandra
City Clerk (transmitted by) CL2014-4707
Referred [C.J.p. 82856] Finance

Gonzalez, Leonarda
City Clerk (transmitted by) CL2014-4999
Referred [C.J.p. 82856] Finance

Gooden, Audrey
City Clerk (transmitted by) CL2014-4782
Referred [C.J.p. 82856] Finance

Graf, Mary Jo
City Clerk (transmitted by) CL2014-5209
Referred [C.J.p. 82856] Finance

Graham, Jahvin J.
City Clerk (transmitted by) CL2014-5150
Referred [C.J.p. 82856] Finance

Green, Joseph C.
City Clerk (transmitted by) CL2014-4752
Referred [C.J.p. 82856] Finance

Green, Patricia A.
City Clerk (transmitted by) CL2014-5410
Referred [C.J.p. 82856] Finance

Greene, Bobby Jo
City Clerk (transmitted by) CL2014-5306
Referred [C.J.p. 82856] Finance

Grieco, Lucille
City Clerk (transmitted by) CL2014-5394
Referred [C.J.p. 82856] Finance

Grills, Wayne D.
City Clerk (transmitted by) CL2014-4775
Referred [C.J.p. 82856] Finance

Gruen, Mark
City Clerk (transmitted by) CL2014-5265
Referred [C.J.p. 82857] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Guder, Faruk
City Clerk (transmitted by) CL2014-5197
Referred [C.J.p. 82857] Finance

Guerrero, Oniver
City Clerk (transmitted by) CL2014-5046
Referred [C.J.p. 82857] Finance

Gunn, Jamell M.
City Clerk (transmitted by) CL2014-4798
Referred [C.J.p. 82857] Finance

Guzzetta, Jaclyn
City Clerk (transmitted by) CL2014-4772
Referred [C.J.p. 82857] Finance

Haeberle, Michael
City Clerk (transmitted by) CL2014-5228
Referred [C.J.p. 82857] Finance

Hall, Alonzo III
City Clerk (transmitted by) CL2014-5401
Referred [C.J.p. 82857] Finance

Halpern, Eshed
City Clerk (transmitted by) CL2014-4708
Referred [C.J.p. 82857] Finance

Hampton, Brandi
City Clerk (transmitted by) CL2014-4834
Referred [C.J.p. 82857] Finance

Hansen, Anne B.
City Clerk (transmitted by) CL2014-5093
Referred [C.J.p. 82857] Finance

Hansow, Carol
City Clerk (transmitted by) CL2014-5417
Referred [C.J.p. 82857] Finance

Harami, Dalia
City Clerk (transmitted by) CL2014-4818
Referred [C.J.p. 82857] Finance

Harren, Sandra
City Clerk (transmitted by) CL2014-4973
Referred [C.J.p. 82857] Finance

Harrington, Suzy
City Clerk (transmitted by) CL2014-4753
Referred [C.J.p. 82857] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Harrison, Jonathan D.
City Clerk (transmitted by) CL2014-5247
Referred [C.J.p. 82857] Finance

Hasse, Larry J.
City Clerk (transmitted by) CL2014-5182
Referred [C.J.p. 82857] Finance

Hatch, Ivory
City Clerk (transmitted by) CL2014-4675
Referred [C.J.p. 82857] Finance

Hatten, Brett D.
City Clerk (transmitted by) CL2014-4960
Referred [C.J.p. 82857] Finance

Hawes, Heather L.
City Clerk (transmitted by) CL2014-5368
Referred [C.J.p. 82857] Finance

Haymore, Deborah
City Clerk (transmitted by) CL2014-5172
Referred [C.J.p. 82858] Finance

Heaney, Michael S.
City Clerk (transmitted by) CL2014-5055
Referred [C.J.p. 82858] Finance

Heber, Alana E.
City Clerk (transmitted by) CL2014-5165
Referred [C.J.p. 82858] Finance

Heitger, Thomas M.
City Clerk (transmitted by) CL2014-4930
Referred [C.J.p. 82858] Finance

Henry, Joshua
City Clerk (transmitted by) CL2014-5317
Referred [C.J.p. 82858] Finance

Henry, Michael
City Clerk (transmitted by) CL2014-4728
Referred [C.J.p. 82858] Finance

Herman, Glen D.
City Clerk (transmitted by) CL2014-4845
Referred [C.J.p. 82858] Finance

Herman, Jillian E.
City Clerk (transmitted by) CL2014-4903
Referred [C.J.p. 82858] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Hernandez, Eduardo
City Clerk (transmitted by) CL2014-4998
Referred [C.J.p. 82858] Finance

Hernandez, Milton
City Clerk (transmitted by) CL2014-4808
Referred [C.J.p. 82858] Finance

Hicks, Steven K.
City Clerk (transmitted by) CL2014-5469
Referred [C.J.p. 82858] Finance

Hicks, Willie
City Clerk (transmitted by) CL2014-5277
Referred [C.J.p. 82858] Finance

Hill, Marcie
City Clerk (transmitted by) CL2014-4975
Referred [C.J.p. 82858] Finance

Hirsen, Daniel J.
City Clerk (transmitted by) CL2014-5447
Referred [C.J.p. 82858] Finance

Hjorten, Jason B.
City Clerk (transmitted by) CL2014-5464
Referred [C.J.p. 82858] Finance

Hobbs, Steven R.
City Clerk (transmitted by) CL2014-4748
Referred [C.J.p. 82858] Finance

Hondras, Frank A.
City Clerk (transmitted by) CL2014-4862
Referred [C.J.p. 82858] Finance

Hondras, Frank A.
City Clerk (transmitted by) CL2014-4861
Referred [C.J.p. 82858] Finance

Horton, Johnny L., Sr.
City Clerk (transmitted by) CL2014-5302
Referred [C.J.p. 82858] Finance

Hostetler, Jacob C.
City Clerk (transmitted by) CL2014-4673
Referred [C.J.p. 82858] Finance

Hough, Lawrence
City Clerk (transmitted by) CL2014-5102
Referred [C.J.p. 82858] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Houseman, Timothy J.
City Clerk (transmitted by) CL2014-4972
Referred [C.J.p. 82858] Finance

Howell, Kathryn L.
City Clerk (transmitted by) CL2014-4776
Referred [C.J.p. 82859] Finance

Huang, Zheng
City Clerk (transmitted by) CL2014-5000
Referred [C.J.p. 82859] Finance

Hull, Andrew J.
City Clerk (transmitted by) CL2014-4848
Referred [C.J.p. 82859] Finance

Humphrey, Marissa C.
City Clerk (transmitted by) CL2014-4841
Referred [C.J.p. 82859] Finance

Hurtado, Max and Amigo Foods
City Clerk (transmitted by) CL2014-4687
Referred [C.J.p. 82859] Finance

Hutchinson, Deborah C.
City Clerk (transmitted by) CL2014-5107
Referred [C.J.p. 82859] Finance

Hyde, Johanna
City Clerk (transmitted by) CL2014-4913
Referred [C.J.p. 82859] Finance

Ibarra, Noel
City Clerk (transmitted by) CL2014-5160
Referred [C.J.p. 82859] Finance

Iglesias, Eduardo A.
City Clerk (transmitted by) CL2014-4713
Referred [C.J.p. 82859] Finance

Infelise, Richard D.
City Clerk (transmitted by) CL2014-4801
Referred [C.J.p. 82859] Finance

Ioannides, Panagiotis
City Clerk (transmitted by) CL2014-5045
Referred [C.J.p. 82859] Finance

Isom, Philip J.
City Clerk (transmitted by) CL2014-4742
Referred [C.J.p. 82859] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Jackson, Antwoine
City Clerk (transmitted by) CL2014-5351
Referred [C.J.p. 82859] Finance

Jackson, Jessica F.
City Clerk (transmitted by) CL2014-5181
Referred [C.J.p. 82859] Finance

Jackson, Oscar R.
City Clerk (transmitted by) CL2014-5100
Referred [C.J.p. 82859] Finance

Jackson, Renee C.
City Clerk (transmitted by) CL2014-5031
Referred [C.J.p. 82859] Finance

Jaddua, Jedor
City Clerk (transmitted by) CL2014-5096
Referred [C.J.p. 82859] Finance

Jakomin, Milo
City Clerk (transmitted by) CL2014-4938
Referred [C.J.p. 82859] Finance

James, Katherine M.
City Clerk (transmitted by) CL2014-5194
Referred [C.J.p. 82859] Finance

Janiak, Jason R.
City Clerk (transmitted by) CL2014-5054
Referred [C.J.p. 82859] Finance

Jara, Anthony
City Clerk (transmitted by) CL2014-5234
Referred [C.J.p. 82860] Finance

Jara, Anthony
City Clerk (transmitted by) CL2014-5238
Referred [C.J.p. 82860] Finance

Jasinski, Deborah
City Clerk (transmitted by) CL2014-5168
Referred [C.J.p. 82860] Finance

Jenkins, Chester B.
City Clerk (transmitted by) CL2014-5034
Referred [C.J.p. 82860] Finance

Johnson, Devon
City Clerk (transmitted by) CL2014-5312
Referred [C.J.p. 82860] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Johnson, Melvin
City Clerk (transmitted by) CL2014-4943
Referred [C.J.p. 82860] Finance

Johnson, Sherry L.
City Clerk (transmitted by) CL2014-5062
Referred [C.J.p. 82860] Finance

Johnson, Sherry L.
City Clerk (transmitted by) CL2014-5202
Referred [C.J.p. 82860] Finance

Johnson, Sherry L.
City Clerk (transmitted by) CL2014-5217
Referred [C.J.p. 82860] Finance

Johnson, Theda
City Clerk (transmitted by) CL2014-4927
Referred [C.J.p. 82860] Finance

Jones, Anthony M.
City Clerk (transmitted by) CL2014-4683
Referred [C.J.p. 82860] Finance

Jones, Terrell
City Clerk (transmitted by) CL2014-4737
Referred [C.J.p. 82860] Finance

Jovic, Diane
City Clerk (transmitted by) CL2014-5121
Referred [C.J.p. 82860] Finance

Kadish, Barry R.
City Clerk (transmitted by) CL2014-4771
Referred [C.J.p. 82860] Finance

Kalzmarczyk, Zbigniew
City Clerk (transmitted by) CL2014-5092
Referred [C.J.p. 82860] Finance

Karbin, Mitchell A.
City Clerk (transmitted by) CL2014-5335
Referred [C.J.p. 82860] Finance

Kazarian, Mary
City Clerk (transmitted by) CL2014-5342
Referred [C.J.p. 82860] Finance

Keegan, Diane M.
City Clerk (transmitted by) CL2014-5232
Referred [C.J.p. 82860] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Keller, Georg
City Clerk (transmitted by) CL2014-5299
Referred [C.J.p. 82860] Finance

Kelley, Amy L.
City Clerk (transmitted by) CL2014-4885
Referred [C.J.p. 82860] Finance

Kelly, Jessica P.
City Clerk (transmitted by) CL2014-5070
Referred [C.J.p. 82861] Finance

Kendricks, Dan'iel T.
City Clerk (transmitted by) CL2014-5242
Referred [C.J.p. 82861] Finance

Khandan, Hamid
City Clerk (transmitted by) CL2014-5283
Referred [C.J.p. 82861] Finance

Kilgore, Jennifer R.
City Clerk (transmitted by) CL2014-5396
Referred [C.J.p. 82861] Finance

Kim, Esther G.
City Clerk (transmitted by) CL2014-5308
Referred [C.J.p. 82861] Finance

King, Michael P., J.
City Clerk (transmitted by) CL2014-4978
Referred [C.J.p. 82861] Finance

King-Bailey, Valarie
City Clerk (transmitted by) CL2014-5003
Referred [C.J.p. 82861] Finance

Klein, Peter I.
City Clerk (transmitted by) CL2014-5381
Referred [C.J.p. 82861] Finance

Kligerman, Honore S.
City Clerk (transmitted by) CL2014-4899
Referred [C.J.p. 82861] Finance

Klingenbjerg, Patricia
City Clerk (transmitted by) CL2014-5082
Referred [C.J.p. 82861] Finance

Knight, Anthony
City Clerk (transmitted by) CL2014-4716
Referred [C.J.p. 82861] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Koehneman, David A.
City Clerk (transmitted by) CL2014-4945
Referred [C.J.p. 82861] Finance

Koonce, Joshua E.
City Clerk (transmitted by) CL2014-5413
Referred [C.J.p. 82861] Finance

Kostanski, Janet
City Clerk (transmitted by) CL2014-5333
Referred [C.J.p. 82861] Finance

Kovacevich, Sonja
City Clerk (transmitted by) CL2014-5219
Referred [C.J.p. 82861] Finance

Kozlowski, Brian M.
City Clerk (transmitted by) CL2014-5224
Referred [C.J.p. 82861] Finance

Kryson, Maria
City Clerk (transmitted by) CL2014-5303
Referred [C.J.p. 82861] Finance

Krzysztof, Dominik
City Clerk (transmitted by) CL2014-4866
Referred [C.J.p. 82861] Finance

Kulhanek, David A.
City Clerk (transmitted by) CL2014-4789
Referred [C.J.p. 82861] Finance

Kulma, Caroline
City Clerk (transmitted by) CL2014-5373
Referred [C.J.p. 82862] Finance

La Brose, Nicholas G.
City Clerk (transmitted by) CL2014-4904
Referred [C.J.p. 82862] Finance

LaFave, Nicole
City Clerk (transmitted by) CL2014-5371
Referred [C.J.p. 82862] Finance

Lane, Joyce B.
City Clerk (transmitted by) CL2014-4706
Referred [C.J.p. 82862] Finance

Lang, Robert Michael
City Clerk (transmitted by) CL2014-5196
Referred [C.J.p. 82862] Finance

**CLAIMS**

Damage to Vehicle - Pothole

LaRocque, Michael D.
City Clerk (transmitted by) CL2014-4794
Referred [C.J.p. 82862] Finance

Lavallais, Susan M.
City Clerk (transmitted by) CL2014-4812
Referred [C.J.p. 82862] Finance

Lawlor, Marcus D.
City Clerk (transmitted by) CL2014-4813
Referred [C.J.p. 82862] Finance

Lawrence, Kimberly
City Clerk (transmitted by) CL2014-5338
Referred [C.J.p. 82862] Finance

Lazaro, Omar
City Clerk (transmitted by) CL2014-5220
Referred [C.J.p. 82862] Finance

LeCompte, Kimberly
City Clerk (transmitted by) CL2014-5481
Referred [C.J.p. 82862] Finance

Lee, Margaret E.
City Clerk (transmitted by) CL2014-4686
Referred [C.J.p. 82862] Finance

Leider, Nicholas
City Clerk (transmitted by) CL2014-5015
Referred [C.J.p. 82862] Finance

Lekostaj, Robert P.
City Clerk (transmitted by) CL2014-5016
Referred [C.J.p. 82862] Finance

Lema, Zoila M.
City Clerk (transmitted by) CL2014-5162
Referred [C.J.p. 82862] Finance

Levy, David L.
City Clerk (transmitted by) CL2014-4902
Referred [C.J.p. 82862] Finance

Levy, Edward S.
City Clerk (transmitted by) CL2014-5385
Referred [C.J.p. 82862] Finance

Lewandowski, Michael J.
City Clerk (transmitted by) CL2014-5268
Referred [C.J.p. 82862] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Lewis, Brenda T.
City Clerk (transmitted by) CL2014-5441
Referred [C.J.p. 82862] Finance

Lewis, Katrina R.
City Clerk (transmitted by) CL2014-5284
Referred [C.J.p. 82862] Finance

Lewis, Marquetta S.
City Clerk (transmitted by) CL2014-5120
Referred [C.J.p. 82862] Finance

Lewis, Natalie
City Clerk (transmitted by) CL2014-5314
Referred [C.J.p. 82863] Finance

Lewis, Paulette
City Clerk (transmitted by) CL2014-4811
Referred [C.J.p. 82863] Finance

Liera, Ramon P.
City Clerk (transmitted by) CL2014-5103
Referred [C.J.p. 82863] Finance

Lindsey, Emily C.
City Clerk (transmitted by) CL2014-5466
Referred [C.J.p. 82863] Finance

Linnear, Lela L.
City Clerk (transmitted by) CL2014-5189
Referred [C.J.p. 82863] Finance

Lisowski, Lisa E.
City Clerk (transmitted by) CL2014-5392
Referred [C.J.p. 82863] Finance

Little, Sharara S.
City Clerk (transmitted by) CL2014-5081
Referred [C.J.p. 82863] Finance

Liu, Su Hua
City Clerk (transmitted by) CL2014-5313
Referred [C.J.p. 82863] Finance

Loden, Okus L.
City Clerk (transmitted by) CL2014-4860
Referred [C.J.p. 82863] Finance

Lorick, Kevin D.
City Clerk (transmitted by) CL2014-5270
Referred [C.J.p. 82863] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Lowery, Leonia B.
City Clerk (transmitted by) CL2014-5226
Referred [C.J.p. 82863] Finance

Luikaart, James H.
City Clerk (transmitted by) CL2014-5399
Referred [C.J.p. 82863] Finance

Lujano, Sandra
City Clerk (transmitted by) CL2014-4887
Referred [C.J.p. 82863] Finance

Lyons, Eddie
City Clerk (transmitted by) CL2014-5177
Referred [C.J.p. 82863] Finance

Macias, Rene J.
City Clerk (transmitted by) CL2014-4932
Referred [C.J.p. 82863] Finance

Mackey, Gail and Murray, Fredrick A.
City Clerk (transmitted by) CL2014-5059
Referred [C.J.p. 82863] Finance

Maldonado, Jenniffer
City Clerk (transmitted by) CL2014-4749
Referred [C.J.p. 82863] Finance

Maldonado, Lillian
City Clerk (transmitted by) CL2014-5174
Referred [C.J.p. 82863] Finance

Mallett, Jessie V.
City Clerk (transmitted by) CL2014-5065
Referred [C.J.p. 82863] Finance

Mannings, Lillie Mae
City Clerk (transmitted by) CL2014-5291
Referred [C.J.p. 82864] Finance

Mansour, Khayria H.
City Clerk (transmitted by) CL2014-5110
Referred [C.J.p. 82864] Finance

Marino, Matthew R.
City Clerk (transmitted by) CL2014-4792
Referred [C.J.p. 82864] Finance

Markowski, Evan
City Clerk (transmitted by) CL2014-4847
Referred [C.J.p. 82864] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Martell, James R.
City Clerk (transmitted by) CL2014-5316
Referred [C.J.p. 82864] Finance

Martin, Maria E.
City Clerk (transmitted by) CL2014-5262
Referred [C.J.p. 82864] Finance

Martinez, Marta
City Clerk (transmitted by) CL2014-4699
Referred [C.J.p. 82864] Finance

Martinez, Noemi M.
City Clerk (transmitted by) CL2014-5183
Referred [C.J.p. 82864] Finance

Martofel, Robert G.
City Clerk (transmitted by) CL2014-5053
Referred [C.J.p. 82864] Finance

Marwil, Jeff
City Clerk (transmitted by) CL2014-5201
Referred [C.J.p. 82864] Finance

Mascio, Joe M.
City Clerk (transmitted by) CL2014-4733
Referred [C.J.p. 82864] Finance

Massie-Smith, Marschelle
City Clerk (transmitted by) CL2014-5056
Referred [C.J.p. 82864] Finance

Maynard, Rutherford F.
City Clerk (transmitted by) CL2014-5355
Referred [C.J.p. 82864] Finance

McCrory, Jasmin
City Clerk (transmitted by) CL2014-4971
Referred [C.J.p. 82864] Finance

McDevitt, Pamela
City Clerk (transmitted by) CL2014-5390
Referred [C.J.p. 82864] Finance

McDevitt, Pamela
City Clerk (transmitted by) CL2014-5426
Referred [C.J.p. 82864] Finance

McDonald, Zelda
City Clerk (transmitted by) CL2014-5029
Referred [C.J.p. 82864] Finance

**CLAIMS**

Damage to Vehicle - Pothole

McElroy, Keith
City Clerk (transmitted by) CL2014-4906
Referred [C.J.p. 82864] Finance

McHale, James P.
City Clerk (transmitted by) CL2014-5292
Referred [C.J.p. 82865] Finance

McKinney, Steven
City Clerk (transmitted by) CL2014-5382
Referred [C.J.p. 82865] Finance

McKissack, Ella L.
City Clerk (transmitted by) CL2014-5211
Referred [C.J.p. 82865] Finance

McKnight, Tacoma A.
City Clerk (transmitted by) CL2014-5008
Referred [C.J.p. 82865] Finance

McLin, Cindy
City Clerk (transmitted by) CL2014-5244
Referred [C.J.p. 82865] Finance

Medina, Julio
City Clerk (transmitted by) CL2014-4731
Referred [C.J.p. 82865] Finance

Meduga, Nicholas
City Clerk (transmitted by) CL2014-4849
Referred [C.J.p. 82865] Finance

Mehfooz, Syed
City Clerk (transmitted by) CL2014-4961
Referred [C.J.p. 82865] Finance

Memon, Abdul
City Clerk (transmitted by) CL2014-5367
Referred [C.J.p. 82865] Finance

Mendez, Gilbert
City Clerk (transmitted by) CL2014-5438
Referred [C.J.p. 82865] Finance

Mendoza, Abraham
City Clerk (transmitted by) CL2014-5352
Referred [C.J.p. 82865] Finance

Mercy, Katherine M.
City Clerk (transmitted by) CL2014-5085
Referred [C.J.p. 82865] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Merkle, Fred
City Clerk (transmitted by) CL2014-4770
Referred [C.J.p. 82865] Finance

Mevoli, Michael A.
City Clerk (transmitted by) CL2014-5184
Referred [C.J.p. 82865] Finance

Miceli, Cindi
City Clerk (transmitted by) CL2014-5204
Referred [C.J.p. 82865] Finance

Miknaitis, Lukas P.
City Clerk (transmitted by) CL2014-5140
Referred [C.J.p. 82865] Finance

Milam, Barbara L.
City Clerk (transmitted by) CL2014-4702
Referred [C.J.p. 82865] Finance

Milkowski, Christine
City Clerk (transmitted by) CL2014-5171
Referred [C.J.p. 82865] Finance

Miller, Tonya L.
City Clerk (transmitted by) CL2014-5147
Referred [C.J.p. 82865] Finance

Miller, Will E.
City Clerk (transmitted by) CL2014-5465
Referred [C.J.p. 82866] Finance

Milsztajn, Richard
City Clerk (transmitted by) CL2014-4922
Referred [C.J.p. 82866] Finance

Mirsky, Earl D.
City Clerk (transmitted by) CL2014-5058
Referred [C.J.p. 82866] Finance

Mishlalek, Marlo M.
City Clerk (transmitted by) CL2014-5456
Referred [C.J.p. 82866] Finance

Mitchell, Michael
City Clerk (transmitted by) CL2014-4773
Referred [C.J.p. 82866] Finance

Mojica, Rebecca S.
City Clerk (transmitted by) CL2014-5433
Referred [C.J.p. 82866] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Mojica, Rebecca S.
City Clerk (transmitted by) CL2014-5425
Referred [C.J.p. 82866] Finance

Mojica, Rebecca S.
City Clerk (transmitted by) CL2014-5442
Referred [C.J.p. 82866] Finance

Molina, Marisol
City Clerk (transmitted by) CL2014-5375
Referred [C.J.p. 82866] Finance

Morado, Miriam
City Clerk (transmitted by) CL2014-5125
Referred [C.J.p. 82866] Finance

Morales, Orlando
City Clerk (transmitted by) CL2014-5421
Referred [C.J.p. 82866] Finance

Morris, Dorothy J.
City Clerk (transmitted by) CL2014-5420
Referred [C.J.p. 82866] Finance

Mosley, Grover L.
City Clerk (transmitted by) CL2014-4819
Referred [C.J.p. 82866] Finance

Mrofka, Robert J.
City Clerk (transmitted by) CL2014-5444
Referred [C.J.p. 82866] Finance

Mueller, Elle M.
City Clerk (transmitted by) CL2014-5199
Referred [C.J.p. 82866] Finance

Mufarreh, Caroline
City Clerk (transmitted by) CL2014-5477
Referred [C.J.p. 82866] Finance

Muhammad, Jacqueline
City Clerk (transmitted by) CL2014-5393
Referred [C.J.p. 82866] Finance

Muhammad, Sabehea A.
City Clerk (transmitted by) CL2014-5126
Referred [C.J.p. 82866] Finance

Munoz, Maria E.
City Clerk (transmitted by) CL2014-5286
Referred [C.J.p. 82866] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Nagle, Ryan
City Clerk (transmitted by) CL2014-5301
Referred [C.J.p. 82866] Finance

Nagler, Arden S.
City Clerk (transmitted by) CL2014-5478
Referred [C.J.p. 82866] Finance

Neal, Clarence
City Clerk (transmitted by) CL2014-4831
Referred [C.J.p. 82867] Finance

Negrete, Teresa
City Clerk (transmitted by) CL2014-4934
Referred [C.J.p. 82867] Finance

Nelson, Eric G.
City Clerk (transmitted by) CL2014-5451
Referred [C.J.p. 82867] Finance

Nemirow, Joel
City Clerk (transmitted by) CL2014-4767
Referred [C.J.p. 82867] Finance

Nevarez, Jesus M.
City Clerk (transmitted by) CL2014-5307
Referred [C.J.p. 82867] Finance

Newell, Patrick L.
City Clerk (transmitted by) CL2014-4791
Referred [C.J.p. 82867] Finance

Nguyen, Doug M.
City Clerk (transmitted by) CL2014-5297
Referred [C.J.p. 82867] Finance

Nigro, Pamela J.
City Clerk (transmitted by) CL2014-5266
Referred [C.J.p. 82867] Finance

Norton, Colleen T.
City Clerk (transmitted by) CL2014-5415
Referred [C.J.p. 82867] Finance

Norton, Linda L.
City Clerk (transmitted by) CL2014-4704
Referred [C.J.p. 82867] Finance

Noweder, Fouad
City Clerk (transmitted by) CL2014-5418
Referred [C.J.p. 82867] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Nunez-Guzman, Leonora
City Clerk (transmitted by) CL2014-5030
Referred [C.J.p. 82867] Finance

O'Brien, Sean W.
City Clerk (transmitted by) CL2014-5479
Referred [C.J.p. 82867] Finance

O'Dette, Mark F.
City Clerk (transmitted by) CL2014-5298
Referred [C.J.p. 82867] Finance

Odisho, Tomy Z.
City Clerk (transmitted by) CL2014-5039
Referred [C.J.p. 82867] Finance

Olivo, Antonio M.
City Clerk (transmitted by) CL2014-5414
Referred [C.J.p. 82867] Finance

O'Malley. Tom P.
City Clerk (transmitted by) CL2014-4757
Referred [C.J.p. 82867] Finance

Oprenov, Yulian K.
City Clerk (transmitted by) CL2014-5406
Referred [C.J.p. 82867] Finance

Orquiola, Katherine
City Clerk (transmitted by) CL2014-4925
Referred [C.J.p. 82867] Finance

Ostdick, Holly A.
City Clerk (transmitted by) CL2014-5248
Referred [C.J.p. 82867] Finance

Page, Ludella
City Clerk (transmitted by) CL2014-5395
Referred [C.J.p. 82867] Finance

Paik, James
City Clerk (transmitted by) CL2014-4680
Referred [C.J.p. 82868] Finance

Palacio, Felix
City Clerk (transmitted by) CL2014-4691
Referred [C.J.p. 82868] Finance

Palmer, Artyce B.
City Clerk (transmitted by) CL2014-5429
Referred [C.J.p. 82868] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Papilli, Jennie E.
City Clerk (transmitted by) CL2014-5035
Referred [C.J.p. 82868] Finance

Park, Sonora L.
City Clerk (transmitted by) CL2014-4966
Referred [C.J.p. 82868] Finance

Parker, Conmeka
City Clerk (transmitted by) CL2014-5439
Referred [C.J.p. 82868] Finance

Parnell, Tellis L.
City Clerk (transmitted by) CL2014-5412
Referred [C.J.p. 82868] Finance

Partipilo, Joseph M.
City Clerk (transmitted by) CL2014-4729
Referred [C.J.p. 82868] Finance

Pasquesi, Deborah
City Clerk (transmitted by) CL2014-5329
Referred [C.J.p. 82868] Finance

Patel, Rupal S.
City Clerk (transmitted by) CL2014-5049
Referred [C.J.p. 82868] Finance

Patrizi, Jeffrey D.
City Clerk (transmitted by) CL2014-5111
Referred [C.J.p. 82868] Finance

Patterson, Andrea L.
City Clerk (transmitted by) CL2014-4920
Referred [C.J.p. 82868] Finance

Patton, George S., II
City Clerk (transmitted by) CL2014-5032
Referred [C.J.p. 82868] Finance

Peckham, Lynne
City Clerk (transmitted by) CL2014-4886
Referred [C.J.p. 82868] Finance

Pelikan, Jay
City Clerk (transmitted by) CL2014-4719
Referred [C.J.p. 82868] Finance

Perez, Eick N.
City Clerk (transmitted by) CL2014-4674
Referred [C.J.p. 82868] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Perez-Burgos, Carolyn Y.
City Clerk (transmitted by) CL2014-5018
Referred [C.J.p. 82868] Finance

Pernick, Steven
City Clerk (transmitted by) CL2014-4777
Referred [C.J.p. 82868] Finance

Peterson, Michael W.
City Clerk (transmitted by) CL2014-5086
Referred [C.J.p. 82868] Finance

Petrie, Toby R.
City Clerk (transmitted by) CL2014-4835
Referred [C.J.p. 82868] Finance

Petro, Francine
City Clerk (transmitted by) CL2014-4799
Referred [C.J.p. 82869] Finance

Phillips, Tommy J.
City Clerk (transmitted by) CL2014-5105
Referred [C.J.p. 82869] Finance

Picardi, Michael J.
City Clerk (transmitted by) CL2014-4970
Referred [C.J.p. 82869] Finance

Pierce, Stonish
City Clerk (transmitted by) CL2014-5276
Referred [C.J.p. 82869] Finance

Pohlkamp, Katherine
City Clerk (transmitted by) CL2014-5233
Referred [C.J.p. 82869] Finance

Poinsett, Norma R.
City Clerk (transmitted by) CL2014-4796
Referred [C.J.p. 82869] Finance

Polihronis, Brittany
City Clerk (transmitted by) CL2014-4939
Referred [C.J.p. 82869] Finance

Porsangi, Behravesh
City Clerk (transmitted by) CL2014-5073
Referred [C.J.p. 82869] Finance

Porter, Natasha
City Clerk (transmitted by) CL2014-5443
Referred [C.J.p. 82869] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Portillo, Carlos E.
City Clerk (transmitted by) CL2014-5158
Referred [C.J.p. 82869] Finance

Price, Aaron J.
City Clerk (transmitted by) CL2014-4797
Referred [C.J.p. 82869] Finance

Progressive Ins, and Gonzalez, Jacqueline
City Clerk (transmitted by) CL2014-5002
Referred [C.J.p. 82869] Finance

Progressive Ins. and Donovan, William
City Clerk (transmitted by) CL2014-4876
Referred [C.J.p. 82869] Finance

Progressive Ins. and Rodriguez, Eduardo
City Clerk (transmitted by) CL2014-4875
Referred [C.J.p. 82869] Finance

Prorok, Timothy A.
City Clerk (transmitted by) CL2014-5274
Referred [C.J.p. 82870] Finance

Quill, John P.
City Clerk (transmitted by) CL2014-5435
Referred [C.J.p. 82870] Finance

Quintana, Nicole
City Clerk (transmitted by) CL2014-5305
Referred [C.J.p. 82870] Finance

Quiroz, Christopher
City Clerk (transmitted by) CL2014-4684
Referred [C.J.p. 82870] Finance

Qureshi, Mohammad
City Clerk (transmitted by) CL2014-5476
Referred [C.J.p. 82870] Finance

Radomski, James
City Clerk (transmitted by) CL2014-4888
Referred [C.J.p. 82870] Finance

Radtke, Steven R.
City Clerk (transmitted by) CL2014-4672
Referred [C.J.p. 82870] Finance

Rajendran, Laly
City Clerk (transmitted by) CL2014-4720
Referred [C.J.p. 82870] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Ramczie, Phillip M.
City Clerk (transmitted by) CL2014-5251
Referred [C.J.p. 82870] Finance

Ramirez-Medina, Crystal F.
City Clerk (transmitted by) CL2014-5141
Referred [C.J.p. 82870] Finance

Ramsey, Jeffrey D.
City Clerk (transmitted by) CL2014-5431
Referred [C.J.p. 82870] Finance

Randle, Sheila
City Clerk (transmitted by) CL2014-5372
Referred [C.J.p. 82870] Finance

Randle, Wanda M.
City Clerk (transmitted by) CL2014-4836
Referred [C.J.p. 82870] Finance

Rehlan, Katherine A.
City Clerk (transmitted by) CL2014-5455
Referred [C.J.p. 82870] Finance

Reitel, Esther
City Clerk (transmitted by) CL2014-5145
Referred [C.J.p. 82870] Finance

Relph, Douglas B.
City Clerk (transmitted by) CL2014-4816
Referred [C.J.p. 82870] Finance

Richardson, Avery L.
City Clerk (transmitted by) CL2014-4741
Referred [C.J.p. 82870] Finance

Richardson, Vickie A.
City Clerk (transmitted by) CL2014-5449
Referred [C.J.p. 82870] Finance

Richmond, Thomas E.
City Clerk (transmitted by) CL2014-5190
Referred [C.J.p. 82870] Finance

Riebman, Ronnie A.
City Clerk (transmitted by) CL2014-5419
Referred [C.J.p. 82871] Finance

Riggio, Angelina
City Clerk (transmitted by) CL2014-4826
Referred [C.J.p. 82871] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Ringold, Michelle
City Clerk (transmitted by) CL2014-4891
Referred [C.J.p. 82871] Finance

Ringold, Michelle
City Clerk (transmitted by) CL2014-4890
Referred [C.J.p. 82871] Finance

Rios, Alexis
City Clerk (transmitted by) CL2014-5083
Referred [C.J.p. 82871] Finance

Rios, Shalamar
City Clerk (transmitted by) CL2014-4856
Referred [C.J.p. 82871] Finance

Rivera, Raul
City Clerk (transmitted by) CL2014-4883
Referred [C.J.p. 82871] Finance

Rivera, Sylvia
City Clerk (transmitted by) CL2014-5138
Referred [C.J.p. 82871] Finance

Roberts, Willie R. Jr.
City Clerk (transmitted by) CL2014-4751
Referred [C.J.p. 82871] Finance

Robinson, Vanessa R.
City Clerk (transmitted by) CL2014-5213
Referred [C.J.p. 82871] Finance

Robles, Manuel
City Clerk (transmitted by) CL2014-4851
Referred [C.J.p. 82871] Finance

Robles, Mark A.
City Clerk (transmitted by) CL2014-5267
Referred [C.J.p. 82871] Finance

Robles, Mark A.
City Clerk (transmitted by) CL2014-5483
Referred [C.J.p. 82871] Finance

Rodriguez, Carlos
City Clerk (transmitted by) CL2014-5198
Referred [C.J.p. 82871] Finance

Rodriguez, Desiree
City Clerk (transmitted by) CL2014-5411
Referred [C.J.p. 82871] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Rohlfing, Megan
City Clerk (transmitted by) CL2014-4919
Referred [C.J.p. 82871] Finance

Roman, Luis
City Clerk (transmitted by) CL2014-5148
Referred [C.J.p. 82871] Finance

Romano, Teresa
City Clerk (transmitted by) CL2014-4754
Referred [C.J.p. 82871] Finance

Romer, Paul F.
City Clerk (transmitted by) CL2014-4833
Referred [C.J.p. 82871] Finance

Rudnicki-Samson, Jamie L.
City Clerk (transmitted by) CL2014-5254
Referred [C.J.p. 82871] Finance

Russell, Kevin G.
City Clerk (transmitted by) CL2014-5340
Referred [C.J.p. 82872] Finance

Russell, Lola M.
City Clerk (transmitted by) CL2014-5374
Referred [C.J.p. 82872] Finance

Russell, Stephanie A.
City Clerk (transmitted by) CL2014-4881
Referred [C.J.p. 82872] Finance

Rynes, Douglas J.
City Clerk (transmitted by) CL2014-5304
Referred [C.J.p. 82872] Finance

Sago, Richard
City Clerk (transmitted by) CL2014-4692
Referred [C.J.p. 82872] Finance

Sagy, Meira
City Clerk (transmitted by) CL2014-4685
Referred [C.J.p. 82872] Finance

Sakoff, Michael L.
City Clerk (transmitted by) CL2014-5009
Referred [C.J.p. 82872] Finance

Saladino, Michael V.
City Clerk (transmitted by) CL2014-5241
Referred [C.J.p. 82872] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Saleh, Maryam
City Clerk (transmitted by) CL2014-4982
Referred [C.J.p. 82872] Finance

Salinas, George
City Clerk (transmitted by) CL2014-5072
Referred [C.J.p. 82872] Finance

Sanchez, Carmen
City Clerk (transmitted by) CL2014-5423
Referred [C.J.p. 82872] Finance

Sanders, Eric J.
City Clerk (transmitted by) CL2014-4718
Referred [C.J.p. 82872] Finance

Sanders, Eric J.
City Clerk (transmitted by) CL2014-4717
Referred [C.J.p. 82872] Finance

Sangodkar, Sandeep
City Clerk (transmitted by) CL2014-5223
Referred [C.J.p. 82872] Finance

Satterlee, Melissa A.
City Clerk (transmitted by) CL2014-4879
Referred [C.J.p. 82872] Finance

Schmidt, John A.
City Clerk (transmitted by) CL2014-5095
Referred [C.J.p. 82872] Finance

Schoon, David A.
City Clerk (transmitted by) CL2014-5222
Referred [C.J.p. 82872] Finance

Schultz, Ronald L.
City Clerk (transmitted by) CL2014-4974
Referred [C.J.p. 82872] Finance

Scott, Jennifer B.
City Clerk (transmitted by) CL2014-5296
Referred [C.J.p. 82872] Finance

