**F**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED