G

REDACTED

REDACTED