H

REDACTED
Case: 1:10-cv-04257 Document #: 254-8 Filed: 07/12/19 Page 2 of 9 PageID #:3282

Case: 1:10-cv-04257 Document #: 254-8 Filed: 07/12/19 Page 4 of 9 PageID #:3284

Case: 1:10-cv-04257 Document #: 254-8 Filed: 07/12/19 Page 5 of 9 PageID #:3285