I

REDACTED
Case: 1:10-cv-04257 Document #: 254-9 Filed: 07/12/19 Page 5 of 11 PageID #:3294

Case: 1:10-cv-04257 Document #: 254-9 Filed: 07/12/19 Page 7 of 11 PageID #:3296

REDACTED

Case: 1:10-cv-04257 Document #: 254-9 Filed: 07/12/19 Page 11 of 11 PageID #:3300