K

REDACTED

REDACTED