**O**

Case: 1:10-cv-04257 Document #: 254-15 Filed: 07/12/19 Page 2 of 14 PageID #:3500

**WEATHER ALERT** Flood Warning

WATCH VIDEOS    Log In

menu



I-TEAM

# Aurora shooter Gary Martin ignored gun card revocation



| SHARE | TWEET | EMAIL |

Video Playback not supported. Please try a different browser.

| EMBED <> | MORE VIDEOS |

Gary Montez Martin died in a firefight with police last Friday, after shooting company officials during a termination meeting.



By Chuck Goudie and Christine Tressel

Monday, February 18, 2019

CHICAGO (WLS) -- The heartache at Henry Pratt Company that ended with six people dead and five police officers wounded-started in 2014, although nobody knew it.

2014 is when the shooter Gary Montez Martin first obtained an Illinois Firearm Owners Identification Card-even though he was ineligible due to a felony on his record.

The valve assembly worker filled out an application for a FOID card back then and investigators say he lied in his answer to question number two: "have you ever been

felony aggravated assault in Mississippi, was sentenced to five years in prison and released from custody in 1997.

Late Monday Illinois State Police officials told the I-Team that their background check did not reveal Martin's Mississippi criminal history. After obtaining the FOID card he bought a 40 caliber Smith and Wesson pistol with a laser sight-the same gun he used during last Friday's factory rampage.

Martin's Mississippi felony only surfaced months later in 2014 when he applied for a concealed carry license. Illinois authorities notified him that he would have to surrender his FOID card and his gun.

He didn't. Martin brought the pistol with him to work Friday, apparently anticipating that he was going to be fired from his job.

"Our system of commerce and firearms in the United States is largely based on an honor system. It's it's very much 'OK trust me I'm telling the truth' kind of a thing" said Mark Jones, senior policy advisor with the Illinois Council Against Hand Gun Violence.

In Illinois though there are no laws requiring officials to actually collect revoked FOID cards, and the guns purchased with those cards, even after they have been revoked. Friday's attack in Aurora by a man who kept his card and gun appears to be the latest example of that.

"I don't think the Aurora police thought it necessary to have an organized program to recover every revoked FOID card and seek to recover the handguns or the firearms that those revocations may have left out in the community" said Jones, a veteran-now retired-lawman. "What I don't think is the Aurora police's fault this is a much bigger structural issue" he said.

The I-Team on Monday has learned just how big. In 2018 Illinois State Police revoked 10,818 FOID cards.

Tonight officials admit-most are never returned to them as required.

The Aurora shooter was just one violent example of an Illinois FOID violator who fell through the cracks of a background check that wasn't deep enough and a system that didn't require enough follow-up.

When FOID card holders and gun owners ignore revocation notices, local law enforcement *may* petition a judge to issue a search warrant. But under Illinois law they don't *have* to do that. And in the case of Gary Martin, apparently didn't.

The full statement released late Monday by Illinois State Police officials:

Springfield, IL- The Illinois State Police (ISP) received a Firearm Owner's Identification (FOID) card application from Gary Montez Martin, DOB: 04/28/73, on January 17, 2014. A FOID background check, which consists of a name and date of birth check, was then conducted. The Firearm Owners Identification Act does not allow a FOID card applicant to submit fingerprints as part of the application process. On his application, Martin answered "NO" to the question "Have you ever been convicted of a felony?" The search of records conducted by FOID staff only produced Martin's Illinois criminal history information, which revealed no prohibiting factors. Martin's FOID card application was then approved on January 31, 2014.

On March 6, 2014 a firearm transaction for Martin to purchase a handgun was approved after the name and date of birth background check was again cleared. Any purchases of ammunition would have required Martin to show his valid FOID card, however, Illinois law does not require a check of a person's FOID card to complete the purchase.

The ISP received a Firearm Concealed Carry License (FCCL) application for Martin on March 16, 2014. Unlike the FOID application, FCCL applicants may choose to submit

fingerprints as a component of their application. If fingerprints are submitted, statutory processing time is reduced to 90 days from 120 days. Martin submitted fingerprints with his application. A fingerprint background check produced an FBI



The FBI number ultimately led FCCL staff to a Mississippi Department of Corrections entry noting a charge of aggravated assault, with incarceration for 5 years. FCCL staff then obtained Mississippi court records, which included a criminal disposition plea of guilty for aggravated assault, showing a sentence of 10 years, and a requirement to undergo psychological screening. Martin was reportedly released from custody on April 18, 1997.

Upon receipt of the court documents, Martin's FCCL application was denied on March 26, 2014. A letter dated April 15, 2014 was sent to Martin notifying him of his FCCL application denial as well as indicating he was no longer eligible for a FOID card. Martin was notified he was responsible for surrendering his FOID card and any weapons in his possession. FCCL staff notified FOID staff for purposes of revoking Martin's FOID card. Martin's FOID card was subsequently revoked on April 17, 2014.

The ISP's procedure at the time was to notify local law enforcement where the FOID card holder resides by means of the Illinois Law Enforcement Agencies Data System (LEADS). The ISP is also currently examining Illinois, Mississippi, and FBI records and systems to determine how Martin's Mississippi conviction was discovered after his fingerprint response was returned for his FCCL application.

