P

# Jacksonville killer stalked victims with 2 handguns, laser sight

Marco della Cava and Kevin Johnson, USA TODAY     Published 4:34 p.m. ET Aug. 27, 2018 | Updated 8:38 p.m. ET Aug. 27, 2018


*(Photo: Joe Raedle, Getty Images)*

David Katz carried out his killing spree at the Jacksonville Landing complex Sunday armed with two handguns, both purchased legally in Maryland less than a month ago.

Katz, who killed two fellow gamers before taking his own life, had two guns on his person — a .45 and a 9mm pistol — when he opened fire, leaving 13 victims in his wake.

Police officials said Monday that Katz had extra ammunition with him, but there was no indication Katz had planned the shooting in advance.

Purchasing a firearm at a licensed dealer means Katz would have had to pass an FBI background check that would have reviewed his criminal history.

Under federal law, people are prohibited from purchasing firearms if they are convicted felons; have a history of illegal drug use; have been adjudicated as mentally ill or involuntarily committed for mental health treatment; are classified as fugitives; or have been convicted of domestic abuse.

**More:**  'We all just ran for our lives,' said a Madden tournament player injured in the Jacksonville shooting (/story/news/nation-now/2018/08/27/jacksonville-shooting-injured-tournament-player-ran-his-life/1113028002/)

**More:**  Who is David Katz? Suspect in shooting at Jacksonville Madden video tourney was 24 (/story/news/nation/2018/08/27/jacksonville-shooting-who-david-katz/1108187002/)Law enforcement searched the upscale home belonging to Katz's parents in Baltimore's Federal Hill neighborhood Sunday, but did not reveal whether they found additional weapons at the home.

Katz used only one of the two handguns during the shooting, and it was equipped with a legally purchased aftermarket laser sighting device, Jacksonville Sheriff Mike Williams said at a press conference.

The red dot associated with a laser pointer can be seen hovering over a gamer's chest during a live-stream video broadcast from the tournament, moments before the shooting started and the video feed went dead.



**A Jacksonville Sheriff officer helps keep the perimeter secure as law enforcement officials investigate a shooting at the GLHF Game Bar at the Jacksonville Landing on August 27, 2018 in Jacksonville, Fla. The shooting occurred at the GLHF Game Bar during a Madden 19 video game tournament and initial reports indicate 3 people were killed including the gunman and several others were wounded.** *(Photo: Joe Raedle, Getty Images)*

Officials said all of the injured are expected to fully recover from their injuries.

"As bad as this is, this could have been much worse," Williams said, adding that he did not have any comment on reports that a hospital had reported finding a hollow point bullet in one of the shooting victims.

Sunday's shooting stands in contrast to previous mass killings in Florida and elsewhere where gunmen used semi-automatic rifles such as the AR-15 to deadly effect.



**Police keep the campus secure as students arrive at Marjory Stoneman Douglas High School on the first day of school on Aug. 15, 2018 in Parkland, Fla.** *(Photo: Joe Raedle, Getty Images)*

The high powered nature of those guns coupled with expanded magazine capacity contributed to high casualties at the shootings at Marjory Stoneman Douglas High School in Parkland (/story/news/2018/02/15/florida-shooting-suspect-bought-gun-legally-authorities-say/340606002/) last February and at Orlando's Pulse Nightclub (/story/news/2016/06/14/guns-used-kill-49-orlando-high-capacity-common-weapons/85887260/) in 2016, where, respectively, 19 and 49 people lost their lives.

In the case of the high school massacre, shooter Nikolas Cruz, 19, legally bought his AR-15-style semi-automatic weapon — also called a long gun — about one year before committing the crime. Pulse nightclub shooter Omar Mateen also had legally purchased his weapons, a Sig Sauer long-gun and a 9mm Glock 17 pistol.

More: Multiple fatalities at Madden tournament shooting in Jacksonville (/picture-gallery/news/2018/08/26/jacksonville-shooting-gunman-opens-fire-madden-tournament/1105254002/)

More: Jacksonville shooting: $25K riding on Madden tournament where gunman opened fire (/story/money/2018/08/26/jacksonville-shooting-twitch-gaming-tournaments/1105163002/)

**Newsletters**

### Get the News Alerts newsletter in your inbox.

Get alerted to the latest stories to stay on top of the news.

Delivery: Varies

Your Email →

In March, Florida governor Rick Scott signed a new gun law, prompted by the high school shooting, which raises the minimum age of purchasing a firearm to 21 from 18. The National Rifle Association has opposed the measure, arguing that 18-year-olds are legally considered adults.

Katz would not have had any issues purchasing his firearms in Florida: He was 24.

According to police officials, Katz wordlessly walked past other patrons of the Chicago Pizza store until he reached a part of the restaurant where gamers were busy playing. Katz, a former football video-game champion, then opened fire with his handgun.

Police still have offered no motive for the shooting.

Read or Share this story: https://usat.ly/2Nri1oC