IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, and TONY KOLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No: 1:10-CV-4257 Hon. Robert M. Dow, Jr. |
| v. | ) ) | U.S. District Court Judge |
| CITY OF CHICAGO, a municipal corporation, RAHM EMANUEL, in his official capacity as Mayor of the City of Chicago, GARRY McCARTHY, Superintendent of Police of the City of Chicago, and SUSANA MENDOZA, City Clerk of the City of Chicago, | ) ) ) ) ) ) ) ) | Hon. Sheila M. Finnegan U.S. Magistrate Judge |
| Defendants. | ) | |

**PLAINTIFFS' LIST OF L.R.56(b)(1) EXHIBITS**

(TO BE FILED UNDER SEAL)

## PLAINTIFFS' LIST OF L.R.56(b)(1) EXHIBITS

1. City of Chicago Business License Application Receipt, dated July 2, 2010

2. Declaration of R. Joseph Franzese, dated May 16, 2017 (Dkt. #215-3, filed May 19, 2017) (redacted)

3. City of Chicago Responses and Objections to Supplemental Interrogatories, dated April 7, 2017 (Dkt. #215-8, filed May 19, 2017);

4. Correspondence from William Macy Aguiar to David G. Sigale dated February 8, 2017 (Dkt. #215-9, filed May 19, 2017)

5. E-mail from Rose Kelly (City of Chicago) to Judith Bender (U.S. Department of Justice) dated January 31, 2011 (CITY 832)

6. Excerpts from Deposition Transcript of R. Joseph Franzese, dated April 11, 2018

7. Excerpts from Deposition Transcript of Joseph Lajoy, dated May 23, 2018

8. Excerpts from Deposition Transcript of Roman S. Tapkowski, dated May 30, 2018

9. Excerpts from Deposition Transcript of Tony Kole, dated August 1, 2018

10. Excerpts from Deposition Transcript of Robert Southwick, dated February 26, 2019 (redacted)

11. ███████████████████ (from Southwick)

12. ██████████████████████████████████████ (from Southwick)

13. NSSF Target Shooting Report Table (from Southwick)

14. ████████████████████████████ (from Southwick)

15. Target Shooting in America (Wildlife Restoration – 2018 Edition) (from Southwick)

16. 2011 National Survey of Fishing, Hunting, and Wildlife-Associated Recreation (from Southwick)

17. Chicago Revenue Estimate (from Southwick)

18. ESRI Methodology Statement (from Southwick)

19. Huff Model documentation (from Southwick)

20. Chicago Area consumer data (from Southwick)

21. Southwick Approach No. 1 Firearm Retailer Estimates (from Southwick)

22. Southwick Approach No. 2 Firearm Retailer Estimates (from Southwick)

23. Retailer 40 mile Buffer data (from Southwick)

                    Respectfully submitted,

By:    /s/David G. Sigale
         Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com