IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS (a d/b/a of R. Joseph Franzese), R. JOSEPH FRANZESE, individually and d/b/a SECOND AMENDMENT ARMS, and TONY KOLE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No: 1:10-CV-4257 |
| v. | ) ) | Hon. Robert M. Dow, Jr. U.S. District Court Judge |
| CITY OF CHICAGO, a municipal corporation, RAHM EMANUEL, in his official capacity as Mayor of the City of Chicago, GARRY McCARTHY, Superintendent of Police of the City of Chicago, and SUSANA MENDOZA, City Clerk of the City of Chicago, | ) ) ) ) ) ) ) ) | Hon. Sheila M. Finnegan U.S. Magistrate Judge |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   All Counsel of Record

You are hereby notified that on the 28th day of August, 2019 at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr., or any Judge sitting in his stead, in Courtroom 2303 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' Motion for Leave to File Response to Motion for Summary Judgment, Local Rule 7.1 Motion to File Brief in Excess of Fifteen Pages and Statement of Facts in Excess of 40 and Motion to File Under Seal, (Dkt. #260) filed simultaneously with this Notice.

/s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record for the Plaintiff, hereby certifies that on August 22, 2019, he served a copy of the above Notice of Motion, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

                                               /s/ David G. Sigale  
                                               David G. Sigale