License Application System

Page 1 of 1

**CITY OF CHICAGO**
**BUSINESS AFFAIRS & CONSUMER PROTECTION**

Norma I. Reyes, Commissioner

My Overview | User Guide | FAQ | Contact Us

Welcome back, **franzeserj1**. [ Edit User Profile , Log Out ]

1. Part I - Location & Activity | 2. Part I - Questions & Answers | 3. Part I - Ownership | 4. Part I - Summary & Review

### Application # 7270 has been successfully submitted

Congratulations on completing "Part I" of the City of Chicago online business license application.

**Please print this page for your records.** A confirmation notice will be sent to you, via e-mail, shortly.

Application Information

At Your Service



BIZ CONNECTION
"Your Online Business Resource"

| | |
|---|---|
| User Profile Name: | reid j franzese |
| Application/Confirmation Number: | 7270 |
| Legal Business Name: | reid j franzese |
| Doing Business As (DBA) Name: | second amendment arms |
| Business Location Address: | 415 W. ARMITAGE AVE, Floor 1, Chicago, IL 60614 |

What Happens Next

1. The application has been submitted for Zoning Classification Review as of 07/02/2010 at 06:50 AM. Please remember that changes to the application are no longer permissible.

2. Once the Zoning Classification Review and listed business owner(s) verification have been completed, and, if applicable, all of the required documents have been submitted as well, then a "Business Location Review Complete" e-mail will be sent to you with instructions to proceed with "Part II" of the application.

3. The review and verification process may take several hours during a business day, or up to seven business days if further review is required. To find out the status of the application, at any time, please visit your My Overview page.

Should you have any questions, please feel free to Contact Us. Thank you for using the City of Chicago Online License Application System.

- Department of Business Affairs and Consumer Protection