UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, et al, | ) ) ) |
| Plaintiffs, | ) ) ) No. 10-cv-4257 |
| vs | ) ) |
| CITY OF CHICAGO, | ) ) |
| Defendant. | ) |

      The discovery deposition of TONY KOLE, taken in the above-entitled cause before Steven J. Brickey, CSR, State of Illinois, at 30 North LaSalle Street, Chicago, Illinois, on the 1st day of August, A.D., 2018, commencing at 10:08 o'clock a.m.

TONY KOLE
August 1, 2018

Page 9

1     A.     No, I've heard of them, but I'm not

2  acquainted with them.

3     Q.     **And you don't know anything about**

4  **Second Amendment Arms' plans to open a gun store**

5  **in Chicago?**

6     A.     No, I don't know anything about

7  their plans.

8     Q.     **So why are you suing the City?**

9     A.     At the time, I was a resident of the

10 city and specifically the issue of -- I think some

11 of the other issues had been resolved in the

12 courts, specifically conceal carry, you know, the

13 right to possess handguns in the home, so on and

14 so forth, but with respect to this lawsuit it's

15 the possession of laser sight accessories and that

16 is something that I am contesting as not being

17 lawful, if you will.

18    Q.     **So you're interested in purchasing**

19 **laser sight accessories?**

20    A.     Purchasing and possessing.

21    Q.     **Purchasing and possessing --**

22    A.     Yes.

23    Q.     **-- within the City of Chicago?**

24    A.     Sure.  Absolutely.

TONY KOLE
August 1, 2018

Page 10

1    Q.    Okay.  Other than Mr. Sigale, did

2  you talk to anyone about your deposition today?

3    A.    No.

4    Q.    Did you review any documents in

5  preparation for the deposition?

6    A.    I reviewed a document by a laser

7  manufacturer that touts the benefits of laser

8  sight accessories.

9    Q.    You don't have that -- that document

10 with you?

11          MR. SIGALE:  For the record, we've

12 disclosed it.

13          MR. TRESNOWSKI:  Okay.  Okay.

14          MR. SIGALE:  It's the Crimson Trace

15 article.  So we've turned it over.

16          MR. TRESNOWSKI:  Okay.

17 BY MR. TRESNOWSKI:

18    Q.    What is your current occupation?

19    A.    Elevator mechanic.

20    Q.    And where do you work as an elevator

21 mechanic?

22    A.    All over the place, all over Cook

23 County, in the City of Chicago quite frequently.

24 The suburbs as well.

TONY KOLE
August 1, 2018

Page 11

1    Q.    How frequently are you in Chicago?

2    A.    Pretty much every day of the week.

3    Q.    Every day of the week.  I meant to

4    ask how frequently are you in Chicago working?

5    A.    I would say average three out of

6    five days a week.

7    Q.    Have you ever worked in the firearms

8    industry?

9    A.    Yes.

10   Q.    And can you describe?

11   A.    I was a business owner in a firearms

12   retail operation.

13   Q.    Was that a brick and mortar store?

14   A.    It was mainly online.  I had an

15   office, a brick and mortar office, but not a

16   traditional retail store front.

17   Q.    Was that in Chicago?

18   A.    It was in Norridge.

19   Q.    Norridge?

20   A.    Correct.  Additionally, I'm also a

21   certified NRA pistol instructor and Illinois

22   conceal carry instructor as well.

23   Q.    Do you still sell firearms --

24   A.    No.  No.

TONY KOLE
August 1, 2018

Page 12

1      Q.      -- or firearm accessories?

2      A.      No, I do not.

3      Q.      How many firearms do you currently

4  own?

5      A.      I'd say between 15 and 20.

6      Q.      And how many of those are equipped

7  with laser sight devices?

8      A.      Currently, I own one laser sight

9  accessory and one of those firearms are equipped

10 with it, but it is interchangeable between my

11 other firearms.

12     Q.      So you own one laser sight device --

13     A.      Correct.

14     Q.      -- that you currently have affixed

15 to one firearm?

16     A.      Correct.

17     Q.      But it can be removed and --

18     A.      Attached to --

19     Q.      -- attached to --

20     A.      -- other firearms.

21     Q.      All the other firearms?

22     A.      All but one.

23     Q.      All but one.

24     A.      All but one.

TONY KOLE
August 1, 2018

Page 15

1    standard 1913 rail.  So the Streamline TRL-2 is

2    adaptable to many types of firearms regardless of

3    whether the accessory rail has been standardized

4    or not.

