**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Second Amendment Arms, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:10−cv−04257
                                                           Honorable Robert M. Dow Jr.

City Of Chicago, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 26, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Motion for extension of time [258] and motion for leave to file response [260] are granted. Defendant's reply is due 9/23/2019. Notice of motion date of 8/28/2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.