IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, )<br>R. JOSEPH FRANZESE, individually )<br>and d/b/a SECOND AMENDMENT )<br>ARMS, and TONY KOLE, )<br>)<br>         Plaintiffs, )<br>)<br>         v. )<br>)<br>CITY OF CHICAGO, )<br>LORI LIGHTFOOT, )<br>EDDIE JOHNSON, )<br>and ANNA VALENCIA, )<br>)<br>         Defendants. ) | Case No. 10 C 4257<br><br>Judge Robert M. Dow, Jr. |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR JUSTIN TRESNOWSKI
AS ATTORNEY FOR DEFENDANTS**

Pursuant to Local Rule 83.17, Defendants City of Chicago ("City"), Mayor Lori Lightfoot, Superintendent of Police Eddie Johnson, and City Clerk Anna Valencia, by and through their attorney, Mark A. Flessner, Corporation Counsel for the City, respectfully move this Court to grant leave for Justin Tresnowski to withdraw his appearance as an attorney of record in this matter. In support of this motion, the City states as follows:

1. Defendants are represented in this matter by the City's Department of Law.

2. Mr. Tresnowski will no longer be working as an Assistant Corporation Counsel in the City's Department of Law as of October 4, 2019. As a result, Mr. Tresnowski will no longer be involved in the representation of Defendants in this matter.

3. Senior Counsel Thomas P. McNulty in the City's Department of Law will continue to represent Defendants in this case, and thus no substitution of counsel is necessary. Additional attorneys may also file appearances on behalf of Defendants as necessary.

1

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to withdraw and enter an order terminating the appearance of Justin Tresnowski and all notifications to him in this matter.

Date: September 27, 2019

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel for the City of Chicago

By: /s/ Justin Tresnowski

Thomas P. McNulty
Justin Tresnowski
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
Attorneys for Defendants