# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, )<br>R. JOSEPH FRANZESE, individually )<br>and d/b/a SECOND AMENDMENT )<br>ARMS, and TONY KOLE, )<br>)<br>      **Plaintiffs,** )<br>)<br>      v. )<br>)<br>CITY OF CHICAGO, )<br>LORI LIGHTFOOT, )<br>EDDIE JOHNSON, )<br>and ANNA VALENCIA, )<br>)<br>      **Defendants.** ) | Case No. 10 C 4257<br><br>Judge Robert M. Dow, Jr. |

## NOTICE OF MOTION

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

    **PLEASE TAKE NOTICE** that on **Wednesday, October 2, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants' **Motion for Leave to Withdraw Appearance for Justin Tresnowski as Attorney for Defendants**, a copy of which has been filed and served upon you by electronic case filing (ECF).

Date: September 27, 2019

    Respectfully submitted,

    Mark. A Flessner
    Corporation Counsel for the City of Chicago

    By: /s/ Justin Tresnowski
    Assistant Corporation Counsel

    Thomas P. McNulty
    Justin Tresnowski
    City of Chicago, Department of Law

>Constitutional and Commercial Litigation
>Division
>30 North LaSalle Street, Suite 1230
>Chicago, Illinois 60602
>(312) 742-0307 / 744-4216
>Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Justin Tresnowski, an attorney, hereby certify that on this, the 27th day of September, 2019, I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Motion for Leave to Withdraw Appearance for Justin Tresnowski as Attorney for Defendants** to be served by electronic case filing (ECF) on:

>David G. Sigale, Esq.
>Law Firm of David G. Sigale, P.C.
>739 Roosevelt Road, Suite 304
>Glen Ellyn, IL 60137

>/s/Justin Tresnowski