IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Second Amendment Arms, et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> City of Chicago, et al., <br><br> Defendant(s). | Case No. 10-cv-4257 <br> Judge Robert M. Dow |

## **ORDER**

Motion for leave to withdraw appearance for Justin Tresnowski as attorney for Defendants [271] is granted. Notice of motion date of 10/2/2019 is stricken and no appearances are necessary on that date.

Date: 9/27/2019              /s/ Judge Dow