## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, ) <br> R. JOSEPH FRANZESE, individually ) <br> and d/b/a SECOND AMENDMENT ) <br> ARMS, and TONY KOLE, ) <br> ) <br>         **Plaintiffs,** ) <br> ) <br>         v. ) <br> ) <br> CITY OF CHICAGO, ) <br> LORI LIGHTFOOT, ) <br> EDDIE JOHNSON, ) <br> and ANNA VALENCIA, ) <br> ) <br>         **Defendants.** ) | Case No. 10 C 4257 <br><br> Judge Robert M. Dow, Jr. |

### NOTICE OF AGREED MOTION

**TO:**   David G. Sigale, Esq.
        Law Firm of David G. Sigale, P.C.
        739 Roosevelt Road, Suite 304
        Glen Ellyn, IL 60137

      **PLEASE TAKE NOTICE** that on **Tuesday, June 16, 2020 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants' **Agreed Motion for Extension of Time and Briefing Schedule on Supplemental Briefs In Response to Court's Summary Judgment Order**, a copy of which has been filed and served upon you by electronic case filing (ECF).

| | |
|---|---|
| Date: June 11, 2020 | Respectfully submitted, <br><br> Mark. A Flessner <br> Corporation Counsel for the City of Chicago <br><br> By:  /s/ Thomas P. McNulty_____ <br> Assistant Corporation Counsel <br><br> Thomas P. McNulty <br> Peter H. Cavanaugh |

City of Chicago, Department of Law
Constitutional and Commercial Litigation
    Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I, Thomas P. McNulty, an attorney, hereby certify that on this, the 11th day of June, 2020, I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Agreed Motion for Extension** to be served by electronic case filing (ECF) on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, IL 60137

/s/Thomas P. McNulty