**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Second Amendment Arms, et al.
                                        Plaintiff,

v.                                                      Case No.: 1:10−cv−04257
                                                        Honorable Robert M. Dow Jr.

City of Chicago, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 15, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Agreed motion for extension of time to file supplemental briefs [283] is granted. Supplemental briefs are now due by 7/2/2020; replies are due by 7/23/2020. Notice of motion date of 6/16/2020 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.