IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, ) | | |
| R. JOSEPH FRANZESE, individually ) | | |
| and d/b/a SECOND AMENDMENT ) | | |
| ARMS, and TONY KOLE, ) | | |
| ) | | |
| **Plaintiffs,** ) | | |
| ) | | |
| v. ) | Case No. 10 C 4257 | |
| ) | | |
| CITY OF CHICAGO, ) | Judge Robert M. Dow, Jr. | |
| LORI LIGHTFOOT, ) | | |
| EDDIE JOHNSON, ) | | |
| and ANNA VALENCIA, ) | | |
| ) | | |
| **Defendants.** ) | | |

**NOTICE OF UNOPPOSED MOTION FOR EXTENSION**

**TO:**   David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on **Tuesday, August 11, 2020 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants' **Unopposed Motion for Extension of Time To File Supplemental Reply Briefs In Response to Court's Summary Judgment Order**, a copy of which has been filed and served upon you by electronic case filing (ECF).

Date:  July 31, 2020                     Respectfully submitted,

                                         Mark. A Flessner
                                         Corporation Counsel for the City of Chicago

                                         By:  /s/ Thomas P. McNulty_____
                                         Assistant Corporation Counsel

                                         Thomas P. McNulty
                                         Peter H. Cavanaugh

        City of Chicago, Department of Law
        Constitutional and Commercial Litigation
            Division
        30 North LaSalle Street, Suite 1230
        Chicago, Illinois 60602
        (312) 742-0307 / 744-4216
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I, Thomas P. McNulty, an attorney, hereby certify that on this, the 31sh day of July, 2020, I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Unopposed Motion for Extension** to be served by electronic case filing (ECF) on:

        David G. Sigale, Esq.
        Law Firm of David G. Sigale, P.C.
        739 Roosevelt Road, Suite 304
        Glen Ellyn, IL 60137

        /s/Thomas P. McNulty