IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, | ) | |
| R. JOSEPH FRANZESE, individually | ) | |
| and d/b/a SECOND AMENDMENT | ) | |
| ARMS, and TONY KOLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 10 C 4257 |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Robert M. Dow, Jr. |
| LORI LIGHTFOOT, | ) | |
| EDDIE JOHNSON, | ) | |
| and ANNA VALENCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION FOR EXTENSION**

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on **Friday, August 28, 2020 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Agreed Motion for Extension of Time To File Supplemental Reply Briefs In Response to Court's Summary Judgment Order**, a copy of which has been filed and served upon you by electronic case filing (ECF).

Date: August 17, 2020                                                                 Respectfully submitted,

Mark. A Flessner
Corporation Counsel for the City of Chicago

By: /s/ Thomas P. McNulty
Assistant Corporation Counsel

Thomas P. McNulty
Peter H. Cavanaugh
City of Chicago, Department of Law

        Constitutional and Commercial Litigation
Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
Attorneys for Defendants

### **CERTIFICATE OF SERVICE**

I, Thomas P. McNulty, an attorney, hereby certify that on this, the 17th day of August, 2020, I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Agreed Motion for Extension** to be served by electronic case filing (ECF) on:

        David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

        /s/Thomas P. McNulty