IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, ) | | |
| R. JOSEPH FRANZESE, individually ) | | |
| and d/b/a SECOND AMENDMENT ) | | |
| ARMS, and TONY KOLE, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Case No. 10 C 4257 | |
| ) | | |
| CITY OF CHICAGO, ) | Judge Robert M. Dow, Jr. | |
| LORI LIGHTFOOT, ) | | |
| EDDIE JOHNSON, ) | | |
| and ANNA VALENCIA, ) | | |
| ) | | |
| Defendants. ) | | |

## DEFENDANTS' NOTICE OF AUTHORITY

Defendants, acting through their counsel, Celia Meza, Acting Corporation Counsel of the City of Chicago, hereby notify the Court of the United States Supreme Court's decision in *Uzuegbunam v. Preczewski*, No. 19-968, 592 U. S. ___, 141 S. Ct. 792 (2021), issued on March 8, 2021, and available at https://www.supremecourt.gov/opinions/20pdf/19-968_8nj9.pdf. In *Uzuegbunam*, the Court held that "a request for nominal damages satisfies the redressability element of standing where a plaintiff's claim is based on a completed violation of a legal right," and that standing may therefore exist in such a case where nominal damages is the "only" remedy sought. Slip. Op. at 3, 11. This holding effectively forecloses Defendants' argument, made in their Supplemental Briefing in Support of Their Motion for Summary Judgment Pursuant to the Court's March 10, 2020 Memorandum Opinion and Order, that Plaintiffs' challenge to the City's prior ban on gun stores is moot because the only possible relief available at this point is nominal damages. *See* Dkt. No 291, at 4-6. However, *Uzuegbunam* did not

address, and therefore does not impact, Defendants' alternative arguments for why nominal damages do not save Plaintiffs' claim from mootness – namely, that Plaintiffs have waived any request for nominal damages, and that prudential concerns weigh against allowing Plaintiffs to assert a claim for nominal damages at this stage of the case. *See id.* at 2-3, 6-8. Indeed, unlike Plaintiffs here, the *Uzuegbunam* plaintiffs explicitly requested nominal damages in both their original and amended complaint. *Uzuegbunam v. Preczewski*, 16-cv-04658-ELR, First Amended Verified Complaint, Dkt. 13 at 79 (N.D. GA. Feb. 15, 2017); *Uzuegbunam v. Preczewski*, 16-cv-04658-ELR, Verified Complaint, Dkt. 1 at 74 (N.D. GA. Dec. 19, 2016). Thus, the waiver and prudential issues Defendants raise here were not before the Court in *Uzuegbunam*.

Date: March 25, 2021

Respectfully submitted,

CELIA MEZA
Acting Corporation Counsel of the City of Chicago

By: \_/s/ Peter H. Cavanaugh\_\_\_\_\_
      Assistant Corporation Counsel

Andrew Worseck
Thomas P. McNulty
Peter H. Cavanaugh
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
Attorneys for Defendants