# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Second Amendment Arms, et al.

                                                Plaintiff,

v.                                                                                  Case No.: 1:10−cv−04257
                                                                                  Honorable Robert M. Dow Jr.

City of Chicago, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 27, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has a full draft opinion in regard to the two remaining issues in this case: (a) nominal damages and (b) the laser sight. The draft has been held in abeyance pending the decision of the Supreme Court in New York State Rifle & Pistol Ass'n, Inc. v. Bruen, No. 20−843 (U.S. Jun. 23, 2022). As counsel no doubt are aware, the Supreme Court issued its opinion last Thursday. This Court requests that counsel file a supplemental brief no later than 7/18/2022 on whether the Supreme Court's analysis in New York State Rifle affects the pending issues in this case, and if so in what way(s). The Court is particularly interested in whether the parties believe that the Supreme Court's framework impacts the analysis and/or result on the laser sight issue, but the parties are not limited to addressing that issue if they believe that New York State Rifle also affects the nominal damages issue. After considering the supplemental briefs, the Court will either issue its decision or set the matter for further hearing. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.