# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, <br> R. JOSEPH FRANZESE, individually <br> and d/b/a SECOND AMENDMENT <br> ARMS, and TONY KOLE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br> LORI LIGHTFOOT, <br> EDDIE JOHNSON, <br> and ANNA VALENCIA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> Case No. 10 C 4257 <br><br> Judge Robert M. Dow, Jr. |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR PETER CAVANAUGH AS ATTORNEY FOR DEFENDANTS

Pursuant to Local Rule 83.17, Defendants City of Chicago ("City"), Mayor Lori Lightfoot, Superintendent of Police Eddie Johnson, and City Clerk Anna Valencia, by and through their attorney, Corporation Counsel for the City, respectfully move this Court to grant leave for Peter Cavanaugh to withdraw his appearance as an attorney of record in this matter. In support of this motion, the City states as follows:

1. Defendants are represented in this matter by the City's Department of Law Attorneys in the Constitutional and Commercial Litigation Division.

2. Mr. Cavanaugh is no longer working as an Assistant Corporation Counsel in the Constitutional and Commercial Litigation Division. As a result, Mr. Cavanaugh will no longer be involved in the representation of Defendants in this matter.

3. Senior Counsel Thomas P. McNulty and Chief Assistant Corporation Counsel Andrew Worseck from the City's Department of Law will continue to represent Defendants in this case, and thus no substitution of counsel is necessary. Additional attorneys may also file appearances on behalf of

Defendants as necessary.

Date:   July 12, 2022                                   Respectfully submitted,


                                        By:     /S/ Peter H. Cavanaugh

                                                Andrew Worseck
                                                Thomas P. McNulty
                                                Peter H. Cavanaugh
                                                City of Chicago, Department of Law
                                                Constitutional and Commercial Litigation
                                                Division
                                                2 North LaSalle Street, Suite 520
                                                Chicago, Illinois 60602
                                                (312) 742-0307 / 744-4216
                                                Attorneys for Defendants