IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, <br> R. JOSEPH FRANZESE, individually <br> and d/b/a SECOND AMENDMENT <br> ARMS, and TONY KOLE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br> LORI LIGHTFOOT, <br> EDDIE JOHNSON, <br> and ANNA VALENCIA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 10 C 4257 <br><br> Judge Robert M. Dow, Jr. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, August 3, 2022, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow, Jr.**, or any judge sitting in his stead in **Courtroom 2388** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant's Motion for Leave to Withdraw Appearance for Peter Cavanaugh**, a copy of which is attached and is hereby served upon you.

Date: July 12, 2022                    Respectfully submitted,

Andrew Worseck                          By:    /s/ Peter H. Cavanaugh
Thomas P. McNulty                              Assistant Corporation Counsel
Peter H. Cavanaugh
City of Chicago, Department of Law
Constitutional and Commercial Litigation
Division
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-0307 / 744-4216
#
*Attorneys for Defendants*