IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECOND AMENDMENT ARMS ET AL** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 10-C-4257 |
| ) | **Judge Robert M. Dow, Jr.** |
| **CITY OF CHICAGO ET AL** ) | |
| ) | |
| **Defendants.** ) | |

**UNOPPOSED MOTION FOR AN EXTENTION OF TIME
TO FILE SUPPLEMENTAL BRIEFS ON SUMMARY JUDGMENT**

Without opposition by Plaintiffs, Defendant City of Chicago (the "City"), by its counsel, hereby respectfully moves this Court for a three-week extension of time for the parties to file their respective Supplemental Briefs in response to the Court's June 27, 2022 Minute Entry order directing that the parties submit supplemental briefing in light of the Supreme Court's decision in *New York State Rifle & Pistol Association v. Bruen*, No. 20-843 (U.S. June 23, 2022). The City and Plaintiffs ask the Court to extend the current due date by three weeks, to August 8, 2022, for both parties to file their respective supplemental briefs on nominal damages and laser sight ban issues identified by the Court in its June 27, 2022 Minute Entry. In support of this motion, the parties state as follows:

1. On March 10, 2020, the Court issued its order granting the City's motion to exclude the testimony of Plaintiffs' expert, and denying without prejudice and subject to further supplemental briefing on the City's motion for summary judgment with respect to Counts I and III.

2. In response to the Court's March 10, 2020 order, the parties filed Supplemental Briefs on the nominal damages and laser sight ban issues on July 16, 2020, and then filed Supplemental Replies on August 27, 2020.

3. On June 27, 2022, the Court entered a Minute Entry directing the parties to file further supplemental briefs no later than July 18, 2022 on the remaining issues in light of the Supreme Court's ruling in *Bruen*. (Dkt. 303.)

4. The City respectfully request an extension of three additional weeks, until August 8, 2022, for the parties to file their respective supplemental briefs as directed by the Court. An extension of time is warranted due to internal staffing and workload issues created by multiple retirements of City Law Department personnel, the recent departure of Peter Cavanaugh from the City's Constitutional Law and Commercial Litigation Division and the City's litigation team in this matter, the extended vacation and medical leaves of undersigned counsel from July 15 through July 28, 2022, and counsels' obligations in other cases and matters, including on the City's part the preparation of pleadings, motions, briefs, correspondence, and written discovery in other actions and complex matters. This motion is not intended to delay the proceedings, and no party will be prejudiced by the Court's granting of this motion.

5. Counsel for the City has consulted with Plaintiffs' counsel, and Plaintiffs' counsel has communicated that Plaintiffs are unopposed to the requested extension and revised briefing schedule.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request that the Court grant an extension of time for the parties to file their Supplemental Briefs up to and including August 8, 2022.

                                Respectfully submitted,

                                By:    /s Thomas P. McNulty
                                         Senior Counsel

Date: July 13, 2022

ANDREW WORSECK
THOMAS P. MCNULTY
City of Chicago, Department of Law
Constitutional and Commercial Litig. Div.
2 North LaSalle Street, Suite 540
Chicago, Illinois 60602
(312) 744-7129/742-0307
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Thomas P. McNulty, an attorney, hereby certify that on this, the 13th day of July, 2022, I caused copies of (1) **Unopposed Motion for an Extension of Time to File Supplemental Briefs and (2) Notice of Unopposed Motion for Extension** to be served by electronic case filing (ECF) on counsel for Plaintiffs.

                                          /s/ Thomas P. McNulty