# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT ARMS, | ) | |
| R. JOSEPH FRANZESE, individually | ) | |
| and d/b/a SECOND AMENDMENT | ) | |
| ARMS, and TONY KOLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Case No. 10 C 4257** |
| | ) | |
| CITY OF CHICAGO, | ) | **Judge Robert M. Dow, Jr.** |
| LORI LIGHTFOOT, | ) | |
| EDDIE JOHNSON, | ) | |
| and ANNA VALENCIA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION FOR EXTENSION

**TO:** David G. Sigale, Esq.
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

**PLEASE TAKE NOTICE** that on **Wednesday, August 3, 2022 at 9:15  a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Robert M. Dow**, or any judge sitting in his stead in **Courtroom 2303** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Unopposed Motion for Extension of Time To File Supplemental Briefs on Summary Judgment**, a copy of which has been filed and served upon you by electronic case filing (ECF).

Date:   July 13, 2022

Respectfully submitted,

By:  /s/ Thomas P. McNulty
Andrew Worseck
Thomas P. McNulty
City of Chicago, Department of Law
Constitutional and Commercial Litigation
    Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7129/742-0307

## CERTIFICATE OF SERVICE

I, Thomas P. McNulty, an attorney, hereby certify that on this, the 13th day of July, 2022,

I caused a copy of the foregoing **(1) Notice of Motion** and **(2) Unopposed Motion for**

**Extension** to be served by electronic case filing (ECF) on:

> David G. Sigale, Esq.
> Law Firm of David G. Sigale, P.C.
> 739 Roosevelt Road, Suite 304
> Glen Ellyn, IL 60137

/s/Thomas P. McNulty