## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Second Amendment Arms, et al.
                                             Plaintiff,

v.                                                                         Case No.: 1:10−cv−04257
                                                                                   Honorable Charles P. Kocoras

City of Chicago, et al.
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held on 12/21/23. As discussed on the record and in light of the recent Bevis ruling by the Seventh Circuit Court of Appeals, counsel for the City of Chicago shall file a supplemental brief as to motion for summary judgment [251] analyzing any outstanding arguments concerning nominal damages and the laser sight ban for the Court to consider by 01/23/24. The City may also include discussion of standing. Plaintiff';s counsel shall file a response by 02/21/24. The Court will issue a ruling by mail. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.