# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SECOND AMENDMENT ARMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 10-CV-4257 |
| ) | |
| CITY OF CHICAGO, et al., ) | Hon. Charles P. Kocoras |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**To:** David G. Sigale
55 West 22nd Street, Suite 230
Lombard, IL 60148
dsigale@sigalelaw.com

**PLEASE TAKE NOTICE** that on January 30, 2024, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Charles P. Kocoras, or any Judge sitting in his stead, in Courtroom 1801 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the **Defendants' Motion for Leave to File Materials under Seal**, a copy of which has been filed and served upon you by electronic case filing (ECF).

Date:   January 23, 2024                                   Respectfully submitted,

Ellen W. McLaughlin                                         Corporation Counsel for the City of Chicago
ellen.mclaughlin@cityofchicago.org
City of Chicago, Department of Law               By:     /s/   Ellen W. McLaughlin
Constitutional and Commercial Litig. Div.                   Chief Assistant Corporation Counsel
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 742-5147
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I, Ellen W. McLaughlin, an attorney of record for the Defendants, hereby certify that on this 23rd day of July, 2024, I caused a copy of the foregoing (1) Notice of Motion and (2) Defendants' Motion for Leave to File Materials under Seal to be served by electronic case filing (ECF) on:

David G. Sigale
55 West 22nd Street, Suite 230
Lombard, IL 60148
dsigale@sigalelaw.com

                                                                s/ Ellen W. McLaughlin
                                                                 Chief Assistant Corporation Counsel