Searey, Jacqueline E.
City Clerk (transmitted by) CL2014-4953
Referred [C.J.p. 82872] Finance

Sershen, John D.
City Clerk (transmitted by) CL2014-5471
Referred [C.J.p. 82872] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Shah, Anil
City Clerk (transmitted by) CL2014-4732
Referred [C.J.p. 82873] Finance

Shah, Neil
City Clerk (transmitted by) CL2014-5250
Referred [C.J.p. 82873] Finance

Shahzad, Faisal
City Clerk (transmitted by) CL2014-5243
Referred [C.J.p. 82873] Finance

Shepherd, Elian
City Clerk (transmitted by) CL2014-5480
Referred [C.J.p. 82873] Finance

Sheppard, Meegan
City Clerk (transmitted by) CL2014-4926
Referred [C.J.p. 82873] Finance

Sheth, Sagar
City Clerk (transmitted by) CL2014-4690
Referred [C.J.p. 82873] Finance

Shields, Leslie J.
City Clerk (transmitted by) CL2014-5001
Referred [C.J.p. 82873] Finance

Shields, Thomas C.
City Clerk (transmitted by) CL2014-4924
Referred [C.J.p. 82873] Finance

Sikorski, Brenda J.
City Clerk (transmitted by) CL2014-5336
Referred [C.J.p. 82873] Finance

Simic, Ivan
City Clerk (transmitted by) CL2014-4880
Referred [C.J.p. 82873] Finance

Simms, Wendy A.
City Clerk (transmitted by) CL2014-4893
Referred [C.J.p. 82873] Finance

Sims-Jones, Alicia
City Clerk (transmitted by) CL2014-4681
Referred [C.J.p. 82873] Finance

Skidelsky, Alan D.
City Clerk (transmitted by) CL2014-4677
Referred [C.J.p. 82873] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Sloan, Jeffrey
City Clerk (transmitted by) CL2014-5387
Referred [C.J.p. 82873] Finance

Smith, Christopher S.
City Clerk (transmitted by) CL2014-5348
Referred [C.J.p. 82873] Finance

Smith, Mark C.
City Clerk (transmitted by) CL2014-5038
Referred [C.J.p. 82873] Finance

Smith, Mary
City Clerk (transmitted by) CL2014-5269
Referred [C.J.p. 82873] Finance

Smith, Stacie
City Clerk (transmitted by) CL2014-4726
Referred [C.J.p. 82873] Finance

Sneed, Kami L.
City Clerk (transmitted by) CL2014-4868
Referred [C.J.p. 82873] Finance

Snider, Ralph T., Jr.
City Clerk (transmitted by) CL2014-4892
Referred [C.J.p. 82873] Finance

Sordel, Kay
City Clerk (transmitted by) CL2014-5370
Referred [C.J.p. 82874] Finance

Soto-Kohnen, Angelina
City Clerk (transmitted by) CL2014-4935
Referred [C.J.p. 82874] Finance

Southall, Bonnie G.
City Clerk (transmitted by) CL2014-4701
Referred [C.J.p. 82874] Finance

Spear, Glen M.
City Clerk (transmitted by) CL2014-4788
Referred [C.J.p. 82874] Finance

Sprangers, Anthony J.
City Clerk (transmitted by) CL2014-4951
Referred [C.J.p. 82874] Finance

St. Germain, David F.
City Clerk (transmitted by) CL2014-5448
Referred [C.J.p. 82874] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Stanton, Diane Y.
City Clerk (transmitted by) CL2014-5010
Referred [C.J.p. 82874] Finance

Starnes, Cherise
City Clerk (transmitted by) CL2014-5239
Referred [C.J.p. 82874] Finance

Stavropoulos, Steve
City Clerk (transmitted by) CL2014-4817
Referred [C.J.p. 82874] Finance

Steffens, Nicklas
City Clerk (transmitted by) CL2014-5108
Referred [C.J.p. 82874] Finance

Stegeman, Timothy J.
City Clerk (transmitted by) CL2014-5246
Referred [C.J.p. 82874] Finance

Stelsel, Sally
City Clerk (transmitted by) CL2014-5216
Referred [C.J.p. 82874] Finance

Stemley, Brian
City Clerk (transmitted by) CL2014-4759
Referred [C.J.p. 82874] Finance

Stevenson, Daisy
City Clerk (transmitted by) CL2014-4803
Referred [C.J.p. 82874] Finance

Stevenson, Daisy L.
City Clerk (transmitted by) CL2014-4802
Referred [C.J.p. 82874] Finance

Stevenson, Juanita
City Clerk (transmitted by) CL2014-4709
Referred [C.J.p. 82874] Finance

Stewart, Cortez K.
City Clerk (transmitted by) CL2014-5334
Referred [C.J.p. 82874] Finance

Stiff, Breonna
City Clerk (transmitted by) CL2014-5275
Referred [C.J.p. 82874] Finance

Stoga, Mark S.
City Clerk (transmitted by) CL2014-5004
Referred [C.J.p. 82874] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Sussman, Mary O.
City Clerk (transmitted by) CL2014-5144
Referred [C.J.p. 82874] Finance

Szczesniak, Katherine
City Clerk (transmitted by) CL2014-5123
Referred [C.J.p. 82874] Finance

Szumal, Anna
City Clerk (transmitted by) CL2014-4815
Referred [C.J.p. 82874] Finance

Tauc, James S.
City Clerk (transmitted by) CL2014-5403
Referred [C.J.p. 82875] Finance

Teklemichael, Yemane G.
City Clerk (transmitted by) CL2014-5137
Referred [C.J.p. 82875] Finance

Terrien, Michael S.
City Clerk (transmitted by) CL2014-5128
Referred [C.J.p. 82875] Finance

Thakkar, Kishore H.
City Clerk (transmitted by) CL2014-5384
Referred [C.J.p. 82875] Finance

Thanas, Heleen K.
City Clerk (transmitted by) CL2014-5293
Referred [C.J.p. 82875] Finance

Thanasouras, Kimberly A.
City Clerk (transmitted by) CL2014-4830
Referred [C.J.p. 82875] Finance

Theisinger, Laura A.
City Clerk (transmitted by) CL2014-4679
Referred [C.J.p. 82875] Finance

Therios, Constantinos
City Clerk (transmitted by) CL2014-4976
Referred [C.J.p. 82875] Finance

Thiruvathukal, George K.
City Clerk (transmitted by) CL2014-5319
Referred [C.J.p. 82875] Finance

Thomas, Alan E.
City Clerk (transmitted by) CL2014-5139
Referred [C.J.p. 82875] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Thomas, Nicole
City Clerk (transmitted by) CL2014-5347
Referred [C.J.p. 82875] Finance

Thompson, Amy L.
City Clerk (transmitted by) CL2014-4895
Referred [C.J.p. 82875] Finance

Thorpe, Caroline E.
City Clerk (transmitted by) CL2014-5218
Referred [C.J.p. 82875] Finance

Thurmond, Lylah M.
City Clerk (transmitted by) CL2014-5069
Referred [C.J.p. 82875] Finance

Tichelar, Amanda M.
City Clerk (transmitted by) CL2014-4734
Referred [C.J.p. 82875] Finance

Ticknor, Thomas J.
City Clerk (transmitted by) CL2014-4790
Referred [C.J.p. 82875] Finance

Tillman, Sarah A.
City Clerk (transmitted by) CL2014-5066
Referred [C.J.p. 82875] Finance

Tobon, Jonathan
City Clerk (transmitted by) CL2014-5208
Referred [C.J.p. 82876] Finance

Topel, Richard J.
City Clerk (transmitted by) CL2014-5325
Referred [C.J.p. 82876] Finance

Toth, David J.
City Clerk (transmitted by) CL2014-4820
Referred [C.J.p. 82876] Finance

Trabond, Cherisse G.
City Clerk (transmitted by) CL2014-4901
Referred [C.J.p. 82876] Finance

Traficanto, Lauren
City Clerk (transmitted by) CL2014-4889
Referred [C.J.p. 82876] Finance

Travis, Phillip M.
City Clerk (transmitted by) CL2014-4912
Referred [C.J.p. 82876] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Trotter, Felisha S.
City Clerk (transmitted by) CL2014-5227
Referred [C.J.p. 82876] Finance

Truitt, Krystal
City Clerk (transmitted by) CL2014-5047
Referred [C.J.p. 82876] Finance

Tsonis, Konstantina
City Clerk (transmitted by) CL2014-5192
Referred [C.J.p. 82876] Finance

Tsui, Larry
City Clerk (transmitted by) CL2014-4712
Referred [C.J.p. 82876] Finance

Tucker, Harve D.
City Clerk (transmitted by) CL2014-5386
Referred [C.J.p. 82876] Finance

Tyler, Nancy R.
City Clerk (transmitted by) CL2014-5229
Referred [C.J.p. 82876] Finance

Tysiak, Kathleen M.
City Clerk (transmitted by) CL2014-5113
Referred [C.J.p. 82876] Finance

Tyus, Trinelle
City Clerk (transmitted by) CL2014-5290
Referred [C.J.p. 82876] Finance

Underwood, Raymond
City Clerk (transmitted by) CL2014-5057
Referred [C.J.p. 82876] Finance

Unterfranz, Melanie
City Clerk (transmitted by) CL2014-5428
Referred [C.J.p. 82876] Finance

Valazquez-Campos, Gina M.
City Clerk (transmitted by) CL2014-5389
Referred [C.J.p. 82876] Finance

Vargas, Humberto
City Clerk (transmitted by) CL2014-5369
Referred [C.J.p. 82876] Finance

Velo, Robert G.
City Clerk (transmitted by) CL2014-5388
Referred [C.J.p. 82876] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Vericker, Clint
City Clerk (transmitted by) CL2014-5214
Referred [C.J.p. 82876] Finance

Villarreal, Felipe
City Clerk (transmitted by) CL2014-5327
Referred [C.J.p. 82876] Finance

Vincent, Anthony M.
City Clerk (transmitted by) CL2014-5473
Referred [C.J.p. 82877] Finance

Vinelli, Marietta A.
City Clerk (transmitted by) CL2014-5135
Referred [C.J.p. 82877] Finance

Vinnik, Tal
City Clerk (transmitted by) CL2014-5271
Referred [C.J.p. 82877] Finance

Vittands, Martin J.
City Clerk (transmitted by) CL2014-5094
Referred [C.J.p. 82877] Finance

Volyn, Kari A.
City Clerk (transmitted by) CL2014-4936
Referred [C.J.p. 82877] Finance

Wade, Betty J.
City Clerk (transmitted by) CL2014-5175
Referred [C.J.p. 82877] Finance

Walker, Della
City Clerk (transmitted by) CL2014-5398
Referred [C.J.p. 82877] Finance

Walker, Melvin
City Clerk (transmitted by) CL2014-4983
Referred [C.J.p. 82877] Finance

Wall, Arlene L.
City Clerk (transmitted by) CL2014-5090
Referred [C.J.p. 82877] Finance

Walters, Suzanne
City Clerk (transmitted by) CL2014-5282
Referred [C.J.p. 82877] Finance

Walton, Maurice C.
City Clerk (transmitted by) CL2014-5236
Referred [C.J.p. 82877] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Walts, Jennifer L.
City Clerk (transmitted by) CL2014-4981
Referred [C.J.p. 82877] Finance

Ward, Brittney M.
City Clerk (transmitted by) CL2014-5011
Referred [C.J.p. 82877] Finance

Ward, Gregory H.
City Clerk (transmitted by) CL2014-5089
Referred [C.J.p. 82877] Finance

Washington, Phoebe
City Clerk (transmitted by) CL2014-5343
Referred [C.J.p. 82877] Finance

Washington, Shanta L.
City Clerk (transmitted by) CL2014-5445
Referred [C.J.p. 82877] Finance

Waskowski, Iwonka M.
City Clerk (transmitted by) CL2014-5287
Referred [C.J.p. 82877] Finance

Watanabe, Larry J.
City Clerk (transmitted by) CL2014-5164
Referred [C.J.p. 82877] Finance

Watson, Cyril J.
City Clerk (transmitted by) CL2014-5263
Referred [C.J.p. 82877] Finance

Web, Robb W.
City Clerk (transmitted by) CL2014-5109
Referred [C.J.p. 82877] Finance

Weems, Regina
City Clerk (transmitted by) CL2014-5467
Referred [C.J.p. 82877] Finance

West, James
City Clerk (transmitted by) CL2014-5356
Referred [C.J.p. 82877] Finance

West, Kathleen M.
City Clerk (transmitted by) CL2014-5258
Referred [C.J.p. 82877] Finance

West-Prapuolenis, Vivian
City Clerk (transmitted by) CL2014-5259
Referred [C.J.p. 82878] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Wheatley, Denise N.
City Clerk (transmitted by) CL2014-5119
Referred [C.J.p. 82878] Finance

White, Walter
City Clerk (transmitted by) CL2014-5427
Referred [C.J.p. 82878] Finance

Wiengsukphaiboon, Pongsak
City Clerk (transmitted by) CL2014-4950
Referred [C.J.p. 82878] Finance

Wiengsukphaiboon, Pongsak
City Clerk (transmitted by) CL2014-4949
Referred [C.J.p. 82878] Finance

Wiengsukphaiboon, Pongsak
City Clerk (transmitted by) CL2014-4948
Referred [C.J.p. 82878] Finance

Wiengsukphaiboon, Pongsak
City Clerk (transmitted by) CL2014-4947
Referred [C.J.p. 82878] Finance

Williams, Fannie
City Clerk (transmitted by) CL2014-4900
Referred [C.J.p. 82878] Finance

Williams, Gabrielle F.
City Clerk (transmitted by) CL2014-5278
Referred [C.J.p. 82878] Finance

Williams, Karla
City Clerk (transmitted by) CL2014-5203
Referred [C.J.p. 82878] Finance

Williams, Telisa
City Clerk (transmitted by) CL2014-5468
Referred [C.J.p. 82878] Finance

Willis, Keith
City Clerk (transmitted by) CL2014-5127
Referred [C.J.p. 82878] Finance

Wingo, Beverly A.
City Clerk (transmitted by) CL2014-4795
Referred [C.J.p. 82878] Finance

Winston, Nicole D.
City Clerk (transmitted by) CL2014-4779
Referred [C.J.p. 82878] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Wojciechowski, Dave
City Clerk (transmitted by) CL2014-4740
Referred [C.J.p. 82878] Finance

Woo, Julie M.
City Clerk (transmitted by) CL2014-5461
Referred [C.J.p. 82878] Finance

Woodling, Corbin C.
City Clerk (transmitted by) CL2014-4783
Referred [C.J.p. 82878] Finance

Wright, Joshua D.
City Clerk (transmitted by) CL2014-4769
Referred [C.J.p. 82878] Finance

Wuchter, Matthew E.
City Clerk (transmitted by) CL2014-4964
Referred [C.J.p. 82878] Finance

Yann, Robert
City Clerk (transmitted by) CL2014-5188
Referred [C.J.p. 82878] Finance

Yost, Daniel J.
City Clerk (transmitted by) CL2014-4918
Referred [C.J.p. 82878] Finance

Young, DaJauna
City Clerk (transmitted by) CL2014-5036
Referred [C.J.p. 82879] Finance

Zagorac, Brett J.
City Clerk (transmitted by) CL2014-4721
Referred [C.J.p. 82879] Finance

Zaric, Dragan
City Clerk (transmitted by) CL2014-4867
Referred [C.J.p. 82879] Finance

Zavala, Carla
City Clerk (transmitted by) CL2014-5379
Referred [C.J.p. 82879] Finance

Zavala, David
City Clerk (transmitted by) CL2014-4805
Referred [C.J.p. 82879] Finance

Zavos, Justin M.
City Clerk (transmitted by) CL2014-4827
Referred [C.J.p. 82879] Finance

**CLAIMS**

Damage to Vehicle - Pothole

Zawaski, Tracy
City Clerk (transmitted by) CL2014-4755
Referred [C.J.p. 82879] Finance

Zborovska, Halyna
City Clerk (transmitted by) CL2014-5149
Referred [C.J.p. 82879] Finance

Zelenyi, Oleg
City Clerk (transmitted by) CL2014-5339
Referred [C.J.p. 82879] Finance

Zumwalt, Michael
City Clerk (transmitted by) CL2014-4738
Referred [C.J.p. 82879] Finance

Excessive Water Rates

Au, Siu Kie c/o Letts Investment Realty, Inc.
City Clerk (transmitted by) CL2014-5365
Referred [C.J.p. 82846] Finance

Aldama, Manuel
City Clerk (transmitted by) CL2014-4735
Referred [C.J.p. 82845] Finance

Collins-Harper, Eleanor Y.
City Clerk (transmitted by) CL2014-4985
Referred [C.J.p. 82851] Finance

Danek, Brenda L.
City Clerk (transmitted by) CL2014-5114
Referred [C.J.p. 82852] Finance

Gauthier, Leah C.
City Clerk (transmitted by) CL2014-5025
Referred [C.J.p. 82855] Finance

Lim, Rosalina D.
City Clerk (transmitted by) CL2014-5472
Referred [C.J.p. 82863] Finance

Marder, David
City Clerk (transmitted by) CL2014-5024
Referred [C.J.p. 82864] Finance

Miles, Carol
City Clerk (transmitted by) CL2014-5366
Referred [C.J.p. 82865] Finance

Questal, Nina
City Clerk (transmitted by) CL2014-4877
Referred [C.J.p. 82870] Finance

**CLAIMS**

Excessive Water Rates

Richards, Stephen
City Clerk (transmitted by) CL2014-5156
Referred [C.J.p. 82870] Finance

Roberts, Delbra M.
City Clerk (transmitted by) CL2014-4984
Referred [C.J.p. 82871] Finance

Schneider, Patricia E.
City Clerk (transmitted by) CL2014-5155
Referred [C.J.p. 82872] Finance

Teresi, John A.
City Clerk (transmitted by) CL2014-5363
Referred [C.J.p. 82875] Finance

West, Constance M.
City Clerk (transmitted by) CL2014-5362
Referred [C.J.p. 82877] Finance

Williams, Eddie
City Clerk (transmitted by) CL2014-4697
Referred [C.J.p. 82878] Finance

Yoo, Paul S.
City Clerk (transmitted by) CL2014-5157
Referred [C.J.p. 82878] Finance

Police Officer/Firefighter Injuries

Regular Orders
All amounts
Burke (14) Or2014-326
Direct Introduction Finance
Passed [C.J.p. 83419]

Regular Orders
Each amount not to exceed $1,000
Burke (14) Or2014-325
Direct Introduction Finance
Passed [C.J.p. 83151]

Third Party Orders
All amounts
Burke (14) Or2014-328
Direct Introduction Finance
Passed [C.J.p. 83456]

**CLAIMS**

Police Officer/Firefighter Injuries

Third Party Orders

Each amount not to exceed $1,000

Burke (14) Or2014-327

Direct Introduction Finance

Passed [C.J.p. 83419]

Small Claims

Jackson, Kathy and sundry others

Burke (14) Or2014-322

Direct Introduction Finance

Passed [C.J.p. 83456]

Zidek, Jill A. and sundry others

Burke (14) CL2014-5484

Direct Introduction Finance

Failed to Pass [C.J.p. 83484]

**COMMENDATIONS & DECLARATIONS**

Albrecht, Luke Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Benton, Mary Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Bernardini, Charles R. (Hon.)

Congratulations on designation as Knight Officer of the Order of Merit of Italian Republic

Burke (14) R2014-490

Adopted [C.J.p. 84349]

Borinqueneers (65th Infantry Regiment)

Receipt of Congressional Gold Metal

Reboyras (30), and Others R2014-457

Adopted [C.J.p. 82881]

Bradley, Wallace (Gator)

Recognition for community involvement

Burke (14) R2014-491

Adopted [C.J.p. 84350]

Burnside Elementary School Desegregation Sit-In

52nd anniversary

Harris (8) R2014-475

Adopted [C.J.p. 84331]

**COMMENDATIONS & DECLARATIONS**

Casa Central

60th anniversary

Burke (14), Maldonado (26) R2014-493

Adopted [C.J.p. 84352]

Casanovas, Joseph Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Catelani Suareo, Olga

100th birthday

Sposato (36) R2014-500

Adopted [C.J.p. 84362]

Civil Rights Act of 1964

50th anniversary of passage and signing

Mitts (37), and Others R2014-460

Adopted [C.J.p. 82885]

Clark, Terrence J. (P.O.)

Retirement from Chicago Police Department

Burke (14), Sposato (36) R2014-456

Adopted [C.J.p. 82884]

Greater Bethlehem Missionary Baptist Church

90th anniversary and August 22-24, 2014 declared "Greater Bethlehem Missionary Baptist Church Days" in Chicago

Fioretti (2) R2014-465

Adopted [C.J.p. 84321]

Griffin, Roosevelt Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Holmes, Andrew

Recognition for community involvement

Burke (14) R2014-491

Adopted [C.J.p. 84350]

Jaconetty, Nicole Alicia

Congratulations on graduation from Fordham University

Suarez (31) R2014-498

Adopted [C.J.p. 84358]

Jamison Family

Recognition on family reunion

Mitts (37) R2014-508

Adopted [C.J.p. 84371]

**COMMENDATIONS & DECLARATIONS**

Kallock, Michael John (Fr.)

Retirement from Old St. Mary's Roman Catholic Church and best wishes on future endeavors

Fioretti (2) R2014-464

Adopted [C.J.p. 84320]

Kobayashi, Madeline Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Luna, David

Congratulations on winning The Student Voices Contest

Balcer (11) R2014-461

Adopted [C.J.p. 82887]

Mather, Alan (Principal) Receipt of 2014 Stanley C. Golder Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

McKee, Kevin

Congratulations to RIC Blackhawks Sled Hockey team member for contributions to U.S. Paralympic movement

Emanuel (Mayor) R2014-454

Adopted [C.J.p. 82808]

Novak, Michael Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Patel, Rozy Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Polish American Association

Recognition for efforts against domestic violence and congratulations on launch of "Shelter Her"

Reboyras (30), Arena (45) R2014-497

Adopted [C.J.p. 84357]

Ride for AIDS Chicago 2014

Recognition of participants and volunteers for this event and commitment in fight against HIV/AIDS

Mell (33), and Others R2014-459

Adopted [C.J.p. 82882]

**COMMENDATIONS & DECLARATIONS**

Roybal, Brody

Congratulations to RIC Blackhawks Sled Hockey team member for contributions to U.S. Paralympic movement

Emanuel (Mayor) R2014-454

Adopted [C.J.p. 82808]

Sampanthavivat, Arun and Arun's Thai Restaurant

Congratulations on various accomplishments

Laurino (39) R2014-512

Adopted [C.J.p. 84375]

Sandoval, Mariano

Congratulations on winning The Student Voices Contest

Balcer (11) R2014-461

Adopted [C.J.p. 82887]

Sharp, Donald L. (Dr.) (Rev.) and Faith Tabernacle Baptist Church

50th anniversary

Harris (8) R2014-476

Adopted [C.J.p. 84333]

South Shore Neighborhood

Receipt of "Neighborhood of the Year" award at Neighborhoods USA 39th annual conference

Holmes (7) R2014-471

Adopted [C.J.p. 84327]

Special Olympics Chicago

46th anniversary and July 2014 declared "Special Olympics Chicago Month" in Chicago

Burke (14) R2014-492

Adopted [C.J.p. 84351]

St. James Parish

100th anniversary

Reboyras (30) R2014-496

Adopted [C.J.p. 84356]

Suarez, Sara

Congratulations on winning The Student Voices Contest

Balcer (11) R2014-461

Adopted [C.J.p. 82887]

Sukumaran, Anand Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

**COMMENDATIONS & DECLARATIONS**

Talabar Matwyshyn, Melissa Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Tamillo, Robert

Retirement as Associate Director of Facilities Planning from City Colleges of Chicago

O'Connor (40) R2014-513

Adopted [C.J.p. 84376]

Tun, Dan (Coach)

Congratulations to RIC Blackhawks Sled Hockey team member for contributions to U.S. Paralympic movement

Emanuel (Mayor) R2014-454

Adopted [C.J.p. 82808]

Van Dyke, Margot Receipt of 2014 Golden Apple Award

Emanuel (Mayor), Thomas (17) R2014-455

Adopted [C.J.p. 82810]

Velazquez, Grabriela

Congratulations on winning The Student Voices Contest

Balcer (11) R2014-461

Adopted [C.J.p. 82887]

Zbella, Rita

Retirement as Teacher from St. Richard's School

Zalewski (23) R2014-494

Adopted [C.J.p. 84354]

**COMMITTEE/PUBLIC HEARINGS**

Committee on Aviation

Call for hearings on effects of airport-related noise and other public health and safety concerns

Laurino (39), and Others R2014-452

Referred [C.J.p. 84460] Aviation

Committee on Economic, Capital and Technology Development

Call for hearing on proposed gathering and dissemination of electronic data on public way developed by Urban Center for Computation and Data "Array of Things" project

Fioretti (2), and Others R2014-450

Referred [C.J.p. 84422] Economic

**COMMITTEE/PUBLIC HEARINGS**

Committee on Human Relations

Call for hearings to identify health care provider issues at Veterans Administration hospitals and facilities

Balcer (11), and Others R2014-356

Referred [C.J.p. 82704] Human Relations

Adopted [C.J.p. 83685]

Committee on Public Safety

Call for hearing requesting Illinois Congressional Delegation to enact legislation regarding national gun registry

Holmes (7), Harris (8) R2014-441

Referred [C.J.p. 84426] Public Safety

**COOK COUNTY**

Call for Cook County Recorder of Deeds Karen A. Yarbrough to enforce measures requiring people to provide valid government-issued identification card and address documentation when presenting deeds for recording

O'Connor (40), O'Shea (19) R2014-448

Referred [C.J.p. 84461] Housing

**ENERGY/ENVIRONMENTAL ISSUES**

Open Space Impact Fees

Buckhorn Park

4323 S Calumet Ave, 4325 S Calumet Ave

Future developments

Emanuel (Mayor) O2014-4881

Referred [C.J.p. 80858] Special Events

Passed [C.J.p. 83761]

William-Davis Park and Park 557

4101 S Lake Park Ave, 7211 N Kedzie Ave

Recreational facilities

Emanuel (Mayor) O2014-4861

Referred [C.J.p. 80858] Special Events

Passed [C.J.p. 83766]

**FINANCE FUNDS**

Laborers' and Retirement Board Employees' Annuity and Benefit Fund of Chicago

Estimate of funding for Year 2015

Dept./Agency R2014-415

Referred [C.J.p. 82879] Finance

**FOREIGN AFFAIRS**

Reaffirmation of commitment to State of Israel in support of release of Gil-Ad Shaer, Eyal Yifrah and Naftali Frenkel by abductors

Silverstein (50) R2014-458

Adopted [C.J.p. 84484]

**HISTORICAL LANDMARKS**

Demolition & Demolition Lien

Old Town Triangle District

1824 N Orleans St

Dept./Agency Or2014-281

Referred [C.J.p. 82880] Zoning

Designation

Anshe Sholom Synagogue Building (Former)

754 S Independence Blvd, 3808 W Polk St

City Clerk (transmitted by) O2014-4162

Referred [C.J.p. 80902] Zoning

Passed [C.J.p. 84298]

Permit Fee Waivers

518 Fullerton LLC

518 W Fullerton Ave

Smith (43) Or2014-251

Referred [C.J.p. 82750] Zoning

Passed [C.J.p. 84302]

**ILLINOIS, STATE OF**

Call for passage of Illinois House Bill 1150 banning non-therapeutic use of antibiotics in producing livestock

Burke (14) R2014-286

Referred [C.J.p. 80760] Finance

Adopted [C.J.p. 82900]

Call for State of Illinois to continue to provide necessary funding to Community and Economic Development Association of Cook County

Mitts (37), and Others R2014-442

Referred [C.J.p. 84458] Human Relations

**JOURNAL CORRECTIONS**

Year 2011

Grand of privilege in public way by correcting document numbers for Angels & Mariachis-O2010-7181, The Boundary-O2010-7178, Chicago Park District-O2010-7196 and Educational Advancement Fund, Inc.-O2010-7188

January 13, 2011 C.J.p. 111058, 111064, 111068 and 111081

Mendoza (Clerk) O2014-4973

Referred [C.J.p. 82880] Rules

Year 2013

Municipal Code Title 7 amendment (SO2012-8254) concerning control and treatment of bed bug infestation, by correcting Section 7-28-830(c)

June 5, 2013 C.J.p. 55793

Mendoza (Clerk) O2014-4974

Referred [C.J.p. 82880] Rules

**LAWSUITS/SETTLEMENTS**

Lawsuits

Sandra Franke v. City of Chicago, cited as 11 L 8931

Dept./Agency Or2014-320

Direct Introduction City Council

Passed [C.J.p. 83149]

Walter John Baker, as full guardian of Brian Baker, a disabled adult v. City of Chicago, a municipal corporation, cited as 10 L 583

Dept./Agency Or2014-319

Direct Introduction City Council

Passed [C.J.p. 83148]

**MUNICIPAL CODE AMENDMENTS**

Title 2 - City Government & Administration

Ch. 12 City Clerk

2-12-010 adding authority of City Clerk to enforce requirements of Section 9-64-090, 9-64-170, 9-68-020 and 9-68-021 relating to residential parking permits and issuance of citations for violations

Mendoza (Clerk) O2014-5277

Referred [C.J.p. 82879] Rules

2-12-080 semantic modification of provision governing appointment, and powers and duties of Deputy City Clerk

Mendoza (Clerk) O2014-5277

Referred [C.J.p. 82879] Rules

**MUNICIPAL CODE AMENDMENTS**

Title 2 - City Government & Administration

Ch. 14 Dept. of Administrative Hearings

2-14-190 (a) removing exceptions to authority and duties of Dept. of Administrative Hearings

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Ch. 92 Dept. of Purchases, Contracts & Supplies

2-92-417 (new) establishing bid incentives subject to MBE or WBE participation provisions

Emanuel (Mayor), Balcer (11) O2014-4845

Referred [C.J.p. 80846] Budget

Passed [C.J.p. 83495]

2-92-418 (new) (a) thru (g) establishing bid incentives for small business enterprise and veteran-owned business enterprise joint ventures

Emanuel (Mayor), Balcer (11) O2014-4845

Referred [C.J.p. 80846] Budget

Passed [C.J.p. 83495]

Ch. 100 Dept. of Streets & Sanitation

2-100-110 deleting Section 7-28-331 from provision authorizing police powers of designate employees of Dept. of Streets and Sanitation

Burke (14) SO2012-7247

Referred [C.J.p. 38751] Finance

Passed as Substitute [C.J.p. 82896]

Ch. 159 Adjacent Neighbors Land Acquisition Program

2-159-030 modifying definitions related to Adjacent Neighbors Land Acquisition Program

Austin (34) SO2014-4203

Referred [C.J.p. 82732] Housing

Passed as Substitute [C.J.p. 83532]

2-159-040 semantic modification of provision concerning list of City-owned real estate

Austin (34) SO2014-4203

Referred [C.J.p. 82732] Housing

Passed as Substitute [C.J.p. 83532]

**MUNICIPAL CODE AMENDMENTS**

Title 2 - City Government & Administration

Ch. 159 Adjacent Neighbors Land Acquisition Program

2-159-050 semantic modification of provision governing minimum purchase price of City-owned parcel and procedure for sale

Austin (34) SO2014-4203

Referred [C.J.p. 82732] Housing

Passed as Substitute [C.J.p. 83532]

2-159-060 modification of provisions governing covenants

Austin (34) SO2014-4203

Referred [C.J.p. 82732] Housing

Passed as Substitute [C.J.p. 83532]

2-159-070 semantic modification on rules and regulations

Austin (34) SO2014-4203

Referred [C.J.p. 82732] Housing

Passed as Substitute [C.J.p. 83532]

Title 3 - Revenue & Finance

Ch. 56 Wheel Tax Licenses

3-56-160 modifying provision authorizing City Clerk to promulgate to rules and regulations for implementation of requirements of Chapter 3-56, Section 9-64-020 and 9-68-020

Mendoza (Clerk) O2014-5277

Referred [C.J.p. 82879] Rules

Ch. 64 Emergency Telephone System

3-64-030 (a) increasing monthly surcharge rate to $3.90 imposed upon subscriber of telecommunication services per voice grade communications channel

Emanuel (Mayor), and Others O2014-5058

Referred [C.J.p. 82817] Finance

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 4 General Licensing Provisions

4-4-333 (b) prohibiting licensee, agent or employee to possess, sell, give away, exchange, furnish or conceal synthetic marijuana on licensed premises

Emanuel (Mayor), and Others O2014-5041

Referred [C.J.p. 82818] License

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 4 General Licensing Provisions

4-4-334 (b) prohibiting licensee, agent or employee to possess, sell, give away, exchange, furnish or conceal synthetic stimulants on licensed premises

Emanuel (Mayor), and Others O2014-5041
Referred [C.J.p. 82818] License

4-4-338 (new) restricting unlocking of any wireless communication device

Cochran (20) O2014-4941
Referred [C.J.p. 84438] License

Ch. 5 License Fees for Title 4 Licenses

4-5-010 imposing license fees for firearms dealers, professional theatrical armorers and professional firearm curators

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Ch. 6 Regulated Business License

4-6-230 (a)(g) allowing booting of motor vehicles on private property within 47th Ward

Pawar (47) O2014-4234
Referred [C.J.p. 82758] License
Passed [C.J.p. 83687]

4-6-270 (e) modifying activities not subject to licensure as home occupation to include sale of antique firearms, weapons, firearm training or instruction

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Ch. 58 Restrictions on BYOB

4-58-010 (new) definitions of BYOB, alcoholic liquor and restaurant

Graham (29), and Others O2014-5076
Referred [C.J.p. 84447] License

4-58-020 (new) (a) thru (f) requirements and procedure for prohibiting BOYB in specified areas

Graham (29), and Others O2014-5076
Referred [C.J.p. 84447] License

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 58 Restrictions on BYOB

4-58-030 (new) BYOB restricted locations (reserved)

Graham (29), and Others O2014-5076
Referred [C.J.p. 84447] License

4-58-040 (new) (a) (b) BYOB penalty and fine for engaging in BYOB in prohibited areas

Graham (29), and Others O2014-5076
Referred [C.J.p. 84447] License

4-58-050 (new) authority of Commissioner of Business Affairs and Consumer Protection and Local Liquor Control Commissioner to promulgate rules and regulations for implementation of Chapter requirements

Graham (29), and Others O2014-5076
Referred [C.J.p. 84447] License

4-58-060 (new) Chapter construction severability

Graham (29), and Others O2014-5076
Referred [C.J.p. 84447] License

Ch. 60 Liquor Dealers

4-60-022 (1.2) allow issuance of additional alcoholic liquor licenses on portions of W Chicago Ave

Moreno (1) O2014-4235
Referred [C.J.p. 82691] License
Passed [C.J.p. 83689]

4-60-022 (44.1) allow issuance of additional alcoholic liquor licenses on portions of N Clark St

Tunney (44) O2014-4983
Referred [C.J.p. 84474] License

4-60-022 (8.41) disallow issuance of additional alcoholic liquor licenses on portions of S Stony Island Ave

Harris (8) O2014-4205
Referred [C.J.p. 82701] License
Passed [C.J.p. 83692]

4-60-023 (29.61) disallow issuance of additional package goods licenses on portions of N Mobile Ave

Graham (29) SO2014-4206
Referred [C.J.p. 82725] License
Passed as Substitute [C.J.p. 83690]

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 60 Liquor Dealers

4-60-023 (8.20) disallow issuance of package goods licenses on portions of E 87th St

Harris (8) O2014-4205

Referred [C.J.p. 82701] License
Passed [C.J.p. 83692]

4-60-023 (8.28) disallow issuance of additional package goods licenses on portions of E 95th St

Harris (8) O2014-4205

Referred [C.J.p. 82701] License
Passed [C.J.p. 83692]

4-60-023 (8.42-a) disallow issuance of additional package goods licenses on portions of S Stony Island Ave

Harris (8) O2014-4205

Referred [C.J.p. 82701] License
Passed [C.J.p. 83692]

Ch. 64 Tobacco Dealers

4-64-110 (a) thru (c) modifying retail tobacco dealer's license issuance or renewal requirements

Tunney (44) SO2014-4233

Referred [C.J.p. 82751] License
Passed as Substitute [C.J.p. 83694]

4-64-145 (new) establishing penalty of license suspension or revocation for violation of Illinois Drug Paraphernalia Control Act

Tunney (44) SO2014-4233

Referred [C.J.p. 82751] License
Passed as Substitute [C.J.p. 83694]

Ch. 108 Filling Stations

4-108-76 (new) (a)(b)(c) requiring self-service filling stations to offer mid-grade E-15 gasoline for sale and be equipped with dispensers therefor

Beale (9), and Others O2014-5037

Referred [C.J.p. 84428] Finance

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 144 Weapons

4-144-005 (new) (a)(b) requiring weapons dealer license for dealers of stun guns, air rifles, toy weapons and firearms, professional theatrical armorers or professional firearms curator

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-007 (new) definitions of FOID, Supervisor, stun gun and taser

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-010 modifying provision for stun gun dealer license

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-020 (d)(e) modifying required information accompanying application for stun gun dealer license

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-030 modifying qualifications for obtaining license

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-040 (a) thru (d) modifying provisions for denial or revocation of license

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 144 Weapons

4-144-050 (a)(b)(c) modifying departmental duties of Commissioner and Superintendent

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-060 (b) thru (e) modifying legal duties of licensee

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-061 (a)(b) requiring licensee to maintain records associated with purchase of stun gun or taser

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-062 (a)(b)(c) requiring every licensee to conduct annual inventory and audit of stun guns, tasers and cartridges

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-065 prohibiting sale of stun guns or taser that use gunpowder, smokeless powder or black powder propellant

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-070 modifying penalty provision for engaging in business of selling stun guns or taser without license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 144 Weapons

4-144-080 (a)(b) modifying penalty for violation of Article II provisions

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-100 Section deleted

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-110 Section deleted

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-120 Section deleted

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-130 Section deleted

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-245 modifying penalty for violation of Article III provisions