Once an individual's FOID is revoked, Illinois law requires a revoked FOID card holder to surrender their FOID card and complete a Firearm Disposition Record within 48 hours of receiving notice of the revocation. The Firearm Disposition Record would document the name, address and FOID number of the individual receiving any transferred weapons from the revoked FOID card holder. A revoked FOID card holder can lawfully transfer their weapon to a valid FOID card holder or to the local law enforcement agency in the area in which the revoked FOID card holder resides. The Firearm Disposition Record requires that the revoked FOID card holder must obtain signature from the local law enforcement agency receiving the Firearm Disposition

Record. The local law enforcement agency is required to mail the completed form to the Illinois State Police.



Martin's FOID card at this time, however a review of paper and electronic files continues.

If a revoked FOID Card holder fails to comply with these requirements, the county sheriff or law enforcement agency where the individual resides may petition the court to issue a search warrant for the FOID card and any firearms in their possession; however, Illinois law does not require them to do so.

The Illinois State Police issued 10,818 revocations to FOID card holders in 2018 alone. The Department is reviewing its records to determine how many outstanding Firearm Disposition Records remain for 2018, however, in most instances, the Firearm Disposition Record does not get returned to the Department.

**Report a correction or typo**

**RELATED TOPICS:**

aurora | workplace shooting | mass shooting | i team

| SHARE | TWEET | EMAIL |

Copyright © 2019 WLS-TV. All Rights Reserved.

# SPONSORED CONTENT



**Brilliant Trick To Avoid Gutter Cleaning For Life And Increase Home Value Sweeps US...**
leaffilterguards.com



**Shut The Front Door! It's Amazing These Trucks Are Under 30K!**
Faqeo



**What is Rheumatoid Arthritis? Look For Symptoms, Treatment & More**
Yahoo! Search



**You could save $699 on car insurance by switching to Progressive**
Progressive



**If Your Dog Eats Grass (Do This Every Day)**
Ultimate Pet Nutrition



**14 Behind the Scenes Stories From the Set of 'Deliverance'**
Ranker

## FROM AROUND THE WEB

**Important Facts About Medicare Supplement Insurance** Medicare Supplement Plans | Sponsored Listings

**Chicago Illinois Assisted Living: The Rate Might Surprise You. Search For Nursing Homes And Assisted Living Facilities** Assisted Living | Sponsored Listing

**31 of the Most Famous WW2 Propaganda Photos Explained** Ranker

## MORE FROM ABC7 NEWS

**'Shark Tank' star Barbara Corcoran's brother died in the Dominican Republic**

**Baby found alive in plastic bag in woods; mother sought**

**New picture of baby Archie for Father's Day shows royal baby in Prince Harry's arms**

**Missing girl from Rogers Park is located**

**'Is that red?' Video shows emotional moment color blind high school grad sees through glasses**

[Photos] Paris Canal Drained For The First Time. The Finds Are Unrealistic JOL

CPS school closings list released

[Photos] Sam Elliott Surprising Everybody: 'She's The Love Of My Life'

Kyra Sedgwick is One of America's Richest Heiresses Investing.com

Recommended by

Aurora shooter Gary Martin ignored gun card revocation | abc7chicago.com    Page 9 of 13
Case: 1:10-cv-04257 Document #: 254-15 Filed: 07/12/19 Page 10 of 14 PageID #:3508





## RECOMMENDED

 **The Best Lawyers in Chicago. See The Full List.**
Sponsored | Attorney Finder | Sponsored Listings

 **Our Editors Put Nutrisystem to the Test: Here's What We Found**
Sponsored | Popdust

 **[Photos] Wife Reads Out Her Husband's Affair Texts Instead…**

Sponsored | The Primary Market



[Photos] He Promises to Marry Her When They Were Childs…

Sponsored | Pop's Hideout

 Off-duty police officer fatally shoots man at Costco

 Parents arrested for child abuse, 9 children forced to live in…

Recommended by

## I-TEAM

 39 million Americans can't afford to vacation: report

 Scammers targeting Medicare beneficiaries in genetic testing fraud scheme

 Ticket scalper 'Tommy Tickets' jailed in Florida, awaiting extradition to Illinois

 Chicago selects 10 electric scooter companies for pilot program

## MORE VIDEOS

### Crime/Justice



From CNN Newsource affiliates

## TRENDING IN AURORA


See which Illinois cities have the most affordable housing


Aurora boy mauled by dogs released from hospital, speaks about attack



Woman arrested for DUI for 6th time after 2 crashes in Aurora



Powered by Hoodline

## TOP STORIES



Off-duty Racine officer killed trying to stop robbery
Updated 2 hours ago



Marlen Ochoa-Lopez's family outraged after state clears hospital in her baby's case



Cook Co. deputy shoots teen attempting to steal Corvette in Little Village, police say
Updated 2 hours ago

New Illinois texting, driving violations begin July 1

Planters unveils Mr. Peanut high-top sneakers
Updated 28 minutes ago

Taco Bell free Doritos Locos Tacos available today
Updated 2 hours ago

Ortiz condition upgraded, officials ID man believed to have paid David Ortiz hitmen
Updated an hour ago

SHOW MORE

Home

AccuWeather

Traffic

Local News

Categories

Station Info

Apps

Follow Us:

Privacy Policy    Children's Privacy Policy

Your California Privacy Rights    Terms of Use    Interest-Based Ads

Public Inspection File

Copyright © 2019 ABC, Inc., WLS-TV Chicago. All Rights Reserved.