5         **Q.     So are you currently looking to**

6    **purchase another laser sight?**

7         A.     Absolutely.

8         **Q.     And you wish to purchase it within**

9    **the City of Chicago?**

10        A.     It would -- I would not be opposed

11   to it.  It would be convenient considering I spend

12   a lot of time here during the week.  Sometimes

13   it's easier to make a stop on the way home as

14   opposed to going home and then going out to the

15   local gun store and driving however many miles.

16   It's just -- for me, it would be convenient.

17        **Q.     Can you buy laser sights on the**

18   **Internet?**

19        A.     Yes.

20        **Q.     Would that be more convenient than**

21   **buying it at a brick and mortar store?**

22        A.     It can be.  I'm sure it can be.

23   Sometimes, you know, like most people the instant

24   gratification, you know, factor is something that

TONY KOLE
August 1, 2018

Page 16

1   is sought after.  Sometimes I'll order things on

2   Amazon if I don't need it right away or I don't

3   want it right away.  Sometimes I'm willing to pay

4   more to have it right away.  It just varies.  For

5   an example, let me give you a great example.

6                  If I did -- because I do have a

7   valid conceal carry permit.  So if I were to -- if

8   it were legal to carry or to have a laser sight

9   accessory mounted to my carry pistol and while in

10  the City of Chicago something happens, I drop it,

11  it breaks, it no longer functions and, to me, it's

12  a critical component of my defensive weapon

13  system, I may be inclined to go and buy one

14  because I have an immediate need for it and my

15  immediate need trumps the fact that I'm going to

16  save 20 percent by ordering it from Amazon, for

17  example.  So I think there is many different

18  scenarios.

19                  For me being kind of a guy's

20  guy, buying things, having them -- you know, the

21  tactile experience and having them right away and

22  walking out of the store with them is -- is part

23  of my makeup.  You know, on the other hand,

24  sometimes I like to save money.  But you have to

TONY KOLE
August 1, 2018

Page 18

1    work brings me here at least three days a week

2    and, you know, I have a failure of a critical

3    component and, to me, it's a very important factor

4    that I rectify that failure, you know, I'm not

5    going to drive home and then drive 20 miles to the

6    nearest brick and mortar store if there is one

7    within a reasonable distance from, you know, where

8    I'm at in the city currently on my way home.

9         **Q.    Are you permitted in your current**

10   **job to carry a firearm on-the-job?**

11         A.    Yes.  Let me rephrase it.  I'm not

12   prohibited.  The only thing -- prohibitions that I

13   run into carrying a firearm are those by law which

14   are government buildings, private businesses that

15   display, you know, a sign that they don't allow

16   conceal carry on their premises, so on and so

17   forth.

18              So I don't have an actual letter

19   of authorization from my employer, but there is

20   nothing prohibiting me to carry a firearm legally

21   as long as I do so legally.

22         **Q.    So when you come into the city to**

23   **work three to five days a week, do you -- do you**

24   **carry a firearm?**

TONY KOLE
August 1, 2018

Page 19

```
 1       A.      Absolutely.
 2       Q.      And do you ever have to work on
 3   elevators in buildings that prohibit --
 4       A.      Sure.
 5       Q.      -- firearms?
 6       A.      Yes.
 7       Q.      What do you do in that circumstance?
 8       A.      I store it in a locked container in
 9   my vehicle.
10       Q.      As a firearm owner and instructor of
11   firearm classes, I assume you've also received
12   training --
13       A.      Yes.
14       Q.      -- on firearm use?
15       A.      Yes, correct.  Absolutely.
16       Q.      Have you been trained to fire a
17   firearm without a laser sight accessory attached
18   to it?
19       A.      I have.
20       Q.      And how many times would you
21   estimate that you have fired a firearm without a
22   laser sight attached to it?
23               MR. SIGALE:  Do you mean like how
24   many times has he -- I'm just going to object as
```

TONY KOLE
August 1, 2018

                                                      Page 25

1   **device for aiming such you'd be a less accurate**

2   **shooter without it?**

3                MR. SIGALE:  I'm just going to

4   object as to form of the question.  Does you with

5   air quotes mean him Mr. Kole or does you, air

6   quotes, mean some hypothetical person?