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-250 Section deleted

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-260 Section deleted

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

OFFICE OF THE CITY CLERK
48 CITY COUNCIL LEGISLATIVE INDEX Date: 6/25/2014

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 144 Weapons

4-144-310 modifying provision governing issuance of professional theatrical armorer license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-700 (new) definitions of firearm, antique firearm, handgun, straw purchaser and related terminology

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-710 (new) (a)(b)(c) firearms dealer license required

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-720 (new) (a) thru (d) firearms dealer license application procedure and guidelines

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-730 (new) qualifications for obtaining firearms dealer license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-740 (new) (a) thru (f) restrictions on issuance of firearms dealer license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-750 (new) location restriction on issuance of firearms dealer license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 144 Weapons

4-144-760 (new) (a)(b) firearms dealer license issuance and conditional approval

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-770 (new) (a)(b) requiring training for responsible sale of firearms

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-780 (new) (a)(b) departmental duties and authority of Commissioner and Superintendent to promulgate rules and regulations

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-790 (new) (a) thru (l) legal duties of firearms dealer licensee

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-795 (new) (a) thru (k) additional legal duties of licensee for responsible sale of firearms and ammunition

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-800 (new) prohibiting sale of metal piercing bullet or 50BMG ammunition

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-810 (new) (a) thru (d) requiring safety plan accompanying firearms dealer license application

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 144 Weapons

4-144-820 (new) (a)(b) requiring licensee to maintain all records associated with purchase of firearms

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-830 (new) imposing penalty for engaging in business of selling any firearm or ammunition without license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-144-840 (new) (a)(b) establishing penalty for violations of Article VII provisions

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Ch. 151 License - Application and Issuance Procedures

4-151-010 removing definition of applicant from Chapter provisions governing shooting range facility license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-151-030 (e)(f) modifying shooting range facility license application procedures and guidelines

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-151-040 (d) modifying qualifications for issuance of shooting range facility license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 151 License - Application and Issuance Procedures

4-151-110 (b) modifying provision requiring safety plan as part of application for shooting range facility license

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-151-170 (a)(b) modifying provisions governing use and repair of firearms and sale of ammunition and firearms within shooting range facilities

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

4-151-190 (a)(b) modifying penalty for violations of Chapter provisions

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Ch. 240 Pawnbrokers

4-240-010 definition of wireless communication device

Cochran (20) O2014-4941
Referred [C.J.p. 84438] License

4-240-070 (a) thru (f) modifying provision governing maintenance of records using LeadsOnline any item sold or pawned for money

Cochran (20) O2014-4941
Referred [C.J.p. 84438] License

4-240-150 modifying provision governing prohibited pledges or purchases to include firearms, ammunition, stun guns or tasers

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Ch. 264 Secondhand Dealers

4-264-005 modifying definition of audio-video equipment, secondhand property and adding definition of wireless communication device

Cochran (20) O2014-4941
Referred [C.J.p. 84438] License

**MUNICIPAL CODE AMENDMENTS**

Title 4 - Businesses, Occupations & Consumer Protection

Ch. 264 Secondhand Dealers

4-264-050 (a) thru (f) modifying requirements for record keeping of secondhand property and wireless communication devices

Cochran (20) O2014-4941

Referred [C.J.p. 84438] License

4-264-070 modifying requirements for record keeping of disassembled, melted or rebuilt jewelry, watches, precious metals or precious stones, cell phones or other wireless communication devices

Cochran (20) O2014-4941

Referred [C.J.p. 84438] License

4-264-075 prohibiting removal, alteration or obliteration of identifying marks engraved or etched upon any secondhand property until thirty-day holding period required by Section 4-264-070

Cochran (20) O2014-4941

Referred [C.J.p. 84438] License

4-264-100 modifying prohibited businesses for secondhand dealers to include weapons dealership

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Title 7 - Health & Safety

Ch. 28 Health Nuisances

7-28-215 (d) (e)modifying permit fee for commercial refuse containers by imposing additional technology surcharge of up to 10%

Burke (14) SO2012-7247

Referred [C.J.p. 38751] Finance

Passed as Substitute [C.J.p. 82896]

7-28-217 (a) (b) (c) modifying provision governing identification of commercial refuse containers and compactor to include use of bar code or wireless transmitting device

Burke (14) SO2012-7247

Referred [C.J.p. 38751] Finance

Passed as Substitute [C.J.p. 82896]

**MUNICIPAL CODE AMENDMENTS**

Title 7 - Health & Safety

Ch. 50 Wireless Communication

7-50-020 (a) increasing fee to $3.90 per month imposed upon subscriber of wireless communication service for in-service access to emergency telephone system

Emanuel (Mayor), and Others O2014-5058

Referred [C.J.p. 82817] Finance

Ch. 51 Chicago Prepaid Wireless 911 Surcharge

7-51-030 increasing prepaid wireless 9-1-1 surcharge of 9.0 percent per retail transaction

Emanuel (Mayor), and Others O2014-5058

Referred [C.J.p. 82817] Finance

Title 8 - Offenses Affecting Public Peace, Morals & Welfare

Ch. 20 Weapons

8-20-090 (new) (a) thru (d) establishing limitations on purchase of handguns

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

8-20-100 (a) prohibiting sale or transfer of firearms at gun shows

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Ch. 4 Public Peace & Welfare

8-4-060 modifying provisions prohibiting vandalism and increasing fine for violation

Emanuel (Mayor), and Others O2014-5070

Referred [C.J.p. 82819] Public Safety

8-4-070 (b) increasing fine imposed upon parent or legal guardian of minor committing vandalism

Emanuel (Mayor), and Others O2014-5070

Referred [C.J.p. 82819] Public Safety

8-4-120 increasing fine for damaging public property

Emanuel (Mayor), and Others O2014-5070

Referred [C.J.p. 82819] Public Safety

8-4-355 modifying penalties for offenses committed in student safety zones and parks

Hairston (5), and Others O2014-5055

Referred [C.J.p. 84424] Public Safety

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 827 of 921 PageID #:3090

**MUNICIPAL CODE AMENDMENTS**

Title 9 - Vehicles, Traffic & Rail Transportation

Ch. 40 Driving Rules

9-40-060 (new) (b) modifying driving, standing or parking on bicycle paths or lanes where prohibited

Reilly (42) O2014-5011
Referred [C.J.p. 84463] Transportation

Ch. 64 Parking Regulations

9-64-090 (l) authorizing City Clerk to promulgate rules and regulations for implementation of Subsections (f) (g) (h) and (k)

Mendoza (Clerk) O2014-5277
Referred [C.J.p. 82879] Rules

Ch. 68 Restricted Parking-Permits & Regulations

9-68-020 (k) adding provision allowing enforcement by designated employees of Office of City Clerk

Mendoza (Clerk) O2014-5277
Referred [C.J.p. 82879] Rules

9-68-021 modifying provision governing sale of residential parking permits to allow enforcement by designated employees of Office of City Clerk

Mendoza (Clerk) O2014-5277
Referred [C.J.p. 82879] Rules

Ch. 80 Miscellaneous Rules

9-80-205 (a) (e) (f) permitting operation of electric personal assistive mobility devices on bicycle paths or lanes subject to restriction of Section 9-4-060 (b)

Reilly (42) O2014-5011
Referred [C.J.p. 84463] Transportation

Title 10 - Streets, Public Ways, Parks, Airports & Harbors

Ch. 36 Parks, Playgrounds & Airports

10-36-358 semantic modification of police powers for designated employees of Dept. of Aviation to designate employees to serve process or give notice for violation of Section 7-28-217 at airports

Burke (14) SO2012-7247
Referred [C.J.p. 38751] Finance
Passed as Substitute [C.J.p. 82896]

**MUNICIPAL CODE AMENDMENTS**

Title 13 - Building & Construction

Ch. 96 Miscellaneous Buildings & Structures

13-96-1190 (d) deleting provision requiring storage of ammunition or firearms

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

13-96-1200 (b) modifying requirements for shooting range facility licensees

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

13-96-1220 (b) thru (e) modifying plumbing requirements for shooting range facilities

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Title 15 - Fire Prevention

Ch. 4 Bureau of Fire Prevention

15-4-985 (a)(b)(c) modifying provision governing storage of ammunition at firearms dealers and shooting range facility licensed premises

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

Title 17 - Chicago Zoning Ordinance

Ch. 3 Business & Commercial Districts

17-3-0207 YY special use approval required for firearms dealer establishments within C2 and C3 districts

Emanuel (Mayor), and Others SO2014-4271
Referred [C.J.p. 80847] Public Safety
Passed as Substitute [C.J.p. 83727]

17-3-503-D (1) modifying designation of pedestrian streets and pedestrian retail streets

3000-3600 W Lawrence Ave, 2800-3400 W Montrose Ave, 4400-4800 N Kedzie Ave

Mell (33) O2014-5045
Referred [C.J.p. 84455] Zoning

**MUNICIPAL CODE AMENDMENTS**

Title 17 - Chicago Zoning Ordinance

Ch. 3 Business & Commercial Districts

17-3-503-D (1) modifying designation of pedestrian streets and pedestrian retail streets

5200-5400 W Lawrence Ave, 4744-4830 N Milwaukee Ave

Arena (45) O2014-5016

Referred [C.J.p. 84478] Zoning

Ch. 4 Downtown Districts

17-4-0207 YY special use approval required for firearms dealer establishments within DS district

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Ch. 5 Manufacturing Districts

17-5-0207 CC restricting accessory sales of firearms and ammunition at shooting range facilities to no more than 20% of total floor area

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Ch. 6 Special Purpose Districts

17-6-0403-F permitting food and beverage retail sales in PMD No. 9

Suarez (31), Sposato (36) O2014-5009

Referred [C.J.p. 84450] Zoning

Ch. 9 Use Regulations

17-9-0128 establishing use standard for firearms dealer

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Ch. 10 Parking & Loading

17-10-0508 (new) prohibiting temporary storage containers in non-accessory parking facilities within D districts

Reilly (42) SO2014-3326

Referred [C.J.p. 80798] Zoning

Passed as Substitute [C.J.p. 84153]

**MUNICIPAL CODE AMENDMENTS**

Title 17 - Chicago Zoning Ordinance

Ch. 13 Review & Approval Procedures

17-13-0908 modifying provision governing Zoning Board of Appeals inaction on special use application

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

Ch. 17 Terminology & Measurements, Land Use & Zoning-Tables & Index

17-17-02176.5 (new) definition of temporary storage container

Reilly (42) SO2014-3326

Referred [C.J.p. 80798] Zoning

Passed as Substitute [C.J.p. 84153]

17-17-0236 modifying commercial message sign related to business operated for-profit

Burke (14) O2014-5000

Referred [C.J.p. 84432] Zoning

17-17-0245.5 definition of firearms dealer

Emanuel (Mayor), and Others SO2014-4271

Referred [C.J.p. 80847] Public Safety

Passed as Substitute [C.J.p. 83727]

**PARKING**

Buffer Zones

6400-6934 N Sheridan Rd, 6401-6935 N Sheridan Rd, 6800-6934 N Lakewood Ave, 6801-6935 N Lakewood Ave, 6800-6928 N Wayne Ave, 6801-6929 N Wayne Ave, 6800-6934 N Glenwood Ave, 6414-6758 N Newgard Ave, 6407-6759 N Newgard Ave, 6746-6930 N Greenview Ave, 6415-6935 N Greenview Ave, 1400-1456 W Arthur Ave, 1401-1457 W Arthur Ave, 1400-1458 W Albion Ave, 1400-1459 W Albion Ave,1400-1440 W North Shore Ave, 1401-1441 W North Shore Ave, 1146-1148 W Columbia Ave, 1200-1214, 1300-1444 W Pratt Blvd, 1201-1209 W Pratt Blvd,1301-1445 W Pratt Blvd, 1130-1444 W Farwell Ave, 1125-1445 W Farwell Ave, 1118-1448 W Morse Ave, 1125-1447 W Morse Ave

Moore (49) O2014-4114

Referred [C.J.p. 80727] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

**PARKING**

Buffer Zones

1530 S State St

Dowell (3) O2014-4609

Referred [C.J.p. 82684] Pedestrian and Traffic Safety

Passed [C.J.p. 83712] SO2014-5758

Handicapped

1040 W 105th St

Austin (34) O2014-4040

Referred [C.J.p. 80717] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

1233 W 110th St

Austin (34) O2014-4493

Referred [C.J.p. 82678] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

1143 W 112th St

Austin (34) O2014-4037

Referred [C.J.p. 80717] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

4250 W 21st Pl

Chandler (24) O2014-5695

Referred [C.J.p. 84393] Pedestrian and Traffic Safety

2053 W 23rd St

Solis (25) O2014-4276

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

478 W 24th St

Solis (25) O2014-4297

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

2943 W 25th Pl

Cardenas (12) O2014-3604

Referred [C.J.p. 80712] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

**PARKING**

Handicapped

516 W 26th St

Remove

Balcer (11) O2014-4857

Referred [C.J.p. 82680] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

1236 W 32nd Pl

Remove

Balcer (11) O2014-4864

Referred [C.J.p. 82680] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

822 W 33rd Pl

Balcer (11) O2014-4375

Referred [C.J.p. 82673] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

2745 W 35th Pl

Cardenas (12) O2014-3653

Referred [C.J.p. 80713] Pedestrian and Traffic Safety

Failed to Pass [C.J.p. 83722] SO2014-5764

2853 W 40th St

Cardenas (12) O2014-3602

Referred [C.J.p. 80713] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

618 E 41st St

Burns (4) O2014-4258

Referred [C.J.p. 82672] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

544 W 42nd St

Remove

Balcer (11) O2014-4852

Referred [C.J.p. 82680] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

**PARKING**

Handicapped

442 W 43rd Pl

| | | |
|---|---|---|
| Balcer (11) | | O2014-4369 |
| Referred | [C.J.p. 82673] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

503 W 46th St

Remove

| | | |
|---|---|---|
| Balcer (11) | | O2014-4859 |
| Referred | [C.J.p. 82680] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

612 W 47th Pl

Remove

| | | |
|---|---|---|
| Balcer (11) | | O2014-4865 |
| Referred | [C.J.p. 82680] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83708] | SO2014-5756 |

4443 W 53rd St

Remove

| | | |
|---|---|---|
| Zalewski (23) | | O2014-4867 |
| Referred | [C.J.p. 82681] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83708] | SO2014-5756 |

3647 W 56th St

| | | |
|---|---|---|
| Zalewski (23) | | O2014-5689 |
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

3627 W 59th St

| | | |
|---|---|---|
| Zalewski (23) | | O2014-5691 |
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

3507 W 60th Pl

| | | |
|---|---|---|
| Zalewski (23) | | O2014-4272 |
| Referred | [C.J.p. 82675] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

644 W 60th St

Remove

| | | |
|---|---|---|
| Cochran (20) | | Or2014-305 |
| Referred | [C.J.p. 84401] | Pedestrian and Traffic Safety |

**PARKING**

Handicapped

5755 W 63rd Pl

| | | |
|---|---|---|
| Quinn (13) | | O2014-4398 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

5852 W 63rd Pl

| | | |
|---|---|---|
| Quinn (13) | | O2014-4391 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

6541 W 64th Pl

| | | |
|---|---|---|
| Zalewski (23) | | O2014-4274 |
| Referred | [C.J.p. 82675] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

5739 W 64th St

| | | |
|---|---|---|
| Quinn (13) | | O2014-4385 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

5836 W 64th St

| | | |
|---|---|---|
| Quinn (13) | | O2014-4395 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

6046 W 64th St

| | | |
|---|---|---|
| Quinn (13) | | O2014-4429 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

3636 W 65th St

| | | |
|---|---|---|
| Zalewski (23) | | O2014-5688 |
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

4524 W 65th St

| | | |
|---|---|---|
| Quinn (13) | | O2014-4382 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

3722 W 70th Pl

| | | |
|---|---|---|
| Quinn (13) | | O2014-4438 |
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

**PARKING**

Handicapped

1333 W 72nd Pl

| Sawyer (6) | | O2014-4260 |
|---|---|---|
| Referred | [C.J.p. 82672] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83702] | SO2014-5756 |

2037 W 82nd Pl

| Lane (18) | | O2014-3725 |
|---|---|---|
| Referred | [C.J.p. 80714] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

2743 W Adams St

| Burnett (27) | | O2014-5698 |
|---|---|---|
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

3224 W Adams St

| Ervin (28) | | O2014-5644 |
|---|---|---|
| Referred | [C.J.p. 84394] | Pedestrian and Traffic Safety |

5240 W Adams St

| Graham (29) | | O2014-5652 |
|---|---|---|
| Referred | [C.J.p. 84394] | Pedestrian and Traffic Safety |

2224 W Ainslie St

Repeal

| Pawar (47) | | O2014-5539 |
|---|---|---|
| Referred | [C.J.p. 84403] | Pedestrian and Traffic Safety |

3640 W Ainslie St

| Mell (33) | | O2014-5475 |
|---|---|---|
| Referred | [C.J.p. 84395] | Pedestrian and Traffic Safety |

2348 S Albany Ave

| Cardenas (12) | | O2014-3644 |
|---|---|---|
| Referred | [C.J.p. 80712] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

4525 N Albany Ave

Remove

| Mell (33) | | O2014-4840 |
|---|---|---|
| Referred | [C.J.p. 82681] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83708] | SO2014-5756 |

**PARKING**

Handicapped

6237 S Albany Ave

| Foulkes (15) | | O2014-4452 |
|---|---|---|
| Referred | [C.J.p. 82674] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

3846 N Alta Vista Ter

| Tunney (44) | | O2014-4514 |
|---|---|---|
| Referred | [C.J.p. 82678] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83706] | SO2014-5756 |

6719 N Artesian Ave

| Silverstein (50) | | O2014-5663 |
|---|---|---|
| Referred | [C.J.p. 84399] | Pedestrian and Traffic Safety |

2251 W Arthur Ave

| Silverstein (50) | | O2014-5661 |
|---|---|---|
| Referred | [C.J.p. 84399] | Pedestrian and Traffic Safety |

2623 W Arthur Ave

| Silverstein (50) | | O2014-5658 |
|---|---|---|
| Referred | [C.J.p. 84399] | Pedestrian and Traffic Safety |

5709 S Austin Ave

| Zalewski (23) | | O2014-4273 |
|---|---|---|
| Referred | [C.J.p. 82675] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

10543 S Avenue E

| Pope (10) | | O2014-4355 |
|---|---|---|
| Referred | [C.J.p. 82673] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83702] | SO2014-5756 |

2648 N Avers Ave

| Suarez (31) | | O2014-4485 |
|---|---|---|
| Referred | [C.J.p. 82677] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83705] | SO2014-5756 |

2400 W Balmoral Ave

| O'Connor (40) | | O2014-5710 |
|---|---|---|
| Referred | [C.J.p. 84397] | Pedestrian and Traffic Safety |

**PARKING**

Handicapped

3234 W Beach Ave

| Maldonado (26) | | O2014-4306 |
|---|---|---|
| Referred | [C.J.p. 82676] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

5041 W Belden Ave

| Suarez (31) | | O2014-4453 |
|---|---|---|
| Referred | [C.J.p. 82677] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83705] | SO2014-5756 |

7735 W Berwyn Ave

| O'Connor (41) | | O2014-5713 |
|---|---|---|
| Referred | [C.J.p. 84398] | Pedestrian and Traffic Safety |

5332 S Bishop St

| Cochran (20) | | O2014-5674 |
|---|---|---|
| Referred | [C.J.p. 84391] | Pedestrian and Traffic Safety |

7764 S Bishop St

| Thomas (17) | | Or2014-318 |
|---|---|---|
| Referred | [C.J.p. 84390] | Pedestrian and Traffic Safety |

8634 S Bishop St

| Brookins (21) | | O2014-5684 |
|---|---|---|
| Referred | [C.J.p. 84392] | Pedestrian and Traffic Safety |

2929 S Bonfield St

Remove

| Balcer (11) | | O2014-4854 |
|---|---|---|
| Referred | [C.J.p. 82679] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

2946 S Bonfield St

Remove

| Balcer (11) | | O2014-4862 |
|---|---|---|
| Referred | [C.J.p. 82679] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

6324 W Bryn Mawr Ave

| Arena (45) | | O2014-5715 |
|---|---|---|
| Referred | [C.J.p. 84398] | Pedestrian and Traffic Safety |

**PARKING**

Handicapped

1032 N California Ave

| Maldonado (26) | | O2014-4339 |
|---|---|---|
| Referred | [C.J.p. 82676] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

6431 N California Ave

| Silverstein (50) | | O2014-5660 |
|---|---|---|
| Referred | [C.J.p. 84399] | Pedestrian and Traffic Safety |

7322 N California Ave

Remove

| Silverstein (50) | | O2014-5549 |
|---|---|---|
| Referred | [C.J.p. 84403] | Pedestrian and Traffic Safety |

5649 N Campbell Ave

Remove

| O'Connor (40) | | O2014-4850 |
|---|---|---|
| Referred | [C.J.p. 82681] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83708] | SO2014-5756 |

5840 N Campbell Ave

| O'Connor (40) | | O2014-5707 |
|---|---|---|
| Referred | [C.J.p. 84397] | Pedestrian and Traffic Safety |

6546 N Campbell Ave

| Silverstein (50) | | O2014-3043 |
|---|---|---|
| Referred | [C.J.p. 78421] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

3146 S Canal St

Remove

| Balcer (11) | | O2014-4858 |
|---|---|---|
| Referred | [C.J.p. 82679] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

8530 W Carmen Ave

| O'Connor (41) | | O2014-5712 |
|---|---|---|
| Referred | [C.J.p. 84398] | Pedestrian and Traffic Safety |

**PARKING**

Handicapped

8226 S Champlain Ave

Sawyer (6) O2014-4259
Referred [C.J.p. 82672] Pedestrian and Traffic Safety
Passed [C.J.p. 83702] SO2014-5756

7555 N Claremont Ave

Remove

Moore (49) O2014-4846
Referred [C.J.p. 82682] Pedestrian and Traffic Safety
Passed [C.J.p. 83708] SO2014-5756

8237 S Colfax Ave

Holmes (7) O2014-4261
Referred [C.J.p. 82672] Pedestrian and Traffic Safety
Passed [C.J.p. 83702] SO2014-5756

3601 W Cullom Ave

Colón (35) O2014-5650
Referred [C.J.p. 84395] Pedestrian and Traffic Safety

6160 N Damen Ave

O'Connor (40) O2014-5705
Referred [C.J.p. 84397] Pedestrian and Traffic Safety

7419 S Dante Ave

Harris (8) O2014-4263
Referred [C.J.p. 82673] Pedestrian and Traffic Safety
Passed [C.J.p. 83702] SO2014-5756

8151 S Dante Ave

Harris (8) O2014-2510
Referred [C.J.p. 78414] Pedestrian and Traffic Safety
Passed [C.J.p. 83702] SO2014-5756

2822 N Dawson Ave

Colón (35) O2014-5633
Referred [C.J.p. 84395] Pedestrian and Traffic Safety

3641 W Dickens Ave

Maldonado (26) O2014-4336
Referred [C.J.p. 82676] Pedestrian and Traffic Safety
Passed [C.J.p. 83704] SO2014-5756

**PARKING**

Handicapped

839 N Drake Ave

Burnett (27) O2014-3916
Referred [C.J.p. 80716] Pedestrian and Traffic Safety
Passed [C.J.p. 83704] SO2014-5756

825 E Drexel Square Dr

Remove

Burns (4) O2014-4644
Referred [C.J.p. 82679] Pedestrian and Traffic Safety
Passed [C.J.p. 83707] SO2014-5756

2567 S Emerald Ave

Balcer (11) O2014-4359
Referred [C.J.p. 82673] Pedestrian and Traffic Safety
Passed [C.J.p. 83702] SO2014-5756

1348 W Estes Ave

Moore (49) O2014-5723
Referred [C.J.p. 84399] Pedestrian and Traffic Safety

1942 W Estes Ave

Moore (49) O2014-5722
Referred [C.J.p. 84399] Pedestrian and Traffic Safety

6148 S Evans Ave

Cochran (20) O2014-5677
Referred [C.J.p. 84391] Pedestrian and Traffic Safety

6441 S Evans Ave

Cochran (20) O2014-4266
Referred [C.J.p. 82675] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

2647 W Evergreen Ave

Maldonado (26) O2014-4341
Referred [C.J.p. 82676] Pedestrian and Traffic Safety
Passed [C.J.p. 83704] SO2014-5756

3722 W Ferdinand St

Burnett (27) O2014-4352
Referred [C.J.p. 82676] Pedestrian and Traffic Safety
Passed [C.J.p. 83705] SO2014-5756

**PARKING**

Handicapped

3722 W Ferdinand St

Burnett (27) O2014-5700

Referred [C.J.p. 84393] Pedestrian and Traffic Safety

5236 W Foster Ave

Arena (45) O2014-5716

Referred [C.J.p. 84398] Pedestrian and Traffic Safety

6334 N Francisco Ave

Silverstein (50) O2014-5656

Referred [C.J.p. 84399] Pedestrian and Traffic Safety

6534 N Francisco Ave

Remove

Silverstein (50) O2014-5547

Referred [C.J.p. 84403] Pedestrian and Traffic Safety

7937 S Francisco Ave

Lane (18) O2014-5747

Referred [C.J.p. 84391] Pedestrian and Traffic Safety

4343 W George St

Suarez (31) O2014-4461

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

1947 W Granville Ave

O'Connor (40) O2014-5706

Referred [C.J.p. 84397] Pedestrian and Traffic Safety

2834 W Granville Ave

Silverstein (50) O2014-4019

Referred [C.J.p. 80720] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

120 N Green St

Burnett (27) O2014-5640

Referred [C.J.p. 84393] Pedestrian and Traffic Safety

**PARKING**

Handicapped

10434 S Green St

Austin (34) O2014-4042

Referred [C.J.p. 80717] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

12853 S Green St

Austin (34) O2014-5669

Referred [C.J.p. 84395] Pedestrian and Traffic Safety

1367 W Greenleaf Ave

Remove

Moore (49) O2014-5545

Referred [C.J.p. 84403] Pedestrian and Traffic Safety

2453 W Gunnison St

Amend

O'Connor (40) O2014-4849

Referred [C.J.p. 82682] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

8338 S Hamilton Ave

Lane (18) O2014-3747

Referred [C.J.p. 80714] Pedestrian and Traffic Safety

Passed [C.J.p. 83703] SO2014-5756

2835 N Hamlin Ave

Remove

Reboyras (30) O2014-4153

Referred [C.J.p. 82681] Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

4046 N Hamlin Ave

Remove

Laurino (39) O2014-4918

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

7129 S Harding Ave

Remove

Quinn (13) O2014-5008

Referred [C.J.p. 84400] Pedestrian and Traffic Safety

**PARKING**

Handicapped

8847 S Harper Ave

Harris (8) O2014-5572

Referred [C.J.p. 84386] Pedestrian and Traffic Safety

11434 S Harvard Ave

Austin (34) O2014-4501

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

4325 N Hermitage Ave

Pawar (47) O2014-5718

Referred [C.J.p. 84398] Pedestrian and Traffic Safety

3219 W Hirsch St

Maldonado (26) O2014-4344

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

1642 W Hollywood Ave

O'Connor (40) O2014-5711

Referred [C.J.p. 84397] Pedestrian and Traffic Safety

6527 N Hoyne Ave

Remove

Silverstein (50) O2014-5554

Referred [C.J.p. 84403] Pedestrian and Traffic Safety

6318 S Ingleside Ave

Cochran (20) O2014-5679

Referred [C.J.p. 84391] Pedestrian and Traffic Safety

2653 W Iowa St

Repeal

Moreno (1) O2014-4842

Referred [C.J.p. 82679] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

2248 W Jackson Blvd

Burnett (27) O2014-5639

Referred [C.J.p. 84393] Pedestrian and Traffic Safety

**PARKING**

Handicapped

2021 W Jarvis Ave

Remove

Moore (49) O2014-4843

Referred [C.J.p. 82682] Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

4953 S Karlov Ave

Burke (14) O2014-4442

Referred [C.J.p. 82674] Pedestrian and Traffic Safety

Passed [C.J.p. 83703] SO2014-5756

2306 N Keating Ave

Suarez (31) O2014-4469

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

6414 S Keating Ave

Quinn (13) O2014-4427

Referred [C.J.p. 82673] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

2044 N Kedvale Ave

Colón (35) O2014-5659

Referred [C.J.p. 84395] Pedestrian and Traffic Safety

2719 S Kedvale Ave

Munoz (22) O2014-5687

Referred [C.J.p. 84392] Pedestrian and Traffic Safety

1050 N Kedzie Ave

Maldonado (26) O2014-4292

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

6433 N Kedzie Ave

Silverstein (50) O2014-5665

Referred [C.J.p. 84399] Pedestrian and Traffic Safety

2318 N Keeler Ave

Suarez (31) O2014-1715

Referred [C.J.p. 76412] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

**PARKING**

Handicapped

2329 N Keeler Ave

| | | |
|---|---|---|
| Colón (35) | | O2014-5636 |
| Referred | [C.J.p. 84395] | Pedestrian and Traffic Safety |

3016 S Keeler Ave

| | | |
|---|---|---|
| Munoz (22) | | O2014-5686 |
| Referred | [C.J.p. 84392] | Pedestrian and Traffic Safety |

2834 S Keeley St

Remove

| | | |
|---|---|---|
| Balcer (11) | | O2014-4868 |
| Referred | [C.J.p. 82679] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

5439 N Kenmore Ave

| | | |
|---|---|---|
| Osterman (48) | | O2014-5720 |
| Referred | [C.J.p. 84398] | Pedestrian and Traffic Safety |

2901 N Kilbourn Ave

| | | |
|---|---|---|
| Suarez (31) | | O2014-4466 |
| Referred | [C.J.p. 82677] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83705] | SO2014-5756 |

5626 S Kilbourn Ave

| | | |
|---|---|---|
| Quinn (13) | | O2014-4416 |
| Referred | [C.J.p. 82673] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83702] | SO2014-5756 |

2239 N Kildare Ave

| | | |
|---|---|---|
| Colón (35) | | O2014-5642 |
| Referred | [C.J.p. 84395] | Pedestrian and Traffic Safety |

4651 N Kiona Ave

| | | |
|---|---|---|
| Laurino (39) | | O2014-5523 |
| Referred | [C.J.p. 84397] | Pedestrian and Traffic Safety |

6104 S Knox Ave

| | | |
|---|---|---|
| Quinn (13) | | O2014-4434 |
| Referred | [C.J.p. 82673] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

**PARKING**

Handicapped

6354 S Kolin Ave

| | | |
|---|---|---|
| Quinn (13) | | O2014-4387 |
| Referred | [C.J.p. 82673] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83703] | SO2014-5756 |

6035 S Kolmar Ave

Remove

| | | |
|---|---|---|
| Quinn (13) | | O2014-5006 |
| Referred | [C.J.p. 84400] | Pedestrian and Traffic Safety |

11729 S Lafayette Ave

| | | |
|---|---|---|
| Austin (34) | | O2014-5664 |
| Referred | [C.J.p. 84395] | Pedestrian and Traffic Safety |

5202 N Lakewood Ave

| | | |
|---|---|---|
| Osterman (48) | | O2014-3996 |
| Referred | [C.J.p. 80719] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83706] | SO2014-5756 |

6214 N Lakewood Ave

| | | |
|---|---|---|
| Osterman (48) | | O2014-5719 |
| Referred | [C.J.p. 84398] | Pedestrian and Traffic Safety |

1614 S Laramie Ave

| | | |
|---|---|---|
| Mitts (37) | | O2014-5600 |
| Referred | [C.J.p. 84396] | Pedestrian and Traffic Safety |

1334 N Latrobe Ave

| | | |
|---|---|---|
| Mitts (37) | | O2014-5595 |
| Referred | [C.J.p. 84396] | Pedestrian and Traffic Safety |

1536 S Lawndale Ave

| | | |
|---|---|---|
| Chandler (24) | | O2014-4283 |
| Referred | [C.J.p. 82675] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

1848 S Lawndale Ave

| | | |
|---|---|---|
| Chandler (24) | | O2014-5693 |
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

**PARKING**

Handicapped

3637 W Le Moyne St

Maldonado (26) O2014-4303

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

3740 W Leland Ave

Colón (35) O2014-5653

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

3022 S Lock St

Balcer (11) O2014-5703

Referred [C.J.p. 84388] Pedestrian and Traffic Safety

3048 S Lock St

Remove

Balcer (11) O2014-4851

Referred [C.J.p. 82679] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

2244 W Logan Blvd

Waguespack (32) O2014-4488

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

119 N Long Ave

Ervin (28) O2014-5655

Referred [C.J.p. 84394] Pedestrian and Traffic Safety

1422 N Long Ave

Mitts (37) O2014-5598

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

2974 S Loomis St

Balcer (11) O2014-5704

Referred [C.J.p. 84388] Pedestrian and Traffic Safety

5024 S Loomis St

Cochran (20) O2014-5676

Referred [C.J.p. 84392] Pedestrian and Traffic Safety

**PARKING**

Handicapped

4446 N Lowell Ave

Laurino (39) O2014-4932

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

1810 N Luna Ave

Mitts (37) O2014-5604

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

8272 N Luna Ave

Arena (45) O2014-5714

Referred [C.J.p. 84398] Pedestrian and Traffic Safety

4874 N Magnolia Ave

Pawar (47) O2014-5717

Referred [C.J.p. 84398] Pedestrian and Traffic Safety

5217 S Major Ave

Burke (14) O2014-5702

Referred [C.J.p. 84388] Pedestrian and Traffic Safety

2820 N Mango Ave

Reboyras (30) O2014-4938

Referred [C.J.p. 84394] Pedestrian and Traffic Safety

2922 N Mango Ave

Reboyras (30) O2014-4937

Referred [C.J.p. 84401] Pedestrian and Traffic Safety

5830 N Maplewood Ave

O'Connor (40) O2014-5708

Referred [C.J.p. 84397] Pedestrian and Traffic Safety

6316 S Maplewood Ave

Remove

Foulkes (15) O2014-4834

Referred [C.J.p. 82681] Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

6348 N Maplewood Ave

Silverstein (50) O2014-5552

Referred [C.J.p. 84383] Pedestrian and Traffic Safety

**PARKING**

Handicapped

2553 N Marmora Ave

Reboyras (30) O2014-4152
Referred [C.J.p. 82677] Pedestrian and Traffic Safety
Passed [C.J.p. 83705] SO2014-5756

8103 S Marquette Ave

Holmes (7) O2014-4972
Referred [C.J.p. 84385] Pedestrian and Traffic Safety

8646 S Marquette Ave

Holmes (7) O2014-4971
Referred [C.J.p. 84385] Pedestrian and Traffic Safety

3415 N Marshfield Ave

Waguespack (32) O2014-4489
Referred [C.J.p. 82677] Pedestrian and Traffic Safety
Passed [C.J.p. 83705] SO2014-5756

7607 S Marshfield Ave

Thomas (17) Or2014-213
Referred [C.J.p. 80713] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

8533 S Marshfield Ave

Brookins (21) O2014-4268
Referred [C.J.p. 82675] Pedestrian and Traffic Safety
Passed [C.J.p. 83704] SO2014-5756

5622 N Mason Ave

Arena (45) O2014-4517
Referred [C.J.p. 82678] Pedestrian and Traffic Safety
Passed [C.J.p. 83706] SO2014-5756

6229 S Mason Ave

Quinn (13) O2014-4379
Referred [C.J.p. 82673] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

6218 S Massasoit Ave

Quinn (13) O2014-4423
Referred [C.J.p. 82674] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

**PARKING**

Handicapped

8641 S May St

Brookins (21) O2014-4269
Referred [C.J.p. 82675] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

1430 N Mayfield Ave

Graham (29) O2014-4929
Direct Introduction Pedestrian and Traffic Safety
Passed [C.J.p. 83705] SO2014-5756

5328 S Meade Ave

Zalewski (23) O2014-5654
Referred [C.J.p. 84392] Pedestrian and Traffic Safety

6110 S Meade Ave

Quinn (13) O2014-4401
Referred [C.J.p. 82674] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

5531 S Melvina Ave

Quinn (13) O2014-4407
Referred [C.J.p. 82674] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

1626 N Menard Ave

Graham (29) O2014-4928
Direct Introduction Pedestrian and Traffic Safety
Passed [C.J.p. 83705] SO2014-5756

5730 S Merrimac Ave

Quinn (13) O2014-4413
Referred [C.J.p. 82674] Pedestrian and Traffic Safety
Passed [C.J.p. 83703] SO2014-5756

838 S Miller St

Solis (25) O2014-4275
Referred [C.J.p. 82675] Pedestrian and Traffic Safety
Passed [C.J.p. 83704] SO2014-5756