7                MR. TRESNOWSKI:  I was referring to

8   Mr. Kole.

9   BY MR. TRESNOWSKI:

10       **Q.    About, you know -- whether you feel**

11  **by using a laser sight frequently that you become**

12  **reliant on the laser sight for -- for aiming such**

13  **that you would be a less accurate shooter if you**

14  **didn't have --**

15               MR. SIGALE:  I'm still just going to

16  object as to the vagueness of the word frequently,

17  but if you understand the question and you can

18  answer it, go ahead and answer it.

19  BY THE WITNESS:

20       A.    I have a general understanding.  So

21  basically -- no.  A laser sight accessory has many

22  functions.  Accuracy is one of them and I don't

23  believe that if one were to use a laser to aim

24  more frequently they would lose the fundamental

TONY KOLE
August 1, 2018

Page 26

1   skill of shooting with iron sights.  So that being

2   the case, the laser itself as -- as an improvement

3   tool, in my opinion, does not degrade the

4   fundamental skill of shooting and aiming without a

5   laser sight.  I think there is other benefits that

6   it does provide.  Being more accurate is one of

7   them.  I mean, I think that's part and parcel to

8   what it is designed to do, but there are other

9   features that come with utilizing a laser

10  accessory sight on a firearm.

11  BY MR. TRESNOWSKI:

12       Q.    **What are those other features?**

13       A.    Well, for example, if we compare

14  using iron sights, a standard firearm has a front

15  sight and a rear sight.  The distance between the

16  two are called the sight radius.  The human eye

17  can only focus on one distance at a time and so

18  what ends up happening is as you're focusing on

19  the front sight, your rear sight is somewhat

20  blurry and then it creates sort of a tunnel vision

21  and it's hard to maintain situational awareness of

22  your periphery.

23              One of the important things that

24  a laser sight allows you to do is overcome that --

TONY KOLE
August 1, 2018

Page 27

1   that human deficiency, if you will, by -- if I had

2   an attacker, an aggressor, if I were to put -- if

3   I were to point my laser on my attacker, I don't

4   sacrifice any of the situational awareness.  I'm

5   able to maintain a point of aim while

6   simultaneously visually assessing body language,

7   body movement, movement of others in the area, if

8   you will.

9              So it allows me as a defender in

10  that situation, under stress caused by adrenaline

11  and increased heart rate, to overcome the loss of

12  the fine motor skills that that would do and a

13  laser, I think, is a great tool for that because

14  I'm able to maintain more control in that

15  situation had I not had a laser sight because my

16  brain would be focusing on the -- the conflicting

17  visual focus between the front and the rear sight

18  and then not being able to focus on other things

19  around me which can also be very critical in a --

20  in a situation where you're under duress like

21  that.

22              I mean, clearly, hands are an

23  indicator of action that someone may take and if I

24  were to hold somebody at gunpoint, an intruder in

TONY KOLE
August 1, 2018

Page 30

1    BY THE WITNESS:

2        A.    I understand it to a degree.  With

3    respect to let's use the word confidence at the

4    range -- at the range, it's a training tool.  Does

5    it make me feel more confident that I'm going to

6    train better?  I don't think it does -- I don't

7    think it has an effect on confidence, but in a

8    situation where I hope to never find myself

9    defending my life or my family's life, would it

10   make me feel more confident in succeeding -- in

11   achieving success in the defense of myself, my

12   life or my family?  Absolutely.  Absolutely.

13   Because it's one less thing to worry about.

14                    And it's really hard to say how

15   one is going to react when they're under stress,

16   when they're under attack.  They think -- human

17   instincts kick in and they take over.  You know,

18   the one -- it's one reason why we train because

19   when we -- when these situations present

20   themselves, all we have to rely on is our training

21   and if I go to the range and I train with a laser

22   or I train without a laser, I'm just creating

23   greater chances and odds of surviving a terrible

24   situation.  Because, in that case, that's what I'm

TONY KOLE
August 1, 2018

Page 31

1  going to rely on.

2  BY MR. TRESNOWSKI:

3      **Q.      In a situation where you felt like**

4  **you had to defend your own personal safety and use**

5  **a firearm to do so, would you be able to defend**

6  **yourself if your laser sight happened to be broken**

7  **on your firearm?**

8      A.      Absolutely.  We -- I'm one -- and

9  there are many people out there trained to their

10  point of failure.  You know, I've also -- one of

11  the sayings I've always had is two is one and one

12  is none.  You know, I'll carry two guns because if

13  one gun fails, I have a backup.  I'll carry two

14  flashlights.  If one fails, I have a back up.  I

15  take that into my work.  I have two -- I have two

16  sets of everything in my tool bag because if one

17  fails, I still have another one.