5321 W Monroe St

Graham (29) O2014-5651
Referred [C.J.p. 84394] Pedestrian and Traffic Safety

**PARKING**

Handicapped

2611 N Mont Clare Ave

Sposato (36) O2014-5608

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

3024 N Monticello Ave

Colón (35) O2014-5657

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

5615 S Morgan St

Remove

Thompson (16) O2014-5568

Referred [C.J.p. 84401] Pedestrian and Traffic Safety

9630 S Morgan St

Brookins (21) O2014-4267

Referred [C.J.p. 82675] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

10223 S Morgan St

Austin (34) O2014-4046

Referred [C.J.p. 80717] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

10229 S Morgan St

Austin (34) O2014-4497

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

845 N Mozart St

Maldonado (26) O2014-4349

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

6123 N Mozart St

Silverstein (50) O2014-3039

Referred [C.J.p. 78421] Pedestrian and Traffic Safety

Failed to Pass [C.J.p. 83722] SO2014-5764

6410 S Mozart St

Thomas (17) Or2014-315

Referred [C.J.p. 84390] Pedestrian and Traffic Safety

**PARKING**

Handicapped

8049 S Muskegon Ave

Holmes (7) O2014-4970

Referred [C.J.p. 84386] Pedestrian and Traffic Safety

5447 S Nashville Ave

Zalewski (23) O2014-5690

Referred [C.J.p. 84392] Pedestrian and Traffic Safety

4912 W Nelson St

Suarez (31) O2014-1721

Referred [C.J.p. 76413] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

1748 N New England Ave

Sposato (36) O2014-4503

Referred [C.J.p. 82678] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

1748 N New England Ave

Graham (29) O2014-4931

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

6433 N New England Ave

O'Connor (41) O2014-3968

Referred [C.J.p. 80719] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

2838 N Nordica Ave

Graham (29) O2014-4927

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

2838 N Nordica Ave

Sposato (36) O2014-5613

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

3930 N Nordica Ave

Remove

Cullerton (38) O2014-4847

Referred [C.J.p. 82681] Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

**PARKING**

Handicapped

3220 S Normal Ave

Balcer (11) O2014-4357

Referred [C.J.p. 82673] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

3322 S Normal Ave

Remove

Balcer (11) O2014-4860

Referred [C.J.p. 82679] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

6416 S Normal Ave

Cochran (20) O2014-5682

Referred [C.J.p. 84392] Pedestrian and Traffic Safety

5818 S Normandy Ave

Quinn (13) O2014-4409

Referred [C.J.p. 82674] Pedestrian and Traffic Safety

Passed [C.J.p. 83703] SO2014-5756

5238 W Oakdale Ave

Suarez (31) O2014-4456

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

1327 N Oakley Ave

Moreno (1) O2014-3566

Referred [C.J.p. 80711] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

2305 S Oakley Ave

Solis (25) O2014-4280

Referred [C.J.p. 82675] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

6221 N Oakley Ave

Silverstein (50) O2014-4022

Referred [C.J.p. 80720] Pedestrian and Traffic Safety

Failed to Pass [C.J.p. 83722] SO2014-5764

**PARKING**

Handicapped

6320 N Oakley Ave

Silverstein (50) O2014-5662

Referred [C.J.p. 84399] Pedestrian and Traffic Safety

3434 N Oriole Ave

Cullerton (38) O2014-4509

Referred [C.J.p. 82678] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

3742 N Oriole Ave

Repeal

Sposato (36) O2014-4922

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

3343 N Osceola Ave

Graham (29) O2014-5701

Referred [C.J.p. 84394] Pedestrian and Traffic Safety

5025 N Ottawa Ave

O'Connor (41) O2014-4511

Referred [C.J.p. 82678] Pedestrian and Traffic Safety

Passed [C.J.p. 83706] SO2014-5756

3544 W Palmer St

Maldonado (26) O2014-4328

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

4921 W Parker Ave

Suarez (31) O2014-4463

Referred [C.J.p. 82677] Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

1228 N Parkside Ave

Repeal

Graham (29) O2014-4930

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

**PARKING**

Handicapped

6036 S Parkside Ave

| Zalewski (23) | | O2014-5692 |
|---|---|---|
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

7707 S Peoria St

| Thomas (17) | | Or2014-317 |
|---|---|---|
| Referred | [C.J.p. 84390] | Pedestrian and Traffic Safety |

9926 S Peoria St

| Austin (34) | | O2014-5670 |
|---|---|---|
| Referred | [C.J.p. 84395] | Pedestrian and Traffic Safety |

9926 S Peoria St

| Austin (34) | | O2014-4499 |
|---|---|---|
| Referred | [C.J.p. 82678] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83706] | SO2014-5756 |

9031 S Phillips Ave

| Holmes (7) | | O2014-4733 |
|---|---|---|
| Referred | [C.J.p. 82672] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83702] | SO2014-5756 |

3420 N Pittsburgh Ave

| Sposato (36) | | O2014-5610 |
|---|---|---|
| Referred | [C.J.p. 84396] | Pedestrian and Traffic Safety |

3420 N Pittsburgh Ave

| Sposato (36) | | O2014-5620 |
|---|---|---|
| Referred | [C.J.p. 84396] | Pedestrian and Traffic Safety |

3840 W Polk St

| Chandler (24) | | O2014-4285 |
|---|---|---|
| Referred | [C.J.p. 82675] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83704] | SO2014-5756 |

6705 S Prairie Ave

| Cochran (20) | | O2014-5675 |
|---|---|---|
| Referred | [C.J.p. 84392] | Pedestrian and Traffic Safety |

1635 W Pratt Blvd

| Moore (49) | | O2014-4520 |
|---|---|---|
| Referred | [C.J.p. 82678] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83706] | SO2014-5756 |

**PARKING**

Handicapped

5328 W Quincy St

| Graham (29) | | O2014-4923 |
|---|---|---|
| Direct Introduction | | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83705] | SO2014-5756 |

5544 W Quincy St

| Graham (29) | | O2014-4926 |
|---|---|---|
| Direct Introduction | | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83705] | SO2014-5756 |

4826 S Racine Ave

| Cochran (20) | | O2014-5683 |
|---|---|---|
| Referred | [C.J.p. 84392] | Pedestrian and Traffic Safety |

4839 W Rice St

| Mitts (37) | | O2014-5593 |
|---|---|---|
| Referred | [C.J.p. 84397] | Pedestrian and Traffic Safety |

6415 S Richmond St

Remove

| Foulkes (15) | | O2014-4848 |
|---|---|---|
| Referred | [C.J.p. 82681] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83708] | SO2014-5756 |

4630 S Rockwell St

| Cardenas (12) | | O2014-1622 |
|---|---|---|
| Referred | [C.J.p. 76410] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

6310 N Rockwell St

| Silverstein (50) | | O2014-5666 |
|---|---|---|
| Referred | [C.J.p. 84399] | Pedestrian and Traffic Safety |

5638 S Sacramento Ave

| Burke (14) | | O2014-5672 |
|---|---|---|
| Referred | [C.J.p. 84388] | Pedestrian and Traffic Safety |

6325 N Sacramento Ave

| Silverstein (50) | | O2014-4028 |
|---|---|---|
| Referred | [C.J.p. 80720] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83706] | SO2014-5756 |

**PARKING**

Handicapped

8131 S Saginaw Ave

| Holmes (7) | | O2014-4262 |
|---|---|---|
| Referred | [C.J.p. 82672] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83702] | SO2014-5756 |

5142 N Sayre Ave

| O'Connor (41) | | O2014-3964 |
|---|---|---|
| Referred | [C.J.p. 80719] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

3315 S Seeley Ave

| Cardenas (12) | | O2014-3656 |
|---|---|---|
| Referred | [C.J.p. 80712] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83702] | SO2014-5756 |

3121 W Sherwin Ave

| Silverstein (50) | | O2014-5668 |
|---|---|---|
| Referred | [C.J.p. 84399] | Pedestrian and Traffic Safety |

2806 S Shields Ave

Remove

| Balcer (11) | | O2014-4855 |
|---|---|---|
| Referred | [C.J.p. 82680] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

2810 S Spaulding Ave

| Munoz (22) | | O2014-4270 |
|---|---|---|
| Referred | [C.J.p. 82681] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83708] | SO2014-5756 |

1421 N Springfield Ave

| Maldonado (26) | | O2014-5697 |
|---|---|---|
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

2336 N Springfield Ave

| Colón (35) | | O2014-5641 |
|---|---|---|
| Referred | [C.J.p. 84396] | Pedestrian and Traffic Safety |

6240 S St Lawrence Ave

| Cochran (20) | | O2014-5680 |
|---|---|---|
| Referred | [C.J.p. 84392] | Pedestrian and Traffic Safety |

**PARKING**

Handicapped

1948 S St Louis Ave

| Chandler (24) | | O2014-5694 |
|---|---|---|
| Referred | [C.J.p. 84393] | Pedestrian and Traffic Safety |

12121 S State St

Remove

| Beale (9) | | O2014-5038 |
|---|---|---|
| Referred | [C.J.p. 84400] | Pedestrian and Traffic Safety |

2642 W Summerdale Ave

| O'Connor (40) | | O2014-5709 |
|---|---|---|
| Referred | [C.J.p. 84398] | Pedestrian and Traffic Safety |

8203 S Talman Ave

| Lane (18) | | O2014-5748 |
|---|---|---|
| Referred | [C.J.p. 84391] | Pedestrian and Traffic Safety |

11314 S Talman Ave

| O'Shea (19) | | O2014-5574 |
|---|---|---|
| Referred | [C.J.p. 84391] | Pedestrian and Traffic Safety |

11631 S Throop St

| Austin (34) | | O2014-5667 |
|---|---|---|
| Referred | [C.J.p. 84395] | Pedestrian and Traffic Safety |

2515 N Tripp Ave

| Suarez (31) | | O2014-4484 |
|---|---|---|
| Referred | [C.J.p. 82677] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83705] | SO2014-5756 |

4311 S Trumbull Ave

| Burke (14) | | O2014-5673 |
|---|---|---|
| Referred | [C.J.p. 84389] | Pedestrian and Traffic Safety |

3121 S Union Ave

Remove

| Balcer (11) | | O2014-4863 |
|---|---|---|
| Referred | [C.J.p. 82680] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83707] | SO2014-5756 |

**PARKING**

Handicapped

3808 S Union Ave

Balcer (11) O2014-4376

Referred [C.J.p. 82673] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

4552 S Union Ave

Remove

Balcer (11) O2014-4866

Referred [C.J.p. 82680] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

5431 W Van Buren St

Graham (29) O2014-4925

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83705] SO2014-5756

6424 S Vernon Ave

Cochran (20) O2014-5678

Referred [C.J.p. 84392] Pedestrian and Traffic Safety

3528 W Wabansia Ave

Maldonado (26) O2014-4331

Referred [C.J.p. 82676] Pedestrian and Traffic Safety

Passed [C.J.p. 83704] SO2014-5756

2850 W Warren Ave

Burnett (27) O2014-5643

Referred [C.J.p. 84394] Pedestrian and Traffic Safety

6241 W Warwick Ave

Sposato (36) O2014-5629

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

1416 N Washtenaw Ave

Moreno (1) O2014-4256

Referred [C.J.p. 82672] Pedestrian and Traffic Safety

Passed [C.J.p. 83702] SO2014-5756

**PARKING**

Handicapped

6254 N Washtenaw Ave

Remove

Silverstein (50) O2014-4835

Referred [C.J.p. 82682] Pedestrian and Traffic Safety

Passed [C.J.p. 83708] SO2014-5756

5655-5657 N Wayne Ave

Remove

Osterman (48) O2014-5543

Referred [C.J.p. 84403] Pedestrian and Traffic Safety

3013 S Wells St

Balcer (11) O2014-3962

Referred [C.J.p. 80712] Pedestrian and Traffic Safety

Failed to Pass [C.J.p. 83722] SO2014-5764

3200 S Wells St

Remove

Balcer (11) O2014-4853

Referred [C.J.p. 82680] Pedestrian and Traffic Safety

Passed [C.J.p. 83707] SO2014-5756

3825 N West End Ave

Ervin (28) O2014-5646

Referred [C.J.p. 84394] Pedestrian and Traffic Safety

2954 N Whipple St

Colón (35) O2014-5645

Referred [C.J.p. 84396] Pedestrian and Traffic Safety

6831 S Winchester Ave

Thomas (17) Or2014-316

Referred [C.J.p. 84390] Pedestrian and Traffic Safety

5354 N Winthrop Ave

Osterman (48) O2014-5721

Referred [C.J.p. 84398] Pedestrian and Traffic Safety

**PARKING**

Handicapped

3530 S Wood St

| Cardenas (12) | | O2014-4016 |
|---|---|---|
| Referred | [C.J.p. 80712] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

6511 S Woodlawn Ave

| Cochran (20) | | O2014-5681 |
|---|---|---|
| Referred | [C.J.p. 84392] | Pedestrian and Traffic Safety |

11426 S Yale Ave

| Austin (34) | | O2014-4495 |
|---|---|---|
| Referred | [C.J.p. 82678] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83706] | SO2014-5756 |

Limitations

2006-2026 W Bingham St

Two-Hour Parking

| Moreno (1) | | O2014-2427 |
|---|---|---|
| Referred | [C.J.p. 78423] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83718] | SO2014-5763 |

S Damen Ave, from W 63rd St to W 68th St

Rush Hour Parking

| Foulkes (15) | | O2013-8818 |
|---|---|---|
| Referred | [C.J.p. 65929] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83724] | SO2014-5764 |

S Damen Ave, at W 79th St

Rush Hour Parking

| Lane (18) | | Or2013-684 |
|---|---|---|
| Referred | [C.J.p. 65929] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83724] | SO2014-5764 |

Loading/Standing/Tow Zones

3940-3948 W 104th St

| O'Shea (19) | | O2014-4915 |
|---|---|---|
| Direct Introduction | | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83714] | SO2014-5759 |

**PARKING**

Loading/Standing/Tow Zones

456 W 23rd Pl

| Solis (25) | | O2014-4698 |
|---|---|---|
| Referred | [C.J.p. 82669] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

2916 W 25th St

Remove

| Cardenas (12) | | O2013-6529 |
|---|---|---|
| Referred | [C.J.p. 60465] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

2051 W 47th St

| Cardenas (12) | | O2013-6269 |
|---|---|---|
| Referred | [C.J.p. 60495] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

1635 E 55th St

| Hairston (5) | | O2013-9118 |
|---|---|---|
| Referred | [C.J.p. 66831] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

2519 W 79th St

| Lane (18) | | O2013-5500 |
|---|---|---|
| Referred | [C.J.p. 58690] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

5784 S Archer Ave

| Burke (14) | | O2013-9459 |
|---|---|---|
| Referred | [C.J.p. 72214] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

5784 S Archer Ave

| Burke (14) | | O2014-91 |
|---|---|---|
| Referred | [C.J.p. 73416] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

**PARKING**

Loading/Standing/Tow Zones

1002 W Argyle St

Amend

| Cappleman (46) | | O2013-2091 |
|---|---|---|
| Referred | [C.J.p. 49411] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83700] | SO2014-5757 |

1141 N Ashland Ave

| Moreno (1) | | O2014-5025 |
|---|---|---|
| Referred | [C.J.p. 84379] | Pedestrian and Traffic Safety |

S Bell Ave, 800 block

Street cleaning - remove

| Ervin (28) | | O2014-182 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

721 W Belmont Ave

| Tunney (44) | | O2014-4067 |
|---|---|---|
| Referred | [C.J.p. 80709] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

964 W Belmont Ave

| Tunney (44) | | O2014-2561 |
|---|---|---|
| Referred | [C.J.p. 78411] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83700] | SO2014-5757 |

2100-2200 W Bowler St

Street cleaning

| Ervin (28) | | O2014-154 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

2204 N California Ave

| Moreno (1) | | O2014-5019 |
|---|---|---|
| Referred | [C.J.p. 84379] | Pedestrian and Traffic Safety |

S Canal St, at W Monroe St

| Fioretti (2) | | O2013-1657 |
|---|---|---|
| Referred | [C.J.p. 49385] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

**PARKING**

Loading/Standing/Tow Zones

6006 S Central Ave

Remove

| Quinn (13) | | O2014-5007 |
|---|---|---|
| Referred | [C.J.p. 84411] | Pedestrian and Traffic Safety |

6412 N Central Ave

| O'Connor (41) | | O2013-4864 |
|---|---|---|
| Referred | [C.J.p. 55897] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

1733 W Chicago Ave

Amend

| Moreno (1) | | O2012-6726 |
|---|---|---|
| Referred | [C.J.p. 36037] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83699] | SO2014-5757 |

S Claremont Ave, 500-1200 blocks

Street cleaning - remove

| Ervin (28) | | O2014-196 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

5701 N Clark St

Remove

| Osterman (48) | | O2013-4877 |
|---|---|---|
| Referred | [C.J.p. 55899] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

W Congress Pkwy, 1900 block

Street cleaning - remove

| Ervin (28) | | O2014-205 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

**PARKING**

Loading/Standing/Tow Zones

S Damen Ave, 500-700 blocks

Street cleaning - remove

| Ervin (28) | | O2014-169 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

3319 W Devon Ave

| Silverstein (50) | | O2014-2579 |
|---|---|---|
| Referred | [C.J.p. 78409] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83699] | SO2014-5757 |

1738-1752 N Fairfield Ave

| Moreno (1) | | O2014-5031 |
|---|---|---|
| Referred | [C.J.p. 84407] | Pedestrian and Traffic Safety |

W Flournoy St, 2300 block

Street cleaning - remove

| Ervin (28) | | O2014-157 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

1112-1118 W Foster Ave

| Osterman (48) | | O2014-5541 |
|---|---|---|
| Referred | [C.J.p. 84409] | Pedestrian and Traffic Safety |

W Grenshaw St, 2300 block

Street cleaning - remove

| Ervin (28) | | O2014-160 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

3335 N Halsted St

| Tunney (44) | | O2013-6482 |
|---|---|---|
| Referred | [C.J.p. 60470] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83699] | SO2014-5757 |

**PARKING**

Loading/Standing/Tow Zones

1900-2400 W Harrison St

Street cleaning

| Ervin (28) | | O2014-151 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83726] | SO2014-5764 |

S Hoyne Ave, 600-800 blocks

Street cleaning - remove

| Ervin (28) | | O2014-180 |
|---|---|---|
| Referred | [C.J.p. 73419] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83726] | SO2014-5764 |

3356-3362 N Karlov Ave

| Reboyras (30) | | O2013-6063 |
|---|---|---|
| Referred | [C.J.p. 60463] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

4235 S Kedzie Ave

Amend

| Foulkes (15) | | O2013-5569 |
|---|---|---|
| Referred | [C.J.p. 58691] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

5230-5244 S Kenwood Ave

| Burns (4) | | O2014-1500 |
|---|---|---|
| Referred | [C.J.p. 76404] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83722] | SO2014-5764 |

5230-5244 S Kenwood Ave

| Burns (4) | | O2014-873 |
|---|---|---|
| Referred | [C.J.p. 75049] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83697] | SO2014-5757 |

3600 N Lake Shore Dr

Amend

| Cappleman (46) | | O2013-4871 |
|---|---|---|
| Referred | [C.J.p. 55899] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83699] | SO2014-5757 |

**PARKING**

Loading/Standing/Tow Zones

939 W Lake St

| | | |
|---|---|---|
| Burnett (27) | | O2014-895 |
| Referred | [C.J.p. 75050] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

S Leavitt St, 500-1000 blocks

Street cleaning-remove

| | | |
|---|---|---|
| Ervin (28) | | O2014-186 |
| Referred | [C.J.p. 73420] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83726] | SO2014-5764 |

1552 N Leavitt St

| | | |
|---|---|---|
| Moreno (1) | | O2014-5023 |
| Referred | [C.J.p. 84408] | Pedestrian and Traffic Safety |

2062 N Milwaukee Ave

| | | |
|---|---|---|
| Moreno (1) | | O2014-5026 |
| Referred | [C.J.p. 84408] | Pedestrian and Traffic Safety |

2434 W Montrose Ave

| | | |
|---|---|---|
| Pawar (47) | | O2014-885 |
| Referred | [C.J.p. 75051] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83699] | SO2014-5757 |

S Oakley Blvd, 500-1200 blocks

Street cleaning-remove

| | | |
|---|---|---|
| Ervin (28) | | O2014-190 |
| Referred | [C.J.p. 73420] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83725] | SO2014-5764 |

W Pierce Ave, at N Damen Ave

Repeal

| | | |
|---|---|---|
| Moreno (1) | | O2013-3412 |
| Referred | [C.J.p. 53722] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83699] | SO2014-5757 |

**PARKING**

Loading/Standing/Tow Zones

W Polk St, 2100-2400 blocks

Remove

| | | |
|---|---|---|
| Ervin (28) | | O2014-166 |
| Referred | [C.J.p. 73420] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83726] | SO2014-5764 |

4909 N Pulaski Rd

| | | |
|---|---|---|
| Laurino (39) | | O2013-6436 |
| Referred | [C.J.p. 60463] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83723] | SO2014-5764 |

812 W Randolph St

| | | |
|---|---|---|
| Burnett (27) | | O2014-4921 |
| Direct Introduction | | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

816 W Randolph St

| | | |
|---|---|---|
| Burnett (27) | | O2014-4920 |
| Direct Introduction | | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

1114 W Randolph St

| | | |
|---|---|---|
| Burnett (27) | | O2014-146 |
| Referred | [C.J.p. 73417] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83698] | SO2014-5757 |

4400 N Ravenswood Ave

| | | |
|---|---|---|
| Pawar (47) | | O2013-3618 |
| Referred | [C.J.p. 53722] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83714] | SO2014-5759 |

7463 N Ridge Blvd

Amend

| | | |
|---|---|---|
| Moore (49) | | O2014-5546 |
| Referred | [C.J.p. 84410] | Pedestrian and Traffic Safety |

8441 S St Lawrence Ave

Remove

| | | |
|---|---|---|
| Sawyer (6) | | O2014-5003 |
| Referred | [C.J.p. 84382] | Pedestrian and Traffic Safety |

**PARKING**

Loading/Standing/Tow Zones

W Touhy Ave, at N Sacramento Ave

Silverstein (50) O2014-4916
Direct Introduction Pedestrian and Traffic Safety
Passed [C.J.p. 83714] SO2014-5759

6950 S Vincennes Ave

Amend

Sawyer (6) O2014-5005
Referred [C.J.p. 84382] Pedestrian and Traffic Safety

W Wellington Ave, at N Broadway

Tunney (44) O2013-6480
Referred [C.J.p. 60467] Pedestrian and Traffic Safety
Passed [C.J.p. 83700] SO2014-5757

2351 S Wentworth Ave

Solis (25) O2013-7965
Referred [C.J.p. 62995] Pedestrian and Traffic Safety
Passed [C.J.p. 83698] SO2014-5757

N Western Ave, at W Waveland Ave

Amend

Pawar (47) O2014-5537
Referred [C.J.p. 84410] Pedestrian and Traffic Safety

528 S Western Ave

Fioretti (2) O2014-5035
Referred [C.J.p. 84408] Pedestrian and Traffic Safety

1021 N Western Ave

Moreno (1) O2014-5014
Referred [C.J.p. 84408] Pedestrian and Traffic Safety

1815 N Western Ave

Moreno (1) O2014-5017
Referred [C.J.p. 84408] Pedestrian and Traffic Safety

4159 N Western Ave

Pawar (47) O2014-884
Referred [C.J.p. 75051] Pedestrian and Traffic Safety
Passed [C.J.p. 83699] SO2014-5757

**PARKING**

Loading/Standing/Tow Zones

3318 W Whipple St

Amend

Mell (33) O2013-9463
Referred [C.J.p. 72205] Pedestrian and Traffic Safety
Passed [C.J.p. 83700] SO2014-5757

4404 S Wood St

Remove

Cardenas (12) O2014-1504
Referred [C.J.p. 76406] Pedestrian and Traffic Safety
Passed [C.J.p. 83700] SO2014-5757

Meters

1201-1213 N Wolcott Ave

Repeal

Moreno (1) O2014-5029
Referred [C.J.p. 84384] Pedestrian and Traffic Safety

Prohibitions

W Hirsch St, 4800 block

Remove

Mitts (37) O2014-4030
Referred [C.J.p. 80735] Pedestrian and Traffic Safety
Passed [C.J.p. 83719] SO2014-5762

2913 W Mclean Ave

Moreno (1) O2014-5012
Referred [C.J.p. 84404] Pedestrian and Traffic Safety

Residential Permit

421-499 E 41st St

Dowell (3) O2014-4625
Referred [C.J.p. 82684] Pedestrian and Traffic Safety
Passed [C.J.p. 83712] SO2014-5758

W 54th Pl, at S Menard Ave

Zalewski (23) Or2014-252
Referred [C.J.p. 82683] Pedestrian and Traffic Safety
Passed [C.J.p. 83710] SO2014-5758

**PARKING**

Residential Permit

W 54th St, between S Nottingham Ave and S Neva Ave

Zalewski (23) Or2014-310

Referred [C.J.p. 84406] Pedestrian and Traffic Safety

W 57th St, at S Narragansett Ave

Quinn (13) Or2014-98

Referred [C.J.p. 76418] Pedestrian and Traffic Safety

Passed [C.J.p. 83712] SO2014-5758

2-98 N Ada St

Burnett (27) O2014-144

Referred [C.J.p. 73429] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

N Central Park Ave, 3000 block

Colón (35) Or2014-314

Referred [C.J.p. 84405] Pedestrian and Traffic Safety

N Fairfield Ave, 2400 block

Moreno (1) Or2014-253

Referred [C.J.p. 82683] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

5600-5699 S Francisco Ave

Thompson (16) Or2014-50

Referred [C.J.p. 75064] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

N Hermitage Ave, 4000 block

Amend

Pawar (47) O2014-5535

Referred [C.J.p. 84407] Pedestrian and Traffic Safety

S Kenneth Ave, 6700 block

Quinn (13) Or2014-309

Referred [C.J.p. 84405] Pedestrian and Traffic Safety

S Kildare Ave, 4700 block

Burke (14) Or2014-142

Referred [C.J.p. 78424] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

**PARKING**

Residential Permit

S Kolmar Ave, 5800 block

Amend

Quinn (13) O2014-945

Referred [C.J.p. 75065] Pedestrian and Traffic Safety

Passed [C.J.p. 83712] SO2014-5758

S Kolmar Ave, 6000 block

Amend

Quinn (13) O2013-9458

Referred [C.J.p. 72212] Pedestrian and Traffic Safety

Passed [C.J.p. 83712] SO2014-5758

3003-3059 N Mango Ave

Amend

Reboyras (30) O2014-4939

Referred [C.J.p. 84406] Pedestrian and Traffic Safety

N Maplewood Ave, 2800

Mell (33) Or2014-313

Referred [C.J.p. 84406] Pedestrian and Traffic Safety

2315-2353 N Merrimac Ave, 2316-2350 N Merrimac Ave

Amend

Graham (29) O2014-3424

Referred [C.J.p. 80727] Pedestrian and Traffic Safety

Passed [C.J.p. 83712] SO2014-5758

3600-3665 W Oakdale Ave

Amend

Reboyras (30) O2014-3414

Referred [C.J.p. 80727] Pedestrian and Traffic Safety

Passed [C.J.p. 83713] SO2014-5758

W Patterson Ave, 1100 block

Amend

Tunney (44) Or2014-198

Referred [C.J.p. 80727] Pedestrian and Traffic Safety

Passed [C.J.p. 83713] SO2014-5758

**PARKING**

Residential Permit

S Paulina St, 4600 block

Foulkes (15) Or2014-308

Referred [C.J.p. 84405] Pedestrian and Traffic Safety

1400-1499 S Rockwell Ave

Extension

Ervin (28) Or2014-209

Referred [C.J.p. 80727] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

1612-1658 S Throop St, 1601-1659 S Throop St

Solis (25) O2014-3405

Referred [C.J.p. 80726] Pedestrian and Traffic Safety

Failed to Pass [C.J.p. 83723] SO2014-5764

5903-5961 W West End Ave

Amend

Graham (29) Or2014-306

Referred [C.J.p. 84406] Pedestrian and Traffic Safety

4900-4956 W Wolfram St, 4901-4957 W Wolfram St

Suarez (31) Or2014-266

Referred [C.J.p. 82683] Pedestrian and Traffic Safety

Passed [C.J.p. 83710] SO2014-5758

**PERMITS/LICENSE/FEE EXEMPTIONS**

Exemptions

Inspiration Corporation, d.b.a. The Living Room Cafe

806 E 86th St

Cochran (20) O2014-4156

Referred [C.J.p. 82712] Finance

Failed to Pass [C.J.p. 83481]

Refund of Fees

Burke (14) Or2014-324

Direct Introduction Finance

Passed [C.J.p. 83470]

**PERMITS/LICENSE/FEE EXEMPTIONS**

Refund of Fees

Senior Citizen Sewer

Aisporna, Estrella and sundry others

3950 N Lake Shore Dr

Cappleman (46) O2014-5739

Referred [C.J.p. 84490] Finance

Avila, Pamela A. and sundry others

1315 W Cornelia Ave

Tunney (44) O2014-5738

Referred [C.J.p. 84490] Finance

Beckman, Elizabeth and sundry others

1757 W Fletcher St

Waguespack (32) O2014-5730

Referred [C.J.p. 84487] Finance

Berger, Mara and sundry others

5801 N Sheridan Rd

Osterman (48) O2014-5742

Referred [C.J.p. 84491] Finance

Binfeld, Mary C. and sundry others

1351 W Arthur Ave

Moore (49) O2014-5743

Referred [C.J.p. 84491] Finance

Bryant, Carol L. and sundry others

1030 N State St

Reilly (42) O2014-5736

Referred [C.J.p. 84489] Finance

Chrite, George M. and sundry others

Holmes (7) O2014-5728

Referred [C.J.p. 84487] Finance

Curry, Vinson and sundry others

7322 S Blackstone Ave

Harris (8) O2014-5729

Referred [C.J.p. 84487] Finance

Davies, Bonnie and sundry others

Pawar (47) O2014-5741

Referred [C.J.p. 84491] Finance

Dortch, Sammie and sundry others

5137 S Cornell Ave

Burns (4) O2014-5745

Referred [C.J.p. 84487] Finance

**PERMITS/LICENSE/FEE EXEMPTIONS**

Refund of Fees

Senior Citizen Sewer

Felber, Diane and sundry others
1325 N State Pkwy
Smith (43) O2014-5737
Referred [C.J.p. 84489] Finance

Frank, Robert and sundry others
7033 N Kedzie Ave
Silverstein (50) O2014-5744
Referred [C.J.p. 84491] Finance

Headtke, Jacqueline A. and sundry others
2155 N Harlem Ave
Sposato (36) O2014-5731
Referred [C.J.p. 84488] Finance

Horan, Delores and sundry others
3950 W Bryn Mawr Ave
Laurino (39) O2014-5733
Referred [C.J.p. 84488] Finance

Lewis, Christopher
1530 S State St
Dowell (3) O2014-5726
Referred [C.J.p. 84486] Finance

Metallo, Robert and sundry others
6801 N Ozark Ave
O'Connor (41) O2014-5735
Referred [C.J.p. 84488] Finance

Nash, Lillian J. and sundry others
Burke (14) Or2014-324
Direct Introduction Finance
Passed [C.J.p. 83470]

Rizzo, Joann M. and sundry others
4160 N Natchez Ave
Cullerton (38) O2014-5732
Referred [C.J.p. 84488] Finance

Rochl Rodriguez, Lila and sundry others
801 S Plymouth Ct
Fioretti (2) O2014-5725
Referred [C.J.p. 84486] Finance

**PERMITS/LICENSE/FEE EXEMPTIONS**

Refund of Fees

Senior Citizen Sewer

Shelton, Katherine J. and sundry others
8345 S Langley Ave
Sawyer (6) O2014-5727
Referred [C.J.p. 84487] Finance

Waldman, Charles and sundry others
2833 W Summerdale Ave
O'Connor (40) O2014-5734
Referred [C.J.p. 84488] Finance

Waiver of Fees

Public Building Commission of Chicago
Various city agencies
Pope (10) O2014-4254
Referred [C.J.p. 82764] Finance
Passed [C.J.p. 82902]

St. Ignatius College Preparatory High School
1076 E Roosevelt Rd
Solis (25) O2014-4221
Referred [C.J.p. 82765] Finance
Failed to Pass [C.J.p. 83483]

**PROPERTY**

Acquisition

1163 E 43rd St
Reconstruction of 43rd St pedestrian bridge
Emanuel (Mayor) O2014-4980
Referred [C.J.p. 82829] Housing

Dept. of Planning and Development
11400 S Green St, 11420 S Halsted St, 830 West 115th St
119th/Halsted Redevelopment Project Area
Emanuel (Mayor) O2014-5098
Referred [C.J.p. 82828] Housing

Demolition & Demolition Lien

Moratorium on issuance of permits for conversion or demolition of existing single-room occupancy buildings and residential hotels
Emanuel (Mayor), and Others O2014-5685
Referred [C.J.p. 82830] Housing

**PROPERTY**

Sale

Baker, Diana L.

201 S Whipple St

Emanuel (Mayor) O2014-4296

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83602]

Boyd, Edward

3530-3532 W Jackson Blvd

Emanuel (Mayor) O2014-4500

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83595]

Brakes, Alma Norine

4925 S Wabash Ave

Emanuel (Mayor) O2014-5022

Referred [C.J.p. 82825] Housing

Bryant, Willie and Bryant, Mozell

6505 N Artesian Ave

Emanuel (Mayor) O2014-4662

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83583]

DeJesus, Wilfredo

1752 W Sawyer Ave

Emanuel (Mayor) O2014-4989

Referred [C.J.p. 82825] Housing

DeLeon, Claudia

8437 S Brandon Ave

Emanuel (Mayor) O2014-4671

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83589]

Donna's House, Inc.

2438 E 87th St

Emanuel (Mayor) O2014-4994

Referred [C.J.p. 82825] Housing

Fields, Lawrence and Fields, Regina

4632 S Champlain Ave

Emanuel (Mayor) O2014-4623

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83592]

**PROPERTY**

Sale

Gordon, Ayo (Dr.)

5765-5767 S Wentworth Ave

Emanuel (Mayor) O2014-4652

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83614]

JIH West LLC

2550 W Madison St

Emanuel (Mayor) O2014-4487

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83612]

Lozano, Fernando

1329 W Ancona St

Emanuel (Mayor) O2014-4367

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83606]

NeighborSpace

2301-2307 E 71st St

Emanuel (Mayor) O2014-4990

Referred [C.J.p. 82825] Housing

Pace Property Group, L.L.C.

4911-4913 S Cicero Ave

Emanuel (Mayor) O2014-5013

Referred [C.J.p. 82825] Housing

Parker, Carol Agnes

5822 S Prairie Ave

Emanuel (Mayor) O2014-5030

Referred [C.J.p. 82825] Housing

Pindok, Marie

13527 S Brandon Ave

Emanuel (Mayor) O2014-4693

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83608]

Pride, Herman, Jr.

4734 W Washington Blvd

Emanuel (Mayor) O2014-5010

Referred [C.J.p. 82825] Housing

Pulido, Jose Luis

4921 S Laflin St

Emanuel (Mayor) O2014-4646

Referred [C.J.p. 80855] Housing
Passed [C.J.p. 83598]

**PROPERTY**

Sale

Quezada, Arnulfo and Juana

9117 S Houston Ave

Emanuel (Mayor) O2014-4681

Referred [C.J.p. 80855] Housing

Passed [C.J.p. 83610]

Rose, IV Adam

10701 S Glenroy Ave, 1415 W 107th St

Emanuel (Mayor) O2014-5048

Referred [C.J.p. 82825] Housing

Sanchez, Deborah K. (nee Poles)

706 E Bowen Ave

Emanuel (Mayor) O2014-4333

Referred [C.J.p. 80855] Housing

Passed [C.J.p. 83585]

Stegall, Alvin and Renate

8444-8446 S Carpenter St

Emanuel (Mayor) O2014-5040

Referred [C.J.p. 82825] Housing

Stony Group LLC, The

1540 E 68th St

Emanuel (Mayor) O2014-4420

Referred [C.J.p. 80855] Housing

Passed [C.J.p. 83617]

Undel Corp.