18              So just because somebody has

19  designed an accessory to make you more accurate or

20  help you in training, if -- if you rely on that as

21  your sole means of defense, in this case the

22  laser, then you've failed from day one.  You train

23  for every possible scenario with a firearm.  If my

24  laser doesn't work, if my batteries run out, if my

TONY KOLE
August 1, 2018

Page 33

1    it to fail.  It could -- it could not have been

2    attached correctly, secured properly to the

3    firearm and the recoil of the firearm could cause

4    it to dislodge, for example.  That's a failure.

5    The laser may work, the batteries may be good, but

6    if it's sitting on the ground, it's useless.  So

7    there is many reasons for failure.  I think those

8    are just a few.

9         **Q.    But it's your position if the laser**

10   **sight failed, the laser sight wouldn't be**

11   **necessary to defend yourself, you would still be**

12   **able to defend yourself in that situation?**

13        A.     Sure.  And if my firearm failed, I

14   would use whatever I could to defend myself.  But

15   the point is in a situation -- you know, if you're

16   put in a situation where you have to defend

17   yourself, you want to have every tool available to

18   you to do it as safely, easily and effortlessly as

19   possible.  You know, if I'm being attacked by

20   somebody with a machete, for example, I'd prefer

21   to reach for my pistol instead of the baseball bat

22   next to the door because I don't want to combat

23   the guy with a baseball bat.  I want to stop the

24   threat as quick as I can.

TONY KOLE
August 1, 2018

Page 34

1          So ideally none of this happens

2   in -- in -- in an ideal way.  You just don't know.

3   But if I had a choice, if I was told that you

4   could either have a laser or iron sights, well,

5   iron sights are kind of -- they are part of the

6   design.  So I'd rather have a laser than not have

7   a laser.  Let's just put it that way.

8          **Q.     It's your position that a laser**

9   **sight -- having the laser sight makes you more**

10  **effective at defending yourself?**

11         A.     Absolutely.  Absolutely.

12         **Q.     But would it also make an attacker**

13  **more effective if they had a laser sight on their**

14  **firearm?**

15         MR. SIGALE:  Objection as to

16  speculation.  Go ahead.  If you can answer.

17  BY THE WITNESS:

18         A.     Well, if an attacker is going to

19  have a laser sight, wouldn't I want to have at

20  least an equalizer against him, if not an

21  advantage?

22  BY MR. TRESNOWSKI:

23         **Q.     That's not -- that's not my**

24  **question.**

TONY KOLE
August 1, 2018

Page 39

1          C R O S S      E X A M I N A T I O N

2     BY MR. SIGALE:

3          Q.      So, Tony, just to clarify, you have

4     a conceal carry permit in the State of Illinois?

5          A.      Correct.

6          Q.      And, if allowed, you would -- when

7     carrying a firearm in the City of Chicago, if

8     allowed, you would attach a laser sight?

9          A.      Absolutely.

10         Q.      Because you believe -- for the

11    reasons you stated, you believe that it would aid

12    you in self-defense?

13         A.      Absolutely.

14         Q.      Is -- I'm just -- just so I make

15    sure I'm clear.  For you personally, is that the

16    only reason or is that what you've described or

17    are there any other reasons why a laser sight

18    would be -- by having a laser sight would be

19    advantageous or preferable for you?

20         A.      Well, it would be advantageous

21    additionally because of, you know, my aging

22    eyesight.  I don't see as well as I used to.  You

23    know, I have -- even though I do wear prescription

24    glasses and I've had LASIK surgery, I've come to

TONY KOLE
August 1, 2018

Page 40

1    find as I've gotten older, I'm sort of the reverse

2    of most people.  I can't see up close with

3    glasses, but -- so which is sort of the reverse of

4    reading glasses, if you will.

5                    So for me to have a laser

6    regardless of the lighting conditions to be able

7    to see where my aim is on target I think is

8    beneficial for me in the fact that my eyesight is

9    getting worse over the years and I think that's

10   also a benefit to others.  There is plenty of

11   people out there who have poor eyesight and as we

12   all know it degrades with age.