4730 S Cicero Ave

Emanuel (Mayor) O2014-5002

Referred [C.J.p. 82825] Housing

Young, Kenyatta

4239 S Champlain Ave

Emanuel (Mayor) O2014-4999

Referred [C.J.p. 82825] Housing

Zepeda, Fernando

6825 S Laflin St

Emanuel (Mayor) O2014-5034

Referred [C.J.p. 82825] Housing

**PROXIES**

Fine, Jeremy

Designation as proxy for Chief Financial Officer regarding Motor Fuel Tax Revenue Bond, Series 2013

Dept./Agency F2014-48

Filed [C.J.p. 82835]

**PUBLIC WAY USAGE**

Awnings

24 Karrots

2004 W Armitage Ave

Waguespack (32) O2014-4498

Referred [C.J.p. 82730] Transportation

Passed [C.J.p. 84041]

7-Eleven

958 W Diversey Pkwy

Tunney (44) O2014-4663

Referred [C.J.p. 82753] Transportation

Passed [C.J.p. 84040]

Aardvark Insurance Agency

1128 W Wilson Ave

Cappleman (46) O2014-5487

Referred [C.J.p. 84478] Transportation

Acadia Heritage Shops LLC

55 E Randolph St

Reilly (42) O2014-5344

Referred [C.J.p. 84464] Transportation

American Dental Associates

2409 W Lawrence Ave

Pawar (47) O2014-5498

Referred [C.J.p. 84479] Transportation

Amish Custom Kitchens

6756 N Harlem Ave

O'Connor (41) O2014-5336

Referred [C.J.p. 84463] Transportation

Archer Cafe

2951 S Archer Ave

Balcer (11) O2014-4370

Referred [C.J.p. 82703] Transportation

Passed [C.J.p. 83976]

**PUBLIC WAY USAGE**

Awnings

Argo Tea
16 W Randolph St
Reilly (42) O2014-4566
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83977]

Armitage Hair Salon
4257 W Armitage Ave
Reboyras (30) O2014-4458
Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 83978]

Artemio's Bakery
3919 N Sheridan Rd
Tunney (44) O2014-4619
Referred [C.J.p. 82751] Transportation
Passed [C.J.p. 83979]

Artemio's Bakery No. 2
1443 N Milwaukee Ave
Moreno (1) O2014-4282
Referred [C.J.p. 82691] Transportation
Passed [C.J.p. 83979]

Astrology
866 N State St
Reilly (42) O2014-5347
Referred [C.J.p. 84464] Transportation

Augie's
1721 W Wrightwood Ave
Waguespack (32) O2014-5288
Referred [C.J.p. 84450] Transportation

Ballet D'Enfant
3234 N Southport Ave
Tunney (44) O2014-4630
Referred [C.J.p. 82751] Transportation
Passed [C.J.p. 83980]

Beauty Box Hair Salon & Spa
2944 W Diversey Ave
Colón (35) O2014-4512
Referred [C.J.p. 82733] Transportation
Passed [C.J.p. 83981]

**PUBLIC WAY USAGE**

Awnings

Bedazzled Nails & Spa, Inc.
543 N St Clair St
Reilly (42) O2014-4573
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83982]

Best Buy Food & Liquor
1832 W Montrose Ave
Pawar (47) O2014-5501
Referred [C.J.p. 84479] Transportation

BFF Bikes
2133 W Armitage Ave
Waguespack (32) O2014-4479
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83982]

Black Rock Pub
3614 N Damen Ave
Pawar (47) O2014-5505
Referred [C.J.p. 84480] Transportation

Buechler, Mona
1418 W Howard St
Moore (49) O2014-5519
Referred [C.J.p. 84483] Transportation

Burdeen Shoe Co., Inc.
2139 W Cermak Rd
Solis (25) O2014-5263
Referred [C.J.p. 84441] Transportation

Cafe Colao
2638 W Division St
Maldonado (26) O2014-5276
Referred [C.J.p. 84442] Transportation

Cafe Latin Bliss
5515 N Lincoln Ave
O'Connor (40) O2014-5323
Referred [C.J.p. 84460] Transportation

Carissima, Inc.
2901-2903 N Clark St
Tunney (44) O2014-4636
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83983]

**PUBLIC WAY USAGE**

Awnings

Carniceria La Mejor, Inc.
2848 N Milwaukee Ave
Colón (35) O2014-4515
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83984]

Cellular Zone
3206 W 16th St
Chandler (24) O2014-4431
Referred [C.J.p. 82715] Transportation
Passed [C.J.p. 83985]

Chasing Tails 4 U Pet Fitness, Inc.
1724 W Lake St
Burnett (27) O2014-4448
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83985]

Chatham Jewelry & Loan, Inc.
645-647 E 79th St
Sawyer (6) O2014-4350
Referred [C.J.p. 82700] Transportation
Passed [C.J.p. 83986]

Cheirgalos, Ernest
6401-6403 N Caldwell Ave
O'Connor (41) O2014-4561
Referred [C.J.p. 82739] Transportation
Passed [C.J.p. 83987]

Chicago Samtel Cellular, Inc.
13258 S Baltimore Ave
Pope (10) O2014-5201
Referred [C.J.p. 84428] Transportation

Chinatown Mobile
2401 S Wentworth Ave
Solis (25) O2014-5268
Referred [C.J.p. 84441] Transportation

Chuck's & Ed's Tavern
3556 W Belmont Ave
Colón (35) O2014-4519
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83988]

**PUBLIC WAY USAGE**

Awnings

City Smiles
3800 N Pulaski Rd
Arena (45) O2014-5480
Referred [C.J.p. 84477] Transportation

Classic Shine Hair Studio, Inc.
3455 W Irving Park Rd
Colón (35) O2014-5313
Referred [C.J.p. 84456] Transportation

Cohiba Cuban Cuisine, Inc.
2835 N Broadway
Tunney (44) O2014-4638
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83988]

Coldwell Banker
1457 W Belmont Ave
Waguespack (32) O2014-5293
Referred [C.J.p. 84451] Transportation

De Arte Unisex Hair Style
2650 W 47th St
Foulkes (15) O2014-5209
Referred [C.J.p. 84434] Transportation

Deerfler, Barbara
5143 W Diversey Ave
Suarez (31) O2014-4462
Referred [C.J.p. 82728] Transportation
Passed [C.J.p. 83989]

Delta Animal Hospital
2105 W Chicago Ave
Moreno (1) O2014-4288
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83990]

Devon Morseview Drugs, Inc.
1358 W Devon Ave
O'Connor (40) O2014-5325
Referred [C.J.p. 84460] Transportation

Division Court Condo Assn.
161-163 W Division St
Smith (43) O2014-5444
Referred [C.J.p. 84472] Transportation

**PUBLIC WAY USAGE**

Awnings

Djenne Collection
1759 W 95th St
O'Shea (19) O2014-4406
Referred [C.J.p. 82711] Transportation
Passed [C.J.p. 83991]

Doctor's Office
2645 W 51st St
Burke (14) O2014-4384
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83991]

El Llano Restaurant
4011 N Elston Ave
Arena (45) O2014-5484
Referred [C.J.p. 84477] Transportation

El Sinaloense
2759 S Pulaski Rd
Munoz (22) O2014-5250
Referred [C.J.p. 84439] Transportation

Ellie's
10701 S Hale Ave
O'Shea (19) O2014-4408
Referred [C.J.p. 82711] Transportation
Passed [C.J.p. 83992]

Enoteca, Riccardo
2116 N Clark St
Smith (43) O2014-5448
Referred [C.J.p. 84472] Transportation

Estelles Cafe & Pub Ltd.
2013 W North Ave
Moreno (1) O2014-5181
Referred [C.J.p. 84416] Transportation

European Wax Center
949 W Madison St
Fioretti (2) O2014-5187
Referred [C.J.p. 84419] Transportation

Exedus II
3477 N Clark St
Tunney (44) O2014-4645
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83993]

**PUBLIC WAY USAGE**

Awnings

Farmers Insurance Co.
7543 W Irving Park Rd
Sposato (36) O2014-5319
Referred [C.J.p. 84457] Transportation

Fifth Third Bank
3601 N Broadway
Cappleman (46) O2014-4674
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83994]

Fifth Third Bank
4735 N Damen Ave
Pawar (47) O2014-4677
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83994]

Gardner School, The
1612 W North Ave
Moreno (1) O2014-4290
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83995]

Grandma J's, Inc.
1552 N Kedzie Ave
Maldonado (26) O2014-4439
Referred [C.J.p. 82719] Transportation
Passed [C.J.p. 83996]

Great Clips
3167 N Broadway
Tunney (44) O2014-5458
Referred [C.J.p. 84475] Transportation

Grooming by Galdy
700 N Sheridan Rd
Moore (49) O2014-4535
Referred [C.J.p. 82762] Transportation
Passed [C.J.p. 83997]

Hangge-Uppe, Inc.,The
14 W Elm St
Reilly (42) O2014-4576
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83997]

**PUBLIC WAY USAGE**

Awnings

Harold's Chicken Shack
7310 S Halsted St
Thomas (17) O2014-5219
Referred [C.J.p. 84435] Transportation

Hashbrowns on Wells
1149-1155 N Wells St
Burnett (27) O2014-5279
Referred [C.J.p. 84444] Transportation

Hasmukhbhai Thakkar
2846 W 59th St
Thompson (16) O2014-5214
Referred [C.J.p. 84435] Transportation

Hotel Allegro
171 W Randolph St
Reilly (42) O2014-4580
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83998]

House of Fortune
2405-2407 S Wentworth Ave
Solis (25) O2014-4435
Referred [C.J.p. 82716] Transportation
Passed [C.J.p. 83999]

House of Hair, Inc.
4761 N Milwaukee Ave
Arena (45) O2014-4666
Referred [C.J.p. 82755] Transportation
Passed [C.J.p. 84000]

HTP Associates Occupation Ltd.
11012 S Western Ave
O'Shea (19) O2014-4418
Referred [C.J.p. 82711] Transportation
Passed [C.J.p. 84001]

Hyde Park Self Storage, Inc.
5147 S Cottage Grove Ave
Burns (4) O2014-5195
Referred [C.J.p. 84423] Transportation

J&A Sports Bar
5650 W Diversey Ave
Reboyras (30) O2014-5284
Referred [C.J.p. 84447] Transportation

**PUBLIC WAY USAGE**

Awnings

Jackson Junge Gallery
1389 N Milwaukee Ave
Moreno (1) O2014-5182
Referred [C.J.p. 84416] Transportation

Janik's Cafe
2011 W Division St
Moreno (1) O2014-4293
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84002]

John's Liquor & Deli
3086 N Milwaukee Ave
Reboyras (30) O2014-5287
Referred [C.J.p. 84447] Transportation

Joys
3257-3259 N Broadway
Tunney (44) O2014-5463
Referred [C.J.p. 84475] Transportation

K.S. Cleaners and Laundromat
3904 N Sheridan Rd
Tunney (44) O2014-4647
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84002]

Kasia's
2101 W Chicago Ave
Moreno (1) O2014-4300
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84003]

Know No Limits
6125 N Clark St
Osterman (48) O2014-4717
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 84004]

Kopi, A Traveler's Cafe
5317 N Clark St
Osterman (48) O2014-5511
Referred [C.J.p. 84482] Transportation

La Pena Restaurante
4212-4214 N Milwaukee Ave
Arena (45) O2014-4668
Referred [C.J.p. 82756] Transportation
Passed [C.J.p. 84005]

**PUBLIC WAY USAGE**

Awnings

Las Mananitas
3523 N Halsted St
Cappleman (46) O2014-5491
Referred [C.J.p. 84479] Transportation

Le Flour Bake Shop & Market, Inc.
6701 N Olmsted Ave
O'Connor (41) O2014-4565
Referred [C.J.p. 82739] Transportation
Passed [C.J.p. 84005]

Leona's Pizzeria
1936 W Augusta Blvd
Moreno (1) O2014-5184
Referred [C.J.p. 84416] Transportation

Leona's Pizzeria
3215 N Sheffield Ave
Tunney (44) O2014-5468
Referred [C.J.p. 84475] Transportation

Lincoln Park Dog & Cat Clinic
2665 N Lincoln Ave
Waguespack (32) O2014-5297
Referred [C.J.p. 84451] Transportation

Links to Learning Child Care
8515 S Stony Island Ave
Harris (8) O2014-4360
Referred [C.J.p. 82701] Transportation
Passed [C.J.p. 84006]

Little Hands Child Creative Center, Inc.
7146 S Ashland Ave
Thomas (17) O2014-5224
Referred [C.J.p. 84436] Transportation

Lou Malnati's Pizzeria
805 S State St
Fioretti (2) O2014-4329
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 84007]

Luxbar
18-20 E Bellevue Pl
Reilly (42) O2014-4589
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 84008]

**PUBLIC WAY USAGE**

Awnings

Luxure Nail and Beauty Bar
3754 W 111th St
O'Shea (19) O2014-5236
Referred [C.J.p. 84437] Transportation

Maggiano's Little Italy
516 N Clark St
Reilly (42) O2014-4596
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 84008]

Maggiano's Little Italy
516 N Clark St
Reilly (42) O2014-4600
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 84009]

Mahoney's
543-551 N Ogden Ave
Burnett (27) O2014-5281
Referred [C.J.p. 84444] Transportation

Margie's Candies
1960 N Western Ave
Moreno (1) O2014-4307
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84010]

Marin Funeral Home
2744 W 51st St
Burke (14) O2014-4392
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 84011]

Marketplace Vision
1306 S Halsted St
Solis (25) O2014-5271
Referred [C.J.p. 84442] Transportation

McKillip Animal Hospitals
2867 N Clark St
Tunney (44) O2014-4648
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84012]

Metropolitan Barber Shop
557 W Polk St
Fioretti (2) O2014-5192
Referred [C.J.p. 84420] Transportation

**PUBLIC WAY USAGE**

Awnings

Metropolitan Barber Shop
56 W Van Buren St
Fioretti (2) O2014-5189
Referred [C.J.p. 84420] Transportation

Milk & Honey Cafe
1920 W Division St
Moreno (1) O2014-4311
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84012]

Mirai Sushi
2020 W Division St
Moreno (1) O2014-4324
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84013]

MN Gallery & Studio, Inc.
3524 S Halsted St
Balcer (11) O2014-5203
Referred [C.J.p. 84429] Transportation

Monterre Photo Studio
1752 W 47th St
Foulkes (15) O2014-5211
Referred [C.J.p. 84434] Transportation

Mo's Auto Repair
2300 W 59th St
Thompson (16) O2014-5216
Referred [C.J.p. 84435] Transportation

Mr. Salsa Taqueria
1025 W Montrose Ave
Cappleman (46) O2014-5495
Referred [C.J.p. 84479] Transportation

Murphy's Bleachers
3655 N Sheffield Ave
Tunney (44) O2014-4650
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84014]

New Asia Restaurant
2705 W Lawrence Ave
Pawar (47) O2014-4680
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 84015]

**PUBLIC WAY USAGE**

Awnings

New Cleaners
3232 N Broadway
Tunney (44) O2014-4651
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84015]

New Divine Nails and Spa
1702 W Belmont Ave
Waguespack (32) O2014-4482
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 84016]

North Community Bank
2 W Elm St
Reilly (42) O2014-4605
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 84017]

Northcenter Rug Cleaning
3726 N Lincoln Ave
Pawar (47) O2014-4706
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 84018]

Old LWIW Restaurant, Inc.
2228 W Chicago Ave
Waguespack (32) O2014-5302
Referred [C.J.p. 84451] Transportation

Papa Jin
1551 N Milwaukee Ave
Moreno (1) O2014-5185
Referred [C.J.p. 84417] Transportation

Par Birdie Foods
2234 W Devon Ave
Silverstein (50) O2014-4722
Referred [C.J.p. 82764] Transportation
Passed [C.J.p. 84019]

Peek, Aren't You Curious, Inc.
1723 N Damen Ave
Waguespack (32) O2014-4491
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 84019]

**PUBLIC WAY USAGE**

Awnings

Piatto Pronto
5624 N Clark St
O'Connor (40) O2014-4548
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 84020]

Pierre's Mini Detail Center
4454 N Elston Ave
Laurino (39) O2014-4539
Referred [C.J.p. 82737] Transportation
Passed [C.J.p. 84021]

Ping Pong
3322 N Broadway
Tunney (44) O2014-5471
Referred [C.J.p. 84475] Transportation

Plus Auto Care
3448 N Southport Ave
Tunney (44) O2014-4654
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84021]

Prevention Partnership
5936 W Lake St
Graham (29) O2014-5283
Referred [C.J.p. 84446] Transportation

Quick Snacks, Inc.
1658 E 55th St
Hairston (5) O2014-4342
Referred [C.J.p. 82698] Transportation
Passed [C.J.p. 84022]

Radio Shack No. 6521
1453 E 53rd St
Burns (4) O2014-5197
Referred [C.J.p. 84423] Transportation

Restaurant 2 Amigos
2320 N Milwaukee Ave
Colón (35) O2014-4526
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 84023]

**PUBLIC WAY USAGE**

Awnings

Reyes, Ramon
4011 E 106th St
Pope (10) O2014-4366
Referred [C.J.p. 82703] Transportation
Passed [C.J.p. 84024]

Ricochets
4644 N Lincoln Ave
Pawar (47) O2014-4709
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 84024]

Rob West Plumbing, Inc.
1102 N California Ave
Maldonado (26) O2014-4444
Referred [C.J.p. 82719] Transportation
Passed [C.J.p. 84025]

Rocios Childrens Wear
7005 S Pulaski Rd
Quinn (13) O2014-5206
Referred [C.J.p. 84431] Transportation

Rose-Ridge Foods
10500 S Michigan Ave
Beale (9) O2014-5199
Referred [C.J.p. 84427] Transportation

Rossi's Liquors, Inc.
412 N State St
Reilly (42) O2014-4611
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 84026]

Runa Japanese
2257 W North Ave
Moreno (1) O2014-4325
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 84027]

Sapstein Drugs
752 E 83rd St
Sawyer (6) O2014-4353
Referred [C.J.p. 82700] Transportation
Passed [C.J.p. 84027]

**PUBLIC WAY USAGE**

Awnings

Shear Soul, Inc.
1763 W 95th St
O'Shea (19) O2014-4421
Referred [C.J.p. 82712] Transportation
Passed [C.J.p. 84028]

Shirts Illustrated, Inc.
1340 W Belmont Ave
Tunney (44) O2014-4659
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84029]

Shop 147, The
2321 W 95th St
O'Shea (19) O2014-5240
Referred [C.J.p. 84437] Transportation

Snarf's Sandwiches
2201 N Lincoln Ave
Smith (43) O2014-5451
Referred [C.J.p. 84473] Transportation

Southwest Guaranteed Home Equity Program
8316 S Kedzie Ave
Lane (18) O2014-5232
Referred [C.J.p. 84436] Transportation

Standing Room Only Chicago
610 S Dearborn St
Fioretti (2) O2014-4334
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 84029]

Standing Room Only Chicago
833 W Van Buren St
Fioretti (2) O2014-4337
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 84041]

Standout Style Boutique
1419 W Belmont Ave
Waguespack (32) O2014-5306
Referred [C.J.p. 84453] Transportation

Subway
1449 E 57th St
Hairston (5) O2014-4343
Referred [C.J.p. 82698] Transportation
Passed [C.J.p. 84031]

**PUBLIC WAY USAGE**

Awnings

Subway
6555 N Clark St
O'Connor (40) O2014-4552
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 84030]

Suite Lounge
1446 N Wells St
Burnett (27) O2014-4451
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 84032]

Sushi Mura Japanese Restaurant
3647 N Southport Ave
Tunney (44) O2014-4661
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84032]

Thai "Linda" Cafe'
2022 W Roscoe St
Waguespack (32) O2014-5310
Referred [C.J.p. 84453] Transportation

Thai Oscar
4638 N Western Ave
Pawar (47) O2014-4712
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 84033]

Thresholds "Mothers" Project
1100-1110 W Belmont Ave
Tunney (44) O2014-5477
Referred [C.J.p. 84475] Transportation

Tina's Cocktail Lounge
7840-7842 S Racine Ave
Thomas (17) O2014-4399
Referred [C.J.p. 82709] Transportation
Passed [C.J.p. 84034]

Trattoria Gianni
1711 N Halsted St
Smith (43) O2014-4613
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 84035]

**PUBLIC WAY USAGE**

Awnings

United Tax & Travel
6058 S Pulaski Rd
Zalewski (23) O2014-5254
Referred [C.J.p. 84440] Transportation

Uruapan
1725 W 18th St
Solis (25) O2014-5273
Referred [C.J.p. 84442] Transportation

V&J America Multiservices
4420 W Armitage Ave
Suarez (31) O2014-4473
Referred [C.J.p. 82728] Transportation
Passed [C.J.p. 84035]

Village Cycle Center, Inc.
1337 N Wells St
Smith (43) O2014-5453
Referred [C.J.p. 84473] Transportation

Village Discount Outlet, Inc.
2514 W 47th St
Cardenas (12) O2014-4378
Referred [C.J.p. 82705] Transportation
Passed [C.J.p. 84036]

Vincent
1475 W Balmoral Ave
Osterman (48) O2014-4721
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 84037]

Vista Hermosa Restaurant
4248 S Ashland Ave
Cardenas (12) O2014-5204
Referred [C.J.p. 84430] Transportation

Vogue Cleaners
1442 E 57th St
Hairston (5) O2014-4346
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 84037]

Winona Cleaners, Inc.
5133 N Clark St
Pawar (47) O2014-4714
Referred [C.J.p. 82760] Transportation
Passed [C.J.p. 84038]

**PUBLIC WAY USAGE**

Awnings

Woodard Building, Inc.
7850 S Jeffery Blvd
Harris (8) O2014-4363
Referred [C.J.p. 82701] Transportation
Passed [C.J.p. 84039]

Canopies

233 S Wacker LLC
233 S Wacker Dr
Fioretti (2) O2014-4531
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 84062]

535 North Michigan Venture LLC
535 N Michigan Ave
Reilly (42) O2014-4624
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 84063]

63rd & Cottage Grove Building
801 E 63rd St
Cochran (20) O2014-5218
Referred [C.J.p. 84438] Transportation

757 Orleans at Chicago Condo Assn.
757 N Orleans St
Reilly (42) O2014-5275
Referred [C.J.p. 84469] Transportation

Acadia Heritage Shops LLC
130 N Garland Ct
Reilly (42) O2014-5245
Referred [C.J.p. 84464] Transportation

Allied Inventory Co., Inc.
5718 N Western Ave
O'Connor (40) O2014-4584
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 84045]

Ana's Food Mart
11545 S Michigan Ave
Beale (9) O2014-5210
Referred [C.J.p. 84427] Transportation

**PUBLIC WAY USAGE**

Canopies

Ann Sather's Cafe
3411 N Broadway
Tunney (44) O2014-4667
Referred [C.J.p. 82751] Transportation
Passed [C.J.p. 84042]

Architectural Artifacts, Inc.
4325-4343 N Ravenswood Ave
Pawar (47) O2014-4660
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 84045]

Big City Fashions
7456 S Cottage Grove Ave
Sawyer (6) O2014-4540
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 84046]

Burton Place
1447 N Wells St
Smith (43) O2014-5278
Referred [C.J.p. 84472] Transportation

Carter, Cortez
1151-1159 W 79th St
Thomas (17) O2014-4572
Referred [C.J.p. 82708] Transportation
Passed [C.J.p. 84049]

Carter, Cortez
7901-7911 S Racine Ave
Thomas (17) O2014-4567
Referred [C.J.p. 82708] Transportation
Passed [C.J.p. 84048]

Catholic Charities of Chicago, The
8959 S Commercial Ave
Pope (10) O2014-4557
Referred [C.J.p. 82703] Transportation
Passed [C.J.p. 84047]

Chiu Quon Bakery
2242 S Wentworth Ave
Solis (25) O2014-5230
Referred [C.J.p. 84441] Transportation

**PUBLIC WAY USAGE**

Canopies

Corner Bakery Cafe
188 W Washington St
Reilly (42) O2014-5248
Referred [C.J.p. 84465] Transportation

Days Inn Chicago
644 W Diversey Pkwy
Tunney (44) O2014-4665
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84049]

Double T Liquors & Lounge
5624 S Pulaski Rd
Quinn (13) O2014-5215
Referred [C.J.p. 84431] Transportation

Easy Bar
1944 W Division St
Sign
Moreno (1) O2014-5229
Referred [C.J.p. 84416] Transportation

El Vigia Restaurant
4124 W Armitage Ave
Colón (35) O2014-4582
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 84050]

Frank Food No. 4
1819 S Kedzie Ave
Chandler (24) O2014-5226
Referred [C.J.p. 84441] Transportation

Fresh Market Place
2134 N Western Ave
Sign
Moreno (1) O2014-5233
Referred [C.J.p. 84416] Transportation

Fringe A Hair Salon, Inc.
1437 N Milwaukee Ave
Moreno (1) O2014-4524
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84051]

**PUBLIC WAY USAGE**

Canopies

Goodman/Friedman LLC
60 W Randolph St
Reilly (42) O2014-5256
Referred [C.J.p. 84465] Transportation

Greek Islands Restaurant
200 S Halsted St
Burnett (27) O2014-4579
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 84052]

Green Door, The
678 N Orleans St
Reilly (42) O2014-5258
Referred [C.J.p. 84465] Transportation

Hamburger Mary's Chicago
5400 N Clark St
O'Connor (40) O2014-5242
Referred [C.J.p. 84461] Transportation

Holsten Management Corp.
5550 N Kenmore Ave
Osterman (48) O2014-4664
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 84052]

Horseshoe BBQ
4115 N Lincoln Ave
Pawar (47) O2014-5301
Referred [C.J.p. 84480] Transportation

Hyatt Place
28 N Franklin St
Reilly (42) O2014-4592
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 84052]

Interpark
20 E Randolph St
Reilly (42) O2014-5265
Referred [C.J.p. 84467] Transportation

Jackson Junge Gallery
1389 N Milwaukee Ave
Banner
Moreno (1) O2014-5246
Referred [C.J.p. 84416] Transportation

**PUBLIC WAY USAGE**

Canopies

James Hotel Chicago
55 E Ontario St
Reilly (42) O2014-4597
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 84054]

Lakeside Bank
1350 S Michigan Ave
Dowell (3) O2014-4536
Referred [C.J.p. 82697] Transportation
Passed [C.J.p. 84055]

Las Vegas Nite Club, Inc.
3702 W Armitage Ave
Maldonado (26) O2014-4574
Referred [C.J.p. 82719] Transportation
Passed [C.J.p. 84056]

Lorch Bros. Flowers
4936 W Irving Park Rd
Arena (45) O2014-5290
Referred [C.J.p. 84477] Transportation

Lubinski Furniture Sale
1550 N Milwaukee Ave
Moreno (1) O2014-4527
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 84056]

New Valois Rest, Inc., The
1518 E 53rd St
Burns (4) O2014-5205
Referred [C.J.p. 84423] Transportation

O'Briens Restaurant & Bar
1528 N Wells St
Burnett (27) O2014-5235
Referred [C.J.p. 84444] Transportation

O'Malley's Liquor Kitchen
3551 N Sheffield Ave
Tunney (44) O2014-4669
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 84057]

One Financial Place Property LLC
440 S LaSalle St
Burns (4) O2014-5208
Referred [C.J.p. 84423] Transportation

**PUBLIC WAY USAGE**

Canopies

Overt Press, Inc.
4625 W 53rd St
Zalewski (23) O2014-5221
Referred [C.J.p. 84440] Transportation

Portillo's Hot Dogs, Inc.
100 W Ontario St
Reilly (42) O2014-4606
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 84058]

Public Storage
4430 N Clark St
Pawar (47) O2014-5304
Referred [C.J.p. 84480] Transportation

Public Storage
1129 N Wells St
Smith (43) O2014-4658
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 84058]

Reit Management & Research LLC
111 E Wacker Dr
Reilly (42) O2014-4614
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 84059]

River Point LLC
444 W Lake St
Reilly (42) O2014-5267
Referred [C.J.p. 84468] Transportation

Roosevelt Square/Limited Partnership
1218 W Taylor St
Ervin (28) O2014-5238
Referred [C.J.p. 84446] Transportation

Salt & Pepper Diner
3537 N Clark St
Tunney (44) O2014-4670
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84060]

Self Storage No. 1
3839 N Sheffield Ave
Tunney (44) O2014-4672
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84060]

**PUBLIC WAY USAGE**

Canopies

Sully's House
1501 N Dayton St
Smith (43) O2014-5280
Referred [C.J.p. 84473] Transportation

Teavana No. 21920
3428 N Southport Ave
Amend
Tunney (44) O2014-5123
Referred [C.J.p. 84476] Transportation

VCG Ltd.
5050 W Irving Park Rd
Arena (45) O2014-5296
Referred [C.J.p. 84477] Transportation

Wabash/Roosevelt LLC
1147 S Wabash Ave
Fioretti (2) O2014-4529
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 84061]

Grants of Privilege

@ Properties
1875 N Damen Ave
Sign
Waguespack (32) O2014-5548
Referred [C.J.p. 84450] Transportation

100 East Huron Street Condo Assn.
100 E Huron St
Fuel tank
Reilly (42) O2014-5446
Referred [C.J.p. 84469] Transportation

100 East Huron Street Condo Assn.
100 E Huron St
Sundeck
Reilly (42) O2014-5465
Referred [C.J.p. 84469] Transportation

110 West Superior LLC
110 W Superior St
Facade
Reilly (42) O2014-5466
Referred [C.J.p. 84469] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

131 S Dearborn LLC
131 S Dearborn St
Vault
Reilly (42) O2014-4880
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83965]

167 N May Street - Chris Livierators
167 N May St
Balcony
Burnett (27) O2014-4454
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83966]

1720 S Michigan Condo
1720 S Michigan Ave
Balcony
Fioretti (2) O2014-4447
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 83968]

1720 S Michigan Condo
1720 N Michigan Ave
Planter
Fioretti (2) O2014-4483
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 83969]

1907 North Kenmore Condo
1907 N Kenmore Ave
Bay window-amend
Waguespack (32) O2014-5110
Referred [C.J.p. 84453] Transportation

1K Fulton LLC
1000 W Fulton Market
Bicycle rack
Burnett (27) O2014-5513
Referred [C.J.p. 84444] Transportation

20th Century TV & Stereo Center
1611-1615 W Montrose Ave
Sign
Pawar (47) O2014-5533
Referred [C.J.p. 84480] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

303 Madison
303 W Madison St
Roof soffit
Fioretti (2) O2014-4433
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 83966]

303 Madison
303 W Madison St
Vault
Fioretti (2) O2014-4436
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 83967]

36th and King Drive, Inc., Amoco
342 E 35th St
Sign
Fioretti (2) O2014-4424
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 83964]

43rd & Pulaski Currency
4300 S Pulaski Rd
Sign
Burke (14) O2014-5383
Referred [C.J.p. 84431] Transportation

7-Eleven No. 33908A
451 N State St
Sign
Reilly (42) O2014-5441
Referred [C.J.p. 84469] Transportation

A Gomez Tires & Wheels, Inc.
3000 S Kostner Ave
Staircase
Munoz (22) O2014-5449
Referred [C.J.p. 84439] Transportation

A. K. Auto Service, Inc.
4747 N Pulaski Rd
Sign
Laurino (39) O2014-4628
Referred [C.J.p. 82737] Transportation
Passed [C.J.p. 83789]

**PUBLIC WAY USAGE**

Grants of Privilege

A-1 Jewelry & Coin, Ltd.
1827 W Irving Park Rd
Sign
Pawar (47) O2014-5509
Referred [C.J.p. 84479] Transportation

Accelerated Rehabilitation Centers
4008 N Cicero Ave
Sign
Arena (45) O2014-4785
Referred [C.J.p. 82755] Transportation
Passed [C.J.p. 83789]

Acme Lumber
7855 S Greenwood Ave
Sign
Harris (8) O2014-5460
Referred [C.J.p. 84426] Transportation

Advanced Medical Clinic
4009 W Fullerton Ave
Sign
Suarez (31) O2014-4490
Referred [C.J.p. 82727] Transportation
Passed [C.J.p. 83790]

Advantage MRI
2008 N Pulaski Rd
Sign
Reboyras (30) O2014-4472
Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 83791]

AG Behavioral Health Services LLC
2329 W Belmont Ave
Door swing
Moreno (1) O2014-5222
Referred [C.J.p. 84416] Transportation

Alibis
6240 N Western Ave
Sign-amend
Silverstein (50) O2014-4295
Referred [C.J.p. 82764] Transportation
Passed [C.J.p. 83971]

**PUBLIC WAY USAGE**

Grants of Privilege

Allstate
3060 W Armitage Ave
Sign
Colón (35) O2014-5583
Referred [C.J.p. 84456] Transportation

Allstate Insurance
5657 S Harlem Ave
Sign
Zalewski (23) O2014-4747
Referred [C.J.p. 82714] Transportation
Passed [C.J.p. 83792]

Amato's Pizzeria
1737 N Harlem Ave
Sign
Sposato (36) O2014-5588
Referred [C.J.p. 84457] Transportation

American Dental Associates
2955 N Central Ave
Sign
Suarez (31) O2014-5536
Referred [C.J.p. 84448] Transportation

American Family Ins.
4403 W 63rd St
Sign
Quinn (13) O2014-4593
Referred [C.J.p. 82705] Transportation
Passed [C.J.p. 83792]

American Family Insurance
3805 N Lincoln Ave
Sign
Pawar (47) O2014-5512
Referred [C.J.p. 84479] Transportation

Angeio's Quick Stop
6336 W Grand Ave
Sign
Graham (29) O2014-4465
Referred [C.J.p. 82725] Transportation
Passed [C.J.p. 83793]

**PUBLIC WAY USAGE**

Grants of Privilege

Ann & Robert H. Lurie Children's Hospital of Chicago
225 E Chicago Ave
Existing building projection
Reilly (42) O2014-5227
Referred [C.J.p. 84464] Transportation

Annoyance Productions
851-853 W Belmont Ave
Sign
Tunney (44) O2014-4812
Referred [C.J.p. 82751] Transportation
Passed [C.J.p. 83794]

Apartment Lounge, The
3806 W 47th St
Sign
Burke (14) O2014-4620
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83795]

Argo Tea
1 S Franklin St
Sign
Fioretti (2) O2014-4354
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83795]

Argo Tea
819 N Rush St
Sign
Reilly (42) O2014-4783
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83796]

Artemio's Bakery No. 2
1443 N Milwaukee Ave
Sign
Moreno (1) O2014-4278
Referred [C.J.p. 82691] Transportation
Passed [C.J.p. 83797]

**PUBLIC WAY USAGE**

Grants of Privilege

Ashland & Division Currency Exchange
1545 W Division St
Sign
Moreno (1) O2014-4284
Referred [C.J.p. 82691] Transportation
Passed [C.J.p. 83798]

Ashland & Van Buren
1600 W Van Buren St
Sign
Fioretti (2) O2014-4356
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83799]

Ashland Tire & Auto Clinic
3737 N Ashland Ave
Sign
Tunney (44) O2014-5615
Referred [C.J.p. 84474] Transportation

Athletic & Therapeutic Institute of Chicago at Beverly
9645 S Western Ave
Sign
O'Shea (19) O2014-5405
Referred [C.J.p. 84437] Transportation

Athletic & Therapeutic Institute of Midway LLC
5616 W 63rd St
Sign
Quinn (13) O2014-4598
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83799]

ATI Physical Therapy
4620 N Clark St
Sign
Pawar (47) O2014-4764
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83800]

Auditorium Park One LLC
65 E Congress Pkwy
Sign
Fioretti (2) O2014-5316
Referred [C.J.p. 84419] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Autozone No. 5247
2555 W Touhy Ave
Sign
Silverstein (50) O2014-4757
Referred [C.J.p. 82763] Transportation
Passed [C.J.p. 83801]

Azucar Bar & Grill
2647 N Kedzie Ave
Light fixture
Colón (35) O2014-5584
Referred [C.J.p. 84456] Transportation

B&A Supersub, Inc.
3943 W Roosevelt Rd
Sign
Chandler (24) O2014-5454
Referred [C.J.p. 84441] Transportation

Banco Popular of Illinois
1445 W Chicago Ave
Light fixture
Burnett (27) O2014-5479
Referred [C.J.p. 84444] Transportation

Banco Popular of Illinois
1445 W Chicago Ave
Sign
Burnett (27) O2014-5490
Referred [C.J.p. 84444] Transportation

Bank of America/LaSalle
515 N LaSalle Dr
Bollard
Reilly (42) O2014-4784
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83802]

Bar Toma
110 E Pearson St
Occupation of space
Reilly (42) O2014-4789
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83803]

**PUBLIC WAY USAGE**

Grants of Privilege

Barney's Pizza
5648 W Chicago Ave
Sign
Graham (29) O2014-4467
Referred [C.J.p. 82725] Transportation
Passed [C.J.p. 83803]

Baskin Robbins/Dunkin Donuts
3039 N Central Ave
Sign
Suarez (31) O2014-4494
Referred [C.J.p. 82727] Transportation
Passed [C.J.p. 83804]

Batter & Berries LLC
2748 N Lincoln Ave
Door swing
Waguespack (32) O2014-5550
Referred [C.J.p. 84451] Transportation

BBQ Patio
3256 S Ashland Ave
Sign
Balcer (11) O2014-5373
Referred [C.J.p. 84429] Transportation

Beef & Burger
4148 W Montrose Ave
Sign
Laurino (39) O2014-5591
Referred [C.J.p. 84459] Transportation

Bel-Port Food & Liquor, Inc.
1362 W Belmont Ave
Sign
Tunney (44) O2014-4814
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83805]

Bert's Car Wasln & Detail Center
461 N Elizabeth St
Sign
Burnett (27) O2014-4289
Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 83806]

**PUBLIC WAY USAGE**

Grants of Privilege

Bistrot Zinc
1131 N State St
Light fixture
Reilly (42) O2014-5231
Referred [C.J.p. 84464] Transportation

Black Rock Pub
3614 N Damen Ave
Sign
Pawar (47) O2014-5514
Referred [C.J.p. 84480] Transportation

Bluelight
3251 N Western Ave
Sign
Waguespack (32) O2014-4502
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83806]

Boker Investment Management, Inc.
660 N Rush St
Occupation of space
Reilly (42) O2014-4791
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83807]

Boost Mobile
4403 N Broadway
Banner
Cappleman (46) O2014-4802
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83808]

Boost Mobile
4403 N Broadway
Sign
Cappleman (46) O2014-4804
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83809]

Brasserie By LM
800 N Michigan Ave
Windscreen
Fioretti (2) O2014-4361
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83809]

**PUBLIC WAY USAGE**

Grants of Privilege

Bridgeview Bank Group
6366 S Archer Ave
Sign
Zalewski (23) O2014-5450
Referred [C.J.p. 84440] Transportation

Bristol Liquors, Inc.
5207 W Belmont Ave
Sign
Reboyras (30) O2014-4475
Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 83810]

Broadway Clark Building Corp.
4753 N Broadway
Vault
Osterman (48) O2014-5502
Referred [C.J.p. 84482] Transportation

Bryn Mawr Belle Shore LP
1062 W Bryn Mawr Ave
Grease trap
Osterman (48) O2014-4777
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 83811]

Bryn Mawr Sheridan
5556 N Sheridan Rd
Roof eave
Osterman (48) O2014-4779
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 83812]

Bucktown Food & Liquors
2422 W Fullerton Ave
Sign
Moreno (1) O2014-5225
Referred [C.J.p. 84416] Transportation

Cafe Colao
2638 W Division St
Windscreen
Maldonado (26) O2014-5473
Referred [C.J.p. 84443] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Cafe Con Leche
2710 N Milwaukee Ave
Windscreen
Colón (35) O2014-4601
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83814]

Cahan, Claire
2201 W 21st St
Step
Solis (25) O2014-5456
Referred [C.J.p. 84441] Transportation

Camper
540 N Michigan Ave
Sign
Reilly (42) O2014-4793
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83814]

Canadyality
3737 N Southport Ave
Sign
Tunney (44) O2014-5617
Referred [C.J.p. 84474] Transportation

Capital One 360
21 E Chestnut St
Facade
Reilly (42) O2014-4796
Referred [C.J.p. 82740] Transportation
Passed [C.J.p. 83815]

Cardinal Wine & Spirits
4905 N Lincoln Ave
Sign
O'Connor (40) O2014-5594
Referred [C.J.p. 84460] Transportation

CBA, Small Business Development, Inc.
306 E 75th St
Planter
Sawyer (6) O2014-5436
Referred [C.J.p. 84425] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

CBA, Small Business Development, Inc.
457 E 75th St
Planter
Sawyer (6) O2014-4551
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 83816]

CBA, Small Business Development, Inc.
511 E 75th St
Planter
Sawyer (6) O2014-4545
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 83817]

CBA, Small Business Development, Inc.
555 E 75th St
Planter
Sawyer (6) O2014-4543
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 83818]

CBA, Small Business Development, Inc.
611 E 75th St
Planter
Sawyer (6) O2014-4533
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 83819]

CBA, Small Business Development, Inc.
647 E 75th St
Planter
Sawyer (6) O2014-4558
Referred [C.J.p. 82700] Transportation
Passed [C.J.p. 83820]