13        **Q.      You know, what about in the dark, I**

14   **mean, does that -- does having a laser help?**

15        A.      Absolutely.

16        **Q.      Well, let me finish the question.**

17   **Does having a laser sight on a -- on a firearm for**

18   **a self-defense situation in the dark help that**

19   **person with self-defense?**

20        A.      Extremely.  It does.

21        **Q.      How so?**

22        A.      Because it's going to illuminate

23   without -- say, for example, if I'm startled in

24   the middle of the night and I reach over to my

TONY KOLE
August 1, 2018

Page 41

1    nightstand, there is an intruder in my house, if I
2    turn the lights on, I'm going to be blinded.
3    There is going to be an initial phase of what --
4    whether it's 10 seconds or 20 seconds until my
5    eyes adjust to the room.  That could -- those 10,
6    20 seconds could be the difference, you know,
7    between life and death.  So if I'm able to
8    maintain, for example, a darkness and utilize an
9    accessory on my weapon that cuts through that
10   darkness and as soon as I put that laser on target
11   in a stressful situation, it's going to become --
12   it's going to make me become more effective and
13   successful in defense.
14        **Q.    And for -- let me adapt what you**
15   **said and move your defense scenario to nighttime**
16   **on a city street.**
17        A.    Absolutely.
18        **Q.    For the same reasons you just**
19   **described?  I don't want to make you repeat the**
20   **whole thing.**
21        A.    Absolutely.  It would definitely,
22   you know, in a dark situation, a dark alley -- you
23   know, I've been on city streets and also out in
24   the suburbs as well.  I don't think it's just an

TONY KOLE
August 1, 2018

Page 42

1    issue with the city.  But there are whole blocks

2    that the street lights are out and it's not

3    intermittent.  Sometimes I've seen it like that

4    for months.  So, you know, for example, when I

5    lived in the city, you know, I would run out in

6    the middle of the night to get something from the

7    store or pick up some, you know, takeout or

8    something and I'm walking down the alley to go up

9    my backdoor and there is no lights.  Sure, if I

10   had a laser, it would help me see where I'm aiming

11   and become effective if somebody were to attack

12   me.

13                    The other thing, too, you know,

14   I foresee a scenario if you're being attacked, if

15   you're running, if you're being attacked by

16   multiple attackers, you're being, you know,

17   assaulted, you're fumbling to unholster your

18   weapon and you may not have a, you know, good line

19   of sight, if I can see that laser and I know that

20   laser is on target and that's going to neutralize

21   my attacker, absolutely.  It is a benefit without

22   a doubt.

23       **Q.    Can you -- can you talk about**

24   **scenarios where an attacker might just see the**

TONY KOLE
August 1, 2018

Page 43

1    **laser on, say, his chest and --**

2         A.    Absolutely, it's a deterrent.  It's

3    a deterrent.  I mean, we see it in movies.  You

4    know, the fact is if -- if I were -- regardless if

5    I had good intentions or bad intentions, if I see

6    a laser on my chest, I'm going to be deterred to

7    put it politely.  I'm probably going to do much

8    more than that.

9         **Q.    And let me -- let me ask you this,**

10   **Tony.  You know, you said you haven't put**

11   **yourself -- had to be in that terrible**

12   **self-defense situation, but if you ever were,**

13   **would it be your preference to shoot the attacker**

14   **or stop the attack without having to shoot?**

15        A.    The second, the latter.  You know, I

16   am prepared to defend my life and my family's life

17   at all costs, but under that scenario there is a

18   lot of, I think, psychological baggage that comes

19   with it.  So, honestly, I don't ever want to have

20   to shoot anybody or know that whether they were

21   good or bad that I had to defend myself and in

22   doing so I took a life.

23                     If I can avoid that and whether

24   it's for selfish reasons or otherwise, I'd prefer

TONY KOLE
August 1, 2018

Page 44

1   not to have to shoot somebody if I didn't have to
2   and if I had something that was a deterrent such
3   as a laser sight that could, you know, stop an
4   attack without, you know, bloodshed, I'm all for
5   it.  I think -- you know, life -- life is sacred.
6          **Q.     So unlike the movies where Arnold**
7   **Schwarzenegger mows something -- everyone down, in**
8   **real life if you could avoid that and stop the**
9   **attack without it --**
10         A.     Absolutely.
11         **Q.     -- that would be your preference?**
12         A.     Absolutely.
13         **Q.     Do you foresee a scenario where a**
14  **laser sight used properly by a law-abiding person**
15  **is dangerous to people in any way?**
16         A.     No.
17         **Q.     Do you see any scenario where the**
18  **proper use of a laser sight by a law-abiding**
19  **person is a danger to public safety in any way?**
20         A.     No.
21              MR. SIGALE:  That's all I have.
22  Thanks.
23              MR. TRESNOWSKI:  I just have a
24  couple quick follow-ups on that.