Cell Com of Chicago, Inc.
1429 W 18th St
Sign
Solis (25) O2014-4754
Referred [C.J.p. 82716] Transportation
Passed [C.J.p. 83821]

Central Auto Care, Inc.
3011 N Central Ave
Sign
Suarez (31) O2014-5538
Referred [C.J.p. 84449] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Central Camera Co.
230 S Wabash Ave
Sign
Reilly (42) O2014-5234
Referred [C.J.p. 84464] Transportation

Central Milwaukee Currency Exchange, Inc.
5306 N Milwaukee Ave
Sign
Arena (45) O2014-4787
Referred [C.J.p. 82755] Transportation
Passed [C.J.p. 83821]

Century 21 Affiliated
5200 S Harper Ave
Sign
Burns (4) O2014-5408
Referred [C.J.p. 84423] Transportation

Charming Beauty
1021 W 79th St
Sign
Thomas (17) O2014-4729
Referred [C.J.p. 82709] Transportation
Passed [C.J.p. 83822]

Chicago Marriott Downtown
540 N Michigan Ave
Sign
Reilly (42) O2014-4795
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83823]

Chicago Michigan LLC
730 N Michigan Ave
Planter
Reilly (42) O2014-5237
Referred [C.J.p. 84464] Transportation

Chicago Park District
412 W Chicago Ave
Landscape
Burnett (27) O2014-4294
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83824]

**PUBLIC WAY USAGE**

Grants of Privilege

Chicago Park District
412 W Chicago Ave
Planter railing
Burnett (27) O2014-4302
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83824]

Chicago Park District
412 W Chicago Ave
Tree
Burnett (27) O2014-4308
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83825]

Chicago Park District
11505 S Western Ave
Occupation of Space
O'Shea (19) O2014-5407
Referred [C.J.p. 84437] Transportation

Chicago Soccer
4839 N Western Ave
Sign
Pawar (47) O2014-5516
Referred [C.J.p. 84480] Transportation

Christian Fellowship Flock
2435 W Division St
Sign
Maldonado (26) O2014-5474
Referred [C.J.p. 84443] Transportation

City Mart
750 W 79th St
Sign
Thomas (17) O2014-4730
Referred [C.J.p. 82709] Transportation
Passed [C.J.p. 83826]

City Sports On Michigan
11102-11106 S Michigan Ave
Sign
Beale (9) O2014-4560
Referred [C.J.p. 82702] Transportation
Passed [C.J.p. 83827]

**PUBLIC WAY USAGE**

Grants of Privilege

Clinton Lake LLC
211 S Clinton St
Banner
Reilly (42) O2014-5239
Referred [C.J.p. 84465] Transportation

Columbia College of Chicago
1600 S State St
Bicycle Rack
Burns (4) O2014-5413
Referred [C.J.p. 84423] Transportation

Congress Plaza Hotel
520 S Michigan Ave
Security camera
Fioretti (2) O2014-5318
Referred [C.J.p. 84419] Transportation

Contemporaine Condo Assn., The
516 N Wells St
Balcony
Reilly (42) O2014-5253
Referred [C.J.p. 84465] Transportation

Contemporaine Condo Assn., The
516 N Wells St
Grease basin
Reilly (42) O2014-5261
Referred [C.J.p. 84465] Transportation

Cosmo Superstore, Inc.
6250 S Cottage Grove Ave
Fence
Cochran (20) O2014-4741
Referred [C.J.p. 82713] Transportation
Passed [C.J.p. 83828]

Courtyard by Marriott Chicago
165 E Ontario St
Decorative ornament
Reilly (42) O2014-4799
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83828]

**PUBLIC WAY USAGE**

Grants of Privilege

Cross Town Auto Park
320-340 S Wabash Ave
Sign
Fioretti (2) O2014-5320
Referred [C.J.p. 84419] Transportation

Cunneen's Pub
1424 W Devon Ave
Sign
Moore (49) O2014-5492
Referred [C.J.p. 84483] Transportation

Daffodils
1935 W Armitage Ave
Sign
Waguespack (32) O2014-5551
Referred [C.J.p. 84451] Transportation

Daily Parking, Inc.
410 S Wabash Ave
Sign
Fioretti (2) O2014-4364
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83829]

Damen 4 Management of Illinois LLC
338 E Ohio St
Sign
Reilly (42) O2014-5264
Referred [C.J.p. 84465] Transportation

De Cero
812-816 W Randolph St
Windscreen
Burnett (27) O2014-4313
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83830]

Dearborn Food Mart
3509 N Halsted St
Sign
Cappleman (46) O2014-4805
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83831]

**PUBLIC WAY USAGE**

Grants of Privilege

Declan's Irish Pub
1240 N Wells St
Step-amend
Smith (43) O2014-5111
Referred [C.J.p. 84473] Transportation

Delta Animal
2105 W Chicago Ave
Sign
Moreno (1) O2014-4298
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83832]

Dick's Sporting Goods
1100 S Canal St
Sign
Solis (25) O2014-5457
Referred [C.J.p. 84441] Transportation

Digital Green Sign
2025 S Western Ave
Sign
Solis (25) O2014-4756
Referred [C.J.p. 82716] Transportation
Passed [C.J.p. 83832]

Discovery Clothing Co.
4723 N Pulaski Rd
Sign
Laurino (39) O2014-5592
Referred [C.J.p. 84459] Transportation

Diversey Dental Center Ltd.
5300 W Diversey Ave
Sign
Suarez (31) O2014-5540
Referred [C.J.p. 84449] Transportation

Dolex Dollar Express, Inc.
1838 W 47th St
Sign
Cochran (20) O2014-4743
Referred [C.J.p. 82713] Transportation
Passed [C.J.p. 83833]

**PUBLIC WAY USAGE**

Grants of Privilege

Domestic Linen Supply Co., Inc.
4131 N Ravenswood Ave
Sign
Pawar (47) O2014-4765
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83834]

Dr. Cell
3413 W Belmont Ave
Banner
Colón (35) O2014-5585
Referred [C.J.p. 84456] Transportation

DRI/CA Old Colony LLC c/o Campus Acquisitions LLC
407 S Dearborn St
Grease basin
Fioretti (2) O2014-5343
Referred [C.J.p. 84419] Transportation

DRI/CA Old Colony LLC c/o Campus Aquisitions LLC
407 S Dearborn St
Foundation support
Fioretti (2) O2014-5337
Referred [C.J.p. 84419] Transportation

DRI/CA Old Colony LLC c/o Campus Aquisitions LLC
407 S Dearborn St
Vault
Fioretti (2) O2014-5350
Referred [C.J.p. 84419] Transportation

DSO Properties LLC
3252-3254 S Morgan St
Bay window
Balcer (11) O2014-4569
Referred [C.J.p. 82704] Transportation
Passed [C.J.p. 83835]

DSO Properties LLC
3252-3254 S Morgan St
Fire escape
Balcer (11) O2014-4585
Referred [C.J.p. 82704] Transportation
Passed [C.J.p. 83835]

**PUBLIC WAY USAGE**

Grants of Privilege

Dunkin Donuts
5615 S Harlem Ave
Landscaping
Zalewski (23) O2014-4748
Referred [C.J.p. 82714] Transportation
Passed [C.J.p. 83836]

East Bank Club
500 N Kingsbury St
Light fixture
Reilly (42) O2014-4801
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83837]

East Bank Club
500 N Kingsbury St
Security camera
Reilly (42) O2014-4803
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83838]

Eataly
43 E Ohio St
Sign
Reilly (42) O2014-4807
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83839]

El Jerezano Restaurant
5037-5039 W Diversey Ave
Sign
Suarez (31) O2014-5542
Referred [C.J.p. 84449] Transportation

El Original Chavas Tacos, Inc.
2333 W Grand Ave
Sign
Maldonado (26) O2014-5476
Referred [C.J.p. 84443] Transportation

Elston Ace Hardware, Inc.
2825 W Belmont Ave
Building projection
Mell (33) O2014-4568
Referred [C.J.p. 82732] Transportation
Passed [C.J.p. 83839]

**PUBLIC WAY USAGE**

Grants of Privilege

EM Lounge
4247 W Armitage Ave
Sign
Reboyras (30) O2014-4478
Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 83840]

Empire Cooler Service, Inc.
940 W Chicago Ave
Burnett (27) O2014-4315
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83841]

Equity Office Properties Management Corp.
2 N Riverside Plz
Vault
Reilly (42) O2014-4809
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83842]

Exedus II
3477 N Clark St
Sign
Tunney (44) O2014-4788
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83843]

Express Food Mart & Cellular
11058 S Wentworth Ave
Sign
Austin (34) O2014-4588
Referred [C.J.p. 82733] Transportation
Passed [C.J.p. 83844]

Eye See Ravenswood, P.C.
4735 N Damen Ave
Banner
Pawar (47) O2014-5520
Referred [C.J.p. 84480] Transportation

Ezzard Charles Nursery
7949 S Ashland Ave
Sign
Brookins (21) O2014-5425
Referred [C.J.p. 84438] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Family Coin Laundry, Inc.
2145 W Cermak Rd
Sign
Solis (25) O2014-5459
Referred [C.J.p. 84441] Transportation

Fifth Third Bank
3601 N Broadway
Sign
Cappleman (46) O2014-4806
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83845]

Finley Mahony's
3701 N Broadway
Light fixture
Cappleman (46) O2014-5634
Referred [C.J.p. 84478] Transportation

Foremost Liquor Center
5301 N Milwaukee Ave
Sign
Arena (45) O2014-4790
Referred [C.J.p. 82755] Transportation
Passed [C.J.p. 83846]

Four Season Barber Shop
1744 W 79th St
Sign
Thomas (17) O2014-5390
Referred [C.J.p. 84435] Transportation

Foursided
2938 N Broadway
Sign
Tunney (44) O2014-5618
Referred [C.J.p. 84474] Transportation

Franks Food & Liquor
2501 S Pulaski Rd
Sign
Munoz (22) O2014-5445
Referred [C.J.p. 84439] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Fullerton Hotel
3919 W Fullerton Ave
Sign
Colón (35) O2014-4602
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83846]

Fullwest BP Gas & Subway
2357 W Fullerton Ave
Sign
Waguespack (32) O2014-5553
Referred [C.J.p. 84451] Transportation

Gibsons LLC
1027 N State St
Balcony
Reilly (42) O2014-4811
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83847]

Gibsons Steak House
1028 N Rush St
Security camera
Reilly (42) O2014-5269
Referred [C.J.p. 84465] Transportation

GLL Properties 444 North Michigan L.P.
444 N Michigan Ave
Occupation of space
Reilly (42) O2014-4813
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83848]

Go Smart
4425 N Broadway
Sign
Cappleman (46) O2014-5635
Referred [C.J.p. 84479] Transportation

Go Smart
9200 S Commercial Ave
Sign
Pope (10) O2014-5472
Referred [C.J.p. 84428] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Gold Star Bar, Inc.
1755 W Division St
Sign
Moreno (1) O2014-4299
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83849]

Goose Island Shrimp House, Inc.
1013 W Division St
Sign
Waguespack (32) O2014-4504
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83850]

Grand Plaza Owner LLC
540 N State St
Sign
Reilly (42) O2014-5270
Referred [C.J.p. 84465] Transportation

Grayland Station
5514 W Devon Ave
Sign
O'Connor (41) O2014-5597
Referred [C.J.p. 84463] Transportation

Great Clips
2506 N Clark St
Sign
Smith (43) O2014-4655
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 83850]

Growers Outlet Co., Inc.
7757 S Western Ave
Occupation of Space
Lane (18) O2014-5398
Referred [C.J.p. 84436] Transportation

H&W Dental
9612 S Halsted St
Sign
Brookins (21) O2014-4745
Referred [C.J.p. 82713] Transportation
Passed [C.J.p. 83851]

**PUBLIC WAY USAGE**

Grants of Privilege

Hair Loft, The
217 W Huron St
Banner
Reilly (42) O2014-5272
Referred [C.J.p. 84466] Transportation

Half Acre Beer Company
4257 N Lincoln Ave
Sign
Pawar (47) O2014-4767
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83852]

Hangge-Uppe, Inc., The
14 W Elm St
Sign
Reilly (42) O2014-5285
Referred [C.J.p. 84466] Transportation

Hank's Party Store, Inc.
5029 N Western Ave
Sign
Pawar (47) O2014-5522
Referred [C.J.p. 84480] Transportation

Hard Rock Hotel
230 N Michigan Ave
Sign
Reilly (42) O2014-5292
Referred [C.J.p. 84466] Transportation

Harold's Chicken Shack
7310 S Halsted St
Sign
Thomas (17) O2014-5394
Referred [C.J.p. 84436] Transportation

Hershey's Chocolate World Attraction-Chicago
822 N Michigan Ave
Light fixture
Reilly (42) O2014-5298
Referred [C.J.p. 84466] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Hollywood Grill
1601 W North Ave
Sign
Moreno (1) O2014-4301
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83854]

Horween Leather Co.
2015-2021 N Elston Ave
Shed
Waguespack (32) O2014-4506
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83854]

Hotel Allegro
171 W Randolph St
Earth retention system
Reilly (42) O2014-4815
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83855]

Hotel Allegro
171 W Randolph St
Flagpole
Reilly (42) O2014-4818
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83856]

Hotel Allegro
171 W Randolph St
Vault
Reilly (42) O2014-4819
Referred [C.J.p. 82741] Transportation
Passed [C.J.p. 83857]

Howard Auto Sales, Inc.
2857 W Howard St
Sign
Silverstein (50) O2014-5478
Referred [C.J.p. 84485] Transportation

Hugo's Frog Bar
1024 N Rush St
Balcony
Reilly (42) O2014-4822
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83858]

**PUBLIC WAY USAGE**

Grants of Privilege

Hyatt Place
28 N Franklin St
Door swing
Reilly (42) O2014-4824
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83858]

Hyde Park Food and Liquor
126 E 51st St
Sign
Dowell (3) O2014-5577
Referred [C.J.p. 84422] Transportation

Hyde Park Self Storage, Inc.
5147 S Cottage Grove Ave
Sign
Burns (4) O2014-5416
Referred [C.J.p. 84423] Transportation

IA Lodging Chicago Wabash LLC
225 N Wabash Ave
Bay window
Reilly (42) O2014-5303
Referred [C.J.p. 84466] Transportation

IA Lodging Chicago Wabash LLC
225 N Wabash Ave
Light fixture
Reilly (42) O2014-5308
Referred [C.J.p. 84466] Transportation

IA Lodging Chicago Wabash LLC
225 N Wabash Ave
Vault
Reilly (42) O2014-5309
Referred [C.J.p. 84466] Transportation

Indian Garden Restaurant, The
247 E Ontario St
Light fixture
Reilly (42) O2014-5312
Referred [C.J.p. 84466] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Indie Cafe
5951-5953 N Broadway
Light fixture
Osterman (48) O2014-4780
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 83859]

Industrious
320 W Ohio St
Banner
Reilly (42) O2014-5314
Referred [C.J.p. 84466] Transportation

Inn Zone Carwash
2310 W 79th St
Sign
Lane (18) O2014-5401
Referred [C.J.p. 84436] Transportation

Inn, The
409 E 71st St
Sign
Sawyer (6) O2014-5443
Referred [C.J.p. 84425] Transportation

Inter Capital Realty Corp.
307 N Michigan Ave
Light fixture
Reilly (42) O2014-5317
Referred [C.J.p. 84466] Transportation

Intercontinental Hotel Chicago
505 N Michigan Ave
Planter
Reilly (42) O2014-5321
Referred [C.J.p. 84466] Transportation

Interpark
181 N Clark St
Sign
Reilly (42) O2014-5346
Referred [C.J.p. 84467] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Interpark
10 E Grand Ave
Sign
Reilly (42) O2014-5339
Referred [C.J.p. 84467] Transportation

Interpark
203 N LaSalle St
Sign
Reilly (42) O2014-5348
Referred [C.J.p. 84467] Transportation

Interpark
345 N LaSalle St
Sign
Reilly (42) O2014-5353
Referred [C.J.p. 84467] Transportation

Interpark
50 E Ohio St
Sign
Reilly (42) O2014-5345
Referred [C.J.p. 84467] Transportation

Interpark
330 E Ohio St
Sign
Reilly (42) O2014-5352
Referred [C.J.p. 84467] Transportation

Interpark
437 N Orleans St
Sign
Reilly (42) O2014-5355
Referred [C.J.p. 84467] Transportation

Interpark
20 E Randolph St
Sign
Reilly (42) O2014-5342
Referred [C.J.p. 84467] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Interpark
200 W Randolph St
Sign-amend
Reilly (42) O2014-4474
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83971]

Interpark
224 W Randolph St
Sign
Reilly (42) O2014-5351
Referred [C.J.p. 84467] Transportation

Interpark
230 W Washington St
Banner
Reilly (42) O2014-5335
Referred [C.J.p. 84467] Transportation

Irving-Cicero Currency Exchange, Inc.
4814 W Irving Park Rd
Sign
Arena (45) O2014-4792
Referred [C.J.p. 82755] Transportation
Passed [C.J.p. 83860]

Ivory Clearners
3857 W Roosevelt Rd
Sign
Chandler (24) O2014-4751
Referred [C.J.p. 82715] Transportation
Passed [C.J.p. 83861]

J and P Finer Foods
3501 W Montrose Ave
Sign
Colón (35) O2014-5586
Referred [C.J.p. 84456] Transportation

Jackson Junge Gallery
1389 N Milwaukee Ave
Light fixture
Moreno (1) O2014-5249
Referred [C.J.p. 84416] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Jadwiga Florist
5229 W Belmont Ave
Sign
Suarez (31) O2014-5544
Referred [C.J.p. 84449] Transportation

Jaks Tap
901 W Jackson Blvd
Sign
Fioretti (2) O2014-4365
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83861]

Jesus Estrella
2259 S Whipple St
Staircase
Cardenas (12) O2014-4590
Referred [C.J.p. 82705] Transportation
Passed [C.J.p. 83842]

Jin's Cleaners
1816 W Division St
Sign
Moreno (1) O2014-5252
Referred [C.J.p. 84416] Transportation

John Marshall Law School, The
315 S Plymouth Ct
Vault
Fioretti (2) O2014-5377
Referred [C.J.p. 84420] Transportation

John's Liquor & Deli
3086 N Milwaukee Ave
Sign
Reboyras (30) O2014-5521
Referred [C.J.p. 84448] Transportation

Joint Management Co., Inc.
750 N Franklin St
Light fixture
Reilly (42) O2014-5356
Referred [C.J.p. 84467] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Joy Auto Corp.
10001 S Halsted St
Sign
Austin (34) O2014-5581
Referred [C.J.p. 84455] Transportation

Julius Meinl
4363 N Lincoln Ave
Sign
Pawar (47) O2014-4768
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83862]

K Food & Liquor
1156 W 63rd St
Sign
Thompson (16) O2014-5387
Referred [C.J.p. 84435] Transportation

K.R.K. International Corporation
6401 N Campbell Ave
Sign
Silverstein (50) O2014-4760
Referred [C.J.p. 82764] Transportation
Passed [C.J.p. 83863]

Kaiser Tiger
1415 W Randolph St
Light fixture
Burnett (27) O2014-4317
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83864]

Kedzie & Lawrence Currency Exchange
4752 N Kedzie Ave
Sign
Mell (33) O2014-5578
Referred [C.J.p. 84454] Transportation

Kedzie Elston C.E.,
3510 N Kedzie Ave
Sign
Colón (35) O2014-4608
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83865]

**PUBLIC WAY USAGE**

Grants of Privilege

KHRG Allegro LLC
161 W Randolph St
Sign
Reilly (42) O2014-4825
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83766]

King Food & Liquor
6759 S Western Ave
Sign
Thomas (17) O2014-4732
Referred [C.J.p. 82709] Transportation
Passed [C.J.p. 83867]

Kingston Reflexology LLC
4034 N Milwaukee Ave
Sign
Arena (45) O2014-4794
Referred [C.J.p. 82756] Transportation
Passed [C.J.p. 83867]

Kriser's Feeding Pets for Life LLC
1103 S State St
Sign
Fioretti (2) O2014-5379
Referred [C.J.p. 84420] Transportation

Krystyna's Flowers, Inc.
5534 W Belmont Ave
Sign
Reboyras (30) O2014-5524
Referred [C.J.p. 84448] Transportation

L' Patron
2815 W Diversey Ave
Windscreen
Colón (35) O2014-4615
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83868]

L' Patron
2817 W Diversey Ave
Windscreen
Colón (35) O2014-4618
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 83869]

**PUBLIC WAY USAGE**

Grants of Privilege

La Azteca Paleteria
3018 W Cermak Rd
Sign
Chandler (24) O2014-4752
Referred [C.J.p. 82715] Transportation
Passed [C.J.p. 83870]

La Canasta Bakery, Inc.
3575 W Armitage Ave
Fire shutter
Maldonado (26) O2014-4769
Referred [C.J.p. 82719] Transportation
Passed [C.J.p. 83870]

Lakeview Ace Hardware, Inc.
3921 N Sheridan Rd
Sign
Tunney (44) O2014-4816
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83871]

Language Stars LLC
4846 N Clark St
Sign
Cappleman (46) O2014-4808
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83872]

Las Vegas Nite Club, Inc.
3702 W Armitage Ave
Light fixture
Maldonado (26) O2014-5483
Referred [C.J.p. 84443] Transportation

Las Vegas Nite Club, Inc.
3702 W Armitage Ave
Security camera
Maldonado (26) O2014-5606
Referred [C.J.p. 84443] Transportation

Legacy Parking Co. LLC
201 E Illinois St
Sign
Reilly (42) O2014-5357
Referred [C.J.p. 84468] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Lehigh Dental Care
6420 N Lehigh Ave
Sign
O'Connor (41) O2014-4778
Referred [C.J.p. 82739] Transportation
Passed [C.J.p. 83873]

Leona's Pizzeria
3215 N Sheffield Ave
Light fixture
Tunney (44) O2014-5619
Referred [C.J.p. 84475] Transportation

Leona's Pizzeria
3215 N Sheffield Ave
Sign
Tunney (44) O2014-5621
Referred [C.J.p. 84475] Transportation

Lickity Split FC & S2 LLC
7000 N Western Ave
Light fixture
Silverstein (50) O2014-5481
Referred [C.J.p. 84485] Transportation

Life Changers International Church
1337 W 15th St
Bay window
Solis (25) O2014-5461
Referred [C.J.p. 84441] Transportation

Life Storage Centers - West Loop LLC
310 S Racine Ave
Sign
Fioretti (2) O2014-5382
Referred [C.J.p. 84420] Transportation

Lincoln Antique Mall
3115 W Irving Park Rd
Sign
Mell (33) O2014-4571
Referred [C.J.p. 82732] Transportation
Passed [C.J.p. 83874]

**PUBLIC WAY USAGE**

Grants of Privilege

Lincoln Park Chamber of Commerce
2662 N Clark St
Sculpture
Smith (43) O2014-5602
Referred [C.J.p. 84472] Transportation

Lock Up Storage Centers, The
1930 N Clybourn Ave
Sign
Waguespack (32) O2014-5556
Referred [C.J.p. 84451] Transportation

Lou Malnati's Pizzeria
1235 W Randolph St
Door screen
Burnett (27) O2014-4320
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83874]

Lowell, George
1423 W Belmont Ave
Sign
Waguespack (32) O2014-5555
Referred [C.J.p. 84451] Transportation

M&S Food Market, Inc.
5615 W Madison St
Sign
Graham (29) O2014-5517
Referred [C.J.p. 84446] Transportation

Macy's Retail Holdings, Inc.
111 N State St
Ornamental entrance
Reilly (42) O2014-4826
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83875]

Madison LaSalle Partners LLC
10 S LaSalle St
Cornice
Reilly (42) O2014-4827
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83876]

**PUBLIC WAY USAGE**

Grants of Privilege

Madison Street Gold Exchange, Inc.
5134 W Madison St
Sign
Ervin (28) O2014-4322
Referred [C.J.p. 82724] Transportation
Passed [C.J.p. 83877]

Maggiano's Little Italy
516 N Clark St
Light fixture
Reilly (42) O2014-4828
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83878]

Maggiano's Little Italy
516 N Clark St
Park bench
Reilly (42) O2014-4831
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83879]

Maggiano's Little Italy
516 N Clark St
Sign
Reilly (42) O2014-4833
Referred [C.J.p. 82742] Transportation
Passed [C.J.p. 83879]

Magic Johnson Bridgescape Academy
10928 S Halsted St
Sign
Austin (34) O2014-4595
Referred [C.J.p. 82733] Transportation
Passed [C.J.p. 83880]

Mariano's No. 8522
5201 N Sheridan Rd
Sign
Osterman (48) O2014-4782
Referred [C.J.p. 82761] Transportation
Passed [C.J.p. 83881]

**PUBLIC WAY USAGE**

Grants of Privilege

Mariano's No. 8527 Ukranian Village
2021 W Chicago Ave
Sign
Moreno (1) O2014-4309
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83882]

Martyrs
3855 N Lincoln Ave
Sign-amend
Pawar (47) O2014-5647
Referred [C.J.p. 84481] Transportation

MAS
800 W Washington Blvd
Sign
Burnett (27) O2014-5494
Referred [C.J.p. 84444] Transportation

MB Financial Bank
3228 N Broadway
Sign
Tunney (44) O2014-5622
Referred [C.J.p. 84475] Transportation

MB Financial Bank
33 W Huron St
Sign
Reilly (42) O2014-4836
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83883]

McDonald's
203 N LaSalle St
Sign
Reilly (42) O2014-5367
Referred [C.J.p. 84468] Transportation

Mexico Sons lVluffler & Brakes
5700 S Western Ave
Sign
Thompson (16) O2014-4725
Referred [C.J.p. 82707] Transportation
Passed [C.J.p. 83883]

**PUBLIC WAY USAGE**

Grants of Privilege

Michael & Michael Hair
365 W Chicora Ave
Planter
Reilly (42) O2014-5368
Referred [C.J.p. 84468] Transportation

Michalik Funeral Home
1056 W Chicago Ave
Sign
Burnett (27) O2014-4332
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83884]

Midas Auto Service Experts
10200 S Western Ave
Sign
O'Shea (19) O2014-5410
Referred [C.J.p. 84437] Transportation

Midwest Health Center LLC
1244 N Milwaukee Ave
Sign
Moreno (1) O2014-5260
Referred [C.J.p. 84417] Transportation

Milito's Mobil
1106-1112 W Fullerton Ave
Sign
Smith (43) O2014-5603
Referred [C.J.p. 84472] Transportation

Millennium Trolley Tours LLC
30 N Michigan Ave
Booth
Reilly (42) O2014-4838
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83885] SO2014-5756

Millennium Trolley Tours LLC
633 E Pearson St
Booth-amend
Reilly (42) O2014-5140
Referred [C.J.p. 84470] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Millennium Trolley Tours LLC
112 E Wacker Dr
Booth-amend
Reilly (42) O2014-5143
Referred [C.J.p. 84470] Transportation

Millennium Trolly Tours LLC
200 S Michigan Ave
Booth-amend
Reilly (42) O2014-5135
Referred [C.J.p. 84470] Transportation

MK Construction & Builders
2000 N Milwaukee Ave
Sign
Moreno (1) O2014-5257
Referred [C.J.p. 84417] Transportation

Mona Buechler
1418 W Howard St
Security camera
Moore (49) O2014-5496
Referred [C.J.p. 84483] Transportation

Monterrey Security Consultants, Inc.
2232 S Blue Island Ave
Sign
Solis (25) O2014-4758
Referred [C.J.p. 82716] Transportation
Passed [C.J.p. 83886]

Moran Body Shop
5243 S Archer Ave
Sign
Zalewski (23) O2014-4749
Referred [C.J.p. 82714] Transportation
Passed [C.J.p. 83886]

Morland Coin Laundry
1522 W Morse Ave
Sign
Moore (49) O2014-4755
Referred [C.J.p. 82763] Transportation
Passed [C.J.p. 83887]

**PUBLIC WAY USAGE**

Grants of Privilege

Motor Row Lofts at 2301-2315 South Michigan Avenue Condo Assn.
2301-2315 S Michigan Ave, Bryn Mawr Ave
Balcony
Fioretti (2) O2014-5389
Referred [C.J.p. 84420] Transportation

Mr. Clarence L. Burch
1251 N Clybourn Ave
Fire escape
Burnett (27) O2014-4335
Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 83813]

Mrs. Murphy and Sons Irish Bistro
3905 N Lincoln Ave
Sign
Pawar (47) O2014-4770
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83888]

My Wireless Store
4751 W North Ave
Sign
Mitts (37) O2014-4622
Referred [C.J.p. 82736] Transportation
Passed [C.J.p. 83889]

National Rubber Stamp Co, Inc.
1704 W Belmont Ave
Sign
Waguespack (32) O2014-5557
Referred [C.J.p. 84451] Transportation

Nayab Mart
2449 W Devon Ave
Sign
Silverstein (50) O2014-5482
Referred [C.J.p. 84486] Transportation

Neil Kauffman
1944 W Chicago Ave
Sign
Waguespack (32) O2014-4507
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83864]

**PUBLIC WAY USAGE**

Grants of Privilege

New Balance Chicago
2369 N Clark St
Sign
Smith (43) O2014-4656
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 83890]

New Chicago Restaurant
5100 N Western Ave
Sign
O'Connor (40) O2014-4772
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 83890]

New Devon Video
6405 N Oakley Ave
Sign
Silverstein (50) O2014-4762
Referred [C.J.p. 82764] Transportation
Passed [C.J.p. 83891]

New Lincoln Addison Currency Exchange, Inc.
1812 W Addison St
Sign
Pawar (47) O2014-5525
Referred [C.J.p. 84480] Transportation

Night Ministry, The
1110 N Noble St
Planter
Burnett (27) O2014-5497
Referred [C.J.p. 84444] Transportation

NIU
322 E Illinois St
Sign
Reilly (42) O2014-5369
Referred [C.J.p. 84468] Transportation

NM Project Company LLC
118 E Erie St
Column-amend
Reilly (42) O2014-4304
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83972]

**PUBLIC WAY USAGE**

Grants of Privilege

Noodles & Company No. 673
1100 S Canal St
Sign
Solis (25) O2014-5464
Referred [C.J.p. 84442] Transportation

Nordstrom Rack
24 N State St
Light fixture
Reilly (42) O2014-5370
Referred [C.J.p. 84468] Transportation

Norford Hotel, Inc. SRO
1508 N Pulaski Rd
Light fixture
Reboyras (30) O2014-5527
Referred [C.J.p. 84448] Transportation

North Center Animal Hospital, Inc.
1808 W Addison St
Sign
Pawar (47) O2014-5526
Referred [C.J.p. 84480] Transportation

North Community Bank
1401 W Belmont Ave
Sign
Waguespack (32) O2014-4510
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83892]

North Park University
5137 N Albany Ave
Occupation space
Mell (33) O2014-4575
Referred [C.J.p. 82732] Transportation
Passed [C.J.p. 83893]

North River Commission
3365 W Lawrence Ave
Kiosk
Mell (33) O2014-4583
Referred [C.J.p. 82732] Transportation
Passed [C.J.p. 83893]

**PUBLIC WAY USAGE**

Grants of Privilege

Northwestern University/Chicago Campus
321 E Erie St
Caisson
Reilly (42) O2014-4878
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83894]

Northwestern University/Chicago Campus
321 E Erie St
Sheeting
Reilly (42) O2014-4841
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83895]

Northwestern University/Chicago Campus
321 E Erie St
Tree grate
Reilly (42) O2014-4844
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83996]

O'Donnell Investment Co.
150 N Riverside Plz
Caisson
Reilly (42) O2014-5372
Referred [C.J.p. 84468] Transportation

O'Donnell Investment Co.
150 N Riverside Plz
Catch basin
Reilly (42) O2014-5376
Referred [C.J.p. 84468] Transportation

O'Donnell Investment Co.
150 N Riverside Plz
Occupation of space
Reilly (42) O2014-5374
Referred [C.J.p. 84468] Transportation

O'Donnell Investment Co.
150 N Riverside Plz
Sanitary sewer storm line
Reilly (42) O2014-5386
Referred [C.J.p. 84468] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

O'Donnell Investment Co.
150 N Riverside Plz
Sheeting
Reilly (42) O2014-5388
Referred [C.J.p. 84468] Transportation

O'Donnell Investment Co.
150 N Riverside Plz
Water vault
Reilly (42) O2014-5391
Referred [C.J.p. 84468] Transportation

Ogden, Tlie
1659 W Ogden Ave
Sign
Ervin (28) O2014-4371
Referred [C.J.p. 82724] Transportation
Passed [C.J.p. 83897]

O'Hare Plaza II LLC
8725-8755 W Higgins Ave
Kiosk
O'Connor (41) O2014-5599
Referred [C.J.p. 84463] Transportation

O'Malley's Liquor Kitchen
3551 N Sheffield Ave
Sign
Tunney (44) O2014-4820
Referred [C.J.p. 82752] Transportation
Passed [C.J.p. 83897]

One Financial Place Property LLC
440 S LaSalle St
Terrace overhang
Burns (4) O2014-5419
Referred [C.J.p. 84423] Transportation

Optima, Inc.
214-236 E Illinois St
Caisson
Reilly (42) O2014-4839
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83898]

**PUBLIC WAY USAGE**

Grants of Privilege

Original Hair Designers, The
134 N Wells St
Sign
Reilly (42) O2014-4869
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83900]

P S Bangkok Restaurant, Inc
3345 N Clark St
Sign
Tunney (44) O2014-5623
Referred [C.J.p. 84475] Transportation

Paramount Lofts
1645 W Ogden Ave
Grease separator
Fioretti (2) O2014-4390
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83901]

Paramount Lofts Condo Assn.
1645 W Ogden Ave
Balcony
Fioretti (2) O2014-4373
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83901]

Parkside
3920 W Diversey Ave
Sign
Reboyras (30) O2014-5528
Referred [C.J.p. 84448] Transportation

Patio Gas
6260-6262 N Clark St
Sign
O'Connor (40) O2014-5596
Referred [C.J.p. 84461] Transportation

Patsy's Place
2825 N Lincoln Ave
Light fixture
Waguespack (32) O2014-5558
Referred [C.J.p. 84451] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Paula & Monica's Pizzeria
1518 W Chicago Ave
Light fixture
Moreno (1) O2014-5262
Referred [C.J.p. 84417] Transportation

Pearl Beauty
6120 N Pulaski Rd
Sign
Laurino (39) O2014-4634
Referred [C.J.p. 82737] Transportation
Passed [C.J.p. 83902]

Pepe's Mexican Restaurant
2014 E 87th St
Sign
Harris (8) O2014-5462
Referred [C.J.p. 84426] Transportation

Perrenial Virant
1800 N Lincoln Ave
Trash container
Smith (43) O2014-5605
Referred [C.J.p. 84472] Transportation

Pet Supplies Plus
3640 N Elston Ave
Sign
Colón (35) O2014-5587
Referred [C.J.p. 84456] Transportation

Pet Supplies Plus
1289 N Milwaukee Ave
Sign
Moreno (1) O2014-4310
Referred [C.J.p. 82692] Transportation
Passed [C.J.p. 83903]

Petco
611 W Roosevelt Rd
Sign
Fioretti (2) O2014-4396
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83904]

**PUBLIC WAY USAGE**

Grants of Privilege

Piano Factory Townhouse Condo Assn.
2501 N Wayne Ave
Lawn sprinkler system
Waguespack (32) O2014-5559
Referred [C.J.p. 84451] Transportation

Picante's Authentaco
1141 N Ashland Ave
Light fixture
Moreno (1) O2014-4314
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 83905]

Ping Pong
3322 N Broadway
Sign
Tunney (44) O2014-5624
Referred [C.J.p. 84475] Transportation

Plymouth Court Garage Co.
711 S Plymouth Ct
Sign
Fioretti (2) O2014-5397
Referred [C.J.p. 84420] Transportation

Podlasie
2918 N Central Park Ave
Sign
Reboyras (30) O2014-4480
Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 83905]

Polk & Western, Inc.
749 S Western Ave
Fire shutter
Ervin (28) O2014-4380
Referred [C.J.p. 82724] Transportation
Passed [C.J.p. 83906]

Prairie Material
835 N Peoria St
Occupation of space
Burnett (27) O2014-4383
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83907]

**PUBLIC WAY USAGE**

Grants of Privilege

Pride Sushi and Thai
2706 W Peterson Ave
Sign
Silverstein (50) O2014-4763
Referred [C.J.p. 82764] Transportation
Passed [C.J.p. 83908]

Prost
2566-2568 N Lincoln Ave
Sign
Smith (43) O2014-5607
Referred [C.J.p. 84472] Transportation

PS Orangeco, Inc., No. 28401
4220 W 47th St
Sign
Burke (14) O2014-4627
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83909]

Public Storage
1129 N Wells St
Sign
Smith (43) O2014-4657
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 83909]

R&J Auto Repair and Body Shop
1325 W Lake St
Sign
Burnett (27) O2014-5500
Referred [C.J.p. 84444] Transportation

Ray Buick, Inc.
5011 W 63rd St
Sign
Quinn (13) O2014-4603
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83910]

Real Drugs, Inc.
1530 W Chicago Ave
Sign
Moreno (1) O2014-4318
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 83911]

**PUBLIC WAY USAGE**

Grants of Privilege

Reckless Records
1532 N Milwaukee Ave
Light fixture
Moreno (1) O2014-4327
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 83912]

Reckless Records
1532 N Milwaukee Ave
Sign
Moreno (1) O2014-4321
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 83912]

Red Lion Lincoln Square, The
4749-4753 N Rockwell Ave
Park bench
Pawar (47) O2014-5529
Referred [C.J.p. 84480] Transportation

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Balcony-amend
Reilly (42) O2014-4415
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83972]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Building projection-amend
Reilly (42) O2014-4394
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83972]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Cornice-amend
Reilly (42) O2014-4402
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83973]

**PUBLIC WAY USAGE**

Grants of Privilege

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Elevator-amend
Reilly (42) O2014-4445
Referred [C.J.p. 82746] Transportation
Passed [C.J.p. 83973]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Exterior mount-amend
Reilly (42) O2014-4410
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83973]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Facade-amend
Reilly (42) O2014-4425
Referred [C.J.p. 82746] Transportation
Passed [C.J.p. 83974]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Sculpture-amend
Reilly (42) O2014-4386
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83974]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Sheeting-amend
Reilly (42) O2014-4441
Referred [C.J.p. 82746] Transportation
Passed [C.J.p. 83974]

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Stone coping-amend
Reilly (42) O2014-4381
Referred [C.J.p. 82746] Transportation
Passed [C.J.p. 83975]

**PUBLIC WAY USAGE**

Grants of Privilege

Residences Condominium on the Magnificent Mile Condo Assn., The
118 E Erie St
Vault-amend
Reilly (42) O2014-4470
Referred [C.J.p. 82746] Transportation
Passed [C.J.p. 83975]

Residences Condominium on the Magnificent Mile, The
118 E Erie St
Arch-amend
Reilly (42) O2014-4372
Referred [C.J.p. 82745] Transportation
Passed [C.J.p. 83971]

Restaurante Alanis Ltd.
153 W 26th St
Security camera
Munoz (22) O2014-4746
Referred [C.J.p. 82713] Transportation
Passed [C.J.p. 83913]

Reverie
414 N Orleans St
Sign
Reilly (42) O2014-5393
Referred [C.J.p. 84468] Transportation

Rhodes Cleaners
514 E 79th St
Sign
Sawyer (6) O2014-5447
Referred [C.J.p. 84425] Transportation

River Point LLC
444 W Lake St
Foundation support
Reilly (42) O2014-4870
Referred [C.J.p. 82743] Transportation
Passed [C.J.p. 83914]

**PUBLIC WAY USAGE**

Grants of Privilege

River Point LLC
444 W Lake St
Irrigation system
Reilly (42) O2014-4871
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83915]

River Point LLC
444 W Lake St
Staircase
Reilly (42) O2014-4872
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83916]

Riverdale Body Shop
7917 S Vincennes Ave
Sign
Thomas (17) O2014-4735
Referred [C.J.p. 82709] Transportation
Passed [C.J.p. 83917]

Roosevelt Square II Limited Partnership
1328-1352 W Roosevelt Rd
Planter
Ervin (28) O2014-4403
Referred [C.J.p. 82725] Transportation
Passed [C.J.p. 83918]

Roosevelt Square Limited Partnership
1302 W Roosevelt Rd
Planter
Ervin (28) O2014-4389
Referred [C.J.p. 82725] Transportation
Passed [C.J.p. 83917]

Rootstock Wine & Beer Bar
954 N California Ave
Light fixture
Maldonado (26) O2014-5486
Referred [C.J.p. 84443] Transportation

Roscoe Village Chamber of Commerce
1819 W Belmont Ave
Planter
Waguespack (32) O2014-4518
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83919]

**PUBLIC WAY USAGE**

Grants of Privilege

Roscoe Village Chamber of Commerce
1845 W Belmont Ave
Planter
Waguespack (32) O2014-5560
Referred [C.J.p. 84451] Transportation

Roscoe Village Chamber of Commerce
1900 W Belmont Ave
Planter
Waguespack (32) O2014-4523
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83920]

Roscoe Village Chamber of Commerce
1935 W Belmont Ave
Planter
Waguespack (32) O2014-5561
Referred [C.J.p. 84451] Transportation

Roscoe Village Chamber of Commerce
1948 W Belmont Ave
Planter
Waguespack (32) O2014-4525
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83921]

Roscoe Village Chamber of Commerce
2040 W Belmont Ave
Planter
Waguespack (32) O2014-5562
Referred [C.J.p. 84452] Transportation

Roscoe Village Chamber of Commerce
2058 W Belmont Ave
Planter
Waguespack (32) O2014-4530
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83922]

Roscoe Village Chamber of Commerce
2059 W Belmont Ave
Planter
Waguespack (32) O2014-4532
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83923]

**PUBLIC WAY USAGE**

Grants of Privilege

Roscoe Village Chamber of Commerce
2159 W Belmont Ave
Planter
Waguespack (32) O2014-4537
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83923]

Roscoe Village Chamber of Commerce
2200 W Belmont Ave
Planter
Waguespack (32) O2014-4541
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83924]

Roscoe Village Chamber of Commerce
2300 W Belmont Ave
Planter
Waguespack (32) O2014-4547
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83925]

Roscoe Village Chamber of Commerce
2332 W Belmont Ave
Planter
Moreno (1) O2014-4330
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 83926]

Roscoe Village Chamber of Commerce
2332 W Belmont Ave
Planter
Waguespack (32) O2014-4550
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83927]

Roscoe Village Neighbors
2002 W Roscoe St
Planter
Waguespack (32) O2014-5563
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2023 W Roscoe St
Planter
Waguespack (32) O2014-5564
Referred [C.J.p. 84452] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Roscoe Village Neighbors
2033 W Roscoe St
Planter
Waguespack (32) O2014-5565
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2058 W Roscoe St
Planter
Waguespack (32) O2014-5566
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2124 W Roscoe St
Planter
Waguespack (32) O2014-5567
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2155 W Roscoe St
Planter
Waguespack (32) O2014-5569
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2233 W Roscoe St
Planter
Waguespack (32) O2014-5571
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2256 W Roscoe St
Planter
Waguespack (32) O2014-5570
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2303 W Roscoe St
Planter
Waguespack (32) O2014-5573
Referred [C.J.p. 84452] Transportation

Roscoe Village Neighbors
2335 W Roscoe St
Planter
Waguespack (32) O2014-5575
Referred [C.J.p. 84452] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Roscoe Village Neighbors
3041 N Western Ave
Planter
Waguespack (32) O2014-5576
Referred [C.J.p. 84453] Transportation

Rothchild Liquors
3530 W Roosevelt Rd
Security camera
Chandler (24) O2014-4753
Referred [C.J.p. 82715] Transportation
Passed [C.J.p. 83928]

S&S Motors
6959 S Western Ave
Sign
Foulkes (15) O2014-5385
Referred [C.J.p. 84434] Transportation

Sajjad, Inc.
3801 N Lincoln Ave
Sign
Pawar (47) O2014-5530
Referred [C.J.p. 84480] Transportation

Saks Fifth Avenue
700 N Michigan Ave
Planter curb
Reilly (42) O2014-4873
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83928]

Salgado Furniture, Inc.
4317-4325 W Fullerton Ave
Sign
Suarez (31) O2014-4496
Referred [C.J.p. 82728] Transportation
Passed [C.J.p. 83929]

Savoy, The
1408 N Milwaukee Ave
Light fixture
Moreno (1) O2014-5291
Referred [C.J.p. 84417] Transportation

Case: 1:10-cv-04257 Document #: 254-5 Filed: 07/12/19 Page 894 of 921 PageID #:3157

**PUBLIC WAY USAGE**

Grants of Privilege

Savoy, The
1408 N Milwaukee Ave
Sign
Moreno (1) O2014-5294
Referred [C.J.p. 84417] Transportation

Scooterworks USA
5410 N Damen Ave
Sign
O'Connor (40) O2014-4774
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 83930]

Scotty's
1610 W Chicago Ave
Sign
Moreno (1) O2014-5295
Referred [C.J.p. 84417] Transportation

Secrets
3229 N Clark St
Sign
Tunney (44) O2014-4821
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 83931]

Security Shop, Inc.
2951 N Clark St
Sign
Tunney (44) O2014-5625
Referred [C.J.p. 84475] Transportation

Seventeenth Church of Christ Scientist
55 E Wacker Dr
Occupation of space
Reilly (42) O2014-5395
Referred [C.J.p. 84469] Transportation

Sheldon Liquors
11112 S Halsted St
Sign
Austin (34) O2014-5582
Referred [C.J.p. 84455] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Shigeyo Henriquez
2223 W Roscoe St
Stone coping
Waguespack (32) O2014-4553
Referred [C.J.p. 82729] Transportation
Passed [C.J.p. 83853]

Shop 147, The
2321 W 95th St
Sign
O'Shea (19) O2014-5417
Referred [C.J.p. 84437] Transportation

Shred415
1444 N Milwaukee Ave
Sign
Moreno (1) O2014-5300
Referred [C.J.p. 84417] Transportation

Sixteen Condo Assn.
3443 N Lincoln Ave
Balcony
Waguespack (32) O2014-4556
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83931]

Slaymaker Gallery
936 W Roscoe St
Banner
Tunney (44) O2014-5627
Referred [C.J.p. 84475] Transportation

Sleepy's
3216 N Broadway
Sign
Tunney (44) O2014-5628
Referred [C.J.p. 84475] Transportation

Speedmo St James LLC
425 W St James Pl
Fire escape
Smith (43) O2014-5609
Referred [C.J.p. 84473] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Speedmo St James LLC
425 W St James Pl
Planter
Smith (43) O2014-5612
Referred [C.J.p. 84473] Transportation

Speedmo St James LLC
425 W St James Pl
Step
Smith (43) O2014-5614
Referred [C.J.p. 84473] Transportation

Spice House, The
1512 N Wells St
Sign
Burnett (27) O2014-5503
Referred [C.J.p. 84444] Transportation

St. Leonard's Ministries
2120 W Warren Blvd
Tree grate
Fioretti (2) O2014-4404
Referred [C.J.p. 82695] Transportation
Passed [C.J.p. 83932]

Standard Bank & Trust Co
4000 N Broadway
Sign
Cappleman (46) O2014-5637
Referred [C.J.p. 84479] Transportation

Standard Bank & Trust Company
3920 N Sheridan Rd
Sign
Tunney (44) O2014-4823
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 83933]

Standard Parking
400 E South Water St
Sign
Reilly (42) O2014-4874
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83934]

**PUBLIC WAY USAGE**

Grants of Privilege

State Farm
3045 W 59th St
Sign
Thompson (16) O2014-4726
Referred [C.J.p. 82707] Transportation
Passed [C.J.p. 83935]

State Farm Insurance
1428 W Irving Park Rd
Sign
Pawar (47) O2014-4771
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83935]

Stereo Night Club
5616 W Diversey Ave
Sign-amend
Suarez (31) O2014-5117
Referred [C.J.p. 84449] Transportation

Strongbox
1650 W Irving Park Rd
Sign
Pawar (47) O2014-4773
Referred [C.J.p. 82759] Transportation
Passed [C.J.p. 83936]

Superior Super Auto Wash
5450 N Damen Ave
Sign
O'Connor (40) O2014-4776
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 83937]

Sweet World Pastry, Inc.
5450 N Milwaukee Ave
Sign
Arena (45) O2014-5531
Referred [C.J.p. 84477] Transportation

Tabb's Food & Liquor, Inc.
2600 W Chicago Ave
Bay window
Maldonado (26) O2014-5489
Referred [C.J.p. 84443] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Tabb's Food & Liquor, Inc.
2600 W Chicago Ave
Occupation of space
Maldonado (26) O2014-5611
Referred [C.J.p. 84443] Transportation

Tanuki
3006 N Sheffield Ave
Sign
Tunney (44) O2014-5630
Referred [C.J.p. 84475] Transportation

Taqueria La Haciendita, Inc.
5922-5924 S Pulaski Rd
Sign
Quinn (13) O2014-4616
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83938]

Taqueria La Oaxaquena
3382 N Milwaukee Ave
Sign
Reboyras (30) O2014-4486
Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 83938]

Taqueria San Jose No.1
3253 S Halsted St
Sign
Balcer (11) O2014-5378
Referred [C.J.p. 84429] Transportation

Taqueria Valparaiso
10500 S Western Ave
Sign
O'Shea (19) O2014-4736
Referred [C.J.p. 82712] Transportation
Passed [C.J.p. 83939]

Teavana No. 21920
3428 N Southport Ave
Sign
Tunney (44) O2014-4797
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 83940]

**PUBLIC WAY USAGE**

Grants of Privilege

Thai Oscar
4638 N Western Ave
Sign
Pawar (47) O2014-4775
Referred [C.J.p. 82760] Transportation
Passed [C.J.p. 83941]

Thalia Spice Asian Fusion Bistro
833 W Chicago Ave
Light fixture
Burnett (27) O2014-4412
Referred [C.J.p. 82721] Transportation
Passed [C.J.p. 83942]

Thalia Spice Asian Fusion Bistro
833 W Chicago Ave
Sign
Burnett (27) O2014-4414
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83942]

Theory Sports Div Lounge
9 W Hubbard St
Sign
Reilly (42) O2014-5399
Referred [C.J.p. 84469] Transportation

Thor Palmer House Hotel & Shops LLC
17 E Monroe St
Planter
Reilly (42) O2014-5404
Referred [C.J.p. 84469] Transportation

Thor Palmer House Hotel & Shops LLC
17 E Monroe St
Vault
Reilly (42) O2014-5433
Referred [C.J.p. 84469] Transportation

Thor Palmer House Hotel & Shops LLC
17 E Montrose Ave
Facade
Reilly (42) O2014-4875
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83943]

**PUBLIC WAY USAGE**

Grants of Privilege

Tibbs Superior Auto
6237 S Ashland Ave
Sign
Thompson (16) O2014-4728
Referred [C.J.p. 82707] Transportation
Passed [C.J.p. 83944]

Toni's Pizza and Pasta
455 N Milwaukee Ave
Planter
Burnett (27) O2014-5506
Referred [C.J.p. 84444] Transportation

Tower 10 Glades LLC
845 N State St
Ice melt system/snow melt system
Reilly (42) O2014-4876
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83945]

Transit
1431 W Lake St
Light fixture
Burnett (27) O2014-4417
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83946]

Tricoci University of Beauty Culture LLC
5321 N Harlem Ave
Sign
O'Connor (41) O2014-4781
Referred [C.J.p. 82739] Transportation
Passed [C.J.p. 83946]

Tumi Stores, Inc.
645 N Michigan Ave
Sign
Reilly (42) O2014-4877
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83947]

Turbodog Yoga
800 W Huron St
Banner
Burnett (27) O2014-5507
Referred [C.J.p. 84444] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

U.S. Furniture & Linen
11218 S Michigan Ave
Fire shutter
Beale (9) O2014-4564
Referred [C.J.p. 82702] Transportation
Passed [C.J.p. 83948]

Uncle Bob's Storage
1601-1625 S Ashland Ave
Banner
Solis (25) O2014-4759
Referred [C.J.p. 82716] Transportation
Passed [C.J.p. 83949]

Uncle Bob's Storage
1601-1625 S Ashland Ave
Sign
Solis (25) O2014-4766
Referred [C.J.p. 82716] Transportation
Passed [C.J.p. 83949]

Uncle Dan's Ltd.
3551 N Southport Ave
Sign
Tunney (44) O2014-5631
Referred [C.J.p. 84475] Transportation

Uni Wire Corp. II
1540 W 18th St
Sign
Solis (25) O2014-5467
Referred [C.J.p. 84442] Transportation

Union Sub 1, Inc.
110 E 51st St
Sign
Dowell (3) O2014-5580
Referred [C.J.p. 84422] Transportation

Unique Travel
5479 N Milwaukee Ave
Sign
Arena (45) O2014-4798
Referred [C.J.p. 82756] Transportation
Passed [C.J.p. 83950]

**PUBLIC WAY USAGE**

Grants of Privilege

United Tax & Travel
6058 S Pulaski Rd
Sign
Zalewski (23) O2014-5452
Referred [C.J.p. 84440] Transportation

University of Chicago
5500 S University Ave
Caisson
Hairston (5) O2014-4492
Referred [C.J.p. 82698] Transportation
Passed [C.J.p. 83951]

University of Chicago
5500 S University Ave
Sheeting
Hairston (5) O2014-4513
Referred [C.J.p. 82698] Transportation
Passed [C.J.p. 83952]

University of Chicago Medical Center
5700 S Maryland Ave
Sheeting
Hairston (5) O2014-4516
Referred [C.J.p. 82699] Transportation
Passed [C.J.p. 83953]

US Wireless Communications
4404 N Sheridan Rd
Banner
Cappleman (46) O2014-4810
Referred [C.J.p. 82757] Transportation
Passed [C.J.p. 83954]

Valbona's Beauty Salon
4939 W Foster Ave
Sign
Arena (45) O2014-4800
Referred [C.J.p. 82756] Transportation
Passed [C.J.p. 83954]

VCG Ltd.
5050 W Irving Park Rd
Sign
Arena (45) O2014-5532
Referred [C.J.p. 84477] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

VCP Funding 111 LLC, VCP Series
1057 W Grand Ave
Balcony
Burnett (27) O2014-4426
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83955]

VCP Funding 111 LLC, VCP Series
1057 W Grand Ave
Bay window
Burnett (27) O2014-4430
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83956]

VCP Funding 111 LLC, VCP Series
1057 W Grand Ave
Fence
Burnett (27) O2014-4437
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83957]

VCP Funding 111 LLC, VCP Series
1057 W Grand Ave
Staircase
Burnett (27) O2014-4440
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83958]

Victory Center of Galewood
2370 N Newcastle Ave
Sheeting
Sposato (36) O2014-5590
Referred [C.J.p. 84457] Transportation

Villa Join the Movement
11139-11141 S Michigan Ave
Sign
Beale (9) O2014-5470
Referred [C.J.p. 84427] Transportation

Vincenzo's
1104 W Madison St
Sign
Burnett (27) O2014-5510
Referred [C.J.p. 84444] Transportation

**PUBLIC WAY USAGE**

Grants of Privilege

Visual Cast Media
2000 W Chicago Ave
Security camera
Waguespack (32) O2014-4563
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 83958]

Walton on the Park LLC
2 W Delaware Pl
Planter
Reilly (42) O2014-4879
Referred [C.J.p. 82744] Transportation
Passed [C.J.p. 83959]

We Wash Car Wash, Inc.
2042 S Halsted St
Security camera
Balcer (11) O2014-5380
Referred [C.J.p. 84429] Transportation

Westhaven Coin
2355 W Washington Blvd
Sign
Burnett (27) O2014-4449
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 83960]

Windy City
1756 W Chicago Ave
Sign
Moreno (1) O2014-5307
Referred [C.J.p. 84417] Transportation

Wiseguys Pizza
3822 W 111th St
Sign
O'Shea (19) O2014-5422
Referred [C.J.p. 84437] Transportation

Wisniewski, Bartosz
1343 N Bosworth Ave
Occupation of Space
Moreno (1) O2014-4287
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 83961]

**PUBLIC WAY USAGE**

Grants of Privilege

WOW BAO
1 W Wacker Dr
Banner
Reilly (42) O2014-5434
Referred [C.J.p. 84469] Transportation

WPA3 LLC
649-651 N Wolcott Ave
Bay window-amend
Moreno (1) O2014-5112
Referred [C.J.p. 84417] Transportation

WPA3 LLC
649-651 N Wolcott Ave
Staircase-amend
Moreno (1) O2014-5113
Referred [C.J.p. 84418] Transportation

Wrigleyville North
3900 N Sheridan Rd
Sign
Cappleman (46) O2014-5638
Referred [C.J.p. 84479] Transportation

Young, David and Peters, Jeff
1847 N Orleans St
Fence
Smith (43) O2014-4653
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 83962]

Young, David and Peters, Jeff
1847 N Orleans St
Planter
Smith (43) O2014-4633
Referred [C.J.p. 82749] Transportation
Passed [C.J.p. 83962]

Zapotlan, Inc.
3923-3925 S Kedzie Ave
Sign
Burke (14) O2014-4649
Referred [C.J.p. 82706] Transportation
Passed [C.J.p. 83963]

**PUBLIC WAY USAGE**

Sidewalk Cafés

53rd Street Bicycle Center
1558 E 53rd St
Burns (4) O2014-5124
Referred [C.J.p. 84424] Transportation

A. J. Hudson's Public House
3801-3805 N Ashland Ave
Pawar (47) O2014-5162
Referred [C.J.p. 84481] Transportation

Acadia Restaurant
1639 S Wabash Ave
Fioretti (2) O2014-4340
Referred [C.J.p. 82696] Transportation
Passed [C.J.p. 84065]

Alaska Paleteria Y Neveria
3446 W Irving Park Rd
Colón (35) O2014-4455
Referred [C.J.p. 82734] Transportation
Passed [C.J.p. 84066]

Al's Beef
601 W Adams St
Fioretti (2) O2014-4338
Referred [C.J.p. 82697] Transportation
Passed [C.J.p. 84065]

Ann Sather's Cafe
3415 N Broadway
Tunney (44) O2014-5153
Referred [C.J.p. 84476] Transportation

Antojitos Majicos
3540 W Lawrence Ave
Mell (33) O2014-4450
Referred [C.J.p. 82732] Transportation
Passed [C.J.p. 84067]

Arista Foods
112 N May St
Burnett (27) O2014-4397
Referred [C.J.p. 82722] Transportation
Passed [C.J.p. 84068]

Bacci Cafe and Pizzeria on Milwaukee Ave, Inc.
4367 N Milwaukee Ave
Arena (45) O2014-5161
Referred [C.J.p. 84478] Transportation

**PUBLIC WAY USAGE**

Sidewalk Cafés

Bagelers Coffeehouse, The
2461 N Lincoln Ave
Smith (43) O2014-5150
Referred [C.J.p. 84473] Transportation

Baker & Nosh Bakery
1303-1309 W Wilson Ave
Cappleman (46) O2014-4696
Referred [C.J.p. 82758] Transportation
Passed [C.J.p. 84069]

Bale Sandwich and Bakery
5014 N Broadway
Osterman (48) O2014-5178
Referred [C.J.p. 84483] Transportation

Banh Mi
1740 W Division St
Moreno (1) O2014-5114
Referred [C.J.p. 84418] Transportation

Beezzee
2807 N Sheffield Ave
Tunney (44) O2014-4607
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84070]

Belly Q/Urban Belly II
1400 W Randolph St
Amend
Burnett (27) O2014-4476
Referred [C.J.p. 82723] Transportation
Passed [C.J.p. 84136]

Bird's Nest
2500 N Southport Ave
Waguespack (32) O2014-4422
Referred [C.J.p. 82730] Transportation
Passed [C.J.p. 84070]

Blackwood BBQ
28 S Clinton St
Fioretti (2) O2014-5119
Referred [C.J.p. 84420] Transportation

Bonne Sante Health Foods, Inc.
1512 E 53rd St
Burns (4) O2014-5121
Referred [C.J.p. 84424] Transportation

**PUBLIC WAY USAGE**

Sidewalk Cafés

Brazilian Bowl, The
3204 N Broadway
Tunney (44) O2014-5157
Referred [C.J.p. 84476] Transportation

Butcher & The Burger
1021 W Armitage Ave
Waguespack (32) O2014-4428
Referred [C.J.p. 82731] Transportation
Passed [C.J.p. 84071]

Cafe Colao
2638 W Division St
Maldonado (26) O2014-4368
Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 84072]

Caffe Italia
2625 N Harlem Ave
Sposato (36) O2014-4464
Referred [C.J.p. 82735] Transportation
Passed [C.J.p. 84073]

Chicago French Market
131 N Clinton St
Reilly (42) O2014-4505
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84074]

Chicago Grind
5256 N Broadway
Osterman (48) O2014-4701
Referred [C.J.p. 82762] Transportation
Passed [C.J.p. 84075]

Chicago Joe's
2252-2256 W Irving Park Rd
Pawar (47) O2014-5164
Referred [C.J.p. 84481] Transportation

Chino Latino Kitchen
2116 W Roscoe St
Waguespack (32) O2014-5131
Referred [C.J.p. 84453] Transportation

**PUBLIC WAY USAGE**

Sidewalk Cafés

Chuckie's
1412-1414 W Morse Ave
Moore (49) O2014-4711
Referred [C.J.p. 82763] Transportation
Passed [C.J.p. 84075]

City Provisions Catering and Events
1816-1820 W Wilson Ave
Pawar (47) O2014-5171
Referred [C.J.p. 84481] Transportation

Corner Bakery Cafe
360 N Michigan Ave
Reilly (42) O2014-4508
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84076]

Coronas Coffee II
909 W Irving Park Rd
Cappleman (46) O2014-4697
Referred [C.J.p. 82758] Transportation
Passed [C.J.p. 84077]

Craft Pizza
1252 N Damen Ave
Moreno (1) O2014-4277
Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 84078]

Demera Ethiopian Restaurant
4801 N Broadway
Osterman (48) O2014-4703
Referred [C.J.p. 82762] Transportation
Passed [C.J.p. 84079]

Devon Seafood Grill
39 E Chicago Ave
Reilly (42) O2014-5141
Referred [C.J.p. 84470] Transportation

Dunkin Donuts
100 W Randolph St
Reilly (42) O2014-4521
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84079]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Dunkin Donuts
205 W Randolph St
Reilly (42) O2014-4528
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84080]

Dunkin Donuts
223 W Washington St
Reilly (42) O2014-4522
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84081]

Eats and Sweets Cafe, Inc.
1636 W Montrose Ave
Pawar (47) O2014-5173
Referred [C.J.p. 84481] Transportation

Efes Restaurant
2833 N Broadway
Tunney (44) O2014-4612
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84082]

El Restaurante Tinajon
4425 W Montrose Ave
Laurino (39) O2014-4477
Referred [C.J.p. 82737] Transportation
Passed [C.J.p. 84083]

Ellie's
10701 S Hale Ave
O'Shea (19) O2014-4358
Referred [C.J.p. 82712] Transportation
Passed [C.J.p. 84083]

El's Kitchen
1450 W Webster Ave
Waguespack (32) O2014-5133
Referred [C.J.p. 84453] Transportation

Epples Restaurant
554 W Roosevelt Rd
Fioretti (2) O2014-4345
Referred [C.J.p. 82697] Transportation
Passed [C.J.p. 84084]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Essence Med Spa & Wellness Center
6413 N Kinzua Ave
O'Connor (41) O2014-5139
Referred [C.J.p. 84463] Transportation

Euro Cafe
3435 N Harlem Ave
Sposato (36) O2014-4468
Referred [C.J.p. 82735] Transportation
Passed [C.J.p. 84085]

Fairways
1139-1141 W Armitage Ave
Waguespack (32) O2014-4432
Referred [C.J.p. 82731] Transportation
Passed [C.J.p. 84086]

Falafill
3202 N Broadway
Tunney (44) O2014-4617
Referred [C.J.p. 82753] Transportation
Passed [C.J.p. 84087]

Fiesta Mexicana Corp.
4806 N Broadway
Osterman (48) O2014-4704
Referred [C.J.p. 82762] Transportation
Passed [C.J.p. 84087]

Fiesta Mexicana Restaurant
2423 N Lincoln Ave
Smith (43) O2014-4577
Referred [C.J.p. 82750] Transportation
Passed [C.J.p. 84088]

Francesca's Forno
1576 N Milwaukee Ave
Moreno (1) O2014-5115
Referred [C.J.p. 84418] Transportation

Freshii
200 W Randolph St
Reilly (42) O2014-4538
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84090]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Freshii

50 E Washington St

Reilly (42) O2014-4534

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84089]

Giordano's Restaurant

1340 S Michigan Ave

Fioretti (2) O2014-4323

Referred [C.J.p. 82697] Transportation
Passed [C.J.p. 84091]

Glazed and Infused

813 W Fulton Market

Burnett (27) O2014-4400

Referred [C.J.p. 82723] Transportation
Passed [C.J.p. 84092]

Hash

1357 N Western Ave

Moreno (1) O2014-4279

Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 84092]

Hershey's Chocolate World Attraction-Chicago

822 N Michigan Ave

Reilly (42) O2014-5142

Referred [C.J.p. 84470] Transportation

Hi-Tops

2462 N Lincoln Ave

Smith (43) O2014-4581

Referred [C.J.p. 82750] Transportation
Passed [C.J.p. 84093]

Howl at the Moon

26-30 W Hubbard St

Reilly (42) O2014-4542

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84094]

Jamba Juice

1322 S Halsted St

Solis (25) O2014-4362

Referred [C.J.p. 82717] Transportation
Passed [C.J.p. 84095]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Jamba Juice

20 N Michigan Ave

Reilly (42) O2014-4544

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84096]

Jersey Mikes

120 N Wells St

Reilly (42) O2014-4546

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84097]

Johnny O'Hagan's

3374 N Clark St

Tunney (44) O2014-4621

Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84097]

Joy's

3257-3259 N Broadway

Tunney (44) O2014-4673

Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84098]

Koko's Mediterranean Grill

1760 W Chicago Ave

Moreno (1) O2014-4281

Referred [C.J.p. 82693] Transportation
Passed [C.J.p. 84099]

Kurah

1355 S Michigan Ave

Fioretti (2) O2014-5120

Referred [C.J.p. 84420] Transportation

La Cocina Mexican Grill LLC

178 N Franklin St

Reilly (42) O2014-5144

Referred [C.J.p. 84470] Transportation

La Fonda Latino Grill

5350 N Broadway

Osterman (48) O2014-4708

Referred [C.J.p. 82762] Transportation
Passed [C.J.p. 84100]

**PUBLIC WAY USAGE**

Sidewalk Cafés

La Strade Cafe

2023 N California Ave

Moreno (1) O2014-4286

Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84101]

Las Tablas on Lincoln

2942-2944 N Lincoln Ave

Waguespack (32) O2014-4443

Referred [C.J.p. 82731] Transportation
Passed [C.J.p. 84102]

Le Pain Quotidien

1000-1002 W Armitage Ave

Smith (43) O2014-4587

Referred [C.J.p. 82750] Transportation
Passed [C.J.p. 84102]

Leadbelly

5739 W Irving Park Rd

Cullerton (38) O2014-4471

Referred [C.J.p. 82736] Transportation
Passed [C.J.p. 84103]

Lockdown

1024 N Western Ave

Maldonado (26) O2014-4374

Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 84104]

Logan Theatre, The

2646-2648 N Milwaukee Ave

Colón (35) O2014-4457

Referred [C.J.p. 82735] Transportation
Passed [C.J.p. 84105]

Lovely, Too: A Bake Shop

1138 W Bryn Mawr Ave

Osterman (48) O2014-5180

Referred [C.J.p. 84483] Transportation

Maggiano's Little Italy

516 N Clark St

Reilly (42) O2014-4549

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84106]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Mambo Cafe

3336-3342 N Milwaukee Ave

Reboyras (30) O2014-4419

Referred [C.J.p. 82726] Transportation
Passed [C.J.p. 84107]

Mangal

1834 W Montrose Ave

Amend

Pawar (47) O2014-5147

Referred [C.J.p. 84481] Transportation

Margaret's

5134 W Irving Park Rd

Arena (45) O2014-4691

Referred [C.J.p. 82756] Transportation
Passed [C.J.p. 84107]

Mart Anthony

1200 W Hubbard St

Burnett (27) O2014-5128

Referred [C.J.p. 84445] Transportation

McCormick & Schmick's Seafood Restaurant

41 E Chestnut St

Reilly (42) O2014-4554

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84108]

McGee's Tavern & Grille

950 W Webster Ave

Smith (43) O2014-4594

Referred [C.J.p. 82750] Transportation
Passed [C.J.p. 84109]

Meli Cafe on Dearborn

500 S Dearborn St

Fioretti (2) O2014-4326

Referred [C.J.p. 82697] Transportation
Passed [C.J.p. 84110]

Merlo on Maple

16 W Maple St

Reilly (42) O2014-4555

Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84111]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Mexique
1529 W Chicago Ave
Moreno (1) O2014-4305
Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84111]

MFK
432 W Diversey Pkwy
Tunney (44) O2014-4675
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84112]

Michael Diversey's
670 W Diversey Pkwy
Tunney (44) O2014-4676
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84113]

Morgan's Bar and Grill
1325 S Halsted St
Balcer (11) O2014-5125
Referred [C.J.p. 84430] Transportation

New Tokyo
3139 N Broadway
Tunney (44) O2014-5159
Referred [C.J.p. 84476] Transportation

Oh, Mar! Restaurant
3857 W 26th St
Munoz (22) O2014-5127
Referred [C.J.p. 84439] Transportation

O'Malley's Liquor Kitchen
3551 N Sheffield Ave
Tunney (44) O2014-4678
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84114]

Osteria Langhe
2824 W Armitage Ave
Colón (35) O2014-4460
Referred [C.J.p. 82735] Transportation
Passed [C.J.p. 84115]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Packing House
1113 W Randolph St
Amend
Burnett (27) O2014-5109
Referred [C.J.p. 84445] Transportation

Papa's Cache Sabroso, Inc.
2517 W Division St
Maldonado (26) O2014-4377
Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 84116]

Parts and Labor
2700 N Milwaukee Ave
Amend
Colón (35) O2014-5155
Referred [C.J.p. 84456] Transportation

Piccolo Sogno Due
340 N Clark St
Reilly (42) O2014-4559
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84116]

Ping Pong
3322-3326 N Broadway
Tunney (44) O2014-4682
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84117]

Pizano's Pizza & Pasta On Lincoln
2427-2429 N Lincoln Ave
Smith (43) O2014-4599
Referred [C.J.p. 82750] Transportation
Passed [C.J.p. 84118]

Pizzeria Uno Chicago Bar & Grill
29 E Ohio St
Reilly (42) O2014-4562
Referred [C.J.p. 82747] Transportation
Passed [C.J.p. 84119]

Randolph Tavern
188 W Randolph St
Reilly (42) O2014-5146
Referred [C.J.p. 84470] Transportation

**PUBLIC WAY USAGE**

Sidewalk Cafés

Rasmos
4788 N Elston Ave
Arena (45) O2014-4694
Referred [C.J.p. 82756] Transportation
Passed [C.J.p. 84120]

Red Robin's Burger Works
20 E Chicago Ave
Reilly (42) O2014-5148
Referred [C.J.p. 84470] Transportation

Red Robin's Burger Works
328 N Michigan Ave
Reilly (42) O2014-4570
Referred [C.J.p. 82748] Transportation
Passed [C.J.p. 84121]

Redmond's
3358 N Sheffield Ave
Tunney (44) O2014-4684
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84121]

Revolver
3759 N Damen Ave
Pawar (47) O2014-4348
Referred [C.J.p. 82760] Transportation
Passed [C.J.p. 84122]

RPM Steak
66 W Kinzie St
Reilly (42) O2014-5149
Referred [C.J.p. 84471] Transportation

Runa Japanese
2257 W North Ave
Moreno (1) O2014-4312
Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84123]

Sabor A Cafe, Inc.
2435 W Peterson Ave
O'Connor (40) O2014-5138
Referred [C.J.p. 84461] Transportation

**PUBLIC WAY USAGE**

Sidewalk Cafés

Shambles Bar
2050 W Division St
Moreno (1) O2014-4316
Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84124]

Sofra Turkish Kitchen
3134 N Lincoln Ave
Waguespack (32) O2014-4446
Referred [C.J.p. 82731] Transportation
Passed [C.J.p. 84125]

Soho House
113-125 N Green St
Burnett (27) O2014-5129
Referred [C.J.p. 84445] Transportation

Spencer's Jolly Posh Foods
3755 N Southport Ave
Tunney (44) O2014-4685
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84125]

Sunset Caffe
5726 N Western Ave
O'Connor (40) O2014-4481
Referred [C.J.p. 82738] Transportation
Passed [C.J.p. 84126]

Table, Donkey & Stick
2728 W Armitage Ave
Moreno (1) O2014-5116
Referred [C.J.p. 84418] Transportation

Tac Quick
3928-3930 N Sheridan Rd
Tunney (44) O2014-4688
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84127]

Taverna 750
750 W Cornelia Ave
Cappleman (46) O2014-4700
Referred [C.J.p. 82758] Transportation
Passed [C.J.p. 84128]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Thirty3
3302-3304 S Halsted St
Balcer (11) O2014-5126
Referred [C.J.p. 84430] Transportation

Toni's Pizza and Pasta
455 N Milwaukee Ave
Burnett (27) O2014-5130
Referred [C.J.p. 84445] Transportation

Twisted Lizard
1964 N Sheffield Ave
Waguespack (32) O2014-5134
Referred [C.J.p. 84453] Transportation

Upton's Naturals Co.
2054 W Grand Ave
Maldonado (26) O2014-4388
Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 84129]

Vainilla Bean Bake Shop, Inc.
2627 W Division St
Maldonado (26) O2014-4393
Referred [C.J.p. 82720] Transportation
Passed [C.J.p. 84130]

Viaggio
1330 W Madison St
Burnett (27) O2014-4405
Referred [C.J.p. 82723] Transportation
Passed [C.J.p. 84130]

Vinnies Sub Shop
1204 W Grand Ave
Burnett (27) O2014-4411
Referred [C.J.p. 82723] Transportation
Passed [C.J.p. 84131]

Waffles
1400 S Michigan Ave
Fioretti (2) O2014-4351
Referred [C.J.p. 82697] Transportation
Passed [C.J.p. 84132]

**PUBLIC WAY USAGE**

Sidewalk Cafés

Wakamono
3313-3317 N Broadway
Tunney (44) O2014-4689
Referred [C.J.p. 82754] Transportation
Passed [C.J.p. 84133]

Woodie's Flat
1535 N Wells St
Smith (43) O2014-4604
Referred [C.J.p. 82750] Transportation
Passed [C.J.p. 84134]

Xoco
1471 N Milwaukee Ave
Moreno (1) O2014-4319
Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84135]

Zberry
1368 E 53rd St
Burns (4) O2014-5122
Referred [C.J.p. 84424] Transportation

**REPORTS**

Annual

Metropolitan Water Reclamation District of Greater Chicago
Period of Jan. 1, 2014-Dec. 31, 2014
Dept./Agency F2014-50
Filed [C.J.p. 82836]

Office of Inspector General audit regarding Dept. of Business Affairs and Consumer Protection Confiscated Property
Dept./Agency F2014-52
Filed [C.J.p. 82836]

Office of Inspector General audit regarding Dept. of Streets and Sanitation Garbage Ordinance Enforcement
Dept./Agency F2014-53
Filed [C.J.p. 82836]

**SIGNS/SIGNBOARDS**

365 Outdoor
4000 N Lincoln Ave
Pawar (47) Or2014-293
Referred [C.J.p. 84482] Zoning

**SIGNS/SIGNBOARDS**

AD Deluxe Sign Co., Inc.
302 E Illinois St
Reilly (42) Or2014-302
Referred [C.J.p. 84471] Zoning

AD Deluxe Sign Co., Inc.
302 E Illinois St
Reilly (42) Or2014-303
Referred [C.J.p. 84471] Zoning

AD Deluxe Sign Co., Inc.
823 N Western Ave
Waguespack (32) O2014-5028
Referred [C.J.p. 84454] Zoning

Best Neon Sign Co.
829 S Wabash Ave
Fioretti (2) Or2014-242
Referred [C.J.p. 82697] Zoning
Passed [C.J.p. 84316]

Blair Sign Programs
1100 S Canal St
Solis (25) Or2014-236
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84309]

Blair Sign Programs
1100 S Canal St
Solis (25) Or2014-237
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84309]

Blair Sign Programs
1100 S Canal St
Solis (25) Or2014-238
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84309]

Blair Sign Programs
1100 S Canal St
Solis (25) Or2014-239
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84310]

Corporate ID Solutions
4800 N Ashland Ave
Pawar (47) Or2014-294
Referred [C.J.p. 84482] Zoning

**SIGNS/SIGNBOARDS**

Corporate ID Solutions
6346 N Clark St
O'Connor (40) Or2014-299
Referred [C.J.p. 84461] Zoning

Corporate ID Solutions
5500 S Pulaski Rd
Quinn (13) Or2014-295
Referred [C.J.p. 84431] Zoning

Design Group
737 N Michigan Ave
Reilly (42) Or2014-245
Referred [C.J.p. 82748] Zoning
Passed [C.J.p. 84315]

Doyle Signs, Inc.
1717 W 115th St
Austin (34) Or2014-250
Referred [C.J.p. 82733] Zoning
Passed [C.J.p. 84317]

Doyle Signs, Inc.
2121 N Clybourn Ave
Smith (43) Or2014-300
Referred [C.J.p. 84474] Zoning

Doyle Signs, Inc.
12500 S Torrence Ave
Pope (10) Or2014-287
Referred [C.J.p. 84429] Zoning

Gracie Group
2201 S Halsted St
Balcer (11) Or2014-229
Referred [C.J.p. 82704] Zoning
Passed [C.J.p. 84313]

Gracie Group
2201 S Halsted St
Balcer (11) Or2014-230
Referred [C.J.p. 82704] Zoning
Passed [C.J.p. 84313]

Hauptman, Bob
2900 N Lake Shore Dr
Tunney (44) Or2014-283
Referred [C.J.p. 84476] Zoning

**SIGNS/SIGNBOARDS**

Holland Design Group, Inc.
2333 W Madison St
Burnett (27) Or2014-241
Referred [C.J.p. 82724] Zoning
Passed [C.J.p. 84314]

Holland Design Group, Inc.
230 E Ontario St
Reilly (42) Or2014-301
Referred [C.J.p. 84472] Zoning

Midwest Sign & Lighting, Inc.
4052 W Grand Ave
Maldonado (26) Or2014-277
Referred Zoning
Passed [C.J.p. 84312]

Midwest Sign & Lighting, Inc.
9000 S Stony Island Ave
Harris (8) Or2014-228
Referred [C.J.p. 82701] Zoning
Passed [C.J.p. 84315]

M-K Signs, Inc.
3401 N Elston Ave
Tunney (44) Or2014-227
Referred [C.J.p. 82755] Zoning
Passed [C.J.p. 84311]

Modern Signs, Inc.
9244 S South Chicago Ave
Pope (10) Or2014-286
Referred [C.J.p. 84429] Zoning

Neon Prism Electric Sign Co., Inc.
5401 S Wentworth Ave
Dowell (3) Or2014-290
Referred [C.J.p. 84422] Zoning

Olympic Signs, Inc.
1100 S Canal St
Solis (25) Or2014-231
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84306]

Olympic Signs, Inc.
1100 S Canal St
Solis (25) Or2014-232
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84307]

**SIGNS/SIGNBOARDS**

Olympic Signs, Inc.
1100 S Canal St
Solis (25) Or2014-233
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84307]

Olympic Signs, Inc.
1100 S Canal St
Solis (25) Or2014-234
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84308]

Olympic Signs, Inc.
1100 S Canal St
Solis (25) Or2014-235
Referred [C.J.p. 82718] Zoning
Passed [C.J.p. 84308]

Project Outdoor LLC
912 W Chicago Ave
Burnett (27) Or2014-296
Referred [C.J.p. 84445] Zoning

Project Outdoor LLC
821 W Evergreen Ave
Burnett (27) Or2014-248
Referred [C.J.p. 82724] Zoning
Passed [C.J.p. 84312]

Project Outdoor LLC
1333 N Kingsbury St
Burnett (27) Or2014-249
Referred [C.J.p. 82724] Zoning
Passed [C.J.p. 84314]

Project Outdoor LLC
1501 N Kingsbury St
Burnett (27) Or2014-298
Referred [C.J.p. 84445] Zoning

Project Outdoor LLC
549 N Wells St
Reilly (42) Or2014-246
Referred [C.J.p. 82748] Zoning
Passed [C.J.p. 84316]

**SIGNS/SIGNBOARDS**

Project Outdoor LLC
549 N Wells St
Reilly (42) Or2014-247
Referred [C.J.p. 82749] Zoning
Passed [C.J.p. 84317]

Real Neon, Inc.
3960 W 26th St
Munoz (22) Or2014-284
Referred [C.J.p. 84439] Zoning

Signco, Inc.
3046 N Halsted St
Tunney (44) Or2014-243
Referred [C.J.p. 82755] Zoning
Passed [C.J.p. 84313]

South Water Signs
W 76th St, at S Ashland Ave
Thomas (17) Or2014-193
Referred [C.J.p. 80763] Zoning
Passed [C.J.p. 84305]

South Water Signs
3300 N Campbell Ave
Pawar (47) Or2014-244
Referred [C.J.p. 82760] Zoning
Passed [C.J.p. 84306]

Sure Light Sign Co.
7601 S Cicero Ave
Lane (18) Or2014-226
Referred [C.J.p. 82711] Zoning
Passed [C.J.p. 84310]

Sure Light Sign Co.
7601 S Cicero Ave
Lane (18) Or2014-225
Referred [C.J.p. 82711] Zoning
Passed [C.J.p. 84311]

Victory Centre of South Chicago
3251 E 92nd St
Pope (10) Or2014-285
Referred [C.J.p. 84429] Zoning

**SIGNS/SIGNBOARDS**

View Outdoor Advertising LLC
4500 W Ann Lurie Pl
Burke (14) O2014-3341
Referred [C.J.p. 80760] Zoning
Passed [C.J.p. 84305]

**SPECIAL EVENTS**

Issuance

Independence Park Advisory Council
3945 N Springfield Ave
Arena (45) O2014-4988
Referred [C.J.p. 84477] Finance

Parade for Jesus
5100 W Division St, ending at La Follette Park
August 30, 2014
Mitts (37) Or2014-288
Referred [C.J.p. 84458] Special Events

Waiver

New 37th Ward Gospel Festival
1333 N Laramie Ave
August 2, 2014
Mitts (37) Or2014-292
Referred [C.J.p. 84458] Special Events

Taste of Austin Festival
W Jackson Blvd, from S Central Ave to S Menard Ave
August 15-17, 2014
Graham (29) Or2014-291
Referred [C.J.p. 84446] Special Events

**STREETS**

Honorary Designations

"Dr. George W. Waddles, Sr."
W 78th St, at S Laflin Ave
Thomas (17) Or2014-297
Referred [C.J.p. 84436] Transportation

"Edwin 'Odge' Boska Way"
730 N Damen Ave
Moreno (1) O2014-4237
Referred [C.J.p. 82694] Transportation
Passed [C.J.p. 84151]

**STREETS**

Honorary Designations

"Honorary Jeanne Marie Schultz Way"

N Ionia Ave, from N Central Ave to N Minnehaha Ave

O'Connor (41) O2014-5024

Referred [C.J.p. 84463] Transportation

"Honorary Women and Children First Way"

N Clark St, 5200 block

Osterman (48) O2014-4230

Referred [C.J.p. 82762] Transportation

Passed [C.J.p. 84152]

"Honorary Ziaur Rahman Way"

N Clark St, at W Pratt Blvd

Moore (49) Or2014-240

Referred [C.J.p. 82763] Transportation

Passed [C.J.p. 84152]

"Officer Nikki Bostic-Jones Way"

W 30th St, at S California Ave

Chandler (24) O2014-4227

Referred [C.J.p. 82716] Transportation

Passed [C.J.p. 84151]

"Thomas Senesac & Bob Hoagland Way"

W Crystal St, at N Damen Ave

Moreno (1) O2014-4991

Referred [C.J.p. 84418] Transportation

"Welcome to Polish Village"

W Diversey Ave, from N Milwaukee Ave to W Addison St

Colón (35) O2014-4214

Referred [C.J.p. 82735] Transportation

Passed [C.J.p. 84152]

Vacations

Grey Novak, John

N Howe St, at W Armitage Ave

Smith (43) O2014-4217

Referred [C.J.p. 84137] Transportation

Passed

North Park University

5118-5156 N Christiana Ave, 5119-5157 N Christiana Ave

Laurino (39) O2014-5001

Referred [C.J.p. 84459] Transportation

**STREETS**

Vacations

WR400 Acquistion LLC and WR400 Acquisition B LLC

146-182 N West Water St, 147-183 N West Water St

Reilly (42) SO2014-5004

Referred [C.J.p. 84471] Transportation

Weight Limitations

3000 N Menard Ave

5 Tons

Reboyras (30) O2014-4940

Referred [C.J.p. 84414] Pedestrian and Traffic Safety

**TAG DAYS**

Illinois State Council Knights of Columbus Charities, Inc. September 19-21, 2014

Burke (14) Or2014-321

Direct Introduction Finance

Passed [C.J.p. 83480]

St. Mary of Providence September 4-6, 2014

Burke (14) Or2014-321

Direct Introduction Finance

Passed [C.J.p. 83480]

**TAX INCENTIVES**

Class 6(b)

3835/4240 LLC

4040 W 40th St

Zalewski (23) R2014-353

Referred [C.J.p. 82715] Economic

Adopted [C.J.p. 83510]

Aero Chicago LLC

Building 836 at Chicago O'Hare International Airport

O'Connor (41) R2014-360

Referred [C.J.p. 82739] Economic

Adopted [C.J.p. 83529]

Aero O'Hare LLC

11535 W Touhy Ave

O'Connor (41) R2014-359

Referred [C.J.p. 82739] Economic

Adopted [C.J.p. 83525]

**TAX INCENTIVES**

Class 6(b)

Berkshire Refrigerated Warehousing LLC
4550 S Packers Ave
Cochran (20) R2014-357
Referred [C.J.p. 82713] Economic
Adopted [C.J.p. 83502]

G&I VII VK Western LLC
2801 S Western Ave
Solis (25) R2014-355
Referred [C.J.p. 82718] Economic
Adopted [C.J.p. 83519]

Meade Electric Company, Inc.
6850 W 62nd St
Zalewski (23) R2014-354
Referred [C.J.p. 82715] Economic
Adopted [C.J.p. 83515]

Class C

Fremont Square LLC
1550 N Fremont St
Emanuel (Mayor) O2014-4224
Referred [C.J.p. 80851] Finance
Passed [C.J.p. 83134]

Class L

1600 N Milwaukee Ventures LLC
1606-1608 N Milwaukee Ave
Emanuel (Mayor) O2014-4231
Referred [C.J.p. 80852] Finance
Passed [C.J.p. 83137]

**TAX INCREMENT FINANCING DISTRICTS**

95th/Western T.I.F.

Amendment

Amendment No. 3 to plan and project
Emanuel (Mayor) O2014-5755
Referred [C.J.p. 82822] Finance

Belmont/Cicero T.I.F.

Amendment

Revision No. 4 to plan and project
N Cicero Ave, W George St
Emanuel (Mayor) O2014-5752
Referred [C.J.p. 82822] Finance

**TAX INCREMENT FINANCING DISTRICTS**

Pulaski Industrial Corridor T.I.F.

Amendment

Amendment No. 2 to plan and project
Emanuel (Mayor) O2014-5751
Referred [C.J.p. 82822] Finance

Stockyards Southeast Quadrant T.I.F.

Amendment

Amendment No. 4 to plan and project
Emanuel (Mayor) O2014-5754
Referred [C.J.p. 82822] Finance

Washington Park T.I.F.

Designation

Redevelopment Plan and Project Area
Dept./Agency F2014-46
Filed [C.J.p. 82834]

Western/Ogden T.I.F.

Amendment

Amendment No. 1 to plan and project
S Damen Ave, 17th St, at W 17th St
Emanuel (Mayor) O2014-5753
Referred [C.J.p. 82822] Finance

**TRAFFIC**

Direction

W Wicker Park Ave, 1300 block
Amend
Moreno (1) O2014-5032
Referred [C.J.p. 84383] Pedestrian and Traffic Safety

Signs

Stop Signs

W 101st St, at S Damen Ave
One-Way Stop
O'Shea (19) O2014-4914
Direct Introduction Pedestrian and Traffic Safety
Passed [C.J.p. 83716] SO2014-5760

W 107th St, at S Troy St
Two-Way Stop
O'Shea (19) Or2013-615
Referred [C.J.p. 63021] Pedestrian and Traffic Safety
Passed [C.J.p. 83716] SO2014-5760

**TRAFFIC**

Signs

Stop Signs

W 52nd St, at S Neva Ave

One-Way Stop

| Zalewski (23) | | Or2014-259 |
|---|---|---|
| Referred | [C.J.p. 82686] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

E 93rd St, at S Oglesby Ave

All-Way Stop

| Holmes (7) | | Or2013-691 |
|---|---|---|
| Referred | [C.J.p. 65936] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83724] | SO2014-5764 |

E 98th St, at S Dobson Ave

Two-Way Stop

| Harris (8) | | Or2014-304 |
|---|---|---|
| Referred | [C.J.p. 84412] | Pedestrian and Traffic Safety |

N Artesian Ave, at W Waveland Ave

One-Way Stop

| Pawar (47) | | Or2014-311 |
|---|---|---|
| Referred | [C.J.p. 84413] | Pedestrian and Traffic Safety |

1200 W Carroll Ave

All-Way Stop

| Burnett (27) | | Or2014-19 |
|---|---|---|
| Referred | [C.J.p. 73431] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

S Greenwood Ave, at E 55th St

All-Way Stop

| Hairston (5) | | Or2013-513 |
|---|---|---|
| Referred | [C.J.p. 60500] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83724] | SO2014-5764 |

**TRAFFIC**

Signs

Stop Signs

S Hoyne Ave, at W Harrison St

All-Way Stop

| Fioretti (2) | | Or2013-19 |
|---|---|---|
| Referred | [C.J.p. 45895] | Pedestrian and Traffic Safety |
| Failed to Pass | [C.J.p. 83724] | SO2014-5764 |

N Kirkwood Ave, at W Thome Ave

Two-Way Stop

| Laurino (39) | | Or2014-307 |
|---|---|---|
| Referred | [C.J.p. 84412] | Pedestrian and Traffic Safety |

N Lamon Ave, at W Cullom Ave

All-Way Stop

| Arena (45) | | Or2013-626 |
|---|---|---|
| Referred | [C.J.p. 63022] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

N Leclaire Ave, at W Dakin St

All-Way Stop

| Arena (45) | | Or2013-540 |
|---|---|---|
| Referred | [C.J.p. 60502] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

N Linder Ave, at W Henderson St

All-Way Stop

| Reboyras (30), Sposato (36) | | Or2013-477 |
|---|---|---|
| Referred | [C.J.p. 58693] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

S Lituanica Ave, at W 37th Pl

All-Way Stop

| Balcer (11) | | Or2014-256 |
|---|---|---|
| Referred | [C.J.p. 82686] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

N Lockwood Ave, at W Winona St

All-Way Stop

| Arena (45) | | Or2013-627 |
|---|---|---|
| Referred | [C.J.p. 63022] | Pedestrian and Traffic Safety |
| Passed | [C.J.p. 83716] | SO2014-5760 |

**TRAFFIC**

Signs

Stop Signs

N Long Ave, at W Pensacola Ave

Stop

Cullerton (38) Or2013-776

Referred [C.J.p. 72216] Pedestrian and Traffic Safety

Passed [C.J.p. 83716] SO2014-5760

N Marmora Ave, at W Eastwood Ave

All-Way Stop

Arena (45) Or2014-16

Referred [C.J.p. 73431] Pedestrian and Traffic Safety

Passed [C.J.p. 83716] SO2014-5760

N Mcvicker Ave, at W Wrightwood Ave

All-Way Stop

Reboyras (30) Or2013-723

Referred [C.J.p. 68992] Pedestrian and Traffic Safety

Passed [C.J.p. 83716] SO2014-5760

N Mobile Ave, at W Wrightwood Ave

All-Way Stop

Reboyras (30) Or2013-724

Referred [C.J.p. 68992] Pedestrian and Traffic Safety

Passed [C.J.p. 83716] SO2014-5760

N Parkside Ave, at W Seminole

All-Way Stop

Arena (45) Or2014-15

Referred [C.J.p. 73431] Pedestrian and Traffic Safety

Failed to Pass [C.J.p. 83724] SO2014-5764

N Richmond St, at W Shakespeare Ave

All-Way Stop

Moore (49) Or2014-276

Direct Introduction Pedestrian and Traffic Safety

Passed [C.J.p. 83716] SO2014-5760

**TRAFFIC**

Signs

Stop Signs

N Richmond St, at W Logan Blvd

One-Way Stop

Waguespack (32) Or2013-537

Referred [C.J.p. 60502] Pedestrian and Traffic Safety

Passed [C.J.p. 83716] SO2014-5760

W Schubert Ave, at N Mobile Ave

All-Way Stop

Reboyras (30) Or2014-282

Referred [C.J.p. 84412] Pedestrian and Traffic Safety

Warning Signs

W Monroe St, at N Western Ave

No Left Turn

Fioretti (2) O2014-5033

Referred [C.J.p. 84413] Pedestrian and Traffic Safety

W Wilson Ave, at N Western Ave

No Trucks Over 5 Tons

Pawar (47) Or2013-253

Referred [C.J.p. 53724] Pedestrian and Traffic Safety

Passed [C.J.p. 83720] SO2014-5761

**TRIBUTES**

Allen, Pearl

Mitts (37) R2014-501

Adopted [C.J.p. 84363]

Angelou, Maya

Burke (14) R2014-477

Adopted [C.J.p. 84334]

Bike, Jean A.

Fioretti (2) R2014-462

Adopted [C.J.p. 84318]

Boykin, Gustavia Douglas

Harris (8) R2014-472

Adopted [C.J.p. 84327]

Bradley, Robert Lamay, Jr.

Harris (8) R2014-473

Adopted [C.J.p. 84329]

**TRIBUTES**

Brunner, Grace Ann
Mitts (37) R2014-502
Adopted [C.J.p. 84364]

Deanes, James A.
Dowell (3) R2014-466
Adopted [C.J.p. 84322]

Dee, Ruby
Burke (14) R2014-478
Adopted [C.J.p. 84335]

Eddy, William Allen, Jr. (Rev.)
Burke (14) R2014-479
Adopted [C.J.p. 84336]

Evans, Penelope
Dowell (3) R2014-467
Adopted [C.J.p. 84323]

Fleming, Lucy
Mitts (37) R2014-503
Adopted [C.J.p. 84365]

Gallagher, Lucille (Jackie)
Burke (14) R2014-480
Adopted [C.J.p. 84337]

Howard, Betty (Dr.)
Emanuel (Mayor), Mitts (37) R2014-453
Adopted [C.J.p. 82806]

Jackson, Willie Russell
Mitts (37) R2014-504
Adopted [C.J.p. 84366]

Jones, Frank, Jr. (Rev.)
Harris (8) R2014-474
Adopted [C.J.p. 84330]

Jones, John G.
Brookins (21) R2014-495
Adopted [C.J.p. 84355]

Katz, Lewis
Burke (14) R2014-481
Adopted [C.J.p. 84339]

Keener, Nicholas (Nick)
Laurino (39) R2014-509
Adopted [C.J.p. 84372]

Kochiyama, Yuri
Pawar (47) R2014-514
Adopted [C.J.p. 84378]

**TRIBUTES**

Luking, William H.
Laurino (39) R2014-510
Adopted [C.J.p. 84373]

Luking, William H.
Burke (14) R2014-482
Adopted [C.J.p. 84340]

Marshall, Milton Carroll (Big Eazy)
Austin (34) R2014-499
Adopted [C.J.p. 84360]

Montgomery, John C.
Mitts (37) R2014-505
Adopted [C.J.p. 84368]

Organ, Joseph Barclay
Fioretti (2) R2014-463
Adopted [C.J.p. 84319]

Ritt, Donald E.
Laurino (39) R2014-511
Adopted [C.J.p. 84375]

Roeser, John O. (Jack)
Burke (14) R2014-484
Adopted [C.J.p. 84342]

Schreiner, Larry J.
Burke (14) R2014-485
Adopted [C.J.p. 84343]

Shannon, Peter M., Jr.
Burke (14) R2014-483
Adopted [C.J.p. 84341]

Smith, Joseph M., Jr.
Burke (14) R2014-486
Adopted [C.J.p. 84345]

Soames, Lady Mary
Burke (14) R2014-487
Adopted [C.J.p. 84346]

Taylor, James (Jimmy)
Mitts (37) R2014-507
Adopted [C.J.p. 84370]

Thomas, Eleanor Cole (Mother)
Dowell (3) R2014-468
Adopted [C.J.p. 84324]

Toppen, Aaron S. (US Army Private)
Burke (14) R2014-488
Adopted [C.J.p. 84347]

**TRIBUTES**

Vasconcellos, John (Hon.)

Burke (14) R2014-489

Adopted [C.J.p. 84348]

Williams Smith, Glenda

Mitts (37) R2014-506

Adopted [C.J.p. 84369]

**UNITED STATES GOVT.**

Call for federal government to continue to provide necessary funding to Community and Economic Development Association of Cook County

Mitts (37), and Others R2014-442

Referred [C.J.p. 84458] Human Relations

Call for passage of Senate Bill 1256 banning non-therapeutic use of antibiotics in producing livestock

Burke (14) R2014-286

Referred [C.J.p. 80760] Finance

Adopted [C.J.p. 82900]

Call upon Illinois Congressional Delegation to enact national gun registry law

Holmes (7) R2014-470

Adopted [C.J.p. 84325]

Illinois delegation in US Congress urged to pursue inquiry on effects of airport-related noise and other public health and safety concerns

Laurino (39), and Others R2014-452

Referred [C.J.p. 84460] Aviation

**ZONING RECLASSIFICATIONS**

Map No. 1-E

200 N Michigan Owner LLC

200-214 N Michigan Ave

App No. 18096, RBPD No. 1229 to RBPD No. 1229 as amended

City Clerk (transmitted by) O2014-4967

Referred [C.J.p. 82842] Zoning

Redmoon Theater

2120 S Jefferson St, 600-630 W Cermak Rd

App No. 18010, C3-3 to BPD

City Clerk (transmitted by) SO2014-2347

Referred [C.J.p. 76582] Zoning

Passed as Substitute [C.J.p. 84172]

**ZONING RECLASSIFICATIONS**

Map No. 1-G

1150 W Hubbard LLC

1150 W Hubbard St

App No. 18100T1, M2-2 to B2-3

City Clerk (transmitted by) O2014-4976

Referred [C.J.p. 82844] Zoning

456 Carpenter Series of the Longford Group LLC

456 N Carpenter St

App No. 18008T1, M2-2 to RM5

City Clerk (transmitted by) O2014-2345

Referred [C.J.p. 76586] Zoning

Passed [C.J.p. 84207]

722 ADA LLC

722 N Ada St

App No. 17850T1, RS3 to RM4.5

City Clerk (transmitted by) SO2013-7548

Referred [C.J.p. 60675] Zoning

Passed as Substitute [C.J.p. 84184]

832 W Fulton LLC

832-856 W Fulton Market

App No. 18077T1, C1-1 to C3-2

City Clerk (transmitted by) O2014-4948

Referred [C.J.p. 82843] Zoning

Campus Construction Co.

1146 W Hubbard St

App No. 18101T1, M2-2 to B2-3

City Clerk (transmitted by) O2014-4977

Referred [C.J.p. 82838] Zoning

Chicago Title Land Trust Co., as Trustee under Trust Agreement dated December 12, 2012 and known as Trust No. 8002360838

1212-1236 W Madison St, 1-9 N Elizabeth St

App No. 18000, C1-3 and C2-3 to RBPD

City Clerk (transmitted by) SO2014-2337

Referred [C.J.p. 76577] Zoning

Passed as Substitute [C.J.p. 84192]

**ZONING RECLASSIFICATIONS**

Map No. 1-G

Homeland Sales and Development, Inc. and Rogowski, Andrzej
1520-1522 W Huron St
App No. 18027T1, RS3 to RM4.5
City Clerk (transmitted by) O2014-3307
Referred [C.J.p. 78572] Zoning
Passed [C.J.p. 84217]

West Ancona, Inc.
1337-1339 W Ancona St
App No. 18085, RS3 to RM4.5
City Clerk (transmitted by) O2014-4956
Referred [C.J.p. 82842] Zoning

Map No. 1-H

527 Hartland LLC
529 N Hartland Ct
App No. 18091T1, RS3 to RM5
City Clerk (transmitted by) O2014-4962
Referred [C.J.p. 82842] Zoning

Gold, William
1659 W Grand Ave
App No. 18097T1, C2-1 and C1-2 to B2-3
City Clerk (transmitted by) O2014-4968
Referred [C.J.p. 82839] Zoning

Map No. 1-I

649 N Talman, Inc.
649 N Talman Ave
App No. 18082, RS3 to RM4.5
City Clerk (transmitted by) O2014-4953
Referred [C.J.p. 82843] Zoning

Map No. 3-F

Clydiv LLC an Illinois limited liability Co.
442-470 W Division St, 1200-1232 N Clybourn Ave, 1201-1213 N Cleveland Ave
App No. 18102, C1-2 to C1-5 then to PD
City Clerk (transmitted by) O2014-4978
Referred [C.J.p. 82838] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 3-F

Domain Group LLC, The
1014 N Larrabee St
App No. 18030, C1-2 to B2-3
City Clerk (transmitted by) O2014-3310
Referred [C.J.p. 78571] Zoning
Passed [C.J.p. 84230]

Map No. 3-G

Innovare Properties LLC-Series 1
1512 W Chestnut St
App No. 18018, RS3 to RT4
City Clerk (transmitted by) O2014-3298
Referred [C.J.p. 78572] Zoning
Passed [C.J.p. 84230]

Map No. 3-I

875 N Richmond No. 3 LLC
875 N Richmond St
App No. 18020, RS3 to RT4
City Clerk (transmitted by) O2014-3300
Referred [C.J.p. 78576] Zoning
Passed [C.J.p. 84231]

Map No. 4-G

Heitmann, Hans
1903-1907 S Racine Ave
App No. 18017, B3-2 to B2-3
City Clerk (transmitted by) O2014-3297
Referred [C.J.p. 78572] Zoning
Passed [C.J.p. 84231]

Maduro Holdings LLC
1501-1521 S Laflin St, 1401-1459 W 15th St, 1500-1522 S Loomis St
App No. 18095, RPD No. 1078 to B2-3
City Clerk (transmitted by) O2014-4966
Referred [C.J.p. 82841] Zoning

Map No. 4-H

1913 W 17th LLC
1913 W 17th St
App No. 18084T1, M1-2 to B2-3
City Clerk (transmitted by) O2014-4955
Referred [C.J.p. 82844] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 4-I

Houlihan Development LLC

2005 S Washtenaw Ave, 2657-2659 W Cullerton St

App No. 18099, RT4 to B3-2

City Clerk (transmitted by) O2014-4975

Referred [C.J.p. 82840] Zoning

Map No. 5-H

2113 W McLean LLC

2113 W Mclean Ave

App No. 18071, RS3 to RT4

City Clerk (transmitted by) O2014-4942

Referred [C.J.p. 82844] Zoning

2136-2138 Damen LLC

2136-2138 N Damen Ave

App No. 18093T1, B3-2 to B3-3

City Clerk (transmitted by) O2014-4964

Referred [C.J.p. 82844] Zoning

Lister Acquisitions II LLC

2309-2323 N Damen Ave

App No. 18092T1, M3-3 and B3-3 to B3-3

City Clerk (transmitted by) O2014-4963

Referred [C.J.p. 82841] Zoning

Map No. 5-I

Chicago Title Land Trust Co. ATUT No. 8002358892

2724-2726 W Armitage Ave

App No. 18083T1, B3-1 to B2-3

City Clerk (transmitted by) O2014-4954

Referred [C.J.p. 82838] Zoning

GML Development LLC

1732 N California Ave

App No. 18026T1, C1-1 to B2-3

City Clerk (transmitted by) O2014-3306

Referred [C.J.p. 78572] Zoning

Passed [C.J.p. 84248]

**ZONING RECLASSIFICATIONS**

Map No. 5-I

Spearhead Properties LLC

2501-2519 W Armitage Ave

App No. 17965, C1-1 to B3-3 then to RBPD

City Clerk (transmitted by) SO2014-1445

Referred [C.J.p. 75233] Zoning

Passed as Substitute [C.J.p. 84232]

Map No. 5-J

Pluta, Stanley

3201 W Wabansia Ave, 1652-1654 N Kedzie Ave

App No. 18015T1, RS3 to B2-3

City Clerk (transmitted by) O2014-3295

Referred [C.J.p. 78575] Zoning

Passed [C.J.p. 84254]

Map No. 6-F

Eifert, Scott

2929 S Shields Ave

App No. 18074, RS3 to RT4

City Clerk (transmitted by) O2014-4945

Referred [C.J.p. 82839] Zoning

Map No. 6-G

3045 S Archer Ave

App No. A-800, RS1 to C1-2

Balcer (11) O2014-3366

Referred [C.J.p. 80736] Zoning

Passed [C.J.p. 84266]

Doyle, Thomas

2525 S Hillock Ave

App No. 18086T1, M1-2 to RS3

City Clerk (transmitted by) O2014-4957

Referred [C.J.p. 82839] Zoning

Doyle, Thomas

2543-2545 S Hillock Ave

App No. 18089T1, M1-2 to RS3

City Clerk (transmitted by) O2014-4960

Referred [C.J.p. 82839] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 6-G

Kasper Development LLC 2521
2517-2521 S Hillock Ave
App No. 18087T1, M1-2 to RS3
City Clerk (transmitted by) O2014-4958
Referred [C.J.p. 82841] Zoning

Map No. 7-G

Kelly, James
2422 N Greenview Ave
App No. 18103, B3-2 to RT4
City Clerk (transmitted by) O2014-4979
Referred [C.J.p. 82841] Zoning

Map No. 7-I

1815 W Division LLC
1811-1825 W Division St, 1141-1157 N Honore St
App No. 18094T1, B3-3 to B3-3 as amended
City Clerk (transmitted by) O2014-4965
Referred [C.J.p. 82844] Zoning

Sustainabuild LLC - 2550
2550 W Fullerton Ave
App No. 17929T1, B3-1 to B3-3
City Clerk (transmitted by) O2014-821
Referred [C.J.p. 73599] Zoning
Passed [C.J.p. 84266]

Western Altgeld LLC
2448-2456 N Western Ave, 2403-2411 W Altgeld St
App No. 18028, C1-2 to C1-3
City Clerk (transmitted by) O2014-3308
Referred [C.J.p. 78576] Zoning
Passed [C.J.p. 84276]

Map No. 7-K

SK Chicago Investment, Inc.
3037-3039 N Cicero Ave
App No. 18078, B1-1 to C2-1
City Clerk (transmitted by) O2014-4949
Referred [C.J.p. 82842] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 8-F

Parnell Court LLC
3505-3531 S Parnell Ave
App No. 18019, RS3 to RT4
City Clerk (transmitted by) O2014-3299
Referred [C.J.p. 78575] Zoning
Passed [C.J.p. 84157]

Union Property Chicago LLC
301-325 W 31st St
App No. 18090T1, C1-3 to C1-3 as amended
City Clerk (transmitted by) O2014-4961
Referred [C.J.p. 82842] Zoning

Map No. 8-G

Doyle, Thomas
3134-3136 S Throop St
App No. 18088T1, M1-2 to RS3
City Clerk (transmitted by) O2014-4959
Referred [C.J.p. 82839] Zoning

Map No. 8-H

1751 W 35th St LLC
1751-1759 W 35th St
App No. 18072, RS3 to B2-1
City Clerk (transmitted by) O2014-4943
Referred [C.J.p. 82843] Zoning

Map No. 8-I

39th and Archer LLC c/o First American Properties
2601-2645 W 38th St, 3802-3852 S Rockwell Ave, 2614-2644 W Pershing Rd
App No. 17907, C1-2 to BPD
City Clerk (transmitted by) SO2014-31
Referred [C.J.p. 72314] Zoning
Passed [C.J.p. 84157]
Passed as Substitute

Map No. 9-G

1431 LLC
1431 W Roscoe St
App No. 18076, RT3.5 to RT4
City Clerk (transmitted by) O2014-4947
Referred [C.J.p. 82843] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 9-P

Irving Cumberland LLC

8345-8357 W Irving Park Rd, 3947-3957 N Cumberland Ave

App No. 18079, RS2 to B3-1

City Clerk (transmitted by) O2014-4950

Referred [C.J.p. 82840] Zoning

Map No. 10-F

4655 S Dearborn St, 4600-4668 S State St, 2-22 E 47th St, 4633-4669 S Dearborn St

RT4 to B1-1

Dowell (3) O2014-5036

Referred [C.J.p. 84414] Zoning

Map No. 11-G

4027 Broadway LLC

4025-4027 N Broadway

App No. 18073T1, B3-2 to B2-5

City Clerk (transmitted by) O2014-4944

Referred [C.J.p. 82845] Zoning

Map No. 11-I

Pedestrian streets and pedestrian retail streets on portions of W Lawrence Ave, W Montrose Ave and N Kedzie Ave

Mell (33) O2014-5045

Referred [C.J.p. 84455] Zoning

Map No. 11-K

4737-4749 N Elston Ave

App No. A-8004, B3-1 and B3-3 to B1-1

Laurino (39) O2014-3371

Referred [C.J.p. 80737] Zoning
Passed [C.J.p. 84276]

Pedestrian streets and pedestrian retail streets on portions of W Lawrence Ave, W Montrose Ave and N Kedzie Ave

Mell (33) O2014-5045

Referred [C.J.p. 84455] Zoning

Map No. 11-L

Pedestrian streets and pedestrian retail streets on portions of N Milwaukee Ave and W Lawrence Ave

Arena (45) O2014-5016

Referred [C.J.p. 84478] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 12-L

5775 S Archer Ave

App No. A-8002, RS3 to B3-1

Zalewski (23) O2014-3368

Referred [C.J.p. 80737] Zoning
Passed [C.J.p. 84277]

Map No. 13-I

Pedestrian streets and pedestrian retail streets on portions of W Lawrence Ave, W Montrose Ave and N Kedzie Ave

Mell (33) O2014-5045

Referred [C.J.p. 84455] Zoning

Map No. 13-J

Pedestrian streets and pedestrian retail streets on portions of W Lawrence Ave, W Montrose Ave and N Kedzie Ave

Mell (33) O2014-5045

Referred [C.J.p. 84455] Zoning

Map No. 13-L

Pedestrian streets and pedestrian retail streets on portions of N Milwaukee Ave and W Lawrence Ave

Arena (45) O2014-5016

Referred [C.J.p. 84478] Zoning

Map No. 15-G

Bar-Ista LLC

1127-1137 W Granville Ave

App No. 18080, B1-3 to B3-3

City Clerk (transmitted by) O2014-4951

Referred [C.J.p. 82837] Zoning

Map No. 15-K

6141 N Cicero Ave

App No. A-8003, B3-1 to B1-1

Laurino (39) O2014-3369

Referred [C.J.p. 80737] Zoning
Passed [C.J.p. 84277]

**ZONING RECLASSIFICATIONS**

Map No. 16-F

St Bernard Hospital

6301-6321 S Stewart Ave, 6325-6329 S Stewart Ave, 307-319 W 63rd St, 327-361 W 63rd St, 6300-6316 S Harvard Ave, 6301-6315 S Harvard Ave, 6320-6332 S Harvard Ave, 6319-6333 S Harvard Ave, 6312-6356 S Yale Ave, 6400-6424 S Yale Ave, 244-344 W 64th St, 245-319 W 64th St and 6401-6425 S Harvard Ave

App No. 18011, B3-2, RT4 and IPD No. 122 to RT4 then to IPD No. 122 as amended

City Clerk (transmitted by) SO2014-2348

Referred [C.J.p. 76584] Zoning

Passed as Substitute [C.J.p. 84278]

Map No. 16-H

Galaxy Marathon LLC

2000-2010 W 71st St, 7050 S Damen Ave

App No. 18081, RS2 and C2-1 to C2-1

City Clerk (transmitted by) O2014-4952

Referred [C.J.p. 82840] Zoning

Map No. 17-G

1300 W Devon Partners LLC

6412-6414 N Lakewood Ave

App No. 18046, RS3 to RT4

City Clerk (transmitted by) O2014-4177

Referred [C.J.p. 80870] Zoning

Passed [C.J.p. 84295]

1300 W Devon Partners LLC

6413-6415 N Wayne Ave

App No. 18044, RS3 to RT4

City Clerk (transmitted by) O2014-4175

Referred [C.J.p. 80871] Zoning

Passed [C.J.p. 84295]

Map No. 22-A

Jenkins, Kendra

8850 S Mackinaw Ave

App No. 18075, RS2 to B3-1

City Clerk (transmitted by) O2014-4946

Referred [C.J.p. 82840] Zoning

**ZONING RECLASSIFICATIONS**

Map No. 26-D

Chicago Neighborhood Initiatives, Inc.

10355 S Woodlawn Ave

App No. 18098, B1-2 to PD

City Clerk (transmitted by) O2014-4969

Referred [C.J.p. 82838] Zoning

Leavitt Street Tavern LLC, The

2345 N Leavitt St

Application approval of Administrative Adjustment for RT4

Dept./Agency R2014-469

Adopted [C.J.p. 84296]